UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-cv-81565-DMM

WILLIAM DAVID WILCOX, JR.,
a/k/a DAVID WILCOX,
an individual, and MEGAN DANIELLE LUCHEY,
an individual,

    Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION,
INC., A Florida Not-For-Profit Corporation,
MARY MCFADDEN, an individual,
MAC RESIDENTIAL MANAGEMENT SERVICES, LLC,
A Florida Limited Liability Company, and
DAVID WOLFF a/k/a DAVID WOLF, an individual,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION NON-PARTY LAURIE MARCHEL

Plaintiffs, WILLIAM DAVID WILCOX, JR. a/k/a DAVID WILCOX and MEGAN DANIELLE LUCHEY ("Plaintiffs"), by and through undersigned counsel, and pursuant to Local Rule 26.1 and the Federal Rules of Civil Procedure, respectfully move this honorable Court for an order compelling the deposition of non-party, Laurie Marchel ("Marchel"), and as grounds in support thereof, state as follows:

1.    Undersigned counsel has been attempting to coordinate the deposition of non-party Marchel, a member of the Board of Directors (the "Board") of Defendant, La Pensee Condominium Association, Inc. (the "Association"), at all relevant times, with Marchel's counsel, Andrew Simon, Esq. (as well as other counsel of record in this case), who agreed to accept service of a subpoena on her related to same.

2. In or about early May, 2022, the parties for all counsel of record in this case, as well as Mr. Simon, participated in a teleconference call in order to discuss the dates available to take depositions in this case given the number of law firms involved.

3. Mr. Simon was present on this call, because Plaintiffs may be taking the deposition of several of his clients, in addition to Marchel.

4. During the aforementioned call, several dates were agreed upon as being "available for deposition," and Plaintiffs provided three (3) dates for "their" witnesses.

5. After the aforementioned call, Plaintiffs' counsel advised Mr. Simon that he would like to take Marchel's deposition on one of the available dates discussed on the aforementioned call.

6. Mr. Simon advised that Marchel was not available on such date.

7. Plaintiffs' counsel then re-circulated another date to all counsel of record, as well as Mr. Simon, in an effort to schedule Marchel's deposition.

8. All counsel of record made themselves available on such date, as well as Mr. Simon.

9. However, Mr. Simon thereafter advised the undersigned that Marchel was not available on such date.

10. Pursuant to this Court's Paperless Order entered on May 25, 2022, discovery in this case closes on June 30, 2022.

11. Pursuant to Local Rule 26(a)(1), on May 26, 2022, the parties agreed to extend discovery amongst themselves through and including August 5, 2022.

12. As of the date hereof, despite both of their good faith efforts to confer, Mr. Simon has not provided undersigned counsel with dates that Marchel is available for deposition.

13. Marchel is a critical witness.

14. In addition to being a member of the Board of the Association at all relevant times, her direct conduct in what Plaintiffs allege caused their damages has been set forth in discovery exchanged in this, and a related state court proceeding, including in the deposition testimony of Defendant, Mary McFadden, both individually, and in her capacity as the corporate representative of Defendant, MAC Residential Management Services, LLC, in this case.

15. Consequently, Plaintiffs will be irreparably harmed if they are not provided with an opportunity to depose Marchel.

## Rule 7.1 Certification

16. Counsel for Plaintiffs has made reasonable and diligent efforts to confer with all parties, and Marchel's counsel, in a good faith effort to resolve the issues raised herein, but despite such efforts, no resolution has been reached.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order compelling Marchel's deposition to be taken on or before June 28, 2022, or after July 15, 2022, together with such other and further relief as this Court deems just.

Dated: June 16, 2022

LUBLINER LAW PLLC
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 207-2018
Facsimile: (561) 584-7227
rich@lubliner-law.com
carolina@lubliner-law.com

BY:   /s/ Richard S. Lubliner

                RICHARD S. LUBLINER, ESQ.
                FBN: 0047741

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded via CM/ECF delivery to All Counsel/Parties in this action via the CM/ECF Portal on this 16th day of June 2022.

                */s/ Richard S. Lubliner*
                RICHARD S. LUBLINER, ESQ.