**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-81565-CV-MIDDLEBROOKS/Matthewman

WILLIAM DAVID WILCOX, JR. a/k/a DAVID
WILCOX and MEGAN DANIELLE LUCHEY,

      Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION,
INC., MARY MCFADDEN, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, and DAVID
WOLFF a/k/a DAVID WOLF,

      Defendants.
_____/

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE comes before the Court on Plaintiffs' counsel's Motion to Withdraw as Counsel ("Motion"), filed June 24, 2022. (DE 82). Lubiner Law PLLC seeks to withdraw as counsel for Plaintiffs based on irreconcilable differences, requests that Plaintiffs be afforded 30 days to retain new counsel, and requests that "all deadlines are extended." (*Id.* ¶ 3). For the reasons set forth below, the Motion is granted in part.

The Florida Bar rules set forth the permissible grounds for withdrawal of counsel. *See* Fla. Bar Rule 4-1.16. Irreconcilable differences that "render [the lawyer] unable to ethically and fairly represent" a party constitutes sufficient grounds for withdrawal under Rule 4-1.16. *See Horan v. O'Connor*, 832 So.2d 193, 193–94 (Fla. 4th DCA 2002). Having reviewed the Motion, I find good cause to permit Plaintiffs' counsel's immediate withdrawal pursuant to Bar Rule 1-1.16 and Local Rule 11.1(d)(3). I will allow Plaintiffs 15 days, or until July 13, 2022, to either retain new counsel or elect to proceed *pro se*.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Counsel's Motion to Withdraw (DE 82) is **GRANTED IN PART**.

(2) The Clerk shall **TERMINATE** Richard S. Lubiner, and the law firm Lubiner Law PLLC, as counsel for Plaintiffs. Richard S. Lubiner, and the law firm Lubiner Law PLLC shall have no further responsibility for this matter.

(3) Plaintiffs shall have 15 days, or until **July 13, 2022**, to retain new counsel. If no attorney enters an appearance on behalf of Plaintiffs by that date, the Court will expect Plaintiffs to prosecute this action for the remainder of this litigation or until counsel is retained and appears.

(4) Plaintiffs' deadline to file an Amended Complaint is extended until **July 13, 2022**.

(5) The remainder of the pretrial schedule remains unchanged at this time. Plaintiffs, whether *pro se* or represented by counsel, may move for scheduling relief should this withdrawal affect Plaintiffs' ability to meet a pretrial deadline.

**SIGNED**, in Chambers, at West Palm Beach, Florida, this 28 day of June, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

David Wilcox
4000 South Ocean Blvd.
Apartment 303
South Palm Beach, FL 33480

Megan Luchey
4000 South Ocean Blvd.
Apartment 303
South Palm Beach, FL 33480