UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 9:21-CV-81565-DMM**

WILLIAM DAVID WILCOX JR. a/k/a DAVID WILCOX, an individual, and MEGAN DANIELLE LUCHEY, and individual,

  Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION, INC., a Florida Not-For-Profit Corporation, MARY MCFADDEN, an individual, MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, A Florida Limited Liability Company, and DAVID WOLFF a/k/a DAVID WOLF, an individual,

  Defendants.
_____/

## DEFENDANTS MARY MCFADDEN AND MAC RESIDENTIAL MANAGEMENT SERVICES, LLC'S RENEWED MOTION TO COMPEL DEPOSITION OF PLAINTIFF WILLIAM DAVID WILCOX, JR.

  Defendants Mary McFadden and MAC Residential Management Services, Inc., by and through their undersigned counsel, pursuant to Local Rule 26.1 and the Federal Rules of Civil Procedure, file this Renewed Motion to Compel the Deposition of Plaintiff William David Wilcox, Jr., and as ground state as follows.

  1. On May 19, 2022, Defendants McFadden and MAC filed their Motion to Compel Deposition of Plaintiff William David Wilcox Jr. [DE 63]. On May 23, 2022, the Court issued a

Paperless Order Denying Without Prejudice the Motion to Compel [DE 66].

2. The Court stated in its Order as follows: "Defendants Mary McFadden and MAC Residential Management Services, LLC ("Defendants") filed a motion to compel Plaintiff David Wilcox's deposition. Based on the representations in the motion, it appears that Mr. Wilcox intends to be deposed but underwent a surgery that prevented his deposition from proceeding on the scheduled date. The Parties are hereby directed to confer and reach an agreeable date for Mr. Wilcox's deposition. Thereafter any party may move for an extension of the discovery deadline for the limited purpose of conducting Mr. Wilcox's deposition.

3. Defendants' counsel has attempted on numerous occasions to obtain dates for Plaintiff Wilcox's deposition. Unfortunately, no deposition availability dates have been provided by Plaintiff Wilcox's counsel. The deposition of Plaintiff Wilcox is absolutely necessary in this action. Plaintiff Wilcox has made numerous factual claims which require a deposition to determine the basis of such facts and their veracity. Further, Plaintiff Wilcox has made claims for emotional distress damages which require inquiry into medical and psychological issues associated with Plaintiff Wilcox. In fact, such medical and psychological records will be the subject of a motion to compel as Plaintiff Wilcox has failed and refused to provide any such records.

4. On June 8, 2022, Plaintiff Wilcox's counsel advised as follows: "I have just spoken to Mr. Wilcox, who has a post-operative examination scheduled today. He is on multiple medications that will prevent him from testifying for 3-4 weeks, and it will be unknown if a second surgery is required until at least such time. As such, he will not be available for his deposition in this action, or his continued deposition in the state court action, until such is determined."

5. On June 13, 2022, undersigned counsel reached out to Plaintiff Wilcox's counsel, via email, requesting an update on possible dates to schedule Plaintiff Wilcox's deposition. Undersigned counsel did not receive a response. Again, on June 21, 2022, undersigned counsel reached out to Plaintiff Wilcox's counsel, via email, to determine possible dates for Plaintiff Wilcox's deposition. On June 21, 2022, Plaintiff Wilcox's counsel responded via email as follows: "Hi, David – I will discuss with him and let you know. Hopefully, I will have an answer after tomorrow's deposition."

6. On June 22, 2022, all counsel had a zoom call to discuss deposition scheduling, including Plaintiff Wilcox. Plaintiff Wilcox's counsel agreed to discuss dates with Plaintiff Wilcox and advise undersigned counsel. Again, on June 23, 2022, undersigned counsel wrote to Plaintiff Wilcox's counsel, via email, and inquired about dates for Plaintiff Wilcox's deposition. No response was received.

7. On June 24, 2022, Plaintiff Wilcox's counsel filed a Motion to Withdraw [DE 82]. Undersigned has heard nothing further as possible dates for Plaintiff Wilcox's deposition. On June 29, 2022, the Court issued an Order Granting the Motion to Withdraw [DE 84] and giving Plaintiffs until July 13, 2022, to obtain new counsel or elect to proceed *pro se*.

8. No proof of any surgery has ever been provided or of any medications required in preparation for such surgery. In spite of Plaintiff Wilcox's counsel advising that counsel would check with Plaintiff Wilcox for possible dates for a deposition, no specific date(s) have ever been provided to undersigned counsel.

9. Defendants McFadden and MAC require the deposition of Plaintiff Wilcox in order to properly defend this action and are unable to properly defend this action without taking the deposition of Plaintiff Wilcox. Moreover, pursuant to this Court's Orders, the discovery cutoff is now June 30, 2022.

10. Defendants have been prejudiced by the delay in taking Plaintiff Wilcox's deposition and their inability to take Plaintiff Wilcox's deposition has severely prejudiced Defendants' defense of this action. Plaintiff Wilcox's deposition is required in order to properly defend this action.

11. Undersigned counsel has conferred with Plaintiff Wilcox's counsel via email and via a zoom call, but undersigned counsel has never received any possible dates in which to schedule Plaintiff Wilcox's deposition.

12. Defendants request that this Court issue and order requiring Plaintiff Wilcox to appear for his deposition in this action on a date certain. Failure to comply by Plaintiff Wilcox should give rise to further orders of the Court commensurate with the prejudice caused by Plaintiff Wilcox's refusal to appear for deposition in this action.

WHEREFORE, Defendants McFadden and MAC request an order compelling Plaintiff William David Wilcox, Jr.'s deposition on a date certain as soon as practicable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded via CM/ECF delivery to All Counsel/Parties in this action via the CM/ECF Portal and via email communication to William David Wilcox, Jr. at david.wilcox@evolution-metals.com;

wdavidwilcox@gmail.com; and Megan Luchey at meganluchey1@gmail.com on this 30th day of June 2022.

                              Respectfully submitted,

                              **ISRAEL, ISRAEL & ASSOCIATES, P.A.**
Attorneys for Defendants Mary McFadden and MAC Residential Management Services, LLC
6099 Stirling Road | Suite 211
Davie | FL 33314
Telephone:   (954) 495-8602
Facsimile:    (954) 495-4770
www.israellawfl.com

By:    s/*David B. Israel*
        David B. Israel, Esq.
        Florida Bar No.: 0984078
        disrael@israellawfl.com
        Eric J. Israel, Esq.
        Florida Bar No.: 1003655
        ejisrael@israellawfl.com
        israellawfl@gmail.com