UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-81565-DMM

WILLIAM DAVID WILCOX JR. a/k/a
DAVID WILCOX, an individual, and
MEGAN DANIELLE LUCHEY, and
individual,

    Plaintiffs,

v.

LA PENSEE CONDOMINIUM
ASSOCIATION, INC., a Florida Not-For-
Profit Corporation, MARY MCFADDEN, an
individual, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, A
Florida Limited Liability Company, and
DAVID WOLFF a/k/a DAVID WOLF, an
individual,

    Defendants.
_____/

**DEFENDANTS MARY MCFADDEN AND MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, MOTION TO COMPEL PRODUCTION OF EXHIBITS FROM TODD DAVIS'S APRIL 26, 2022 DEPOSITION AND DOCUMENTS SUBPOENAED FROM THE DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, THE COLLIER COUNTY FLORIDA SHERIFF'S OFFICE, AND THE PALM BEACH COUNTY SHERIFF'S OFFICE**

Defendants, MARY MCFADDEN ("McFadden") and MAC RESIDENTIAL MANAGEMENT SERVICES, LLC ("MAC," together with McFadden, "MAC Defendants"), by and through undersigned counsel, hereby moves to compel Plaintiffs, WILLIAM DAVID WILCOX JR. a/k/a DAVID WILCOX and MEGAN DANIELLE LUCHEY, to produce exhibits to Todd Davis' deposition and records subpoenaed by them, and state as follows:

## BACKGROUND

Plaintiffs filed their Complaint on September 3, 2021, alleging (1) retaliation in violation of the Fair Housing Act ("FHA"); (2) interference, coercion, or intimidation in violation of § 760.37 of the Florida Statutes; and (3) intentional infliction of emotional distress[1]. These allegations stem from Plaintiffs' assertion that they were being discriminated against by Defendant LA PENSEE CONDOMINIUM ASSOCIATION ("Association"), its board members (including Defendant DAVID WOLF), and the Association's former property manager, MAC (owned by McFadden), because of Plaintiff Luchey's race and Plaintiff Wilcox's service dog.

On April 26, 2022, Plaintiffs took the deposition of Todd Davis, an employee of the Association. During the deposition, Plaintiffs' counsel presented the following exhibits: (1) Subpoena directed to Todd Davis to testify at a deposition; (2) Plaintiff Luchey's La Pensee Parking Pass; (3) Standard Lease Agreements (Exs. A, B, and C of the Complaint); (4) lawsuit filed by the Association against La Pensee 303, William David Wilcox, Mark McFadden, and Megan Danielle Luchey; (5) La Pensee's Second Amended Complaint for Injunctive Relief; and (6) audio recording of a conversation between McFadden and Davis[2].

On May 10, 2022, Plaintiffs took the deposition of Mary McFadden. During the deposition, Plaintiffs' counsel asked Ms. McFadden questions regarding a complaint filed by the Department of Business and Professional Regulation as to an ancient DUI and two alleged worthless checks from 1983 and 1992. Mary McFadden Depo 24/13—25/6. A month later, Plaintiffs' counsel subpoenaed the Department of Business and Professional Regulation ("DBPR"), the Collier County Florida Sheriff's Office ("CCFSO"), and the Palm Beach County Sheriff's Office

---

[1] The Court has dismissed the intentional infliction of emotional distress claim with leave to amend.
[2] Counsel for MAC Residential Management Services, LLC moved to strike the questioning and testimony, and objected to the use of the audio recording based on §§ 934.03 and 934.06 of the Florida Statutes. The audio recording will be the subject of a motion in limine.

("PBCSO") related to these allegations against McFadden.[3] Specifically, Plaintiffs' counsel requested from the DBPR:

> Certified copies of all documents related to any complaints filed against Mary Frances McFadden, including but not limited, to any responses thereto, and administrative decisions.

*See* Exh. A, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to DBPR. From the CCFSO and PBCSO, Plaintiffs' counsel requested the following:

> Certified copies of all documents including, but not limited to, mugshots and booking cards, related to any arrest, detention, conviction, plea of no lo contender, finding, or plea, of guilty or non-guilty, incarceration, or parole violation related to Mary Frances McFadden, with a birth date of 12/7/1958.

