UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-81565-CV- MIDDLEBROOKS/Matthewman

WILLIAM DAVID WILCOX, JR. a/k/a DAVID
WILCOX and MEGAN DANIELLE LUCHEY,

    Plaintiffs,

v.

LA PENSE CONDOMINIUM ASSOCIATION,
INC., MARY MCFADDEN, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC. And DAVID
WOLFF a/k/a DAVID WOLF,

    Defendants.

_____/

FILED BY MLE D.C.

JUL 11 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## PLAINTIFFS' MOTION FOR EXTENSION
## OF TIME TO OBTAIN NEW COUNSEL AND EXTEND TRIAL DATE BY 90-DAYS

Plaintiffs WILLIAM DAVID WILCOX, JR ("DAVID") and MEGAN DANIELLE LUCHEY ("MEGAN") (collectively the "Plaintiffs"), *Pro Se*, pursuant to Local Rule 7.6, hereby submit their Motion for Extension of Time to obtain new counsel and extend trial date by 90-days, based upon the following grounds:

1. On June 24, 2022, due to failing to adequately advocate in Plaintiffs' best interests, lack of performance and health related issues, Plaintiffs parted ways with Lubliner Law.

2. On June 24, 2022, at Plaintiffs' request, counsel, Mr. Lubliner, filed a Motion to Withdraw.

3. On June 28, 2022, Judge Middlebrooks granted, in part, the Motion to Withdraw.

4. During Plaintiffs' efforts to obtain new counsel, the the proximity of the Trial Date has been cited as the sole reason to not file a Notice of Appearance.

5. Prior to filing this motion, in good faith, Plaintiffs reached out to All Counsel of record to obtain consent or objections to the filing of this motion.

6. Counsel for MAC Residential Management Services, LLC and Mary McFadden, Mr. Michael Starks and Mr. David Israel, confirmed that they <u>do not oppose</u> the Motion.

7. Counsel for La Pensee Condominium Association, Inc. and David Wolff, Mr. Andrew Marchese of Marshall Dennehey Warner Coleman Goggin, did not respond following numerous written attempts by Plaintiffs.

8. July 11, 2022: Plaintiffs scheduled, and confirmed, a Zoom conference at 16:00 EST, *Pro Se*, with opposing Counsel, to remedy discovery issues noted in the defendants' four motions to compel.

9. Plaintiffs will amend the original complaint, *Pro Se*, per the Order on the Motion to Dismiss of the original complaint.

10. Two-week trial period is set to commence September 26, 2022.

11. Plaintiffs are moving forward, *Pro Se*, while new counsel is retained.

12. As such, the undersigned, *Pro Se*, requests 90-day extension of time to obtain new counsel and prepare for Trial, with professionals.

13. Plaintiffs understand these to be all pending issues, to date.

14. This Motion is filed in good faith and not for purposes of delay.

WHEREFORE, Plaintiffs WILLIAM DAVID WILCOX, JR and MEGAN DANIELLE LUCHEY respectfully request that this Court grant this Motion for Extension of Time and enter an Order providing the Plaintiffs' 90-days from the date to obtain new counsel and prepare responses to the Defendants' most recent motions adequately and any further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Email to all Counsel/Parties in this action.

I FUTHER CERTIFY that a copy was sent via certified mail (USPS) to Mr. Andrew Marchese's address on file, 100 N.E. 3rd Avenue, Suite #1100, Fort Lauderdale, FL 33301, due to non-responsiveness to Plaintiffs.

Dated: July 10, 2022                                    Respectfully Submitted,

*[signature]* 10 July 2022

David Wilcox, Plaintiff
4000 South Ocean Blvd.
Apt. 303
South Palm Beach, FL 33480
*PRO SE*

*[signature]* 7/10/22

Megan Luchey, Plaintiff
4000 South Ocean Blvd.
Apt. 303
South Palm Beach, FL 33480
*PRO SE*

Cc: Counsel of Record