UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-81565 DMM

**WILLIAM DAVID WILCOX JR a/k/a
DAVID WILCOX, an individual, and
MEGAN DANIELLE LUCHEY, an individual,**

    PLAINTIFFS,

V.

**LA PLENSEE CONDOMINIUM ASSOCIATION,
Inc., a Florida not-for profit organization,
MARY MCFADDEN, an individual, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, a Florida Limited
Liability Company, AND DAVID WOLFF, a/k/a David
WOLF, an individual,**

    DEFENDANTS
_____/

## NOTICE OF LIMITED APPEARANCE

I, Kenneth C. Terrell hereby file this Notice of Limited Appearance on behalf of petitioner, Megan Danielle Luchey, in the above captioned matter. This Appearance is for the following limited purposes:

1. To file Ms. Luchey's Response to Defendants' Motion to Compel Answers to Questions at Deposition of Megan Danielle Luchey.
2. To represent the petitioner on the following issues throughout the proceedings:
   a. Negotiation of Settlement of all claims as to all defendants in this matter, and;
   b. Prepare and file all necessary pleadings to resolve Ms. Luchey's claims.

The clerk of the above-styled Court is requested to enter this Notice of record.

Copies of all future Court documents should be served on the undersigned attorney at the address provided and on Petitioner at the address designated in the CM/ECF system.

**Kenneth C. Terrell**
**The Strategic Legal Group LLP**
**150 East Palmetto Park Road, Suite 800, Boca Raton, FL 33432**
**kcterrell@bellsouth.net**

Respectfully Submitted,

/sKenneth C. Terrell
Kenneth C. Terrell
Fla. Bar No. 542776

I hereby certify that a true and correct copy of this Notice has been provided to all counsel of record and all parties through the CM/ECF portal this 19th Day of July 2022.

Kenneth C. Terrell