UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-81565-DMM

WILLIAM DAVID WILCOX JR. a/k/a DAVID WILCOX, an individual, and MEGAN DANIELLE LUCHEY, and individual,

    Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION, INC., a Florida Not-For-Profit Corporation, MARY MCFADDEN, an individual, MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, A Florida Limited Liability Company, and DAVID WOLFF a/k/a DAVID WOLF, an individual,

    Defendants.
_____/

**DEFENDANTS LA PENSEE CONDOMINIUM ASSOCIATION &
DAVID WOLF'S NOTICE OF JOINDER WITH DEFENDANTS
MARY MCFADDEN & MAC RESIDENTIAL MANAGEMENT SERVICES'
MOTION TO COMPEL PLAINTIFF MEGAN LUCHEY TO ANSWER
<u>QUESTIONS AT HER RECONVENED DEPOSITION [DE #86]</u>**

Defendants, LA PENSEE CONDOMINIUM ASSOCIATION, INC. and DAVID WOLF join in the Defendants, MARY MCFADDEN and MAC RESIDENTIAL MANAGEMENT SERVICES, LLC's Motion to Compel Plaintiff Megan Luchey to Answer Questions at her Reconvened Deposition ["Motion"; DE 86], and thereby adopt, incorporate, and join in said Motion as if fully filed and set forth herein.

        Respectfully submitted,

        */s/ Andrew J. Marchese*
        **ANDREW J. MARCHESE**
        Florida Bar Number: 061931
        **JOELLE J. VOGEL**
        Florida Bar Number: 1002659
        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN
        *Counsel for La Pensee Condominium Association, Inc., and David Wolff a/k/a David Wolf*
        2400 East Commercial Blvd., Suite 1100
        Fort Lauderdale, FL 33308
        T:  (954) 847-4920; F:  (954) 627-6640
        ajmarchese@mdwcg.com; jjvogel@mdwcg.com; mdlincoff@mdwcg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **July 21, 2022**, I e-mailed or mailed the foregoing document to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Andrew J. Marchese*
        ANDREW J. MARCHESE

**David Wilcox (*pro se*)**
4000 South Ocean Blvd., Apartment 303
South Palm Beach, FL 33480
David.wilcox@evolution-metals.com
Meganluchey1@gmail.com
wdavidwilcox@gmail.com

**Andrew Kemp-Gerstel, Esq.**
**Michael D. Starks, Esq.**
Liebler, Gonzalez & Portuondo
44 West Flagler Street
Miami, FL 33130
akg@lgplaw.com; mkv@lgplaw.com;
mds2@lgplaw.com

**Kenneth C. Terrell, Esq.**
The Strategic Legal Group, LLP
150 E. Palmetto Park Road, Suite 800
Boca Raton, FL 33432
kcterrell@bellsouth.net

**David B. Israel, Esq.**
**Eric J. Israel, Esq.**
Israel & Israel & Associates, P.A.
6099 Stirling Road, Suite 211
Davie, FL 33314
disrael@israellawfl.com;
ejisrael@israellawfl.com;
israellawfl@gmail.com