**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:21-CV-81565-DMM**

WILLIAM DAVID WILCOX JR. a/k/a
DAVID WILCOX, an individual, and
MEGAN DANIELLE LUCHEY, and
individual,

      Plaintiffs,

v.

LA     PENSEE     CONDOMINIUM
ASSOCIATION, INC., a Florida Not-For-
Profit Corporation, MARY MCFADDEN, an
individual,    MAC     RESIDENTIAL
MANAGEMENT  SERVICES,  LLC,  A
Florida Limited Liability Company, and
DAVID WOLFF a/k/a DAVID WOLF, an
individual,

      Defendants.

_____/

**STIPULATION OF INTENT TO SETTLE CASE**

Plaintiff, Megan Danielle Luchey ("Luchey"), and Defendants, La Pensee Condominium

Association, Inc. (the "Association") and David Wolf ("Wolf")(collectively the "Parties"), acting

through their undersigned counsel, hereby stipulate that Luchey, the Association, and Wolf have

reached a settlement in principle and are continuing good-faith negotiations regarding specific

provisions to the Settlement Agreement.  The Parties expect to have a formal agreement within

thirty (30) days.

*(Remainder of page intentionally left blank.  Signature block and Certificate of Service*

*on following page.)*

1

Respectfully submitted,

| | |
|---|---|
| */s/ Kenneth C. Terrell* | */s/ Andrew J. Marchese* |
| **KENNETH C. TERRELL, ESQ.** | **ANDREW J. MARCHESE** |
| Florida Bar Number 542776 | Florida Bar Number: 061931 |
| The Strategic Legal Group, LLP | **JOELLE J. VOGEL** |
| 150 E. Palmetto Park Road, Suite 800 | Florida Bar Number: 1002659 |
| Boca Raton, FL 33432 | **MARSHALL, DENNEHEY, WARNER,** |
| kcterrell@bellsouth.net | **COLEMAN & GOGGIN** |
| *Counsel for Plaintiff,* | 2400 East Commercial Blvd., Suite 1100 |
| *Megan Danielle Luchey* | Fort Lauderdale, FL 33308 |
| | T: (954) 847-4920; F: (954) 627-6640 |
| | ajmarchese@mdwcg.com |
| | jjvogel@mdwcg.com |
| | mdlincoff@mdwcg.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **July 21, 2022**, I e-mailed or mailed the foregoing document to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/  Andrew J. Marchese*
ANDREW J. MARCHESE

| | |
|---|---|
| **David Wilcox (*pro se*)** | **Kenneth C. Terrell, Esq.** |
| 4000 South Ocean Blvd., Apartment 303 | The Strategic Legal Group, LLP |
| South Palm Beach, FL 33480 | 150 E. Palmetto Park Road, Suite 800 |
| David.wilcox@evolution-metals.com | Boca Raton, FL 33432 |
| Meganluchey1@gmail.com | kcterrell@bellsouth.net |
| wdavidwilcox@gmail.com | |
| | |
| **Andrew Kemp-Gerstel, Esq.** | **David B. Israel, Esq.** |
| **Michael D. Starks, Esq.** | **Eric J. Israel, Esq.** |
| Liebler, Gonzalez & Portuondo | Israel & Israel & Associates, P.A. |
| 44 West Flagler Street | 6099 Stirling Road, Suite 211 |
| Miami, FL 33130 | Davie, FL 33314 |
| akg@lgplaw.com; mkv@lgplaw.com; | disrael@israellawfl.com; |
| mds2@lgplaw.com | ejisrael@israellawfl.com; |
| | israellawfl@gmail.com |

2