UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-81565-DMM

WILLIAM DAVID WILCOX JR. a/k/a DAVID WILCOX, an individual, and MEGAN DANIELLE LUCHEY, and individual,

    Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION, INC., a Florida Not-For-Profit Corporation, MARY MCFADDEN, an individual, MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, A Florida Limited Liability Company, and DAVID WOLFF a/k/a DAVID WOLF, an individual,

    Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Megan Danielle Luchey ("Luchey"), and Defendants Mary McFadden and MAC Residential Management Services, LLC, acting through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff Luchey's claims against said Defendants in this case are hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

    Respectfully submitted,

| /s/ Kenneth C. Terrell | /s/ David B. Israel |
|---|---|
| Kenneth C. Terrell | DAVID B. ISRAEL |
| Florida Bar No. 542776 | Florida Bar No. 0984078 |

              **ISRAEL, ISRAEL & ASSOCIATES, P.A.**

              6099 Stirling Road, Suite 211

              Davie, FL 33314

              Telephone: (954) 495-8602

              Facsimile: (954) 495-4770

              disrael@israellawfl.com


              */s/ Michael D. Starks*

              ANDREW KEMP-GERSTEL

              Florida Bar No. 0044332

              MICHAEL D. STARKS

              Florida Bar No. 0086584

              **LIEBLER, GONZALEZ & PORTUONDO**

              Courthouse Tower - 25th Floor

              44 West Flagler Street

              Miami, FL 33130

              Telephone: (305) 379-0400

              Facsimile: (305) 379-9626

              akg@lgplaw.com

              mkv@lgplaw.com

              mds2@lgplaw.com


## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this <u>21st</u> day of July, 2022, I caused the foregoing document to be filed with the Clerk of Court, and to be served by email this day on all counsel of record.

*/s/ Kenneth C. Terrell*

Kenneth C. Terrell

Florida Bar No. 542776