UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-81565-DMM

WILLIAM DAVID WILCOX JR. a/k/a DAVID WILCOX, an individual, and MEGAN DANIELLE LUCHEY, and individual,

    Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION, INC., a Florida Not-For-Profit Corporation, MARY MCFADDEN, an individual, MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, A Florida Limited Liability Company, and DAVID WOLFF a/k/a DAVID WOLF, an individual,

    Defendants.

_____/

**DEFENDANTS LA PENSEE CONDOMINIUM ASSOCIATION, INC. &
DAVID WOLF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants, La Pensee Condominium Association, Inc. (the "Association") and David Wolf ("Wolf"), by and through their undersigned counsel, pursuant to Federal Rule 6(a)(1)(A) of the Federal Rules of Civil Procedure, and of the Local Rules for the United States District Court for the Southern District of Florida, file this Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint, and in support thereof state as follows.

1.    On July 12, 2022, Plaintiffs filed a First Amended Complaint in this action against, among other parties, Defendants Association and Wolf [DE 94].

2. A response to Plaintiffs' First Amended Complaint, in accordance with Rule 15(1)(3) of the Federal Rules of Civil Procedure, is due on July 26, 2022.

3. Undersigned counsel for the Association and Wolf have been unable to complete the response to Plaintiffs' First Amended Complaint as undersigned counsel has been working on (not counting other cases) the following matters in this action: (1) responses and replies to numerous motions now pending and due to be heard by Magistrate Judge William Matthewman on July 22, 2022; (2) settlement negotiations and a potential final settlement of Plaintiff Megan Luchey's claims against Defendants Association and Wolf; and (3) preparation for discovery depositions in this action.

4. Defendants Association and Wolf require additional time to properly respond to Plaintiffs' First Amended Complaint in this action. The Association and Wolf are requesting an extension of ten (10) days or until August 5, 2022, within which to complete the response to Plaintiffs' First Amended Complaint.

5. The granting of this Motion will not prejudice any party to these proceedings. This Motion is made in good faith and not for purposes of delay.

6. This Court has the inherent power to grant this Motion in the interest of resolution, justice and equity.

7. Defendants' counsel has consulted via email with Plaintiffs William David Wilcox and Megan Danielle Luchey, and requested agreement to the requested extension of time of ten (10) days to file their response to Plaintiffs' First Amended Complaint. Plaintiffs have yet to respond.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that Andrew J. Marchese, Esq., counsel for the movants, has made reasonable efforts to confer with Mr. Wilcox and Ms. Luchey in a good faith effort to resolve the issues raised in the motion, and has been unable to do so.

WHEREFORE, Defendants, LA PENSEE CONDOMINIUM ASSOCIATION, INC. and DAVID WOLF, having shown good cause, respectfully request that this Honorable Court enter an Order granting this Motion for Extension of Time; grant an extension of time for Defendants to respond to Plaintiffs' First Amended Complaint of ten (10) days or until August 5, 2022; and for all other relief the Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/ Andrew J. Marchese*
**ANDREW J. MARCHESE**
Florida Bar Number: 061931
**JOELLE J. VOGEL**
Florida Bar Number: 1002659
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
2400 East Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
T: (954) 847-4920; F: (954) 627-6640
ajmarchese@mdwcg.com
jjvogel@mdwcg.com
mdlincoff@mdwcg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **July 21, 2022**, I e-mailed or mailed the foregoing document to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Andrew J. Marchese*
ANDREW J. MARCHESE

**David Wilcox (*pro se*)**
4000 South Ocean Blvd., Apartment 303
South Palm Beach, FL 33480
David.wilcox@evolution-metals.com
Meganluchey1@gmail.com
wdavidwilcox@gmail.com

**Andrew Kemp-Gerstel, Esq.**
**Michael D. Starks, Esq.**
Liebler, Gonzalez & Portuondo
44 West Flagler Street
Miami, FL 33130
akg@lgplaw.com; mkv@lgplaw.com;
mds2@lgplaw.com

**Kenneth C. Terrell, Esq.**
The Strategic Legal Group, LLP
150 E. Palmetto Park Road, Suite 800
Boca Raton, FL 33432
kcterrell@bellsouth.net

**David B. Israel, Esq.**
**Eric J. Israel, Esq.**
Israel & Israel & Associates, P.A.
6099 Stirling Road, Suite 211
Davie, FL 33314
disrael@israellawfl.com;
ejisrael@israellawfl.com;
israellawfl@gmail.com