UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81565-CV-MIDDLEBROOKS/Matthewman

WILLIAM DAVID WILCOX, JR. a/k/a DAVID
WILCOX and MEGAN DANIELLE LUCHEY,

    Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION,
INC., MARY MCFADDEN, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, and DAVID
WOLFF a/k/a DAVID WOLF,

    Defendants.
_____/

**ORDER DISMISSING ONE PLAINTIFF'S CLAIMS**

THIS CAUSE comes before the Court upon Plaintiff Megan Danielle Luchey and Defendants Mary McFadden and MAC Residential Management Services, LLC's ("Parties") Stipulation of Dismissal With Prejudice, filed July 21, 2022. (DE 119). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) Plaintiff Megan Danielle Luchey's claims against Defendants Mary McFadden and MAC Residential Management Services, LLC are **DISMISSED WITH PREJUDICE**.

(2) Plaintiff William David Wilcox's claims remain pending.

**SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of July, 2022.

                                                   Donald M. Middlebrooks
                                                 United States District Judge

Copies to:    Counsel of Record