UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-81565-CIV-MIDDLEBROOKS/MATTHEWMAN

WILLIAM DAVID WILCOX, JR. a/k/a DAVID
WILCOX and MEGAN DANIELLE LUCHEY,

     Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION,
INC., MARY MCFADDEN, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, and DAVID
WOLFF a/k/a DAVID WOLF,

     Defendants.
_____/

## ORDER FOLLOWING OMNIBUS ORDER

**THIS CAUSE** is before the Court *sua sponte*. On July 26, 2022, the Court entered an Omnibus Order on Discovery-Related Motions ("Omnibus Order") [DE 129]. Within the Omnibus Order, the Court addressed five discovery-related motions, disposing entirely of several of them. However, the Court reserved ruling in part and required a Joint Notice with respect to the Motion to Compel Plaintiff Megan Luchey to Answer Questions at Her Reconvened Deposition ("Motion to Compel Deposition") [DE 86], and required a Joint Notice with respect to the "Motion to Compel Production of Exhibits from Todd Davis' April 26, 2022 Deposition and Documents Subpoenaed from the Department of Business and Professional Regulation, the Collier County Florida Sheriff's Office, and the Palm Beach County Sheriff's Office" ("Motion to Compel Production") [DE 88].

1

Specifically, as to the Motion to Compel Deposition (filed by Defendants Mary McFadden, MAC Residential Management Services, LLC, La Pensee Condominium Association, Inc., and David Wolff), the Court denied the motion in part as moot because Plaintiff Megan Luchey ("Plaintiff Luchey") and Defendants Mary McFadden and MAC Residential Management Services, LLC filed a Stipulation of Dismissal with Prejudice on the eve of the July 22, 2022 Zoom video teleconference (VTC) hearing. [DE 129 at 3–4]. However, because Plaintiff Luchey and Defendants La Pensee Condominium Association, Inc. and David Wolff filed a Stipulation of *Intent* to Settle Case [DE 118]—and had therefore not settled the case at the time of the July 22, 2022 Zoom VTC hearing—the Court reserved ruling in part on the motion as to those parties, requiring that a Joint Notice be filed on or before August 3, 2022 "advising the Court as to whether the deposition of Ms. Luchey is still being sought." *Id.* at 4.

With respect to the Motion to Compel Production (filed on behalf of all four Defendants), the Court granted in part and denied in part the motion. *Id.* at 6–7. The Court granted the motion as to the Todd Davis exhibits and the documents subpoenaed from the Department of Business and Professional Regulation. *Id.* at 6. However, the Court denied the motion as moot to the extent the four Defendants sought subpoenaed Palm Beach County documents, as all parties acknowledged that Plaintiff David Wilcox, Jr. ("Plaintiff Wilcox") provided such documents. *Id.* at 7. Further, the Court denied the motion with respect to the production of the subpoenaed Collier County documents, requiring Plaintiff Wilcox to produce an email to the Defendants "forthwith" based upon his "representation that he was informed—via email—that no such documents exist." *Id.* But "[b]ecause of the uncertainty surrounding production of the Todd Davis exhibits and DBPR documents," as well as the uncertainty surrounding production of the email from Collier County,

2

the Court required the parties to file a Joint Notice with the Court advising "as to whether Mr. Lubliner (or Plaintiff Wilcox) has produced the exhibits and documents, and whether Plaintiff Wilcox has produced the Collier County letter [or email]." *Id.* at 7–8.

Subsequently, on July 26, 2022, the parties filed a Joint Notice Ordered by the Court Regarding Plaintiff Wilcox's Compliance with Magistrate[ Judge's] Order [DE 133]. In that Joint Notice, the parties informed the Court that "Plaintiff Wilcox and his former counsel, Richard Lubliner, Esq., have produced the DBPR records and Todd Davis deposition exhibits at issue." [DE 133 at 1]. The parties further informed the Court that Plaintiff Wilcox "has also produced an email dated June 27, 2022 from the Collier County Sheriff's Office advising that no records responsive to Plaintiffs' Subpoena Duces Tecum are available which are responsive to the Subpoena." [DE 133 at 1–2]. In other words, the parties notified the Court that no issues remained outstanding concerning the Motion to Compel Production [DE 88].

Then, on August 2, 2022, Plaintiff Luchey and Defendants La Pensee Condominium Association, Inc. and David Wolff filed a Stipulation of Dismissal with Prejudice [DE 139]. As a result, on August 3, 2022, the Court entered an order dismissing Plaintiff Luchey's claims against those Defendants, leaving Plaintiff Luchey with no remaining claims in this case. [DE 140]. While Plaintiff Luchey and Defendants La Pensee Condominium Association, Inc. and David Wolff did not file a Joint Notice with the Court on or before August 3, 2022 "advising the Court as to whether the deposition of Ms. Luchey is still being sought" as required by the Court's Omnibus Order, the Court is cognizant that, during the July 22, 2022 Zoom VTC hearing, Defendants La Pensee Condominium Association, Inc. and David Wolff originally requested that the Court not deny the

3

Motion to Compel Deposition as moot until Plaintiff Luchey's claims against them had been dismissed.

Accordingly, it is hereby **ORDERED** as follows:

1. The remaining portion of the Motion to Compel Deposition [DE 86] for which the Court reserved ruling is now **DENIED AS MOOT** in light of Plaintiff Luchey and Defendants La Pensee Condominium Association, Inc. and David Wolff's Stipulation of Dismissal with Prejudice [DE 139] and the Court's subsequent dismissal of Plaintiff Luchey's claims against Defendants La Pensee Condominium Association, Inc. and David Wolff [DE 140]. The Court considers matters pertaining to the Motion to Compel Deposition concluded.

2. Based upon the July 26, 2022 Joint Notice concerning the Motion to Compel Production [DE 88], in which the parties notified the Court that no issues remained outstanding as to that motion, the Court also considers matters pertaining to the Motion to Compel Production [DE 88] concluded.[1]

3. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff Wilcox at his address of record.

---

[1] The Court reminds the parties that discovery closed in this case on June 30, 2022, and that the Court previously stated it would "not entertain discovery-related motions filed after the June 30, 2022 close of discovery." [DE 81 at 1].

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 4th day of August, 2022.

                                    /s/ William Matthewman
                                    WILLIAM MATTHEWMAN
                                    United States Magistrate Judge

cc:      William David Wilcox, Jr.
         4000 South Ocean Blvd. Apt 303
         South Palm Beach, FL 33480