**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:21-CV-81565-DMM**

WILLIAM DAVID WILCOX JR. a/k/a,
DAVID WILCOX, an individual, and
MEGAN DANIELLE LUCHEY, an
individual

    Plaintiffs,

    V.

LA PENSEE CONDOMINIUM
ASSOCIATION, INC., a Florida Not-For-
Profit Corporation, MARY MCFADDEN, an
Individual, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, a
Florida Limited Liability Company, and
DAVID WOLFF a/k/a DAVID WOLF, an
Individual,

    Defendants

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Neil Bryan Tygar, Esq. of the Law Offices of Neil Bryan Tygar, P.A., enters his appearance as counsel for William David Wilcox Jr. a/k/a David Wilcox in this cause. All further pleadings and documents in this case should be forwarded to the undersigned attorney at the below stated address.

## NOTICE OF PRIMARY E-MAIL DESIGNATION

Undersigned counsel, hereby designates the following e-mail addresses for receiving service:

    Primary E-mail:        ntygar@me.com

1

Secondary E-mail:   neiltygarlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed August 7th, 2022, with the Southern District of Florida using the CM/ECF e-filing Portal and served by an automatic email generated by the Florida Courts e-filing portal.

Neil Bryan Tygar, P.A.
Attorneys for Plaintiff
David Wilcox
By: */s/ Neil B. Tygar*
Neil Tygar
Executive Square Plaza
5341 West Atlantic Avenue, Suite 303
Delray Beach, FL 33484
561-455-0280 Phone
561-305-5214 Cellular Phone
561-455-0281 Fax
Florida Bar No. 0911100
**Primary E-Mail Address:   ntygar@me.com**
**Secondary E-Mail:   neiltygarlaw@gmail.com**