UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-81565-DMM

WILLIAM DAVID WILCOX JR. a/k/a,
DAVID WILCOX, an individual, and
MEGAN DANIELLE LUCHEY, an
individual

    Plaintiffs,

  V.

LA PENSEE CONDOMINIUM
ASSOCIATION, INC., a Florida Not-For-
Profit Corporation, MARY MCFADDEN, an
Individual, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, a
Florida Limited Liability Company, and
DAVID WOLFF a/k/a DAVID WOLF, an
Individual,

    Defendants
_____/

## PLAINTIFF'S MOTION TO EXTEND TRIAL DATE

Plaintiff, William David Wilcox, by and through undersigned counsel, respectfully moves this court for an Order granting plaintiff's Motion to Extend Trial Date and for good cause shows:

1. This matter is set for calendar call on October 19, 2022, for the two-week trial period commencing on October 24th, 2022.

2. Counsel for Plaintiff appeared in this cause on Sunday August 7th, 2022.

3. This is a fairly complex matter with multiple attorneys for defendants and a related state court multi-party litigation.

4. The Court previously indicated in its prior order on Plaintiffs pro se motion for extension

1

ECF #100 that "Should Plaintiffs retain counsel, and should counsel be unable to meet the current pre-trial schedule and/or trial date, the court will consider whether good cause exists for further relief, upon proper motion setting forth good cause."

5. Plaintiff seeks a 30-day extension, but no less than a 7-day extension of the trial date would and establish good cause by the below.

6. Counsel has a prepaid, non-refundable, vacation scheduled for Oct 23rd-30th, and Oct 24th, 2022, is currently the first day of the trial period currently set and thus the first five days of the calendar period directly conflicts with the trip. The trip is to a once yearly event, that was paid for almost a year before the scheduled trial. As such, counsel requests no less than 7 days to accommodate his personal conflict.

7. In addition, counsel is currently unable to begin preparing due to the repeat refusal of prior counsel for Plaintiff's to turn over any file materials, including discovery, and deposition transcripts. Both client and counsel have repeatedly written asking for the materials with the first request by client on 8/5/22.

8. Prior Counsel responded today by clearly stating in todays email "Once Mr. Wilcox satisfies his outstanding balance, we will be happy to release the files. However, as set forth in the cases cited herein, such remain our property until such time."

9. As such, Plaintiff is prejudiced in even beginning to prepare or meet pre-trial deadlines until the file materials are obtained and seeks a 30-day extension of the trial deadline, and anticipates having to file a motion to extend other pre-trial deadlines depending on when the materials are obtained and the time required to review and comply.

10. Further, Plaintiff notes that due to the short time period to trial, not moving the trial forward the 30 days will create undo additional pressures due to existing schedule conflicts and commitments.

11. Plaintiff's counsel has conferred with counsel for all the defendants, and while they do not join the motion, they have stated that they do not oppose.

**Wherefore** Plaintiff requests the trial calendar be moved no less than one week to accommodate Counsels personal conflict, and no less than 30 days to accommodate preparation and scheduling issues as outlined above, and such other and further relief as this court deems just and proper.

RESPECTFULLY SUBMITTED,

/s/Neil Tygar_____
 Neil Bryan Tygar, P.A.
Counsel for Plaintiff
5341 W. Atlantic Ave. #303
Delray Beach, FL 33130
Tel:    561-455-0280 Ext. 11
Fax:   561-455-0281
Cell:   561-305-5214
ntygar@me.com
neiltygarlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed August 11th, 2022, with the Southern District of Florida using the CM/ECF e-filing Portal and served by an automatic email generated by the Florida Courts e-filing portal.

> Neil Bryan Tygar, P.A.
> Attorneys for Plaintiff
> David Wilcox
> By: /s/ Neil B. Tygar
> Neil Tygar
> Executive Square Plaza
> 5341 West Atlantic Avenue, Suite 303
> Delray Beach, FL 33484
> 561-455-0280 Phone
> 561-305-5214 Cellular Phone
> 561-455-0281 Fax
> Florida Bar No. 0911100
> **Primary E-Mail Address:** ntygar@me.com
>
> **Secondary E-Mail:** neiltygarlaw@gmail.com