UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-CV-81565-DMM

WILLIAM DAVID WILCOX, JR, a/k/a
DAVID WILCOX, and individual, and
MEGAN DANIELLE LUCHEY, an
individual,

        Plaintiffs,

v.

LA PENSEE CONDOMINIUM
ASSOCIATION, INC., a Florida Not-For-
Profit Corporation, MARY MCFADDEN, an
individual, MAC RESIDENTIAL MANAGEMENT
SERVICES, LLC, a Florida Limited Liability
Company, and DAVID WOLFF, a/k/a DAVID WOLF,
an individual,

        Defendants.

_____/

      DATE:     June 22, 2022

      TIME:     9:31 a.m. - 4:36 p.m.

      PLACE:    Via remote video Zoom

CONTINUED VIDEOCONFERENCE DEPOSITION OF VALERIE MANZO

Kimberly Hacker
United Reporting, Inc.
1218 Southeast Third Avenue
Fort Lauderdale, Florida 33316
(954) 525-2221

Page 2

```
 1  APPEARANCE FOR THE PLAINTIFF:

 2       LUBLINER LAW, PLLC
         1645 Palm Beach Lakes, Blvd., Suite 1200
 3       West Palm Beach, Florida 33401
         BY: RICHARD LUBLINER, ESQUIRE
 4
    APPEARANCE FOR THE DEFENDANTS/MARY MCFADDEN AND MAC
 5  RESIDENTIAL MANAGEMENT SERVICES, LLC:

 6       ISRAEL, ISRAEL & ASSOCIATES, P.A.
         6099 Stirling Road, Suite 211
 7       Davie, Florida 33314
         BY: DAVID B. ISRAEL, ESQUIRE
 8
    APPEARANCE FOR DEFENDANT/MAC RESIDENTIAL MANAGEMENT
 9  SERVICES, LLC:

10       LIEBLER, GONZALEZ & PORTUONDO
         Courthouse Tower, 25th Floor
11       44 West Flagler Street
         Miami, Florida 33130
12       BY: MICHAEL STARKS, ESQUIRE

13  APPEARANCE FOR THE DEFENDANT/LA PENSEE CONDOMINIUM
    ASSOCIATION, INC., AND DAVID WOLFF:
14
         MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGI
15       2400 East Commercial Boulevard, Suite 1100
         Fort Lauderdale, Florida 33308
16       BY: ANDREW MARCHESE, ESQUIRE

17  APPEARANCE FOR THIRD-PARTY DEFENDANTS:

18       COLE, SCOTT & KISSANE, P.A.
         9150 South Dadeland Boulevard, Suite 1400
19       Miami, Florida 33156
         BY: ANDREW SIMON, ESQUIRE
20
    ALSO PRESENT:
21
          DAVID WOLF, DEFENDANT
22        MEGAN D. LUCHEY, PLAINTIFF

23

24

25
```

2c7e9c0c-2383-427a-8877-9a735e2bcdae

```
 1                     I N D E X

 2

 3 WITNESS                                   PAGE

 4 VALERIE MANZO

 5 Direct Examination by Mr. Israel            4

 6 Cross-Examination by Mr. Marchese         108

 7 Redirect Examination by Mr. Israel        183

 8

 9

10

11                  E X H I B I T S

12 DEFENDANT'S     DESCRIPTION                PAGE

13 5               Complaint document          12

14 6               Photographs                 29

15 7               Correspondence dated July 20, 2021   79

16 8               E-mail document dated
                   February 22, 2021           84
17
   9               Petition for Injunction    187
18

19

20

21

22

23

24

25
```

Page 4

1          COURT REPORTER:   Ms. Manzo, do I have your

2     consent to swear you in via remote video Zoom this

3     morning?

4          THE WITNESS:  Yes.

5 WHEREUPON,

6                    VALERIE MANZO,

7 a witness herein, having remotely appeared before me via

8 remote video and been duly sworn, testified upon her

9 oath as follows:

10          THE WITNESS:  I do.

11                 DIRECT EXAMINATION

12 BY MR. ISRAEL:

13     Q.   Good afternoon.  You may remember that we have

14 previously met at a previous deposition.  My name is

15 David Israel.  I represent Mary McFadden and MAC

16 Residential.

17          This is a continuation of your deposition.  So

18 I am going to be asking you some questions, and some of

19 the other attorneys will have an opportunity do that as

20 well after I am finished.

21          Are you able to provide testimony this

22 morning?

23     A.   Yes, sir.

24     Q.   I want to ask you some questions about some

25 documents and go through some matters that I think we

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 5

1  may have touched upon the last time, but we couldn't go

2  into more detail.  Let me ask you this question.

3          Are you aware whether there are two dogs

4  residing in Unit 303 at La Pensee Condominium currently?

5      A.   Is this related to the lawsuit?

6      Q.   My question was whether you were aware whether

7  there were two dogs residing in Unit 303 at La Pensee

8  Condominium currently.

9      A.   I believe that there are two.  They are not

10  pets.

11          COUT REPORTER:  Mr. Israel, before we

12      continue, can I ask that you speak up slightly or

13      maybe move the microphone closer to your mouth?  I

14      hear you, but you sound a little distant.  Thank

15      you.

16      Q.   Let me try the question again.

17          MR. STARKS:  This is Mike Starks.  I move to

18      strike the answer as nonresponsive.  Go ahead.

19      Q.   The question was whether you were aware --

20      A.   I --

21      Q.   Let me finish my question so that we can

22  understand each other.

23          -- whether currently there were two dogs

24  residing in Unit 303 at La Pensee Condominium?

25          MR. LUBLINER:  I object to form.

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 6

```
 1      A.   I don't know if there are two dogs there, but
 2 I did get a letter to that effect from JoAnn Burnett.   I
 3 did get a letter to that effect from JoAnn, yes.
 4      Q.   Do you recall when you received such
 5 correspondence from Ms. Burnett?
 6      A.   I think it was in January.
 7      Q.   Did you do anything to investigate the
 8 allegations in Ms. Burnett's correspondence?
 9           MR. LUBLINER:   I object to form.
10      A.   I did.
11      Q.   You did?
12      A.   Yes.
13      Q.   What did you do?
14      A.   I sent an e-mail to Mr. Wilcox and Ms. Luchey.
15      Q.   Okay.   What did you say in that e-mail?
16      A.   What JoAnn said in her letter.
17      Q.   And since I don't have the benefit of that
18 letter, could you tell me generally what that letter
19 said?
20      A.   That there was an unlawful tenant in the
21 apartment.
22      Q.   And you asked Ms. Luchey and Mr. Wilcox
23 whether there was an unlawful pet in Unit 303 at La
24 Pensee Condominium, correct?
25      A.   That is correct.
```

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 7

1      Q.    What did they tell you?

2      A.    That it's an emotional support animal, and I

3  was sent proof of that.

4      Q.    You were sent proof that it was an emotional

5  support animal?

6      A.    Yes.

7      Q.    Who sent you proof?

8      A.    Ms. Luchey I believe or Mr. Wilcox.  I don't

9  actually remember.

10     Q.    What did that proof say?

11     A.    That Ms. Luchey needs an emotional support

12 animal.

13     Q.    Was it a letter from a doctor?

14     A.    Yes, from a therapist.

15     Q.    Saying that?

16     A.    I don't think that I am supposed to go into

17 more detail than that.

18     Q.    I am not asking you for medical details.  I am

19 asking for a letter.

20     A.    Yes, I got a letter.

21     Q.    So you got a letter that said that she needed

22 an emotional support animal?

23     A.    Yes, sir.

24     Q.    Okay.  Do you know if that animal was ever

25 applied for to the Condominium Association?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 8

```
 1              MR. LUBLINER:  I object to form.

 2       A.   Yes, I do.

 3       Q.   Was it or was it not?

 4       A.   Yes.

 5       Q.   It was.

 6            And do you recall what format -- let me back

 7  up.

 8            When was a second emotional support animal

 9  requested from the Condominium Association?

10       A.   I don't know exactly.

11              MR. LUBLINER:  I object to form.

12       A.   I don't know exactly when, but I just know

13  that it went to the condominium.

14       Q.   Were you shown any documents reflecting the

15  application for the second emotional support or service

16  animal?

17       A.   No.  I saw the document letter, the

18  therapist's letter.

19       Q.   Nothing with the Condominium Association?

20       A.   No.

21       Q.   Okay.  And no approval --

22            Did you see any approval from the Condominium

23  Association?

24       A.   They don't write approvals.  They didn't write

25  one for Zeus.  And Mary McFadden informed me we're
```

Page 9

1  waiting, and if Zeus were approved -- they don't write
2  letters.
3          COUT REPORTER:  Ms. Manzo, when you answer, if
4      you could also speak up or just sit closer to the
5      microphone.
6      A.   Okay.  I had been informed that there were no
7  approval letters, that they just say, okay, that is
8  fine.
9      **Q.   Do you know whether in this particular**
10 **instance anybody said that it was okay to have a second**
11 **animal -- let me finish my question -- a second animal**
12 **residing in Unit 303 at La Pensee?**
13     A.   I don't know.
14     **Q.   Do you know if the application was made**
15 **through Ms. McFadden or MAC Residential through the**
16 **association or directly through the association?**
17     A.   I only know what I was informed of.  So I
18 don't know that I am the person to ask that question of.
19 But I believe the paperwork was given to Todd Davis.
20     **Q.   Do you know who Todd Davis is at the**
21 **Association?**
22     A.   Yes, he is the manager on site.  He is the
23 only person who is there every day.
24     **Q.   Are you aware that he is the maintenance**
25 **person and not a manager on site?**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 10

1      A.   He was called the on site manager.  He

2 reported -- as I understand it, he reported to Mary

3 McFadden, but Mary McFadden is not in the building.  She

4 works, as you well know, elsewhere.

5      **Q.   You are aware then that Mary McFadden and MAC**

6 **Residential have not managed La Pensee Condominium since**

7 **the end of December 2021, correct?**

8      A.   I am not -- we were not, as owners, formally

9 advised back when Mary ceased her employment.  All we

10 know as owner is that Donna Childrey and her company,

11 DSE, took over at some point later in the following

12 year, this year in 2022.  So I truly don't know when

13 Mary stopped working.  It's a little bit of a mystery to

14 us.

15      **Q.   It is a mystery to you and you don't know when**

16 **Ms. McFadden ended the other relationship?**

17      A.   No, I do not.

18      **Q.   Do you know if Ms. McFadden had any**

19 **involvement whatsoever with regards to the application**

20 **of this second dog that resided in Unit 303 as a service**

21 **animal?**

22      A.   No, I do not.  I don't know if Ms. McFadden

23 had anything to do with it, no.

24      **Q.   And you don't know whether there was a formal**

25 **approval of any type, whether in writing or anything**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 11

1  else, by the Association with regards to allowing the

2  second dog to reside in Unit 303 of La Pensee?

3          MR. LUBLINER:  I object to form.

4     A.   I don't know.

5     Q.   Do you know if Ms. Luchey has been residing on

6  a permanent basis at Unit 303 La Pensee Condominium

7  since the inception of the lease in 2021?

8     A.   I believe that is true, she had been residing

9  there continuously.  She paid the $150 fee.  She is

10 considered a resident.  She is a lawful resident.

11    Q.   My question was a little bit different.  What

12 I was trying to find out is not whether she is a

13 resident, but whether she resides in the unit.

14         Are you aware whether she resides on a

15 permanent basis as her primary residence in Unit 303 at

16 La Pensee Condominium?

17    A.   I believe that is true.  I have no reason to

18 believe otherwise.  Every time I speak to -- at almost

19 every instance when I am on the phone or Facetime with

20 her, she is there, so I believe she resides there.  As

21 you know, I don't reside there.

22    Q.   I understand that you don't reside there.

23         But it is your understanding that Ms. Luchey

24 resides on a permanent basis at Unit 303 at La Pensee

25 Condominium?

Page 12

1           MR. LUBLINER:  I object to form.

2      A.   That is correct.  That is my understanding.

3      **Q.   Let me get some documents so that we can share**

4 **them.**

5           **Ms. Manzo, do you see the document that is on**

6 **the screen right now?**

7      A.   Yes.

8           MR. ISRAEL:  We are going to mark this as

9      Exhibit 5, madam court reporter.

10          (The complaint document was marked as

11 Defendant's Exhibit Number 5 for Identification.)

12          MR. ISRAEL:  I'll send you every exhibit that

13     we use after the deposition.

14     **Q.   Do you know what this document is?**

15     A.   Yes, I do.

16     **Q.   What is it, if you know?**

17     A.   It's a complaint filed by William David Wilcox

18 and Megan Daniel Luchey against La Pensee, and I can't

19 read the rest -- there we go, La Pensee, Mary McFadden,

20 MAC Residential and David Wolf.

21     **Q.   Have you looked at this complaint previously?**

22     A.   Yes.

23     **Q.   This is a complaint that was filed in federal**

24 **court, correct?**

25     A.   Correct.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 13

1     Q.   When did you have an opportunity to review
2  this complaint previously?

3     A.   I don't remember, but shortly after it was
4  filed, Mr. Wilcox's counsel had it sent to me.

5     Q.   I want to go through some of the allegations
6  in this complaint, factual allegations, and I'll try to
7  find out what you know about them.

8          Have you ever met Mr. Wolf in person?

9     A.   No.

10    Q.   You had any conversations with Mr. Wolf?

11    A.   Not one-on-one.  I saw him.  I go to every
12  meeting of the board, and he is on the board, so I did
13  see him speak.  He once referenced me as the enemy
14  during a public -- not a Publix meeting, during a
15  meeting of the board in which the owners were present.
16  But I haven't been to meet him face-to-face, no.

17    Q.   Have you ever spoken to him outside of a board
18  meeting?

19    A.   I don't think so.

20    Q.   So it would be fair to say that you don't
21  really know Mr. Wolf very well, other than as a board
22  member, correct?

23    A.   Correct.

24    Q.   You are not friendly in any way with Mr. Wolf?

25    A.   No, I am not.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

1      Q.   Paragraph 20 of this complaint -- these are

2  under a section that is called facts common to all

3  counts.   It states that this lawsuit is predicated upon

4  the defendants for meditated diabolical actions of

5  coercion threats and intimidation or to ensure that

6  David and Megan would be removed from their home because

7  David has a service dog name Zeus, that the Association

8  previously approved to reside in subject unit and

9  because Megan is African-American.

10           What facts do you know that support that

11  claim?

12      A.   I have been told that Ms. Luchey was accosted

13  in an elevator and told that -- excuse me for using the

14  words, but they used the N word, that niggers don't

15  belong here.

16           COURT REPORTER:  I am sorry, Ms. Manzo, I am

17      having trouble hearing you.

18           Can you speak up and turn the volume up on

19      your device?

20           THE WITNESS:  I don't know how to turn the

21      volume up.

22           MR. MARCHESE:  This is Andrew Marchese.  I am

23      getting a hissing sound like there are snakes in

24      the room.  Is there anything that we can do to

25      avoid that because I am picking up every second or

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 15

1       third word.  Is anyone else getting the rattlesnake

2       effect in the background?

3              MR. STARKS:  It could be a fan or an a/c.

4       A.   I do have a/c.  I don't know what else it

5    could be.  All I hear is the hum of my laptop.

6              MR. MARCHESE:  I hear you speaking, and then

7       there is a crinkle phenomenon after that, like a

8       snake sound on my end.

9              Is nobody else hearing that?

10             MR. STARKS:  I hear it.  It's aggravating.

11             COURT REPORTER:  I hear it.  It's a scratching

12      sound.

13             MR. MARCHESE:  Go ahead.  David, you may as

14      well go forward.

15      A.   I'll put this closer.

16             MR. ISRAEL:  Madam court reporter, could you

17      read back the last question and the answer she

18      started giving?

19             COURT REPORTER:  Sure.  Just a minute.

20             (The requested portion was read back by the

21      reporter.)

22   BY MR. ISRAEL:

23      **Q.   Could you continue with your answer if**

24   **possible, please?**

25      A.   Yes, I was informed by Ms. Luchey and

Page 16

1  Mr. Wilcox that shortly after they moved in, Ms. Luchey

2  was alone in an elevator with one of the board members

3  who said that he used the N word and they don't belong

4  here.  It was that word that we don't use these days,

5  niggers don't belong here.  So that was said, and she

6  became quite frightened.  I was also told that after

7  that, there were a series of -- I received information

8  from Ms. McFadden and phone calls and e-mails describing

9  allegations of some people vomiting off the terrace,

10 having an open bottle, a glass bottle at the pool, and

11 other things that were said about and to David and Megan

12 to trying to get me to throw them out.

13          At one point, Mr. Wilcox overheard the woman

14 who lives across the hall or down the hall -- I don't

15 know, somewhere on the floor -- saying that she wanted

16 to buy -- wanted to take my unit, wanted my unit.  I

17 started to believe that they were making things up to

18 either force them out or force me to evict them.

19          At one point, they actually claimed that the

20 dog wasn't lawful notwithstanding several

21 communications, with me proving it to Mary McFadden.

22     **Q.   You gave a lot of information there, so I want**

23 **to break it down a little bit.**

24          **You said that you were told by Ms. Luchey and**

25 **Mr. Wilcox that somebody, a board member, had made a**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 17

1  derogatory remark to Ms. Luchey in an elevator as a

2  result of her skin color, correct?

3      A.   Correct.

4      Q.   Can you give me the date of when you were told

5  that that took place?

6      A.   No, I couldn't give you a date, but it was

7  very early on when they moved in.  So my guess is that

8  it was early February of '21.

9      Q.   So you were informed in early February?

10     A.   Yes.

11     Q.   Let me finish my question.

12          You were informed in early February or this

13  incident took place in early February?  I am trying to

14  understand the details of your answer.

15     A.   I don't know what date it happened.  I know

16  that it was shortly after they moved in, and they moved

17  in on the 25th of January on a Monday.  And shortly

18  after that, possibly within a week, it happened, and

19  they told me about it.

20     Q.   How did they inform you, via phone call, a

21  text, on e-mail?

22     A.   Phone call.

23     Q.   So you received a phone call sometime around a

24  week after they moved in from Mr. Wilcox or Ms. Luchey

25  informing you that an incident had taken place in the

Page 18

1 elevator with a board member where Ms. Luchey had been

2 insulted as a result of her skin color; would that be

3 accurate?

4      A.   I couldn't tell you exactly when they had the

5 conversation, but it was within the first month of

6 residence, probably within the first week, but it could

7 have been a little later.

8      Q.   And you were informed of this via phone call

9 from Mr. Wilcox and Ms. Luchey?

10     A.   Yes.

11     Q.   They called you and told you that?

12     A.   Yes.

13     Q.   Do you know who the alleged board member who

14 made this remark to Ms. Luchey was?

15     A.   It was Mr. Wolf.

16     Q.   Were you aware that at some point Mr. Wilcox

17 and Ms. Luchey had blamed Mr. Rosati for making this

18 remark?

19     A.   Yes.

20     Q.   And then it turned out that it wasn't

21 Mr. Rosati and it was Mr. Wolf that supposedly made this

22 remark, correct?

23     A.   I believe that is so.  I don't know what

24 either one of them looks like.

25     Q.   Is somebody else in the room with you?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 19

```
 1      A.   No, I am looking around.  I am actually -- I
 2 don't know what they look like.  But I don't know that I
 3 would recognize them, and maybe they didn't know what he
 4 looked like.  I don't know.
 5      Q.   It would be fair to say that at least there
 6 was come confusion as to how allegedly he made this
 7 remark to Ms. Luchey in the elevator; would that be fair
 8 to say?
 9           MR. LUBLINER:  I object to form.
10      A.   I would imagine it was pretty distressing, and
11 these are people she didn't know yet, so I don't know
12 why there was confusion.
13      Q.   Did you do anything to investigate this
14 alleged incident that Mr. Wolf and Ms. Luchey contacted
15 you about?
16      A.   I didn't call Mr. Wolf, no.
17      Q.   Did you call?
18      A.   I mentioned it to Mary McFadden.
19      Q.   I am sorry, you said that you did or you did
20 not mention it?
21      A.   I did not call Mr. Wolf, but I mentioned it to
22 Ms. McFadden at some point.
23      Q.   You mentioned at some point?
24      A.   Yes.
25      Q.   It would have been later or at the time?
```

Page 20

```
 1      A.   I don't know.
 2      Q.   Would it have been via e-mail or phone call?
 3      A.   Probably both.  We did both at that time.  We
 4  communicated both ways, so that is why I don't really
 5  remember.
 6      Q.   Okay.  Would it be fair to say that nobody
 7  accused Ms. McFadden or anybody that worked for MAC
 8  Residential of making inappropriate remarks to
 9  Ms. Luchey regarding her skin color, correct?
10      A.   I don't know the answer to that.
11      Q.   Are you aware of anybody saying that
12  Ms. McFadden had called Ms. Luchey the N word?
13      A.   No, I did not hear that.  I never heard that
14  Ms. McFadden called Ms. Luchey a bad or negative word
15  about her skin color.  I never heard that.
16      Q.   You never heard that, correct?
17      A.   No.
18      Q.   Were you aware whether Ms. McFadden directed
19  allegedly Mr. Wolf to make that kind of remark to
20  Ms. Luchey allegedly in the elevator?
21      A.   No, I am not aware.
22      Q.   Are you aware whether it is within Mr. Wolf's
23  scope of services as a board member to make such remarks
24  to people in the building's elevators at the
25  Association?
```

2c7e9c0c-2383-427a-8877-9a735e2bcdae

1           MR. LUBLINER:  I object to form.

2      A.   No, I don't know.  I think he is the

3  treasurer.  I wouldn't think that falls into the duties

4  of treasurer, so I am not aware, no.  He was the

5  treasurer.

6      **Q.   The other incidents that you described, the**

7  **vomit over the balcony, I think you described it?**

8      A.   Alleged.

9      **Q.   Correct.**

10          **And I think that you described dogs barking,**

11 **allegedly, and the issue about the approval for**

12 **Mr. Wilcox's dog and that you believed they were made up**

13 **on the basis to harass or remove Mr. Wilcox from the**

14 **building.  I believe that is what you testified about a**

15 **little bit earlier, correct?**

16      A.   Correct.

17      **Q.   Did you do anything to investigate any of**

18 **those issues on your own?**

19      A.   Yes, I tried my darndest.  Every time I

20 e-mailed or wrote to Mary McFadden, I said I need

21 evidence, I need video, I need testimony, send me an

22 affidavit, send me something or have a hearing and issue

23 a fine because just someone saying something doesn't

24 make it true.  So you need to send me some evidence.

25          At one point she said Mr. Wilcox is out of

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 22

1  control, you need to throw him out -- on the phone to

2  me.  And I said I can't throw him out, he has a two-year

3  lease.  I can't throw him out unless you give me some

4  evidence.  I wrote her numerous long letters.

5         In February I sent her a certified letter

6  asking -- which I am sure was produced with my documents

7  somewhere along the way and I have it -- I have proof

8  that she got it saying, you need to give me evidence.  I

9  can't throw a person out who has a lease.

10      **Q.  So you wanted evidence from the Association**

11  **because Ms. McFadden wasn't throwing anybody out, it was**

12  **the Association allegedly that was asking you to throw**

13  **her as the --**

14      A.   She is the only person who spoke to me about

15  the board's concerns about Mr. Wilcox and Ms. Luchey.

16  She was the agent of a board, so she is the one -- I

17  have owned since 2018.  Except for an occasional

18  conversational between my husband, Tom De Marinis and

19  Mr. Lawson, not regarding this, but regarding other

20  things, every contact was made between Mary and me.  I

21  was instructed when I bought the place to deal with

22  Mary, she will get you everything that you need.  So

23  from then forward, from April of 2018 until she left,

24  that was the person that I was directed to speak with,

25  and that was the person that I spoke with and that I

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 23

1 wrote letters to and I sent e-mails to.

2     **Q.    Okay.  So Mary was the person that you**

3 **communicated with on behalf of the board of directors of**

4 **the Association, and she was to pass on whatever you**

5 **were saying to the board of directors, correct?**

6     A.    Hopefully.  She was the agent.

7     **Q.    And you said that you needed to see evidence**

8 **of the allegations that the Association was making with**

9 **regards to Mr. Wilcox, correct?**

10     A.    I had asked for that, yes, sir.

11     **Q.    And you could not just take what Ms. Mary**

12 **McFadden was telling you as evidence of what the**

13 **Association was alleging Mr. Wilcox was or was not doing**

14 **in the building, correct?**

15           MR. LUBLINER:  I object to form.

16     A.    Well, correct insofar as terminating the

17 lease.

18     **Q.    Let me ask you this; did you ask Mr. Wilcox or**

19 **Ms. Luchey for any evidence of the incident in the**

20 **elevator or did you just take their word for it?**

21     A.    There was no tape-recordings at that time in

22 the elevator.  Later on, there were several cameras put

23 in by the Association, but at that time there was no

24 video.

25     **Q.    Correct.  So it would be fair to say that you**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 24

1  took Mr. Wilcox and Ms. Luchey's word as to what had

2  transpired in the elevator without any supportive

3  evidence of any type.  There was no video, there were no

4  photographs, there was no recording of any type; and,

5  basically you took what they said as their word as to

6  what had transpired, correct?  That would be fair to

7  say, wouldn't it?

8       A.   I took their word for it because they never

9  lied to me in the past, and so I did not feel there was

10 a reason to make up such a horrible thing.

11      Q.   And you thought that the Association and

12 Ms. McFadden were liars and that they would make up

13 these things as to Mr. Wilcox and Ms. Luchey; that is

14 why you wanted to see evidence of it, correct?

15      A.   Well, if in fact it was so, that they didn't

16 like them and they wanted them out and they wanted me to

17 evict them so that someone could buy my unit other than

18 me, then yes, I felt that there was reason to get me to

19 throw them out.

20      Q.   So the allegations that the Association made,

21 you wanted proof and evidence -- with the allegations

22 that Mr. Wilcox and Ms. Luchey made, you took their

23 word; would that be fair to say?

24      A.   It would be fair to say that I cannot evict

25 someone with a lease who had paid for a full year of a

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 25

1  two-year lease upfront without evidence.  I didn't have

2  a choice.  I needed something, something more.  I had a

3  contract with them.

4       **Q.   That is not what I am asking you.**

5       A.   I know that is not what you are asking me, but

6  that is what made the difference.

7            Okay, yes, that is true.  I didn't ask them

8  for proof.  But I needed proof if they wanted me to

9  throw him out, which was what Mary McFadden told me.

10      **Q.   And I am going to show you some e-mails with**

11 **Ms. McFadden in a little bit, but weren't you given**

12 **certain photographs or some videos that showed some of**

13 **the incidents that the Association was complaining about**

14 **regarding Mr. Wilcox and Ms. Luchey, mainly Mr. Wilcox?**

15      A.   Most of them were really very insufficient; I

16 couldn't tell where they were.  The only one that I

17 could see was the dog having been -- having jumped out

18 of the -- off the leash, which was testified to

19 previously.  I couldn't even make out that it was David.

20 It was a grainy photo of the dog being, say, two or

21 three feet from David and not leashed.  That was the

22 only evidence that I could see that might have been the

23 truth or that the allegation might have been true.

24      **Q.   Aside from the incident in the elevator, which**

25 **I believe that you testified that you have no evidence**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 26

1  **Ms. McFadden had any involvement with or anybody at MAC**

2  **Residential, and these allegations that the Association**

3  **had made regarding Mr. Wilcox and Ms. Luchey, is there**

4  **anything else that comes to mind with regard to any way**

5  **that the Association coerced, threatened or intimidated**

6  **Mr. Wilcox or Ms. Luchey?**

7       A.   Her screaming at Todd or actively trying to

8  get him out, to me that indicates intimidation.

9       **Q.   Who was screaming at Todd?**

10      A.   Mary was screaming at Todd.  The two of them

11 were in a meeting, and the door was closed, but she was

12 screaming loud enough that it could be heard in the

13 public hallway and Mr. Wilcox taped her screaming why

14 would you give that video to anyone, we are actively

15 trying to get him out.

16      **Q.   Who showed you that?**

17      A.   It was sent to me.

18      **Q.   Who gave you that recording?**

19      A.   I think Mr. Wilcox gave me the recording.

20      **Q.   And you are a lawyer, correct?**

21      A.   That is correct.

22      **Q.   Are you aware that that record may violate**

23 **Florida law?**

24           MR. LUBLINER:  I object to form.  She is here

25      as a fact witness, not as an expert witness.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 27

1    Q.   I am not asking her for her expertise; I am
2  just asking if she is --
3              MR. LUBLINER:  You are.  You are asking her if
4       she is aware as a lawyer.
5              MR. ISRAEL:  No.
6              MR. LUBLINER:  That was the question.
7  BY MR. ISRAEL:
8    Q.   Are you aware whether that recording may
9  violate Florida law?
10     A.   I don't know what Florida law is.
11             MR. LUBLINER:  I object to form.
12     A.   I don't know Florida law regarding that.  I
13  know New York law regarding that.
14     Q.   Now, that incident that you described where
15  supposedly Mary was yelling at Todd Davis regarding
16  showing something to Mr. Wilcox, were you present to
17  witness that incident?
18     A.   No.
19     Q.   So you only heard that from some recording
20  that Mr. Wilcox provided to you, correct?
21     A.   Correct.
22     Q.   Were you aware whether Ms. Mary McFadden was
23  physically in the office or not?
24     A.   I believe she was physically in the office,
25  but I couldn't swear to that.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 28

1          COURT REPORTER:  Ms. Manzo, when you sit

2      closer, the volume is much better.  Thank you.

3      A.   I believe she was -- Ms. McFadden was inside

4  the office, but I couldn't swear to it because I wasn't

5  there.

6      **Q.   Were you told by Mr. Wilcox whether she was in**

7  **the office or not?**

8      A.   I think he told me she was.

9      **Q.   You are aware that the door to that office was**

10 **closed, correct?**

11     A.   I think he told me that, too.

12     **Q.   Were you aware that Mr. Wilcox basically put**

13 **his phone up to the mail slot in order to report the**

14 **alleged incident, conversation?**

15          MR. LUBLINER:  I object to form.

16     A.   I did not hear that.

17     **Q.   Let me show you --**

18          **Can you see what is on the screen right now?**

19     A.   It says common to all counts; I see the same

20 thing.

21     **Q.   Okay.  How about now, can you see this**

22 **photograph?**

23     A.   Yes.

24     **Q.   Do you recognize Mr. Wilcox?**

25     A.   I do.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 29

1    Q.    Do you recognize his dog?

2    A.    Kind of.  It does look like him.  We have met

3  on Facetime.

4    Q.    Are you aware if that is Mr. Wilcox recording

5  that conversation that we have just been discussing on

6  the outside?

7          MR. LUBLINER:  I object to form.

8    A.    No, I don't know what Mr. Wilcox was doing.

9    Q.    Do you know what that door leads into?

10   A.    No.

11   Q.    Have you ever been to the building?

12   A.    Yes.

13   Q.    Are you aware of what the building's

14  management office looks like?

15   A.    I have been in it maybe once or twice.

16   Q.    Does that look like the door to the building's

17  management office?

18   A.    I couldn't tell you.  I don't know.  I don't

19  remember what the front door to Mr. Davis's office looks

20  like.  I don't know.

21          MR. ISRAEL:  Let's mark that as Exhibit 6.

22          (The photograph was marked as Defendant's

23  Exhibit Number 6 for Identification.)

24   Q.    That incident that allegedly took place --

25  other than whatever Mr. Wilcox provided to you, you

2c7e9c0c-2383-427a-8877-9a735e2bcdae

1 don't have any independent information to determine

2 whether that incident that you described allegedly where

3 Ms. Mary McFadden made certain remarks to Mr. Davis is

4 true or not?

5     A.   All I know is what he told me and what the

6 audio captured.  That was quite a while ago.  It was a

7 year-and-a-half ago, so I don't remember it all that

8 clearly.

9     Q.   You didn't conduct any independent

10 investigation with regard to that alleged incident,

11 correct?

12     A.   Did I hire an investigator?

13     Q.   No, did you independently investigate what

14 Mr. Wilcox was telling you?

15     A.   No.

16     Q.   You didn't contact Ms. McFadden and her about

17 it, did you?

18     A.   There were several contacts after that.

19     Q.   I am talking about that particular issue.

20     A.   Not about that particular thing, but there

21 were all of the other things that were allegations and a

22 sudden unlawfulness of the dog.  We had lots of e-mails

23 back and forth which have all been submitted I think.

24     Q.   But not about that particular incident,

25 correct?

Page 31

1    A.   No.   I don't remember if there was more about

2 that particular incident.   You would have to look

3 through the e-mails and the doc drops, the document

4 drops.

5    **Q.   As we sit here today, you don't recall having**

6 **any exchange with Ms. McFadden regarding that alleged**

7 **incident in the office?**

8    A.   No.

9    **Q.   Is there anything else that you wanted to add**

10 **regarding --**

11    A.   In regard to -- now your voice dropped off --

12        What?

13    **Q.   In regards to coercion, threats and**

14 **intimidation.**

15    A.   Well, those are the ones that come to mind.

16 Oh, I was also told that there were nails put in tires

17 of various residents that were sympathetic to my

18 tenants.

19    **Q.   Who told you about the nails in tires of**

20 **tenants who were symptomatic to Mr. Wilcox and**

21 **Ms. Luchey?**

22    A.   Lew Halvatzis, who is a resident, and

23 Mr. Wilcox.

24    **Q.   You spoke to Mr. Halvatzis?**

25    A.   I did.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 32

1    Q.    And Mr. Halvatzis told you that he got nails
2  at the Association?

3    A.    Yes.

4    Q.    Did he tell you who allegedly planted those
5  nails in his tire?

6    A.    He did not.

7    Q.    Did he know who planted those nails in his
8  tires?

9    A.    I don't know.  I don't know what he knows.

10   Q.    Okay.  Do you know if there was any
11 construction or repairs or anything else going on in the
12 building that could have caused nails to be on or about
13 the driveway of the building at the time that he
14 allegedly claimed that he got nails in his tires?

15   A.    I don't know if there was construction, but I
16 would find it awfully coincidental that only certain
17 people got nails and other people did not.

18   Q.    Do you have any evidence to show that
19 Ms. Mary McFadden or anybody at MAC Residential had any
20 involvement with regards to these nails in certain
21 peoples' tires?

22   A.    No, I don't.

23   Q.    Paragraph 34 states that on or about
24 January 8, 2021, a copy of the lease with Page 2 left
25 inadvertently blank due to an apparent scanning error

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 33

1  was sent to Ms. Mary McFadden for approval by the

2  Association.  I know that we discussed the lease the

3  last time during your deposition.

4           Would you agree that that statement is

5  correct, that on or about January 8, a lease agreement

6  was sent to Ms. McFadden with a page blank?

7      A.   I don't send leases to Mary.  Over all of the

8  years that I have rented, I send the lease to my

9  realtor, and either the realtor or the applicant

10 provides it to Mary.  So I am not a person to ask what

11 happened on January 8th because it was not sent by me.

12     Q.   So it's your testimony -- and I just want to

13 make sure that I am clear because there are a lot of

14 issues with regards to leases and what was sent.  I just

15 want to make sure that I understand.

16          So your testimony is clear, it is your

17 testimony that on or about January 8th, 2021, you did

18 not send any lease to Ms. McFadden, whether it was with

19 a blank page or not, that that would have been -- if it

20 was sent, it would have been sent by somebody else,

21 either the realtor or maybe Mr. Wilcox or his realtor,

22 but not you?

23     A.   Correct.

24     Q.   Were you aware that Ms. McFadden had gotten a

25 lease with a blank page at any time prior to Mr. Wilcox

Page 34

1  moving into the unit?

2      A.   I didn't know what she had.  She did not

3  inform me of what she had.  I do know that I sent -- we

4  sent my lease to Mr. Lepselter, and it included Page 2.

5      Q.   When was that, do you recall?

6      A.   The 19th of January.

7      Q.   And then from there it would have been your

8  position that Mr. Lepselter should have or would have

9  sent it to Ms. McFadden or the Association?

10     A.   Or Mr. Wilcox.  It had always been my pattern

11  with this.  It was in the hands of the people in

12  Florida.  That is why I hired a realtor.  So I gave it

13  to him, and he gave it theoretically -- we know this

14  from their testimony -- he gave it to Mr. Gelber.

15  Mr. Gelber gave it to Mr. Wilcox.  What happened after

16  that was to have taken place among all of them so that

17  the Association could approve Mr. Wilcox, Ms. Luchey and

18  Zeus.

19     Q.   But it was not, in your mind, your

20  responsibility to send anything to the Association, and

21  that is why you had Mr. Lepselter do it on your behalf?

22     A.   Correct.

23     Q.   And just to make sure that I understand.

24          On or prior to -- well, let's say on or around

25  January 8th, were you aware that the Association had

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 35

1  ended up with a lease that had a second page which was

2  blank?

3      A.    I was unaware, and Mary never told me that.

4  Our connections were quite cordial at that time.   If

5  Mary had picked up the phone or sent me an e-mail and

6  said, gee, Val, I don't have Page 2, I need every page,

7  I would have been happy to send her Page 2 or the whole

8  thing.

9      Q.    Did you ever have a conversation with Ms. Mary

10 McFadden regarding the background check for Ms. Luchey?

11     A.    I did.

12     Q.    Do you recall when that conversation was?

13     A.    Prior to the 25th, after I sent the lease to

14 my realtor.   I would estimate it was between the 5th and

15 the 25th of January.

16     Q.    So somewhere between January 5th and

17 January 25th?

18     A.    Correct.

19     Q.    And you advised Ms. McFadden that you were not

20 concerned about Ms. Luchey's issues regarding the

21 background check?

22     A.    Yes, I advised her that I was not concerned

23 because my realtor had arranged for the rental fees for

24 the first year to be paid entirely up-front.

25     Q.    And it's also your testimony that Ms. McFadden

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 36

1  never asked you directly to send her a complete copy of

2  the lease agreement for Unit 303 with Mr. Wilcox?

3      A.   That is absolutely true; she never asked me.

4      Q.   She never even asked you for a copy in May or

5  June of 2021; would that be a correct statement?

6      A.   I believe that is a correct statement.

7      Q.   So when the Association was looking for a

8  complete copy of a lease, requesting it from the

9  realtors, nobody contacted you to ask you if you had a

10 copy of the lease to provide?

11     A.   Mr. Wolf contacted me in July and asked for

12 it.

13     Q.   How did he contact you?

14     A.   He sent me a letter.

15     Q.   Did you provide it in July?

16     A.   Then I knew something was up.  I did not.  If

17 I had been informed that a rumor was spreading that it

18 ended in July, which was stunning to me since I knew it

19 was a two-year lease --

20     Q.   Okay.  Let's back up because you gave me a lot

21 of information, and I want to make sure that I

22 understand it.

23          So sometime in July, Mr. Wolf sent you a

24 letter and asked you for a copy of the lease, the

25 complete lease?

Page 37

1      A.   Correct.

2      **Q.   And you were suspicious of that letter at the**

3  **time because of rumors that you had heard and did not**

4  **provide to Mr. Wolf a complete copy of the lease that**

5  **you had in your possession in July of 2021, correct?**

6      A.   I sent him an e-mail, and I said get it from

7  Mary, because I was still of the impression that she

8  should have the full lease by then.  He was approved.

9  He got keys.  Todd helped him move in.

10          I found it incredible that nobody noticed that

11 there was no Page 2 from January until July.  Only in

12 July Mr. Wolf sent me a certified letter saying send me

13 the full lease.  I said ask Mary for the lease.

14     **Q.   But you didn't produce it?**

15     A.   No, not then.  I had already been informed

16 that people who run the building -- I can't say exactly

17 who -- were circulating a so-called fact that that lease

18 was a six-month lease, and I knew it never was a six

19 month lease ever.  I knew something was going on, and I

20 said ask Mary.  I still thought that she might have had

21 it.

22 I don't understand how he could have moved in if he

23 didn't have it in January.  I still don't understand

24 that.

25     **Q.   Once again, though, you directed Mr. Wolf to**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 38

1  ask Mary McFadden for a copy of the complete lease.

2          You didn't provide him with one, correct?

3      A.   That is correct, yes.

4      Q.   Who did you hear this alleged rumor from that

5  was supposedly going around with the Association that

6  the lease was for six months?

7      A.   I heard it from Mr. Wilcox, and I believe that

8  others who also resided there had mentioned it.  I don't know

9  who mentioned it to who.  Again, I don't live there.  I

10 think it was concerns by Ms. Dunn as well, possibly by

11 Mr. Halvatzis that -- it's a small building.  There are

12 24 units.  Word was spreading that he had to get out by

13 the end of July, by the 24th of July.

14     Q.   Have you ever spoken to Ms. Dunn?

15     A.   I don't think so.  I have seen e-mails from

16 her and believe that I got several e-mails from her, but

17 I don't think I ever spoke with her on the phone.

18     Q.   Have you ever sent texts to Ms. Dunn?

19     A.   Texts?  No.  I don't think I even have her

20 phone number.  I don't think so.  Let me see if I have

21 it in my phone.  I don't really know her.

22     Q.   But you said that you received e-mails from

23 Ms. Dunn?

24     A.   Yes.

25     Q.   And you sent e-mails to Ms. Dunn in response?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 39

1     A.   I don't remember if I ever sent her an e-mail.
2  I don't think -- no, I don't think so.
3     Q.   How about Mr. Halvatzis, have you spoken to
4  Mr. Halvatzis before?
5     A.   Yes.
6     Q.   When was the first time that you spoke to
7  Mr. Halvatzis?
8     A.   I don't know.  I don't remember.
9     Q.   Do you know how many times you have spoken to
10 Mr. Halvatzis?
11    A.   I believe I talked to him I would say between
12 two and four times altogether.  I think my husband Tom
13 had spoken with him on occasions when I am not around.
14    Q.   Do you know on how many occasions your husband
15 has spoken to Mr. Halvatzis?
16    A.   No.  Not in excess of three or four.
17    Q.   In your conversations with Mr. Halvatzis, do
18 you recall what was discussed during these
19 conversations?
20    A.   He talked about what was happening there and
21 how distressing it was and how he felt that David and
22 Megan were being targeted and he felt that he was being
23 targeted because he was friendly with them.  And he
24 talked about how he had been a member of the board
25 himself in the past.  He said that he thought that the

Page 40

1  action brought against me was -- he didn't support it,

2  and he didn't believe that the board had done it

3  properly.

4      Q.   So did Mr. Halvatzis tell you that

5  Ms. McFadden or anybody at MAC Residential had done

6  anything improper or illegal?

7      A.   Sorry, I didn't hear the question.

8           What was that?

9      Q.   Let me repeat it.

10          Did Mr. Halvatzis tell you during your

11  conversations with him whether Ms. McFadden or anybody

12  at MAC Residential had done anything improper or illegal

13  with regards to Mr. Wilcox and/or Ms. Luchey?

14      A.   I think he -- well, first of all, he is not an

15  attorney, so I don't know if he would know that

16  something was illegal.  He didn't support the circuit

17  court lawsuit brought by the board against me and my

18  tenants.

19      Q.   That lawsuit was not brought by Ms. McFadden

20  and or MAC Residential, correct?  It was brought by

21  La Pensee Condominium Association, correct?

22      A.   Yes.

23      Q.   Ms. McFadden and/or MAC Residential have not

24  sued you or anybody else in this matter, correct, that

25  you are aware of?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 41

1    A.    I wouldn't know who else they sued.  I

2 wouldn't have been receiving proof of anything, so I

3 don't know who she sued and didn't sue.

4    Q.    Well, if she had filed a lawsuit that

5 Ms. McFadden and/or MAC Residential filed a lawsuit

6 against you or 303 LLC or Pensee, LLC, you would know,

7 correct?

8    A.    Yes, correct, I would know that.  I don't know

9 if she sued anybody else, but she didn't sue me.  She

10 personally and her corporation didn't sue me.  That is

11 all that I can say.

12    Q.    And you are not aware that Ms. McFadden from

13 MAC Residential had sued Mr. Wilcox and/or Ms. Luchey,

14 correct?

15    A.    I would have known that.  I would have known.

16    Q.    You are aware of that?

17    A.    I am not aware, no.

18    Q.    And Mr. Halvatzis never told you that

19 Ms. McFadden and/or MAC Residential filed a lawsuit

20 against him?

21    A.    He did not.

22    Q.    Did Mr. Halvatzis tell you during the

23 conversations whether he thought Ms. McFadden and/or MAC

24 Residential had taken any actions themselves

25 individually that he did not support?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 42

1      A.   I don't remember.  I don't know.  No, I don't

2  remember him saying anything about Mary or MAC

3  residential.

4      **Q.   He was discussing the actions of the board at**

5  **La Pensee Condominium Association, correct?**

6      A.   Yes, and certain individuals.

7      **Q.   Which individuals?**

8      A.   I don't remember which individuals.  I don't

9  really remember the conversations with somebody.

10     **Q.   Are there any particular individuals that come**

11 **to mind that Mr. Halvatzis thought were acting**

12 **improperly as a board member of La Pensee Condominium**

13 **Association, Inc.?**

14     A.   I don't remember.

15          MR. ISRAEL:  Richard, I have a question for

16     you just for housekeeping.  I know that your

17     assistant or somebody said that you --

18          MR. LUBLINER:  Yes, I have an 11:00 hearing.

19     I don't know how long it's going to go.  I know

20     that Michael said he had something at 12:00.  I

21     don't anticipate - my 11:00 is going to be a very

22     quick hearing.  But --

23          MR. ISRAEL:  It is or is not?

24          MR. LUBLINER:  I am sorry?

25          MR. ISRAEL:  You said it is or it is not going

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 43

1      to be quick?

2          MR. LUBLINER:  It will be a very quick

3      hearing.  I just don't know when I'll be called.

4          MR. ISRAEL:  My question to you is what time

5      do you want, so that I can plan?

6          MR. LUBLINER:  I am already prepared; I don't

7      need -- I could log off at 10:55 or 10:50, so if

8      you want to stop now, we can stop now.  It's up to

9      you.

10         MR. ISRAEL:  I want to keep going because I

11     don't want to run out of time.

12         MR. LUBLINER:  It's 10:40 already so --

13         MR. ISRAEL:  Why don't we go to 10:50 and then

14     I'll stop.  That will give you ten minutes to log

15     out of this and get into that.

16         MR. LUBLINER:  Then Michael has something,

17     right?

18         MR. STARKS:  Yes, I am just going to let David

19     know if he is still going.  I don't want to cause

20     any problems.

21         MR. LUBLINER:  I can't tell you if it's going

22     to be ten minutes.  I was at a calendar call that

23     was three hours last Friday.

24         MR. STARKS:  If a break is going to naturally

25     occur at 12:00, that is fine, but if not --

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 44

1          MR. LUBLINER:  It might be for lunch, but I am

2      saying that I just need the 11:00.  Like I said, it

3      could be 5 minutes, it could be 55 minutes.

4          MR. STARKS:  If we could break for lunch for

5      30 minutes from 12:00 to 12:30, that would be

6      helpful, but otherwise, let's just keep plugging at

7      it.

8          MR. ISRAEL:  Okay.  Let's plan on this.  I'll

9      stop at 10:50.

10          MR. LUBLINER:  Do you want me to just e-mail

11      you guys when I am done?

12          MR. ISRAEL:  We will be on; you can just come

13      back on.

14          MR. LUBLINER:  Okay.  I didn't realize that

15      you --

16          MR. ISRAEL:  I'll leave it on and I'll be

17      checking.  We will just leave it on and just come

18      back on when you are done at some point.

19          MR. LUBLINER:  Fair enough.

20          MR. ISRAEL:  Then we will see what we do with

21      Michael at 12:00.  If we are going to take a half

22      hour for lunch, then he can do his hearing.  It's

23      not a marathon.

24          MR. LUBLINER:  Fair enough.

25

Page 45

1  BY MR. ISRAEL:

2       Q.   Are you aware of the interview that took place

3  between Mr. Rosati on behalf of the Association and

4  Mr. Wilcox and Ms. Luchey prior to their moving into the

5  unit, Ms. Manzo?

6       A.   It was a telephone call.

7       Q.   Were you present during that interview?

8       A.   No.

9       Q.   Do you know what was discussed during that

10 interview?

11      A.   Yes, the rules and regulations as provided on

12 the 5th to me and to -- I mean to Mr. Wilcox through my

13 realtor -- well, possibly directly to Mr. Wilcox.  These

14 were the rules and regulations.  They had no date at the

15 bottom right-hand corner because those are the ones that

16 Mary gave me on the 5th and those are the ones that

17 Mr. Rosati went over with Mr. Wilcox and Ms. Luchey on

18 the phone.

19      Q.   You said Mrs. McFadden gave you those rules

20 and regulations on the 5th of January?

21      A.   That is correct.

22      Q.   And how do you know that those were the rules

23 and regulations that were discussed between Mr. Rosati,

24 Mr. Wilcox and Ms. Luchey?

25      A.   Because I was told by Mr. Wilcox that

Page 46

1  Mr. Rosati went over the current rules.  Mr. Wilcox

2  advised me that he and Ms. Luchey read the rules and

3  acknowledged that I had given him the rules, and then

4  many, many months later, something else came out that

5  was dated January.  But it wasn't actually done in

6  January.  They backdated those, and they were different.

7  But the ones that she gave me, that I can prove she gave

8  me on the 5th, those are the only ones that existed at

9  that time because --

10        **Q.   Do you know -- I am sorry, I didn't mean to**

11  **cut you off.**

12        A.   Let me just finish.

13             I asked Ms. McFadden in an e-mail, which I

14  have and you probably have, to send me the current rules

15  because I purchased my unit three years ago.  Goodness

16  knows if I have the right ones.  I stated that I would

17  like my prospective lease.  They hadn't approved the

18  dog, so asked for my prospective tenant or the service

19  animal I should say.

20             They hadn't approved the service animal, so I

21  told Ms. McFadden on the phone or in an e-mail I need

22  the current rules so that they can be shared with a

23  prospective tenant just in case there is something in

24  there that he doesn't like and so he won't sign the

25  lease and for her to let me know.  She sent them to me.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 47

1  She sent them to me, and I gave them to the realtors, to

2  Mr. Wilcox and they had the conversation with

3  Mr. Rosati, which included a review of the then current

4  rules.

5       Q.   Do you know how long the phone meeting took?

6       A.   No.

7       Q.   Do you know if it took place in the morning or

8  afternoon?

9       A.   I do not.  I don't know.

10       Q.   And who told you what was discussed during

11  this phone meeting or interview?

12       A.   David and Megan told me.

13       Q.   So you received this information from

14  Mr. Wilcox and Ms. Luchey.

15            Did you discuss what was addressed at that

16  phone interview with Mr. Rosati?

17       A.   No.

18       Q.   So, basically, you took Mr. Wilcox and

19  Ms. Luchey's word as to what took place during that

20  phone interview, correct?

21       A.   Yes.  That is what happened with all of the

22  other tenants.

23            Why should this one be any different in my

24  mind?

25       Q.   I am just asking you whether you --

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 48

1      A.    Yes, I took their word for it.

2      **Q.    Let me finish my question.**

3            **I am just asking you whether you did any**

4 **independent investigation as to what took place at that**

5 **phone interview, and I guess that your answer is no?**

6      A.    That is correct.

7            MR. ISRAEL:  Do you know who a TP Holland is?

8      A.    I beg your pardon?

9            MR. ISRAEL:  I am just asking, does anybody

10    know who TP Holland is?

11           MR. STARKS:  No, I don't know who that is.

12           MR. ISRAEL:  They just joined.

13           Do you know, Mike, who TP Holland is?

14           MR. LUBLINER:  I do not.

15           COURT REPORTER:   Mr. or Ms. Holland, can you

16    hear me?

17           MR. MARCHESE:  I don't know who it is either.

18           Is it anybody's phone line?  Kimberly, can you

19    just drop them?

20           COUT REPORTER:  I can try.  I don't know if I

21    am the host that can do that.  They just logged

22    off.

23           MR. LUBLINER:  Do you want to stop, David?

24           MR. ISRAEL:  Sure.

25           MR. LUBLINER:  Like I said, it could be 5

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 49

1      minutes, it could be 50.

2           MR. ISRAEL:  No problem.  I guess we will take

3      a break now and continue when you get back.

4           MR. LUBLINER:  I'll log in when I am done.

5           MR. ISRAEL:  Thank you.

6           (A brief recess was taken at 10:55 a.m.)

7           (The proceedings resumed at 12:55 p.m.)

8  BY MR. ISRAEL:

9      **Q.   I think when we broke earlier, we were talking**

10 **about an interview with Mr. Rosati, Ms. Luchey and**

11 **Mr. Wilcox; and you testified I believe that you were**

12 **not present, correct?**

13     A.   Correct.  I had a property manager, so there

14 are things that you are asking me that I don't know

15 because I left it to my property manager.

16     **Q.   Who was your property manager?**

17     A.   Thomas De Marinis.

18     **Q.   He is your husband, right?**

19     A.   That is right, but he is also my property

20 manager.  I was running a full-time law practice, so

21 when we talk about various conversations and so forth,

22 my intention was to leave everything to him.

23     **Q.   But the conversations regarding allegations as**

24 **to what Mr. Wilcox was or was not doing at the**

25 **Association, those were had between you and Mr. Wilcox,**

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 50

1  **correct?**

2      A.    Frequently they were held between the four of

3  us, Mr. Wilcox and Ms. Luchey and Tom De Marinis and me.

4  There were conversations, and occasionally there were

5  Facetime conversations.

6      **Q.    So I guess if I ask you something and it's**

7  **something that Mr. De Marinis was involved in, you will**

8  **just let me know whether you were or he was?**

9      A.    Yes, if I know.  I was not privy to every

10 single conversation unless I was part of it.

11     **Q.    Do you know whether Mr. De Marinis was**

12 **involved in the interview of Mr. Wilcox and Ms. Luchey?**

13     A.    The interview by Mr. Rosati?

14     **Q.    Yes.**

15     A.    I believe he was not.  I believe that took

16 place before they were our tenants.  In order for him to

17 do what he does -- by the way, he interviewed us, so we

18 interviewed with him as well.

19     **Q.    When you purchased the unit?**

20     A.    Right, it was Mr. Rosati.

21     **Q.    Other than the rules and regulations, what**

22 **else, if anything, was discussed during the time that**

23 **Mr. Rosati interviewed Ms. Luchey and Mr. Wilcox?**

24     A.    If I remember correctly, there was a

25 conversation about the service animal.  The nature of it

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 51

1  I don't remember, but I think it was brought up by

2  Mr. Wilcox.  Presenting himself as a potential tenant,

3  it was raised from the outset with Mr. Gelber and

4  Mr. Lepselter.

5       Q.   You testified earlier -- I am sorry, go ahead.

6       A.   So that may have been part of the discussion.

7       Q.   Is there anything else that you know or

8  remember?

9       A.   No, I don't remember.

10      Q.   You testified earlier that there were some

11 rules and regulations that were provided to you by

12 Ms. McFadden?

13      A.   Correct.

14      Q.   On about January 5, 2021?

15      A.   That is correct.

16      Q.   Okay.  And, subsequently, there were some

17 other rules and regulations that you saw or were

18 provided at a later date that had no date at the bottom

19 and --

20      A.   Yes.

21      Q.   Let me just finish the full question.  So you

22 said that you --

23           MR. LUBLINER:  There is a lot of talking over

24      each other.  So I am sure the court reporter would

25      appreciate it, but let him finish his questions.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 52

1        You may think he is asking something that he is

2     not.

3        **Q.   Even if you know what I am going to ask you,**

4  **let me just finish so the court reporter can take it**

5  **down clearly.**

6        A.   Okay.

7        **Q.   As you know, this is not in person, so this is**

8  **a little bit more challenging.**

9             **So you testified that on January 5, 2021, you**

10 **received the set of rules and regulations for**

11 **Ms. McFadden, correct?**

12       A.   That is correct, yes.

13       **Q.   And at some point later you received a**

14 **subsequent set of rules from Ms. McFadden that did not**

15 **have the date at the bottom right-hand corner of those**

16 **rules and regulations?**

17       A.   What happened was prior to me accepting any

18 new tenant, I like to find out what the rules are so

19 that they know.  So I asked Ms. McFadden to send me the

20 current rules, and on the 5th of January, she sent me a

21 package with an e-mail covering it, and it was the

22 bottom of the top page with no date, zero date.  She

23 told me that those were the current rules.

24            In July John Lawson sent different rules with

25 a January date.  Allegedly, there was a January meeting

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 53

1  at which these different rules were adopted, but I go to

2  every meeting, and I am not aware of any January meeting

3  where different rules were adopted.  I didn't see them

4  as the new rules until July.

5       **Q.   Okay.  So let me just make sure that I**

6  **understood that.**

7            **So Ms. McFadden sent you a set of rules early**

8  **in January because you requested them, that had no date**

9  **at the bottom.  And later on in July, Mr. Lawson sent**

10 **you a set of rules that had a date at the bottom of**

11 **January 2021 and were allegedly approved at a meeting in**

12 **January of '21 of which you know nothing about?**

13      A.   Correct.  Which I don't understand because we

14 are supposed to be notified of meetings.

15      **Q.   Do you know what the difference is between the**

16 **rules that you received in January from Ms. McFadden and**

17 **the ones that you received in July from Mr. Lawson and**

18 **what differences the rules have?**

19      A.   The January ones said that you could lease

20 your unit once per year.  The July ones said once per

21 365 days, which is I believe not technically the same.

22 The July ones said that you couldn't rent within the

23 first two years of ownership; you couldn't lease it out

24 at all within the first two years of ownership.

25      **Q.   Those were the differences that you recall?**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 54

1       A.    Yes, those are the differences that stand out.

2   Those were the most important differences.

3       **Q.    Did any of those differences affect you in any**

4   **way, shape or form with regards to the tenancy of**

5   **Mr. Wilcox?**

6       A.    Well, if the July ones were in place in

7   January, then I couldn't have leased it for two years.

8       **Q.    It didn't affect you.**

9           **You leased the unit irrespective of what the**

10  **rule was?**

11      A.    It said that you can't lease in the first two

12  years.  They adopted a rule at some point, although I

13  don't know where or when actually.  They adopted a rule

14  that said that you can't lease it in the first two

15  years, period, to anyone.

16      **Q.    You were allowed to lease it to Mr. Wilcox,**

17  **right?**

18      A.    Correct, I was.

19      **Q.    That wasn't brought up as an impediment to**

20  **leasing it to Mr. Wilcox, was it?**

21      A.    No.

22      **Q.    So it didn't affect you?**

23      A.    Based on what Ms. McFadden gave me, I have

24  been complying.  There were a lot of questions earlier

25  on where they made it sound like I wasn't compliant, and

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 55

1  I was.

2      Q.    You weren't compliant with what?

3      A.    With the rules.

4      Q.    In what respect?

5      A.    The last time -- you understand that I have

6  been deposed, and this is my third day.  At some point

7  throughout these three days, I have been questioned

8  about these rules as if I was noncompliant with them by

9  renting to Mr. Wilcox.  I was left with the feeling that

10 that is what someone was trying to establish.  I

11 couldn't tell you who or when all of the lawyers are who

12 have questioned me, but somebody was trying to

13 demonstrate that I did something wrong.  But I didn't.

14 I did what the rules at the time said.

15          There was nothing -- he was allowed a pet, one

16 pet, and he doesn't have a pet.  He has a service

17 animal.  That is not a pet or an emotional support

18 animal; it's not a pet.  So as far as I am concerned,

19 the rules that I was given when I asked for them, I was

20 in compliance.

21     Q.    But nobody prevented you from renting the unit

22 to Mr. Wilcox, right?

23     A.    No, quite the opposite.  They approved him.

24 They let me give him keys and all of that.

25     Q.    And you received rent payments from

Page 56

1  Mr. Wilcox, correct?

2      A.   Correct.

3      Q.   Okay.  And you have not been prevented from

4  receiving rent payments from Mr. Wilcox?

5      A.   That is correct.

6           By the way, is there a humming noise any more

7  or did it go away?

8      Q.   It's still there.

9           COURT REPORTER:  Maybe it's your necklace,

10      maybe it's moving around.

11      A.   I can take it off.

12      Q.   You said that you have not spoken to

13  Ms. Doddin, correct?

14      A.   I don't think so.

15      Q.   So in Paragraph 55, where it quotes statements

16  from Ms. Doddin about Ms. Luchey's being

17  African-American, you have no personal knowledge of that

18  at all, correct?

19      A.   That is correct.

20      Q.   Were you ever provided with a copy of the

21  police report that was filed regarding the incident in

22  the elevator with allegedly Mr. Wolf and Ms. Luchey?

23      A.   I don't recall.

24      Q.   Are you aware that the police report was filed

25  two-plus weeks after the alleged incident took place?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 57

 1      A.    I was aware that there was a call later.  I
 2  don't remember any dates.  Obviously, I didn't remember
 3  the date that it happened because I see it is alleged in
 4  here, but I don't remember that.

 5      **Q.    How about the incident with regards to the**
 6  **vomiting incident off the balcony.**

 7          **What do you know about that?**

 8      A.    Well, that was Valentine's weekend.  It was a
 9  Saturday I believe the 13th of February, because it was
10  Valentine's Day, and someone alleged that there was a
11  party hosted by my tenants and that people then went
12  into the unit and vomited off the balcony.  That is kind
13  of what I know.

14      **Q.    Who told you or who gave you that information?**

15      A.    I believe it was Ms. McFadden.

16      **Q.    And when you received that information, what**
17  **did you do to investigate it?**

18      A.    I asked for proof, and I spoke to my tenants.

19      **Q.    What did your tenants tell you?**

20      A.    That nobody vomited off the balcony.  That
21  Liza Dunn is directly below them, and she -- the vomit
22  would have wound up on her terrace and that Liza said it
23  looks like it could be food from a party, but it's not
24  vomit.

25      **Q.    That is what your tenants told you or Ms. Dunn**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 58

1  had said?

2      A.   I don't remember now, but I think Ms. Dunn

3  confirmed that in some of her responses with various

4  people.  I don't remember who she sent the

5  correspondence to, but I think she confirmed it.  She

6  could have sent it to the board, she could have sent it

7  to all of the owners, which could include the board.

8      **Q.   So the information that you got is that it**

9  **wasn't vomit and it could have been food from a party?**

10     A.   It could have been anything; it wasn't vomit.

11     **Q.   Did you do anything to investigate beyond**

12 **speaking to your tenants and I guess e-mailing with**

13 **Ms. McFadden?**

14     A.   That is what I did.

15     **Q.   What would have convinced you as to whether**

16 **this was vomit or food?**

17     A.   Photographs of vomit.  I know what vomit looks

18 like.

19     **Q.   So if somebody had taken photographs of it,**

20 **that may have helped you?**

21     A.   Or an affidavit signed by somebody in front of

22 a notary that at 2:00 in the morning on Valentine's Day

23 I was outside and I saw somebody stand on the terrace of

24 Unit 303 and vomiting off the terrace.  Somebody that

25 would put their name to a document where they could -- I

Page 59

1  am being cross-examined here.  I wanted something other

2  than Mary telling me something, anything, a photograph,

3  an affidavit, something.

4       **Q.   Mary's e-mail was not sufficient?**

5       A.   No, not for me to toss somebody out.

6            By the way, I mentioned this previously, but

7  it might have been in the state case.  There is a law

8  preventing an eviction.  The federal law was in place

9  until August 26th, and state laws were in place until

10  October 12th preventing evictions because of Covid.

11  Even if I wanted to evict him, I don't think I could

12  have -- over vomit?  If it was vomit.

13       **Q.   Did you ever hear that or did your tenants**

14  **ever tell you that Mr. Ripstein, Mr. Lawson and**

15  **Mr. Rayhall barged into his unit on February 13, 2021?**

16       A.   Yes, I did hear that.  I think it was the 13th

17  or the 14th.  If it was in the middle of the night, it

18  would have been the 14th, but yes, I did hear about

19  that.

20       **Q.   Well, according to this complaint it says**

21  **February 13th at proximately 9:00 a.m.?**

22       A.   9:00 a.m.  Oh, okay, 9:00 a.m.

23       **Q.   That is when allegedly Mr. Ripstein,**

24  **Mr. Lawson and Mr. Rayhall barged into Unit 303?**

25       A.   I can't confirm that.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 60

1      Q.    Who told you that that had taken place

2  allegedly?

3      A.    David and possibly Megan.

4      Q.    Other than David and Megan, did anybody else

5  discuss with this you?

6      A.    I am not sure that I recall if I had spoken

7  with Mary McFadden about it.  Yes, I think I did speak

8  to Mary McFadden about it, yes.  I think it was an

9  e-mail or a phone call.

10     Q.    Do you recall the conversation?

11     A.    No, not really.  I think that was one of

12 those, you know, he is out of control.  I don't really

13 remember the conversation.  I just remember being

14 informed that this happened.

15     Q.    So Mr. Wilcox and Ms. Luchey had moved in on

16 January 25th, and by February 13th there were already

17 problems I guess between folks in the Association and

18 Mr. Wilcox and Ms. Luchey, correct?

19     A.    It appears so.

20     Q.    Did you ever have a conversation with

21 Mr. Ripstein, Mr. Lawson, or Mr. Rayhall regarding them

22 barging into the unit?

23     A.    No, other than at board meetings.  When I

24 first saw my unit referred to, I had never spoken with

25 Mr. Lawson; however, my property manager had.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 61

1  Mr. Lawson was the president at this time, February 13,

2  2021; he was the board president.  So there were a

3  couple of conversations, but I don't think any of them

4  had to do with this alleged incident.  I don't think

5  anything had to do with him going into the unit, and I

6  didn't speak to Mr. Lawson, nor did I speak to

7  Mr. Ripstein.  There was only one conversation with

8  Mr. Rayhall, and it didn't have to do with this at all.

9       **Q.   Did you believe Mr. Wilcox that Mr. Rayhall**

10 **and Mr. Lawson and Mr. Ripstein had barged into his unit**

11 **at 1:00 a.m. in the morning on February 13th?**

12           COURT REPORTER:  You faded off.

13           Would you repeat the question?

14      **Q.   Did you believe Mr. Wilcox that Mr. Ripstein,**

15 **Mr. Lawson and Mr. Rayhall barged into Unit 303 on**

16 **February 13th 2021 at 9:00 a.m.?**

17      A.   I thought it was possible.  I wasn't there, so

18 I didn't know that that actually happened, but I could

19 see that there was some anger directed at them, so it

20 seemed plausible to me.

21      **Q.   Did you see any pictures?  Did Mr. Wilcox**

22 **provide you with any pictures of these three gentleman**

23 **barging into Unit 303?**

24      A.   I believe not.  But I do know that at some

25 point, and I couldn't tell you when, he got himself a

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 62

1  Ring doorbell, and then there was more in the way of

2  video.  I don't remember seeing anything about

3  February 13th.

4      Q.   Did Mr. Wilcox provide you with an affidavit

5  that stated under oath that this event had taken place

6  on February 13th at 9:00 in the morning?

7      A.   No, because I wasn't in the middle of

8  litigation or anticipating litigation at the time, so I

9  didn't ask for affidavits.  So, no, he didn't give me

10 any affidavit, no.

11     Q.   When did you anticipate that there was going

12 to be litigation?

13     A.   As more and --

14     Q.   Let me finish.  Let me finish the question so

15 that the court reporter can take it down.

16     A.   Sorry.  Go ahead.

17     Q.   When did you anticipate litigation was going

18 to evolve or take place as a result of Mr. Wilcox's

19 occupancy and your unit?

20     A.   Well, I couldn't tell you a date.  What I can

21 tell you is that as each allegation of alleged rule

22 violation came up, I started to notice a pattern.  I

23 guess maybe later in the spring I started to think that

24 something was going to happen.  And then when I realized

25 that they thought he had to leave in July, then I knew

Page 63

1 something was going on.  I knew something was up.

2    Q.   So as of February you would not have needed

3 affidavits or pictures or anything else regarding what

4 was being told to you because you weren't anticipating

5 litigation at that time?

6    A.   Well, I was still waiting for something of

7 substance to support various accusations against my

8 tenants, something that I could use if I were to

9 lawfully terminate his tenancy.  So what I was being

10 asked to do -- I was interested in affidavits with

11 regards to that because I knew it was involving

12 litigation in which I would be the plaintiff and I would

13 need hard evidence to establish a lease violation.

14    Q.   When was the first time that the Association

15 asked you to remove Mr. Wilcox and Ms. Luchey from the

16 unit?

17    A.   I don't remember.  I really don't remember.  I

18 just know that Mary started saying he is out of control,

19 you have got to get rid of him, you have to get him out

20 of there probably as far back as sometime in February.

21    Q.   Was that an official demand by the Association

22 to remove Mr. Wilcox and Ms. Luchey from the unit?

23    A.   I don't know what constitutes an official

24 demand.  I can't answer that.

25    Q.   When did you first get written notice from the

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 64

1  Association they wanted you to terminate the tenancy of

2  Mr. Wilcox and Ms. Luchey; do you recall?

3      A.   It's when I got sued, on July the 25th.

4      Q.   So that was the first time that you actually

5  got notice from the Association that they wanted

6  Mr. Wilcox removed from the unit?

7      A.   Well, as I said, my contacts were always with

8  Mary, and they have been right along.  She had let me

9  know that they were hoping for me to terminate the

10 lease.  I don't remember when she started, but for

11 months I was hearing it from her, and I kept saying the

12 same thing, give me some evidence, give me some

13 evidence, I have to see the breach of lease.  And then I

14 got sued.

15     Q.   Do you ever remember receiving any letters

16 from Ms. Burnett on behalf of the Association prior to

17 being sued --

18     A.   Yes, I do actually remember getting a --

19          MR. LUBLINER:  Let him finish, Valerie.

20     A.   Sorry.

21          MR. LUBLINER:  I know it's hard.

22     Q.   You do remember receiving correspondence from

23 Ms. Burnett prior to the lawsuit being filed, correct?

24     A.   Yes.

25     Q.   Would you say that that was the first formal

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 65

1  **demand that you remove Mr. Wilcox from the unit?**

2      A.   I guess it was.  It wasn't actually a formal

3  demand, but it was her describing to me things she felt

4  was happening, and I said the same thing to her that I

5  had said -- oh, no, I said something different to her

6  because I am an attorney, and she is an attorney.  So I

7  said I am an attorney, I am a former prosecutor.  I know

8  what evidence looks like.  Give me some evidence, the

9  same thing.

10      Q.   **Did she ever provide evidence sufficient to**

11  **satisfy your request in order to remove Mr. Wilcox?**

12      A.   I don't think so.  I think she sued me.  Well,

13  the board sued me.  She was their counsel.

14      Q.   **Do you recall e-mail communication regarding**

15  **Zeus barking from the unit?**

16      A.   Yes.

17      Q.   **And what did you do to investigate these**

18  **allegations of Zeus barking in the unit?**

19      A.   I spoke to my tenants and asked about Zeus.

20      Q.   **And do you recall what they told you?**

21      A.   Yes, that he is almost always with David, and

22  wherever David goes -- because he is a service animal.

23  So when David is gone, he is not in the unit barking

24  because he is with David.  On rare instances he may be

25  there, but service animals -- and I have heard this

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 66

1 previously -- are trained to be obedient and not to

2 disturb the peace, so to speak, because they get special

3 training.  They are not like your dog and my dog.  Then

4 there was a phone call from Mr. Rayhall which he

5 admitted to me that all dogs bark.  Sure, I have dogs,

6 all dogs bark.

7            So now all of a sudden, it matters that Zeus

8 barks.  I don't know what he was saying, but

9 Mr. Rayhall's dogs, they can bark?

10      **Q.   When did you have that conversation with**

11 **Mr. Rayhall?**

12      A.   On June 23rd.  And the reason that I remember

13 is that is my parent's wedding anniversary, and I still

14 have the call in my phone.  I still have him calling.

15 Maybe not the voice mail and words, but I remember the

16 call.  It was in June, definitely June.

17      **Q.   So in June Mr. Rayhall called you to tell you**

18 **that Mr. Wilcox --**

19      A.   Let's be neighborly.

20           I am sorry, Mr. Israel, finish the question.

21      **Q.   No problem.  I wanted you to finish whatever**

22 **you were you going to say.**

23           **Mr. Rayhall called you and wanted to be**

24 **neighborly and resolve this issue with the -- allegedly**

25 **with Mr. Wilcox's dog barking?**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 67

1        A.    And allegedly wanted to be neighborly.  Except

2   a month later he sued me, so...

3        Q.    **Mr. Rayhall sued you?**

4        A.    Well, he is on the board.  No, I am sorry, I

5   misspoke.  His wife is on the board or partner or

6   whatever she is; Laurie Marchel was on the board at the

7   time.

8        Q.    **The one that sued was La Pensee Condominium**

9   **Association, Inc., correct?**

10       A.    That is right, the Association and Mr. Rayhall

11  and his wife were partners.  I don't know what their

12  relationship is.  They both live on the same floor.

13  They have two units on my same floor, and they have

14  several rentals.

15       Q.    **Do you know if they are there all the time or**

16  **are they --**

17       A.    I don't know when they are there.  I don't

18  know them very well.

19       Q.    **And other than speaking to Mr. Rayhall in June**

20  **and previously speaking to Mr. Wilcox and/or Ms. Luchey**

21  **about the barking dog, did you do anything else to**

22  **determine whose dog was barking?**

23       A.    I think at some point there was Ring doorbell

24  evidence that I received of barking dogs.

25       Q.    **Do you know whose dogs may have been barking?**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 68

1     A.   I can't tell by the barks whose dogs are

2 barking.

3     **Q.   There were barking dogs and you couldn't tell**

4 **whose it was?**

5     A.   Right, and neither can they.

6     **Q.   I am sorry, you broke up.**

7     A.   Neither can anybody.  How could you tell whose

8 dog it is?  If you listen to an -- could you tell which

9 dog it was?  To be honest with you, I don't even

10 recognize -- one day I thought it was her barking, and

11 it wasn't her.  You can't really tell.

12          MR. ISRAEL:  Can you hear her?

13          MR. LUBLINER:  I can hear her, so maybe it's

14     just you.

15          COURT REPORTER:   I can hear her.

16          MR. ISRAEL:  It's just me?

17          COURT REPORTER:  Yes.

18          MR. ISRAEL:  I can't hear.

19          Can you here me?

20          MR. LUBLINER:  Yes.

21          COURT REPORTER:  Yes.

22          MR. ISRAEL:  I can't hear anybody.

23          COURT REPORTER:  Did you hit mute on your

24     speaker?

25          MR. ISRAEL:  Let me log out and log back in.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 69

1      I don't know what happened.

2           (A brief recess was taken at 1:01 p.m.)

3           (The proceedings resumed at 1:03 p.m.)

4  BY MR. ISRAEL:

5      **Q.   No, I can hear you.  Sorry about that.  I**

6  **don't know what happened.**

7           **(The requested portion was read back by the**

8  **reporter.)**

9      **Q.   Were you ever told that allegedly Mr. Lawson**

10 **admitted that he knew Mr. Wolf had made the allegedly**

11 **improper remarks to Ms. Luchey?**

12     A.   Yes, I was told that.

13     **Q.   Who told you that?**

14     A.   David and Megan told me that Mr. Lawson said

15 that.

16     **Q.   And did you ever contact Mr. Lawson to verify**

17 **that statement?**

18     A.   No, I did not, no.

19     **Q.   You did not?**

20     A.   My manager did, but I didn't.

21     **Q.   So your husband, Mr. De Marinis, allegedly**

22 **contacted Mr. Lawson and discussed that?**

23     A.   I don't know that.  I am not saying that he

24 did.  I am saying that he could have.  But up until all

25 of this, my husband, Mr. De Marinis, my property

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 70

1 manager, was handling anything that happened and pretty

2 much what went on, like if a pipe broke or something

3 needed repair, air conditioning or this or that.  He

4 would handle all of the calls.  He was the property

5 manager.

6     Q.   Understood.  It would appear to me that if

7 Mr. De Marinis had a conversation with Mr. Lawson where

8 Mr. Lawson admitted knowing something as grave as the

9 alleged statement that was made to Ms. Luchey, that he

10 would have informed you of it, correct?

11     A.   I don't know.  We didn't know we were going to

12 be in the middle of a lawsuit brought against us, so

13 every conversation that he had with anybody on the board

14 or if he ever had any with Mrs. McFadden, we were

15 necessarily discussing it in great detail.

16     Q.   Ms. Manzo, let me ask you this.  You are a

17 former prosecutor, you are a lawyer, you are a smart

18 lady.  It seems to me -- this is not just any

19 conversation.  This is not the air conditioning broke,

20 the a/c company is going to be here tomorrow.  That is a

21 routine conversation.  This is Mr. Lawson admitting to

22 something pretty terrible allegedly was said by

23 Mr. Wolf, and you are telling me that you don't think

24 Mr. De Marinis would have told you that he had that

25 conversation and that Mr. Lawson admitted that?

Page 71

```
 1       A.   I am not telling you that I don't think he
 2  would tell me.  I am telling you he didn't tell me.  I
 3  don't know if he would have told me, and I don't want to
 4  say he heard it from Mr. Lawson or asked Mr. Lawson
 5  because I don't know if he asked Mr. Lawson.
 6       Q.   Just so that I understand, you heard that
 7  statement from Mr. Wilcox and you never followed up with
 8  Mr. Lawson and you don't know if Mr. De Marinis
 9  overheard a conversation with Mr. Lawson about it?
10       A.   That is right.
11       Q.   Were you aware that allegedly Mr. Wilcox
12  contacted the police on or about February 24th about
13  this alleged incident with Mr. Wolf that took place on
14  February 10th?
15       A.   I was aware.
16       Q.   Were you aware that Ms. Luchey wasn't
17  physically present during the police investigation?
18       A.   No, I don't recall that.
19       Q.   Were you ever given a copy of the police
20  report?
21       A.   Yes.
22       Q.   Were you aware that the police report said
23  that the police officers spoke to Ms. Luchey via
24  telephone?
25       A.   I don't remember that, but if it said it, then
```

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 72

1  that is what it said.

2       Q.   Would you think that it would have been

3  important for somebody making this grave accusation

4  against somebody else to be physically present to speak

5  to the police officers herself in the presence of the

6  police officers rather than doing it through the phone?

7            MR. LUBLINER:   I object to form.

8       A.   I don't know whose decision that was.  I don't

9  know if it was her determination or the officer's

10 determination, so I don't have an opinion on that.

11      Q.   You had prior tenants, correct?

12      A.   Yes.

13      Q.   At least two tenants prior to Mr. Wilcox and

14 Ms. Luchey, correct?

15      A.   That is correct.

16      Q.   Did either one of those tenants complain that

17 anybody at the Association harassed them in any way,

18 shape or form?

19      A.   Not while they were tenants, no.

20      Q.   And after they stopped being tenants, did

21 somebody complain?

22      A.   They didn't complain; they just said that the

23 reception was a little chilly.

24      Q.   What does that mean?

25      A.   Well, they weren't particularly friendly and

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 73

1  accepting and cordial to them.

2      Q.   Does that mean that people were expecting a

3  welcome party?

4      A.   No, they just -- it is a small building,

5  rumors spread.  Comments spread from people when they

6  were there or are home all of the time and things get

7  heard.

8      Q.   Like what?

9      A.   I don't want to violate the privacy of my

10 prior tenants, because they are not part of this.  So I

11 would rather not indicate what I heard later after they

12 left.

13     Q.   But some of these accusations here are that

14 there is a history of harassment, and I think it's

15 important to know if tenants told you something about

16 their stay in your unit and who you heard it from.

17     A.   I don't know if I agree because my concern is

18 that they have to get counsel --

19     Q.   I appreciate your concerns.

20     A.   I already have to pay mine, and I have to pay

21 the Association's.

22          MR. LUBLINER:  David, may I make a suggestion?

23          MR. ISRAEL:  Sure.

24          MR. LUBLINER:  Let's go about it this way.  I

25      am not saying that it's necessarily confidential,

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 74

1    so she can answer the question, and can we just

2    mark this as confidential.  I agree with you it's a

3    part that she has to answer, and we can have that

4    fight later if we need to.

5         MR. ISRAEL:  We can mark it, the only thing.

6         MR. LUBLINER:  No, you are not agreeing that

7    it is.

8         MR. ISRAEL:  It's a litigation privilege in

9    this litigation -- in any litigation, so whatever

10   she says, she is not defaming anybody.  She is

11   answering the question at a deposition.  So I don't

12   know how that would cause her any problems in my

13   view.  It's not privileged in any way that I can

14   see.  That is just my thought on it.  I don't know

15   if anybody else wants to chime in, but that is just

16   my view on it.  We can mark it and argue about it

17   later, but --

18        MR. LUBLINER:  I am not disagreeing with what

19   you are saying.

20        Do you you want me to have a call with her

21   real quick?

22        MR. STARKS:  If she is not going to answer the

23   question, then we can just go to the Court and we

24   can deal with it that way.  I would rather have him

25   set it than to have Richard call her and we set it

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 75

1     for trial.

2          MR. ISRAEL:  I don't see any basis for her not

3     to answer.

4          MR. LUBLINER:  Can we go off the record?

5          (A brief recess was taken at 1:16 p.m.)

6          (The proceedings resumed at 1:21 p.m)

7  BY MR. ISRAEL:

8     **Q.   What did you hear with regards to --**

9     A.   I couldn't make out your words, Mr. Israel.

10         What was that?

11    **Q.   No problem.**

12         **What I said was can you tell us what you heard**

13  **regarding your prior tenants and who did you hear that**

14  **from?**

15    A.   I had a conversation with the immediate prior

16  tenants, Ms. Hayes, Dyan Hayes and Lipsitz, and they

17  said that the people in the building came to the

18  conclusion that they were gay and consequently treated

19  them like they were lower than dirt.  They said they

20  were basically very nasty and not the least bit

21  friendly, and they said that they were a bunch of

22  Trumper assholes.  That is what they said.  You wanted

23  the truth, that is what they said.

24    **Q.   So these prior tenants told you that that was**

25  **their impression of the folks in the building?**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 76

1      A.   Their impression I never even asked them if
2  they were a couple.  It's against the law, and it's none
3  of my business.  So after I got sued, I asked them if
4  there was nastiness directed their way because they had
5  never even revealed it to me.  They are very
6  accomplished retired women, and they are used to this.
7  So I am guessing it's because they are used to that --
8  being mistreated because of their sexuality.  So they
9  kept it to themselves and they left.  Then I went back
10 to find out if this was the way that people are treated,
11 who don't meet your standards in this building or they
12 were making an exception.  I came to find out that they
13 didn't like them either.

14      Q.   They didn't like who?

15      A.   If you look up their history, these are very
16 accomplished woman, Ph.Ds, retired.  In fact, one of
17 them was an epidemiologist, and all through Covid I
18 would call her and ask her questions.

19      Q.   So that I understand this, after these two
20 ladies had rented a unit and the tenancy was over, you
21 contacted them and asked them if they were made to feel
22 uncomfortable in the building?

23      A.   Yes.

24      Q.   Okay.  Did anybody ever complain about these
25 two ladies to you?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 77

1      A.    No.

2      **Q.    Were there any e-mails about these ladies**

3   **having parties late into the night or alleged vomiting**

4   **over the balcony?**

5      A.    Let me tell you what these ladies did,

6   Mr. Israel; they got in an RV and they left.  They paid

7   me rent and took off in their RV because they just

8   didn't want to deal with that.  And, also, there was a

9   ton of noise.  They were both working from home, and

10  they got in an RV and parked it somewhere and traveled.

11  I don't know what they did.  But rather than deal with

12  any issues, they pretty much put up with it, and then

13  they left.

14     **Q.    I thought that they were having a house built?**

15     A.    They were renovating a home that they owned

16  nearby, yes, that is correct, Mr. Israel.  They were

17  renovating a home that they had already lived in.

18     **Q.    So let's go back to my question.**

19          **Did anyone at the Association receive any**

20  **e-mails from Ms. McFadden, for example, or anybody at**

21  **MAC regarding any alleged rule violations by these two**

22  **ladies that were renting the unit?**

23     A.    No, they didn't have an opportunity to violate

24  any rules because they made themselves scarce.

25     **Q.    So there were no e-mails from the Association?**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 78

1      A.    No.

2      Q.    Let me finish.

3            -- from Ms. McFadden on behalf of the

4  Association or anybody at MAC Residential telling you

5  that they were breaking any rules at the association?

6      A.    Correct.  I don't know that they did or

7  didn't, but I had no communications that they did.

8      Q.    Did anybody at the association or Ms. McFadden

9  or anybody ask you to have these two ladies removed from

10 the building?

11     A.    No.

12     Q.    Did the Association sue you to have these

13 ladies removed from the building?

14     A.    Why would they do that when they removed

15 themselves from the situation?

16     Q.    That is not what I asked you.

17     A.    No, they didn't have to.

18     Q.    Nobody sued you?  The Association didn't sue

19 you?

20     A.    No.

21     Q.    I'll share something else.

22           MR. WOLF:  Andrew, e-mail.

23           MR. ISRAEL:  Let me show you what we are going

24     to mark as Exhibit 7.

25

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 79

1          (The correspondence dated July 20, 2021 was

2 marked as Defendant's Exhibit Number 7 for

3 Identification.)

4     Q.   This is correspondence dated July 20, 2021

5 from Ms. Burnett, and I believe it was sent to you,

6 Ms. Manzo.

7     A.   Actually, I think it was sent to Ed as my

8 registered agent.  It was also sent to me, yes, it was

9 also sent to me.

10    Q.   That is your address?

11    A.   Yes, that is me.

12    Q.   So in this correspondence Ms. Burnett states

13 that she is representing you at La Pensee Condominium

14 Association, correct?

15    A.   Correct.

16    Q.   And she doesn't say that she is representing

17 Ms. McFadden or MAC Residential, correct?

18    A.   Correct.

19    Q.   And do you remember this correspondence?

20    A.   Yes.

21    Q.   Is this is first time that you have heard that

22 Mr. Wilcox's tenancy was allegedly for a six-month

23 period?

24    A.   That is the first time that I heard it from

25 anybody official.  I had heard it from my tenants.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 80

1    Q.   That what, that they -- the tenancy was for

2  six months or that people were saying that the tenancy

3  was for six months?

4    A.   That -- yes, that people were saying they have

5  to get out by July 24th.

6    Q.   Okay.  Who was saying that their tenancy was

7  six months?  Do you recall?  Do you know?

8    A.   I don't know who was saying it.  All I know is

9  that David said to me, why would they be saying in this

10 building that we have to be out by the 24th when I paid

11 for one full year?

12   Q.   Did you ever have a conversation with

13 Ms. McFadden regarding the tenancy being for six months?

14   A.   No.

15   Q.   Do you know if --

16   A.   I honestly don't remember.  I don't remember

17 if I discussed it with her, but I am pretty sure I said

18 what are you talking about?  This was never a six month.

19 I never have done a six-month lease even with the other

20 people.

21   Q.   Okay.  I was talking about early on during the

22 time period at the inception of the lease, did you ever

23 have -- or right after, did you ever have a conversation

24 with Ms. McFadden where you told her the lease was for

25 six months when she asked you for the term of the lease?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 81

1     A.    No, I never, ever said it was a six-month

2 lease.  She allegedly said that I said that, but I never

3 said that because it never was.  Why would I say that?

4     **Q.    Do you know if she ever had a conversation**

5 **with Mr. De Marinis where the term of the lease was**

6 **discussed to be six months?**

7     A.    No.  I could comfortably say that Mr. De

8 Marinis never told her it was a six-month lease because

9 it wasn't.  I wouldn't say that, no.  He never said

10 that.

11    **Q.    So the demand here to vacate the unit was made**

12 **on behalf of La Pensee Condominium Association, correct?**

13    A.    Yes.

14    **Q.    Not on behalf of Ms. McFadden or MAC**

15 **Residential, correct?**

16    A.    Yes, it looks like that.

17    **Q.    Do you know of an incident where Mr. Wilcox**

18 **allegedly harassed Mr. Lawson while he was walking his**

19 **dog in front of the building.**

20    A.    I think I did hear that there was a heated

21 conversation between them.  I don't know when it was.

22    **Q.    Who did you hear that from?**

23    A.    I didn't talk to Mr. Lawson, so I must have

24 heard it from David Wilcox.

25    **Q.    Did you ever hear of an interaction between**

Page 82

1  Mr. Wilcox and Mr. Wolf where Mr. Wilcox allegedly

2  harassed Mr. Wolf right outside the lobby of the

3  condominium building?

4       A.   What do you mean by harassed, that we spoke to

5  him about what he said to Ms. Luchey?

6       Q.   Yes.

7       A.   I heard there were words exchanged between

8  them, yes, I did hear that.

9       Q.   Did you ever see an e-mail from Mr. Davis that

10 he wrote as he witnessed the incident?

11      A.   No.  An e-mail from Mr. Davis?  I don't

12 remember an e-mail from Mr. Davis.  I don't even think I

13 have Mr. Davis in my e-mail address book.

14      Q.   Well, did anybody forward an e-mail prepared

15 or a statement prepared by Mr. Davis regarding the

16 incident that you witnessed?

17      A.   I don't recall that, no.  I don't recall

18 seeing an affidavit or anything.

19      Q.   Did you ever recall hearing that Mr. Wilcox

20 allegedly made statements that he had guns in his unit?

21      A.   Mr. Wilcox told me that people were saying

22 that he had guns, but I don't know if he does or if he

23 doesn't.  I know that you are lawfully entitled to own a

24 gun in most states provided that you do whatever the

25 state requires, so I don't ask those questions.

Page 83

1        Q.    You never made inquiries as to whether he had

2   guns?

3              (Proceeding interrupted by a telephone call.)

4              MR. ISRAEL:  Mr. Wolf, can you put your phone

5        on mute, please?

6              MR. WOLF:  Can you hear me okay?

7              MR. ISRAEL:  Please mute yourself.  Thank you.

8   BY MR. ISRAEL:

9        Q.    Did you do any investigation regarding the

10  allegations that Mr. Wilcox had weapons, guns in his

11  unit?

12       A.    No, I did not investigate whether Mr. Wilcox

13  had guns in the unit.  But I believe when I heard that

14  he might, I remember saying to Ms. McFadden that if

15  there is danger around guns, the police should be

16  called.  I didn't realize that in Florida they call them

17  sheriffs, but I said if there is some risk or danger

18  from anyone, call the police.

19       Q.    But you took no steps to investigate those

20  allegations?

21       A.    No, I took no steps.

22       Q.    Did you take any steps to investigate the

23  confrontation between Mr. Wilcox and Mr. Wolf outside of

24  the lobby of the building?

25       A.    No.

Page 84

1      Q.   Did you take any steps to investigate the

2  allegations that Mr. Wilcox harassed Mr. Lawson while he

3  was walking his dog?

4      A.   I didn't, no.  Me personally?  No.

5      Q.   Give me one second and let me find the letters

6  that I want to ask you about.

7      A.   When did you say that this so-called

8  conversation was had with Mr. Lawson and Mr. Wolf?  When

9  was all of this?

10     Q.   Give me one second, and I'll show you the

11  e-mail that Mr. Davis sent, and maybe that will shed

12  some light on this.

13          Can you bear with me for two minutes?

14     A.   Yes, certainly.

15          MR. ISRAEL:  Madam court reporter, we are

16     going to mark what I am showing now as Composite

17     Exhibit 9.

18          COURT REPORTER:   We are on Exhibit 8.

19          MR. ISRAEL:  Eight, okay.  Thank you.

20          (The e-mail document dated February 22, 2021

21  was marked as Defendant's Exhibit Number 8 for

22  Identification.)

23     Q.   Ms. Manzo, are you there?

24     A.   Yes.

25     Q.   Let me show you first this e-mail from

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 85

1  February 22nd, 2021.  I think it's first a text message

2  that was sent to Mary that Mary McFadden sent to you.

3  If we could read it together and see if this event

4  triggers any recollection.

5          So, apparently, Ms. McFadden got -- it says

6  John has apparently reported to you the confrontation

7  between Unit 303 and me.  This guy is out of control

8  with close up in your face abuse and false accusations.

9  John is a witness.  The only good is that Mary or Marie

10  was on the balcony with the door shut.  However, later

11  when I went out to our balcony, Marie was very upset.

12  She witnessed across the street Unit 303 shouting and

13  pointing to our balcony to Liza's husband.  Mary, I feel

14  that Valerie should come down immediately and deal with

15  this menacing behavior.  This cannot be tolerated in a

16  civilized community.

17          That message that was sent was forwarded to

18  you via e-mail by Ms. McFadden, and it says, Valerie, I

19  just received a text message from board member

20  Bob Rosati.  Bob doesn't have a mean bone in his body.

21  Everyone is frightened of your tenant.  He yelled at

22  John Lawson and Bob Rosati, he called my girlfriend a --

23  the N word.  He then proceeded to go up to the second

24  floor to accuse Bob Rosati.  John followed him up there

25  to witness.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 86

1          Do you recall that exchange?

2     A.   Yes.

3     Q.   I think that you testified earlier that I

4 guess originally Ms. Luchey had accused Mr. Rosati of

5 this incident in the elevator?

6     A.   Yes, I guess he was confused about who was who

7 because, you know, people don't tend to introduce

8 themselves before they say things like that, so maybe

9 she didn't know who was who.

10    Q.   And then changed that to Mr. Wolf?

11    A.   I guess, yes.

12    Q.   This e-mail is from February 22, 2021,

13 correct?

14    A.   Yes, I responded.

15    Q.   And the incident supposedly took place on or

16 about February 10, 2021, correct?

17    A.   Which incident, the one that I am first

18 hearing about from Mary on the 22nd?

19    Q.   Well, this elevator incident, I thought that

20 you had heard that from your tenants.

21    A.    Oh, the elevator?  But then when was this

22 supposedly happening, this other stuff?  It is very hard

23 for me to even establish who was saying it.

24         This e-mail that Mary forwarded wasn't even

25 signed.  It says sent from my iPad.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 87

1      Q.   That is a text message, and Mary says in the

2   e-mail that she sent you, I received this text message

3   from board member Bob Rosati.

4      A.   Yes, she said it.  Maybe that is true.  I did

5   respond to some of that.  I sent a letter by certified

6   mail, which I proved was received by Mary.

7      Q.   So this e-mail is dated February 22, 2021, and

8   it is talking about the incident where allegedly

9   Ms. Luchey was called the N word, and that took place on

10  or about February 10, 2021, correct?

11     A.   I don't know when it took place.  We spoke

12  about that.  I am not really certain when it took place.

13  Allegedly, that is when it took place.  In the

14  petition -- in the summons and complaint, that is when

15  it took place.

16     Q.   So you believe that there was just simply

17  confusion on the part of Ms. Luchey, not that she may

18  have been making up whether somebody called her the N

19  word or not?

20     A.   I don't know if she was confused or -- I don't

21  know.  I can't answer that.

22     Q.   Let me find that e-mail.

23     A.   You asked me if I did any investigating

24  earlier, and I sent Mary a long letter explaining that

25  at that point in February, all I had was an e-mail and

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 88

1 phone discussions.  I had repeatedly reached out by

2 e-mail and in a phone call which she terminated, and

3 said I will have John Lawson call you.  And, by the way,

4 he never did.  John never contacted us.  This letter was

5 written after that.

6          I was asking for information and saying that I

7 had spoken with the tenants about each and every

8 allegation, and I never heard from anybody officially on

9 the board.  I never got any affidavits.  I didn't get

10 any photographs, really nothing.

11          This was in February, and I asked her to share

12 with the board that we believe that all parties will be

13 safest if they stay away from each other.  In my own

14 office I called this my behave letter, and I sent it to

15 Mr. Wilcox, too, be civilized, behave, which by the way,

16 my letter to Mr. Wilcox was discussed in one of these

17 depositions, but not my letter to Mary which I asked her

18 to share with the board.

19      Q.   **Your position was that you never got any**

20 **affidavits or supporting documentation for what the**

21 **Association was claiming?**

22      A.   Or photographs or Ring doorbell video that

23 showed me anything on the part of all of these

24 accusations.  No pictures of vomit, no affidavits,

25 nothing really except one photograph, a grainy

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 89

1  black-and-white photograph of a dog that wasn't on a

2  leash, and that was about it.

3          I reminded Ms. McFadden that owners and

4  tenants have to abide by the laws as well as the rules

5  of the condominium and that there are lawful reasons to

6  evict people, and I have to have more information.

7      **Q.    But, on the other hand, you didn't really get**

8  **photographs or affidavits from Mr. Wilcox or Ms. Luchey,**

9  **did you?**

10     A.    Later on I did after he put in a Ring

11 doorbell.  I have some things from him.

12     **Q.    So you have some Ring doorbell videos?**

13     A.    Yes, I have some Ring videos.

14     **Q.    Did you have an affidavit from Ms. Luchey**

15 **about her alleged claim that Mr. Wolf --**

16     A.    No, I did not get an affidavit from her about

17 her claim about Mr. Wolf.  But they were asked -- the

18 board asked me to evict, so I saw myself as a plaintiff.

19         So am I supposed to find the defendants a back

20 up?  I would have to have sufficient evidence to sue

21 him.  To evict him?  No.

22         So I was looking for information, hard

23 information, to come to the conclusion that he could be

24 evicted, notwithstanding that the law said nobody can be

25 evicted.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 90

1      Q.   So let me show you -- we will get to that

2  e-mail from Mr. Davis, which I will find in a minute.

3          This e-mail from Ms. Burnett is dated July 23,

4  2021.  I believe you are also on this e-mail.  That is

5  valmanzo@aol.com, correct?

6      A.   Yes, that is me, yes.

7      Q.   Okay.  And this is addressed to you and to

8  Mr. Lubliner, Richard, and the e-mail address is for

9  Lubliner Law.

10          COURT REPORTER:  You are trailing off again.

11      Q.   This e-mail is addressed to you and

12  Mr. Lubliner at Lubliner Law, correct?

13      A.   Yes, sir.

14      Q.   Let's go through this e-mail and then the

15  response if you don't mind.

16          By July, was Mr. Lubliner representing you or

17  not yet?

18      A.   I think so.  I couldn't tell you exactly what

19  day, but on the day that I hired Mr. Lubliner's firm, I

20  advised Ms. Burnett to stop writing to me, that I had

21  counsel.  So I am assuming that was before the 23rd.

22      Q.   Did you have prior counsel helping you with

23  any of the issues that were arising between the

24  Association and your tenants?

25      A.   I didn't.  I have an associate with whom I had

Page 91

1 some discussions.

2    Q.   You had not hired an attorney in Florida to
3 help you with things, right?

4    A.   No, sir.

5    Q.   Not until Mr. Lubliner, correct?

6    A.   That is correct.

7    Q.   So Mr. Burnett is writing to Mr. Lubliner to
8 you, and she said I am not sure if you have reviewed the
9 multiple lease agreements produced, all of which contain
10 different lease terms.  Richard states the lease is for
11 one year.  The document Ms. Manzo provided states that
12 it's for two years.  That is not even an affirmative
13 lease term.  Ms. Manzo's production of the lease
14 agreement is shocking since for months she has claimed
15 she didn't have a copy.

16        The latest of e-mails were sent this week.
17 The lease Mr. Wilcox's agent provided states it is one
18 year and contains a fabricated second page.
19 Ms. McFadden was told it was for six months, despite
20 Ms. Manzo's statement to the contrary.  That is the
21 reason for the handwritten date on the top right-hand
22 corner of the first page of the lease.

23        It is quite evident that Mr. Wilcox, Ms. Manzo
24 and the agents and brokers have concocted some elaborate
25 scheme to attempt to allow Mr. Wilcox to remain on the

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 92

1  property despite everyone's full knowledge that the

2  lease was approved for only six months.  This is likely

3  because Mr. Wilcox and all of the parties were aware

4  Mr. Wilcox would not be approved for any renewal.  The

5  Association intends to file suit on Monday if Mr. Wilcox

6  or any other person other than the owner remains in the

7  unit.  All the parties can explain to a judge the reason

8  for multiple lease agreements with ever changing terms.

9         In your view, is this an accurate paragraph

10 and what Ms. Burnett is stating in this paragraph?

11    A.   No.  Not even close.

12    Q.   Let's take it one at a time.

13         Tell me what you believe to be incorrect.

14    A.   Here is what I know.

15    Q.   Hang on one second.  I don't mean to interrupt

16 you, but let's back up for one second.  Let's take it

17 one line at a time, and I think it will be easier.

18         Were there multiple lease agreements that were

19 produced or exchanged that you are aware of?

20    A.   No, I signed one lease.  There were multiple

21 negotiations, which, as you well know, when you are

22 negotiating there are multiple versions of things that

23 fly back and forth, multiple conversations.  But at the

24 end of the day, I signed a two-year lease, and the fact

25 that it ended in 2023 is written in by hand.  I have

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 93

1  been practicing 42 years, I have never had an arresting

2  charge or even sued except once and it was dismissed.

3  So I don't make stuff up.

4            The lease term in my handwriting, and you can

5  have it analyzed, said 2023.  So I don't even know what

6  Mr. Lubliner said.  But if he stated that it was a

7  one-year lease to JoAnn, then that was actually

8  incorrect, because it never was a six-month lease.

9            It was a two-year lease after all of the

10 negotiations from day one.  So that whole first

11 sentence -- there are no bunch of leases.  There were

12 various things that people were collecting perhaps -- I

13 don't know who, the board, Mary, JoAnn, somebody was

14 collecting variations on the theme.  But the lease we

15 signed was a two-year lease.  It was never, ever a

16 six-month lease.  The man gave me over 50 grand.  Why

17 would he give me over 50 grand for 6 months when it was

18 $4,000 a month?  That would make zero sense.

19      **Q.   You are aware that the Association did receive**

20 **copies of leases from realtors, some of them were**

21 **unassigned and some of them contained different terms?**

22      A.   Right, correct.

23            MR. LUBLINER:  I object to form.

24            David, can you sit closer?  You are trailing

25      off.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 94

1                    MR. ISRAEL:  Not a problem.

2    BY MR. ISRAEL:

3        Q.    You are aware that the Association did receive

4    different lease agreements from the realtors and some of

5    them were unassigned and some of them contained

6    different terms, correct?

7                    MR. LUBLINER:  I object to form.

8        A.    I don't know what they got.  I know what I

9    gave my lawyer once I got a lawyer.  I gave Richard the

10   full lease, all of the pages, including Page 2 with 2023

11   in my handwriting and --

12                   MR. LUBLINER:  Valerie, don't discuss anything

13       that we have discussed.

14       A.    I am just saying, I gave it to you and I gave

15   it to Ed way back in the beginning on the 19th of

16   January.  All of those other versions were various -- in

17   the midst of negotiating documents and unsigned.

18       Q.    When did you first provide a copy of the

19   two-year lease to the Association or to anybody?

20       A.    I don't know.  I gave it to Ed, which is my

21   history, my pattern with all of the other tenants.  I

22   gave it to Ed.  He had Mr. Wilcox sign it.  I signed it,

23   and on the 24th they did a walk-through, and on the 25th

24   with approval from Mary and MAC, Mr. Wilcox moved in

25   with Ms. Luchey.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 95

1    Q.   Well, didn't they need approval ultimately

2  from the Association and not Mary and MAC?

3    A.   Excuse me?

4    Q.   Did the approval ultimately come from the

5  Association and not from Mary and MAC?

6    A.   I had been advised to speak to Mary.  I don't

7  speak to -- I have never spoken to the board about my

8  tenants ever.

9         So all of my contacts from 2018 until she left

10 were with Mary and MAC.  She was, to my understanding,

11 their agent, so the board didn't approve anybody.  I

12 would call Mary.  Mary, did the dog get approved?  Mary,

13 did they fill in the application?  Mary, did you get the

14 checks?  She was my contact, so I called her, and she

15 gave him the green light, him, Megan and the dog.

16   Q.   She was your contact?

17   A.   She was my contact.

18   Q.   Right.  Ultimately, your tenants, Mr. Wilcox

19 and Ms. Luchey, had to meet with a member of the board,

20 Mr. Rosati, correct?

21   A.   They had to be interviewed by Mr. Rosati.

22   Q.   They were not interviewed by Ms. McFadden,

23 correct?

24   A.   I don't know.  I don't know the answer to

25 that.

Page 96

1      Q.   And, ultimately, the approval to reside in the

2 unit came from the Association through Ms. McFadden,

3 correct?

4      A.   I don't know.  All I know is that Ms. McFadden

5 told me, he checks out, they check out, they can move

6 in.  The dog checked out, he checked out.

7           Whether there was a conversation between her

8 and all of the members of the board, I couldn't tell

9 you.  I wasn't privy to it.  I don't know.

10      Q.   Is Ms. McFadden, as far as you know, a member

11 of the board?

12      A.   No, I seem to recall or recollect that

13 Mr. Lawson at one point said, oh, Ms. McFadden deals

14 with all of the leases, you don't get involved.  I

15 remember thinking how is that possible that you don't

16 get involved?  You are the president of the board.

17      Q.   Right.  You talked to the Association to get

18 involved, correct?

19      A.   Well, he is a member of the Association; he

20 was the board president at the time.

21      Q.   So the Association is the one that makes the

22 ultimate discussion, not Ms. McFadden; she is just a

23 property manager?

24           MR. LUBLINER:  I object to form.

25      A.   Mr. Lawson indicated that when it comes to the

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 97

1  detail of leases, it's up to Mary.  Whether he is right

2  or wrong, I don't know.

3        Q.   So you are telling me today, sitting here with

4  your 42 years as a lawyer and experience and with prior

5  leases in this building, that you believe Ms. McFadden

6  is the one that makes the final approval of whether

7  somebody can move in or not, not the Association?

8             MR. LUBLINER:  I object to form.  She told you

9        what she said now three times, and that is the

10       most --

11            MR. ISRAEL:  She is not telling me.  That is

12       her testimony, that --

13            MR. LUBLINER:  She is telling you what

14       somebody else told her.

15            MR. ISRAEL:  Fine.

16  BY MR. ISRAEL:

17       Q.   Ms. Manzo, can you answer the question,

18  please?

19       A.   What actually happens and what should happen

20  can be two different things.  If you are asking me if

21  the board is the one vested with the authority -- and I

22  am not an expert in Florida condominium law -- I would

23  say the board is vested.  But if you are asking me if

24  this board and Mr. Lawson in particular does what he is

25  supposed to do, I could not tell you.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 98

1      Q.    Let's go back --

2      A.    There is a whole bunch of other incorrect

3 things in this letter.

4      Q.    Yes, let's keep going.  Tell me what else is

5 incorrect.

6      A.    Okay.  It says that the document that

7 Ms. Manzo provided states it is for two years.  Correct.

8           It says that is not even a permitted lease

9 term.  Incorrect.

10           It says Ms. Manzo's production of the lease

11 agreement --

12      Q.    Wait, hold on for a second.

13           Why is it incorrect?

14      A.    That is a permitted lease term.  There is no

15 limitation.  I have read these rules 1,000 times.  There

16 is no limitation.  Once per year, but it doesn't say you

17 can't have a two-year lease or a five-year lease or a

18 ten-year lease.

19      Q.    So in your opinion, multiple years are

20 acceptable?

21      A.    Yes, that is my opinion.  It says, the lease

22 is shocking since for months she has claimed that she

23 didn't have a copy.  That is a bold-faced lie.  She

24 never asked me for it.  I would have been happy to give

25 it to her at any point from January to July.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 99

1      Q.    Didn't Mr. Wolf ask you for a copy of it and
2 you directed him to somebody else?
3      A.    She never said that I don't have Page 2, ever.
4      Q.    Well, that is not what I am asking you.
5            Did Mr. Wolf ask you for a copy of it and
6 you --
7      A.    In July.  In July he asked me.  By then, all
8 of this water had been under the bridge, yes.
9      Q.    So this --
10     A.    And I didn't say that I never got a copy.  I
11 did not say that I did not have a copy.
12          MR. LUBLINER:  Just to be clear, you are
13     mischaracterizing what it says.  It says since four
14     months.
15     A.    I am mischaracterizing?
16          MR. LUBLINER:  No, you are not.  I am pointing
17     out that the e-mail says four months.
18          MR. ISRAEL:  I think that she read that.
19          MR. LUBLINER:  Correct.  But you make it seem
20     as if she was contacted --
21          MR. ISRAEL:  I am not making it seem as
22     anything.
23 BY MR. ISRAEL:
24     Q.    I am just asking her if Mr. Wolf asked her for
25 a copy of the lease and she directed him to somebody

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 100

1  **else; isn't that correct, Ms. Manzo?**

2      A.    That is correct.  I directed him to someone

3  else, I don't deny it.  But Ms. Burnett said Ms. Manzo's

4  production of the lease agreement is shocking since for

5  months she claims that she didn't have a copy.  That is

6  100 percent wrong.  I never claimed I didn't have a copy

7  because I have always had a copy.

8      **Q.    You just didn't produce it.**

9      A.    I can prove that I sent it to Ed on the 19th,

10 which I believe Mr. Lepselter did so testify in the

11 state case at his deposition.

12     **Q.    You just didn't produce it to the Association?**

13     A.    I wasn't asked for it by Mary or anybody else

14 until Mr. Wolf in July.

15     **Q.    And you didn't produce it when Mr. Wolf asked**

16 **you for it?**

17     A.    No, I did not.

18     **Q.    All right.  Let's go on to the next sentence**

19 **or statement.**

20     A.    Fabricated -- yes, that part is true.

21 Ms. McFadden was told it was for six months.  I don't

22 know by who.  Certainly not by me.  Despite the

23 statement to the contrary.  That is the reason for the

24 handwritten dates.

25          I never authorize anybody to put handwritten

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 101

1  dates on anything, ever.  The only handwriting on my

2  lease with Mr. Wilcox was mine and his, period.

3          It is quite evident that Mr. Wilcox and

4  Ms. Manzo's agents have concocted some elaborate scheme.

5  I have a license to protect.  I don't concoct elaborate

6  schemes.  To attempt to allow Mr. Wilcox to remain on

7  the property despite everyone's full knowledge that this

8  is a bunch of garage.

9          The lease was approved for six months.  Lie or

10 misstatement.  We will let somebody decide what that is.

11 But it looks like a lie to me.  This is likely because

12 Mr. Wilcox and all of the parties were aware that

13 Mr. Wilcox would not be approved for any renewal.

14          Well, yes, you think?  I do realize that.

15 I acknowledged that is he is not going to be approved

16 again.

17          The Association intends to file suit on

18 Monday.  Okay.  So I forgot that she said that she was

19 going to sue you and then she sued me, regardless of the

20 lease agreement.  Oh, well, I still needed grounds to

21 throw them out, and six months wasn't a ground, so there

22 you go.

23     Q.    So it's your position that --

24     A.    About tormenting the entire community.

25     Q.    Well, hang on.  I haven't gotten to that there

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 102

1  yet.

2      A.   Okay.  Go ahead.

3      **Q.   You are way ahead of me.**

4      A.   Sorry, I didn't mean to get ahead of you.

5      **Q.   Okay.  We just went through the first**

6  **paragraph.  Let's go to the second one, and we can talk**

7  **about that one.**

8          **So in the second one Ms. Burnett states that**

9  **Mr. Wilcox has tormented the entire community for six**

10  **months.  Mr. Wilcox is aggressive and harassing to the**

11  **other residents, board members and staff.  So is that**

12  **inaccurate?**

13      A.   I don't live there.  All that I can tell you

14  is that Mr. Wilcox seems to get along just fine with

15  Todd Davis.  He has never told me that he is aggressive,

16  threatening, harassing.  He seemed to get along fine

17  with people who aren't nasty to him and his girlfriend.

18  So he seemed to get along fine with Liza Dunn, with Lew

19  and Terry Halvatzis -- I don't know, several other

20  people, Valentina Craver and other people who lived

21  there, so I don't know that he is aggressive,

22  threatening and harassing.  If they don't like him and

23  they are rotten and say negative things to him and about

24  him and they make things up --

25      **Q.   But you are not there, correct?**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

 1      A.   I am not there.

 2      Q.   **And you are hearing all of these allegations**

 3 **from both sides secondhand, correct?**

 4      A.   That is correct.

 5      Q.   **Okay.  And Mr. Wilcox never gave you an**

 6 **affidavit to contradict any of these allegations that**

 7 **the Association made or the violations that the**

 8 **Association has placed, correct?**

 9      A.   He was not asked for an affidavit.  I did not

10 ask him for an affidavit.

11      Q.   **You did not, okay.**

12      A.   No.

13      Q.   **Are you aware whether Mr. Wilcox screams at**

14 **people or was screaming at people?**

15      A.   I heard it was alleged.  I don't have any

16 video of him screaming at anybody.

17      Q.   **You don't know that one way or another?**

18      A.   I don't know that one way or another, correct.

19      Q.   **Do you know if he used foul language?**

20      A.   Never to me.

21      Q.   **With the manager of the property --**

22      A.   All I can say is that he doesn't curse at me.

23      Q.   **But you don't know whether he ever cursed at**

24 **Ms. McFadden or anybody else at the Association?**

25      A.   No, I don't know.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 104

1     Q.   Are you aware that Mr. Wilcox wrote a letter

2  about Mr. -- one of the residents and accused him of

3  having a felony record?

4     A.   I beg your pardon?

5     Q.   Are you aware that Mr. Wilcox wrote a letter

6  to one of the Association members advising them that,

7  allegedly, one of the residents of the Association had a

8  felony record they did not disclose, allegedly?

9     A.   I don't remember a felony record.  I thought

10  that it was mentioned that there was a criminal record.

11     Q.   Okay.

12     A.   Which I believe was true.  There was a record.

13     Q.   Are you aware of that incident?

14     A.   Yes, I saw the criminal record.

15     Q.   Was that just basically a ticket that the

16  person got for loitering or something to that effect?

17     A.   Somebody was arrested; Mr. Soritzsky

18  (phonetic) and his wife were arrested for a brawl in a

19  bar.  It wound up being pled to disorderedly conduct,

20  and I read all about that background.

21     Q.   Do you think that that is appropriate for --

22     A.   Even if it's true or wasn't in any way

23  meaningful or not, that is something in somebody's past

24  and years ago.

25     Q.   Do you think that it is appropriate for a

Page 105

1  **tenant to be sending that information out to the members**

2  **of the Association?**

3       A.    I don't think it's relevant to this case,

4  whether it's appropriate or not.  They were accusing him

5  of things, he was accusing them of things.  At that

6  point, there was a lot of hard feelings on all sides.

7       Q.    So if they are accusing --

8       A.    It happens that it was a public document.  He

9  got it because it was a public document, so I could have

10 gotten it, you could have gotten it, anybody could have

11 gotten it.

12      Q.    **So they accuse him of something, it's okay for**

13 **him to accuse other people of --**

14      A.    Of things that actually happened?  Yes, things

15 that actually happened?  Yes.  That is okay to accuse

16 somebody of something that is a public document.  You

17 can just Google somebody and stuff comes up.  In fact,

18 he Googled me to make sure that I was clean as a

19 whistle, and he told me.  My tenant Googled me.

20      Q.    **Are you aware that Mr. Wilcox made it known to**

21 **people that he had a concealed weapons permits --**

22      A.    I heard that, but I don't know that.

23 I am sorry.  I was aware that it was alleged that he

24 told someone he has a weapon and a right to carry it as

25 a concealed weapon.  I heard that.  But I don't know if

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 106

1  that is true.  It's secondhand.

2      Q.   **Do you think that that is appropriate for a**

3  **tenant to do, to tell people that he has got weapons in**

4  **this day and age with all of these shootings out there**

5  **that happen daily and that that would not scare people?**

6           MR. LUBLINER:  I object to form.

7      A.   This has nothing to do with this case.

8      Q.   **I am asking you your opinion as to whether it**

9  **has something to do with your case.**

10          **I am asking you whether you think that is**

11  **appropriate.**

12          MR. LUBLINER:  I object to form.

13     A.   I don't think whether I think it's appropriate

14  matters here.  I have no opinion.  If people feel

15  threatened and they say, you come threaten me --

16     Q.   **So as I understand it, you have no opinion**

17  **except when it comes to taking your tenant's side on**

18  **everything that requires an opinion in this case,**

19  **correct?**

20          MR. LUBLINER:  I object to form.  Hold on.

21      Quite frankly, that was very argumentative.  She

22      has answered the questions.  Let her answer them.

23  BY MR. ISRAEL:

24     Q.   **Let's go on to a response that Ms. Burnett**

25  **received from Mr. Lubliner.  And I just want to quickly**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 107

1   ask you about something.

2        A.   This one is the day before.  This is the 22nd.

3        Q.   I am sorry, this is I guess his e-mail to

4   Ms. Burnett, and then the other one was a further

5   response.

6        A.   It looks like it's a chain.

7        Q.   Bear with me for a second.  I am trying to

8   find that e-mail from what we discussed earlier.  By the

9   way -- with regards to Mr. Ripstein.

10            Did you ever see the response from his lawyer?

11       A.   I don't remember if I saw a response from his

12  lawyer.  Response to whom?

13       Q.   Or a letter to Mr. Wilcox from Mr. Ripstein's

14  lawyer?

15       A.   From Mr. Ripstein's lawyer?  It sounds vaguely

16  familiar.  I may have seen it.

17       Q.   Do you recall this letter from a gentleman or

18  an attorney by the name of Steven Warm from June of

19  2021?

20       A.   Not off the top of my head.  If you let me see

21  the letter, I might know.  That is not a ticket.  He

22  pled to a violation down from a misdemeanor, and there

23  was an arrest.  So he is allowed to say it was a ticket.

24       Q.   So you are saying that Mr. Wong is wrong?

25       A.   He is splitting fine hairs here, you know.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 108

1      Q.    So Mr. wrong is wrong in your opinion?

2      A.    I am saying he is splitting hairs as far as

3  it's a violation.  He makes it sound like it's a traffic

4  ticket.  It started out as a misdemeanor.  I read it.

5  They let him plead to a violation, which by the way, is

6  very common, as I am sure that you know if you have ever

7  been involved in criminal defense.

8      Q.    So you still think that that is appropriate

9  for Mr. Wilcox to have sent information?

10     A.    I don't think it matters what I think.  I

11 really don't think it matters what I think.

12     Q.    It only matters at certain times, but not at

13 others?

14     A.    It's a public document.  Anybody can could

15 have looked it up.  He looked it up.

16     Q.    Let's do this, I am going to look for this

17 e-mail.  Why don't I let Andrew start asking questions

18 if that is okay with you, Andrew.

19         MR. ISRAEL:  That way we are not wasting a lot

20     of time.  And then before we finish, I can ask her

21     more questions.

22         MR. MARCHESE:  Sure, let's go.

23                 CROSS-EXAMINATION

24 BY MR. MARCHESE:

25     Q.    Good afternoon, Ms. Manzo.  I am Andre

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 109

1  Marchese on behalf of David Wolf and the Association.  I

2  am going to ask you the questions that I have with

3  respect to the federal lawsuit that you are testifying

4  today on.  And, obviously, I am going to be jumping

5  around.  It will be a tough act to follow.  We have been

6  going about six or seven hours, and we have been jumping

7  all over the place.  But I am going to dive right in and

8  try to make my questions as clear and concise as

9  possible so that we can try to get you out of here by

10 7:30 tonight.

11          MR. LUBLINER:  Not 7:30, 4:30.

12          MR. MARCHESE:  I am joking.  Deadpan humor,

13     Richard.

14     A.    Deadpan, got it.

15 BY MR. MARCHESE:

16     Q.    Ms. Manzo, let's dig in on the issue that

17 Mr. Israel discussed regarding your prior tenants,

18 Ms. Hayes and Ms. Lipsitz.

19          Just so the record is clear and we have it

20 clear when we get to trial -- because I have to

21 determine whether we have to call Ms. Hayes or

22 Ms. Lipsitz to trial, which one of them is an

23 epidemiologist?

24     A.    Ms. Hayes.

25     Q.    Okay.  And could you tell us -- you said that

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 110

1  people within the Association treated them very coldly

2  and were not friendly.

3         Could you tell us any names?  Who do you mean?

4  As you know, the board consists of 5 people; the rest of

5  the Association has 18 or 19 other unit owners.

6         So who within the members didn't treat them

7  well?

8      A.   I don't remember specific names, except I

9  think they did say that Mr. Lawson gave them some sort

10 of trouble about the initial move in, which he also did

11 to Mr. Wilcox.  I don't remember the facts.

12     Q.   Did any of stories that they recounted, did

13 any of the board members or members of the Association

14 make any commentary about their sexual preference?

15     A.   I don't remember that.  I don't know if they

16 told me that.

17     Q.   And so how did they conclude that they knew

18 that the treatment by the board was based upon the fact

19 that they were a same sex couple?

20     A.   I don't know how they knew, but I have to

21 think if you have been dealing with this your entire

22 life, you know.

23     Q.   But since you are not in a same sex

24 relationship, you don't know, correct?

25     A.   I don't know how you can tell, but I don't

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 111

1  doubt that you can tell.

2      Q.   **You made a statement that they were treated**

3  **lower than dirt.**

4      A.   Yes.

5      Q.   **Tell me --**

6      A.   Based on the words.

7      Q.   **Tell me what members of the board made your**

8  **former tenants conclude that the board or the**

9  **Association treated them lower than dirt.**

10     A.   They said that -- they basically were not --

11 no one was friendly to them.  No one welcomed them to

12 the neighborhood.  No one, you know, was cordial in any

13 way.

14     Q.   **Did that include Mr. Halvatzis or Ms. Dunn?**

15     A.   They didn't specify any names except that

16 Mr. Lawson gave them trouble when they first moved in.

17     Q.   **How about Jonathan Flong(phonetic)?**

18     A.   No, I didn't talk about Jonathan Flong at all.

19     Q.   **They didn't make any comments about what**

20 **Mr. Flong may have said to them?**

21     A.   No.

22     Q.   **Did they have any interactions with the**

23 **Association's general counsel about the behavior of the**

24 **Association during the time that they were your tenants?**

25     A.   I don't know that they knew who the general

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 112

1  counsel was.  I think that I did.

2      Q.   How many months of the one-year lease term did

3  they serve out?

4      A.   They were there -- they moved in February on

5  the 16th.  They were supposed to have left by September.

6  But as you well know, construction always takes longer

7  than anticipated, and they wound up staying until the

8  end of December of 2020.

9      Q.   Okay.  So you said they picked up and left in

10 an RV?

11     A.   Yes.

12     Q.   Because they couldn't stand what?

13     A.   Noise and --

14     Q.   Noise from whom?

15     A.   I didn't notice until after the fact.

16     Q.   So who was making the noise?  Was it Ms. Nora

17 Andraos from Unit 403 or who was making noise that they

18 were complaining of?

19     A.   No, it was construction noise.

20     Q.   So it wasn't Andraos that was making noise

21 from the floor above?

22     A.   Oh, no, it wasn't noise made by residents, it

23 was noise made by contractors.

24     Q.   So there were contractors in and around the

25 building making noise?

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 113

1      A.    Inside the building, yes.  I think at that

2  time -- you could confirm this with someone who knows

3  better, but I think at that time, they were redoing the

4  lobby and they were redoing the hallways.  So that

5  tended to make lots of noise.

6      **Q.    So Ms. Hayes and Ms. Lipsitz moved out because**

7  **of the noise and the work that was going on in the**

8  **building common areas?**

9      A.    And because I believe they were made to feel

10  unwelcome there.  You know, people didn't -- I don't

11  know what they did to them, but they just -- maybe they

12  sneered at them.  I don't know.

13      **Q.    And you would agree that whatever their**

14  **subjective beliefs were about how they were treated were**

15  **just that, their subjective beliefs, correct?**

16          MR. LUBLINER:  I object to form.

17      A.    I respected them as accomplished women who

18  were used to recognizing --

19      **Q.    That is not my question.**

20          **My question is did you become aware of claims**

21  **that Ms. Hayes or Ms. Lipsitz moved as a result of**

22  **alleged behavior by the Association?**

23      A.    That wasn't your question, but my answer to

24  that question is no.

25      **Q.    Well, I don't want you just reading off a**

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 114

1  talking point.  I need you answering the questions so

2  that we can move this along.

3        A.   Right, so the question is did they make a

4  claim?

5             MR. LUBLINER:  Stop.  What do you mean reading

6        off a talking point?

7        A.   I am not reading off anything.

8             MR. MARCHESE:  Richard, don't argue with me

9        today.  I am not in the mood.

10            MR. LUBLINER:  Neither am I.

11            MR. MARCHESE:  She has been reading off

12       something for this lawsuit the whole time.

13       A.   I was looking at the dates.

14            MR. LUBLINER:  She is answering your questions

15       truthfully and honestly.

16  BY MR. MARCHESE:

17       Q.   Who else is in your home today with you?

18       A.   I have a paralegal in another room, and my

19  husband is in the house, but he is not right here.  You

20  can't see him.

21  BY MR. MARCHESE:

22       Q.   Who is the paralegal in the other room?

23       A.   Her name is Leah Chiappino, and she is writing

24  a report that I have to get in the mail today.

25       Q.   Where has your husband been located during the

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 115

1  deposition?

2       A.   He is in the back of the house in the hallway,

3  in the back of the house.  It's a big long ranch.

4       Q.   Okay.  Since you purchased Unit 303 in 2018,

5  has the board prevented you from leasing Unit 303 at any

6  point in time since you have become the record owner?

7       A.   Prevented me?  No.

8       Q.   So despite the fact that from 2018 to 2020 you

9  were within the first two years of ownership, the board

10 has allowed or the Association has allowed you to rent

11 units, correct?

12      A.   Of course.

13      Q.   So the issue about the rule changing or now

14 that the rule is now indicating that a new owner can't

15 rent for the first 24 months of ownership has no bearing

16 or effect on you, correct?

17      A.   Yes, except that when I was being deposed

18 previously, the questions were posed in such a way that

19 made it sound like I did something that I wasn't

20 supposed to do.

21      Q.   You have been a lawyer for 42 years; you know

22 that lawyers ask questions in all types of the ways.

23      A.   I know.

24      Q.   It's a discovery deposition.  The type of

25 question has nothing to do with whether someone is

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 116

1  intimating that you are doing something wrong, so that

2  would be my first statement.

3       The second question is in terms of your

4  understanding -- and I just want to make sure that I

5  understand this clearly.  I think that I do.

6       Is it your testimony that in January of

7  2023 -- let's say February of 2023, you can find or

8  locate a tenant that leases the unit for 20 years and

9  all they have to do is be approved once by the

10  Association, correct?

11     A.   Yes.

12     Q.   And so there is -- in your understanding of

13  the Association's governing documents, and that is the

14  declarations of condominium and the rules and

15  regulations, that a 20-year lease or any year lease is

16  possible because that would not violate the one year,

17  one tenant per year rule, correct?

18          MR. LUBLINER:  I object to form.

19     A.   Very interesting why you should ask that

20  question, because when you brought it up, if you

21  reviewed the rules at length -- that is what Mary gives

22  me.

23          I found out this week doing some poking around

24  that there is a declarations part that is 80 pages.  I

25  was never given the declarations.  The only reason that

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 117

1  I know it is there is because I dug into it and

2  researched it.

3          The only thing that Mary gave me was the

4  change in the declarations and rules, like two pages,

5  that have changed over the years.  But the rest of it is

6  not shared with prospective buyers.

7          **Q.    So when you purchased Unit 303 in 2018, your**

8  **realtor nor the Association provided you with the full**

9  **set of the declarations of condominium?**

10         A.    That is correct.

11         **Q.    And prior to this lawsuit, you had never**

12  **looked up or reviewed the governing documents that are**

13  **filed in Tallahassee with every condominium, correct?**

14         A.    If they gave me a prospectus and bylaws, I

15  read them.  I am sure that I asked for it.  I asked for

16  the budget.

17         **Q.    Did you give your prior two sets of tenants a**

18  **copy of the rules and regulations?**

19         A.    Absolutely.

20         **Q.    And is it your testimony that you never gave a**

21  **copy of the declarations of condominium to either of**

22  **your two prior tenants?**

23         A.    That is correct.

24         **Q.    That is correct?**

25         A.    Yes.

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

1      Q.    And so during their tenancies, you didn't have

2  any problems or issues with rules and regulations or any

3  of the declarations that you are aware of with respect

4  to the prior tenants?

5      A.    That is correct.

6      Q.    Are Ms. Lipsitz and Ms. Hayes still Florida

7  residents?

8      A.    I don't know.

9      Q.    Do you know if they still live in Palm Beach

10 County?

11     A.    I don't know.

12     Q.    Do you know if they still live within the

13 Southern District of Florida?

14     A.    I don't know.

15     Q.    When is the last time that you spoke to

16 Ms. Hayes or Ms. Lipsitz?

17     A.    I am trying to think.  I guess it was that one

18 conversation maybe it was in the spring of this year.

19 No, wait, that doesn't make any sense.

20          I don't remember when I spoke to them other

21 than speaking to them about Covid.  I spoke to them once

22 post tenancy, and it was just the one time.  I don't

23 remember when it was.

24     Q.    Did you know Ms. Alison Landon, the prior

25 owner of Unit 303, from Long Island interestingly when

Page 119

1  you purchased Unit 303?

2      A.   I never met her.  I only worked it with Robyn

3  Lawson, who was her -- from what I gather, her friend

4  and her agent, who is married to John Lawson.

5      Q.   Are the Lawsons from Long Island?

6      A.   I don't know where they are from.  I don't

7  think so.  Could be.  I know that Alison, the seller,

8  was.

9      Q.   I believe Mr. Israel asked you, but I may have

10  misunderstood the question.

11          Did Mr. Rosati interview both your prior sets

12  of tenants?

13      A.   I don't know who interviewed them.  I just

14  know who interviewed us, me, just me.  And he

15  interviewed Mr. Wilcox and Ms. Luchey.  So for the in

16  between, I never heard.

17      Q.   In the lease that is the two-year lease that

18  you have identified as the operative lease in this case,

19  Mr. Wilcox's prior address is not listed.

20          Do you know where Mr. Wilcox lived prior to

21  becoming a tenant in Unit 303?

22      A.   I knew it when I vetted him, and I personally

23  looked into him, but right now I couldn't tell it to

24  you.  But I think he was from Memphis, and I know that

25  he testified as to where he was before this.  I think it

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 120

1 was Memphis, Tennessee.

2     Q.   Okay.  So at the time that you were renting

3 the unit to Mr. Wilcox, he did not have a Palm Beach

4 County residence or place to live?

5     A.   I don't know if he had temporary quarters.  It

6 didn't come up, so I don't know where he was for sure,

7 but I know his prior address, maybe a residence,

8 domicile and all of that, was in Memphis.

9     Q.   And do you recall where you got Ms. Luchey's

10 address of 371 Winter Street, West Palm to insert into

11 the lease?

12     A.   From the realtor.  But I had also Googled her.

13 I had seen what is out there on the public domain.

14     Q.   In terms of the data you said that you vetted

15 Mr. Wilcox, what did you look at prior to leasing to

16 Mr. Wilcox?

17     A.   I looked up his name and I looked up his

18 corporation.  I looked at what is on the Internet about

19 his corporation.  I was going to look into his credit

20 references, but he offered to pay a full year up-front,

21 so my realtor told me that I don't have to pull credit.

22 I believe that Ms. McFadden did.

23     Q.   Now, in terms of the two-year lease, I know

24 that you testified exhaustively that the lease was

25 always a two-year lease and that you did not want to

2c7e9c0c-2383-427a-8877-9a735e2bcdae

1  afford Mr. Wilcox a one year lease with an option for a

2  second year.

3         Tell me what was the benefit in your mind in

4  getting a two-year lease when only twelve months of it

5  was being paid up-front.

6      A.   I wouldn't have -- Mr. Lepselter each year

7  1/12 of my income --

8         COURT REPORTER:  Ms. Manzo, could you repeat

9      that and state it more clearly?

10     A.   The benefit to me was the security that I

11 would have him for two solid years and I wouldn't have

12 to go out into the market and find a new person.  And

13 the second benefit to me was that I wouldn't -- and I

14 told this to my realtor -- that I wouldn't have to pay

15 him again the $4,000 or one month's rent.

16     Q.   But it's your understanding that Florida

17 realtors on an initial lease of one year typically are

18 able to charge their clients for another year of

19 commission and the second year and third year and

20 subsequent years; is that your understanding?

21        MR. LUBLINER:  I object to form.

22     A.   No.  My belief was if I had to start over and

23 I only had a one-year lease with him and I had to go

24 through all of the steps of a secondary approval, that I

25 might have to pay him again or his company, ReMaxx.  So

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 122

1  I didn't want to do that.

2      Q.   Did you ever check with him on that particular

3  issue?

4      A.   Absolutely, and there are e-mails when I am

5  telling him, Ed, if you can get a two-year lease, that

6  is what I need.  The contract I signed with him said --

7  on each one said I want a full year.

8      Q.   You understand that with a two-year lease that

9  if Mr. Wilcox and Ms. Luchey decided to move out in

10  January of 2022, you would have had no recourse,

11  correct?

12          MR. LUBLINER:  I object to form.

13      A.   I don't understand that.

14      Q.   If Mr. Wilcox and Ms. Luchey decided to move

15  out in January of 2022, your only recourse would have

16  been to chase them and file a breach of contract lawsuit

17  against them.

18          You understand that, correct?

19      A.   Yes, I do.

20      Q.   So you had no guarantee that they were going

21  to stay beyond a year, correct?

22      A.   No guarantee, no.  There was never a

23  guarantee.  As far as I understand leases, there are no

24  guarantees.

25      Q.   Right.  So you believed that the 24 months was

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 123

1  meaningful to you because you wanted to avoid in your

2  mind potential additional real estate fees?

3       A.   That, and I wanted to avoid the having to

4  wonder if I was going to have it rented for another

5  year -- for a whole year.  I knew I wouldn't be ready to

6  move in within those two years personally.

7       Q.   And the two sets of prior tenants you did not

8  approach a two-year lease because each of them only

9  needed a year because they were getting houses built,

10 correct?

11      A.   Yes, they thought it would be finite and just

12 needed it during construction, both of them.

13      Q.   Did you have an understanding of what the

14 Association's documents allowed in terms of a minimum

15 lease hold?

16      A.   There was no minimum.

17      Q.   Okay.  So you could rent to somebody for 31

18 days?

19      A.   You can only rent once per year.

20      Q.   Right.

21           Do you believe that that was limited to 30

22 days?  In other words, did you have to have a lease that

23 was more than 30 days in order to comply with Palm Beach

24 County ordinance?

25           MR. LUBLINER:  I object to form.

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 124

1      A.   I don't know.

2      **Q.   So in your mind, if you rented to somebody**

3  **seasonally for three months, that meant that you**

4  **couldn't lease to somebody else for the rest of the**

5  **year, correct?**

6      A.   Correct, yes.  That I understood to be the

7  La Pensee rule, once per year.  I don't know if this is

8  true, and I wasn't around when they adopted the rules,

9  but I was of the impression that they were trying to

10  avoid Airbnb™ and things like the serial short

11  tenancies.  They didn't want that.  They didn't want

12  people coming and going.  It was disruptive.  So it was

13  once a year.  If I only rented it for three months, I am

14  stuck.  If I rent for six months, I am happy.  If I rent

15  it for a whole year or two years, in my mind it was a

16  home run.

17      **Q.   Ms. Manzo, have you had the Unit 303 appraised**

18  **since the lawsuit?  In other words, do you have an**

19  **appraisal of the current value of the unit?**

20          MR. LUBLINER:  I object to form.

21      A.   I have not.

22      **Q.   Do you think that has gone up since the**

23  **inception of the Wilcox lease?**

24      A.   I don't know, do you?  I know that I am not

25  supposed to ask you questions.  I don't know.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 125

1      Q.   Did you speak to any of Mr. Wilcox's

2  references prior to allowing him to rent Unit 303?

3      A.   That is interesting.  Did I speak to these

4  references?  No, I did not.  Nor did I with Eva and

5  Stephan or Damian and Dyan.

6      Q.   Did you speak to any of Ms. Luchey's

7  references?

8      A.   No.

9      Q.   Did you speak to any of Mr. Wilcox's prior

10  landlords?

11      A.   No, I didn't.

12      Q.   Was the financial impact of Mr. Wilcox's

13  ability to rent the unit the primary concern that you

14  had prior to leasing Unit 303 to him?

15      A.   I was concerned about everything.  I tried to

16  make sure that my tenants were people that you would

17  want to live with, and I made it clear that I would give

18  them the rules and I would make it clear that they have

19  to look at them.  Mr. Rosati also talked about the

20  rules.  Of course, I needed to know that they had the

21  financial wherewithal and that not only do they have

22  money, but that they pay their bills.  A lot of people

23  have money, but they don't pay their bills, so I am

24  concerned about that.  And I evaluate each person or

25  couple as I go along.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 126

1       Q.    You said that you Googled Mr. Wilcox.

2             What did you find besides Evolution Metals?   I

3   believe that you found his -- what else did you find?

4       A.    That is really all that I remember is

5   Evolution Metals.  I don't remember finding other things

6   out about him.  But I was noticing when he testified in

7   one of these and when he was interviewed in one of the

8   depositions that he had a long background and ten years.

9   So there is more to him than Evolution Metals.  But that

10  is pretty much what I found was Evolution Metals.  I

11  didn't find any criminality mentioned.

12      Q.    In terms of the lease and the $3,900

13  negotiated price that you-all arrived at, could you tell

14  me what the --

15            As you know, you testified yourself that

16  Mr. Wilcox spent ten years at a London trading desk and

17  he was a very financially sophisticated person.  So what

18  was so attractive about paying or receiving a $1,200

19  discount over a 12-month period of time on a 12-month

20  lease that would make him pay you $50,000 up-front?

21            MR. LUBLINER:  I object to form.

22      A.    This was not told to me by him.  I thought he

23  traveled a lot, and sometimes he travels on what seems

24  like ten minutes notice; I have to go to Dubai, I have

25  to go to Tanzania, all kinds of places.  And I think it

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 127

1  just made him more comfortable to know that his rent was

2  paid and he didn't have to worry about me complaining

3  that his rent was late.

4      Q.   So it was really more of a convenience to

5  Mr. Wilcox than actually getting a discount from you of

6  $1,200 for the year?

7      A.   I agree with that.  I think he made sense.

8  You can definitely ask him that question.

9      Q.   You would agree with me that $1,200 in the

10 market in 2021 would have probably made more money than

11 if he had paid you the 50 grand up-front?

12          MR. LUBLINER:  I object to form.

13     A.   Yes, $1,200 was a lot of money to him.

14     Q.   So you would agree that $1,200 wasn't a lot to

15 Mr. Wilcox, correct?

16          MR. LUBLINER:  I object to form.

17     A.   I don't think so.

18     Q.   In terms of the second emotional support

19 animal, you testified to Mr. Israel that you became

20 aware that Ms. Luchey required an ESA, and we dabbled

21 about that for a little bit.

22          Do you know any of the specifics of the second

23 emotional support animal?  Is it a Doberman?

24     A.   I don't think so.  I don't know what it is.  I

25 did get a letter, and I read the letter.  I didn't

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 128

1  memorize the letter.

2       Q.   Do you know what the name of the dog is?

3       A.   Nicks.

4       Q.   Like Stevie Nicks?

5       A.   No, Stevie Nicks is N-I-C-K-S.  This is N-Y-X.

6       Q.   Okay.  And do you know -- strike that.

7            Were you provided any information which would

8  indicate what the dog does for Ms. Luchey?

9       A.   I believe that I am not allowed to answer that

10 because it would be personal.  So I am not going to

11 answer that.  But, honestly, I don't remember

12 specifically.  I don't know that I ever knew what the

13 dog does for her.

14      Q.   Is it your understanding that the Association

15 received the package of information from Ms. Luchey

16 seeking application for Nyx to reside in Unit 303?

17      A.   Yes.  I believe that.

18      Q.   And do you know who that package was provided

19 to?

20      A.   I believe to Todd because he is the president.

21      Q.   Todd Davis?

22      A.   Todd Davis, yes.

23      Q.   And do you know if there is any communication

24 or confirmation that you have seen from Mr. Davis

25 accepting this package for the second ESA?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 129

1      A.   No, I don't.

2      Q.   Do you know if Ms. Burnett was involved in

3  reviewing the application for Nyx for Ms. Luchey?

4      A.   No, I don't.

5      Q.   Have you seen any correspondence between the

6  Becker Law Firm and Ms. Luchey regarding Nyx?

7      A.   I don't think so.  I don't recall seeing

8  correspondence between them.

9      Q.   And do you know when Ms. Luchey began bringing

10 Nyx onto the La Pensee property?

11     A.   It was sometime in the fall.

12     Q.   The fall of '21?

13     A.   The fall of '21.

14     Q.   And to your knowledge, the dog is still in

15 residence in Unit 303, meaning Nyx?

16     A.   I don't know if the dog is still in residence.

17     Q.   We have gone over during Mr. Israel's

18 examinations multiple incidents which we have spoken

19 about ad-nauseam, no pun intended, including the

20 vomiting over the balcony, the glass bottles and the dog

21 off the leash.  We haven't spoken about an incident

22 regarding mothballs.

23          Were you familiar with an incident in Unit 303

24 regarding mothballs?

25     A.   I am.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 130

1    **Q.   Okay.   What is your knowledge of that**
2  **particular incident?**

3        A.   Mr. Wilcox had a very expensive suit eaten by
4  moths.  He was upset about it, so he contacted
5  Ms. McFadden and said I don't know what is going on
6  around here, but we have a moth problem.  My suit was
7  ruined, and I want to file a complaint.  Where do I
8  file?  And she said more or less -- the substance of her
9  e-mail -- I don't know what form you are talking about,
10 but we do have a company called Bug Away that we use,
11 and we would be happy to send Bug Away over there to
12 treat any problem you may have.

13          So I was sort of being informed.  They dealt
14 with it directly, Mary McFadden and Mr. Wilcox.  I said
15 to Mr. Wilcox, if you want them to take care of it, you
16 have to give them access.  As I said, he travels quite a
17 bit, and Megan works, so I just said make sure that you
18 give them access.  And that is pretty much what I know.

19    **Q.   Was there a claim made by Mr. Wilcox against**
20 **his renter's insurance?**

21       A.   I don't know.

22    **Q.   Do you know if he has a renter's insurance**
23 **policy?**

24       A.   Per my lease he should, and usually I ask for
25 proof of it in the beginning, but I don't remember

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 131

1  asking for each year.  I may have been remiss and didn't

2  say, you know, send me the renewal.  But usually when I

3  get a lease, I get proof of renter's insurance, and, of

4  course, I had landlord's insurance.

5            MR. LUBLINER:  I don't want to interrupt you,

6       but when you have a good time to break, can we take

7       five minutes?

8            MR. MARCHESE:  Okay.  Let me just finish this

9       one thought.

10  BY MR. MARCHESE:

11       Q.  So it is your testimony that prior to

12  Mr. Wilcox moving into the unit, you had proof of

13  insurance for 2021?

14       A.  Correct.  I am not 100 percent sure, but I

15  typically and historically also ask for that.  And it's

16  in the lease that you will have renter's insurance.  I

17  tell them why.

18       Q.  Did that get forwarded to the Association?

19       A.  No, only if Mary or Donna or whoever would ask

20  for it, not by me.

21       Q.  To close out the mothball incident, do you

22  remember what month that occurred?

23       A.  I don't know.

24       Q.  And once those Bug Away did what they did,

25  were there any other incidents with clothes being rotted

United Reporting, Inc.
(954) 525-2221

Page 132

1 or deteriorated by moths?

2      A.   Not that I recall.  That doesn't mean it

3 didn't happen, but not anything that involved me.

4      Q.   So since we have been going for a while, we

5 will take a five-minute break and come back at 2:45?

6      A.   Okay.

7           (A brief recess was taken at 2:40 p.m.)

8           (The proceedings resumed at 2:47 p.m.)

9           MR. MARCHESE:  We are back on the record

10      at 2:47.

11      Q.   I was asking you questions about incidents

12 that Mr. Israel had gone over.  We went over the

13 mothball incident just now.

14           After any of these incidents, can you presume

15 that your testimony is the same and that you didn't

16 speak to any of the board members per se, but you spoke

17 to Ms. McFadden; is that correct?

18      A.   That is correct.

19      Q.   And in terms of the mothball incident, do you

20 recall any specific discussions with Ms. McFadden about

21 that incident?

22      A.   About what?

23      Q.   About the mothball incident.

24           Was there any specific discussions with

25 Ms. McFadden about that?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 133

1      A.   Well, just that they would send Bug Off (sic)

2  and David and Megan had to cooperate and be available.

3  And then I never heard another word about it, so I

4  assumed that Bug Off (sic) went and they got rid of the

5  bugs.  And as far as Mr. Wilcox filing against their

6  insurance or his insurance, I was not involved with

7  that, so I don't know what happened.

8      Q.   And could you tell me -- because we discussed

9  it a little bit about how Lew Halvatzis and how you came

10  to know Mr. Halvatzis in relation to La Pensee?

11      A.   Well, he told us that he spoke to both of us

12  at various times.  He told me that he lived on Long

13  Island and he went to Florida, but I don't know him from

14  Long Island.

15      Q.   Where is he located on Long Island?

16      A.   I don't know.  I don't remember.  Somewhere in

17  the Nassau County.  I am in Suffolk County.

18      Q.   But he is somewhere in Nassau County?

19      A.   I think so.

20      Q.   When did you first speak to Mr. Halvatzis in

21  relation to Unit 303?

22      A.   I don't remember, but it was in 2021.

23      Q.   Do you know how he knew Mr. Wilcox?

24      A.   I beg your pardon?

25      Q.   Do you know how Mr. Wilcox knew Mr. Halvatzis

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 134

1  or vice versa?

2      A.   As neighbors.  They met I presume at the

3  Halvatzis' or at the pool.  I don't know where.  They

4  met somehow as neighbors and, interestingly, because I

5  believe Mr. Halvatzis is over 80, they became friendly;

6  and as far as I know, they are friendly.  That is kind

7  of the sum and substance of what I know.

8      Q.   How did Liza Dunn get involved in terms of

9  filling in or providing you information about Unit 303?

10     A.   She started sending e-mails to all of the

11 owners.

12     (Unknown party logged into Zoom videoconference.)

13         MR. LUBLINER:  Who is Zachary Landis?

14         MR. MARCHESE:  No clue.

15         MR. STARKS:  I don't know either.

16         Rich?

17         MR. LANDIS:  I'll exit.  I was logging into

18      another deposition.  I am not sure how I got into

19       this one.  I am sorry about that.

20         MR. LUBLINER:  You are in the wrong lane.

21     (Unknown party logged off Zoom videoconference.)

22 BY MR. MARCHESE:

23     Q.   We were asking about Ms. Dunn and how you came

24 to know her and how she got involved with this Unit 303

25 issue.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 135

1      A.   I think I first came to know her as an owner

2  around Valentine's Day when the alleged vomit story

3  became known.  I was told by Mr. Wilcox that Ms. Dunn

4  spoke up and said that she saw what was on the ground.

5  She lives on the ground floor, and it was not vomit.

6  And she started sending e-mails.  I couldn't tell you

7  when.

8      Q.   So it's your understanding that Ms. Dunn owns

9  Unit 103?

10     A.   I believe so.  I believe she owns Unit 103.

11     Q.   So she is in the stack?  She is in the

12 three-line stack?

13     A.   She is in the stack.

14     Q.   In the stack that sits below Mr. Rosati in

15 203?

16     A.   I don't know.  I don't really know where

17 Mr. Rosati lives, but she is directly -- ground level

18 directly two levels below my apartment that I am in.

19     Q.   Have you ever heard that Mr. Davis was brought

20 in to clean up the vomit or food or whatever it was?

21     A.   No, I didn't hear that.

22     Q.   So you had never spoken to Mr. Davis about

23 what he saw during the Valentine's Day party?

24     A.   No.  Wasn't he deposed in the federal matter?

25     Q.   Fortunately, Ms. Manzo, you don't get to ask

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 136

1  me questions today.

2      A.   I am sorry.  I would imagine that he could be

3  asked that question.  I don't know the answer, sorry.

4      Q.   So getting back to Mr. Halvatzis.

5           Are you currently involved in the lawsuit

6  Mr. Halvatzis has brought against the Association?

7      A.   No.

8      Q.   Have you heard about that lawsuit?

9      A.   Yes.

10     Q.   And what do you know about that lawsuit?

11     A.   Mr. Halvatzis as an owner is objecting to the

12 action against me and my tenant and my corporation.  He

13 is objecting to all the money being spent and also to

14 the act of them suing me and my corporation and my

15 tenant.  I think that he is also challenging the

16 spending of money in other ways.

17     Q.   Spending in unrelated ways to this lawsuit,

18 right?

19     A.   I believe so.

20     Q.   And do you know what the status of that case

21 is?

22     A.   No.

23     Q.   Do you know who is representing Mr. Halvatzis

24 and the plaintiff group in that case?

25     A.   Mr. Lubliner.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 137

1      Q.    Is Ms. Dunn a party to that lawsuit?

2      A.    I believe so, but I couldn't swear on it.  I

3  think there are a few people.

4      Q.    I know that Mr. Israel asked you about the

5  incident on February 10th regarding my client, David

6  Wolf.  I am going to ask you some more questions about

7  that to make sure that I understand your testimony here.

8  I think that I understand it, but I want to make sure

9  that I do.

10          Prior to February 10, 2021, had you ever

11  spoken to Mr. Wolf in any way, shape or form, whether it

12  be in a board capacity or as a unit owner?

13      A.    No.

14      Q.    Prior to leasing Unit 303 to Mr. Wilcox and

15  Ms. Luchey, had you come to know Mr. Wolf from any prior

16  dealings?

17      A.    No.

18      Q.    So during the tenancy of your prior tenants,

19  you never had any discussions with Mr. Wolf regarding

20  any Association business?

21      A.    No, not that I recall.

22      Q.    And your client specifically -- excuse me,

23  your tenants, Ms. Hayes and Ms. Lipsitz, had they ever

24  singled out Mr. Wolf by saying anything or doing

25  anything during their tenancy?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 138

1      A.    No.   I only remember them mentioning

2  Mr. Lawson.  I don't remember them mentioning others by

3  name.  That doesn't mean they didn't.  I did take some

4  notes, so it's possible they said something or mentioned

5  a few names.  And it's also possible they didn't know

6  any names because they didn't stick around long enough

7  to figure out any names.  I don't know.  I really can't

8  answer that.

9      Q.   **Do you know whether Mr. Wolf is a full-time**

10 **residence in La Pensee?**

11     A.   I think he is not.

12     Q.   **Do you know where he lives the majority of the**

13 **year?**

14     A.   Not really, no.

15     Q.   **And you still don't know that even after the**

16 **Wilcox tenancy, correct?**

17     A.   About Mr. Wolf?

18     Q.   **Yes.**

19     A.   Yes, I still don't know that, or if I knew it,

20 I forgot it -- where he lives.  I don't remember where

21 he lives.  It could be buried in my 500 pounds of notes

22 somewhere.

23     Q.   **So just to get back to the incident in**

24 **question.**

25          **Your understanding is that Ms. Luchey was**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 139

1  riding in an elevator with Mr. Wolf when something

2  happened?

3      A.   Yes.

4      Q.   And do you know what precipitated this alleged

5  racial slur by Mr. Wolf?

6      A.   No.

7      Q.   Did Ms. Luchey ever provide you with any

8  information or details about the context in which

9  Mr. Wolf allegedly made these comments?

10     A.   He just got onto the elevator and said that

11  remark.  I don't know if he said words before it, and I

12  don't know if he said words after that.  I couldn't say.

13  I don't want to speculate.

14     Q.   Do you recall whether Ms. Luchey was exiting

15  the elevator or when did that interaction take place?

16     A.   Again, I wasn't there.  In my memory it

17  sounded to me like she was on the elevator, the doors

18  opened, he spotted her and went to go on and then passed

19  the remark.

20     Q.   So it's your testimony that the remark didn't

21  occur in the elevator, but as she -- as Ms. Luchey was

22  exiting the elevator?

23     A.   No, no.  Again, I am not certain, but the

24  impression I got was that she was already on the

25  elevator and he was getting on.  So the doors opened, he

Page 140

1  spots her and he gets on and says that.

2      Q.   Right.  And there is no prior context, there

3  is no interaction between the two of them that

4  precipitates these comments?

5      A.   I don't know.  There could have been, but it

6  wasn't told to me.  They could have spoken previously in

7  the hallway, in the street at the pool, I don't know.

8  It wasn't discussed with me.

9      Q.   So in terms of what Ms. Luchey told you about

10 what happened, you have no information about any prior

11 contact or any prior ill will between Mr. Wolf and

12 Ms. Luchey?

13     A.   That is correct.

14     Q.   And you would agree that if this incident took

15 place on February 10th, it was only a week and a half or

16 two weeks into your tenant's tenancy, correct?

17     A.   Correct.

18     Q.   Do you know how Mr. Wolf would know who

19 Ms. Luchey is?

20     A.   No, I don't.

21     Q.   So you would agree that Mr. Wolf did not

22 interview Mr. Wilcox and Ms. Luchey when they were

23 moving in or premoving into the unit, correct?

24     A.   Not to my knowledge.  I don't know if he

25 discussed that with Mr. Rosati.  I don't know what

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 141

1  Mr. Rosati knew.  I know that it was a telephone call.

2  It wasn't a Facetime and it wasn't on Zoom and it wasn't

3  in person.  So that interaction could have been the

4  first time anybody resided --

5       **Q.   But you would agree that Mr. Wolf had no --**

6  **strike that.**

7            **You would agree that there would be no reason**

8  **for Mr. Wolf to know who Ms. Luchey was in relation to**

9  **Mr. Wilcox at that time on February 10, correct?**

10      A.   I don't know.  I can't put myself into his

11  mind.  I don't know what Mr. Wolf knew.  I don't have

12  any idea.

13      **Q.   And just to be clear, you were not involved in**

14  **terms of hearing, seeing, observing any of the comments**

15  **that Mr. Wolf allegedly said or directed to Ms. Luchey,**

16  **correct?**

17      A.   Correct.

18      **Q.   And you are not aware of any recording video**

19  **with sound or any transcription of anything that**

20  **Mr. Wolf allegedly said to Ms. Luchey, correct?**

21      A.   Correct.

22      **Q.   Do you know if there were any witnesses,**

23  **eyewitnesses, or any other residents within earshot of**

24  **Ms. Luchey and Mr. Wolf on the February 10th incident?**

25      A.   I don't know.

Page 142

1      Q.    After Ms. Luchey -- strike that.

2            When did Ms. Luchey and Mr. Wilcox tell you

3 about the elevator incident?

4      A.    As I said earlier to the other gentleman,

5 Mr. Israel, I don't exactly remember.  I do tend to take

6 notes when people talk to me because I can't remember

7 anything.  I don't know exactly.  I don't remember

8 exactly when I was told.  I can't imagine it was too

9 much later.

10     Q.    And it's your testimony that the preceding or

11 the next weekend happened to be the incident with the

12 vomit a few days later, correct?

13     A.    The allegations of the vomiting were shortly

14 thereafter, yes.

15     Q.    Do you recall speaking to Ms. Luchey and

16 Mr. Wilcox after the vomiting incident and then the

17 story about the elevator was relayed, or were both

18 stories made separately during different conversations

19 with Mr. Wilcox and Ms. Luchey?

20     A.    That is a good question.  I have the sense

21 that they were not the same conversation.  I think that

22 the elevator incident and the call preceded the vomit

23 accusation call.

24     Q.    Did you ever have any discussion with

25 Ms. McFadden regarding the elevator incident allegedly

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 143

1  **between Ms. Luchey and Mr. Wolf?**

2      A.   I think I did.

3      **Q.   What did she tell you?  What did you tell her?**

4      A.   Wasn't she the one that said that he doesn't

5  have a mean bone in his body?  I am sure I talked to her

6  about it.  I just don't remember when or in what

7  context.  Was it an e-mail?  Was it a phone call?  I am

8  sure that I discussed with her.

9      **Q.   Do you believe that Mr. Wolf was carrying out**

10  **Association business on February 10th during the meeting**

11  **in the elevator with Ms. Luchey?**

12      A.   He may have thought he was, but I don't know

13  that he was.  He may have thought it was up to him to

14  throw down the gauntlet and let it be known that people

15  in the building don't appreciate her living there.

16      **Q.   But you don't have any specific knowledge that**

17  **the board had given Mr. Wolf any sort of direction to**

18  **make these comments to Ms. Luchey, correct?**

19      A.   I was not privy to any conversation between

20  Mr. Wolf and Mr. Lawson.  Ms. Andraos?  Who else was on

21  the board at that time.  Mr. Wolf, Mr. Lawson,

22  Ms. Andraos, Laurie Marchel.  There was a fifth member

23  of the board.  I don't know what discussion took place

24  among them.  It's entirely possible they may have had a

25  little chat and decided they were going to make my life

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 144

1  miserable.  I don't know, I really don't know.

2       Q.   It's possible that they did not unless --

3            (Cross talk.)

4       A.   Yes.

5       Q.   -- between people in an elevator that happens

6  every day in America, correct?

7       A.   God, I hope not.

8            Are you suggesting that that word is used

9  every day in an elevator?

10      Q.   Yes, I am suggesting that it happens

11 frequently.  Whether that word is used or not, we know

12 that people have disagreements among themselves every

13 day in this crime ridden country.

14           You would agree with that, correct?

15      A.   I agree that there are things like that, but

16 that is completely --

17      Q.   And you would agree that everybody has a

18 subjective belief of what occurs and what doesn't occur

19 in spaces, and if it's not recorded, then it's a he

20 said, he said, or a she said, she said, for a lot of

21 these incidents, correct?

22           MR. LUBLINER:  I object to form.

23      A.   I tend to look at this globally, and when all

24 kinds of things are said over and over that I know to be

25 untrue, after a while I start to believe that there is a

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 145

1  pattern here.

2          Do I know what was said?  I don't know what

3  was said in the elevator, no.

4      Q.   And you don't know whether anything was

5  discussed with the board prior to Mr. Wolf allegedly

6  stating anything to Ms. Luchey on the elevator on

7  February 10th, correct?

8      A.   No, I don't know that.

9      Q.   And did you speak to Mr. Wolf after you heard

10  about this incident?  Did you call up Mr. Wolf --

11      A.   No.

12      Q.   -- and ask him what happened?

13      A.   No, I didn't.

14      Q.   Why not?

15      A.   Because I didn't think he would admit it.  Oh,

16  Mr. Wolf, did you call her the nasty word in the

17  elevator?  Oh, yes, sure, I did, and I am proud it of.

18          No, I didn't think there would be anything to

19  gain from having a conversation with him except that he

20  would get very upset and he would deny it.

21      Q.   Why would you -- strike that.

22          Is there any reason that a person who is 82

23  years old still running a business, a real estate

24  business in the Philadelphia area, would have any reason

25  to say anything of this nature unprovoked in a small

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 146

1  space in a condominium in Florida?

2          MR. LUBLINER:  I object to form.

3      A.   He could be extremely annoyed that you can't

4  discriminate based on race, and he is being told that as

5  a realtor in Philadelphia every single day that you have

6  to show to everyone.  He has to.  Like it or not, there

7  are federal laws that prohibit you from picking and

8  choosing who lives in a white neighborhood.  I know

9  plenty of realtors in Long Island --

10     Q.   Are you contending that Mr. Wolf is a realtor

11 or in the real estate business?

12     A.   Okay, he is in the real estate business.  So

13 plenty of people in the real estate business are upset

14 that they can't pick and choose who their neighbors are.

15     Q.   Move to strike.

16          Do you have any evidence that Mr. Wolf had

17 done anything in his 60-plus year career that would

18 indicate that he has got a racial animus or that he is a

19 racist?

20     A.   I don't know.  I don't know that he is a

21 racist.  If he said that, then I think that he is a

22 racist, but I don't know his history.

23     Q.   Do you have any facts or information in your

24 possession today that indicate that Mr. Wolf has done

25 anything in his life, the 82 years up to now, that has

Page 147

1  been racist or racially motivated or ethnically driven

2  in a negative way?

3          MR. LUBLINER:   I object to form.

4      A.   I didn't research him.  But if he researched

5  me, he would learn that I don't make up these things.

6      Q.   Do you have any information in your

7  possession, custody or control indicating that

8  Laurie Marchel is a racist?

9      A.   No.

10     Q.   Do you have any information, facts, evidence,

11  in your possession that John Lawson is a racist?

12     A.   No.

13     Q.   Do you have any information, evidence or data

14  that suggest that Nora Andraos(phonetic), the former

15  Egyptian board member, is a racist?

16     A.   No.

17     Q.   Do you have any information in your

18  possession, evidence, documentary, historical evidence

19  that Robert Rosati is a racist?

20     A.   No, I do not.

21     Q.   To your knowledge, has La Pensee ever had any

22  African-American or any other minorities living in the

23  building, whether that be a tenant or that be a unit

24  owner?

25     A.   I don't know.  I don't know the history of the

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 148

1   building.  My guess is no based on this.  But I don't

2   know of anyone of mixed race or other race other than

3   Caucasian has lived there.  I know Nora that you just

4   mentioned is Egyptian, and I think there was a lady of

5   Latin heritage was there living at one time.

6       Q.   Other than Ms. Luchey's allegations against

7   Mr. Wolf, is there anything in this case that you are

8   aware of where any other board member or Mr. Wolf said

9   anything from a racially motivated negative standpoint

10  to Mr. Wilcox or Ms. Luchey?

11      A.   No.  I know that it's racial motivation, and

12  that is the only motivation, no.

13      Q.   Okay.  What would be the other motivation?

14      A.   To get them out of there.  To get me to sell.

15      Q.   Okay.  Prior to JoAnn Burnett being retained

16  by the association, did you have any communications with

17  the Association's prior general counsel?

18      A.   No.  I don't know even know who it was.

19           Do you mean before you?

20      Q.   I am talking about general counsel that deals

21  with day-to-day operations of the Association.

22      A.   I have no idea who that is.  Who is that?  I

23  don't know.

24      Q.   For the question before it was Becker &

25  Poliakoff.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 149

1           Did you have any communications with any law

2  firm or lawyer for the Association that was handling the

3  general counsel?

4      A.   No.

5      Q.   Is it your understanding or your contention,

6  Ms. Manzo, that February, on the Valentine's day

7  weekend, that the vomit incident was racially motivated

8  by the association?

9      A.   It could have been motivated by racial animas

10 or it could have been motivated by the desire to get

11 them and me out of the building so they could buy my

12 unit.  So Laurie Marchel and her partner, or husband, or

13 whatever he is, could buy my unit and eventually own the

14 whole floor.

15     Q.   And I have heard that you testified to that

16 during Mr. Israel's examination.

17          I have a few follow-ups to that which is if

18 Ms. Marchel was so interested in your Unit 303, did she

19 make any offer on the unit when it was owned by

20 Ms. Radone from Amagansett, New York?

21     A.   I have no idea if she made any offers.

22     Q.   So were there any competing bids when you

23 purchased the unit in 2018 from the Marchel, Rayhall

24 camp?

25     A.   As I understand it, realtors are not allowed

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 150

1  to tell you what else is on the table.  I have often

2  tried to find out, and they always hold it very close to

3  the vest.

4      Q.   Okay.  Since you have owned the unit in 2018,

5  has Ms. Marchel or Mr. Rayhall made any offers on Unit

6  303 while you were renting it out to the two prior sets

7  of tenants?

8      A.   It was never for rent, so they didn't call me

9  up out the blue and say, hey, we want to buy your unit.

10 And I couldn't sell it anyway, because it would have

11 been subject to fees, you know, with the tenant in

12 possession.

13     Q.   So how do you know -- strike that.

14          How do you arrive at the conclusion that

15 Ms. Marchel wanted to buy unit 303 and that is why she

16 wanted Mr. Wilcox and Ms. Luchey to be evicted from the

17 unit?

18     A.   Because of the Ring doorbell video of her

19 saying that they wanted to buy that unit, my unit.

20     Q.   There is a Ring doorbell video with audio?

21     A.   Audio, yes, with audio.

22     Q.   And Ms. Marchel is on the Ring doorbell video

23 with audio saying what to whom?

24     A.   I don't know who she was speaking to, and I

25 don't know her voice, but they were informed that a

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 151

1 female voice, probably hers, said I want to buy that

2 unit.

3      Q.   And, again, no one has made an offer on your

4 unit since you purchased it in 2018, correct?

5      A.   No.  Correct.

6      Q.   And even if Mr. Wilcox and Ms. Luchey were

7 evicted by a Palm Beach County circuit judge, does that

8 mean that you would sell the unit to Mr. Rayhall and

9 Ms. Marchel?

10      A.   What do you think?

11      Q.   I am just asking you the question.

12      A.   I don't know how to answer that.

13      Q.   How are the two things tied together?

14           In other words, even if Mr. Wilcox and

15 Ms. Luchey weren't in Unit 303, there would be nothing

16 forcing you to sell the unit to Ms. Marchel, correct?

17      A.   No.  She would have to beat the better price

18 offer, and not forcing me to sell to her.  I thought

19 that you were asking if I could tell to her if they

20 moved out tomorrow.

21      Q.   No, I am asking you if -- regardless of

22 whether they lived there or not, if Ms. Luchey or

23 Mr. Wilcox, whether the fact that they lived there had

24 anything to do with you selling the unit to Ms. Marchel

25 or not?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 152

1      A.   I am not really following you.

2      Q.   **Let me put some context to this.  Let me make**

3  **this crystal-clear.**

4           **You had testified to Mr. Israel that your**

5  **understanding was that Ms. Marchel wanted to buy Unit**

6  **303 and that because of that underlying want or desire,**

7  **that Mr. Wilcox and Ms. Luchey had to go from the unit**

8  **because she couldn't purchase the unit from you with**

9  **tenants in it, correct?**

10     A.   Or didn't want to.  She could have.  A person

11 can, as you well know, purchase with a tenant where the

12 tenancy doesn't terminate.  So had she purchased it, she

13 would have to be subject to the extension of the

14 tenancy.

15     Q.   **Right.  So my point was that it didn't matter**

16 **whether Mr. Wilcox or Ms. Luchey are tenants in your**

17 **unit.  If Ms. Marchel wanted to make an offer to buy**

18 **your unit, she could just make an offer, an unsolicited**

19 **offer, and you would either consider it or not consider**

20 **it, correct?**

21     A.   Right.  That is correct.

22     Q.   **So it has nothing to do with the Association**

23 **forcing you to evict Mr. Wilcox and Ms. Luchey?**

24     A.   It would have given the two of them an

25 apartment and it would have given me the motive to get

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 153

1  out of all of this.

2      Q.   Ms. Manzo, have you had any discussions with

3  Donna Childrey since she has become the property

4  manager?

5      A.   I have.

6      Q.   Okay.  Was it anything about this case or

7  about other matters?

8      A.   About payments, what is due, when it's due,

9  that sort of thing.

10     Q.   And I believe that you testified that

11  Mr. Wilcox is paying you on a month-to-month basis

12  $4,000 for the 2022 time frame, correct?

13     A.   Correct.

14     Q.   And his last payment is due in December of

15  2022, correct?

16     A.   Correct.

17     Q.   Does Mr. Wilcox have any deadline to let you

18  know whether he intends on releasing or renewing the

19  leasehold in Unit 303?

20     A.   I think we have had conversations when I have

21  asked him to let us know within three months so that we

22  can relist it.

23     Q.   You will know within 90 days of the end --

24     A.   Of the end.

25     Q.   -- of the termination of the lease?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 154

1          So you will know by October or November,

2 correct?

3     A.   I hope so, yes.

4     Q.   I know that you indicated that you have never

5 spoken to Mr. Wolf about the February 10th incident with

6 Ms. Luchey.

7          Have you ever spoken to Mr. Wolf about

8 anything other than potential small talk at Zoom board

9 meetings since he has become a board member?

10    A.   We had e-mail correspondence regarding his

11 request for the lease and my reply to that.

12    Q.   And that occurred in July of 2021?

13    A.   Yes.

14    Q.   How about Mr. Rosati?  Were there any

15 individual conversations with Mr. Rosati about any of

16 the issues in this lawsuit?

17    A.   No.

18    Q.   And I know that you spoke to Mr. Rayhall once.

19         How about Ms. Marchel, did you have any

20 conversations with Ms. Marchel?

21    A.   No.

22    Q.   With Ms. Andraos?

23    A.   No.

24    Q.   How about any of the new board members, Ben

25 Ripstein?

Page 155

1      A.    No.

2      Q.    Mr. Goldring?

3      A.    No.

4      Q.    During Mr. Israel's testimony or examination,

5  you had indicated that the board or the Association

6  should have held hearings or provided you with some sort

7  of evidence that Mr. Wilcox was being a nuisance in the

8  community such that you could specially decide whether

9  to move to evict or not.

10         What were you proposing the Association do,

11 run evidentiary hearings in the lobby?   I am trying to

12 figure out what you wanted them to do.

13     A.    Well, attempt to fine him and follow the

14 process.  The rules said that they would send a warning

15 letter, then they would give him an opportunity to be

16 heard, and he wanted to be heard.

17         He always said to me, you know, it's like a

18 plastic bottle.  I say this, they say that.  So when do

19 I get to be heard?  So I said to Mary, see if you can

20 have a hearing so that the man can have his say in what

21 we call the court.

22     Q.    Even after he was heard and if you believed

23 that the Association was going to render its decision no

24 matter what, would he have abided by any decision the

25 Association made after that kangaroo type of setting?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 156

1            MR. LUBLINER:  I object to form.

2        A.   I don't know.  But both sides would have had

3    an opportunity to be heard instead of Mary just picking

4    up the phone and telling me things.

5            Nobody from the board ever called.  Once there

6    was a conversation between John Lawson and my property

7    manager.  But I only ever heard anything and everything

8    from Mary, and they never had a hearing.  They never set

9    up a fine.  I would have had to have a lease violation,

10   and there were two laws that say that you can't evict

11   anybody, no matter what they do.  If they have paid you

12   for years, you can't evict them.

13       **Q.   You testified during Mr. Israel's examination**

14   **that you believed that Florida had a moratorium on**

15   **evictions.**

16           **Are you a landlord/tenant attorney in Florida?**

17       A.   I am not.  I looked it up.  I Googled it.

18       **Q.   And you believe that in 2021, in the summer of**

19   **2021, Mr. Wilcox and Ms. Luchey could not have been**

20   **evicted because there was a moratorium by Governor**

21   **Desantis; is that what you are saying?**

22       A.   No, what I am saying is that there was a

23   federal restriction that expired on the 26th of August,

24   and then there was a concurring separate Florida

25   regulation saying that you can't evict which expired on

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 157

1  the 12th of --

2      Q.   And your understanding is that those

3  moratoriums, both federal and state, existed even in a

4  nuisance situation where the board was making or the

5  Association was making a claim that the tenant was being

6  destructive?

7      A.   They never proved to me that he was being

8  destructive.  That is what I was asking for, proof of

9  it.  But I don't know if there is an exception for

10 people that are being, quote\unquote, a nuisance.  You

11 may know that.  I don't know that.

12         All I know is that there was a moratorium, and

13 if the moratorium extends to people who are not paying

14 you, then I don't know why it would be different for

15 people who are nuisances, if he had committed a crime,

16 that there would be an exception.  If he was.  But he

17 was never accused of a crime, ever.  With all of the

18 times that the police were called, nobody was ever

19 accused of a crime.  He wasn't.  She wasn't.

20     Q.   And I know that you gave testimony to

21 Mr. Israel in response to one of his questions that you

22 couldn't believe what one person says, meaning Mary

23 McFadden, but you did believe what Mr. Wilcox and

24 Ms. Luchey said even though, you only knew them for

25 several weeks and were doing an at arms length

Page 158

1  transaction with them.

2          With you being the landlord and they being the
3  tenants, how did you arrive at believing their stories
4  versus believing what Mary was telling you through her
5  gathering of information from other unit owners and
6  board members?

7      A.   They had never lied to me.  I vetted them.
8  They hadn't lied to me.  The past two tenants didn't lie
9  to me.  So I operate from the assumption that they are
10 telling me the truth.  Other people had motives to throw
11 them out -- maybe others.

12     Q.   Who had a motive besides --

13     A.   Well, the people across the hall had motive
14 because they wanted them out and me out.  They wanted to
15 own my unit and the rest of them.  Whoever it was didn't
16 like them, and just didn't like the idea that she was
17 living there with him, with my tenant.

18     Q.   And other than the elevator incident, how do
19 you determine that the board, as a body politic, five
20 members wanted Mr. Wilcox and Ms. Luchey out because
21 Mr. Wilcox is white and Ms. Luchey is African-American?
22 What information or data or evidence do you have of
23 that?

24     A.   I have heard Mary saying that we are actually
25 trying to get them out.  We are actively trying to get

Page 159

1  them out.  So it wasn't like I made it up.

2       Q.   Right.  But she was saying that in the context

3  of Mr. Wilcox harassing attacking Mr. Wolf, an

4  82-year-old man, and Mr. Lawson, a septuagenarian,

5  correct?

6            MR. LUBLINER:  I object to form.

7       A.   As for your characterization --

8       Q.   Did you ever review evidence from a unit owner

9  in another building who witnessed the Lawson incident

10 with Mr. Wilcox?  Have you ever read that testimony?

11      A.   Testimony by whom?

12      Q.   By a neighbor in an adjoining building that

13 saw Mr. Wilcox and Ms. Lawson having this discussion

14 when it was very intimidating for Mr. Lawson.

15      A.   I think Mary may have conveyed that, but I

16 don't know it to be true.  Again, nothing is being

17 cross-examined here, so who knows.

18      Q.   You are saying that, basically, the

19 Association engaged in a conspiracy to make things up to

20 get Mr. Wilcox and Ms. Luchey out of the building

21 because somebody or someone in the building was upset

22 that we had a couple that consisted of one Caucasian of

23 European descent and one African-American woman,

24 correct?

25      A.   I don't know that it was collusion.  It could

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 160

1  have been.  But then they accused me of colluding.

2      Q.   So it was collusion with the neighbor to make

3  up the story and for Mr. Davis to make up the stories of

4  what they witnessed, right?

5      A.   No, not with Mr. Davis.  I never said

6  Mr. Davis.  I think that Mr. Davis is just the guy that

7  runs the building.  He wasn't colluding I don't think.

8  He wasn't part of any orchestration to get them out.

9      Q.   Right.  And Mr. Israel was looking for any

10  e-mail wherein Mr. Davis testified that he saw

11  Mr. Wilcox and Mr. Wolf where Mr. Wolf was being

12  intimidated and yelled at and screamed at, and it looked

13  like a very intimidating situation, correct?

14          MR. LUBLINER:  I object to form.

15      A.   I heard that.  I did hear that.

16      Q.   And so what I am asking you is is Mr. Davis

17  making this up to --

18      A.   I don't know.  Was he cross-examined or was it

19  just simply testimony?  You are saying that I just

20  believe one side.  Well, you are just believing one

21  side.

22      Q.   Right, but you had --

23      A.   It's cross-examination.  I don't know.

24      Q.   You would admit that all of the evidence that

25  you have gathered in this case -- if you are a

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 161

1  prosecutor, put yourself a county DA's hat on in the

2  Peter Fox Cohalan building.  Put that hat back on.  And

3  all of the evidence that you have is from a cheerleading

4  section of Ms. Dunn, Mr. Halvatzis, Mr. Wilcox, Ms.

5  Luchey and that is it, correct?

6           MR. LUBLINER:  I object to form.

7       A.   And you can say the same for the board and

8  JoAnn Burnet and everybody else.  All they have is their

9  cheerleading section.

10      Q.   But Ms. Burnett was a hired attorney to make

11 an independent evaluation of what rights the board may

12 or may not have had, so ...

13      A.   So she couldn't see that Page 2 was phony and

14 that it had handwriting on it that wasn't mine and that

15 it was stuck in there?  She couldn't figure that out?

16      Q.   What I am getting at is that your whole

17 reliance about what happened and the facts of this

18 relies on one group of folks that have one jaundiced

19 view of what happened.  And you didn't speak to the

20 other side, which you may have gotten some information

21 from besides Mary McFadden to hear what the Association

22 or what some of the board members or former board

23 members witnessed or saw or experienced.

24           MR. LUBLINER:  I object to form.

25      A.   I asked for it.  I asked Mary for it time and

United Reporting, Inc.
(954) 525-2221

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 162

1  again.  I had been instructed from day one that my

2  connection was with Mary.  When you need something, you

3  talk to Mary.  So that is what I did.  I wrote letters.

4  I sent e-mails.  I made phone calls.  I said, Mary, you

5  have got to give me some evidence.  You have to give me

6  more than you yelling at me or telling me he is out of

7  control.  I need something, hard evidence.  I asked her

8  over and over and over.

9       Q.   You testified during Mr. Israel's examination

10 that Lew Halvatzis had some nails in his tires.

11           How many tires did he have that allegedly

12 nails were hammered into them?

13      A.   I don't know.

14      Q.   What kind of car does Mr. Halvatzis drive?

15      A.   I think it's a nice car.  I can't remember.

16 It's an expensive car.

17      Q.   So he drives an expensive car like a Mercedes

18 Benz, correct?

19      A.   Maybe even more expensive than that.

20      Q.   And your testimony is that his tires were

21 intentionally tampered with by nailing nails into them

22 by somebody who lives in the billing?

23      A.   Presumably.  I don't know who did it.

24      Q.   Who did he presume had put the nails in his

25 tires?

Page 163

1    A.    People who don't like him because he is

2  friendly with my tenants.

3    **Q.    Who might that be?  Do you have any names?**

4    A.    He never -- I don't think he told me any

5  names.

6    **Q.    Has he reported this to the police?**

7    A.    I hope so, I don't know.  But I would always

8  say call the police.

9    **Q.    Was there anyone else involved with the nails**

10 **in tires besides Mr. Halvatzis that you are aware of?**

11   A.    I think Mr. Wilcox and possibly Ms. Dunn.  I

12 am not really sure.

13   **Q.    And how many tires did Mr. --**

14   A.    Call the police.  If there is criminality

15 involved, call the police.  That is my standard SOP,

16 standard operating procedure.

17   **Q.    How many tires did Mr. Wilcox have nails in?**

18   A.    I don't know.

19   **Q.    How about Ms. Dunn, the same thing?**

20   A.    I don't know.

21   **Q.    Has Tom De Marinis spoken to Mr. Halvatzis**

22 **regarding this lawsuit?**

23   A.    I don't know if it was specifically about the

24 lawsuit.

25            COURT REPORTER:  Could you repeat your answer

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 164

1    louder please?

2    A.    He spoke to Mr. Halvatzis about living there.

3  I am not sure if it had anything to do with the lawsuit

4  specifically.

5    Q.    And do you know what Mr. Halvatzis's

6  occupation was prior to his retirement?

7    A.    No.   I may have known, but I forgot.

8    Q.    Was he a fellow lawyer?

9    A.    I don't think so.   I don't know.

10    Q.    You had testified during Mr. Israel's

11  examination about a rule has changed which used to say

12  that you could rent once per year and then it changed

13  from once per year to then once per 365 days, and you

14  said that is a big difference.

15         What is the difference between those two --

16  the language in the two provisions that you are

17  referring to?   If you could rent it once per year or

18  once per 365 days, aren't you in the same position?

19    A.    You would think, but they told us that since

20  we had allowed -- they told us we couldn't have someone

21  move in on December 15th like when Amy moved out and

22  Dyan moved out, because it would have been too close to

23  when they moved out, and it had to wait until

24  January 25th.

25    Q.    Was January 25th the date that Dyan Hayes and

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 165

1 Amy Lipsitz's lease had incepted in 2020?

2      A.   It was in 2020 that they started living there,

3 in February.  So I guess they determined that it had to

4 be January before anybody new could move in.

5      Q.   Right.  And was that --

6           Is it your testimony that the Association

7 changed the rule to somehow come after you about that

8 particular issue?

9      A.   I don't know why they changed the rules.  You

10 are suggesting that it means the same thing, so why

11 change it?  It's the once per 365 days.

12      Q.   Right.  And this is in the declarations of

13 condominium or is it in the rules and regulations?

14      A.   In the rules.  They must have felt that it was

15 a difference or why would they have changed it?

16      Q.   And do you know when the rule was changed or

17 amended?

18      A.   It was changed in July.

19      Q.   Of 2021?

20      A.   Yes.

21      Q.   And this rule hasn't affected the

22 Wilcox/Luchey tenants, correct?

23      A.   In my opinion, no.

24      Q.   Have you ever spoken to Mr. Ripstein?

25      A.   No.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 166

1      Q.   Has Tom De Marinis ever spoken to

2 Mr. Ripstein?

3      A.   I don't believe so.

4      Q.   Bear with me.

5           Do you believe that the Association -- strike

6 that.

7           Is there a reason, Ms. Manzo, that you are not

8 a party to the federal lawsuit regarding the FHA

9 retaliation claim?

10          MR. LUBLINER:  Don't discuss anything that we

11     have discussed about that.  In order to answer that

12     question; if you would have to reveal any

13     privileged information, do not answer it.

14          And, also, objection to the form.

15     Q.   Do you understand the question, Ms. Manzo?

16     A.   Is there a reason --

17     Q.   Let me ask it a different way.

18          Do you believe that you have an FHA claim

19 against the Association arising out of the Wilcox/Luchey

20 leasehold?

21          MR. LUBLINER:  Same instruction, and objection

22     to form.

23     A.   Now what I am I supposed to do?

24     Q.   You can answer --

25          MR. LUBLINER:  To the extent that it does not

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 167

1      reveal any conversations that you and I had, you

2      can answer the question.  I am just objecting to

3      the form of the question as well.  So, in other

4      words, if it would reveal any privileged

5      conversations we had, I am instructing you not to

6      answer.  If it would not, you can answer.

7      A.   I don't know if I believe that, honest to God.

8  I never -- I don't remember even discussing it with my

9  counsel.  And I am not an expert in federal law, so I

10 think that I would have to say that I don't really have

11 an opinion.

12     Q.   And you brought the claim that you have in the

13 state court action; is that correct?

14     A.   Yes.

15     Q.   Against the Association and the individual

16 directors, correct?

17     A.   Yes.

18     Q.   You had testified during your April 2022

19 deposition that there was a dentist and a nine year-old

20 son that you were going to lease to in December of 2020,

21 but the board would not allow you because of the one

22 year rule.

23          Do you recall how long the lease was going to

24 be with the dentist and the nine-year-old son?

25     A.   I think it would have been -- if I am

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 168

1  remembering correctly, it never came to anything, we

2  never drafted anything.  But I believe it was going to

3  be at least a year, if not more, because he was recently

4  divorced and he wanted something attractive for a

5  nine-year-old boy so that he could live in it when he

6  wasn't living with his former wife.  So I think he would

7  have been a keeper.  He would have stayed, you know,

8  year after year.  So we were considering him, but we

9  lost him.

10      Q.   I think I know your answer to this, but I

11  don't know if I have it exactly as you had testified to

12  in my notes.

13           Did you ever ask Mary McFadden prior to the

14  Wilcox/Luchey lease whether the board would approve a

15  two-year term lease?

16      A.   No, I don't think I asked them.

17      Q.   In other words, I know that your opinion now

18  is that you could have a 25-year lease.  And it could be

19  a young Ted Kozinski as the lessee and it doesn't matter

20  whether it was a 2-year, 25-year or a one-year lease.

21  As long as the board received his application and

22  approved him, it wouldn't make a difference, correct?

23           MR. LUBLINER:  I object to form.

24      A.   Well, if it was a 25-year lease and Ted

25  started killing people, that could be -- that could

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 169

1  violate my lease.  See, then I could throw him out.

2          But, no, I never asked Mary if a two-year

3  lease was okay.  But Mr. Wilcox moved in, and it was a

4  two-year lease.  I was of the impression she had the

5  complete lease, and so that would have been the

6  opportunity for her to say, hey, Valerie, what is this?

7  It went through her.  Oh, look at that.  And that was

8  never said to me, ever.

9          And with the dentist, we had attempted to go

10 to contract, and he had indicated like, hey, I am going

11 be here renting forever with this kid and he is going to

12 love it and blah, blah, I want a two-year lease.

13         I know for a fact I signed an employment

14 contract with Ed that said at least a year.  I want a

15 year.  And probably every single one of my contracts

16 said the same thing.  That was my sales agreement

17 relationship with Mr. Lepselter.

18    Q.   In your prior testimony, you referenced a

19 person by the name of Nick Magnowski(phonetic).

20         Could you tell us who he is?

21    A.   He is a friend of mine.  He a partner of a

22 very old friend of mine, and they lived -- they winter

23 in Boynton I think.

24    Q.   Okay.  Did he give you any advice on the lease

25 or the lease term or the lease language?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 170

```
 1      A.    No.   He just put me in touch with Ed, who was
 2 a personal friend with Elly Lepselter, who worked
 3 together.  It was husband and wife, and we all toured
 4 the apartment together, Nick, his partner, Barbara and
 5 Alison had brought us in -- not Alison, I misspoke.
 6 Robyn Lawson and Ed Lepselter.
 7      Q.    Okay.  You had testified that Ms. McFadden
 8 informed you that the Association's attorney had vetted
 9 the issue of Zeus the service animal.
10           Do you recall who?  Did she give you a name of
11 an attorney that vetted the application?
12      A.    She did not.
13      Q.    And I had asked you did you know in January
14 of '21 who the Association's general counsel was.
15      A.    No, I did not.
16      Q.    When did you receive the prepaid rent from
17 Mr. Wilcox in relation to Mr. Wilcox and Ms. Luchey
18 moving into Unit 303?
19      A.    Mr. Lepselter took it from them I believe on
20 the 24th or the 25th, and it was a bank check.  So I
21 could see that he had the bank check to me.
22      Q.    So on January 24th or the 25th --
23      A.    Yes.  So I knew it would clear, and I
24 authorized Mr. Lepselter to give them the keys and for
25 Mary to advise Todd to let them in.
```

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 171

1        Q.   At that point in time --

2             COURT REPORTER:  Excuse me, Mr. Marchese, you

3        just stated in your question a date.  I did not

4        hear it.

5        Q.   January 24th or 25th, 2021.

6             Ms. Manzo, did Mr. Wilcox pay a first and last

7    or how did it work with the security deposit for your

8    unit?

9        A.   He paid -- because of the full year up-front,

10   the first year, he paid $3,900 instead of $4,000 per

11   month.  So he paid for 12 months, $3,900 per month, and

12   then he gave -- me I think the entire check was $50,700,

13   which reflected one month of $3,900, the equivalent of

14   one month's rent for security.  Then I privately paid

15   the two realtors.

16       Q.   So you are still holding a security deposit

17   for Unit 303?

18       A.   Yes, I am.

19       Q.   But you don't have any payment for the 24th

20   month yet, correct?

21       A.   No, I didn't ask for first and last, no.  I

22   was wondering if that is customary.  Anyway, I didn't

23   ask for that.

24       Q.   Bear with me.  I am flipping through my notes.

25       A.   Okay.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 172

1      Q.   Other than the e-mail exchange with Mr. Wolf
2  in July of 2021, had you had any other e-mail
3  communications with Mr. Wolf?

4      A.   I don't think so; I think it was just him.

5      Q.   And other than the e-mails we have spoken
6  about with Ms. Burnett, have you had any direct e-mail
7  communications with board members since July of 2021?

8      A.   No, I don't think so.

9      Q.   As we had mentioned in the first part of your
10 deposition in April, what would you have considered to
11 have been a violation of a lease which would have
12 warranted you to exercise the right either in a letter
13 or in litigation if you had to bring that lawsuit
14 against Mr. Wilcox and Ms. Luchey?

15     A.   It would have had to have been something that
16 was them not abiding by the lease terms.

17     Q.   Like what?  Nonpayment is one, right?

18     A.   Well, nonpayment is one.

19     Q.   Destruction of the interior of the lease,
20 would that be the second grounds?

21     A.   Yes.

22     Q.   How about any other destructive behavior at
23 the Association?

24     A.   It would have been to be committing a crime,
25 criminal activity.  If he was selling drugs out of the

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 173

1   apartment or running a business that was unlawful, then

2   I could have brought action.

3       Q.   Okay.   Those are some possible possibilities

4   that would constitute a breach of the lease?

5       A.   Correct.

6       Q.   Let me just pull up the complaint.  I have a

7   couple of questions about the complaint.  Ms. Manzo, I

8   am going to ask you a couple of questions about what

9   Mr. Israel marked as Exhibit 5, which is the federal

10  complaint.  You don't have to look at that screen until

11  I get it up there.  I know that you are going to get

12  dizzy.

13      A.   Okay.

14      Q.   In Paragraph 22 it references La Pensee 303,

15  LLC, and I know that we have been discussing it all day;

16  is that LLC a New York limited liability company?

17      A.   Yes, it is.

18      Q.   And are you the only managing member of that

19  company?

20      A.   I am the only member, yes.

21      Q.   So you are the only member.

22           Is Tom listed as a manager?

23      A.   I don't know if I listed him as a manager.  I

24  do put him in my leases as the property manager, and I

25  make it clear to my tenants that they should deal with

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 174

1  him regarding anything to do with -- the lease I think

2  had everything in it, so it's always mentioned in the

3  leases.  I don't know that I put it into the LLC.

4      **Q.   Was there anything about Ms. Luchey's credit**

5  **worthiness as the reason being why she was not included**

6  **as a signator to the lease?**

7      A.   No, that is not -- she wasn't, as far as I

8  know.  I was never told that that is why she didn't

9  sign.  It wasn't me saying don't sign.  I had a line for

10  her to sign.  She or he or they elected for her not to

11  sign.

12      **Q.   Bear with me.**

13          **In Paragraph 39, this is where I got it from.**

14  **Ms. Manzo, in the second full sentence it says McFadden**

15  **called Manzo and advised her that the Association**

16  **performed a background check on David and Megan and that**

17  **there was a potential issue with respect to Megan's**

18  **credit.**

19          **Does that refresh your recollection as to**

20  **Ms. McFadden calling you about Ms. Luchey's background?**

21      A.   Yes, I knew.  Yes, Mary had called me and said

22  we did a credit check.

23      **Q.   And in Paragraph 40, is it correct that you**

24  **advised McFadden that you are not concerned because the**

25  **recipient was going to be paid up-front and you didn't**

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 175

1  care about Ms. Luchey's credit, correct?

2       A.    Correct, because the recipient for the first

3  year of the lease term was going to be paid up-front

4  prior to, that is correct.  That is a correct statement.

5  And that is what I told Mary.

6       Q.    **Prior to Ms. Luchey and Mr. Wilcox informing**

7  **you of the second emotional support animal, Nyx, when**

8  **did they first inform you of the need for the second**

9  **ESA?**

10      A.    I don't remember when they told me.

11      Q.    **Had they already informed the Association?**

12      A.    Yes, I think so.  I think they knew, yes.

13      Q.    **And you believe that was in the fall of 2021?**

14      A.    I don't know when.  I don't know when they

15  told the Association.  Even with Zeus, I did not get

16  involved in it.  All I got was the phone call from Mary

17  saying Zeus is okay, he checked out.

18      Q.    **In Paragraph 46, Ms. Manzo, it talks about the**

19  **interview that Ms. Luchey and Mr. Wilcox had with**

20  **Mr. Rosati prior to moving in.**

21            **Do you have any understanding of what takes**

22  **place during the interview in terms of any substance**

23  **regarding the lease?  Do you know what was supposed to**

24  **occur and what actually did occur?**

25      A.    No, I don't know what is supposed to occur.  I

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 176

1  would imagine that they have some sort of a checklist of

2  things to discuss.  All I know is what happened when I

3  was interviewed.  It was very informal and casual.  We

4  did talk about the rules a little bit and our

5  backgrounds.  He asked me where we lived, what we did

6  and whether we were working.  Sort of general inquiries

7  about who is going to be living with them.  And I would

8  imagine that conversation was the same, but I have no

9  idea what Mr. Rosati said other than going over the

10 rules.  I may have been told, but I don't remember.

11 Nothing stands out.

12      **Q.   Right.  And at the time that you purchased**

13 **Unit 303, did you have a pet or a dog?**

14      A.   Yes, in fact we did.

15      **Q.   Was that discussed and was there any sort of**

16 **weight limitation that was discussed during that**

17 **interview?**

18      A.   You know, I don't remember, but I knew that my

19 dog was more than the limit that was permitted then,

20 which is one of the reasons aside from the 1031 that we

21 couldn't move right in.  I either would have had to have

22 her trained as a service animal or an emotional support

23 animal or gotten rid of her or whatever, so I hadn't

24 figured all of that out.  So we weren't moving in right

25 away.  But the intention was to live there eventually,

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 177

1  which we told Mr. Rosati.

2       **Q.   What was the pound limit at that point?**

3       A.   20 pounds.

4       **Q.   So with respect to Paragraphs 54 and 55, I**

5  **know that Mr. Israel touched on Ms. Dunn's commentary**

6  **that is articulated in Paragraph 55.**

7            **Do you know Ms. Dunn's writing and do you know**

8  **whether she would ever use the word ain't in a sentence?**

9       A.   I don't know.  I have never spoken verbally --

10  I have never spoken with her over the phone.  I never

11  met her.  I don't know what she looks like.  I don't

12  know how she speaks.  She could have said it kidding

13  around.  I mean, I occasionally use the word ain't, not

14  in court.  I don't know if she would have said that

15  word.  I don't know.

16       **Q.   Do you know how --**

17            **Do you have any individual knowledge that**

18  **Ms. Dunn made these comments to her mother when she saw**

19  **Ms. Luchey and Mr. Wilcox moving in?**

20       A.   I believe she repeated them to Mr. Wilcox and

21  Ms. Luchey by way of saying oh, I knew something was

22  going to happen the minute that I laid eyes on them.  I

23  think it was her telling her mother and then later

24  telling them.  That is what I surmise based on what I

25  have been told.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 178

1     Q.   You didn't witness any of these comments?

2     A.   No, no, I didn't witness any comments.

3     Q.   And in the last sentence of that paragraph, it

4  talks about harassing a lesbian couple.

5          Was that Ms. Hayes and Ms. Lipsitz?

6     A.   That is correct.  Reading this is refreshing

7  my memory.  I believe that.

8     Q.   So Ms. Dunn had known Ms. Hayes and

9  Ms. Lipsitz?

10     A.   Yes, and I believe it was she who probably

11  informed Mr. Wilcox and Ms. Luchey that nasty things

12  were said.  I don't know what.  The prior couple that --

13  I am telling you, I didn't even realize it.  I never met

14  them.  I didn't know they were a lesbian couple.  They

15  were two women, big deal.  I didn't know.

16     Q.   And at this point in time, no one is aware of

17  what person from the Association allegedly was informed

18  of this other than John Lawson who was named regarding

19  your prior tenants?

20     A.   Liza Dunn knows.

21     Q.   How long has Ms. Dunn lived in the building?

22     A.   I don't know.  I really don't know her.

23     Q.   Did she purchase before you got there?

24     A.   Yes, I believe so.

25     Q.   I am scrolling through to see what we haven't

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 179

1  discussed.

2         During the February 24th police report issue

3  which starts on Page 75, were you ever called by any of

4  the Florida law enforcement officials when they were

5  taking down this report?

6      A.   No, nope.

7      Q.   So you have never spoken to Deputy David Hall,

8  have you?

9      A.   I didn't, no.

10      Q.   Do you know whether the dogs that the Marchels

11  had were service animals or emotional support animals?

12  Are you aware that that could be possible?

13      A.   It could be possible.  I don't know what the

14  status of the animals are.  I know that one of them is

15  over 20 pounds, so I would like to think it's an

16  emotional support animal or a service animal, because

17  otherwise it violates the 20-pound rule.

18      Q.   Prior to you retaining Mr. Lubliner in July of

19  2021, have you had any direct conversations with

20  Ms. Burnett, the Florida lawyer?

21      A.   I can't remember if I had a phone call with

22  her, but I had received e-mail and mail.  And I told her

23  that I was attempting an investigation with counsel,

24  meaning my associate, and I think I may have said that

25  to her, but then I am not sure if I said that to her.

1     Q.   In July of 2021, I believe that you testified

2 you retained Mr. Lubliner; is that correct?

3     A.   Yes.

4     Q.   And you signed a retainer with Mr. Lubliner at

5 that point in time?

6     A.   I did.

7     Q.   And since then, you have had no communications

8 with the Association's counsel, Ms. Burnett, until the

9 lawsuits were filed?

10    A.   Well, correct.  Except there was that one

11 letter where she wrote to both of us.  I don't know

12 exactly what day I signed with Mr. Lubliner, but it was

13 right around the same time with an e-mail.

14    Q.   Ms. Manzo, I presume that you were not a

15 witness to any of the allegations regarding a Marchel's

16 dog incident with Zeus?

17    A.   I was not a witness.

18    Q.   And you were not in the office when the video

19 was played and Ms. McFadden was speaking to Mr. Davis in

20 the office, correct?

21    A.   Correct.

22    Q.   Are you familiar with a gentleman by the name

23 of Mark McFadden?

24    A.   No, I don't believe there is a Mark McFadden.

25    Q.   Do you know if he was a person that was couch

2c7e9c0c-2383-427a-8877-9a735e2bcdae

1  surfing in Unit 303 in Mr. Wilcox's leased unit at the

2  time?

3       A.   I believe that is not true.  Mr. Wilcox told

4  me that he doesn't know anybody by that name and nobody

5  was couch surfing.

6       Q.   Does anyone know where the Association or

7  Ms. Burnett would have gotten the name Mark McFadden --

8       A.   No, we don't know.

9       Q.   -- if he is contained in the lawsuit?

10      A.   We don't know.

11      Q.   Did Mr. Wilcox ever have a friend named Mark

12  McFadden visit the property?

13      A.   I believe the answer to that is no, but it

14  would be better to ask him.  He told me that he doesn't

15  know anybody by that name.  I don't know any different.

16  I don't know anybody by that name either.  I don't know.

17           MR. MARCHESE:  Richard, can we take a quick

18      five-minute or three-minute break, and then I'll be

19      done?

20           MR. LUBLINER:  Sure.

21           (A brief recess was taken at 4:04 p.m.)

22           (The proceedings resumed at 4:31 p.m.)

23  BY MR. MARCHESE:

24      Q.   We are back on the record to finish my line of

25  questioning.  During the examination with Mr. Israel,

2c7e9c0c-2383-427a-8877-9a735e2bcdae

1  you mentioned that you had no affidavits from Mr. Wilcox

2  or Ms. Luchey.  And I just want to confirm that you have

3  no information that you collected during the pre suit

4  time period where you were investigating or reviewing

5  the various claims that you were receiving from your

6  clients and that you have no affidavits or no statements

7  or no non witness statements in your possession,

8  correct?

9     A.   I have several police reports and all of them

10 calling the police on each other or various board

11 members and other residents calling the police or the

12 sheriff.  I did receive all of that.

13    Q.   But you have nothing separately?

14    A.   Nothing separately.

15    Q.   That was produced in this litigation that

16 involves statements from your clients that were made

17 under oath, correct?

18    A.   Correct.  They would have been turned over I

19 think with the documents.

20    Q.   Do you have any plans to sell Unit 303 in

21 2022?

22    A.   In 2022?

23    Q.   Yes.

24    A.   Anything I do is subject to approval, and I

25 don't know what they are going to do with them, so I am

Page 183

1  up in the air.  I really don't know what I am going to

2  do.

3      Q.   When you say -- I was asking the question of

4  do you have any plans on listing Unit 303 for sale?

5      A.   Do I have any plans to sell?  Let's put it

6  this way.  I don't think that I'll be welcome there, so

7  I can no longer look forward to living there.  So in a

8  perfect world, I would sell it, but with this board that

9  has brought an action against me where Mr. Wolf

10  considers me the enemy, he has to approve anybody that I

11  try to sell to.

12          MR. MARCHESE:  Okay.  I have no further

13      questions at this time.  David, if you want to wrap

14      up.

15                  REDIRECT EXAMINATION

16  BY MR. ISRAEL:

17      Q.   Let me show you this so that we can go as

18  quickly as possible.

19      A.   Who is going to speak now, Richard?

20          MR. ISRAEL:  It's me, Ms. Manzo.

21          MR. LUBLINER:  David has some follow-up

22      questions.

23  BY MR. ISRAEL:

24      Q.   I'll upload the exhibit.  Here we go.

25      A.   Are you screen sharing, David?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 184

1    Q.    Yes.

2    A.    Let me show you what was previously marked I

3  believe as Exhibit 7.

4         COURT REPORTER:  Can you speak up or speak

5      more into your microphone?

6    Q.    Sure.  How about now?

7         COURT REPORTER:  Much better, thank you.

8    Q.    Remember when we were discussing an e-mail

9  from Mr. Todd Davis regarding a confrontation between

10 Mr. David Wolf and David Wilcox?

11   A.    Yes.

12   Q.    And you said that you had not seen that e-mail

13 before.

14         Let me show you this e-mail right here.  It

15 starts with on Wednesday February 24th, 2021 at

16 approximately 1:30 p.m., first sighted David Wolf and

17 David Wilcox just outside the lobby doors walking down

18 the south driveway towards the front gate entrance.  For

19 those brief moments, a mostly one-sided argument ensued,

20 David Wilcox being the aggressor.  Both were walking

21 their dogs, but David Wolf was about 10 feet in the lead

22 at first with David Wilcox closing in on David Wolf and

23 at the same time accusing David Wolf of calling his

24 girlfriend the N word.  In the distance between the

25 lobby doors and the front gate, David Wilcox came around

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 185

1  to the front of David Wolf and got in his face at least

2  twice while hovering over David Wolf with arms extended

3  wide and high as if ready to engage him in a physical

4  manner.   David Wolf stepped around him each time on his

5  way out the front door.

6          Were you aware of that confrontation?

7      A.   Never.   Mary did not send anything.   If she

8  sent it, I didn't get it because I never saw this

9  before.

10         Do you have any indication that it was sent?

11     Q.   Well, I get to ask the questions at this

12  point, and we are almost done.

13     A.   This is the first that I am seeing this.

14     Q.   Okay.   So were you aware that there had been a

15  confrontation between Mr. Wolf and Mr. Wilcox outside

16  the front door in the lobby area?

17     A.   In a general sense, I was aware that

18  Mr. Wilcox was -- with various people.   He felt that he

19  was being attacked, and he was yelling at them.   I was

20  aware of all of that.   This incident I was unaware of.

21  And I did not see this e-mail ever.

22     Q.   Is this the kind of evidence that you would

23  have been looking for with regards to whether to believe

24  Mr. Wilcox or whether to believe the board as to what

25  was going on?

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 186

1          MR. LUBLINER:  I object to form.

2     A.   I would say that had I seen that, I would have

3 interviewed Todd.

4     **Q.   Do you think that Mr. Davis is a straight**

5 **shooter or do you think Mr. Davis would tell lies?**

6          MR. LUBLINER:  I object to form.

7     A.   All that I can say is that I don't think

8 Mr. Davis has ever lied to me.  I believe that when I

9 speak to Mr. Davis or when my husband, my property

10 manager, speaks to Mr. Davis, he responds in a truthful

11 manner.  Whether he does that with everyone, I couldn't

12 tell you.

13    **Q.   Okay.  And you don't believe that there is any**

14 **reason for Ms. Davis to have lied about what he**

15 **witnessed that is described in that February 24**

16 **incident, correct?**

17    A.   I don't know if he would have made it up or --

18 I don't know.  All that I can tell you is that most of

19 my contacts with Mr. Davis have been -- with Mary until

20 recently had been cordial until she started yelling at

21 me to throw him out.  I don't know if he would make up

22 such a thing.  I don't know.

23    **Q.   Let me show you one other document so that we**

24 **can finish today.**

25          MR. ISRAEL:  I'll mark this as Exhibit 9.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 187

1            (The Petition for Injunction was marked as

2   Defendant's Exhibit Number 9 for Identification.)

3       **Q.   Were you aware that Ms. Luchey had filed a**

4   **petition for an injunction for protection against dating**

5   **violence against Mr. Wilcox?**

6            MR. LUBLINER:  I object to form.

7       A.   I never saw this before.

8       **Q.   You never looked to see if anything had been**

9   **filed in the public records since you said that you**

10  **Googled people and you searched the public records?**

11      A.   This didn't come up.  I Googled both names.

12      **Q.   Were you aware that Ms. Luchey claims that**

13  **Mr. Wilcox has called her the N word in her accusations**

14  **in this document?**

15           MR. LUBLINER:  I object to form.

16      A.   No.  I never saw this before.  I can barely

17  make out the handwriting.  I don't know what this is.

18           MR. ISRAEL:  I have no more questions at this

19      point.

20           THE WITNESS:  The last two words say extremely

21      friendly, and I don't know what that said.

22           MR. ISRAEL:  Do you have anything further,

23      Andrew?

24           MR. MARCHESE:  No, I am not going to ask

25      anything.

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 188

1          MR. ISRAEL:  Michael, do you have anything?

2          MR. STARKS:  No, sir.

3          COURT REPORTER:   Ms. Manzo, are you going to

4     be reading this transcript if they order it or is

5     it a waive for you?

6          THE WITNESS:  Am I ordering it?

7          COURT REPORTER:  Will you want to read the

8     transcript if they order the transcript or do you

9     want to waive that reading and trust that the

10    record is accurate?

11         THE WITNESS:  If someone orders it -- well, I

12    don't need to read it.  That is fine, never mind.

13         COURT REPORTER:  Mr. Israel, are you going to

14    be ordering at this point?

15         MR. ISRAEL:  Not today.

16         (The deposition concluded at 4:36 p.m.)

17

18

19

20

21

22

23

24

25

Page 189

1                    CERTIFICATE OF OATH

2

3  STATE OF FLORIDA,

4  COUNTY OF BROWARD

5        I, Kimberly Hacker, Notary Public, State of

6  Florida, certify that Valerie Manzo personally

7  appeared before me via remote video Zoom on

8  the 22nd of June, 2022, and was duly sworn by me.

9        Signed this 22nd day of June, 2022.

10

11

12                    Kimberly Hacker
                  Notary Public, State of Florida
13                My Commission No. GG 259511
                  Expires: September 24, 2022

14

15

16

17

18

19

20

21

22

23

24

25

2c7e9c0c-2383-427a-8877-9a735e2bcdae

Page 190

1                    CERTIFICATE OF REPORTER

2  STATE OF FLORIDA

3  COUNTY OF BROWARD

4

5       I, Kimberly Hacker, do hereby certify that I was

6  authorized to and did stenographically report the

7  deposition of Valerie Manzo; that a review of the

8  transcript was not requested; and the foregoing pages

9  constitute a true record of the testimony given by said

10  witness.

11       I FURTHER CERTIFY that I am not a relative,

12  employee, attorney or counsel of any of the parties, nor

13  am I a relative or employee of any of the parties'

14  attorney or counsel connected with the action, nor am I

15  financially interested in the action.

16       Dated this 26th day of July, 2022.

17

18       _____

19                 Kimberly Hacker
                 United Reporting, Inc.
20                 1218 Southeast Third Avenue
                 Fort Lauderdale, Florida 33316
21                 (954) 525-2221

22

23

24

25

**A**

**a.m** 1:16 49:6 59:21
  59:22,22 61:11,16
**a/c** 15:3,4 70:20
**a/k/a** 1:4,11
**abide** 89:4
**abided** 155:24
**abiding** 172:16
**ability** 125:13
**able** 4:21 121:18
**absolutely** 36:3
  117:19 122:4
**abuse** 85:8
**acceptable** 98:20
**accepting** 52:17 73:1
  128:25
**access** 130:16,18
**accomplished** 76:6,16
  113:17
**accosted** 14:12
**accurate** 18:3 92:9
  188:10
**accusation** 72:3
  142:23
**accusations** 63:7
  73:13 85:8 88:24
  187:13
**accuse** 85:24 105:12
  105:13,15
**accused** 20:7 86:4
  104:2 157:17,19
  160:1
**accusing** 105:4,5,7
  184:23
**acknowledged** 46:3
  101:15
**act** 109:5 136:14
**acting** 42:11
**action** 40:1 136:12
  167:13 173:2 183:9
  190:14,15
**actions** 14:4 41:24
  42:4
**actively** 26:7,14
  158:25
**activity** 172:25
**ad-nauseam** 129:19
**add** 31:9
**additional** 123:2
**address** 79:10 82:13
  90:8 119:19 120:7

120:10
**addressed** 47:15 90:7
  90:11
**adjoining** 159:12
**admit** 145:15 160:24
**admitted** 66:5 69:10
  70:8,25
**admitting** 70:21
**adopted** 53:1,3 54:12
  54:13 124:8
**advice** 169:24
**advise** 170:25
**advised** 10:9 35:19
  35:22 46:2 90:20
  95:6 174:15,24
**advising** 104:6
**affect** 54:3,8,22
**affidavit** 21:22 58:21
  59:3 62:4,10 82:18
  89:14,16 103:6,9,10
**affidavits** 62:9 63:3
  63:10 88:9,20,24
  89:8 182:1,6
**affirmative** 91:12
**afford** 121:1
**African-American**
  14:9 56:17 147:22
  158:21 159:23
**afternoon** 4:13 47:8
  108:25
**age** 106:4
**agent** 22:16 23:6 79:8
  91:17 95:11 119:4
**agents** 91:24 101:4
**aggravating** 15:10
**aggressive** 102:10,15
  102:21
**aggressor** 184:20
**ago** 30:6,7 46:15
  104:24
**agree** 33:4 73:17 74:2
  113:13 127:7,9,14
  140:14,21 141:5,7
  144:14,15,17
**agreeing** 74:6
**agreement** 33:5 36:2
  91:14 98:11 100:4
  101:20 169:16
**agreements** 91:9 92:8
  92:18 94:4
**ahead** 5:18 15:13

51:5 62:16 102:2,3
  102:4
**ain't** 177:8,13
**air** 70:3,19 183:1
**Airbnb** 124:10
**Alison** 118:24 119:7
  170:5,5
**allegation** 25:23
  62:21 88:8
**allegations** 6:8 13:5,6
  16:9 23:8 24:20,21
  26:2 30:21 49:23
  65:18 83:10,20 84:2
  103:2,6 142:13
  148:6 180:15
**alleged** 18:13 19:14
  21:8 28:14 30:10
  31:6 38:4 56:25
  57:3,10 61:4 62:21
  70:9 71:13 77:3,21
  89:15 103:15
  105:23 113:22
  135:2 139:4
**allegedly** 19:6 20:19
  20:20 21:11 22:12
  29:24 30:2 32:4,14
  52:25 53:11 56:22
  59:23 60:2 66:24
  67:1 69:9,10,21
  70:22 71:11 79:22
  81:2,18 82:1,20
  87:8,13 104:7,8
  139:9 141:15,20
  142:25 145:5
  162:11 178:17
**alleging** 23:13
**allow** 91:25 101:6
  167:21
**allowed** 54:16 55:15
  107:23 115:10,10
  123:14 128:9
  149:25 164:20
**allowing** 11:1 125:2
**altogether** 39:12
**Amagansett** 149:20
**amended** 165:17
**America** 144:6
**Amy** 164:21 165:1
**analyzed** 93:5
**and/or** 40:13,23 41:5
  41:13,19,23 67:20

**Andraos** 112:17,20
  143:20,22 154:22
**Andraos(phonetic)**
  147:14
**Andre** 108:25
**Andrew** 2:16,19
  14:22 78:22 108:17
  108:18 187:23
**anger** 61:19
**animal** 7:2,5,12,22,24
  8:8,16 9:11,11
  10:21 46:19,20
  50:25 55:17,18
  65:22 127:19,23
  170:9 175:7 176:22
  176:23 179:16,16
**animals** 65:25 179:11
  179:11,14
**animas** 149:9
**animus** 146:18
**anniversary** 66:13
**annoyed** 146:3
**answer** 5:18 9:3
  15:17,23 17:14
  20:10 48:5 63:24
  74:1,3,22 75:3
  87:21 95:24 97:17
  106:22 113:23
  128:9,11 136:3
  138:8 151:12
  163:25 166:11,13
  166:24 167:2,6,6
  168:10 181:13
**answered** 106:22
**answering** 74:11
  114:1,14
**anticipate** 42:21
  62:11,17
**anticipated** 112:7
**anticipating** 62:8
  63:4
**anybody** 9:10 20:7,11
  22:11 26:1 32:19
  40:5,11,24 41:9
  48:9 60:4 68:7,22
  70:13 72:17 74:10
  74:15 76:24 77:20
  78:4,8,9 79:25
  82:14 88:8 94:19
  95:11 100:13,25
  103:16,24 105:10

108:14 141:4
  156:11 165:4 181:4
  181:15,16 183:10
**anybody's** 48:18
**anyway** 150:10
  171:22
**apartment** 6:21
  135:18 152:25
  170:4 173:1
**apparent** 32:25
**apparently** 85:5,6
**appear** 70:6
**APPEARANCE** 2:1
  2:4,8,13,17
**appeared** 4:7 189:7
**appears** 60:19
**applicant** 33:9
**application** 8:15 9:14
  10:19 95:13 128:16
  129:3 168:21
  170:11
**applied** 7:25
**appraisal** 124:19
**appraised** 124:17
**appreciate** 51:25
  73:19 143:15
**approach** 123:8
**appropriate** 104:21
  104:25 105:4 106:2
  106:11,13 108:8
**approval** 8:21,22 9:7
  10:25 21:11 33:1
  94:24 95:1,4 96:1
  97:6 121:24 182:24
**approvals** 8:24
**approve** 34:17 95:11
  168:14 183:10
**approved** 9:1 14:8
  37:8 46:17,20 53:11
  55:23 92:2,4 95:12
  101:9,13,15 116:9
  168:22
**approximately**
  184:16
**April** 22:23 167:18
  172:10
**area** 145:24 185:16
**areas** 113:8
**argue** 74:16 114:8
**argument** 184:19
**argumentative**

106:21
arising 90:23 166:19
arms 157:25 185:2
arranged 35:23
arrest 107:23
arrested 104:17,18
arresting 93:1
arrive 150:14 158:3
arrived 126:13
articulated 177:6
aside 25:24 176:20
asked 6:22 23:10
36:1,3,4,11,24
46:13,18 52:19
55:19 57:18 63:10
63:15 65:19 71:4,5
76:1,3,21 78:16
80:25 87:23 88:11
88:17 89:17,18
98:24 99:7,24
100:13,15 103:9
117:15,15 119:9
136:3 137:4 153:21
161:25,25 162:7
168:16 169:2
170:13 176:5
asking 4:18 7:18,19
22:6,12 25:4,5 27:1
27:2,3 47:25 48:3,9
49:14 52:1 88:6
97:20,23 99:4,24
106:8,10 108:17
131:1 132:11
134:23 151:11,19
151:21 157:8
160:16 183:3
assholes 75:22
assistant 42:17
associate 90:25
179:24
ASSOCIATES 2:6
association 1:9 2:13
7:25 8:9,19,23 9:16
9:16,21 11:1 14:7
20:25 22:10,12 23:4
23:8,13,23 24:11,20
25:13 26:2,5 32:2
33:2 34:9,17,20,25
36:7 38:5 40:21
42:5,13 45:3 49:25
60:17 63:14,21 64:1

64:5,16 67:9,10
72:17 77:19,25 78:4
78:5,8,12,18 79:14
81:12 88:21 90:24
92:5 93:19 94:3,19
95:2,5 96:2,17,19
96:21 97:7 100:12
101:17 103:7,8,24
104:6,7 105:2 109:1
110:1,5,13 111:9,24
113:22 115:10
116:10 117:8
128:14 131:18
136:6 137:20
143:10 148:16,21
149:2,8 152:22
155:5,10,23,25
157:5 159:19
161:21 165:6 166:5
166:19 167:15
172:23 174:15
175:11,15 178:17
181:6
Association's 73:21
111:23 116:13
123:14 148:17
170:8,14 180:8
assumed 133:4
assuming 90:21
assumption 158:9
attacked 185:19
attacking 159:3
attempt 91:25 101:6
155:13
attempted 169:9
attempting 179:23
attorney 40:15 65:6,6
65:7 91:2 107:18
156:16 161:10
170:8,11 190:12,14
attorneys 4:19
attractive 126:18
168:4
audio 30:6 150:20,21
150:21,23
August 59:9 156:23
authority 97:21
authorize 100:25
authorized 170:24
190:6
available 133:2

Avenue 1:24 190:20
avoid 14:25 123:1,3
124:10
aware 5:3,6,19 9:24
10:5 11:14 18:16
20:11,18,21,22 21:4
26:22 27:4,8,22
28:9,12 29:4,13
33:24 34:25 40:25
41:12,16,17 45:2
53:2 56:24 57:1
71:11,15,16,22 92:3
92:19 93:19 94:3
101:12 103:13
104:1,5,13 105:20
105:23 113:20
118:3 127:20
141:18 148:8
163:10 178:16
179:12 185:6,14,17
185:20 187:3,12
awfully 32:16

## B

B 2:7 3:11
back 8:6 10:9 15:17
15:20 30:23 36:20
44:13,18 49:3 63:20
68:25 69:7 76:9
77:18 89:19 92:16
92:23 94:15 98:1
115:2,3 132:5,9
136:4 138:23 161:2
181:24
backdated 46:6
background 15:2
35:10,21 104:20
126:8 174:16,20
backgrounds 176:5
bad 20:14
balcony 21:7 57:6,12
57:20 77:4 85:10,11
85:13 129:20
bank 170:20,21
bar 104:19
Barbara 170:4
barely 187:16
barged 59:15,24
61:10,15
barging 60:22 61:23
bark 66:5,6,9

barking 21:10 65:15
65:18,23 66:25
67:21,22,24,25 68:2
68:3,10
barks 66:8 68:1
based 54:23 110:18
111:6 146:4 148:1
177:24
basically 24:5 28:12
47:18 75:20 104:15
111:10 159:18
basis 11:6,15,24
21:13 75:2 153:11
Beach 1:2 2:2,3 118:9
120:3 123:23 151:7
bear 84:13 107:7
166:4 171:24
174:12
bearing 115:15
beat 151:17
Becker 129:6 148:24
becoming 119:21
beg 48:8 104:4
133:24
began 129:9
beginning 94:15
130:25
behalf 23:3 34:21
45:3 64:16 78:3
81:12,14 109:1
behave 88:14,15
behavior 85:15
111:23 113:22
172:22
belief 121:22 144:18
beliefs 113:14,15
believe 5:9 7:8 9:19
11:8,17,18,20 16:17
18:23 21:14 25:25
27:24 28:3 36:6
38:7,16 39:11 40:2
49:11 50:15,15
53:21 57:9,15 61:9
61:14,24 79:5 83:13
87:16 88:12 90:4
92:13 97:5 100:10
104:12 113:9 119:9
120:22 123:21
126:3 128:9,17,20
134:5 135:10,10
136:19 137:2 143:9

144:25 153:10
156:18 157:22,23
160:20 166:3,5,18
167:7 168:2 170:19
175:13 177:20
178:7,10,24 180:1
180:24 181:3,13
184:3 185:23,24
186:8,13
believed 21:12
122:25 155:22
156:14
believing 158:3,4
160:20
belong 14:15 16:3,5
Ben 154:24
benefit 6:17 121:3,10
121:13
Benz 162:18
better 28:2 113:3
151:17 181:14
184:7
beyond 58:11 122:21
bids 149:22
big 115:3 164:14
178:15
billing 162:22
bills 125:22,23
bit 10:13 11:11 16:23
21:15 25:11 52:8
75:20 127:21
130:17 133:9 176:4
black-and-white 89:1
blah 169:12,12
blamed 18:17
blank 32:25 33:6,19
33:25 35:2
blue 150:9
Blvd 2:2
board 13:12,12,15,17
13:21 16:2,25 18:1
18:13 20:23 22:16
23:3,5 39:24 40:2
40:17 42:4,12 58:6
58:7 60:23 61:2
65:13 67:4,5,6
70:13 85:19 87:3
88:9,12,18 89:18
93:13 95:7,11,19
96:8,11,16,20 97:21
97:23,24 102:11

110:4,13,18 111:7,8
115:5,9 132:16
137:12 143:17,21
143:23 145:5
147:15 148:8 154:8
154:9,24 155:5
156:5 157:4 158:6
158:19 161:7,11,22
161:22 167:21
168:14,21 172:7
182:10 183:8
185:24
**board's** 22:15
**Bob** 85:20,20,22,24
87:3
**body** 85:20 143:5
158:19
**bold-faced** 98:23
**bone** 85:20 143:5
**book** 82:13
**bottle** 16:10,10
155:18
**bottles** 129:20
**bottom** 45:15 51:18
52:15,22 53:9,10
**bought** 22:21
**Boulevard** 2:15,18
**boy** 168:5
**Boynton** 169:23
**brawl** 104:18
**breach** 64:13 122:16
173:4
**break** 16:23 43:24
44:4 49:3 131:6
132:5 181:18
**breaking** 78:5
**bridge** 99:8
**brief** 49:6 69:2 75:5
132:7 181:21
184:19
**bring** 172:13
**bringing** 129:9
**broke** 49:9 68:6 70:2
70:19
**brokers** 91:24
**brought** 40:1,17,19
40:20 51:1 54:19
70:12 116:20
135:19 136:6
167:12 170:5 173:2
183:9

**BROWARD** 189:4
190:3
**budget** 117:16
**Bug** 130:10,11
131:24 133:1,4
**bugs** 133:5
**building** 10:3 21:14
23:14 29:11 32:12
32:13 37:16 38:11
73:4 75:17,25 76:11
76:22 78:10,13
80:10 81:19 82:3
83:24 97:5 112:25
113:1,8 143:15
147:23 148:1
149:11 159:9,12,20
159:21 160:7 161:2
178:21
**building's** 20:24
29:13,16
**built** 77:14 123:9
**bunch** 75:21 93:11
98:2 101:8
**buried** 138:21
**Burnet** 161:8
**Burnett** 6:2,5 64:16
64:23 79:5,12 90:3
90:20 91:7 92:10
100:3 102:8 106:24
107:4 129:2 148:15
161:10 172:6
179:20 180:8 181:7
**Burnett's** 6:8
**business** 76:3 137:20
143:10 145:23,24
146:11,12,13 173:1
**buy** 16:16 24:17
149:11,13 150:9,15
150:19 151:1 152:5
152:17
**buyers** 117:6
**bylaws** 117:14

——————
**C**
——————
**calendar** 43:22
**call** 17:20,22,23 18:8
19:16,17,21 20:2
43:22 45:6 57:1
60:9 66:4,14,16
74:20,25 76:18 83:3
83:16,18 88:2,3

95:12 109:21 141:1
142:22,23 143:7
145:10,16 150:8
155:21 163:8,14,15
175:16 179:21
**called** 10:1 14:2
18:11 20:12,14 43:3
66:17,23 83:16
85:22 87:9,18 88:14
95:14 130:10 156:5
157:18 174:15,21
179:3 187:13
**calling** 66:14 174:20
182:10,11 184:23
**calls** 16:8 70:4 162:4
**cameras** 23:22
**camp** 149:24
**capacity** 137:12
**captured** 30:6
**car** 162:14,15,16,17
**care** 130:15 175:1
**career** 146:17
**carry** 105:24
**carrying** 143:9
**case** 1:3 46:23 59:7
100:11 105:3 106:7
106:9,18 119:18
136:20,24 148:7
153:6 160:25
**casual** 176:3
**Caucasian** 148:3
159:22
**cause** 43:19 74:12
**caused** 32:12
**ceased** 10:9
**certain** 25:12 30:3
32:16,20 42:6 87:12
108:12 139:23
**certainly** 84:14
100:22
**CERTIFICATE**
189:1 190:1
**certified** 22:5 37:12
87:5
**certify** 189:6 190:5
190:11
**chain** 107:6
**challenging** 52:8
136:15
**change** 117:4 165:11
**changed** 86:10 117:5

164:11,12 165:7,9
165:15,16,18
**changing** 92:8 115:13
**characterization**
159:7
**charge** 93:2 121:18
**chase** 122:16
**chat** 143:25
**check** 35:10,21 96:5
122:2 170:20,21
171:12 174:16,22
**checked** 96:6,6
175:17
**checking** 44:17
**checklist** 176:1
**checks** 95:14 96:5
**cheerleading** 161:3,9
**Chiappino** 114:23
**Childrey** 10:10 153:3
**chilly** 72:23
**chime** 74:15
**choice** 25:2
**choose** 146:14
**choosing** 146:8
**circuit** 40:16 151:7
**circulating** 37:17
**civilized** 85:16 88:15
**claim** 14:11 89:15,17
114:4 130:19 157:5
166:9,18 167:12
**claimed** 16:19 32:14
91:14 98:22 100:6
**claiming** 88:21
**claims** 100:5 113:20
182:5 187:12
**clean** 105:18 135:20
**clear** 33:13,16 99:12
109:8,19,20 125:17
125:18 141:13
170:23 173:25
**clearly** 30:8 52:5
116:5 121:9
**client** 137:5,22
**clients** 121:18 182:6
182:16
**close** 85:8 92:11
131:21 150:2
164:22
**closed** 26:11 28:10
**closer** 5:13 9:4 15:15
28:2 93:24

**closing** 184:22
**clothes** 131:25
**clue** 134:14
**coerced** 26:5
**coercion** 14:5 31:13
**Cohalan** 161:2
**coincidental** 32:16
**coldly** 110:1
**COLE** 2:18
**COLEMAN** 2:14
**collected** 182:3
**collecting** 93:12,14
**colluding** 160:1,7
**collusion** 159:25
160:2
**color** 17:2 18:2 20:9
20:15
**come** 19:6 31:15
42:10 44:12,17
85:14 89:23 95:4
106:15 120:6 132:5
137:15 165:7
187:11
**comes** 26:4 96:25
105:17 106:17
**comfortable** 127:1
**comfortably** 81:7
**coming** 124:12
**commentary** 110:14
177:5
**comments** 73:5
111:19 139:9 140:4
141:14 143:18
177:18 178:1,2
**Commercial** 2:15
**commission** 121:19
189:13
**committed** 157:15
**committing** 172:24
**common** 14:2 28:19
108:6 113:8
**communicated** 20:4
23:3
**communication** 65:14
128:23
**communications**
16:21 78:7 148:16
149:1 172:3,7 180:7
**community** 85:16
101:24 102:9 155:8
**company** 1:11 10:10

70:20 121:25
130:10 173:16,19
**competing** 149:22
**complain** 72:16,21,22
76:24
**complaining** 25:13
112:18 127:2
**complaint** 3:13 12:10
12:17,21,23 13:2,6
14:1 59:20 87:14
130:7 173:6,7,10
**complete** 36:1,8,25
37:4 38:1 169:5
**completely** 144:16
**compliance** 55:20
**compliant** 54:25 55:2
**comply** 123:23
**complying** 54:24
**Composite** 84:16
**concealed** 105:21,25
**concern** 73:17 125:13
**concerned** 35:20,22
55:18 125:15,24
174:24
**concerns** 22:15 38:10
73:19
**concise** 109:8
**conclude** 110:17
111:8
**concluded** 188:16
**conclusion** 75:18
89:23 150:14
**concoct** 101:5
**concocted** 91:24
101:4
**concurring** 156:24
**conditioning** 70:3,19
**condominium** 1:9
2:13 5:4,8,24 6:24
7:25 8:9,13,19,22
10:6 11:6,16,25
40:21 42:5,12 67:8
79:13 81:12 82:3
89:5 97:22 116:14
117:9,13,21 146:1
165:13
**conduct** 30:9 104:19
**confidential** 73:25
74:2
**confirm** 59:25 113:2
182:2

**confirmation** 128:24
**confirmed** 58:3,5
**confrontation** 83:23
85:6 184:9 185:6,15
**confused** 86:6 87:20
**confusion** 19:6,12
87:17
**connected** 190:14
**connection** 162:2
**connections** 35:4
**consent** 4:2
**consequently** 75:18
**consider** 152:19,19
**considered** 11:10
172:10
**considering** 168:8
**considers** 183:10
**consisted** 159:22
**consists** 110:4
**conspiracy** 159:19
**constitute** 173:4
190:9
**constitutes** 63:23
**construction** 32:11
32:15 112:6,19
123:12
**contact** 22:20 30:16
36:13 69:16 95:14
95:16,17 140:11
**contacted** 19:14 36:9
36:11 69:22 71:12
76:21 88:4 99:20
130:4
**contacts** 30:18 64:7
95:9 186:19
**contain** 91:9
**contained** 93:21 94:5
181:9
**contains** 91:18
**contending** 146:10
**contention** 149:5
**context** 139:8 140:2
143:7 152:2 159:2
**continuation** 4:17
**continue** 5:12 15:23
49:3
**CONTINUED** 1:19
**continuously** 11:9
**contract** 25:3 122:6
122:16 169:10,14
**contractors** 112:23

112:24
**contracts** 169:15
**contradict** 103:6
**contrary** 91:20
100:23
**control** 22:1 60:12
63:18 85:7 147:7
162:7
**convenience** 127:4
**conversation** 18:5
28:14 29:5 35:9,12
47:2 50:10,25 60:10
60:13,20 61:7 66:10
70:7,13,19,21,25
71:9 75:15 80:12,23
81:4,21 84:8 96:7
118:18 142:21
143:19 145:19
156:6 176:8
**conversational** 22:18
**conversations** 13:10
39:17,19 40:11
41:23 42:9 49:21,23
50:4,5 61:3 92:23
142:18 153:20
154:15,20 167:1,5
179:19
**conveyed** 159:15
**convinced** 58:15
**cooperate** 133:2
**copies** 93:20
**copy** 32:24 36:1,4,8
36:10,24 37:4 38:1
56:20 71:19 91:15
94:18 98:23 99:1,5
99:10,11,25 100:5,6
100:7 117:18,21
**cordial** 35:4 73:1
111:12 186:20
**corner** 45:15 52:15
91:22
**corporation** 1:10
41:10 120:18,19
136:12,14
**correct** 6:24,25 10:7
12:2,24,25 13:22,23
17:2,3 18:22 20:9
20:16 21:9,15,16
23:5,9,14,16,25
24:6,14 26:20,21
27:20,21 28:10

30:11,25 33:5,23
34:22 35:18 36:5,6
37:1,5 38:2,3 40:20
40:21,24 41:7,8,14
42:5 45:21 47:20
48:6 49:12,13 50:1
51:13,15 52:11,12
53:13 54:18 56:1,2
56:5,13,18,19 60:18
64:23 67:9 70:10
72:11,14,15 77:16
78:6 79:14,15,17,18
81:12,15 86:13,16
87:10 90:5,12 91:5
91:6 93:22 94:6
95:20,23 96:3,18
98:7 99:19 100:1,2
102:25 103:3,4,8,18
106:19 110:24
113:15 115:11,16
116:10,17 117:10
117:13,23,24 118:5
122:11,18,21
123:10 124:5,6
127:15 131:14
132:17,18 138:16
140:13,16,17,23
141:9,16,17,20,21
142:12 143:18
144:6,14,21 145:7
151:4,5,16 152:9,20
152:21 153:12,13
153:15,16 154:2
159:5,24 160:13
161:5 162:18
165:22 167:13,16
168:22 171:20
173:5 174:23 175:1
175:2,4,4 178:6
180:2,10,20,21
182:8,17,18 186:16
**correctly** 50:24 168:1
**correspondence** 3:15
6:5,8 58:5 64:22
79:1,4,12,19 129:5
129:8 154:10
**couch** 180:25 181:5
**counsel** 13:4 65:13
73:18 90:21,22
111:23 112:1
148:17,20 149:3

167:9 170:14
179:23 180:8
190:12,14
**country** 144:13
**counts** 14:3 28:19
**county** 118:10 120:4
123:24 133:17,17
133:18 151:7 161:1
189:4 190:3
**couple** 61:3 76:2
110:19 125:25
159:22 173:7,8
178:4,12,14
**course** 115:12 125:20
131:4
**court** 1:1 4:1 12:9,24
14:16 15:11,16,19
28:1 40:17 48:15
51:24 52:4 56:9
61:12 62:15 68:15
68:17,21,23 74:23
84:15,18 90:10
121:8 155:21
163:25 167:13
171:2 177:14 184:4
184:7 188:3,7,13
**Courthouse** 2:10
**COUT** 5:11 9:3 48:20
**covering** 52:21
**Covid** 59:10 76:17
118:21
**Craver** 150:24
**credit** 120:19,21
174:4,18,22 175:1
**crime** 144:13 157:15
157:17,19 172:24
**criminal** 104:10,14
108:7 172:25
**criminality** 126:11
163:14
**crinkle** 15:7
**Cross** 144:3
**cross-examination**
3:6 108:23 160:23
**cross-examined** 59:1
159:17 160:18
**crystal-clear** 152:3
**current** 46:1,14,22
47:3 52:20,23
124:19
**currently** 5:4,8,23

136:5
**curse** 103:22
**cursed** 103:23
**custody** 147:7
**customary** 171:22
**cut** 46:11

**D**

**D** 2:22 3:1
**DA's** 161:1
**dabbled** 127:20
**Dadeland** 2:18
**daily** 106:5
**Damian** 125:5
**danger** 83:15,17
**Daniel** 12:18
**DANIELLE** 1:5
**darndest** 21:19
**data** 120:14 147:13
158:22
**date** 1:15 17:4,6,15
45:14 51:18,18
52:15,22,22,25 53:8
53:10 57:3 62:20
91:21 164:25 171:3
**dated** 3:15,16 46:5
79:1,4 84:20 87:7
90:3 190:16
**dates** 57:2 100:24
101:1 114:13
**dating** 187:4
**David** 1:4,4,11,11 2:7
2:13,21 4:15 12:17
12:20 14:6,7 15:13
16:11 25:19,21
39:21 43:18 47:12
48:23 60:3,4 65:21
65:22,23,24 69:14
73:22 80:9 81:24
93:24 109:1 133:2
137:5 174:16 179:7
183:13,21,25
184:10,10,16,17,20
184:21,22,22,23,25
185:1,2,4
**Davie** 2:7
**Davis** 9:19,20 27:15
30:3 82:9,11,12,13
82:15 84:11 90:2
102:15 128:21,22
128:24 135:19,22

160:3,5,6,6,10,16
180:19 184:9 186:4
186:5,8,9,10,14,19
**Davis's** 29:19
**day** 9:23 55:6 57:10
58:22 68:10 90:19
90:19 92:24 93:10
106:4 107:2 135:2
135:23 144:6,9,13
146:5 149:6 162:1
173:15 180:12
189:9 190:16
**day-to-day** 148:21
**days** 16:4 53:21 55:7
123:18,22,23
142:12 153:23
164:13,18 165:11
**De** 22:18 49:17 50:3,7
50:11 69:21,25 70:7
70:24 71:8 81:5,7
163:21 166:1
**deadline** 153:17
**Deadpan** 109:12,14
**deal** 22:21 74:24 77:8
77:11 85:14 173:25
178:15
**dealing** 110:21
**dealings** 137:16
**deals** 96:13 148:20
**dealt** 130:13
**December** 10:7 112:8
153:14 164:21
167:20
**decide** 101:10 155:8
**decided** 122:9,14
143:25
**decision** 72:8 155:23
155:24
**declarations** 116:14
116:24,25 117:4,9
117:21 118:3
165:12
**defaming** 74:10
**DEFENDANT** 2:21
**Defendant's** 3:12
12:11 29:22 79:2
84:21 187:2
**DEFENDANT/LA**
2:13
**DEFENDANT/MAC**
2:8

**defendants** 1:13 2:17
14:4 89:19
**DEFENDANTS/M...**
2:4
**defense** 108:7
**definitely** 66:16 127:8
**demand** 63:21,24
65:1,3 81:11
**demonstrate** 55:13
**DENNEHEY** 2:14
**dentist** 167:19,24
169:9
**deny** 100:3 145:20
**deposed** 55:6 115:17
135:24
**deposit** 171:7,16
**deposition** 1:19 4:14
4:17 12:13 33:3
74:11 100:11 115:1
115:24 134:18
167:19 172:10
188:16 190:7
**depositions** 88:17
126:8
**Deputy** 179:7
**derogatory** 17:1
**Desantis** 156:21
**descent** 159:23
**described** 21:6,7,10
27:14 30:2 186:15
**describing** 16:8 65:3
**DESCRIPTION** 3:12
**desire** 149:10 152:6
**desk** 126:16
**despite** 91:19 92:1
100:22 101:7 115:8
**Destruction** 172:19
**destructive** 157:6,8
172:22
**detail** 5:2 7:17 70:15
97:1
**details** 7:18 17:14
139:8
**deteriorated** 132:1
**determination** 72:9
72:10
**determine** 30:1 67:22
109:21 158:19
**determined** 165:3
**device** 14:19
**diabolical** 14:4

**difference** 25:6 53:15
164:14,15 165:15
168:22
**differences** 53:18,25
54:1,2,3
**different** 11:11 46:6
47:23 52:24 53:1,3
65:5 91:10 93:21
94:4,6 97:20 142:18
157:14 166:17
181:15
**dig** 109:16
**direct** 3:5 4:11 172:6
179:19
**directed** 20:18 22:24
37:25 61:19 76:4
99:2,25 100:2
141:15
**direction** 143:17
**directly** 9:16 36:1
45:13 57:21 130:14
135:17,18
**directors** 23:3,5
167:16
**dirt** 75:19 111:3,9
**disagreeing** 74:18
**disagreements**
144:12
**disclose** 104:8
**discount** 126:19
127:5
**discovery** 115:24
**discriminate** 146:4
**discuss** 47:15 60:5
94:12 166:10 176:2
**discussed** 33:2 39:18
45:9,23 47:10 50:22
69:22 80:17 81:6
88:16 94:13 107:8
109:17 133:8 140:8
140:25 143:8 145:5
166:11 176:15,16
179:1
**discussing** 29:5 42:4
70:15 167:8 173:15
184:8
**discussion** 51:6 96:22
142:24 143:23
159:13
**discussions** 88:1 91:1
132:20,24 137:19

153:2
**dismissed** 93:2
**disorderedly** 104:19
**disruptive** 124:12
**distance** 184:24
**distant** 5:14
**distressing** 19:10
39:21
**District** 1:1,1 118:13
**disturb** 66:2
**dive** 109:7
**DIVISION** 1:2
**divorced** 168:4
**dizzy** 173:12
**Doberman** 127:23
**doc** 31:3
**doctor** 7:13
**document** 3:13,16
8:17 12:5,10,14
31:3 58:25 84:20
91:11 98:6 105:8,9
105:16 108:14
186:23 187:14
**documentary** 147:18
**documentation** 88:20
**documents** 4:25 8:14
12:3 22:6 94:17
116:13 117:12
123:14 182:19
**Doddin** 56:13,16
**dog** 10:20 11:2 14:7
16:20 21:12 25:17
25:20 29:1 30:22
46:18 66:3,3,25
67:21,22 68:8,9
81:19 84:3 89:1
95:12,15 96:6 128:2
128:8,13 129:14,16
129:20 176:13,19
180:16
**dogs** 5:3,7,23 6:1
21:10 66:5,5,6,9
67:24,25 68:1,3
179:10 184:21
**doing** 23:13 29:8
49:24 72:6 116:1,23
137:24 157:25
**domain** 120:13
**domicile** 120:8
**Donna** 10:10 131:19
153:3

**door** 26:11 28:9 29:9
    29:16,19 85:10
    185:5,16
**doorbell** 62:1 67:23
    88:22 89:11,12
    150:18,20,22
**doors** 139:17,25
    184:17,25
**doubt** 111:1
**drafted** 168:2
**drive** 162:14
**driven** 147:1
**drives** 162:17
**driveway** 32:13
    184:18
**drop** 48:19
**dropped** 31:11
**drops** 31:3,4
**drugs** 172:25
**DSE** 10:11
**Dubai** 126:24
**due** 32:25 153:8,8,14
**dug** 117:1
**duly** 4:8 189:8
**Dunn** 38:10,14,18,23
    38:25 57:21,25 58:2
    102:18 111:14
    134:8,23 135:3,8
    137:1 161:4 163:11
    163:19 177:18
    178:8,20,21
**Dunn's** 177:5,7
**duties** 21:3
**Dyan** 75:16 125:5
    164:22,25

**E**

**E** 3:1,11
**e-mail** 3:16 6:14,15
    17:21 20:2 35:5
    37:6 39:1 44:10
    46:13,21 52:21 59:4
    60:9 65:14 78:22
    82:9,11,12,13,14
    84:11,20,25 85:18
    86:12,24 87:2,7,22
    87:25 88:2 90:2,3,4
    90:8,11,14 99:17
    107:3,8 108:17
    130:9 143:7 154:10
    160:10 172:1,2,6

**179:22 180:13
    184:8,12,14 185:21
**e-mailed** 21:20
**e-mailing** 58:12
**e-mails** 16:8 23:1
    25:10 30:22 31:3
    38:15,16,22,25 77:2
    77:20,25 91:16
    122:4 134:10 135:6
    162:4 172:5
**earlier** 21:15 49:9
    51:5,10 54:24 86:3
    87:24 107:8 142:4
**early** 17:7,8,9,12,13
    53:7 80:21
**earshot** 141:23
**easier** 92:17
**East** 2:15
**eaten** 130:3
**Ed** 79:7 94:15,20,22
    100:9 122:5 169:14
    170:1,6
**effect** 6:2,3 15:2
    104:16 115:16
**Egyptian** 147:15
    148:4
**Eight** 84:19
**either** 16:18 18:24
    33:9,21 48:17 72:16
    76:13 117:21
    134:15 152:19
    172:12 176:21
    181:16
**elaborate** 91:24
    101:4,5
**elected** 174:10
**elevator** 14:13 16:2
    17:1 18:1 19:7
    20:20 23:20,22 24:2
    25:24 56:22 86:5,19
    86:21 139:1,10,15
    139:17,21,22,25
    142:3,17,22,25
    143:11 144:5,9
    145:3,6,17 158:18
**elevators** 20:24
**Elly** 170:2
**emotional** 7:2,4,11,22
    8:8,15 55:17 127:18
    127:23 175:7
    176:22 179:11,16

**employee** 190:12,13
**employment** 10:9
    169:13
**ended** 10:16 35:1
    36:18 92:25
**enemy** 13:13 183:10
**enforcement** 179:4
**engage** 185:3
**engaged** 159:19
**ensued** 184:19
**ensure** 14:5
**entire** 101:24 102:9
    110:21 171:12
**entirely** 35:24 143:24
**entitled** 82:23
**entrance** 184:18
**epidemiologist** 76:17
    109:23
**equivalent** 171:13
**error** 32:25
**ESA** 127:20 128:25
    175:9
**ESQUIRE** 2:3,7,12
    2:16,19
**establish** 55:10 63:13
    86:23
**estate** 123:2 145:23
    146:11,12,13
**estimate** 35:14
**ethnically** 147:1
**European** 159:23
**Eva** 125:4
**evaluate** 125:24
**evaluation** 161:11
**event** 62:5 85:3
**eventually** 149:13
    176:25
**everybody** 144:17
    161:8
**everyone's** 92:1
    101:7
**evict** 16:18 24:17,24
    59:11 89:6,18,21
    152:23 155:9
    156:10,12,25
**evicted** 89:24,25
    150:16 151:7
    156:20
**eviction** 59:8
**evictions** 59:10
    156:15

**evidence** 21:21,24
    22:4,8,10 23:7,12
    23:19 24:3,14,21
    25:1,22,25 32:18
    63:13 64:12,13 65:8
    65:8,10 67:24 89:20
    146:16 147:10,13
    147:18,18 155:7
    158:22 159:8
    160:24 161:3 162:5
    162:7 185:22
**evident** 91:23 101:3
**evidentiary** 155:11
**Evolution** 126:2,5,9
    126:10
**evolve** 62:18
**exactly** 8:10,12 18:4
    37:16 90:18 142:5,7
    142:8 168:11
    180:12
**examination** 3:5,7
    4:11 149:16 155:4
    156:13 162:9
    164:11 181:25
    183:15
**examinations** 129:18
**example** 77:20
**exception** 76:12
    157:9,16
**excess** 39:16
**exchange** 31:6 86:1
    172:1
**exchanged** 82:7 92:19
**excuse** 14:13 95:3
    137:22 171:2
**exercise** 172:12
**exhaustively** 120:24
**exhibit** 12:9,11,12
    29:21,23 78:24 79:2
    84:17,18,21 173:9
    183:24 184:3
    186:25 187:2
**existed** 46:8 157:3
**exit** 134:17
**exiting** 139:14,22
**expecting** 73:2
**expensive** 130:3
    162:16,17,19
**experience** 97:4
**experienced** 161:23
**expert** 26:25 97:22

**167:9
**expertise** 27:1
**expired** 156:23,25
**Expires** 189:13
**explain** 92:7
**explaining** 87:24
**extended** 185:2
**extends** 157:13
**extension** 152:13
**extent** 166:25
**extremely** 146:3
    187:20
**eyes** 177:22
**eyewitnesses** 141:23

**F**

**fabricated** 91:18
    100:20
**face** 85:8 185:1
**face-to-face** 13:16
**Facetime** 11:19 29:3
    50:5 141:2
**fact** 24:15 26:25
    37:17 76:16 92:24
    105:17 110:18
    112:15 115:8
    151:23 169:13
    176:14
**facts** 14:2,10 110:11
    146:23 147:10
    161:17
**factual** 13:6
**faded** 61:12
**fair** 13:20 19:5,7 20:6
    23:25 24:6,23,24
    44:19,24
**fall** 129:11,12,13
    175:13
**falls** 21:3
**false** 85:8
**familiar** 107:16
    129:23 180:22
**fan** 15:3
**far** 55:18 63:20 96:10
    108:2 122:23 133:5
    134:6 174:7
**February** 3:16 17:8,9
    17:12,13 22:5 57:9
    59:15,21 60:16 61:1
    61:11,16 62:3,6
    63:2,20 71:12,14

84:20 85:1 86:12,16
87:7,10,25 88:11
112:4 116:7 137:5
137:10 140:15
141:9,24 143:10
145:7 149:6 154:5
165:3 179:2 184:15
186:15
**federal** 12:23 59:8
109:3 135:24 146:7
156:23 157:3 166:8
167:9 173:9
**fee** 11:9
**feel** 24:9 76:21 85:13
106:14 113:9
**feeling** 55:9
**feelings** 105:6
**fees** 35:23 123:2
150:11
**feet** 25:21 184:21
**fellow** 164:8
**felony** 104:3,8,9
**felt** 24:18 39:21,22
65:3 165:14 185:18
**female** 151:1
**FHA** 166:8,18
**fifth** 143:22
**fight** 74:4
**figure** 138:7 155:12
161:15
**figured** 176:24
**file** 92:5 101:17
122:16 130:7,8
**filed** 12:17,23 13:4
41:4,5,19 56:21,24
64:23 117:13 180:9
187:3,9
**filing** 133:5
**fill** 95:13
**filling** 134:9
**final** 97:6
**financial** 125:12,21
**financially** 126:17
190:15
**find** 11:12 13:7 32:16
52:18 76:10,12 84:5
87:22 89:19 90:2
107:8 116:7 121:12
126:2,3,11 150:2
**finding** 126:5
**fine** 9:8 21:23 43:25

97:15 102:14,16,18
107:25 155:13
156:9 188:12
**finish** 5:21 9:11 17:11
46:12 48:2 51:21,25
52:4 62:14,14 64:19
66:20,21 78:2
108:20 131:8
181:24 186:24
**finished** 4:20
**finite** 123:11
**firm** 90:19 129:6
149:2
**first** 18:5,6 35:24
39:6 40:14 53:23,24
54:11,14 60:24
63:14,25 64:4,25
79:21,24 84:25 85:1
86:17 91:22 93:10
94:18 102:5 111:16
115:9,15 116:2
133:20 135:1 141:4
171:6,10,21 172:9
175:2,8 184:16,22
185:13
**five** 131:7 158:19
**five-minute** 132:5
181:18
**five-year** 98:17
**Flagler** 2:11
**flipping** 171:24
**Flong** 111:18,20
**Flong(phonetic)**
111:17
**floor** 2:10 16:15
67:12,13 85:24
112:21 135:5
149:14
**Florida** 1:1,9,11,24
2:3,7,11,15,19
26:23 27:9,10,12
34:12 83:16 91:2
97:22 118:6,13
121:16 133:13
146:1 156:14,16,24
179:4,20 189:3,6,12
190:2,20
**fly** 92:23
**folks** 60:17 75:25
161:18
**follow** 109:5 155:13

**follow-up** 183:21
**follow-ups** 149:17
**followed** 71:7 85:24
**following** 10:11 152:1
**follows** 4:9
**food** 57:23 58:9,16
135:20
**force** 16:18,18
**forcing** 151:16,18
152:23
**foregoing** 190:8
**forever** 169:11
**forgot** 101:18 138:20
164:7
**form** 5:25 6:9 8:1,11
11:3 12:1 19:9 21:1
23:15 26:24 27:11
28:15 29:7 54:4
72:7,18 93:23 94:7
96:24 97:8 106:6,12
106:20 113:16
116:18 121:21
122:12 123:25
124:20 126:21
127:12,16 130:9
137:11 144:22
146:2 147:3 156:1
159:6 160:14 161:6
161:24 166:14,22
167:3 168:23 186:1
186:6 187:6,15
**formal** 10:24 64:25
65:2
**formally** 10:8
**format** 8:6
**former** 65:7 70:17
111:8 147:14
161:22 168:6
**Fort** 1:24 2:15 190:20
**forth** 30:23 49:21
92:23
**Fortunately** 135:25
**forward** 15:14 22:23
82:14 183:7
**forwarded** 85:17
86:24 131:18
**foul** 103:19
**found** 37:10 116:23
126:3,10
**four** 39:12,16 50:2
99:13,17

**Fox** 161:2
**frame** 153:12
**frankly** 106:21
**frequently** 50:2
144:11
**Friday** 43:23
**friend** 119:3 169:21
169:22 170:2
181:11
**friendly** 13:24 39:23
72:25 75:21 110:2
111:11 134:5,6
163:2 187:21
**frightened** 16:6 85:21
**front** 29:19 58:21
81:19 184:18,25
185:1,5,16
**full** 24:25 37:8,13
51:21 80:11 92:1
94:10 101:7 117:8
120:20 122:7 171:9
174:14
**full-time** 49:20 138:9
**further** 107:4 183:12
187:22 190:11

———————

**G**

**gain** 145:19
**garage** 101:8
**gate** 184:18,25
**gather** 119:3
**gathered** 160:25
**gathering** 158:5
**gauntlet** 143:14
**gay** 75:18
**gee** 35:6
**Gelber** 34:14,15 51:3
**general** 111:23,25
148:17,20 149:3
170:14 176:6
185:17
**generally** 6:18
**gentleman** 61:22
107:17 142:4
180:22
**getting** 14:23 15:1
64:18 121:4 123:9
127:5 136:4 139:25
161:16
**GG** 189:13
**girlfriend** 85:22

102:17 184:24
**give** 17:4,6 22:3,8
26:14 43:14 55:24
62:9 64:12,12 65:8
84:5,10 93:17 98:24
117:17 125:17
130:16,18 155:15
162:5,5 169:24
170:10,24
**given** 9:19 25:11 46:3
55:19 71:19 116:25
143:17 152:24,25
190:9
**gives** 116:21
**giving** 15:18
**glass** 16:10 129:20
**globally** 144:23
**go** 4:25 5:1,18 7:16
12:19 13:5,11 15:13
15:14 42:19 43:13
51:5 53:1 56:7
62:16 73:24 74:23
75:4 77:18 85:23
90:14 98:1 100:18
101:22 102:2,6
106:24 108:22
121:12,23 125:25
126:24,25 139:18
152:7 169:9 183:17
183:24
**God** 144:7 167:7
**goes** 65:22
**GOGGI** 2:14
**going** 4:18 12:8 25:10
32:11 37:19 38:5
42:19,21,25 43:10
43:18,19,21,24
44:21 52:3 61:5
62:11,17,24 63:1
66:22 70:11,20
74:22 78:23 84:16
98:4 101:15,19
108:16 109:2,4,6,7
113:7 120:19
122:20 123:4
124:12 128:10
130:5 132:4 137:6
143:25 155:23
167:20,23 168:2
169:10,11 173:8,11
174:25 175:3 176:7

176:9 177:22
182:25 183:1,19
185:25 187:24
188:3,13
**Goldring** 155:2
**GONZALEZ** 2:10
**good** 4:13 85:9
108:25 131:6
142:20
**Goodness** 46:15
**Google** 105:17
**Googled** 105:18,19
120:12 126:1
156:17 187:10,11
**gotten** 33:24 101:25
105:10,10,11
161:20 176:23
181:7
**governing** 116:13
117:12
**Governor** 156:20
**grainy** 25:20 88:25
**grand** 93:16,17
127:11
**grave** 70:8 72:3
**great** 70:15
**green** 95:15
**ground** 101:21 135:4
135:5,17
**grounds** 101:20
172:20
**group** 136:24 161:18
**guarantee** 122:20,22
122:23
**guarantees** 122:24
**guess** 17:7 48:5 49:2
50:6 58:12 60:17
62:23 65:2 86:4,6
86:11 107:3 118:17
148:1 165:3
**guessing** 76:7
**gun** 82:24
**guns** 82:20,22 83:2
83:10,13,15
**guy** 85:7 160:6
**guys** 44:11

**H**

**H** 3:11
**Hacker** 1:23 189:5,12
190:5,19

**hairs** 107:25 108:2
**half** 44:21 140:15
**hall** 16:14,14 158:13
179:7
**hallway** 26:13 115:2
140:7
**hallways** 113:4
**Halvatzis** 31:22,24
32:1 38:11 39:3,4,7
39:10,15,17 40:4,10
41:18,22 42:11
102:19 111:14
133:9,10,20,25
134:5 136:4,6,11,23
161:4 162:10,14
163:10,21 164:2
**Halvatzis'** 134:3
**Halvatzis's** 164:5
**hammered** 162:12
**hand** 89:7 92:25
**handle** 70:4
**handling** 70:1 149:2
**hands** 34:11
**handwriting** 93:4
94:11 101:1 161:14
187:17
**handwritten** 91:21
100:24,25
**hang** 92:15 101:25
**happen** 62:24 97:19
106:5 132:3 177:22
**happened** 17:15,18
33:11 34:15 47:21
52:17 57:3 60:14
61:18 69:1,6 70:1
105:14,15 133:7
139:2 140:10
142:11 145:12
161:17,19 176:2
**happening** 39:20 65:4
86:22
**happens** 97:19 105:8
144:5,10
**happy** 35:7 98:24
124:14 130:11
**harass** 21:13
**harassed** 72:17 81:18
82:2,4 84:2
**harassing** 102:10,16
102:22 159:3 178:4
**harassment** 73:14

**hard** 63:13 64:21
86:22 89:22 105:6
162:7
**hat** 161:1,2
**Hayes** 75:16,16
109:18,21,24 113:6
113:21 118:6,16
137:23 164:25
178:5,8
**head** 107:20
**hear** 5:14 15:5,6,10
15:11 20:13 28:16
38:4 40:7 48:16
59:13,16,18 68:12
68:13,15,18,22 69:5
75:8,13 81:20,22,25
82:8 83:6 135:21
160:15 161:21
171:4
**heard** 20:13,15,16
26:12 27:19 37:3
38:7 65:25 71:4,6
73:7,11,16 75:12
79:21,24,25 81:24
82:7 83:13 86:20
88:8 103:15 105:22
105:25 119:16
133:3 135:19 136:8
145:9 149:15
155:16,16,19,22
156:3,7 158:24
160:15
**hearing** 14:17 15:9
21:22 42:18,22 43:3
44:22 64:11 82:19
86:18 103:2 141:14
155:20 156:8
**hearings** 155:6,11
**heated** 81:20
**held** 50:2 155:6
**help** 91:3
**helped** 37:9 58:20
**helpful** 44:6
**helping** 90:22
**heritage** 148:5
**hey** 150:9 169:6,10
**high** 185:3
**hire** 30:12
**hired** 34:12 90:19
91:2 161:10
**hissing** 14:23

**historical** 147:18
**historically** 131:15
**history** 73:14 76:15
94:21 146:22
147:25
**hit** 68:23
**hold** 98:12 106:20
123:15 150:2
**holding** 171:16
**Holland** 48:7,10,13
48:15
**home** 14:6 73:6 77:9
77:15,17 114:17
124:16
**honest** 68:9 167:7
**honestly** 80:16
114:15 128:11
**hope** 144:7 154:3
163:7
**Hopefully** 23:6
**hoping** 64:9
**horrible** 24:10
**host** 48:21
**hosted** 57:11
**hour** 44:22
**hours** 43:23 109:6
**house** 77:14 114:19
115:2,3
**housekeeping** 42:16
**houses** 123:9
**hovering** 185:2
**hum** 15:5
**humming** 56:6
**humor** 109:12
**husband** 22:18 39:12
39:14 49:18 69:21
69:25 85:13 114:19
114:25 149:12
170:3 186:9

**I**

**idea** 141:12 148:22
149:21 158:16
176:9
**Identification** 12:11
29:23 79:3 84:22
187:2
**identified** 119:18
**ill** 140:11
**illegal** 40:6,12,16
**imagine** 19:10 136:2

142:8 176:1,8
**immediate** 75:15
**immediately** 85:14
**impact** 125:12
**impediment** 54:19
**important** 54:2 72:3
73:15
**impression** 37:7
75:25 76:1 124:9
139:24 169:4
**improper** 40:6,12
69:11
**improperly** 42:12
**inaccurate** 102:12
**inadvertently** 32:25
**inappropriate** 20:8
**incepted** 165:1
**inception** 11:7 80:22
124:23
**incident** 17:13,25
19:14 23:19 25:24
27:14,17 28:14
29:24 30:2,10,24
31:2,7 56:21,25
57:5,6 61:4 71:13
81:17 82:10,16 86:5
86:15,17,19 87:8
104:13 129:21,23
130:2 131:21
132:13,19,21,23
137:5 138:23
140:14 141:24
142:3,11,16,22,25
145:10 149:7 154:5
158:18 159:9
180:16 185:20
186:16
**incidents** 21:6 25:13
129:18 131:25
132:11,14 144:21
**include** 58:7 111:14
**included** 34:4 47:3
174:5
**including** 94:10
129:19
**income** 121:7
**incorrect** 92:13 93:8
98:2,5,9,13
**incredible** 37:10
**independent** 30:1,9
48:4 161:11

**independently** 30:13
**indicate** 73:11 128:8
  146:18,24
**indicated** 96:25 154:4
  155:5 169:10
**indicates** 26:8
**indicating** 115:14
  147:7
**indication** 185:10
**individual** 1:4,5,10
  1:12 154:15 167:15
  177:17
**individually** 41:25
**individuals** 42:6,7,8
  42:10
**inform** 17:20 34:3
  175:8
**informal** 176:3
**information** 16:7,22
  30:1 36:21 47:13
  57:14,16 58:8 88:6
  89:6,22,23 105:1
  108:9 128:7,15
  134:9 139:8 140:10
  146:23 147:6,10,13
  147:17 158:5,22
  161:20 166:13
  182:3
**informed** 8:25 9:6,17
  15:25 17:9,12 18:8
  36:17 37:15 60:14
  70:10 130:13
  150:25 170:8
  175:11 178:11,17
**informing** 17:25
  175:6
**initial** 110:10 121:17
**injunction** 3:17 187:1
  187:4
**inquiries** 83:1 176:6
**insert** 120:10
**inside** 28:3 113:1
**insofar** 23:16
**instance** 9:10 11:19
**instances** 65:24
**instructed** 22:21
  162:1
**instructing** 167:5
**instruction** 166:21
**insufficient** 25:15
**insulted** 18:2

**insurance** 130:20,22
  131:3,4,13,16 133:6
  133:6
**intended** 129:19
**intends** 92:5 101:17
  153:18
**intention** 49:22
  176:25
**intentionally** 162:21
**interaction** 81:25
  139:15 140:3 141:3
**interactions** 111:22
**interested** 63:10
  149:18 190:15
**interesting** 116:19
  125:3
**interestingly** 118:25
  134:4
**interior** 172:19
**Internet** 120:18
**interrupt** 92:15 131:5
**interrupted** 83:3
**interview** 45:2,7,10
  47:11,16,20 48:5
  49:10 50:12,13
  119:11 140:22
  175:19,22 176:17
**interviewed** 50:17,18
  50:23 95:21,22
  119:13,14,15 126:7
  176:3 186:3
**intimating** 116:1
**intimidated** 26:5
  160:12
**intimidating** 159:14
  160:13
**intimidation** 14:5
  26:8 31:14
**introduce** 86:7
**investigate** 6:7 19:13
  21:17 30:13 57:17
  58:11 65:17 83:12
  83:19,22 84:1
**investigating** 87:23
  182:4
**investigation** 30:10
  48:4 71:17 83:9
  179:23
**investigator** 30:12
**involved** 50:7,12
  96:14,16,18 108:7

129:2 132:3 133:6
  134:8,24 136:5
  141:13 163:9,15
  175:16
**involvement** 10:19
  26:1 32:20
**involves** 182:16
**involving** 63:11
**iPad** 86:25
**irrespective** 54:9
**Island** 118:25 119:5
  133:13,14,15 146:9
**Israel** 2:6,6,7 3:5,7
  4:12,15 5:11 12:8
  12:12 15:16,22 27:5
  27:7 29:21 42:15,23
  42:25 43:4,10,13
  44:8,12,16,20 45:1
  48:7,9,12,24 49:2,5
  49:8 66:20 68:12,16
  68:18,22,25 69:4
  73:23 74:5,8 75:2,7
  75:9 77:6,16 78:23
  83:4,7,8 84:15,19
  94:1,2 97:11,15,16
  99:18,21,23 106:23
  108:19 109:17
  119:9 127:19
  132:12 137:4 142:5
  152:4 157:21 160:9
  173:9 177:5 181:25
  183:16,20,23
  186:25 187:18,22
  188:1,13,15
**Israel's** 129:17
  149:16 155:4
  156:13 162:9
  164:10
**issue** 21:11,22 30:19
  66:24 109:16
  115:13 122:3
  134:25 165:8 170:9
  174:17 179:2
**issues** 21:18 33:14
  35:20 77:12 90:23
  118:2 154:16

_____

**J**

**January** 6:6 17:17
  32:24 33:5,11,17
  34:6,25 35:15,16,17

37:11,23 45:20 46:5
  46:6 51:14 52:9,20
  52:25,25 53:2,8,11
  53:12,16,19 54:7
  60:16 94:16 98:25
  116:6 122:10,15
  164:24,25 165:4
  170:13,22 171:5
**jaundiced** 161:18
**JoAnn** 6:2,3,16 93:7
  93:13 148:15 161:8
**John** 52:24 85:6,9,22
  85:24 88:3,4 119:4
  147:11 156:6
  178:18
**joined** 48:12
**joking** 109:12
**Jonathan** 111:17,18
**JR** 1:4
**judge** 92:7 151:7
**July** 3:15 36:11,15,18
  36:23 37:5,11,12
  38:13,13 52:24 53:4
  53:9,17,20,22 54:6
  62:25 64:3 79:1,4
  80:5 90:3,16 98:25
  99:7,7 100:14
  154:12 165:18
  172:2,7 179:18
  180:1 190:16
**jumped** 25:17
**jumping** 109:4,6
**June** 1:15 36:5 66:12
  66:16,16,17 67:19
  107:18 189:8,9

_____

**K**

**kangaroo** 155:25
**keep** 43:10 44:6 98:4
**keeper** 168:7
**kept** 64:11 76:9
**keys** 37:9 55:24
  170:24
**kid** 169:11
**kidding** 177:12
**killing** 168:25
**Kimberly** 1:23 48:18
  189:5,12 190:5,19
**kind** 20:19 29:2 57:12
  134:6 162:14
  185:22

**kinds** 126:25 144:24
**KISSANE** 2:18
**knew** 36:16,18 37:18
  37:19 62:25 63:1,11
  69:10 110:17,20
  111:25 119:22
  123:5 128:12
  133:23,25 138:19
  141:1,11 157:24
  170:23 174:21
  175:12 176:18
  177:21
**know** 6:1 7:24 8:10
  8:12,12 9:9,13,14
  9:17,18,20 10:4,10
  10:12,15,18,22,24
  11:4,5,21 12:14,16
  13:7,21 14:10,20
  15:4 16:15 17:15,15
  18:13,23 19:2,2,3,4
  19:11,11 20:1,10
  21:2 25:5 27:10,12
  27:13 29:8,9,18,20
  30:5 32:7,9,9,10,15
  33:2 34:2,3,13 38:8
  38:21 39:8,9,14
  40:15,15 41:1,3,6,8
  41:8 42:1,16,19,19
  43:3,19 45:9,22
  46:10,25 47:5,7,9
  48:7,10,11,13,17,20
  49:14 50:8,9,11
  51:7 52:3,7,19
  53:12,15 54:13 57:7
  57:13 58:17 60:12
  61:18,24 63:18,23
  64:9,21 65:7 66:8
  67:11,15,17,18,25
  69:1,6,23 70:11,11
  71:3,5,8 72:8,9
  73:15,17 74:12,14
  77:11 78:6 80:7,8,8
  80:15 81:4,17,21
  82:22,23 86:7,9
  87:11,20,21 92:14
  92:21 93:5,13 94:8
  94:8,20 95:24,24
  96:4,4,9,10 97:2
  100:22 102:19,21
  103:17,18,19,23,25
  105:22,25 107:21

107:25 108:6 110:4
110:15,20,22,24,25
111:12,25 112:6
113:10,11,12
115:21,23 117:1
118:8,9,11,12,14,24
119:6,7,13,14,20,24
120:5,6,7,23 124:1
124:7,24,24,25
125:20 126:15
127:1,22,24 128:2,6
128:12,18,23 129:2
129:9,16 130:5,9,18
130:21,22 131:2,23
133:7,10,13,16,23
133:25 134:3,6,7,15
134:24 135:1,16,16
136:3,10,20,23
137:4,15 138:5,7,9
138:12,15,19 139:4
139:11,12 140:5,7
140:18,18,24,25
141:1,8,10,11,22,25
142:7 143:12,23
144:1,1,11,24 145:2
145:2,4,8 146:8,20
146:20,22 147:25
147:25 148:2,3,11
148:18,18,23
150:11,13,24,25
151:12 152:11
153:18,21,23 154:1
154:4,18 155:17
156:2 157:9,11,11
157:12,14,20
159:16,25 160:18
160:23 162:13,23
163:7,18,20,23
164:5,9 165:9,16
167:6 168:7,10,11
168:17 169:13
170:13 173:11,15
173:23 174:3,8
175:14,14,23,25
176:2,18 177:5,7,7
177:9,11,12,14,15
177:16 178:12,14
178:15,22,22
179:10,13,14
180:11,25 181:4,6,8
181:10,15,15,16,16

182:25 183:1
186:17,18,21,22
187:17,21
**knowing** 70:8
**knowledge** 56:17
92:1 101:7 129:14
130:1 140:24
143:16 147:21
177:17
**known** 41:15,15
105:20 135:3
143:14 164:7 178:8
**knows** 32:9 46:16
113:2 159:17
178:20
**Kozinski** 168:19

**L**

**La** 1:9 5:4,7,24 6:23
9:12 10:6 11:2,6,16
11:24 12:18,19
40:21 42:5,12 67:8
79:13 81:12 124:7
129:10 133:10
138:10 147:21
173:14
**ladies** 76:20,25 77:2,5
77:22 78:9,13
**lady** 70:18 148:4
**laid** 177:22
**Lakes** 2:2
**Landis** 134:13,17
**landlord** 158:2
**landlord's** 131:4
**landlord/tenant**
156:16
**landlords** 125:10
**Landon** 118:24
**lane** 134:20
**language** 103:19
164:16 169:25
**laptop** 15:5
**late** 77:3 127:3
**latest** 91:16
**Latin** 148:5
**Lauderdale** 1:24 2:15
190:20
**Laurie** 67:6 143:22
147:8 149:12
**law** 2:2 26:23 27:9,10
27:12,13 49:20 59:7

59:8 76:2 89:24
90:9,12 97:22 129:6
149:1 167:9 179:4
**lawful** 11:10 16:20
89:5
**lawfully** 63:9 82:23
**laws** 59:9 89:4 146:7
156:10
**Lawson** 22:19 52:24
53:9,17 59:14,24
60:21,25 61:1,6,10
61:15 69:9,14,16,22
70:7,8,21,25 71:4,4
71:5,8,9 81:18,23
84:2,8 85:22 88:3
96:13,25 97:24
110:9 111:16 119:3
119:4 138:2 143:20
143:21 147:11
156:6 159:4,9,13,14
170:6 178:18
**Lawsons** 119:5
**lawsuit** 5:5 14:3
40:17,19 41:4,5,19
64:23 70:12 109:3
114:12 117:11
122:16 124:18
136:5,8,10,17 137:1
154:16 163:22,24
164:3 166:8 172:13
181:9
**lawsuits** 180:9
**lawyer** 26:20 27:4
70:17 94:9,9 97:4
107:10,12,14,15
115:21 149:2 164:8
179:20
**lawyers** 55:11 115:22
**lead** 184:21
**leads** 29:9
**Leah** 114:23
**learn** 147:5
**lease** 11:7 22:3,9
23:17 24:25 25:1
32:24 33:2,5,8,18
33:25 34:4 35:1,13
36:2,8,10,19,24,25
37:4,8,13,13,17,18
37:19 38:1,6 46:17
46:25 53:19,23
54:11,14,16 63:13

64:10,13 80:19,22
80:24,25 81:2,5,8
91:9,10,10,13,13,17
91:22 92:2,8,18,20
92:24 93:4,7,8,9,14
93:15,16 94:4,10,19
98:8,10,14,17,17,18
98:21 99:25 100:4
101:2,9,20 112:2
116:15,15 119:17
119:17,18 120:11
120:23,24,25 121:1
121:4,17,23 122:5,8
123:8,15,22 124:4
124:23 126:12,20
130:24 131:3,16
153:25 154:11
156:9 165:1 167:20
167:23 168:14,15
168:18,20,24 169:1
169:3,4,5,12,24,25
169:25 172:11,16
172:19 173:4 174:1
174:6 175:3,23
**leased** 54:7,9 181:1
**leasehold** 153:19
166:20
**leases** 33:7,14 93:11
93:20 96:14 97:1,5
116:8 122:23
173:24 174:3
**leash** 25:18 89:2
129:21
**leashed** 25:21
**leasing** 54:20 115:5
120:15 125:14
137:14
**leave** 44:16,17 49:22
62:25
**left** 22:23 32:24 49:15
55:9 73:12 76:9
77:6,13 95:9 112:5
112:9
**length** 116:21 157:25
**Lepselter** 34:4,8,21
51:4 100:10 121:6
169:17 170:2,6,19
170:24
**lesbian** 178:4,14
**lessee** 168:19
**let's** 29:21 34:24

36:20 44:6,8 66:19
73:24 77:18 90:14
92:12,16,16 98:1,4
100:18 102:6
106:24 108:16,22
109:16 116:7 183:5
**letter** 6:2,3,16,18,18
7:13,19,20,21 8:17
8:18 22:5 36:14,24
37:2,12 87:5,24
88:4,14,16,17 98:3
104:1,5 107:13,17
107:21 127:25,25
128:1 155:15
172:12 180:11
**letters** 9:2,7 22:4 23:1
64:15 84:5 162:3
**level** 135:17
**levels** 135:18
**Lew** 31:22 102:18
133:9 162:10
**liability** 1:11 173:16
**liars** 24:12
**license** 101:5
**lie** 98:23 101:9,11
158:8
**LIEBLER** 2:10
**lied** 24:9 158:7,8
186:8,14
**lies** 186:5
**life** 110:22 143:25
146:25
**light** 84:12 95:15
**limit** 176:19 177:2
**limitation** 98:15,16
176:16
**limited** 1:11 123:21
173:16
**line** 48:18 92:17
174:9 181:24
**Lipsitz** 75:16 109:18
109:22 113:6,21
118:6,16 137:23
178:5,9
**Lipsitz's** 165:1
**listed** 119:19 173:22
173:23
**listen** 68:8
**listing** 183:4
**litigation** 62:8,8,12
62:17 63:5,12 74:8

74:9,9 172:13 182:15
**little** 5:14 10:13 11:11 16:23 18:7 21:15 25:11 52:8 72:23 127:21 133:9 143:25 176:4
**live** 38:9 67:12 102:13 118:9,12 120:4 125:17 168:5 176:25
**lived** 77:17 102:20 119:20 133:12 148:3 151:22,23 169:22 176:5 178:21
**lives** 16:14 135:5,17 138:12,20,21 146:8 162:22
**living** 143:15 147:22 148:5 158:17 164:2 165:2 168:6 176:7 183:7
**Liza** 57:21,22 102:18 134:8 178:20
**Liza's** 85:13
**LLC** 1:11 2:5,9 41:6 41:6 173:15,16 174:3
**lobby** 82:2 83:24 113:4 155:11 184:17,25 185:16
**locate** 116:8
**located** 114:25 133:15
**log** 43:7,14 49:4 68:25,25
**logged** 48:21 134:12 134:21
**logging** 134:17
**loitering** 104:16
**London** 126:16
**long** 22:4 42:19 47:5 87:24 115:3 118:25 119:5 126:8 133:12 133:14,15 138:6 146:9 167:23 168:21 178:21
**longer** 112:6 183:7
**look** 19:2 29:2,16 31:2 76:15 108:16

120:15,19 125:19 144:23 169:7 173:10 183:7
**looked** 12:21 19:4 108:15,15 117:12 119:23 120:17,17 120:18 156:17 160:12 187:8
**looking** 19:1 36:7 89:22 114:13 160:9 185:23
**looks** 18:24 29:14,19 57:23 58:17 65:8 81:16 101:11 107:6 177:11
**lost** 168:9
**lot** 16:22 33:13 36:20 51:23 54:24 105:6 108:19 125:22 126:23 127:13,14 144:20
**lots** 30:22 113:5
**loud** 26:12
**louder** 164:1
**love** 169:12
**lower** 75:19 111:3,9
**Lubliner** 2:2,3 5:25 6:9 8:1,11 11:3 12:1 19:9 21:1 23:15 26:24 27:3,6,11 28:15 29:7 42:18,24 43:2,6,12,16,21 44:1,10,14,19,24 48:14,23,25 49:4 51:23 64:19,21 68:13,20 72:7 73:22 73:24 74:6,18 75:4 90:8,9,12,12,16 91:5,7 93:6,23 94:7 94:12 96:24 97:8,13 99:12,16,19 106:6 106:12,20,25 109:11 113:16 114:5,10,14 116:18 121:21 122:12 123:25 124:20 126:21 127:12,16 131:5 134:13,20 136:25 144:22 146:2 147:3 156:1 159:6 160:14 161:6

161:24 166:10,21 166:25 168:23 179:18 180:2,4,12 181:20 183:21 186:1,6 187:6,15
**Lubliner's** 90:19
**Luchey** 1:5 2:22 6:14 6:22 7:8,11 11:5,23 12:18 14:12 15:25 16:1,24 17:1,24 18:1,9,14,17 19:7 19:14 20:9,12,14,20 22:15 23:19 24:13 24:22 25:14 26:3,6 31:21 34:17 35:10 40:13 41:13 45:4,17 45:24 46:2 47:14 49:10 50:3,12,23 56:22 60:15,18 63:15,22 64:2 67:20 69:11 70:9 71:16,23 72:14 82:5 86:4 87:9,17 89:8,14 94:25 95:19 119:15 122:9,14 127:20 128:8,15 129:3,6,9 137:15 138:25 139:7,14,21 140:9 140:12,19,22 141:8 141:15,20,24 142:1 142:2,15,19 143:1 143:11,18 145:6 148:10 150:16 151:6,15,22 152:7 152:16,23 154:6 156:19 157:24 158:20,21 159:20 161:5 170:17 172:14 175:6,19 177:19,21 178:11 182:2 187:3,12
**Luchey's** 24:1 35:20 47:19 56:16 120:9 125:6 148:6 174:4 174:20 175:1
**lunch** 44:1,4,22

—————————————
**M**

**MAC** 1:10 2:4 4:15 9:15 10:5 12:20 20:7 26:1 32:19

40:5,12,20,23 41:5 41:13,19,23 42:2 77:21 78:4 79:17 81:14 94:24 95:2,5 95:10
**madam** 12:9 15:16 84:15
**Magnowski(phonet...** 169:19
**mail** 28:13 66:15 87:6 114:24 179:22
**maintenance** 9:24
**majority** 138:12
**making** 16:17 18:17 20:8 23:8 72:3 76:12 87:18 99:21 112:16,17,20,25 157:4,5 160:17
**man** 93:16 155:20 159:4
**managed** 10:6
**management** 1:10 2:5 2:8 29:14,17
**manager** 9:22,25 10:1 49:13,15,16,20 60:25 69:20 70:1,5 96:23 103:21 153:4 156:7 173:22,23,24 186:10
**managing** 173:18
**manner** 185:4 186:11
**Manzo** 1:19 3:4 4:1,6 9:3 12:5 14:16 28:1 45:5 70:16 79:6 84:23 91:11,23 97:17 98:7 100:1 108:25 109:16 121:8 124:17 135:25 149:6 153:2 166:7,15 171:6 173:7 174:14,15 175:18 180:14 183:20 188:3 189:6 190:7
**Manzo's** 91:13,20 98:10 100:3 101:4
**marathon** 44:23
**Marchel** 67:6 143:22 147:8 149:12,18,23 150:5,15,22 151:9 151:16,24 152:5,17

154:19,20
**Marchel's** 180:15
**Marchels** 179:10
**Marchese** 2:16 3:6 14:22,22 15:6,13 48:17 108:22,24 109:1,12,15 114:8 114:11,16,21 131:8 131:10 132:9 134:14,22 171:2 181:17,23 183:12 187:24
**Marie** 85:9,11
**Marinis** 22:18 49:17 50:3,7,11 69:21,25 70:7,24 71:8 81:5,8 163:21 166:1
**mark** 12:8 29:21 74:2 74:5,16 78:24 84:16 180:23,24 181:7,11 186:25
**marked** 12:10 29:22 79:2 84:21 173:9 184:2 187:1
**market** 121:12 127:10
**married** 119:4
**MARSHALL** 2:14
**Mary** 1:10 4:15 8:25 10:2,3,5,9,13 12:19 16:21 19:18 21:20 22:20,22 23:2,11 25:9 26:10 27:15,22 30:3 32:19 33:1,7 33:10 35:3,5,9 37:7 37:13,20 38:1 42:2 45:16 59:2 60:7,8 63:18 64:8 85:2,2,9 85:13 86:18,24 87:1 87:6,24 88:17 93:13 94:24 95:2,5,6,10 95:12,12,13 97:1 100:13 116:21 117:3 130:14 131:19 155:19 156:3,8 157:22 158:4,24 159:15 161:21,25 162:2,3,4 168:13 169:2 170:25 174:21 175:5,16 185:7

186:19
**Mary's** 59:4
**matter** 40:24 135:24
  152:15 155:24
  156:11 168:19
**matters** 4:25 66:7
  106:14 108:10,11
  108:12 153:7
**McFadden** 1:10 2:4
  4:15 8:25 9:15 10:3
  10:3,5,16,18,22
  12:19 16:8,21 19:18
  19:22 20:7,12,14,18
  21:20 22:11 23:12
  24:12 25:9,11 26:1
  27:22 28:3 30:3,16
  31:6 32:19 33:1,6
  33:18,24 34:9 35:10
  35:19,25 38:1 40:5
  40:11,19,23 41:5,12
  41:19,23 45:19
  46:13,21 51:12
  52:11,14,19 53:7,16
  54:23 57:15 58:13
  60:7,8 70:14 77:20
  78:3,8 79:17 80:13
  80:24 81:14 83:14
  85:2,5,18 89:3
  91:19 95:22 96:2,4
  96:10,13,22 97:5
  100:21 103:24
  120:22 130:5,14
  132:17,20,25
  142:25 157:23
  161:21 168:13
  170:7 174:14,20,24
  180:19,23,24 181:7
  181:12
**mean** 45:12 46:10
  72:24 73:2 82:4
  85:20 92:15 102:4
  110:3 114:5 132:22
  138:3 143:5 148:19
  151:8 177:13
**meaning** 129:15
  157:22 179:24
**meaningful** 104:23
  123:1
**means** 165:10
**meant** 124:3
**medical** 7:18

**meditated** 14:4
**meet** 13:16 76:11
  95:19
**meeting** 13:12,14,15
  13:18 26:11 47:5,11
  52:25 53:2,2,11
  143:10
**meetings** 53:14 60:23
  154:9
**Megan** 1:5 2:22 12:18
  14:6,9 16:11 39:22
  47:12 60:3,4 69:14
  95:15 130:17 133:2
  174:16
**Megan's** 174:17
**member** 13:22 16:25
  18:1,13 20:23 39:24
  42:12 85:19 87:3
  95:19 96:10,19
  143:22 147:15
  148:8 154:9 173:18
  173:20,21
**members** 16:2 96:8
  102:11 104:6 105:1
  110:6,13,13 111:7
  132:16 154:24
  158:6,20 161:22,23
  172:7 182:11
**memorize** 128:1
**memory** 139:16
  178:7
**Memphis** 119:24
  120:1,8
**menacing** 85:15
**mention** 19:20
**mentioned** 19:18,21
  19:23 38:8,9 59:6
  104:10 126:11
  138:4 148:4 172:9
  174:2 182:1
**mentioning** 138:1,2
**Mercedes** 162:17
**message** 85:1,17,19
  87:1,2
**met** 4:14 13:8 29:2
  119:2 134:2,4
  177:11 178:13
**Metals** 126:2,5,9,10
**Miami** 2:11,19
**Michael** 2:12 42:20
  43:16 44:21 188:1

**microphone** 5:13 9:5
  184:5
**middle** 59:17 62:7
  70:12
**midst** 94:17
**Mike** 5:17 48:13
**mind** 26:4 31:15
  34:19 42:11 47:24
  90:15 121:3 123:2
  124:2,15 141:11
  188:12
**mine** 73:20 101:2
  161:14 169:21,22
**minimum** 123:14,16
**minorities** 147:22
**minute** 15:19 90:2
  177:22
**minutes** 43:14,22
  44:3,3,5 49:1 84:13
  126:24 131:7
**mischaracterizing**
  99:13,15
**misdemeanor** 107:22
  108:4
**miserable** 144:1
**misspoke** 67:5 170:5
**misstatement** 101:10
**mistreated** 76:8
**misunderstood**
  119:10
**mixed** 148:2
**moments** 184:19
**Monday** 17:17 92:5
  101:18
**money** 125:22,23
  127:10,13 136:13
  136:16
**month** 18:5 37:19
  67:2 80:18 93:18
  131:22 171:11,11
  171:13,20
**month's** 121:15
  171:14
**month-to-month**
  153:11
**months** 38:6 46:4
  64:11 80:2,3,7,13
  80:25 81:6 91:14,19
  92:2 93:17 98:22
  99:14,17 100:5,21
  101:9,21 102:10

112:2 115:15 121:4
  122:25 124:3,13,14
  153:21 171:11
**mood** 114:9
**moratorium** 156:14
  156:20 157:12,13
**moratoriums** 157:3
**morning** 4:3,22 47:7
  58:22 61:11 62:6
**moth** 130:6
**mothball** 131:21
  132:13,19,23
**mothballs** 129:22,24
**mother** 177:18,23
**moths** 130:4 132:1
**motivated** 147:1
  148:9 149:7,9,10
**motivation** 148:11,12
  148:13
**motive** 152:25 158:12
  158:13
**motives** 158:10
**mouth** 5:13
**move** 5:13,17 37:9
  96:5 97:7 110:10
  114:2 122:9,14
  123:6 146:15 155:9
  164:21 165:4
  176:21
**moved** 16:1 17:7,16
  17:16,24 37:22
  60:15 94:24 111:16
  112:4 113:6,21
  151:20 164:21,22
  164:23 169:3
**moving** 34:1 45:4
  56:10 131:12
  140:23 170:18
  175:20 176:24
  177:19
**multiple** 91:9 92:8,18
  92:20,22,23 98:19
  129:18
**mute** 68:23 83:5,7
**mystery** 10:13,15

**N**

**N** 3:1 14:14 16:3
  20:12 85:23 87:9,18
  184:24 187:13
**N-I-C-K-S** 128:5

**N-Y-X** 128:5
**nailing** 162:21
**nails** 31:16,19 32:1,5
  32:7,12,14,17,20
  162:10,12,21,24
  163:9,17
**name** 4:14 14:7 58:25
  107:18 114:23
  120:17 128:2 138:3
  169:19 170:10
  180:22 181:4,7,15
  181:16
**named** 178:18 181:11
**names** 110:3,8 111:15
  138:5,6,7 163:3,5
  187:11
**Nassau** 133:17,18
**nastiness** 76:4
**nasty** 75:20 102:17
  145:16 178:11
**naturally** 43:24
**nature** 50:25 145:25
**nearby** 77:16
**necessarily** 70:15
  73:25
**necklace** 56:9
**need** 21:20,21,21,24
  22:1,8,22 35:6 43:7
  44:2 46:21 63:13
  74:4 95:1 114:1
  122:6 162:2,7 175:8
  188:12
**needed** 7:21 23:7
  25:2,8 63:2 70:3
  101:20 123:9,12
  125:20
**needs** 7:11
**negative** 20:14
  102:23 147:2 148:9
**negotiated** 126:13
**negotiating** 92:22
  94:17
**negotiations** 92:21
  93:10
**neighbor** 159:12
  160:2
**neighborhood** 111:12
  146:8
**neighborly** 66:19,24
  67:1
**neighbors** 134:2,4

146:14
**neither** 68:5,7 114:10
**never** 20:13,15,16
  24:8 35:3 36:1,3,4
  37:18 41:18 60:24
  71:7 76:1,5 80:18
  80:19 81:1,2,3,8,9
  83:1 88:4,4,8,9,19
  93:1,8,15 95:7
  98:24 99:3,10 100:6
  100:25 102:15
  103:5,20 116:25
  117:11,20 119:2,16
  122:22 133:3
  135:22 137:19
  150:8 154:4 156:8,8
  157:7,17 158:7
  160:5 163:4 167:8
  168:1,2 169:2,8
  174:8 177:9,10,10
  178:13 179:7 185:7
  185:8 187:7,8,16
  188:12
**new** 27:13 52:18 53:4
  115:14 121:12
  149:20 154:24
  165:4 173:16
**nice** 162:15
**Nick** 169:19 170:4
**Nicks** 128:3,4,5
**niggers** 14:14 16:5
**night** 59:17 77:3
**nine** 167:19
**nine-year-old** 167:24
  168:5
**noise** 56:6 77:9
  112:13,14,16,17,19
  112:20,22,23,25
  113:5,7
**non** 182:7
**noncompliant** 55:8
**nonpayment** 172:17
  172:18
**nonresponsive** 5:18
**nope** 179:6
**Nora** 112:16 147:14
  148:3
**Not-For-** 1:9
**notary** 58:22 189:5
  189:12
**notes** 138:4,21 142:6

168:12 171:24
**notice** 62:22 63:25
  64:5 112:15 126:24
**noticed** 37:10
**noticing** 126:6
**notified** 53:14
**notwithstanding**
  16:20 89:24
**November** 154:1
**nuisance** 155:7 157:4
  157:10
**nuisances** 157:15
**number** 12:11 29:23
  38:20 79:2 84:21
  187:2
**numerous** 22:4
**Nyx** 128:16 129:3,6
  129:10,15 175:7

─────────
**O**
─────────

**oath** 4:9 62:5 182:17
  189:1
**obedient** 66:1
**object** 5:25 6:9 8:1,11
  11:3 12:1 19:9 21:1
  23:15 26:24 27:11
  28:15 29:7 72:7
  93:23 94:7 96:24
  97:8 106:6,12,20
  113:16 116:18
  121:21 122:12
  123:25 124:20
  126:21 127:12,16
  144:22 146:2 147:3
  156:1 159:6 160:14
  161:6,24 168:23
  186:1,6 187:6,15
**objecting** 136:11,13
  167:2
**objection** 166:14,21
**observing** 141:14
**obviously** 57:2 109:4
**occasional** 22:17
**occasionally** 50:4
  177:13
**occasions** 39:13,14
**occupancy** 62:19
**occupation** 164:6
**occur** 43:25 139:21
  144:18 175:24,24
  175:25

**occurred** 131:22
  154:12
**occurs** 144:18
**October** 59:10 154:1
**offer** 149:19 151:3,18
  152:17,18,19
**offered** 120:20
**offers** 149:21 150:5
**office** 27:23,24 28:4,7
  28:9 29:14,17,19
  31:7 88:14 180:18
  180:20
**officer's** 72:9
**officers** 71:23 72:5,6
**official** 63:21,23
  79:25
**officially** 88:8
**officials** 179:4
**oh** 31:16 59:22 65:5
  86:21 96:13 101:20
  112:22 145:15,17
  169:7 177:21
**okay** 6:15 7:24 8:21
  9:6,7,10 20:6 23:2
  25:7 28:21 32:10
  36:20 44:8,14 51:16
  52:6 53:5 56:3
  59:22 76:24 80:6,21
  83:6 84:19 90:7
  98:6 101:18 102:2,5
  103:5,11 104:11
  105:12,15 108:18
  109:25 112:9 115:4
  120:2 123:17 128:6
  130:1 131:8 132:6
  146:12 148:13,15
  150:4 153:6 169:3
  169:24 170:7
  171:25 173:3,13
  175:17 183:12
  185:14 186:13
**old** 145:23 169:22
**once** 13:13 29:15
  37:25 53:20,20 93:2
  94:9 98:16 116:9
  118:21 123:19
  124:7,13 131:24
  154:18 156:5
  164:12,13,13,17,18
  165:11
**one-on-one** 13:11

**one-sided** 184:19
**one-year** 93:7 112:2
  121:23 168:20
**ones** 31:15 45:15,16
  46:7,8,16 53:17,19
  53:20,22 54:6
**open** 16:10
**opened** 139:18,25
**operate** 158:9
**operating** 163:16
**operations** 148:21
**operative** 119:18
**opinion** 72:10 98:19
  98:21 106:8,14,16
  106:18 108:1
  165:23 167:11
  168:17
**opportunity** 4:19
  13:1 77:23 155:15
  156:3 169:6
**opposite** 55:23
**option** 121:1
**orchestration** 160:8
**order** 28:13 50:16
  65:11 123:23
  166:12 173:14
**ordering** 188:6,14
**orders** 188:11
**ordinance** 123:24
**originally** 86:4
**outset** 51:3
**outside** 13:17 29:6
  58:23 82:2 83:23
  184:17 185:15
**overheard** 16:13 71:9
**owned** 22:17 77:15
  149:19 150:4
**owner** 10:10 92:6
  115:6,14 118:25
  135:1 136:11
  137:12 147:24
  159:8
**owners** 10:8 13:15
  58:7 89:3 110:5
  134:11 158:5
**ownership** 53:23,24
  115:9,15
**owns** 135:8,10

─────────
**P**
─────────

**P.A** 2:6,18

**p.m** 1:16 49:7 69:2,3
  75:5,6 132:7,8
  181:21,22 184:16
  188:16
**package** 52:21
  128:15,18,25
**page** 3:3,12 32:24
  33:6,19,25 34:4
  35:1,6,6,7 37:11
  52:22 91:18,22
  94:10 99:3 161:13
  179:3
**pages** 94:10 116:24
  117:4 190:8
**paid** 11:9 24:25 35:24
  77:6 80:10 121:5
  127:2,11 156:11
  171:9,10,11,14
  174:25 175:3
**Palm** 1:2 2:2,3 118:9
  120:3,10 123:23
  151:7
**paperwork** 9:19
**paragraph** 14:1
  32:23 56:15 92:9,10
  102:6 173:14
  174:13,23 175:18
  177:6 178:3
**Paragraphs** 177:4
**paralegal** 114:18,22
**pardon** 48:8 104:4
  133:24
**parent's** 66:13
**parked** 77:10
**part** 50:10 51:6 73:10
  74:3 87:17 88:23
  100:20 116:24
  160:8 172:9
**particular** 9:9 30:19
  30:20,24 31:2 42:10
  97:24 122:2 130:2
  165:8
**particularly** 72:25
**parties** 77:3 88:12
  92:3,7 101:12
  190:12
**parties'** 190:13
**partner** 67:5 149:12
  169:21 170:4
**partners** 67:11
**party** 57:11,23 58:9

73:3 134:12,21 135:23 137:1 166:8
**pass** 23:4
**passed** 139:18
**pattern** 34:10 62:22 94:21 145:1
**pay** 73:20,20 120:20 121:14,25 125:22 125:23 126:20 171:6
**paying** 126:18 153:11 157:13
**payment** 153:14 171:19
**payments** 55:25 56:4 153:8
**peace** 66:2
**Pensee** 1:9 2:13 5:4,7 5:24 6:24 9:12 10:6 11:2,6,16,24 12:18 12:19 40:21 41:6 42:5,12 67:8 79:13 81:12 124:7 129:10 133:10 138:10 147:21 173:14
**people** 16:9 19:11 20:24 32:17,17 34:11 37:16 57:11 58:4 73:2,5 75:17 76:10 80:2,4,20 82:21 86:7 89:6 93:12 102:17,20,20 103:14,14 105:13 105:21 106:3,5,14 110:1,4 113:10 124:12 125:16,22 137:3 142:6 143:14 144:5,12 146:13 157:10,13,15 158:10,13 163:1 168:25 185:18 187:10
**peoples'** 32:21
**percent** 100:6 131:14
**perfect** 183:8
**performed** 174:16
**period** 54:15 79:23 80:22 101:2 126:19 182:4
**permanent** 11:6,15 11:24

**permits** 105:21
**permitted** 98:8,14 176:19
**person** 9:18,23,25 13:8 22:9,14,24,25 23:2 33:10 52:7 92:6 104:16 121:12 125:24 126:17 141:3 145:22 152:10 157:22 169:19 178:17 180:25
**personal** 56:17 128:10 170:2
**personally** 41:10 84:4 119:22 123:6 189:6
**pet** 6:23 55:15,16,16 55:17,18 176:13
**Peter** 161:2
**petition** 3:17 87:14 187:1,4
**pets** 5:10
**Ph.Ds** 76:16
**phenomenon** 15:7
**Philadelphia** 145:24 146:5
**phone** 11:19 16:8 17:20,22,23 18:8 20:2 22:1 28:13 35:5 38:17,20,21 45:18 46:21 47:5,11 47:16,20 48:5,18 60:9 66:4,14 72:6 83:4 88:1,2 143:7 156:4 162:4 175:16 177:10 179:21
**phonetic** 104:18
**phony** 161:13
**photo** 25:20
**photograph** 28:22 29:22 59:2 88:25 89:1
**photographs** 3:14 24:4 25:12 58:17,19 88:10,22 89:8
**physical** 185:3
**physically** 27:23,24 71:17 72:4
**pick** 146:14
**picked** 35:5 112:9
**picking** 14:25 146:7

156:3
**pictures** 61:21,22 63:3 88:24
**pipe** 70:2
**place** 1:17 17:5,13,25 22:21 29:24 34:16 45:2 47:7,19 48:4 50:16 54:6 56:25 59:8,9 60:1 62:5,18 71:13 86:15 87:9,11 87:12,13,15 109:7 120:4 139:15 140:15 143:23 175:22
**placed** 103:8
**places** 126:25
**plaintiff** 2:1,22 63:12 89:18 136:24
**Plaintiffs** 1:7
**plan** 43:5 44:8
**plans** 182:20 183:4,5
**planted** 32:4,7
**plastic** 155:18
**plausible** 61:20
**played** 180:19
**plead** 108:5
**please** 15:24 83:5,7 97:18 164:1
**pled** 104:19 107:22
**plenty** 146:9,13
**PLLC** 2:2
**plugging** 44:6
**point** 10:11 16:13,19 18:16 19:22,23 21:25 44:18 52:13 54:12 55:6 61:25 67:23 87:25 96:13 98:25 105:6 114:1,6 115:6 152:15 171:1 177:2 178:16 180:5 185:12 187:19 188:14
**pointing** 85:13 99:16
**poking** 116:23
**Poliakoff** 148:25
**police** 56:21,24 71:12 71:17,19,22,23 72:5 72:6 83:15,18 157:18 163:6,8,14 163:15 179:2 182:9 182:10,11

**policy** 130:23
**politic** 158:19
**pool** 16:10 134:3 140:7
**portion** 15:20 69:7
**PORTUONDO** 2:10
**posed** 115:18
**position** 34:8 88:19 101:23 164:18
**possession** 37:5 146:24 147:7,11,18 150:12 182:7
**possibilities** 173:3
**possible** 15:24 61:17 96:15 109:9 116:16 138:4,5 143:24 144:2 173:3 179:12 179:13 183:18
**possibly** 17:18 38:10 45:13 60:3 163:11
**post** 118:22
**potential** 51:2 123:2 154:8 174:17
**pound** 177:2
**pounds** 138:21 177:3 179:15
**practice** 49:20
**practicing** 93:1
**pre** 182:3
**preceded** 142:22
**preceding** 142:10
**precipitated** 139:4
**precipitates** 140:4
**predicated** 14:3
**preference** 110:14
**premoving** 140:23
**prepaid** 170:16
**prepared** 43:6 82:14 82:15
**presence** 72:5
**present** 2:20 13:15 27:16 45:7 49:12 71:17 72:4
**Presenting** 51:2
**president** 61:1,2 96:16,20 128:20
**Presumably** 162:23
**presume** 132:14 134:2 162:24 180:14
**pretty** 19:10 70:1,22

77:12 80:17 126:10 130:18
**prevented** 55:21 56:3 115:5,7
**preventing** 59:8,10
**previous** 4:14
**previously** 4:14 12:21 13:2 14:8 25:19 59:6 66:1 67:20 115:18 140:6 184:2
**price** 126:13 151:17
**primary** 11:15 125:13
**prior** 33:25 34:24 35:13 45:4 52:17 64:16,23 72:11,13 73:10 75:13,15,24 90:22 97:4 109:17 117:11,17,22 118:4 118:24 119:11,19 119:20 120:7,15 123:7 125:2,9,14 131:11 137:10,14 137:15,18 140:2,10 140:11 145:5 148:15,17 150:6 164:6 168:13 169:18 175:4,6,20 178:12,19 179:18
**privacy** 73:9
**privately** 171:14
**privilege** 74:8
**privileged** 74:13 166:13 167:4
**privy** 50:9 96:9 143:19
**probably** 18:6 20:3 46:14 63:20 127:10 151:1 169:15 178:10
**problem** 49:2 66:21 75:11 94:1 130:6,12
**problems** 43:20 60:17 74:12 118:2
**procedure** 163:16
**proceeded** 85:23
**Proceeding** 83:3
**proceedings** 49:7 69:3 75:6 132:8 181:22
**process** 155:14

**produce** 37:14 100:8
    100:12,15
**produced** 22:6 91:9
    92:19 182:15
**production** 91:13
    98:10 100:4
**Profit** 1:10
**prohibit** 146:7
**proof** 7:3,4,7,10 22:7
    24:21 25:8,8 41:2
    57:18 130:25 131:3
    131:12 157:8
**properly** 40:3
**property** 49:13,15,16
    49:19 60:25 69:25
    70:4 92:1 96:23
    101:7 103:21
    129:10 153:3 156:6
    173:24 181:12
    186:9
**proposing** 155:10
**prosecutor** 65:7
    70:17 161:1
**prospective** 46:17,18
    46:23 117:6
**prospectus** 117:14
**protect** 101:5
**protection** 187:4
**proud** 145:17
**prove** 46:7 100:9
**proved** 87:6 157:7
**provide** 4:21 36:10
    36:15 37:4 38:2
    61:22 62:4 65:10
    94:18 139:7
**provided** 27:20 29:25
    45:11 51:11,18
    56:20 82:24 91:11
    91:17 98:7 117:8
    128:7,18 155:6
**provides** 33:10
**providing** 134:9
**proving** 16:21
**provisions** 164:16
**proximately** 59:21
**public** 13:14 26:13
    105:8,9,16 108:14
    120:13 187:9,10
    189:5,12
**Publix** 13:14
**pull** 120:21 173:6

**pun** 129:19
**purchase** 152:8,11
    178:23
**purchased** 46:15
    50:19 115:4 117:7
    119:1 149:23 151:4
    152:12 176:12
**put** 15:15 23:22
    28:12 31:16 58:25
    77:12 83:4 89:10
    100:25 141:10
    152:2 161:1,2
    162:24 170:1
    173:24 174:3 183:5

**Q**

**quarters** 120:5
**question** 5:2,6,16,19
    5:21 9:11,18 11:11
    15:17 17:11 27:6
    40:7 42:15 43:4
    48:2 51:21 61:13
    62:14 66:20 74:1,11
    74:23 77:18 97:17
    113:19,20,23,24
    114:3 115:25 116:3
    116:20 119:10
    127:8 136:3 138:24
    142:20 148:24
    151:11 166:12,15
    167:2,3 171:3 183:3
**questioned** 55:7,12
**questioning** 181:25
**questions** 4:18,24
    51:25 54:24 76:18
    82:25 106:22
    108:17,21 109:2,8
    114:1,14 115:18,22
    124:25 132:11
    136:1 137:6 157:21
    173:7,8 183:13,22
    185:11 187:18
**quick** 42:22 43:1,2
    74:21 181:17
**quickly** 106:25
    183:18
**quite** 16:6 30:6 35:4
    55:23 91:23 101:3
    106:21 130:16
**quote\unquote**
    157:10

**quotes** 56:15

**R**

**race** 146:4 148:2,2
**racial** 139:5 146:18
    148:11 149:9
**racially** 147:1 148:9
    149:7
**racist** 146:19,21,22
    147:1,8,11,15,19
**Radone** 149:20
**raised** 51:3
**ranch** 115:3
**rare** 65:24
**rattlesnake** 15:1
**Rayhall** 59:15,24
    60:21 61:8,9,15
    66:4,11,17,23 67:3
    67:10,19 149:23
    150:5 151:8 154:18
**Rayhall's** 66:9
**reached** 88:1
**read** 12:19 15:17,20
    46:2 69:7 85:3
    98:15 99:18 104:20
    108:4 117:15
    127:25 159:10
    188:7,12
**reading** 113:25 114:5
    114:7,11 178:6
    188:4,9
**ready** 123:5 185:3
**real** 74:21 123:2
    145:23 146:11,12
    146:13
**realize** 44:14 83:16
    101:14 178:13
**realized** 62:24
**really** 13:21 20:4
    25:15 38:21 42:9
    60:11,12 63:17
    68:11 87:12 88:10
    88:25 89:7 108:11
    126:4 127:4 135:16
    138:7,14 144:1
    152:1 163:12
    167:10 178:22
    183:1
**realtor** 33:9,9,21,21
    34:12 35:14,23
    45:13 117:8 120:12

120:21 121:14
    146:5,10
**realtors** 36:9 47:1
    93:20 94:4 121:17
    146:9 149:25
    171:15
**reason** 11:17 24:10
    24:18 66:12 91:21
    92:7 100:23 116:25
    141:7 145:22,24
    166:7,16 174:5
    186:14
**reasons** 89:5 176:20
**recall** 6:4 8:6 31:5
    34:5 35:12 39:18
    53:25 56:23 60:6,10
    64:2 65:14,20 71:18
    80:7 82:17,17,19
    86:1 96:12 107:17
    120:9 129:7 132:2
    132:20 137:21
    139:14 142:15
    167:23 170:10
**receive** 77:19 93:19
    94:3 170:16 182:12
**received** 6:4 16:7
    17:23 38:22 47:13
    52:10,13 53:16,17
    55:25 57:16 67:24
    85:19 87:2,6 106:25
    128:15 168:21
    179:22
**receiving** 41:2 56:4
    64:15,22 126:18
    182:5
**reception** 72:23
**recess** 49:6 69:2 75:5
    132:7 181:21
**recipient** 174:25
    175:2
**recognize** 19:3 28:24
    29:1 68:10
**recognizing** 113:18
**recollect** 96:12
**recollection** 85:4
    174:19
**record** 26:22 75:4
    104:3,8,9,10,12,14
    109:19 115:6 132:9
    181:24 188:10
    190:9

**recorded** 144:19
**recording** 24:4 26:18
    26:19 27:8,19 29:4
    141:18
**records** 187:9,10
**recounted** 110:12
**recourse** 122:10,15
**Redirect** 3:7 183:15
**redoing** 113:3,4
**referenced** 13:13
    169:18
**references** 120:20
    125:2,4,7 173:14
**referred** 60:24
**referring** 164:17
**reflected** 171:13
**reflecting** 8:14
**refresh** 174:19
**refreshing** 178:6
**regard** 26:4 30:10
    31:11
**regarding** 20:9 22:19
    22:19 25:14 26:3
    27:12,13,15 31:6,10
    35:10,20 49:23
    56:21 60:21 63:3
    65:14 75:13 77:21
    80:13 82:15 83:9
    109:17 129:6,22,24
    137:5,19 142:25
    154:10 163:22
    166:8 174:1 175:23
    178:18 180:15
    184:9
**regardless** 101:19
    151:21
**regards** 10:19 11:1
    23:9 31:13 32:20
    33:14 40:13 54:4
    57:5 63:11 75:8
    107:9 185:23
**registered** 79:8
**regulation** 156:25
**regulations** 45:11,14
    45:20,23 50:21
    51:11,17 52:10,16
    116:15 117:18
    118:2 165:13
**related** 5:5
**relation** 133:10,21
    141:8 170:17

relationship 10:16
    67:12 110:24
    169:17
relative 190:11,13
relayed 142:17
releasing 153:18
relevant 105:3
reliance 161:17
relies 161:18
relist 153:22
remain 91:25 101:6
remains 92:6
remark 17:1 18:14,18
    18:22 19:7 20:19
    139:11,19,20
remarks 20:8,23 30:3
    69:11
ReMaxx 121:25
remember 4:13 7:9
    13:3 20:5 29:19
    30:7 31:1 39:1,8
    42:1,2,8,9,14 50:24
    51:1,8,9 57:2,2,4
    58:2,4 60:13,13
    62:2 63:17,17 64:10
    64:15,18,22 66:12
    66:15 71:25 79:19
    80:16,16 82:12
    83:14 96:15 104:9
    107:11 110:8,11,15
    118:20,23 126:4,5
    128:11 130:25
    131:22 133:16,22
    138:1,2,20 142:5,6
    142:7 143:6 162:15
    167:8 175:10
    176:10,18 179:21
    184:8
remembering 168:1
reminded 89:3
remiss 131:1
remote 1:17 4:2,8
    189:7
remotely 4:7
remove 21:13 63:15
    63:22 65:1,11
removed 14:6 64:6
    78:9,13,14
render 155:23
renewal 92:4 101:13
    131:2

renewing 153:18
renovating 77:15,17
rent 53:22 55:25 56:4
    77:7 115:10,15
    121:15 123:17,19
    124:14,14 125:2,13
    127:1,3 150:8
    164:12,17 170:16
    171:14
rental 35:23
rentals 67:14
rented 33:8 76:20
    123:4 124:2,13
renter's 130:20,22
    131:3,16
renting 55:9,21 77:22
    120:2 150:6 169:11
repair 70:3
repairs 32:11
repeat 40:9 61:13
    121:8 163:25
repeated 177:20
repeatedly 88:1
reply 154:11
report 28:13 56:21
    56:24 71:20,22
    114:24 179:2,5
    190:6
reported 10:2,2 85:6
    163:6
reporter 4:1 5:11 9:3
    12:9 14:16 15:11,16
    15:19,21 28:1 48:15
    48:20 51:24 52:4
    56:9 61:12 62:15
    68:15,17,21,23 69:8
    84:15,18 90:10
    121:8 163:25 171:2
    184:4,7 188:3,7,13
    190:1
Reporting 1:23
    190:19
reports 182:9
represent 4:15
representing 79:13
    79:16 90:16 136:23
request 65:11 154:11
requested 8:9 15:20
    53:8 69:7 190:8
requesting 36:8
required 127:20

requires 82:25
    106:18
research 147:4
researched 117:2
    147:4
reside 11:2,21,22
    14:8 96:1 128:16
resided 10:20 38:8
    141:4
residence 11:15 18:6
    120:4,7 129:15,16
    138:10
resident 11:10,10,13
    31:22
residential 1:10 2:5,8
    4:16 9:15 10:6
    12:20 20:8 26:2
    32:19 40:5,12,20,23
    41:5,13,19,24 42:3
    78:4 79:17 81:15
residents 31:17
    102:11 104:2,7
    112:22 118:7
    141:23 182:11
resides 11:13,14,20
    11:24
residing 5:4,7,24 9:12
    11:5,8
resolve 66:24
respect 55:4 109:3
    118:3 174:17 177:4
respected 113:17
respond 87:5
responded 86:14
responds 186:10
response 38:25 90:15
    106:24 107:5,10,11
    107:12 157:21
responses 58:3
responsibility 34:20
rest 12:19 110:4
    117:5 124:4 158:15
restriction 156:23
result 17:2 18:2 62:18
    113:21
resumed 49:7 69:3
    75:6 132:8 181:22
retained 148:15
    180:2
retainer 180:4
retaining 179:18

retaliation 166:9
retired 76:6,16
retirement 164:6
reveal 166:12 167:1,4
revealed 76:5
review 13:1 47:3
    159:8 190:7
reviewed 91:8 116:21
    117:12
reviewing 129:3
    182:4
Rich 134:16
Richard 2:3 42:15
    74:25 90:8 91:10
    94:9 109:13 114:8
    181:17 183:19
rid 63:19 133:4
    176:23
ridden 144:13
riding 139:1
right 12:6 28:18
    43:17 46:16 49:18
    49:19 50:20 54:17
    55:22 64:8 67:10
    68:5 71:10 80:23
    82:2 91:3 93:22
    95:18 96:17 97:1
    100:18 105:24
    109:7 114:3,19
    119:23 122:25
    123:20 136:18
    140:2 152:15,21
    159:2 160:4,9,22
    165:5,12 172:12,17
    176:12,21,24
    180:13 184:14
right-hand 45:15
    52:15 91:21
rights 161:11
Ring 62:1 67:23
    88:22 89:10,12,13
    150:18,20,22
Ripstein 59:14,23
    60:21 61:7,10,14
    107:9 154:25
    165:24 166:2
Ripstein's 107:13,15
risk 83:17
Road 2:6
Robert 147:19
Robyn 119:2 170:6

room 14:24 18:25
    114:18,22
Rosati 18:17,21 45:3
    45:17,23 46:1 47:3
    47:16 49:10 50:13
    50:20,23 85:20,22
    85:24 86:4 87:3
    95:20,21 119:11
    125:19 135:14,17
    140:25 141:1
    147:19 154:14,15
    175:20 176:9 177:1
rotted 131:8
rotten 102:23
routine 70:21
ruined 130:7
rule 54:10,12,13
    62:21 77:21 115:13
    115:14 116:17
    124:7 164:11 165:7
    165:16,21 167:22
    179:17
rules 45:11,14,19,22
    46:1,2,3,14,22 47:4
    50:21 51:11,17
    52:10,14,16,18,20
    52:23,24 53:1,3,4,7
    53:10,16,18 55:3,8
    55:14,19 77:24 78:5
    89:4 98:15 116:14
    116:21 117:4,18
    118:2 124:8 125:18
    125:20 155:14
    165:9,13,14 176:4
    176:10
rumor 36:17 38:4
rumors 37:3 73:5
run 37:16 43:11
    124:16 155:11
running 49:20 145:23
    173:1
runs 160:7
RV 77:6,7,10 112:10

────────────
S
────────────
S 3:11
safest 88:13
sale 183:4
sales 169:16
satisfy 65:11
Saturday 57:9

**saw** 8:17 13:11 51:17
58:23 60:24 89:18
104:14 107:11
135:4,23 159:13
160:10 161:23
177:18 185:8 187:7
187:16
**saying** 7:15 16:15
20:11 21:23 22:8
23:5 37:12 42:2
44:2 63:18 64:11
66:8 69:23,24 73:25
74:19 80:2,4,6,8,9
82:21 83:14 86:23
88:6 94:14 107:24
108:2 137:24
150:19,23 156:21
156:22,25 158:24
159:2,18 160:19
174:9 175:17
177:21
**says** 28:19 59:20
74:10 85:5,18 86:25
87:1 98:6,8,10,21
99:13,13,17 140:1
157:22 174:14
**scanning** 32:25
**scarce** 77:24
**scare** 106:5
**scheme** 91:25 101:4
**schemes** 101:6
**scope** 20:23
**SCOTT** 2:18
**scratching** 15:11
**screamed** 160:12
**screaming** 26:7,9,10
26:12,13 103:14,16
**screams** 103:13
**screen** 12:6 28:18
173:10 183:25
**scrolling** 178:25
**se** 132:16
**searched** 187:10
**seasonally** 124:3
**second** 8:8,15 9:10,11
10:20 11:2 14:25
35:1 84:5,10 85:23
91:18 92:15,16
98:12 102:6,8 107:7
116:3 121:2,13,19
127:18,22 128:25

172:20 174:14
175:7,8
**secondary** 121:24
**secondhand** 103:3
106:1
**section** 14:2 161:4,9
**security** 121:10 171:7
171:14,16
**see** 8:22 12:5 13:13
23:7 24:14 25:17,22
28:18,19,21 38:20
44:20 53:3 57:3
61:19,21 64:13
74:14 75:2 82:9
85:3 107:10,20
114:20 155:19
161:13 169:1
170:21 178:25
185:21 187:8
**seeing** 62:2 82:18
129:7 141:14
185:13
**seeking** 128:16
**seen** 38:15 107:16
120:13 128:24
129:5 184:12 186:2
**sell** 148:14 150:10
151:8,16,18 182:20
183:5,8,11
**seller** 119:7
**selling** 151:24 172:25
**send** 12:12 21:21,22
21:24 33:7,8,18
34:20 35:7 36:1
37:12 46:14 52:19
130:11 131:2 133:1
155:14 185:7
**sending** 105:1 134:10
135:6
**sense** 93:18 118:19
127:7 142:20
185:17
**sent** 6:14 7:3,4,7 13:4
22:5 23:1 26:17
33:1,6,11,14,20,20
34:3,4,9 35:5,13
36:14,23 37:6,12
38:18,25 39:1 46:25
47:1 52:20,24 53:7
53:9 58:4,6,6 79:5,7
79:8,9 84:11 85:2,2

85:17 86:25 87:2,5
87:24 88:14 91:16
100:9 108:9 162:4
185:8,10
**sentence** 93:11
100:18 174:14
177:8 178:3
**separate** 156:24
**separately** 142:18
182:13,14
**September** 112:5
189:13
**septuagenarian**
159:4
**serial** 124:10
**series** 16:7
**serve** 112:3
**service** 8:15 10:20
14:7 46:18,20 50:25
55:16 65:22,25
170:9 176:22
179:11,16
**services** 1:11 2:5,9
20:23
**set** 52:10,14 53:7,10
74:25,25 117:9
156:8
**sets** 117:17 119:11
123:7 150:6
**setting** 155:25
**seven** 109:6
**sex** 110:19,23
**sexual** 110:14
**sexuality** 76:8
**shape** 54:4 72:18
137:11
**share** 12:3 78:21
88:11,18
**shared** 46:22 117:6
**sharing** 183:25
**shed** 84:11
**sheriff** 182:12
**sheriffs** 83:17
**shocking** 91:14 98:22
100:4
**shooter** 186:5
**shootings** 106:4
**short** 124:10
**shortly** 13:3 16:1
17:16,17 142:13
**shouting** 85:12

**show** 25:10 28:17
32:18 78:23 84:10
84:25 90:1 146:6
183:17 184:2,14
186:23
**showed** 25:12 26:16
88:23
**showing** 27:16 84:16
**shown** 8:14
**shut** 85:10
**sic** 133:1,4
**side** 106:17 160:20,21
161:20
**sides** 103:3 105:6
156:2
**sighted** 184:16
**sign** 46:24 94:22
174:9,9,10,11
**signator** 174:6
**signed** 58:21 86:25
92:20,24 93:15
94:22 122:6 169:13
180:4,12 189:9
**SIMON** 2:19
**simply** 87:16 160:19
**single** 50:10 146:5
169:15
**singled** 137:24
**sir** 4:23 7:23 23:10
90:13 91:4 188:2
**sit** 9:4 28:1 31:5
93:24
**site** 9:22,25 10:1
**sits** 135:14
**sitting** 97:3
**situation** 78:15 157:4
160:13
**six** 37:18 38:6 80:2,3
80:7,13,18,25 81:6
91:19 92:2 100:21
101:9,21 102:9
109:6 124:14
**six-month** 37:18
79:22 80:19 81:1,8
93:8,16
**skin** 17:2 18:2 20:9
20:15
**slightly** 5:12
**slot** 28:13
**slur** 139:5
**small** 38:11 73:4

145:25 154:8
**smart** 70:17
**snake** 15:8
**snakes** 14:23
**sneered** 113:12
**so-called** 37:17 84:7
**solid** 121:11
**somebody** 16:25
18:25 33:20 42:9,17
55:12 58:19,21,23
58:24 59:5 72:3,4
72:21 87:18 93:13
97:7,14 99:2,25
101:10 104:17
105:16,17 123:17
124:2,4 159:21
162:22
**somebody's** 104:23
**son** 167:20,24
**SOP** 163:15
**sophisticated** 126:17
**Soritzsky** 104:17
**sorry** 14:16 19:19
40:7 42:24 46:10
51:5 62:16 64:20
66:20 67:4 68:6
69:5 102:4 105:23
107:3 134:19 136:2
136:3
**sort** 110:9 130:13
143:17 153:9 155:6
176:1,6,15
**sound** 5:14 14:23
15:8,12 54:25 108:3
115:19 141:19
**sounded** 139:17
**sounds** 107:15
**south** 2:18 184:18
**Southeast** 1:24
190:20
**Southern** 1:1 118:13
**space** 146:1
**spaces** 144:19
**speak** 5:12 9:4 11:18
13:13 14:18 22:24
60:7 61:6,6 66:2
72:4 95:6,7 125:1,3
125:6,9 132:16
133:20 145:9
161:19 183:19
184:4,4 186:9

**speaker** 68:24
**speaking** 15:6 58:12
  67:19,20 118:21
  142:15 150:24
  180:19
**speaks** 177:12 186:10
**special** 66:2
**specially** 155:8
**specific** 110:8 132:20
  132:24 143:16
**specifically** 128:12
  137:22 163:23
  164:4
**specifics** 127:22
**specify** 111:15
**speculate** 139:13
**spending** 136:16,17
**spent** 126:16 136:13
**splitting** 107:25
  108:2
**spoke** 22:14,25 31:24
  38:17 39:6 57:18
  65:19 71:23 82:4
  87:11 118:15,20,21
  132:16 133:11
  135:4 154:18 164:2
**spoken** 13:17 38:14
  39:3,9,13,15 56:12
  60:6,24 88:7 95:7
  129:18,21 135:22
  137:11 140:6 154:5
  154:7 163:21
  165:24 166:1 172:5
  177:9,10 179:7
**spots** 140:1
**spotted** 139:18
**spread** 73:5,5
**spreading** 36:17
  38:12
**spring** 62:23 118:18
**stack** 135:11,12,13
  135:14
**staff** 102:11
**stand** 54:1 58:23
  112:12
**standard** 163:15,16
**standards** 76:11
**standpoint** 148:9
**stands** 176:11
**Starks** 2:12 5:17,17
  15:3,10 43:18,24

44:4 48:11 74:22
  134:15 188:2
**start** 108:17 121:22
  144:25
**started** 15:18 16:17
  62:22,23 63:18
  64:10 108:4 134:10
  135:6 165:2 168:25
  186:20
**starts** 179:3 184:15
**state** 1:1 59:7,9 82:25
  100:11 121:9 157:3
  167:13 189:3,5,12
  190:2
**stated** 46:16 62:5
  93:6 171:3
**statement** 33:4 36:5,6
  69:17 70:9 71:7
  82:15 91:20 100:19
  100:23 111:2 116:2
  175:4
**statements** 56:15
  82:20 182:6,7,16
**states** 14:3 32:23
  79:12 82:24 91:10
  91:11,17 98:7 102:8
**stating** 92:10 145:6
**status** 136:20 179:14
**stay** 73:16 88:13
  122:21
**stayed** 168:7
**staying** 112:7
**stenographically**
  190:6
**Stephan** 125:5
**stepped** 185:4
**steps** 83:19,21,22
  84:1 121:24
**Steven** 107:18
**Stevie** 128:4,5
**stick** 138:6
**Stirling** 2:6
**stop** 43:8,8,14 44:9
  48:23 90:20 114:5
**stopped** 10:13 72:20
**stories** 110:12 142:18
  158:3 160:3
**story** 135:2 142:17
  160:3
**straight** 186:4
**street** 2:11 85:12

120:10 140:7
**strike** 5:18 128:6
  141:6 142:1 145:21
  146:15 150:13
  166:5
**stuck** 124:14 161:15
**stuff** 86:22 93:3
  105:17
**stunning** 36:18
**subject** 14:8 150:11
  152:13 182:24
**subjective** 113:14,15
  144:18
**submitted** 30:23
**subsequent** 52:14
  121:20
**subsequently** 51:16
**substance** 63:7 130:8
  134:7 175:22
**sudden** 30:22 66:7
**sue** 41:3,9,10 78:12
  78:18 89:20 101:19
**sued** 40:24 41:1,3,9
  41:13 64:3,14,17
  65:12,13 67:2,3,8
  76:3 78:18 93:2
  101:19
**sufficient** 59:4 65:10
  89:20
**Suffolk** 133:17
**suggest** 147:14
**suggesting** 144:8,10
  165:10
**suggestion** 73:22
**suing** 136:14
**suit** 92:5 101:17
  130:3,6 182:3
**Suite** 2:2,6,15,18
**sum** 134:7
**summer** 156:18
**summons** 87:14
**support** 7:2,5,11,22
  8:8,15 14:10 40:1
  40:16 41:25 55:17
  63:7 127:18,23
  175:7 176:22
  179:11,16
**supporting** 88:20
**supportive** 24:2
**supposed** 7:16 53:14
  89:19 97:25 112:5

115:20 124:25
  166:23 175:23,25
**supposedly** 18:21
  27:15 38:5 86:15,22
**sure** 15:19 22:6 33:13
  33:15 34:23 36:21
  48:24 51:24 53:5
  60:6 66:5 73:23
  80:17 91:8 105:18
  108:6,22 116:4
  117:15 120:6
  125:16 130:17
  131:14 134:18
  137:7,8 143:5,8
  145:17 163:12
  164:3 179:25
  181:20 184:6
**surfing** 181:1,5
**surmise** 177:24
**suspicious** 37:2
**swear** 4:2 27:25 28:4
  137:2
**sworn** 4:8 189:8
**sympathetic** 31:17
**symptomatic** 31:20

**T**

**T** 3:11
**table** 150:1
**take** 16:16 23:11,20
  44:21 49:2 52:4
  56:11 62:15,18
  83:22 84:1 92:12,16
  130:15 131:6 132:5
  138:3 139:15 142:5
  181:17
**taken** 17:25 34:16
  41:24 49:6 58:19
  60:1 62:5 69:2 75:5
  132:7 181:21
**takes** 112:6 175:21
**talk** 49:21 81:23
  102:6 111:18 142:6
  144:3 154:8 162:3
  176:4
**talked** 39:11,20,24
  96:17 125:19 143:5
**talking** 30:19 49:9
  51:23 80:18,21 87:8
  114:1,6 130:9
  148:20

**talks** 175:18 178:4
**Tallahassee** 117:13
**tampered** 162:21
**Tanzania** 126:25
**tape-recordings**
  23:21
**taped** 26:13
**targeted** 39:22,23
**technically** 53:21
**Ted** 168:19,24
**telephone** 45:6 71:24
  83:3 141:1
**tell** 6:18 7:1 18:4
  25:16 29:18 32:4
  40:4,10 41:22 43:21
  55:11 57:19 59:14
  61:25 62:20,21
  66:17 68:1,3,7,8,11
  71:2,2 75:12 77:5
  90:18 92:13 96:8
  97:25 98:4 102:13
  106:3 109:25 110:3
  110:25 111:1,5,7
  119:23 121:3
  126:13 131:17
  133:8 135:6 142:2
  143:3,3 150:1
  151:19 169:20
  186:5,12,18
**telling** 23:12 30:14
  59:2 70:23 71:1,2
  78:4 97:3,11,13
  122:5 156:4 158:4
  158:10 162:6
  177:23,24 178:13
**temporary** 120:5
**ten** 43:14,22 126:8,16
  126:24
**ten-year** 98:18
**tenancies** 118:1
  124:11
**tenancy** 54:4 63:9
  64:1 76:20 79:22
  80:1,2,6,13 118:22
  137:18,25 138:16
  140:16 152:12,14
**tenant** 6:20 46:18,23
  51:2 52:18 85:21
  105:1,19 106:3
  116:8,17 119:21
  136:12,15 147:23

150:11 152:11
157:5 158:17
**tenant's** 106:17
140:16
**tenants** 31:18,20
40:18 47:22 50:16
57:11,18,19,25
58:12 59:13 63:8
65:19 72:11,13,16
72:19,20 73:10,15
75:13,16,24 79:25
86:20 88:7 89:4
90:24 94:21 95:8,18
109:17 111:8,24
117:17,22 118:4
119:12 123:7
125:16 137:18,23
150:7 152:9,16
158:3,8 163:2
165:22 173:25
178:19
**tend** 86:7 142:5
144:23
**tended** 113:5
**Tennessee** 120:1
**term** 80:25 81:5
91:13 93:4 98:9,14
112:2 168:15
169:25 175:3
**terminate** 63:9 64:1,9
152:12
**terminated** 88:2
**terminating** 23:16
**termination** 153:25
**terms** 91:10 92:8
93:21 94:6 116:3
120:14,23 123:14
126:12 127:18
132:19 134:8 140:9
141:14 172:16
175:22
**terrace** 16:9 57:22
58:23,24
**terrible** 70:22
**Terry** 102:19
**testified** 4:8 21:14
25:18,25 49:11 51:5
51:10 52:9 86:3
119:25 120:24
126:6,15 127:19
149:15 152:4

153:10 156:13
160:10 162:9
164:10 167:18
168:11 170:7 180:1
**testify** 100:10
**testifying** 109:3
**testimony** 4:21 21:21
33:12,16,17 34:14
35:25 97:12 116:6
117:20 131:11
132:15 137:7
139:20 142:10
155:4 157:20
159:10,11 160:19
162:20 165:6
169:18 190:9
**text** 17:21 85:1,19
87:1,2
**texts** 38:18,19
**thank** 5:14 28:2 49:5
83:7 84:19 184:7
**theme** 93:14
**theoretically** 34:13
**therapist** 7:14
**therapist's** 8:18
**thing** 24:10 28:20
30:20 35:8 64:12
65:4,9 74:5 117:3
153:9 163:19
165:10 169:16
186:22
**things** 16:11,17 22:20
24:13 30:21 49:14
65:3 73:6 86:8
89:11 91:3 92:22
93:12 97:20 98:3
102:23,24 105:5,5
105:14,14 124:10
126:5 144:15,24
147:5 151:13 156:4
159:19 176:2
178:11
**think** 4:25 6:6 7:16
13:19 21:2,3,7,10
26:19 28:8,11 30:23
38:10,15,17,19,20
39:2,2,12 40:14
49:9 51:1 52:1
56:14 58:2,5 59:11
59:16 60:7,8,11
61:3,4 62:23 65:12

65:12 67:23 70:23
71:1 72:2 73:14
79:7 81:20 82:12
85:1 86:3 90:18
92:17 99:18 101:14
104:21,25 105:3
106:2,10,13,13
108:8,10,10,11,11
110:9,21 112:1
113:1,3 116:5
118:17 119:7,24,25
124:22 126:25
127:7,17,24 129:7
133:19 135:1
136:15 137:3,8
138:11 142:21
143:2 145:15,18
146:21 148:4
151:10 153:20
159:15 160:6,7
162:15 163:4,11
164:9,19 167:10,25
168:6,10,16 169:23
171:12 172:4,4,8
174:1 175:12,12
177:23 179:15,24
182:19 183:6 186:4
186:5,7
**thinking** 96:15
**third** 1:24 15:1 55:6
121:19 190:20
**THIRD-PARTY** 2:17
**Thomas** 49:17
**thought** 24:11 37:20
39:25 41:23 42:11
61:17 62:25 68:10
74:14 77:14 86:19
104:9 123:11
126:22 131:9
143:12,13 151:18
**threaten** 106:15
**threatened** 26:5
106:15
**threatening** 102:16
102:22
**threats** 14:5 31:13
**three** 25:21 39:16
43:23 46:15 55:7
61:22 97:9 124:3,13
153:21
**three-line** 135:12

**three-minute** 181:18
**throw** 16:12 22:1,2,3
22:9,12 24:19 25:9
101:21 143:14
158:10 169:1
186:21
**throwing** 22:11
**ticket** 104:15 107:21
107:23 108:4
**tied** 151:13
**time** 1:16 5:1 11:18
19:25 20:3 21:19
23:21,23 32:13 33:3
33:25 35:4 37:3
39:6 43:4,11 46:9
50:22 55:5,14 61:1
62:8 63:5,14 64:4
67:7,15 73:6 79:21
79:24 80:22 92:12
92:17 96:20 108:20
111:24 113:2,3
114:12 115:6
118:15,22 120:2
126:19 131:6 141:4
141:9 143:21 148:5
153:12 161:25
171:1 176:12
178:16 180:5,13
181:2 182:4 183:13
184:23 185:4
**times** 39:9,12 97:9
98:15 108:12
133:12 157:18
**tire** 32:5
**tires** 31:16,19 32:8,14
32:21 162:10,11,20
162:25 163:10,13
163:17
**today** 31:5 97:3 109:4
114:9,17,24 136:1
146:24 186:24
188:15
**Todd** 9:19,20 26:7,9
26:10 27:15 37:9
102:15 128:20,21
128:22 170:25
184:9 186:3
**told** 14:12,13 16:6,24
17:4,19 18:11 25:9
28:6,8,11 30:5
31:16,19 32:1 35:3

41:18 45:25 46:21
47:10,12 52:23
57:14,25 60:1 63:4
65:20 69:9,12,13,14
70:24 71:3 73:15
75:24 80:24 81:8
82:21 91:19 96:5
97:8,14 100:21
102:15 105:19,24
110:16 120:21
121:14 126:22
133:11,12 135:3
140:6,9 142:8 146:4
163:4 164:19,20
174:8 175:5,10,15
176:10 177:1,25
179:22 181:3,14
**tolerated** 85:15
**Tom** 22:18 39:12
50:3 163:21 166:1
173:22
**tomorrow** 70:20
151:20
**ton** 77:9
**tonight** 109:10
**top** 52:22 91:21
107:20
**tormented** 102:9
**tormenting** 101:24
**toss** 59:5
**touch** 170:1
**touched** 5:1 177:5
**tough** 109:5
**toured** 170:3
**Tower** 2:10
**TP** 48:7,10,13
**trading** 126:16
**traffic** 108:3
**trailing** 90:10 93:24
**trained** 66:1 176:22
**training** 66:3
**transaction** 158:1
**transcript** 188:4,8,8
190:8
**transcription** 141:19
**transpired** 24:2,6
**traveled** 77:10
126:23
**travels** 126:23 130:16
**treasurer** 21:3,4,5
**treat** 110:6 130:12

**treated** 75:18 76:10
    110:1 111:2,9
    113:14
**treatment** 110:18
**trial** 75:1 109:20,22
**tried** 21:19 125:15
    150:2
**triggers** 85:4
**trouble** 14:17 110:10
    111:16
**true** 11:8,17 21:24
    25:7,23 30:4 36:3
    87:4 100:20 104:12
    104:22 106:1 124:8
    159:16 181:3 190:9
**truly** 10:12
**Trumper** 75:22
**trust** 188:9
**truth** 25:23 75:23
    158:10
**truthful** 186:10
**truthfully** 114:15
**try** 5:16 13:6 48:20
    109:8,9 183:11
**trying** 11:12 16:12
    17:13 26:7,15 55:10
    55:12 107:7 118:17
    124:9 155:11
    158:25,25
**turn** 14:18,20
**turned** 18:20 182:18
**twelve** 121:4
**twice** 29:15 185:2
**two** 5:3,7,9,23 6:1
    25:20 26:10 39:12
    53:23,24 54:7,11,14
    67:13 72:13 76:19
    76:25 77:21 78:9
    84:13 91:12 97:20
    98:7 115:9 117:4,17
    117:22 121:11
    123:6,7 124:15
    135:18 140:3,16
    150:6 151:13
    152:24 156:10
    158:8 164:15,16
    171:15 178:15
    187:20
**two-plus** 56:25
**two-year** 22:2 25:1
    36:19 92:24 93:9,15

94:19 98:17 119:17
    120:23,25 121:4
    122:5,8 123:8
    168:15 169:2,4,12
**type** 10:25 24:3,4
    115:24 155:25
**types** 115:22
**typically** 121:17
    131:15

**U**

**ultimate** 96:22
**ultimately** 95:1,4,18
    96:1
**unassigned** 93:21
    94:5
**unaware** 35:3 185:20
**uncomfortable** 76:22
**underlying** 152:6
**understand** 5:22 10:2
    11:22 17:14 33:15
    34:23 36:22 37:22
    37:23 53:13 55:5
    71:6 76:19 106:16
    116:5 122:8,13,18
    122:23 137:7,8
    149:25 166:15
**understanding** 11:23
    12:2 95:10 116:4,12
    121:16,20 123:13
    128:14 135:8
    138:25 149:5 152:5
    157:2 175:21
**understood** 53:6 70:6
    124:6
**unit** 5:4,7,24 6:23
    9:12 10:20 11:2,6
    11:13,15,24 14:8
    16:16,16 24:17 34:1
    36:2 45:5 46:15
    50:19 53:20 54:9
    55:21 57:12 58:24
    59:15,24 60:22,24
    61:5,10,15,23 62:19
    63:16,22 64:6 65:1
    65:15,18,23 73:16
    76:20 77:22 81:11
    82:20 83:11,13 85:7
    85:12 92:7 96:2
    110:5 112:17 115:4
    115:5 116:8 117:7

118:25 119:1,21
    120:3 124:17,19
    125:2,13,14 128:16
    129:15,23 131:12
    133:21 134:9,24
    135:9,10 137:12,14
    140:23 147:23
    149:12,13,18,19,23
    150:4,5,9,15,17,19
    150:19 151:2,4,8,15
    151:16,24 152:5,7,8
    152:17,18 153:19
    158:5,15 159:8
    170:18 171:8,17
    176:13 181:1,1
    182:20 183:4
**United** 1:1,23 190:19
**units** 38:12 67:13
    115:11
**Unknown** 134:12,21
**unlawful** 6:20,23
    173:1
**unlawfulness** 30:22
**unprovoked** 145:25
**unrelated** 136:17
**unsigned** 94:17
**unsolicited** 152:18
**untrue** 144:25
**unwelcome** 113:10
**up-front** 35:24
    120:20 121:5
    126:20 127:11
    171:9 174:25 175:3
**upfront** 25:1
**upload** 183:24
**upset** 85:11 130:4
    145:20 146:13
    159:21
**use** 12:13 16:4 63:8
    130:10 177:8,13
**usually** 130:24 131:2

**V**

**v** 1:8
**vacate** 81:11
**vaguely** 107:15
**Val** 35:6
**Valentina** 102:20
**Valentine's** 57:8,10
    58:22 135:2,23
    149:6

**Valerie** 1:19 3:4 4:6
    64:19 85:14,18
    94:12 169:6 189:6
    190:7
**valmanzo@aol.com**
    90:5
**value** 124:19
**variations** 93:14
**various** 31:17 49:21
    58:3 63:7 93:12
    94:16 133:12 182:5
    182:10 185:18
**verbally** 177:9
**verify** 69:16
**versa** 134:1
**versions** 92:22 94:16
**versus** 158:4
**vest** 150:3
**vested** 97:21,23
**vetted** 119:22 120:14
    158:7 170:8,11
**vice** 134:1
**video** 1:17 4:2,8
    21:21 23:24 24:3
    26:14 62:2 88:22
    103:16 141:18
    150:18,20,22
    180:18 189:7
**videoconference** 1:19
    134:12,21
**videos** 25:12 89:12,13
**view** 74:13,16 92:9
    161:19
**violate** 26:22 27:9
    73:9 77:23 116:16
    169:1
**violates** 179:17
**violation** 62:22 63:13
    107:22 108:3,5
    156:9 172:11
**violations** 77:21
    103:7
**violence** 187:5
**visit** 181:12
**voice** 31:11 66:15
    150:25 151:1
**volume** 14:18,21 28:2
**vomit** 21:7 57:21,24
    58:9,10,16,17,17
    59:12,12 88:24
    135:2,5,20 142:12

142:22 149:7
**vomited** 57:12,20
**vomiting** 16:9 57:6
    58:24 77:3 129:20
    142:13,16

**W**

**wait** 98:12 118:19
    164:23
**waiting** 9:1 63:6
**waive** 188:5,9
**walk-through** 94:23
**walking** 81:18 84:3
    184:17,20
**want** 4:24 13:5 16:22
    33:12,15 36:21 43:5
    43:8,10,11,19 44:10
    48:23 71:3 73:9
    74:20 77:8 84:6
    106:25 113:25
    116:4 120:25 122:1
    122:7 124:11,11
    125:17 130:7,15
    131:5 137:8 139:13
    150:9 151:1 152:6
    152:10 169:12,14
    182:2 183:13 188:7
    188:9
**wanted** 16:15,16,16
    22:10 24:14,16,16
    24:21 25:8 31:9
    59:1,11 64:1,5
    66:21,23 67:1 75:22
    123:1,3 150:15,16
    150:19 152:5,17
    155:12,16 158:14
    158:14,20 168:4
**wants** 74:15
**Warm** 107:18
**WARNER** 2:14
**warning** 155:14
**warranted** 172:12
**wasn't** 16:20 18:20
    22:11 28:4 46:5
    54:19,25 58:9,12
    61:17 62:7 65:2
    68:11 71:16 81:9
    86:24 89:1 96:9
    100:13 101:21
    104:22 112:20,22
    113:23 115:19

124:8 127:14
135:24 139:16
140:6,8 141:2,2,2
143:4 157:19,19
159:1 160:7,8
161:14 168:6 174:7
174:9
**wasting** 108:19
**water** 99:8
**way** 13:24 22:7 26:4
50:17 54:4 56:6
59:6 62:1 72:17
73:24 74:13,24 76:4
76:10 88:3,15 94:15
102:3 103:17,18
104:22 107:9 108:5
108:19 111:13
115:18 137:11
147:2 166:17
177:21 183:6 185:5
**ways** 20:4 115:22
136:16,17
**we're** 8:25
**weapon** 105:24,25
**weapons** 83:10
105:21 106:3
**wedding** 66:13
**Wednesday** 184:15
**week** 17:18,24 18:6
91:16 116:23
140:15
**weekend** 57:8 142:11
149:7
**weeks** 56:25 140:16
157:25
**weight** 176:16
**welcome** 73:3 183:6
**welcomed** 111:11
**went** 8:13 45:17 46:1
57:11 70:2 76:9
85:11 102:5 132:12
133:4,13 139:18
169:7
**weren't** 25:11 55:2
63:4 72:25 151:15
176:24
**West** 1:2 2:3,11
120:10
**whatsoever** 10:19
**wherewithal** 125:21
**whistle** 105:19

**white** 146:8 158:21
**wide** 185:3
**wife** 67:5,11 104:18
168:6 170:3
**Wilcox** 1:4,4 6:14,22
7:8 12:17 16:1,13
16:25 17:24 18:9,16
21:13,25 22:15 23:9
23:13,18 24:1,13,22
25:14,14 26:3,6,13
26:19 27:16,20 28:6
28:12,24 29:4,8,25
30:14 31:20,23
33:21,25 34:10,15
34:17 36:2 38:7
40:13 41:13 45:4,12
45:13,17,24,25 46:1
47:2,14,18 49:11,24
49:25 50:3,12,23
51:2 54:5,16,20
55:9,22 56:1,4
60:15,18 61:9,14,21
62:4 63:15,22 64:2
64:6 65:1,11 66:18
67:20 71:7,11 72:13
81:17,24 82:1,1,19
82:21 83:10,12,23
84:2 88:15,16 89:8
91:23,25 92:3,4,5
94:22,24 95:18
101:2,3,6,12,13
102:9,10,14 103:5
103:13 104:1,5
105:20 107:13
108:9 110:11
119:15,20 120:3,15
120:16 121:1 122:9
122:14 124:23
126:1,16 127:5,15
130:3,14,15,19
131:12 133:5,23,25
135:3 137:14
138:16 140:22
141:9 142:2,16,19
148:10 150:16
151:6,14,23 152:7
152:16,23 153:11
153:17 155:7
156:19 157:23
158:20,21 159:3,10
159:13,20 160:11

161:4 163:11,17
169:3 170:17,17
171:6 172:14 175:6
175:19 177:19,20
178:11 181:3,11
182:1 184:10,17,20
184:22,25 185:15
185:18,24 187:5,13
**Wilcox's** 13:4 21:12
62:18 66:25 79:22
91:17 119:19 125:1
125:9,12 181:1
**Wilcox/Luchey**
165:22 166:19
168:14
**William** 1:4 12:17
**winter** 120:10 169:22
**witness** 3:3 4:4,7,10
14:20 26:5,25
27:17 85:9,25 178:1
178:2 180:15,17
182:7 187:20 188:6
188:11 190:10
**witnessed** 82:10,16
85:12 159:9 160:4
161:23 186:15
**witnesses** 141:22
**Wolf** 1:11 2:21 12:20
13:8,10,21,24 18:15
18:21 19:14,16,21
20:19 36:11,23 37:4
37:12,25 56:22
69:10 70:23 71:13
78:22 82:1,2 83:4,6
83:23 84:8 86:10
89:15,17 99:1,5,24
100:14,15 109:1
137:6,11,15,19,24
138:9,17 139:1,5,9
140:11,18,21 141:5
141:8,11,15,20,24
143:1,9,17,20,21
145:5,9,10,16
146:10,16,24 148:7
148:8 154:5,7 159:3
160:11,11 172:1,3
183:9 184:10,16,21
184:22,23 185:1,2,4
185:15
**Wolf's** 20:22
**WOLFF** 1:11 2:13

**woman** 16:13 76:16
159:23
**women** 76:6 113:17
178:15
**wonder** 123:4
**wondering** 171:22
**Wong** 107:24
**word** 14:14 15:1 16:3
16:4 20:12,14 23:20
24:1,5,8,23 38:12
47:19 48:1 85:23
87:9,19 133:3 144:8
144:11 145:16
177:8,13,15 184:24
187:13
**words** 14:14 66:15
75:9 82:7 111:6
123:22 124:18
139:11,12 151:14
167:4 168:17
187:20
**work** 113:7 171:7
**worked** 20:7 119:2
170:2
**working** 10:13 77:9
176:6
**works** 10:4 130:17
**world** 183:8
**worry** 127:2
**worthiness** 174:5
**wouldn't** 21:3 24:7
41:1,2 81:9 121:6
121:11,13,14 123:5
168:22
**wound** 57:22 104:19
112:7
**wrap** 183:13
**write** 8:24,24 9:1
**writing** 10:25 90:20
91:7 114:23 177:7
**written** 63:25 88:5
92:25
**wrong** 55:13 97:2
100:6 107:24 108:1
108:1 116:1 134:20
**wrote** 21:20 22:4
23:1 82:10 104:1,5
162:3 180:11

**X**

**X** 3:1,11

**Y**

**year** 10:12,12 24:25
35:24 53:20 80:11
91:11,18 98:16
116:15,16,17
118:18 120:20
121:1,2,6,17,18,19
121:19 122:7,21
123:5,5,9,19 124:5
124:7,13,15 127:6
131:1 138:13
146:17 164:12,13
164:17 167:22
168:3,8,8 169:14,15
171:9,10 175:3
**year-and-a-half** 30:7
**year-old** 167:19
**years** 33:8 46:15
53:23,24 54:7,12,15
91:12 93:17 97:4
98:7,19 104:24
115:9,21 116:8
117:5 121:11,20
123:6 124:15 126:8
126:16 145:23
146:25 156:12
**yelled** 85:21 160:12
**yelling** 27:15 162:6
185:19 186:20
**York** 27:13 149:20
173:16
**you-all** 126:13
**young** 168:19

**Z**

**Zachary** 134:13
**zero** 52:22 93:18
**Zeus** 8:25 9:1 14:7
34:18 65:15,18,19
66:7 170:9 175:15
175:17 180:16
**Zoom** 1:17 4:2
134:12,21 141:2
154:8 189:7

**0**

**1**

**1,000** 98:15
**1,200** 126:18 127:6,9
127:13,14

**1/12** 121:7
**1:00** 61:11
**1:01** 69:2
**1:03** 69:3
**1:16** 75:5
**1:21** 75:6
**1:30** 184:16
**10** 86:16 87:10
  137:10 141:9
  184:21
**10:40** 43:12
**10:50** 43:7,13 44:9
**10:55** 43:7 49:6
**100** 100:6 131:14
**103** 135:9,10
**1031** 176:20
**108** 3:6
**10th** 71:14 137:5
  140:15 141:24
  143:10 145:7 154:5
**11:00** 42:18,21 44:2
**1100** 2:15
**12** 3:13 171:11
**12-month** 126:19,19
**12:00** 42:20 43:25
  44:5,21
**12:30** 44:5
**12:55** 49:7
**1200** 2:2
**1218** 1:24 190:20
**12th** 59:10 157:1
**13** 59:15 61:1
**13th** 57:9 59:16,21
  60:16 61:11,16 62:3
  62:6
**1400** 2:18
**14th** 59:17,18
**150** 11:9
**15th** 164:21
**1645** 2:2
**16th** 112:5
**18** 110:5
**183** 3:7
**187** 3:17
**19** 110:5
**19th** 34:6 94:15 100:9

___

**2**

**2** 32:24 34:4 35:6,7
  37:11 94:10 99:3
  161:13

**2-year** 168:20
**2:00** 58:22
**2:40** 132:7
**2:45** 132:5
**2:47** 132:8,10
**20** 3:15 14:1 79:1,4
  116:8 177:3 179:15
**20-pound** 179:17
**20-year** 116:15
**2018** 22:17,23 95:9
  115:4,8 117:7
  149:23 150:4 151:4
**2020** 112:8 115:8
  165:1,2 167:20
**2021** 3:15,16 10:7
  11:7 32:24 33:17
  36:5 37:5 51:14
  52:9 53:11 59:15
  61:2,16 79:1,4
  84:20 85:1 86:12,16
  87:7,10 90:4 107:19
  127:10 131:13
  133:22 137:10
  154:12 156:18,19
  165:19 171:5 172:2
  172:7 175:13
  179:19 180:1
  184:15
**2022** 1:15 10:12
  122:10,15 153:12
  153:15 167:18
  182:21,22 189:8,9
  189:13 190:16
**2023** 92:25 93:5
  94:10 116:7,7
**203** 135:15
**21** 17:8 53:12 129:12
  129:13 170:14
**211** 2:6
**22** 1:15 3:16 84:20
  86:12 87:7 173:14
**22nd** 85:1 86:18
  107:2 189:8,9
**23** 90:3
**23rd** 66:12 90:21
**24** 38:12 115:15
  122:25 186:15
  189:13
**2400** 2:15
**24th** 38:13 71:12 80:5
  80:10 94:23 170:20

170:22 171:5,19
  179:2 184:15
**25-year** 168:18,20,24
**259511** 189:13
**25th** 2:10 17:17 35:13
  35:15,17 60:16 64:3
  94:23 164:24,25
  170:20,22 171:5
**26th** 59:9 156:23
  190:16
**29** 3:14

___

**3**

**3,900** 126:12 171:10
  171:11,13
**30** 44:5 123:21,23
**303** 5:4,7,24 6:23
  9:12 10:20 11:2,6
  11:15,24 36:2 41:6
  58:24 59:24 61:15
  61:23 85:7,12 115:4
  115:5 117:7 118:25
  119:1,21 124:17
  125:2,14 128:16
  129:15,23 133:21
  134:9,24 137:14
  149:18 150:6,15
  151:15 152:6
  153:19 170:18
  171:17 173:14
  176:13 181:1
  182:20 183:4
**31** 123:17
**33130** 2:11
**33156** 2:19
**33308** 2:15
**33314** 2:7
**33316** 1:24 190:20
**33401** 2:3
**34** 32:23
**365** 53:21 164:13,18
  165:11
**371** 120:10
**39** 174:13

___

**4**

**4** 3:5
**4,000** 93:18 121:15
  153:12 171:10
**4:04** 181:21
**4:30** 109:11

**4:31** 181:22
**4:36** 1:16 188:16
**40** 174:23
**403** 112:17
**42** 93:1 97:4 115:21
**44** 2:11
**46** 175:18

___

**5**

**5** 3:13 12:9,11 44:3
  48:25 51:14 52:9
  110:4 173:9
**50** 49:1 93:16,17
  127:11
**50,000** 126:20
**50,700** 171:12
**500** 138:21
**525-2221** 1:25 190:21
**54** 177:4
**55** 44:3 56:15 177:4,6
**5th** 35:14,16 45:12,16
  45:20 46:8 52:20

___

**6**

**6** 3:14 29:21,23 93:17
**60-plus** 146:17
**6099** 2:6

___

**7**

**7** 3:15 78:24 79:2
  184:3
**7:30** 109:10,11
**75** 179:3
**79** 3:15

___

**8**

**8** 3:16 32:24 33:5
  84:18,21
**80** 116:24 134:5
**82** 145:22 146:25
**82-year-old** 159:4
**84** 3:16
**8th** 33:11,17 34:25

___

**9**

**9** 3:17 84:17 186:25
  187:2
**9:00** 59:21,22,22
  61:16 62:6
**9:21-CV-81565-D...**
  1:3
**9:31** 1:16

**90** 153:23
**9150** 2:18
**954** 1:25 190:21