

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Def. Exhibit 1 | Date: 5/4/2022**
Witness: Megan Luchey

D.V. 000001

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No: **50-2022-DR-002828-XXXX-MB**
Division: **DVTD: Dom Battery & DVRV Inj Hearings - DVTD (County)**

**MEMO OF DISPOSITION**

**MEGAN LUCHEY**
    Petitioner
          [ ]   Present w/Counsel: _____
          [ ]   Not Present      [ ] Called/contacted clerk
-VS-
**WILLIAM DAVID WILCOX**
    Respondent
          [ ]   Present w/Counsel: _____
          [ ]   Not Present      [ ] Called/contacted clerk

**Type of Hearing:**  ORDER SETTING HEARING/FINAL JUDGMENT

**Date of hearing:**  **04/11/2022**            **Time**  2:00PM

**Heard by Judge:**  **SURBER**

**Service:**   [✓]  Executed by: _____ per _____ on  4/5/22
          [ ]  Unexecuted by: _____ per _____ on _____

**Court Extends Injunction For/Till** _____

**Court Appoints:**               [ ] Guardian Ad Litem
[ ] BIP
[ ] Other _____

Case Disposition
    [ ] DADR - Dismissed After hearing
    [✓] DBDR - Dismissed Before hearing
    [ ] DJ - Disposed by Judge
    [ ] NJ - Disposed by non Jury

Case Reopened:
    [ ] Yes
    [ ] No

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office
THIS ___ DAY OF _APRIL_, 20_22_
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT/COMPTROLLER
By: _____
Deputy Clerk

Comments: _____
_____
_____
_____
_____

Petitioner's New Address             Respondent's New Address:
_____       _____
_____       _____
_____       _____

                              ,Deputy Clerk

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: _2022 DR 002828 TD_
Division: _____

Megan Luichey
_____,
                              Petitioner,

and

William David Wilcox
_____,
                              Respondent,

FILED

APR 1 1 2022

JOSEPH ABRUZZO, CLERK
PALM BEACH COUNTY, FL

## NOTICE OF VOLUNTARY DISMISSAL

I, *{full legal name}* __Megan Luichey_____, give notice that:

*[choose **one** only]*

a. __X__ I am the Petitioner in this case and I voluntarily dismiss my petition.

b. _____ I am the Respondent in this case and I voluntarily dismiss my counterpetition.

I certify that a copy of this document was ( ) e-mailed ( ) mailed ( ) faxed ( ) hand-delivered
to the person(s) listed below on *{date}* _____.

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Fax Number: _____
Designated E-mail Address(es): _____
_____

_____
Signature of Party
Printed Name: __Megan Luichey_____
Address: __371 Witters St._____
City, State, Zip: __West Palm Beach, FL 33405__
Fax Number: _____
Designated E-mail Address(es): _____
_____

Florida Supreme Court Approved Family Law Form 12.927, Notice of Voluntary Dismissal (11/15)

D.V. 000003

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**

[fill in all blanks] This form was prepared for the: *{choose only one}* (    ) Husband (    ) Wife

This form was completed with the assistance of:

{name of individual} _____,

{name of business} _____,

{address} _____,

{city} _____, {state} _____, {zip code} _____, {telephone number} _____

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office
THIS ___ DAY OF _____, 20__
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____
Deputy Clerk

Florida Supreme Court Approved Family Law Form 12.927, Notice of Voluntary Dismissal (11/15)

D.V. 000004



## DOMESTIC VIOLENCE – ORIGINAL RETURN

Case Number: 502022DR002828XXXXMB

Petitioner: MEGAN LUCHEY

Respondent: WILLIAM DAVID WILCOX

### PROOF OF SERVICE

### PERSONAL SERVICE WAS MADE BY DELIVERING A TRUE COPY OF THIS:

ORDER SETTING HEARING ON PETITION FOR INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE

By the undersigned officer at **11:40 AM** on the **5th Day** of **April, 2022.** The Date and Hour of Service Endorsed by me.

