# STANDARD LEASE AGREEMENT

(FIRST AMENDMENT ATTACHED)

**FOR LEASE BEGINNING JANUARY 25, 2021**

***NOTE: THIS AGREEMENT HAS A CHECKLIST AT THE END. TENANT AND REALTOR MUST FILL IT OUT TOGETHER UPON WALK-THROUGH AT RECEIPT OF THE KEYS. PHOTOS NEEDED.***

This Agreement, dated ***January 5, 2021***, by and between a business entity as follows: ***VALERIE S. MANZO, MEMBER, LA PENSEE 303, LLC***, with a mailing address of 16 DE MONT STREET, SMITHTOWN, New York, 11787-1906, hereinafter known as the **"Landlord",**

AND

***WILLIAM DAVID WILCOX, JR.,*** currently of West Palm Beach, Fla, and ***MEGAN DANIELLE LUCHEY***, 371 Winters St. WPB,Fl. 33406, each hereinafter known as the "Tenant", agree to the following:

**OCCUPANT(S):** The Premises is to be occupied strictly as a residential dwelling with only the Tenants mentioned above as the Occupants.

**OFFER TO RENT**: The Landlord hereby rents to the Tenant, subject to the following terms and conditions of this Agreement, and a First Amendment, a condominium with the address of ***4000 SOUTH OCEAN BOULEVARD, APARTMENT 303, SOUTH PALM BEACH, Florida, 33480,*** consisting of 3.5 bathroom(s) and 3 bedroom(s) hereinafter known as the "Premises". The Landlord may also use the address for notices sent to the Tenant.

**PURPOSE**: The Tenant may only use the Premises as a **residential dwelling.** It may not be used for storage, manufacturing of any type of food or product, professional service(s), or for any commercial use unless otherwise stated in this Agreement. NOTE THE CONDOMINIUM MAY HAVE ADDITIONAL RULES, WHICH WILL BE PROVIDED BY CONDOMINIUM MANAGEMENT, MARY MC FADDEN, LA PENSEE OFFICE MANAGER, PRIOR TO ACCEPTANCE OF APPLICATION TO RESIDE IN THE CONDOMINIUM, LA PENSEE, BY TENANT.

**FURNISHINGS:** The Premises is not furnished.

**APPLIANCES:** The Landlord shall provide the following appliances: Dishwasher, Dryer (for Laundry), Fan(s), Hot Water Heater, HVAC, Microwave, Oven(s), Radiator(s), Refrigerator, Stove(s), Washer (for Laundry), and all other appliances to be provided by the Tenant(s). Any damage to the Landlord's appliances shall be the liability of the Tenant(s), reasonable wear-and-tear excepted, to be billed directly or subtracted from the Security Deposit. There is also Central Air Conditioning and heat provided by Landlord, but paid for by Tenant.

Def. Exhibit 7 | Date: 5/4/2022
Witness: Megan Luchey

15 days after this Agreement has terminated if there are no deductions. If there are deductions to the Security Deposit the balance shall be returned within 30 days from termination of this Agreement. Should there be any dispute over said Security, there may be further delay but unless litigation is commenced, it shall not extend beyond 90 days from termination.

**The Security Deposit shall not be credited towards rent ~~unless the Landlord gives written consent.~~**

**POSSESSION**: Tenant(s) has examined the condition of the Premises and by taking possession acknowledges that they have accepted the Premises in good order and in its current condition except as herein otherwise stated. Failure of the Landlord to deliver possession of the Premises at the start of the Lease Term to the Tenant(s) shall terminate this Agreement at the option of the Tenant(s). Furthermore, under such failure to deliver possession by the Landlord, and if the Tenant(s) cancels this Agreement, the Security Deposit (if any) shall be returned to the Tenant(s) along with any other pre-paid rent, fees, including if the Tenant(s) paid a fee during the application process before the execution of this Agreement.