*See* Exhs. B and C, Subpoena to Produce Documents to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to CCFSO and PBCSO.

On June 22, 2022, MAC's undersigned counsel emailed Plaintiffs' former counsel, requesting the documents that he received from the subpoenas. *See* email string attached hereto as Exhibit D. MAC's undersigned counsel has not yet received these documents[4] and Plaintiffs' have not objected to producing these documents. In fact, on a zoom call, Plaintiffs' former counsel stated he would produce what he had already received from the subpoenas. Nothing has been received by MAC Defendants' counsel.

Additionally, the MAC Defendants attempted to obtain the exhibits from Todd Davis's deposition from the court reporter, but was informed that the exhibits had been retained by Plaintiff's counsel. *See* Exh. E, Email with Court Reporting Service.

---

[3] The documents requested are the subject of a motion in limine that will be filed.
[4] In the Order Regarding Discovery and Related Deadlines [DE 81], this Court stated that its June 30, 2022 discovery deadline was *firm*, explaining that it would "not entertain discovery related motions filed after the June 30, 2022 close of discovery."

Subsequently, MAC's undersigned counsel asked Plaintiff's counsel for these exhibits on June 28, 2022. *See* email string attached hereto as Exhibit D. MAC's undersigned counsel has not yet received a response to this email. Therefore, as explained below, Plaintiffs should be compelled to produce the subpoenaed documents and the exhibits from Todd Davis's April 26, 2022 deposition which Plaintiffs' former counsel inappropriately failed to provide to the court reporter.

## ARGUMENT

Federal Rule of Civil Procedure 26(b)(1) defines the scope of discovery as the following:

> [A]ny non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case," considering the importance of the issues at stake, the parties' relative access to relevant information, the parties' resources, the importance of the discovery, and whether the burden of the discovery outweighs the likely benefit. It is well established that the courts must employ a liberal standard in keeping with the purpose of the discovery rules.

Fed. R. Civ. P. 26(b)(1). "The information sought need not be admissible at trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence. *Id.*

Here, these documents are unquestionably highly relevant. As to the exhibits introduced during Todd Davis's deposition, it is inappropriate to withhold exhibits used in a deposition from the court reporter. *See* Davis Depo. 58/10—92/3.

Regarding the documents subpoenaed from the DBPR, CCFSO, and the PBCSO, although there is very little doubt the Court will exclude them, Plaintiffs are attempting to use these to attempt to impeach McFadden. Consequently, without these documents, the MAC Defendants cannot adequately respond to Plaintiffs' assertions or move in limine. Thus, MAC Defendants should be able to obtain these documents to prepare its defense.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with Plaintiffs' counsel[5] and all other affected counsel via zoom conference on June 22, 2022, and subsequently via email (Exh. D hereto), in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Wherefore, Defendants, MARY MCFADDEN and MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, respectfully request this Court enter an order compelling Plaintiffs to produce exhibits from Todd Davis's April 26, 2022 Deposition to the court reporter for marking and provision, and to produce all documents subpoenaed by them from the Department of Business and Professional Regulation, the Collier County Florida Sheriff's Office, and the Palm Beach County Sheriff's Office.

Respectfully submitted,

s/*David B. Israel*
David B. Israel
Florida Bar No.: 0984078
disrael@israellawfl.com
Eric J. Israel
Florida Bar No.: 1003655
ejisrael@israellawfl.com
israellawfl@gmail.com
**ISRAEL, ISRAEL & ASSOCIATES, P.A.**
*Attorneys for Mary McFadden & MAC Residential Management Services, LLC*
6099 Stirling Road | Suite 211
Davie | FL 33314

*/s/ Michael D. Starks*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
akg@lgplaw.com
MICHAEL D. STARKS
Florida Bar No. 0086584
mds2@lgplaw.com

---

[5] Plaintiffs' counsel has since withdrawn from the case and Plaintiffs are currently *pro se*.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2022, a true and correct copy of the foregoing has been forwarded via Email delivery or mail delivery to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by email for those parties who are not authorized to receive electronically Notices of Electronic filing in this action.