Address of Service was made at:4000 S OCEAN BOULEVARD APT #303 SOUTH PALM BEACH, FL 33480

### RESPONDENT CHARACTISTICS:
Race: Caucasian Sex: Male DOB: 9/28/1987 Ht: 6' 3" Wt: 240 Eye Color: Brown Hair: Brown

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office
THIS ___ DAY OF _____ 20 ___
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____
Deputy Clerk

Stephen Chiappa 9348
Deputy, Palm Beach County Sheriff's Office

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK. 4/7/2022 10:26:35 AM

D.V. 000005

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: **50-2022-DR-002828-XXXX-MB**
Division: **TD**

**MEGAN LUCHEY**
Petitioner,

and

**WILLIAM DAVID WILCOX**
Respondent.

_____/

### ORDER SETTING HEARING ON PETITION FOR INJUNCTION
### FOR PROTECTION AGAINST
### DATING VIOLENCE (DR - Domestic Violence)
### WITHOUT ISSUANCE OF AN INTERIM TEMPORARY INJUNCTION

The Petition for Injunction for Protection Against Domestic Violence filed under section 741.30, Florida Statutes; Repeat, Dating, or Sexual Violence filed under section 784.046, Florida Statutes; or Stalking filed under section 784.0485, Florida Statutes, has been reviewed.  This Court has jurisdiction of the parties and of the subject matter. Upon review of the Petition, this Court concludes that a **Temporary** Injunction for Protection Against Domestic Violence; Repeat, Dating, or Sexual Violence; or Stalking pending the hearing scheduled below, is **NOT** being entered at this time but that an injunction may be entered after the hearing, depending on the findings made by the Court at that time.

**FINDINGS**

The Court finds that based upon the facts, as stated in the Petition alone and without a hearing on the matter, there is no appearance of an immediate and present danger of becoming a victim domestic violence; repeat, dating or sexual violence, or stalking, or that stalking exists. Therefore, there is not a sufficient factual basis upon which the court can enter a *Temporary* Injunction for Protection Against Domestic Violence prior to a hearing. A hearing is scheduled on the Petition for Injunction for Protection Against Domestic Violence, Repeat, Dating, or Sexual Violence, or Stalking in section II of this Order.  Petitioner may amend or supplement the Petition at any time to state further reasons why a *Temporary* Injunction should be ordered which would be in effect until the hearing scheduled below.

**NOTICE OF HEARING**

Petitioner and Respondent are ordered to appear and testify at a hearing on the Petition for Injunction for Protection Against DATING VIOLENCE (DR - Domestic Violence) on: **MONDAY APRIL 11, 2022,** at **2:00 PM,** at room **2C, 205 N DIXIE HWY WEST PALM BEACH FL 33401,** at which time the Court will consider whether a Final Judgment of Injunction for Protection Against Domestic Violence, Repeat, Dating, or Sexual Violence, or Stalking should be entered. If entered, the injunction will remain in effect until a fixed date set by the Court or until modified or dissolved by the Court. At the hearing, the Court will determine whether other things should be ordered, including, for example, such matters as time-sharing and support.

If Petitioner and/or Respondent do not appear, orders may be entered, including the entry of a permanent injunction and the imposition of court costs. Petitioner and Respondent will be bound by the terms of any injunction or order issued at the final hearing.

**IF EITHER PETITIONER OR RESPONDENT DOES NOT APPEAR AT THE FINAL HEARING, HE OR SHE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED IN THIS MATTER.**

All witnesses and evidence, if any, must be presented at this time. In cases where temporary support issues have been alleged in the pleadings, each party is ordered to bring his or her financial affidavit (Florida Family Law Rules of Procedure Form 12.902(b) or (c)), tax return, pay stubs, and other evidence of financial income to the hearing.

NOTICE: Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense.

YOU ARE ADVISED THAT IN THIS COURT:



_____  a.    a court reporter is provided by the court.

__X__  b.    electronic recording only is provided by the court. A party may arrange in advance for the services of and provide for a court reporter to prepare a written transcript of the proceedings at that party's expense.

_____  c.    If this is a repeat violence, dating violence, or sexual violence action, no electronic recording or court reporting services are provided by the court. A party may arrange in advance for the services of and provide for a court reporter to prepare a written transcript of the proceedings at that party's expense.

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL. THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER. THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Nothing in this order limits Petitioner's rights to dismiss the petition.

DONE AND ORDERED in PALM BEACH COUNTY, Florida on this:31st of March, 2022.