***NOTE TO REALTORS: AT TURNOVER OF THE APARTMENT AND THE KEYS, TENANT AND REALTOR WILL TAKE PHOTOGRAPHS OF THE CONDITION OF PREMISES. IT MUST BE RETURNED IN THE SAME ORDER AND REPAIR, LESS REASONABLE WEAR AND TEAR. REALTOR AND TENANT SHALL fill out the CHECKLIST AT THE END OF THIS AGREEMENT.***

**ACCESS**: Upon approval by the Board and receipt and clearance of check and Lease, plus Amendments, Landlord agrees to give access to the Tenant(s) in the form of keys, fobs, cards, or any type of keyless security entry as needed to enter the common areas and the Premises. Duplicate copies of the access provided may only be authorized under the consent of the Landlord and, if any replacements are needed, the Landlord will provide them for a fee. At the end of this Agreement all access provided to the Tenant(s) shall be returned to the Landlord or a fee will be charged to the Tenant(s) or subtracted from the Security Deposit.

**MOVE-IN INSPECTION**: Before, at the time of the Tenant(s) accepting possession, or shortly thereafter, the Landlord and Tenant(s) shall perform an inspection documenting the present condition of all appliances, fixtures, furniture, and any existing damage within the Premises. If Landlord cannot be present on that date, property manager on site and/or realtor shall be present on the move-in date, to confirm condition.

**SUBLETTING**: The Tenant(s) shall not have the right to sub-let the Premises or any part thereof.

**ABANDONMENT**: If the Tenant(s) vacates or abandons the property for a time-period that is the minimum set by State law or seven (7) days, whichever is less, the Landlord shall have the right to terminate this Agreement immediately and remove all belongings including any personal property off of the Premises. If the Tenant(s) vacates or abandons the property, the Landlord shall immediately have the right to terminate this Agreement.

**ASSIGNMENT:** Tenant(s) shall not assign this Lease without the prior written consent of the Landlord. The consent by the Landlord to one assignment shall not be deemed to be consent to any subsequent assignment.

**PARKING**: The Landlord shall provide the Tenant(s) 2 Parking Spaces. (one is below the building in a garage, one is across the street). The Landlord shall not charge a fee for the 2 Parking Spaces. The Parking Space(s) can be described as: (see Addendum)

**RIGHT OF ENTRY**: The Landlord shall have the right to enter the Premises during normal working hours by providing notice in accordance with the minimum State requirement in order for inspection, make necessary repairs, alterations or improvements, to supply services as agreed or for any reasonable purpose. ~~The Landlord may exhibit the Premises to prospective purchasers, mortgagees, or lessees upon reasonable notice~~. TENANT MAY NOT CHANGE LOCKS OR ADD ADDITIONAL LOCKS ON DOORS.

**UTILITIES:** The Landlord agrees to pay for the following utilities and services: Basic Cable, Lawn Care, Trash Removal, Water, (via the La Pensee Condominium), with all other utilities and services to be the responsibility of the Tenant(s). CABLE IS AS PROVIDED BY LA PENSEE. TENANT MUST PICK UP THE CABLE BOX. ANY ADDITIONAL CABLE SERVICE, INCLUDING TELEPHONE AND DATA, IS AT TENANT'S OPTION AND EXPENSE.

**MAINTENANCE, REPAIRS, OR ALTERATIONS**: The Tenant(s) shall, at their own expense and at all times, maintain premises in a clean and sanitary manner, and shall surrender the same at termination hereof, in as good condition as received, normal wear and tear excepted. The Tenant(s) may not make any alterations to the leased premises without the consent in writing of the Landlord. The Landlord shall be responsible for repairs to the interior and exterior of the building.

ALL APPLIANCES WILL BE MAINTAINED BY TENANT IN GOOD ORDER. ANY DAMAGE TO SAME IS TENANT'S RESPONSIBILITY BUT IF APPLIANCES, HEAT OR A/C FAIL, DUE TO NORMAL WEAR AND TEAR, LANDLORD WILL ASSUME COST OF REPAIR, PROVIDED TENANT ARRANGES FOR SERVICEPERSON TO RENDER THE APPLIANCE OR SERVICE USABLE. IN NO EVENT WILL FEE TO REPAIR PERSON BE DEDUCTED FROM RENT by Tenant. LANDLORD WILL MAKE ARRANGEMENTS FOR PAYMENT TO SERVICEPESON, DIRECTLY BETWEEN LANDLORD OR LANDLORD'S PROPERTY MANAGER, PRIOR TO ARRIVAL OF SERVICEPERSON.