David Wilcox, *Pro se*
wdavidwilcox@gmail.com

Megan Luchey, *Pro se*
meganluchey1@gmail.com

*/s/ Michael D. Starks*
MICHAEL D. STARKS
Florida Bar No. 0086584
mds2@lgplaw.com

# EXHIBIT A

### UNITES STATES DISCTRICT COURT
for the
#### Southern District of Florida

| | |
|---|---|
| WILLIAM DAVID WILCOX JR., and<br>MEGAN DANIELLE LUCHEY,<br><br>    Plaintiff,<br>v.<br><br>LA PENSEE CONDOMINIUM ASSOCIATION,<br>INC., MARY MCFADDEN, MAC RESIDENTIAL<br>MANAGEMENT EL AL<br><br>    Defendants. | Civil Action No: 9:21-CV-81565-DMM |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

TO:    DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
        2601 BLAIR STONE RD
        TALLAHASSEE, FL 32399-1027

✓ **Production**: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Certified copies of all documents related to any complaints filed against Mary Frances McFadden, including but not limited, to any responses thereto, and administrative decisions.

**Place/To:** Richard Lubliner, Esq., Lubliner Law PLLC, 1645 Palm Beach Lakes Blvd., Suite 1200, West Palm Beach, FL 33401;

**DATE AND TIME:** July 11, 2022 at 10:00 am

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 10, 2022

| *CLERK OF COURT* | | *R* |
|---|---|---|
| _____ | OR | _____ |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* William David Wilcox, Jr., and Megan Danielle Luchey, who issues or requests this subpoena, are: Richard S. Lubliner, Esq., Lubliner Law PLLC, 1645 Palm Beach Lakes Blvd. Suite 1200, West Palm Beach, FL 33401; (561) 207-2018.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT B

# UNITES STATES DISCTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| WILLIAM DAVID WILCOX JR., and<br>MEGAN DANIELLE LUCHEY,<br><br>    Plaintiff,<br>v.<br><br>LA PENSEE CONDOMINIUM ASSOCIATION,<br>INC., MARY MCFADDEN, MAC RESIDENTIAL<br>MANAGEMENT EL AL<br><br>    Defendants. | Civil Action No: 9:21-CV-81565-DMM |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   COLLIER COUNTY, FLORIDA SHERIFF'S OFFICE
      3319 TAMIAMI TRAIL EAST
      NAPLES, FL 34112

✓ **Production**: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Certified copies of all documents including, but not limited to, mugshots and booking cards, related to any arrest, detention, conviction, plea of no lo contendre, finding, or plea, of guilty or non-guilty, incarceration, or parole violation related to Mary Frances McFadden, with a birth date of ▮▮▮▮▮▮▮.

**Place/To:** Richard Lubliner, Esq., Lubliner Law PLLC, 1645 Palm Beach Lakes Blvd., Suite 1200, West Palm Beach, FL 33401;

**DATE AND TIME:** July 11, 2022 at 10:00 am

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 10, 2022

|  |  |  |
|---|---|---|
| _____<br>*CLERK OF COURT*<br>Signature of Clerk or Deputy Clerk | OR | *R*<br>_____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* William David Wilcox, Jr., and Megan Danielle Luchey, who issues or requests this subpoena, are: Richard S. Lubliner, Esq., Lubliner Law PLLC, 1645 Palm Beach Lakes Blvd. Suite 1200, West Palm Beach, FL 33401; (561) 207-2018.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT C

# UNITES STATES DISCTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| WILLIAM DAVID WILCOX JR., and <br> MEGAN DANIELLE LUCHEY, <br><br>   Plaintiff, <br> v. <br><br> LA PENSEE CONDOMINIUM ASSOCIATION, <br> INC., MARY MCFADDEN, MAC RESIDENTIAL <br> MANAGEMENT EL AL <br><br>   Defendants. | Civil Action No: 9:21-CV-81565-DMM |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   PALM BEACH COUNTY SHERIFF'S OFFICE
    3228 GUN CLUB ROAD
    WEST PALM BEACH, FL 33406

✓ **Production**: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Certified copies of all documents including, but not limited to, mugshots and booking cards, related to any arrest, detention, conviction, plea of no lo contendre, finding, or plea, of guilty or non-guilty, incarceration, or parole violation related to Mary Frances McFadden, with a birth date of ▆▆▆▆▆▆▆.