_____
CIRCUIT JUDGE

COPIES TO:
Petitioner:
___ by hand delivery in open Court
___ by U.S. mail
___ by e-mail to designated e-mail address(es)

Respondent:
___ forwarded to sheriff for service
___ State Attorney's Office
___ Other: _____

I CERTIFY the foregoing is a true copy of the original **Order Setting Hearing on Petition for Injunction** as it appears on file in the office of JOSEPH ABRUZZO, **Clerk of the Circuit Court & Comptroller, Palm Beach County**, and that I have furnished copies of this order as indicated above.

(SEAL)

**JOSEPH ABRUZZO**
**Clerk of the Circuit Court & Comptroller**

By: _____
, Deputy Clerk

D.V. 000008

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda.   Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo  nan Tribinal Konte  Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou  pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy
of the record in my office
This ___ DAY OF APRIL, 20 22
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____
Deputy Clerk

IN THE CIRCUIT COURT OF THE _____ 15th _____ JUDICIAL CIRCUIT,
IN AND FOR _____ Palm Beach _____ COUNTY, FLORIDA

Megan Lohey
_____
Petitioner,

and

William David Wilcox
_____
Respondent.

Case No.: _____
Division: 50 2022 DR 008298 XXXX MB

# PETITION FOR INJUNCTION FOR PROTECTION AGAINST DATING VIOLENCE

I, *(full legal name)* _____ Megan Lohey _____, being sworn, certify that the
following statements are true:

## SECTION I. PETITIONER
(This section is about you. It must be completed.)

1.  Petitioner currently lives at the following address: *(address, city, state, zip code)*_____
    371 Winters Street, West Palm Beach FL 33405 .
    Date of Birth of Petitioner: 04/21/1996 .

    *[Indicate if applicable]*
    ☐ **Petitioner seeks an injunction for protection on behalf of a minor child.**   Petitioner is
    the parent or legal guardian of *(full legal name)*_____
    a minor child who is living at home.

2.  Petitioner's attorney's name, address, and telephone number is: none _____
    _____
    (If you do not have an attorney, write "none.")

## SECTION II. RESPONDENT
(This section is about the person you want to be protected from. It must be completed.)

1.  Respondent currently lives at the following address: *(address, city, state, and zip code)*_____
    4000 S. Ocean Blvd, Apt 303, South Palm Beach, FL 33480
    Respondent's Driver's License number is: *(if known)* _____

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating
Violence (11/15)

2.  Petitioner has known Respondent since *(date)* ___10/31/2020___

3.  Respondent's last known place of employment: Evolution Metals Corp.
    Employment address: 516 S Dixie Hwy, Suite 209 West Palm Beach, FL 33401
    Working hours: PO Box (No physical office) -Works from home

4.  Physical description of Respondent:
    Race: White   Sex: Male ☒   Female ☐   Date of Birth: 04/28/1987
    Height: 6'3"   Weight: 240   Eye Color: Brown   Hair Color: Brown
    Distinguishing marks and/or scars:
    Vehicle: (make/model) Chevrolet Tahoe   Color: Black   Tag Number: EMC1

5.  Other names Respondent goes by (aliases or nicknames): _____

6.  Respondent's attorney's name, address, and telephone number is: none

    (If you do not know whether Respondent has an attorney, write "unknown."   If Respondent does
    not have an attorney, write "none.")

7.  If Respondent is a minor, the address of Respondent's parent or legal guardian is: _____

**SECTION III.   CASE HISTORY AND REASON FOR SEEKING PETITION (This section must be completed.)**

1.  Have the Petitioner and Respondent been involved in a dating relationship within the past six
    months?   ☒   Yes   ☐   No

2.  Describe the nature of the relationship between the Petitioner and *Respondent (Include the
    length of time of the relationship, the romantic or intimate nature of the relationship, the
    frequency or type of interaction, and any other facts that characterize the relationship)*
    Began a romantic relationship 10/31/2020 everything was great and
    healthy at the time, never had any arguments, and spent time
    together everyday. In April 2021 he began having issues with his
    business and was abusing drugs and alcohol. He became verbally abusive
    telling me I was worthless calling me a nigger, stealing my phone.
    We broke up during this time and then about a month later
    he came back into my life and everything seemed
    great again. I spending everyday together and getting along, he
    was always complementing me. Then he got comfortable and the verbal abuse
    ☐ Please indicate here if you are attaching additional pages to continue these facts. started again.
    Most of the relation has gone in cycles of him being extremely friendly
    and then abusive.