**SMOKE DETECTORS**: The Landlord will place fresh batteries in all battery-operated smoke detectors when the Tenant(s) moves into the premises. After the initial placement of the fresh batteries, it is the responsibility of the Tenant(s) to replace batteries when needed. A monthly "cursory" inspection may be required for all fire extinguishers to make sure they are fully charged.

**EARLY TERMINATION**: The Tenant(s) may not be able to cancel this Agreement, pursuant to terms of all Agreements herein, except that a Tenant who is a victim of Domestic Violence may be able to lawfully terminate, as provided by US. Florida and Palm

Beach County Laws and Regulations. In such case, the Tenant may be able to cancel in accordance with any local, state, or federal laws.

***PETS/SERVICE DOG***: The Tenant(s) shall be allowed to have: One (1) ***pet*** on the Premises consisting of Cats, Dogs, Fish, with no other types of Pet(s) being allowed on the Premises or common areas, hereinafter known as the "Pet(s)". The Tenant(s) shall NOT be required to pay a "pet SECURITY fee", typically in this region in the amount of $500 (refundable at the end of the Lease Term if there is no damage to the Premises that is caused by the Pet(s), in this case. **INASMUCH AS TENANT HAS A *SERVICE ANIMAL* (A DOG), DOCUMENTARY PROOF OF STATUS AS A SERVICE ANIMAL IS REQUIRED FOR LANDLORD AND LA PENSEE CONDOMINIUM TO WAIVE ITS CUSTOMARY PET RESTRICTIONS, AND FOR LANDLORD TO WAIVE CUSTOMARY ADDITIONAL *PET SECURITY* FEES.** However, it remains Tenant responsibility to repair any and all damage that any SERVICE ANIMAL may cause, regardless of ownership of said SERVICE ANIMAL, and TENANT agrees to restore the property to its original condition at TENANT expense. There shall be a limit on the weight of any of the individual pet of 20 pounds (lbs.), unless it is a SERVICE ANIMAL.

**AT TIME OF SIGNING LEASE TENANT HAS THE FOLLOWING PETS: one ______________________ (type of animal) WEIGHING: __________________.**

**NOISE/WASTE**: The Tenant(s) agrees not to commit waste on the premises, maintain, or permit to be maintained, a nuisance thereon, or use, or permit the premises to be used, in an unlawful manner. The Tenant(s) further agrees to abide by any and all local, county, and State noise ordinances.

**GUESTS**: There shall be no other persons living on the Premises other than the Tenant(s) and any Occupant(s). Guests of the Tenant(s) are allowed for periods not lasting for more than 2 WEEKS unless otherwise approved by the Landlord. THIS IS A RULE OF LA PENSEE.

**SMOKING POLICY**: Smoking on the Premises is prohibited on the entire LA PENSEE property, including individual units, common areas, every building and adjoining properties.

**COMPLIANCE WITH LAW**: The Tenant(s) agrees that during the term of the Agreement, to promptly comply with any present and future laws, ordinances, orders, rules, regulations, and requirements of the Federal, State, County, City, and Municipal government or any of their departments, bureaus, boards, commissions and officials thereof with respect to the premises, or the use or occupancy thereof, whether said compliance shall be ordered or directed to or against the Tenant(s), the Landlord, or both.

**DEFAULT**: If the Tenant(s) fails to comply with any of the financial or material provisions of this Agreement, or of any present rules and regulations or any that may be hereafter prescribed by the Landlord, or materially fails to comply with any duties imposed on the Tenant(s) by statute or State laws, within the time period after delivery of written notice by the Landlord specifying the non-compliance and indicating the intention of the Landlord to terminate the Agreement by reason thereof, the Landlord may terminate this Agreement. If the Tenant(s) fails to pay rent when due and the default continues for the time-period

specified in the written notice thereafter, the Landlord may, at their option, declare the entire balance (compiling all months applicable to this Agreement) of rent payable hereunder to be immediately due and payable and may exercise any and all rights and remedies available to the Landlord at law or in equity and may immediately terminate this Agreement.