**Place/To:** Richard Lubliner, Esq., Lubliner Law PLLC, 1645 Palm Beach Lakes Blvd., Suite 1200, West Palm Beach, FL 33401;

**DATE AND TIME:** July 11, 2022 at 10:00 am

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 10, 2022

          *CLERK OF COURT*
          _____   OR   *R* _____
          *Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* William David Wilcox, Jr., and Megan Danielle Luchey, who issues or requests this subpoena, are: Richard S. Lubliner, Esq., Lubliner Law PLLC, 1645 Palm Beach Lakes Blvd. Suite 1200, West Palm Beach, FL 33401; (561) 207-2018.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT D

# Samuel C. Kimble

| | |
|---|---|
| **From:** | Michael D. Starks |
| **Sent:** | Tuesday, June 28, 2022 3:31 PM |
| **To:** | Richard Lubliner; David Israel; Marchese, Andrew J. |
| **Cc:** | Lincoff, Mark D.; Carolina Perales; Andrew Kemp-Gerstel; Elizabeth A. Henriques |
| **Subject:** | RE: La Pensee Federal Proposed Confidentiality Order - MAC Residential 286-0260 |

Also, the court reporter who transcribed Todd Davis says you also have those exhibits 1-7. So we need them for Todd Davis as well or will need to move to compel.

Thanks.

**From:** Michael D. Starks
**Sent:** Tuesday, June 28, 2022 11:46 AM
**To:** 'Richard Lubliner' <rich@lubliner-law.com>; 'David Israel' <disrael@israellawfl.com>; 'Marchese, Andrew J.' <AJMarchese@MDWCG.com>
**Cc:** 'Lincoff, Mark D.' <MDLincoff@MDWCG.com>; 'Carolina Perales' <carolina@lubliner-law.com>; Andrew Kemp-Gerstel <AKG@lgplaw.com>; Elizabeth A. Henriques <eah@lgplaw.com>
**Subject:** RE: La Pensee Federal Proposed Confidentiality Order - MAC Residential 286-0260

Rich, I'm not sure if I emailed you about this today or not, as I cannot find it if I did.

I've been asking for your McFadden exhibits for weeks. I'm going to have to move to compel this Friday if they are not received by then.

Also, on the zoom call, you said you had received documents and would send them to me if I simply emailed you a request. We will need to move to compel those as well. I realize you may not have received a response from all of them, but you did say you had received some records. Please shoot those over to us.

**From:** Michael D. Starks
**Sent:** Wednesday, June 22, 2022 5:00 PM
**To:** 'Richard Lubliner' <rich@lubliner-law.com>; David Israel <disrael@israellawfl.com>; Marchese, Andrew J. <AJMarchese@MDWCG.com>
**Cc:** Lincoff, Mark D. <MDLincoff@MDWCG.com>; Carolina Perales <carolina@lubliner-law.com>; Andrew Kemp-Gerstel <AKG@lgplaw.com>
**Subject:** RE: La Pensee Federal Proposed Confidentiality Order - MAC Residential 286-0260

Rich, please send us copies of documents you receive from the subpoenas you issued within 3 business days of receipt.

Also, still waiting on McFadden exhibits.

Thanks.

**From:** Richard Lubliner <rich@lubliner-law.com>
**Sent:** Tuesday, June 21, 2022 3:34 PM

# EXHIBIT E

**Samuel C. Kimble**

| | |
|---|---|
| **From:** | omctrep@aol.com |
| **Sent:** | Tuesday, June 28, 2022 3:23 PM |
| **To:** | Michael D. Starks; disrael@israellawfl.com; Andrew Kemp-Gerstel |
| **Subject:** | NO DAVIS EXHIBITS |

Sorry, I searched our digital 2022 Exhibits folder and it turns out Exhibits 1 - 7 were retained by Counsel.

Have a great rest of your day.

Martha

Ouellette & Mauldin Court Reporters, Inc.
1550 Madruga Avenue
Suite 333 - Kendar Building
Coral Gables, FL  33146
305.358.8875

This email has been scanned for spam and viruses. Click here to report this email as spam.