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating
Violence (11/15)

DATE: 3/31/22          CASE: _____

PETITIONER'S NAME:   Megan Luchey

## CONTINUATION SHEET

Please DO NOT write on back or margins of petition or any papers.

6 It should be noted that I had the locks changed on my doors this day because I was afraid of him trying to get to me. When he discovered I changed my locks and broke in through my dog door it was later discovered that he had changed my front door lock back to an "old" lock he had a key for. When he was sitting on the couch he was telling me to call the police saying "They won't be able to remove me, I live here and have a key". I told him I changed the locks without realizing he had already gone into my garage and put an old lock on. This was not the lock that had been changed out earlier that day but a lock that was left over from two lock changes ago when I had issues with him in October a police were called to my house on multiple occassions

3. Has Petitioner ever received or tried to get an injunction for protection against domestic violence, dating violence, repeat violence, or sexual violence, or stalking against Respondent in this or any other court?

   ☐ Yes  ☒ No  If yes, what happened in that case? *{Include case number, if known}*

_____

_____

4. Has Respondent ever received or tried to get an injunction for protection against domestic violence, dating violence, repeat violence, or sexual violence, or stalking against Petitioner in this or any other court?

   ☐ Yes  ☒ No  If yes, what happened in that case? *{Include case number, if known}*

_____

_____

_____

5. Describe any other court case that is either going on now or that happened in the past **between Petitioner and Respondent** *(Include case number, if known):*  N/A

_____

_____

_____

_____

6. Respondent has directed an incident of violence, meaning assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, or false imprisonment, or any criminal offense resulting in physical injury or death against Petitioner or a minor child living at home. The incident (including date and location) is described below.

On *{date}* ____5/30/22____, at *{location}* __371 Winters St, WPB, FL 33405__

Respondent __I was at my class and I got a notification from my Ring security camera of motion in my back room. I watched the video and it was William David Wilcox kicking my locked dog door and reaching his hand through to unlock the (back) door. I left my class immediately because I was afraid he was going to steal my dog. When I arrived home, I saw that he had broken in and was sitting on my couch drinking a beer. I told him he needed to leave and he kept refusing again started verbally abusing me and threatening to ruin my life. It should be noted that I changed had the locks changed on my house earlier →__

☒ Please indicate here if you are attaching additional pages to continue these facts.

7. Other prior incidents (including dates and location) are described below:

On *{date(s)}* ____3/28/22____, at *{location(s)}* __371 Winters St, WPB, FL 33405__

Respondent __I was at William David Wilcox's house and we got__

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating Violence (11/15)

into an argument he began getting extremely angry and was screaming with his mouth foaming calling me 'a nigger,' kicking my legs which are now bruised and crushing his phone and fist hitting me on the head, cutting my forehead which began gushing and dropping blood. I tried to leave and he took my phone and blocked to door and told me to sit down and made me change my bloody shirt.

Last year we had an argument and he shoved me to the ground.

☐ Please indicate here if you are attaching additional pages to continue these facts.

8.   **Imminent Danger**
     *(Please complete **either** paragraph a or b below)*
     a. ☐ Petitioner is a victim of dating violence and has reasonable cause to believe he or she is in **imminent danger** of becoming a victim of another act of dating violence. *(Explain what Respondent has done to make you a victim of dating violence and to make you fear that you are in **imminent danger** of becoming a victim of another act of dating violence.)*

_____
_____
_____
_____
_____
_____
_____

                    **OR**

     b. ☑ Petitioner has reasonable cause to believe he or she is in **imminent danger** of becoming a victim of dating violence as demonstrated by the fact that Respondent has: *(Explain what Respondent has done that makes you fear that you are in **imminent danger** of becoming a victim of dating violence.)*

Based on previous incidents, he knows where to find me, he has phisically abused me. I'm in fear for my life, he doesn't take NO for an answer.
_____
_____
_____

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating Violence (11/15)

D.V. 000014

9.    **Additional Information**
      *{Indicate all that apply}*
      a. ☑ Respondent owns, has, and/or is known to have guns or other weapons.
      Describe weapon(s): has 4 handguns.
      _____

      b. ☐ This or prior acts of dating violence have been previously reported to: *{person or agency}*
      _____
      _____


**SECTION IV.    INJUNCTION**
(This section must be completed.)

   1.  Petitioner asks the Court to enter a **TEMPORARY INJUNCTION** for protection against dating
       violence that will be in place from now until the scheduled hearing in this matter.