The Tenant(s) will be in default if: (a) Tenant(s) does not pay rent or other amounts that are owed in accordance with respective State laws; (b) Tenant(s), their guests, or the Occupant(s) violate this Agreement, rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs; (c) Tenant(s) abandons the Premises; (d) Tenant(s) gives incorrect or false information in the rental application; (e) Tenant(s), or any Occupant(s) is arrested, convicted, or given deferred adjudication for a criminal offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (f) any illegal drugs or paraphernalia are found in the Premises or on the person of the Tenant(s), guests, or Occupant(s) while on the Premises and/or; (g) as otherwise allowed by law.

**MULTIPLE TENANT(S) OR OCCUPANT(S):** Each individual that is considered a Tenant(s) is jointly and individually liable for all of this Agreement's obligations, including but not limited to rent monies. If any Tenant(s), guest, or Occupant(s) violates this Agreement, the Tenant(s) is considered to have violated this Agreement. Landlord's requests and notices to the Tenant(s) or any of the Occupant(s) of legal age constitutes notice to the Tenant(s). Notices and requests from the Tenant(s) or any one of the Occupant(s) (including repair requests and entry permissions) constitutes notice from the Tenant(s). In eviction suits, the Tenant(s) is considered the agent of the Premise for the service of process.

**DISPUTES**: If a dispute arises during or after the term of this Agreement between the Landlord and Tenant(s), they shall agree to hold negotiations amongst themselves, in "good faith", before any litigation.

**SEVERABILITY:** If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be invalid or unenforceable, neither the remainder of this Agreement nor the application of the provision to other persons, entities or circumstances shall be affected thereby, but instead shall be enforced to the maximum extent permitted by law.

**SHOWING PREMISES TO PROSPECTIVE NEW TENANTS**: Tenant agrees to permit showing of Premises within ***45 days of Lease Termination***, upon 24 hours' notice by Realtor to Tenants, and in presence of Tenants. COVID Negative Test

**SURRENDER OF PREMISES**: The Tenant(s) has surrendered the Premises when (a) the move-out date has passed and no one is living in the Premise within the Landlord's reasonable judgment; or (b) Access to the Premise have been turned in to Landlord – whichever comes first. Upon the expiration of the term hereof, the Tenant(s) shall surrender the Premise in better or equal condition as it were at the commencement of this

Agreement, reasonable use, wear and tear thereof, and damages by the elements excepted.

**RETALIATION**: The Landlord is prohibited from making any type of retaliatory acts against the Tenant(s) including but not limited to restricting access to the Premises, decreasing or cancelling services or utilities, failure to repair appliances or fixtures, or any other type of act that could be considered unjustified.

**WAIVER:** A Waiver by the Landlord for a breach of any covenant or duty by the Tenant(s), under this Agreement is not a waiver for a breach of any other covenant or duty by the Tenant(s), or of any subsequent breach of the same covenant or duty. No provision of this Agreement shall be considered waived unless such a waiver shall be expressed in writing as a formal amendment to this Agreement and executed by the Tenant(s) and Landlord.

**EQUAL HOUSING**: If the Tenant(s) possess (es) any mental or physical impairment, the Landlord shall provide reasonable modifications to the Premises unless the modifications would be too difficult or expensive for the Landlord to provide. Any impairment of the Tenant(s) is/are encouraged to be provided and presented to the Landlord in writing in order to seek the most appropriate route for providing the modifications to the Premises.

**HAZARDOUS MATERIALS**: The Tenant(s) agrees to not possess any type of personal property that could be considered a fire hazard such as a substance having flammable or explosive characteristics on the Premises. Items that are prohibited to be brought into the Premises, other than for everyday cooking or the need of an appliance, includes but is not limited to gas (compressed), gasoline, fuel, propane, kerosene, motor oil, fireworks, or any other related content in the form of a liquid, solid, or gas.

**WATERBEDS**: The Tenant(s) is not permitted to furnish the Premises with waterbeds.

**INDEMNIFICATION**: The Landlord shall not be liable for any damage or injury to the Tenant(s), or any other person, or to any property, occurring on the Premises, or any part thereof, or in common areas thereof, and the Tenant(s) agrees to hold the Landlord harmless from any claims for damages unless caused solely by the Landlord's negligence. It is recommended that renter's insurance be purchased at the Tenant(s)'s expense.