   2.  Petitioner asks the Court to enter an injunction prohibiting Respondent from committing any acts
       of violence against Petitioner and:
       a. prohibiting Respondent from going to or within 500 feet of any place Petitioner lives;
       b. prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment
       or the school that Petitioner attends;   the address of Petitioner's place(s) of employment and/or
       school is:_____
       _____;
       c. prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing,
       through another person, or in any other manner;
       d. ordering Respondent not to use or possess any guns or firearms;

       *{Indicate all that apply}*
       e.  ☑ prohibiting Respondent from going to or within 500 feet of the following place(s)
       Petitioner or Petitioner's immediate family must go to often:
       8517 Slattic Dr. WPB  FL  33411 (Parent address)
       951 Sansbury Way  WPB  33411 (Work address)
       f. ☑ prohibiting Respondent from knowingly and intentionally going to or within 100 feet of
       Petitioner's motor vehicle;
       and any other terms the Court deems necessary for the safety of Petitioner and Petitioner's
       immediate family.


Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating
Violence (11/15)

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK. 3/31/2022 2:16:40 PM
D.V. 000015

I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING. I UNDERSTAND THAT IF EITHER RESPONDENT OR I FAIL TO APPEAR AT THE FINAL HEARING, WE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED AT THAT HEARING.

I UNDERSTAND THAT I AM SWEARING OR AFFIRMING UNDER OATH TO THE TRUTHFULNESS OF THE CLAIMS MADE IN THIS PETITION AND THAT THE PUNISHMENT FOR KNOWINGLY MAKING A FALSE STATEMENT INCLUDES FINES AND/OR IMPRISONMENT.

Dated: _3|31|22_____

Signature of Petitioner

Printed Name: _____
Address:_____
City, State, Zip: _____
Telephone Number:_____
Fax Number: _____
Designated E-Mail Address(es):_____
_____

STATE OF FLORIDA
COUNTY OF _Palm beh_____

Sworn to or affirmed and signed before me on _3|31|22_ by _Megan Luchey_

NOTARY PUBLIC or DEPUTY CLERK

_Junko Tewer_

[Print, type, or stamp commissioned name of notary or clerk.]

_____ Personally known
___✓__ Produced identification
Type of identification produced _FLDRLC___

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating Violence (11/15)

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record
THIS ___ DAY OF _April_ 20 _22_
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By:_____
Deputy Clerk

## COVER SHEET FOR FAMILY COURT CASES

I.   Case Style

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH    COUNTY, FLORIDA

50 2022 DR 002828 XXXX MB
Case No.
Judge:

Megan Luchey
                    Petitioner

and

William David Wilcox
                    Respondent

II.  Type of Action/Proceeding. Place a check beside the proceeding you are initiating. If you are filing
more than one type of proceeding (such as a modification and an enforcement proceeding) against
the same party at the same time, then you must complete a separate cover sheet for each action
being filed. **If you are reopening a case, choose one of the three options below it.**

(A) _____✓__ Initial Action/Petition
(B) _____ Reopening Case
     1.  _____ Modification/Supplemental Petition
     2.  _____ Motion for Civil Contempt/Enforcement
     3.  _____ Other

III. Type of Case. If the case fits more than one type of case, select the most definitive.

(A) _____ Simplified Dissolution of Marriage
(B) _____ Dissolution of Marriage
(C) _____ Domestic Violence
(D) __✓__ Dating Violence
(E) _____ Repeat Violence
(F) _____ Sexual Violence
(G) _____ Stalking
(H) _____ Support IV-D (Department of Revenue, Child Support Enforcement)
(I) _____ Support Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(J) _____ UIFSA IV-D (Department of Revenue, Child Support Enforcement)
(K) _____ UIFSA Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(L) _____ Other Family Court
(M) _____ Adoption Arising Out Of Chapter 63
(N) _____ Name Change
(O) _____ Paternity/Disestablishment of Paternity
(P) _____ Juvenile Delinquency

Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases
(11/20)

(Q) ____ Petition for Dependency
(R) ____ Shelter Petition
(S) ____ Termination of Parental Rights Arising Out Of Chapter 39
(T) ____ Adoption Arising Out Of Chapter 39
(U) ____ CINS/FINS
(V) ____ Petition for Temporary or Concurrent Custody by Extended Family
(W) ____ Emancipation of a Minor

IV. Rule of Judicial Administration 2.545(d) requires that a Notice of Related Cases Form, Family Law Form 12.900(h), be filed with the initial pleading/petition by the filing attorney or self-represented litigant in order to notify the court of related cases. Is Form 12.900(h) being filed with this Cover Sheet for Family Court Cases and initial pleading/petition?