**COVENANTS:** The covenants and conditions herein contained shall apply to and bind the heirs, legal representatives, and assigns of the parties hereto, and all covenants are to be construed as conditions of this Agreement.

NOTICES: Any notice to be sent by the Landlord or the Tenant(s) to each other shall use the following mailing addresses:

Landlord's/Agent's Mailing Address

VALERIE MANZO, Member, LA PENSEE 303, LLC; 16 DE MONT STREET, SMITHTOWN, New York, 11787-1906

Tenant(s)'s CURRENT Mailing Address (FILL IN)

______________________________________________________________

**AGENT/MANAGER**: The Landlord's husband, **THOMAS A. DE MARINIS, cell @ 631-942-7109, TDEMARINIS2@OPTONLINE.NET,** of the same address as Landlord, is the Property Manager. All contact or complaint regarding repair, maintenance, or any other matter needing Landlord attention, must go through the Landlord's Property Manager, as follows (emails shall be sent to Landlord as well):

**Landlord's Phone Number: CELL: (516) 456-4672 or office: 631-366-6361; Landlord's Email: VALMANZO@AOL.COM.**

EMERGENCIES ON PREMISES: TENANT MAY CALL BUILDING (PHYSICAL PLANT) MANAGER: **TODD DAVIS: 561-951-3145 (HE HAS KEYS AND IS ON LA PENSEE PREMISES).**

BUILDING ASSOCIATION OFFICE MANAGER (OFF-SITE) **MARY MC FADDEN** (SHE HAS RULES AND REGULATIONS, APPLICATION, AND ARRANGES NEEDED APPROVAL OF TENANCY BY THE BOARD OF DIRECTORS OF LA PENSEE, INCLUDING INTERVIEW BY BOARD MEMBER OF TENANTS.

**MARY MC FADDEN WILL, PER LA PENSEE RULES, SUBMIT ~~MEDICAL~~ RECORDS PROVIDED BY TENANT ESTABLISHING NEED FOR ~~THIS ANIMAL TO BE A SERVICE~~ ANIMAL TO A LAWYER HIRED BY THE BOARD, FOR CONFIRMATION OF SAME.** Service Animal VMM

**PREMISES DEEMED UNINHABITABLE**: If the Property is deemed uninhabitable due to damage beyond reasonable repair the Tenant(s) will be able to terminate this Agreement by written notice to the Landlord. If said damage was due to the negligence of the Tenant(s), the Tenant(s) shall be liable to the Landlord for all repairs and for the loss of income due to restoring the Premises back to a livable condition in addition to any other losses that can be proved by the Landlord.

**ACCESS BY LANDLORD**: The Landlord must provide at least twelve (12) hours notice to the Tenant(s) before entering the Premises for any non-emergency reason. VMM COVID Tes, 72 hours

**RADON GAS**: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county health department.

**SECURITY DEPOSIT DISCLOSURE**: YOUR LEASE REQUIRES PAYMENT OF CERTAIN DEPOSITS. ~~THE LANDLORD MAY TRANSFER ADVANCE RENTS TO THE LANDLORD'S ACCOUNT AS THEY ARE DUE AND WITHOUT NOTICE.~~ WHEN YOU MOVE OUT, YOU MUST GIVE THE LANDLORD YOUR NEW ADDRESS SO THAT THE LANDLORD CAN SEND YOU NOTICES REGARDING YOUR DEPOSIT. THE LANDLORD MUST MAIL YOU NOTICE, WITHIN 30 DAYS AFTER YOU MOVE OUT, OF THE LANDLORD'S INTENT TO IMPOSE A CLAIM AGAINST THE DEPOSIT. IF YOU