____ No, to the best of my knowledge, no related cases exist.
____ Yes, all related cases are listed on Family Law Form 12.900(h).

**ATTORNEY OR PARTY SIGNATURE**

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____   FL Bar No.: _____
          Attorney or party                                (Bar number, if attorney)


    (Type or print name)                          (E-mail Address(es))

    3/31/22
    Date

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:** [fill in all blanks]

This form was prepared for the: *{choose only **one**}* _ _Petitioner _ _ Respondent
This form was completed with the assistance of:
*{name of individual}*_____,
*{name of business}* _____,
*{address}*_
*{city}*_____ , *{state}*_____ , *{zip code}*_____ *{telephone number}*_____

I hereby certify that the foregoing is a true copy of the record in my office
THIS ____ DAY OF _APRIL_ 20 22
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____
    Deputy Clerk

Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases (11/20)

D.V. 000018

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: 50 2022 DR 002828 XXXX MB
Division:

Megan Luchey,
Petitioner,

and

William D. Wilcox,
Respondent.

### Date of Birth Form for Unified Family Court

| Instructions |
|---|
| Pursuant to Administrative Order 5.109, this form is to be completed and filed with the Clerk's Office in all new and reopened Unified Family Court ("UFC") cases. UFC case types include but are not limited to all family, juvenile, mental health, domestic violence and guardianship cases. A detailed list of UFC case types can be found in Administrative Order 5.101.<br><br>Sensitive Information **in this document** (month and day of birth/names of minors) will be redacted by the Clerk and will not be accessible by the general public. |

### Information

| | | | |
|---|---|---|---|
| Petitioner's Name | 371 Winters St. | Petitioner's D.O.B | 4/21/1996 |
| Petitioner's Address | WPB    FL    33405 | | |
| Respondent's Name | William D. Wilcox | Respondent's D.O.B | 9/92/1987 |
| Respondent's Address | 4000 S. Ocean Blvd, South Palm Beach Apt 301 FL 33480 | | |
| Child's Name | | Child's D.O.B | |
| Child's Name | | Child's D.O.B | |
| Child's Name | | Child's D.O.B | |
| Child's Name | | Child's D.O.B | |
| Child's Name | | Child's D.O.B | |

*Please attach an additional page for additional Party or Child

Filed by: _____
    Type/Print your name

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office
THIS 29 DAY OF APRIL 20 22
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____
Deputy Clerk

15ᵗʰ Judicial Circuit- Date of Birth Form for Unified Family Court

**CASE NUMBER:** 50 2022 DR 00282 XXXX NB     **DIVISION:** _____

**PETITIONER NAME:** Megan Luchey

    INTERPRETER NEEDED IN COURT?   This information <u>MUST</u> be completed.
Respondent: ___Yes __✓No   Petitioner: ___Yes __✓No  What Language?_____

## ADDITIONAL INFORMATION

The following information is necessary for service/enforcement of your injunction by law enforcement.
Please answer **_all_** questions:

Petitioner's Date of Birth: 4 / 21 / 1996  *** Petitioner's Race: B

Petitioner's Sex: (✓) Female (__) Male *** Petitioner's Home Phone#: _____

Petitioner's Cell Phone#: 5(61) 313-2923 *** Petitioner's Work Phone#: _____

Petitioner's email address: _____

Petitioner's Driver's License #: _____ Petitioner's vehicle tag#: _____
*******************************************************************************
**RESPONDENT NAME:** _____

Does Respondent have **child(ren)** in his/her care? (__) yes (✓) no ** How many children? _____

Is the Respondent **wanted by the police**? (✓) yes (__) no ••• For what? Burglary