VMM

VMM TDM

DO NOT REPLY TO THE LANDLORD STATING YOUR OBJECTION TO THE CLAIM WITHIN 15 DAYS AFTER RECEIPT OF THE LANDLORD'S NOTICE, THE LANDLORD WILL COLLECT THE CLAIM AND MUST MAIL YOU THE REMAINING DEPOSIT, IF ANY. IF THE LANDLORD FAILS TO TIMELY MAIL YOU NOTICE, THE LANDLORD MUST RETURN THE DEPOSIT BUT MAY LATER FILE A LAWSUIT AGAINST YOU FOR DAMAGES. IF YOU FAIL TO TIMELY OBJECT TO A CLAIM, THE LANDLORD MAY COLLECT FROM THE DEPOSIT, BUT YOU MAY LATER FILE A LAWSUIT CLAIMING A REFUND. YOU SHOULD ATTEMPT TO INFORMALLY RESOLVE ANY DISPUTE BEFORE FILING A LAWSUIT. GENERALLY, THE PARTY IN WHOSE FAVOR A JUDGMENT IS RENDERED WILL BE AWARDED COSTS AND ATTORNEY FEES PAYABLE BY THE LOSING PARTY. THIS DISCLOSURE IS BASIC. PLEASE REFER TO PART II OF CHAPTER 83, FLORIDA STATUTES, TO DETERMINE YOUR LEGAL RIGHTS AND OBLIGATIONS.

**SERVICEMEMBERS CIVIL RELIEF ACT**: In the event the Tenant(s) is or hereafter becomes, a member of the United States Armed Forces on extended active duty and hereafter the Tenant(s) receives permanent change of station (PCS) orders to depart from the area where the Premises are located, or is relieved from active duty, retires or separates from the military, is ordered into military housing, or receives deployment orders, then in any of these events, the Tenant may terminate this lease upon giving thirty (30) days written notice to the Landlord. The Tenant shall also provide to the Landlord a copy of the official orders or a letter signed by the Tenant's commanding officer, reflecting the change which warrants termination under this clause. The Tenant will pay prorated rent for any days which he/she occupies the dwelling past the beginning of the rental period.

The damage/security deposit will be promptly returned to Tenant, provided there are no damages to the Premises.

**LEAD PAINT**: The Premises was not constructed before 1978 and therefore does not contain lead-based paint.

**GOVERNING LAW**: This Agreement is to be governed under the laws located in the State of Florida.

**APPLICATION**: Tenants shall comply with all rules and regulations, and requirements of LA PENSEE CONDOMINIUM ASSOCIATION AND ITS BOARD OF DIRECTORS, including completion of an application, submission of all document required by said Association, fees needed, including but not limited to service animal proofs, and examination the Board's lawyer of the same, and any and all additional requirements. Tenants shall pay an **application fee of $150.**00 per person, and fill out two (2) separate applications (one each), and pay a **LA PENSEE (separate) security deposit of $250.00.**

**ADDITIONAL TERMS AND CONDITIONS**: In addition to the above stated terms and conditions of this Agreement, the Landlord and Tenant agree to the following: **ALL RULES & REGULATIONS OF LA PENSEE CONDOMINIUM, TO BE PROVIDED BY MARY MC**

**FADDEN OR VAL MANZO, ALONG WITH THE FIRST AMENDMENT WHICH IS ATTACHED HERETO AND MADE PART HEREOF.**

**ENTIRE AGREEMENT**: This Agreement contains all the terms agreed to by the parties relating to its subject matter and replaces all previous discussions, understandings, and oral agreements. The Landlord and Tenant(s) agree to the terms and conditions and shall be bound until the end of the Lease Term.

The parties have agreed and executed this agreement on January 7, 20 21.

LANDLORD(S) SIGNATURE

Landlord's Signature Valerie Manzo, Member

VALERIE MANZO, MEMBER, LA PENSEE 308, LLC

Date: 1-7-21

TENANT(S) SIGNATURE

Tenant Signature

Print name: WILLIAM WILCOX

Tenant signature

Print name:

Date:

To be signed by Landlord when bank check received & keep given (1.25.21).

Security and full rental fee

Deposit Receipt

Date: Jan 25, 2021

VSM [$48,600 RENT 3900 Security Deposit]

THIS DOCUMENT ACKNOWLEDGES RECEIPT OF THE $50,700 FOR ~~THIS~~ a 12 MONTH LEASE TERM FOR 4000 SOUTH OCEAN BLVD, SOUTH PALM BEACH, FLA 33480, by the owner, VALERIE S. MANZO, MEMBER, LA PENSEE 303, LLC.

The Landlord shall hold the entire fund, including the $3900 ~~the~~ VSM Security Deposit in a separate account at THE BANK OF AMERICA, located at 30 ROUTE 111, SMITHTOWN, NY 11787 [Street Address] in the TOWN OF SMITHTOWN, State of NEW YORK.