If Respondent has weapons, where are weapons located? respondent's home /car

Is Respondent **in jail**? (__) yes (✓) no  *** Date of arrest: _____

Respondent's **vehicle year:** 2021  *** Respondent's Phone#: 561 517-3750

Respondent resides in Palm Beach County

Respondent's **Other** address? _____

Respondent's **Hangouts** (*name and/or address*): _____

Respondent's **close relatives** (*names/addresses/phone #'s*): _____

Best **place** to serve respondent: (✓) home* (__) work** (*check only one, please*)

Best **time** to serve respondent: 7am - 3pm

Relationship between Petitioner and Respondent: Ex-boyfriend

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office
THIS ___ DAY OF April 1C 20 22
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By _____
Deputy Clerk

D.V. 000020

## RESPONDENT DESCRIPTION SHEET

**SHERIFF'S DEPARTMENT**

Case No.: **50-2022-DR-002828-XXXX-MB**
Division: **DVTD: Dom Battery & DVRV Inj Hearings - DVTD (County)**

### DATING VIOLENCE (DR - Domestic Violence)

Respondent's Name: **WILLIAM DAVID WILCOX**

Nickname/Alias:

Address: **4000 S OCEAN BLVD APT 303
SOUTH PALM BEACH, FL 33480**

Residence
Telephone Number:

Respondent's Other Address:

Place of Employment: **EVOLUTION METALS COMP
516 S DIXIE HWY STE 209 WEST PALM BEACH, FL 33480**

Place of Employment Telephone Number:

| | | | |
|---|---|---|---|
| D.O.B.: *9/28/87* | | Hair: | **BROWN** |
| Race: | **White** | Height: | **6'3** |
| Sex: | **Male** | Eyes: | **BROWN** |
| Other | | Weight: | **240** |
| | | D.L# | |

Service Preference                                    Work
                          **Y**                        Home
Best Time to Serve    **7AM-3PM**

        Respondent has weapon:    **Y**
        Weapon Description:    **4 HAND GUNS**
        Weapon(s) Location:    **HOME/CAR**

Respondent's Vehicle:
Make:    **CHEVOLET**
Year:    **0**
Tag #

Color:    **BLACK**
Model:    **TAHOE**

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office
THIS ___ DAY OF APRIL 2022
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____ Deputy Clerk

        Respondent is currently in jail    **N**
        Date Arrested:

Petitioner's Name    **MEGAN LUCHEY**
Petitioner's D.O.B.:    **April 21, 1996**       Petitioner's Race:    **Black**
Petitioner's Sex:    **Female**                   Petitioner's Home Phone:

Relationship between Petitioner and Respondent: **EX BOYFRIEND**

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK. 3/31/2022 2:16:40 PM

D.V. 000021

IN THE CIRCUIT COURT OF THE _____ 15TH _____ JUDICIAL CIRCUIT,
IN AND FOR _____ PALM BEACH _____ COUNTY, FLORIDA

Case No.: _____
Division: _____

Megan Luchy,
_____
Petitioner,

and

William David Wikal
_____
Respondent.

## NOTICE OF RELATED CASES

1.  Petitioner submits this Notice of Related Cases as required by Florida Rule of Judicial Administration 2.545(d). A related case may be an open or closed civil, criminal, guardianship, domestic violence, juvenile delinquency, juvenile dependency, or domestic relations case. A case is "related" to this family law case if it involves any of the same parties, children, or issues and it is pending at the time the party files a family case; if it affects the court's jurisdiction to proceed; if an order in the related case may conflict with an order on the same issues in the new case; or if an order in the new case may conflict with an order in the earlier litigation.

[check one only]
[✓] There are no related cases.
[ ] The following are the related cases (add additional pages if necessary):

Related Case No. 1
Case Name(s): _____
  Petitioner _____
Respondent _____
Case No.: _____ Division: _____

Type of Proceeding: [check all that apply]
[ ] Dissolution of Marriage          [ ] Paternity
[ ] Custody                          [ ] Adoption
[ ] Child Support                    [ ] Modification/Enforcement/Contempt Proceedings
[ ] Juvenile Dependency              [ ] Juvenile Delinquency
[ ] Termination of Parental Rights   [ ] Criminal
[ ] Domestic/Sexual/Dating/Repeat    [ ] Mental Health
    Violence or Stalking Injunctions [ ] Other (specify) _____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

State where case was decided or is pending: _____ Florida _____ Other: *(specify)* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____