The Security Deposit in the amount of $3900 (US Dollars) and the full one-year rental fee per the Lease Agreement, has been deposited in AN ACCOUNT TITLED **LA PENSEE 303. LLC**, which has as signatory the LLC MEMBER, **VALERIE S. MANZO.**

Thus, Landlord warrants that the full $50,700 shall be held, payable to Landlord for each month of Tenant's residence, for the full performance of Tenant's obligation to pay RENT during the term of the Lease, which Lease Agreement and Amendment has been fully executed by both TENANT AND LANDLORD,

**on the ______ day of __________________, 2021**

Landlord's Signature ____________________________________________

Tenant Signature ____________________________________________

VSM DW

Tenant Signature: ______________________________

AMOUNT ($) DUE AT ~~SIGNING~~ Jan 25, 2021

Security Deposit: $3900.00 plus 12 months' rent: $46,800.00

TOTAL: $50,700.00

Move-in Checklist

Property Address: 4000 SOUTH OCEAN BOULEVARD, APARTMENT 303,

SOUTH PALM BEACH, Florida, 33480

To Be Complete Jan 25, 202 yes

Unit Size: 3 Bedroom(s)

Move-in Inspection Date: _______________

Move-out Inspection Date: _______________

Write the condition of the space along with any specific damage or repairs needed. Be sure to write any repair needed such as paint chipping, wall damage, or any lessened area that could be considered maintenance needed at the end of the lease, and therefore, be deducted at the end of the Lease Term.

**Living Room**

Floors Condition _____________ Specific Damage__________________________

Walls Condition _____________ Specific Damage__________________________

Ceiling Condition _____________ Specific Damage__________________________

Windows Condition _____________ Specific Damage__________________________

Lighting Condition _____________ Specific Damage__________________________

Electrical Outlets Condition ___________ Specific Damage_______________________

Other Condition _____________ Specific Damage__________________________

Other Condition _____________ Specific Damage__________________________

**Dining Room**

Floors Condition _____________ Specific Damage__________________________

Walls Condition _____________ Specific Damage__________________________

Ceiling Condition _____________ Specific Damage__________________________

Windows Condition _____________ Specific Damage__________________________

Lighting Condition _____________ Specific Damage__________________________

Electrical Outlets Condition _____________ Specific Damage_____________________

Other Condition _____________ Specific Damage__________________________

Other Condition _____________ Specific Damage__________________________

**Kitchen Area**

Stove/Oven Condition ______________ Specific Damage____________________________

Refrigerator Condition ______________ Specific Damage___________________________

Sink/Faucets Condition ______________ Specific Damage___________________________

Floors Condition ______________ Specific Damage____________________________

Walls Condition ______________ Specific Damage____________________________

Ceiling Condition ______________ Specific Damage____________________________

Windows Condition ______________ Specific Damage____________________________

Lighting Condition ______________ Specific Damage____________________________

Electrical Outlets Condition ______________ Specific Damage____________________________

Cabinets Condition ______________ Specific Damage____________________________

Closets Condition ______________ Specific Damage____________________________

Exhaust Fan Condition ______________ Specific Damage____________________________

Fire Alarms Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

**Bedroom(s)**

(1)

Doors/Locks Condition ______________ Specific Damage____________________________

Closets Condition ______________ Specific Damage____________________________

Floors Condition ______________ Specific Damage____________________________

Walls Condition ______________ Specific Damage____________________________

Ceiling Condition ______________ Specific Damage____________________________

Windows Condition ______________ Specific Damage____________________________

Lighting Condition ______________ Specific Damage____________________________

Electrical Outlets Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

Other Condition _____________ Specific Damage___________________________

#2

Doors/Locks Condition _____________ Specific Damage___________________________

Closets Condition _____________ Specific Damage___________________________

Floors Condition _____________ Specific Damage___________________________

Walls Condition _____________ Specific Damage___________________________

Ceiling Condition _____________ Specific Damage___________________________

Windows Condition _____________ Specific Damage___________________________

Lighting Condition _____________ Specific Damage___________________________

Electrical Outlets Condition _____________ Specific Damage___________________________