Title of last Court Order/Judgment (if any): _____

Date of Court Order/Judgment (if any): _____

Relationship of cases check all that apply]:

☐ pending case involves same parties, children, or issues;
☐ may affect court's jurisdiction;
☐ order in related case  may conflict with an order in this  case;
☐ order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases: _____

_____

_____


**Related Case No. 2**

Case Name(s): _____

Petitioner _____

Respondent _____

Case No.: _____   Division: _____

Type of Proceeding:  [check all that apply]

☐ Dissolution of Marriage            ☐ Paternity
☐ Custody                            ☐ Adoption
☐ Child Support                      ☐ Modification/Enforcement/Contempt Proceedings
☐ Juvenile Dependency                ☐ Juvenile Delinquency
☐ Termination of Parental Rights     ☐ Criminal
☐ Domestic/Sexual/Dating/Repeat      ☐ Mental Health
    Violence or Stalking Injunctions ☐ Other *(specify)*_____

State where case was decided or is pending: _____ Florida _____ Other: *(specify)* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____

Title of last Court Order/Judgment (if any): _____

Date of Court Order/Judgment (if any): _____

Relationship of cases check all that apply]:

☐ pending case involves same parties, children, or issues;

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK. 3/31/2022 2:16:40 PM
D.V. 000023

☐ may affect court's jurisdiction;
☐ order in related case  may conflict with an order in this  case;
☐ order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases: _____
_____
_____

**Related Case No. 3**
Case Name(s): _____
  Petitioner _____
Respondent _____
Case No.: _____ Division: _____

Type of Proceeding:  [check **all** that apply]
☐ Dissolution of Marriage            ☐ Paternity
☐ Custody                            ☐ Adoption
☐ Child Support                      ☐ Modification/Enforcement/Contempt Proceedings
☐ Juvenile Dependency                ☐ Juvenile Delinquency
☐ Termination of Parental Rights     ☐ Criminal
☐ Domestic/Sexual/Dating/Repeat      ☐ Mental Health
   Violence or Stalking Injunctions  ☐ Other *(specify}* _____

State where case was decided or is pending: _____ Florida _____ Other: *(specify}* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____
Title of last Court Order/Judgment (if any): _____
Date of Court Order/Judgment (if any): _____

Relationship of cases check all that apply):
☐ pending case involves same parties, children, or issues;
☐ may affect court's jurisdiction;
☐ order in related case  may conflict with an order in this  case;
☐ order in this case may conflict with previous order in related case.
Statement as to the relationship of the cases: _____
_____
_____

2.   [check **one** only]
☐ I **do not** request coordination of litigation in any of the cases listed above.

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

☐ I **do** request coordination of the following cases: _____

_____

_____

3. [check all that apply]

☐ Assignment to one judge

☐ Coordination of existing cases

will conserve judicial resources and promote an efficient determination of these cases because:_____.

4. The Petitioner acknowledges a continuing duty to inform the court of any cases in this or any other state that could affect the current proceeding.

Dated: **3|31|22**

Petitioner's Signature

Printed Name: _____

Address: _____

City, State, Zip: _____

Telephone Number: _____

Fax Number: _____

E-mail Address(es):_____

## CERTIFICATE OF SERVICE

I **CERTIFY** that I delivered a copy of this Notice of Related Cases to the _____ County Sheriff's Department or a certified process server for service on the Respondent, and [**check all used**] (☐) e-mailed (☐) mailed (☐) hand delivered, a copy to *{name}*_____, who is the [**check all that apply**] (☐) judge assigned to new case, (☐) chief judge or family law administrative judge, (☐) *{name}*_____ a party to the related case, (☐) *{name}* _____, a party to the related case on *{date}* _____.

_____

Signature of Petitioner/Attorney for Petitioner

Printed Name:_____

Address:_____

City, State, Zip:_____

Telephone Number:_____

Fax Number:_____

E-mail Address(es):_____

Florida Bar Number:_____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK. 3/31/2022 2:16:40 PM

D.V. 000025

IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:
[fill in **all** blanks] This form was prepared for the {choose **only** one}: (☐ Petitioner ☐ Respondent.
This form was completed with the assistance of:
{name of individual} _____,
{name    of    business}_____,
{address}_____,
{city} _____{state} _____, {telephone number} _____.



Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK. 3/31/2022 2:16:40 PM

D.V. 000026