Other Condition _____________ Specific Damage___________________________

Other Condition _____________ Specific Damage___________________________

#3

Doors/Locks Condition _____________ Specific Damage___________________________

Closets Condition _____________ Specific Damage___________________________

Floors Condition _____________ Specific Damage___________________________

Walls Condition _____________ Specific Damage___________________________

Ceiling Condition _____________ Specific Damage___________________________

Windows Condition _____________ Specific Damage___________________________

Lighting Condition _____________ Specific Damage___________________________

Electrical Outlets Condition _____________ Specific Damage___________________________

Other Condition _____________ Specific Damage___________________________

Other Condition _____________ Specific Damage___________________________

**Bathroom(s)**

**In bedroom #1**

Sink/Faucets Condition ______________ Specific Damage____________________________

Shower/Tub Condition ______________ Specific Damage____________________________

Curtain/Door Condition ______________ Specific Damage____________________________

Towel Rack Condition ______________ Specific Damage____________________________

Toilet Condition ______________ Specific Damage____________________________

Doors/Locks Condition ______________ Specific Damage____________________________

Floors Condition ______________ Specific Damage____________________________

Walls Condition ______________ Specific Damage____________________________

Ceiling Condition ______________ Specific Damage____________________________

Windows Condition ______________ Specific Damage____________________________

Lighting Condition ______________ Specific Damage____________________________

Electrical Outlets Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

In bedroom #2

Sink/Faucets Condition ______________ Specific Damage____________________________

Shower/Tub Condition ______________ Specific Damage____________________________

Curtain/Door Condition ______________ Specific Damage____________________________

Towel Rack Condition ______________ Specific Damage____________________________

Toilet Condition ______________ Specific Damage____________________________

Doors/Locks Condition ______________ Specific Damage____________________________

Floors Condition ______________ Specific Damage____________________________

Walls Condition ______________ Specific Damage____________________________

Ceiling Condition ______________ Specific Damage____________________________

Windows Condition ______________ Specific Damage____________________________

Lighting Condition ______________ Specific Damage____________________________

Electrical Outlets Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

In bedroom #3

Sink/Faucets Condition ______________ Specific Damage____________________________

Shower/Tub Condition ______________ Specific Damage____________________________

Curtain/Door Condition ______________ Specific Damage____________________________

Towel Rack Condition ______________ Specific Damage____________________________

Toilet Condition ______________ Specific Damage____________________________

Doors/Locks Condition ______________ Specific Damage____________________________

Floors Condition ______________ Specific Damage____________________________

Walls Condition ______________ Specific Damage____________________________

Ceiling Condition ______________ Specific Damage____________________________

Windows Condition ______________ Specific Damage____________________________

Lighting Condition ______________ Specific Damage____________________________

Electrical Outlets Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

IN POWDER ROOM:

Sink/Faucets Condition ______________ Specific Damage____________________________

Shower/Tub Condition ______________ Specific Damage____________________________

Curtain/Door Condition ______________ Specific Damage____________________________

Towel Rack Condition ______________ Specific Damage____________________________

Toilet Condition ______________ Specific Damage____________________________

Doors/Locks Condition ______________ Specific Damage____________________________

Floors Condition ______________ Specific Damage____________________________

Walls Condition ______________ Specific Damage____________________________

Ceiling Condition ______________ Specific Damage____________________________

Windows Condition ______________ Specific Damage____________________________

Lighting Condition ______________ Specific Damage____________________________

Electrical Outlets Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

**GENERAL PREMISE INSPECTION/CONDITION:**

Heating Condition ______________ Specific Damage____________________________

AC Unit(s) Condition ______________ Specific Damage____________________________

Hot Water Heater Condition ______________ Specific Damage____________________________

Smoke Alarm(s) Condition ______________ Specific Damage____________________________

Door Bell Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

Other Condition ______________ Specific Damage____________________________

**I, Tenant on this Lease, have sufficiently inspected the Premises and confirm above-stated information. (only 1 Tenant required)**

**Tenant's Signature** ____________________________ Jan 25-2022

**I, the Landlord on this Lease, have sufficiently inspected the Premises and confirm above-stated information.**

**Landlord's Signature** ____________________________ TBC