UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No.: 9:21-CV-81565-DMM

_____

WILLIAM DAVID WILCOX JR. a/k/a DAVID WILCOX, an
individual, and MEGAN DANIELLE LUCHEY, an individual,

       Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION, INC., a Florida
Not-For-Profit Corporation; MARY MCFADDEN, an
individual; MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, a
Florida Limited Liability Company; and DAVID WOLFF a/k/a
DAVID WOLF, an individual,

       Defendants.

_____


REMOTE VIDEOTAPED DEPOSITION

OF

WILLIAM DAVID WILCOX, JR.


Taken on behalf of the Defendants


Date Taken:  August 8, 2022
Time:        9:31 a.m.



Examination of the witness taken via Zoom before:

Emily Scott, stenographic reporter
United Reporting, Inc.
1218 SE 3rd Avenue
Fort Lauderdale, Florida 33316

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

```
                                                    Page 2
 1  REMOTE APPEARANCES:

 2

 3  ON BEHALF OF THE PLAINTIFF:

 4  NEIL BRYAN TYGAR, P.A.
    5341 W. Atlantic Ave., Ste. 303
 5  Delray Beach, FL 33484
    ntygar@me.com
 6  By:  NEIL TYGAR, ESQ.

 7

 8  ON BEHALF OF THE DEFENDANTS/Mary McFadden and MAC
    Residential Management Services, LLC:
 9
    ISRAEL, ISRAEL & ASSOCIATES, P.A.
10  6099 Stirling Road, Suite 211
    Davie, Florida 33314
11  disrael@israellawfl.com
    By:  DAVID ISRAEL, ESQ.

12

13  ON BEHALF OF THE DEFENDANT/MAC Residential Management
    Services, LLC:
14
    LIEBLER, GONZALEZ & PORTUONDO
15  Courthouse Tower, 25th Floor
    44 W. Flagler Street
16  Miami, Florida 33130
    mds2@lgplaw.com
17  By:  MICHAEL STARKS, ESQ.
         ANDREW KEMP-GERSHEL, ESQ.

18

19  ON BEHALF OF THE DEFENDANT/La Pensee Condominium
    Association, Inc., and David Wolf:
20
    MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGI
21  2400 E. Commercial Blvd., Ste. 1100
    Fort Lauderdale, Florida 33308
22  ajmarchese@mdwcg.com
    By:  ANDREW MARCHESE, ESQ.

23

24

25
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

```
                                              Page 3

 1  REMOTE APPEARANCES CONT.:

 2

 3  ON BEHALF OF THIRD-PARTY DEFENDANTS IN RELATED STATE
    COURT ACTION:
 4
    COLE, SCOTT AND KISSANE, P.A.
 5  9150 S. Dadeland Blvd., Ste. 1400
    Miami, FL 33156
 6  andrew.simon@csklegal.com
    By:  ANDREW SIMON, ESQ.
 7

 8

 9  ALSO PRESENT:

10  David Fisher, videographer

11  David Wolf

12  Mary McFadden

13  JoAnn Burnett, Esq.

14

15

16

17

18

19

20

21

22

23

24

25
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 4

1

2                          I N D E X

3   Remote Videotaped Deposition of William Wilcox, Jr.

4                                        Page

5   Direct Examination by Mr. Israel         7

6   Cross-Examination by Mr. Marchese        224

7   Redirect Examination by Mr. Starks       286

8

9   Certificate Of Oath                      293

10   Certificate of Reporter                  294

11   Errata Sheet                             295

12   Read and Sign letter to witness          296

13

14

15

16

17

18

19

20

21

22

23

24

25

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

```
 1                 DEFENDANT'S EXHIBIT INDEX

 2  No.        Description                    Page

 3  1 -        Complaint Exhibit One           25

 4  2 -        Complaint Exhibit Two           29

 5  3 -        First Amended Complaint         39

 6  4 -        Service Animal ID Card          65

 7  5 -        Zeus' Vaccination Records       67

 8  6 -        7/14/2021 Letter                68

 9  7 -        2/24/2021 Offense Report       107

10  8 -        Photograph                     117

11  9 -        Email Chain                    124

12  10 -       Answers to Interrogatories     131

13  11 -       Domestic Violence Complaint    142

14  12 -       Booking Photo                  146

15  13 -       Arrest Affidavit               152

16  14 -       911 Call Report                153

17  15 -       Unsigned Answers to            278
               Interrogatories

18

19

20  (Exhibit No. 15 had been neither received nor marked by
      the reporter at the time of transcript production.)

21

22

23

24

25
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 6

1  Thereupon, the following proceedings were had:

2         VIDEOGRAPHER:  We are now on the video record.

3     The time is 9:31.  Today is Monday, the 8th day of

4     August, 2022.

5         Will counsel please introduce yourself for the

6     record, and the court reporter will swear in the

7     witness.

8         MR. TYGAR:  Neil Tygar for the plaintiff.

9         MR. ISRAEL:  David Israel for defendant Mary

10     McFadden and MAC Residential Management Services,

11     LLC.

12         MR. MARCHESE:  Andrew Marchese on behalf of La

13     Pensee Condominium Association and David Wolf, one

14     "F."

15         MR. STARKS:  Mike Starks for MAC Residential

16     Management Services.

17         MR. ISRAEL:  You're on mute, Andrew.

18         MR. SIMON:  Thank you, Mr. Israel.

19         Andrew Simon from Cole, Scott and Kissane on

20     behalf of certain third-party defendants in the

21     related state court action.

22         COURT REPORTER:  All right.  Mr. Wilcox,

23     please raise your right hand.

24         Do you solemnly swear or affirm to tell the

25     truth, the whole truth and nothing but the truth,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 7

1      so help you God?

2           THE WITNESS:  I do.

3           COURT REPORTER:  Thank you.

4  Thereupon:

5              WILLIAM DAVID WILCOX, JR.,

6  was called as a witness by the Defendants, and having

7  been first duly sworn, was examined and testified as

8  follows:

9                   DIRECT EXAMINATION

10 BY MR. ISRAEL:

11     **Q.   Good morning, Mr. Wilcox.**

12     A.   Good morning, Mr. Israel.

13     **Q.   You understand we are here to take your**

14 **deposition pursuant to a court order, correct?**

15     A.   Correct.

16     **Q.   Okay.  Let's just go through -- you've been**

17 **deposed previous to today, correct?**

18     A.   Sorry?  I've been deposed previous?  I've been

19 deposed in my lifetime before, correct.

20     **Q.   Okay.  How many times, would you say?**

21     A.   I can't remember.

22     **Q.   More than once?**

23     A.   Correct.

24     **Q.   Okay.  But I just want to go through some very**

25 **basic rules, just to make sure we're all on the same**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 8

1   page as we go through this deposition.

2           Number one, all your answers need to be

3   audibly so the court reporter can take them down.  Nods

4   of the head won't help.

5           Number two, if I ask you a question and you

6   answer, I presume that you understood it.  If you don't

7   understand my questions, please feel free to ask me, and

8   I'll rephrase them the best I can.

9           Rules clear?

10      A.   Clear.

11      Q.   If you need a break, let us know.  As long as

12  there is no question pending, that's not a problem.

13          You understand you are under oath today?

14      A.   Do I understand what, now?

15      Q.   Do you understand that you are giving

16  testimony under oath today?

17      A.   Correct.

18      Q.   Are you on any medication that would prevent

19  you from giving proper testimony today?

20      A.   I don't believe so at this point.  You have

21  all of the medications that I'm currently on.  They are

22  slight, low dosages, at this point.

23      Q.   There is nothing preventing you from giving

24  testimony today, correct?

25      A.   I'm hoping there is nothing preventing me from

Page 9

1  giving testimony.  I am on quite low dosages of the

2  medication, which you have full access and transparency

3  to.

4       Q.   Okay.  Now, can you give me a background of

5  your education, please?

6       A.   Where do you want to start?  Primary school?

7       Q.   No, let's start with high school.

8            Where did you graduate from high school?

9       A.   Sorry, there was a beep that came in.  Also --

10      Q.   Where did you graduate from high school?

11      A.   Memphis University School in Memphis,

12  Tennessee.

13      Q.   And where did you go next for your degree?

14      A.   University of Tennessee in Knoxville.

15      Q.   And what kind of degree did you get at the

16  University of Tennessee?

17      A.   Business, economics, finance.

18      Q.   And did you get additional education after the

19  University of Tennessee degree?

20      A.   Yes.

21      Q.   First, what year did you graduate from the

22  University of Tennessee?

23      A.   2010.

24      Q.   Okay.  And where did you go next for your

25  education?

1     A.   For further education, I went to St. Mary's

2 University in the United Kingdom.

3     **Q.   What year was that?**

4     A.   I graduated in 2012.

5     **Q.   What degree did you obtain at St. Mary's?**

6     A.   Master's in business.

7     **Q.   Do you have any further education since 2012**

8 **and your graduation from St. Mary's University in --**

9     A.   If you call, you know, financial services

10 licenses and things, some people call them education,

11 continued education, so that answer would be yes:  The

12 Chartered Institute of Financial -- CISI, Chartered

13 Institute of Securities and -- Chartered Institute of

14 Securities Institution or something.

15     **Q.   Okay.  Those would be**

16 **continuing-education-type courses for purpose of your**

17 **licenses, correct?**

18     A.   Correct.

19     **Q.   What licenses do you hold, speaking of that?**

20     A.   I am currently not a holder of any licenses.

21     **Q.   You don't have any professional licenses?**

22     A.   No, sir.

23          It's when you're active and when you're not

24 active.  So I was a -- I guess I still hold them.  They

25 are not active because I am in the private side now.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1            I held a derivatives, financial management and

2 derivatives, securities and financial management, I

3 believe, and then overall banking; and then that crossed

4 into the equivalent layers within the FCC/CFTC.

5       **Q.   Were those licenses here in the United States**

6 **or in the United Kingdom?**

7       A.   United Kingdom.

8       **Q.   Okay.  Do you have any licenses here -- any**

9 **brokerage licenses or trader's licenses or any other**

10 **type of licenses here in the United States, professional**

11 **licenses?**

12      A.   If I do, I'm not aware because there is a --

13 there is cross-border jurisdictional rules for

14 securities dealers, and so I was -- I was covered under

15 the United Kingdom.

16           So I don't -- I was registered, but I'm not

17 sure.  I think it's kind of, you know, one of those

18 things like a bar exam, that if you scored a certain

19 percentage or whatever, you're covered, but I'm not

20 entirely sure.

21      **Q.   Okay.  So the licenses -- just to make sure**

22 **that I understand, the licenses that you held or had at**

23 **one point were in the United Kingdom; and you did not**

24 **have any licenses here in the United States, that you**

25 **know of, and you currently do not know of any licenses,**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 12

1  **professional licenses, here in the United States,**

2  **correct?**

3      A.   Not entirely.  When I was based on Wall

4  Street, I -- I had some sort of coverage of a license,

5  but I was never required to take any exams.  I just

6  don't know how it actually worked, because I'm not in

7  that business anymore.

8      **Q.   Okay.  And --**

9          MR. TYGAR:  Excuse me, Mr. Israel?

10         MR. ISRAEL:  Yes, sir.

11         MR. TYGAR:  A number of new windows have

12     opened up for new people.  Could you have them

13     identified for the record?

14         MR. ISRAEL:  Sure.

15         I'll identify my client.  Sea Monarch

16     Condominium is Mary McFadden, and she is listening

17     in, and --

18         MR. MARCHESE:  Yeah, David Wolf is my client,

19     who is on.  Mr. Wolf -- the "Mr. Wolf" box is my

20     client.

21         MR. ISRAEL:  And I don't know who

22     (561)451-71 --

23         MR. STARKS:  David, they are both Mary

24     McFadden.

25         MR. ISRAEL:  Okay.  And maybe -- right.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

```
 1          MR. STARKS:  Yeah.
 2          MR. ISRAEL:  One may be video.  One may be a
 3     phone.
 4          MR. STARKS:  Yeah, that's correct.
 5          MR. TYGAR:  Thank you.
 6          MR. ISRAEL:  No problem.
 7  BY MR. ISRAEL:
 8       Q.   All right.  Going back to -- to your licenses,
 9  so after you graduated St. Mary's University in the
10  United Kingdom, what did you do next?
11       A.   What do you mean?
12       Q.   Education-wise.
13       A.   I didn't go -- I didn't further educate from
14  there.  I just went through the Chartered Institute of
15  Securities then, which was required with my employment.
16  It's further education.
17       Q.   Okay.  Let's talk about your work history.
18       A.   Okay.
19       Q.   And I'm not interested in, you know, jobs you
20  had in high school, but did you work while you were in
21  college?
22       A.   Yeah.
23       Q.   What did you do?
24       A.   Over the summers, really, internship with a --
25  the commodities broker in London, I'm forgetting his
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  name, David something, runs about five people.  They

2  trade physicals.  I forget the name.

3          Then I worked at the INXRS (phonetic) agents,

4  which is called Wolf (phonetic) Strategies Group; and

5  then my final summer, going into fourth year, I did not

6  work, because I took a couple extra classes during the

7  summer.

8      **Q.   Did you work after you graduated**

9  **University of Tennessee?**

10     A.   Yes.

11     **Q.   Okay.  And where did you work?**

12     A.   I worked for Deutsche Bank in the United

13  Kingdom.

14     **Q.   That's prior to graduating from St. Mary's**

15  **University?**

16     A.   Correct.

17     **Q.   So that would have been between 20 -- after**

18  **2010?**

19     A.   Correct.  I think I started -- no, that would

20  have been during 2010.  I think I started in London in

21  August, I want to say, Mr. Israel, August, 2010.

22     **Q.   And what did you do for Deutsche Bank,**

23  **Mr. Wilcox?**

24     A.   My first year, I was in the securities lending

25  group and global equities, and I was really focused on a

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  couple of projects, including the trading outfit

2  relating to Jane Hammond (phonetic), and that was in the

3  prime services phase, related to the hedge fund payments

4  margin collateralization group for insuring that there

5  was sufficient collateral and useable collateral and

6  margin in the accounts for a hedge fund group within --

7  within the United Kingdom.

8      Q.   Okay.  And how long did you do that particular

9  job at Deutsche Bank?

10     A.   For about a year; I didn't like it.

11     Q.   So August, 2010, into the middle or latter

12  part of 2011?

13     A.   Latter part of 2011, correct, it was sometime

14  in October.

15     Q.   And where did you work next?

16     A.   Wall Street.

17     Q.   You came back to the United States?

18     A.   Correct.

19     Q.   And where did you work in Wall Street?

20     A.   Deutsche Bank, 60 Wall Street.

21     Q.   So you worked for Deutsche Bank but now in the

22  United States on Wall Street.

23     A.   Yeah, it is technically called Deutsche Bank

24  Securities, Inc.  It's called Deutsche Bank AG.  They

25  are separate entities, but the common person would just

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 16

1  refer to it as Deutsche Bank.

2      Q.   And what did you do for Deutsche Bank in the

3  United States?

4      A.   I worked on the Dodd-Frank transition, if you

5  know about the Dodd-Frank Act.  I was working for a guy

6  named Mark Matthews, and we were transitioning the

7  rate -- rating business into a cleared environment.  He

8  was the chief operating officer of global markets

9  equities, and then he took on this role, as well, too,

10  which was really trade optimization.

11      Q.   And how long did you do that job?

12      A.   A couple of years, probably a little less than

13  two years.

14      Q.   So you were working for Deutsche Bank while

15  you were still studying for your master's with

16  St. Mary's University in the United Kingdom?

17      A.   Correct.

18      Q.   Was that an online-type curriculum?

19      A.   No.  Nights and weekends.

20      Q.   Did you have to go back to the United Kingdom

21  to take the classes or --

22      A.   No, I finished.  I finished.

23      Q.   You finished by 2012?

24      A.   Yeah, by 20 --

25      Q.   When --

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

```
 1      A.   2011 I finished.  It took me a year.
 2      Q.   Okay.  So you were finished by the time you
 3  came to work for Deutsche Bank in the United States?
 4      A.   I was done, yeah.
 5           I don't know if they had technically graduated
 6  us yet.  I was like -- I scooted out, as I could.  I
 7  think we turned in our, you know, final, what do they
 8  call them, term papers or whatever.  I had to turn in
 9  three.
10           And I don't remember if they graduated us, you
11  know, until the beginning of the next year; I think that
12  might have been the case, but everything was done.
13      Q.   All right.  And how long did you work for
14  Deutsche Bank in the United States?
15      A.   A little less than two years.
16      Q.   So it was somewhere between latter part of
17  2011 until the latter part of 2013, would that be a fair
18  statement?
19      A.   Beginning -- beginning of 2013, the middle --
20      Q.   And where did you go work after Deutsche Bank
21  in the United States?
22      A.   Deutsche Bank in London.
23      Q.   Okay.  So then you went back to London, again,
24  with Deutsche Bank --
25      A.   Correct.
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1    Q.    -- for a different assignment, correct?

2    A.    Correct.

3    Q.    And what did you do when you went back to

4 London to work for Deutsche Bank?

5    A.    I joined the institution of Klein Brook

6 (phonetic) in derivative sales, specifically focused on

7 Belgium; and then, once I had pretty massive successes,

8 I took the Netherlands and Luxembourg, which is commonly

9 known as "Benelux."  Then a couple years into that, I

10 took South Africa.

11    Q.    And what were you doing for those regions for

12 Deutsche Bank?

13    A.    Complex derivatives financing,

14 macrostructuring.

15    Q.    Okay.  And how long did you do that?

16    A.    Maybe -- maybe 2018.

17    Q.    Okay.

18    A.    I believe it's 2018.

19    Q.    So somewhere through 2018 you were working

20 with Deutsche Bank in different regions, including

21 Netherlands, Luxembourg, Belgium, and South Africa?

22    A.    Correct, somewhere around that time.

23    Q.    In one of their divisions, okay.

24          And what happened in -- in 2019 or 2018?  Did

25 you stop working with Deutsche Bank, or did you move to

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  another department, another division?

2      A.   I stopped working.  We -- there was some major

3  issues going on at the bank.  A guy named Anshu Jain --

4  he was the CEO -- was in some significant headlines, and

5  our group, the majority of which decided to -- to

6  resign; and I started -- I started consulting for some

7  of my clients.

8      Q.   But you went out -- you left Deutsche Bank and

9  you went out on your own to do some consulting for

10 existing clients you had?

11     A.   A couple of clients, correct.

12     Q.   In what areas were you consulting?

13     A.   For financial services relating to the access

14 to derivatives, the pricing of derivatives for hedge

15 funds, asset managers; not any banks, even though I

16 talked to them.  Really -- really the hedge-funds base,

17 and the trading -- trading groups.

18     Q.   Were you doing the consulting on your own, or

19 were you working for a company, or did you have any

20 partners?

21     A.   I was acting as a sole individual, but we did

22 have, you know, partners here and there.

23     Q.   Were you still based in London at that time?

24     A.   Yeah.  I mean, I was -- I had a home base

25 there, but I wasn't in London very often in 2019, I

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 20

1  think.  I was more in Montreal, I think, for most of it.

2      Q.   And how long did you do this consulting

3  business on your own?

4      A.   Until the end of 2019, and that's when I

5  founded the company that I run today, which is a family

6  office structure in multiple jurisdictions called

7  Evolution Metals.

8      Q.   So at the end of 2019, or beginning of 2020,

9  you set up Evolution Metal, correct?

10     A.   End of 2019, around October, I think, were our

11 first, sort of, incorporations; and then I think our

12 Florida institute, which is a -- kind of a cost entity,

13 was set up January, 2020.

14     Q.   Okay.  Did you have any partners with you in

15 Evolution Metals, or are you the sole owner of that

16 company?

17     A.   Define "partner" or "partners."

18     Q.   Do you have -- do you have other people that

19 own equity in -- in Evolution Metals --

20     A.   Yes.

21     Q.   -- or is it just solely your company?

22     A.   Yes.

23     Q.   There are others, others besides you?

24     A.   Yes.

25     Q.   Okay.  And tell me, what does Evolution Metals

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  do?  What do they do, specifically?

2      A.   It's -- it's focused on battery metals,

3  trading and consulting; so cobalt, nickel, lithium,

4  graphene, graphite, copper, gold are the core focus

5  commodities.

6      Q.   Okay.  You're trading commodities based on

7  those specific metals?

8      A.   And consulting.

9      Q.   And where is the bulk of your clients, outside

10 the United States or in the United States?

11     A.   Outside.

12     Q.   In Europe or other parts?

13     A.   It's really tax principal jurisdictions that

14 are set up as, you know, what a US company would refer

15 to as a "Delaware LLC" for optimization, so that would

16 be outside, you know.

17     Q.   So there may be European companies or American

18 companies that do business set up outside of the United

19 States that you are doing business with?

20     A.   Correct, which we would be doing business

21 with.

22     Q.   Are you currently still working with and

23 operating the same company --

24     A.   Evolution Metals?

25     Q.   -- Evolution Metals?

Page 22

1              Yes.

2        A.    Yes, that's correct.

3        Q.    And that's your employer at the time -- at

4   this time?

5        A.    Yeah, that would be my employer, I guess,

6   yeah.

7        Q.    Can you give me the address for Evolution

8   Metals?

9        A.    Which address do you want, like our

10  corresponding address, our mailing address, our office

11  address?

12       Q.    Your office address in Florida.

13       A.    In Florida, I think it was 515 North Flagler,

14  West Palm Beach, 33401; and we have since just moved to

15  a -- like a UPS-type store, just for mailing and for

16  stuff, which is 516 South Dixie Highway, and that's

17  still 33401.

18       Q.    Okay.  So you don't -- you have a virtual

19  office -- excuse me.

20       A.    In the US, yeah.

21       Q.    You have a virtual office in the US?

22       A.    Yeah.  We stopped the whole office thing

23  because of COVID -- or during COVID.

24       Q.    And you basically work out of your home,

25  correct?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 23

1      A.   Yeah.  I mean, we are on the road a lot; but
2  when I need to work, I've got a trading setup at my
3  home, yes.
4      Q.   So there -- there is no physical office for me
5  to go visit Evolution Metals, if I wanted to?
6      A.   If you want to go to London, I guess.  There
7  is not one in Florida.
8      Q.   There is not in Florida, but there is one in
9  London?
10      A.   Yeah, you could go to London, if you wanted
11  to.
12      Q.   Can you tell me, what is your current address
13  where you reside?
14      A.   Where I reside, 4000 South Ocean Boulevard,
15  Unit 303, South Palm Beach, Florida 33480.
16      Q.   Is that the address reflected on your driver's
17  license?
18      A.   No.  I think it's 516 South Dixie Highway.
19      Q.   Where did you live before La Pensee?
20      A.   A few places.  I've lived -- I've lived in
21  London enough of a stint; in Montreal, Montreal, New
22  York, Knoxville, Memphis, Palm Beach, I guess.
23      Q.   Do you have another residence in Palm Beach?
24      A.   No.
25      Q.   Have you been involved in other lawsuits,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 24

1  other than this one, in the past --

2     A.   Personally?

3     Q.   Yes, personally, in the past five years.

4     A.   No.

5     Q.   Nobody has filed a lawsuit against you, other

6  than the state court proceeding, and you haven't filed

7  any lawsuits against anybody, other than this federal

8  lawsuit; is that correct?

9     A.   On a personal basis, no.

10    Q.   Okay.

11    A.   Not that I know of.

12    Q.   Now, let's talk about the lease at La Pensee.

13         When did you start residing at La Pensee

14  Condominium?

15    A.   January 25th, 20- -- 2021, I received the keys

16  and did the walk-through with Val Manzo, who is the unit

17  owner, through her LLC, his name is Ed Lepselter, on

18  January 24th, which was a Sunday.

19    Q.   And how long was your lease supposed to --

20  what was the length of your lease?

21    A.   It was two years.

22    Q.   Two years.

23         And then your position is that that was a

24  two-year lease that you entered into with La Pensee 303,

25  LLC?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 25

1      A.   Yes, I entered a two-year lease with La Pensee

2  303, LLC.

3      Q.   Hang on a second.  We are going to share some

4  documents.  So bear with me while I do this setup.

5           MR. STARKS:  David, just for the record, in

6       case anybody asks, my colleague, Andrew

7       Kemp-Gerstel is now present.

8  BY MR. ISRAEL:

9      Q.   Okay.  Let me share what has, I believe, been

10  marked in the lawsuit as Exhibit One to the complaint,

11  and we're going to mark as Exhibit One to this

12  deposition.  It says "standard lease agreement."

13           (The referred-to document was marked for

14       identification as Defendant's Exhibit No. 1.)

15  BY MR. ISRAEL:

16      Q.   I'm going to scroll down on it, and can you

17  see it, Mr. Wilcox?

18      A.   Yeah, I can see it.

19      Q.   I'm going to scroll down slowly, and I just

20  want you to verify that this is the lease that you

21  believe is in place for the unit located at La Pensee

22  Condominium that you are renting from La Pensee 330,

23  LLC.  I believe it's unit 303.

24      A.   Understood.

25      Q.   Tell me if I'm going too fast.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 26

1            The notations on the side and the initials,

2    those are your notations and your initials, as we scroll

3    through?

4        A.   My handwriting, and the other is Val Manzo's;

5    so to the fact that this is the lease that we agreed, it

6    looks like it is so far.

7        Q.   Okay.  And those are your initials at the

8    bottom?

9        A.   Hang on one second.  I have got to move you

10   around just to make sure.  Hang on.

11           Yes, that's me, page five.

12       Q.   Excuse me.

13           "COVID negative test," is that your

14   handwriting?

15       A.   Correct.

16       Q.   Were you concerned about issues with COVID as

17   you moved into this unit?

18       A.   Yes.

19       Q.   Was that because of preexisting conditions?

20       A.   Yes.

21       Q.   What preexisting conditions did you have at

22   the time?

23       A.   So I have a heart that has not been so good to

24   me over the past sort of 15 years.  My blood pressure is

25   significantly high.  I take beets and aspirin and things

Page 27

1  to keep it, you know, relatively in line as much as I

2  can.  I have got -- what do they call it -- congestive

3  heart failure, whatever, that runs within my family on

4  my father's side.

5      Q.   Okay.  And so you were concerned about

6  contracting COVID and wanted to be cautious about who

7  came in contact with you; is that --

8      A.   Correct.

9           To elaborate on that, I got COVID in 2019,

10 before anyone knew what it was, and it almost fucking

11 killed me.

12          Sorry for my language; it's a bad memory.

13     Q.   Okay.  And we'll talk about your medical

14 records that you produced in a little bit, but I want to

15 go through some of the preliminary things first.

16          So this, according to you, looks like the

17 lease that you signed with Ms. Manzo, the principal at

18 the 303 -- La Pensee 303, LLC, correct?

19     A.   So far, it looks -- that looks like it's it,

20 correct.

21     Q.   Is that your signature?

22     A.   It's my signature, but let's keep on scrolling

23 down to see if this is the whole lease.

24     Q.   As I said in the beginning, it's attached as

25 exhibit one to your complaint in the federal lawsuit.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 28

1       A.   Okay.  Then that's the lease, correct.

2       **Q.   Okay.  This is the lease you claim is the**

3  **correct lease for a term of two years between you and --**

4  **David Wilcox and 303 -- La Pensee 303, LLC?**

5       A.   It's -- it's not our claim; it is.  It's a

6  fact.

7       **Q.   Okay.  This amendment to the lease was never**

8  **entered into, correct?**

9       A.   Correct.

10      **Q.   It was signed, but it was not actually entered**

11 **into, correct?**

12      A.   Correct.

13           So to elaborate on how this worked, on

14 wherever the dates were, I had to sign the lease, in

15 advance of it being submitted to MAC Residential and

16 Mary McFadden.  So I foredated the areas that needed to

17 be filled out.

18           If the approval of the lease was successful,

19 which was the move-in date was the 25th, there was no

20 way I would be able to do the walk-through and the

21 checklist, and there was no way I was going to write a

22 check, or give her a cashier's check, January 5th or

23 7th, whatever it was, ahead of knowing that I'm going to

24 be approved for the unit, which is why I foredated, I

25 agreed I would pay it, agreed I would buy the cashier's

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 29

1  check.

2      Q.    Okay.   Subject to the association approving

3  you, correct?

4      A.    Correct.

5      Q.    Okay.

6      A.    Including my service animal.

7      Q.    Let's look at another document here, and I

8  will tell you that this is Exhibit Two to your

9  complaint, and we're going to mark it as Exhibit Two to

10 this deposition.

11          MR. ISRAEL:   And, Madam Court Reporter, I will

12      get you all these exhibits at the end of the

13      deposition.   Okay?

14          (The referred-to document was marked for

15      identification as Defendant's Exhibit No. 2.)

16 BY MR. ISRAEL:

17      Q.    Would you take a look at this lease agreement

18 and tell me if you recognize it.

19          Tell me if I'm going too fast.

20          Those are your initials at the bottom, as

21 well, correct?

22      A.    Correct.

23          Yes, I know which lease this is.   Would you

24 like me to explain this, Mr. Israel?

25      Q.    Do you recognize this lease, Mr. Wilcox?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 30

1       A.   I recognize it was -- keep on scrolling.

2  Sorry.  I've got to see the bottom.

3            I recognize the page two --

4       Q.   **Why don't we -- why don't we just go through**

5  **it real quickly and -- so you have a chance to look at**

6  **all of it and there is no issue.  Okay?**

7       A.   Okay.  No problem.

8       Q.   **And tell me if I am going too fast through it.**

9            **That's your signature on page ten, correct?**

10      A.   Correct.

11      Q.   **Okay.  Would you agree that this is a version**

12  **of the previous lease that we looked at, in which the**

13  **second page, which contains the term of the lease, was**

14  **left blank?**

15      A.   Your question is if I agree this is a version;

16  is that correct?  That's your --

17      Q.   **Well, is it a version of the same lease that**

18  **we looked at as Exhibit One --**

19      A.   No.

20      Q.   **-- the only difference being that the second**

21  **page was left blank, which contained the term of the**

22  **lease?**

23      A.   No.  There is no different versions.  There is

24  one lease.

25      Q.   **Okay.  So you would not -- your position is**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 31

1  there is only one lease?

2      A.   Correct.

3      Q.   Okay.  Are you aware that this lease with the

4  blank page was sent to the association?

5      A.   There was a page that had dots on it.

6      Q.   Okay.  Did it contain -- well, let's look at

7  the page.

8      A.   Go to page two.  It's not difficult.

9      Q.   Okay.  You are saying it's not a blank page

10  because it contains dots?

11      A.   It was an inadvertent scanning -- scanning

12  error that was discovered through the discovery process

13  with Val Manzo and her LLC.  Her real estate agent

14  stated in an email, which you have a copy of, when this

15  was submitted to him to submit to Mary McFadden, that

16  everything looked good, but they might have a question

17  on page two, because there is an inadvertent scanning

18  error.

19          Ms. Manzo responded, I am out of town.  I will

20  send an updated scan where it's clear and legible when I

21  get back in town.

22          She did do so.  She turned over that email,

23  which went to Ed Lepselter, containing a legible copy of

24  the entire lease pages.

25      Q.   You are aware that at some point in May or

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 32

1 June, the association was looking for this second page

2 which contained the term of the lease, correct?

3      A.   I am aware that Mary McFadden and Laurie

4 Marchel attempted to defraud Val Manzo and her LLC, and

5 we have proof of that through the emails with

6 Ms. Burnett --

7      Q.   Mr. Wilcox, I understand you want to make your

8 speeches here, but I'm going to move to strike as

9 nonresponsive.  We can do this all day.

10          MR. STARKS:  Join.

11     Q.   I am asking you --

12          MR. STARKS:  Join.

13     Q.   -- a question.  I would --

14          MR. STARKS:  Move to strike.

15     Q.   -- ask -- let me finish.

16          I would ask that you answer the question and

17 not make a speech, because if not, this is going to be a

18 long deposition all day.  We have a lot of questions to

19 get through.

20          MR. ISRAEL:  Madam Court Reporter, can you

21      re-read the question, please?

22          COURT REPORTER:  One moment.

23          "You are aware that at some point in May or

24      June, the association was looking for this second

25      page which contained the term of the lease,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 33

1       correct?"

2   BY MR. ISRAEL:

3       Q.   That's a yes or no.

4       A.   No.  No.

5       Q.   So the association was never looking for a

6   copy of the second page to this lease; that's your

7   position?

8       A.   Not that I'm aware -- Mr. Israel, let me

9   answer the question.

10          Not that I'm aware, and I was never asked for

11  this.

12      Q.   I didn't ask whether you were asked.  I'm just

13  asking whether the association was --

14      A.   I'm not aware.  The answer is no.

15      Q.   Okay.  So it's your position that there was

16  never any confusion as to what the term of the lease

17  was, at least on the part of the association?

18      A.   There was no confusion.

19      Q.   Okay.  And that this lease, containing the

20  second page, was sent by either Mr. Lepselter or Valerie

21  Manzo to the association early on in your tenancy of the

22  unit; is that your position?

23      A.   Yes.

24      Q.   Okay.

25      A.   They knew good and well what the lease was.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 34

```
 1           MR. ISRAEL:  We are going to mark this as

 2      Exhibit Two, Madam Court Reporter.

 3  BY MR. ISRAEL:

 4      Q.   Is it your position that there was never a

 5  lease containing a second page with a term of one year

 6  sent to the association at some point in June of 2021?

 7      A.   Correct, there was never another lease sent by

 8  myself, Val Manzo, Megan Luchey, Ed Lepselter, or Roy

 9  Gelber.  The association only had one version of one

10  lease that was ever sent one time.

11      Q.   So the only lease that was ever -- just to

12  make sure I understand, the only lease that was ever

13  sent to the association was the lease that contained the

14  second page which showed a term of two years, and

15  everything else that's been produced throughout this

16  case is basically a fabrication?

17      A.   Correct, with proof that has been turned over

18  in discovery.

19      Q.   Okay.  Who owns the property located at 1451

20  North Lake Way, Palm Beach, Florida?

21      A.   Say it one more time.

22      Q.   Can you tell me who owns the property located

23  at 1451 North Lake Way, Palm Beach, Florida?

24      A.   That's owned by an offshore trust.

25      Q.   Okay.  Are you a beneficiary of that trust?
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 35

1      A.   I am not.

2      Q.   **Do you have any ownership rights on that**

3  **property --**

4      A.   No.

5      Q.   **-- to that property?**

6           **Okay.  Did you ever reside at that property?**

7      A.   Some days, during work, I've resided there.

8      Q.   **Are you -- how is it that you stay at that**

9  **property if you don't own it and you have no ownership**

10 **rights to that property?  Who owns that property?**

11     A.   It's owned by an offshore trust.  Ultimate

12 beneficial owner -- at the time that I had my office,

13 during COVID, running out of, there was -- ultimate

14 beneficial owner I think was in Canada.  I can't

15 remember his name.

16     Q.   **Okay.  So you are staying at a property in**

17 **which you don't have any ownership; it's owned by an**

18 **offshore trust with a beneficial owner, who is not you,**

19 **and you don't remember who that person is?**

20     A.   I can't remember his name.  He is -- he is --

21 he is this billionaire that -- I can try to find it for

22 you.  I can't remember his name.

23     Q.   **Okay.  Okay.  Is he a friend of yours?**

24     A.   It's a business relationship, I guess I would

25 say.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 36

1      Q.   And he lets you stay at this property

2  sometimes?

3      A.   Yeah, I was running my -- during COVID, when

4  everything was shut down, I ran my office out of that

5  property.

6      Q.   You were there to -- you ran your -- your

7  business from that property?

8      A.   During COVID, for at least six months of it,

9  yeah.

10     Q.   Okay.  Can you -- why didn't you run it from

11  the La Pensee unit, the 303 unit at La Pensee?

12     A.   We down -- we downsized people, didn't need --

13  didn't need the amount of space that we needed locally

14  in Florida, and we took a different direction in the

15  business.

16     Q.   No, no, I understand that.  That's not what I

17  was asking you.

18          I was asking you:  Why weren't you running

19  your business out of unit 303 at La Pensee Condominium,

20  instead of going to this property that is owned by an

21  acquaintance of yours?

22     A.   I thought I just answered it.  Sorry.

23          I said we downsized Florida employees.  We

24  took a different direction in the business, which was an

25  adjustment, during COVID, to our strategy.

1    Q.   Okay.  I understand that, but that doesn't

2 answer the question as to why you were running your

3 business out of somebody else's property, instead of the

4 unit that you supposedly are residing in at La Pensee.

5    A.   Why I was running my business out of -- I'm

6 sorry.  I don't understand the question, Mr. Israel.

7 I'm not trying to be difficult.

8    Q.   Okay.  No, no, no, I understand.  I am not

9 trying to be difficult, either.

10        I'm trying to understand, you have a residence

11 where you reside, which is 303, La Pensee, correct,

12 condominium, correct?

13    A.   Correct.

14    Q.   Okay.  But yet, instead of -- you downsized --

15 downsized the company during COVID, didn't need

16 personnel, didn't need an actual physical office; people

17 were going to go virtual, correct?

18    A.   Correct.

19    Q.   Okay.

20    A.   Correct.

21    Q.   But instead of running your business from the

22 unit at 303, La Pensee, you went to this 1451 North Lake

23 Way, Palm Beach, Florida, which you do not own, to

24 sometimes run your business; that's why I am asking you

25 why.

1      A.    I don't know how you would get 12, 14 people

2  in La Pensee 303, LLC; nor was it my intention to have

3  those people working from the place where I was

4  residing.

5      **Q.    Okay.  So you had multiple people at this**

6  **property running your business, as opposed to the prior**

7  **physical location for your company?**

8      A.    515, yeah, there were multiple people, I would

9  say.  At its peak in Florida, I can't remember the exact

10  headcount, but yeah.

11     **Q.    Okay.  And you weren't concerned about COVID**

12  **with all those people at that particular address, were**

13  **you?**

14     A.    Yes, I was.

15     **Q.    Yet you were still there, correct?**

16     A.    I made everyone take COVID tests regularly.

17     **Q.    Were you --**

18     A.    I was very concerned about it.

19     **Q.    Were you stressed about the possibility of**

20  **getting COVID at the time?**

21     A.    Yes.

22     **Q.    And were you stressed about having to go to a**

23  **physical location with multiple people that, even if**

24  **they were being tested, could possibly carry COVID and**

25  **still test negative?**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 39

1      A.   Yes.   Yes.

2      Q.   All right.  Let's look at your complaint for a

3 second.

4           Okay.  I'm going to show you what we are going

5 to mark as Exhibit Three.  This is a copy of the first

6 amended complaint that I believe you and Ms. Luchey

7 filed in this action, subsequent to Mr. Lubliner's

8 withdrawal from the case.

9           (The referred-to document was marked for

10      identification as Defendant's Exhibit No. 3.)

11 BY MR. ISRAEL:

12      Q.   I'm going to scroll through it, and you tell

13 me if this looks familiar.

14           You tell me if I'm going too fast, please.

15           When we get towards the end, I believe your

16 signature is on it, and you tell me if ...

17           Is that your signature, Mr. Wilcox?

18      A.   That's it.

19      Q.   Okay.  So it would be accurate to say that

20 this is the first amended complaint that you filed in

21 this action, subsequent to Mr. Lubliner's withdrawal

22 from the action, correct?

23      A.   Say that one more time.

24      Q.   Would it be correct to say that this is the

25 first amended complaint that you personally filed in

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 40

1  this case after Mr. Lubliner withdrew from the case?

2      A.   Yeah, I fired Mr. Lubliner --

3      Q.   Okay.

4      A.   -- and myself and Megan filed the amended

5  complaint in line with Honorable Judge Middlebrooks's

6  instructions, that he left --

7      Q.   Okay.

8      A.   -- us leave to amend, and we -- we amended it

9  under the IIED claim.

10     Q.   Okay.  Are you aware whether any presuit

11 demands or notices, administrative notices, were filed

12 under Chapter 760 of the Florida Statutes, prior to

13 bringing this litigation?

14     A.   Prenotices, demands, no, I -- I don't.  I'm

15 not a lawyer.  I'm sorry.  I'd have to do my review on

16 all of that, so answer no.

17     Q.   Okay.  Well, are you aware whether

18 Mr. Lubliner, while he was representing you, prior to

19 bringing this federal action, filed any presuit

20 administrative claims under Chapter 760 of the Florida

21 Statutes?

22     A.   Would a notice to Becker & Poliakoff on the --

23 on the claim electronically submitted to them constitute

24 a 7637 (sic).

25     Q.   I don't know.  I can't answer that.  You have

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  counsel that can answer that; but I'm asking you whether

2  you are aware of any administrative proceedings, prior

3  to the bringing of the federal action against any of the

4  parties in this action?

5      A.   I am aware administratively Mr. Lubliner

6  informed Becker & Poliakoff that I had claims under the

7  FHA, yes.

8      Q.   Other than a letter, I guess, that

9  Mr. Lubliner sent to Becker Poliakoff advising them that

10 you had claims under the FHA, are you aware of any other

11 presuit administrative filings that took place prior to

12 the federal action being filed?

13     A.   Yeah, I would say at least four letters from

14 Mr. Lubliner presuit on the action, with ever-changing

15 responses by -- her name was JoAnn Burnett on the

16 responses.  They are all documented.  You've got them

17 all as exhibits.

18     Q.   Okay.  So what you're referring to is

19 correspondence sent by Mr. Lubliner to Ms. Burnett,

20 advising her of claims that you believe you had against

21 the parties in this action, correct?

22     A.   Correct, they were made aware, and they

23 understood that they were aware.

24     Q.   But no filings with a Florida administrative

25 agency prior to filing the federal lawsuit?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 42

1    A.    I can't comment on what Mr. Lubliner did.

2    **Q.    Are you aware of any administrative filings,**

3 **with an administrative agency, by Mr. Lubliner on your**

4 **behalf prior to filing the federal lawsuit?**

5    A.    I don't know how many times you're going to

6 ask the question.  I don't understand what --

7    **Q.    No, other than the letter.  I'm not asking for**

8 **the letter.  I'm asking about an administrative --**

9    A.    You've got to let me finish my answer.

10   **Q.    Go ahead.**

11   A.    I am aware of his administrative and

12 electronic responses, because I was consulted, to Becker

13 & Poliakoff representing the association.  That's what I

14 was -- that I'm aware.

15        I don't know agencies or things.  I do not

16 know the book of the law.  I'm not a lawyer.  I don't

17 know these things.

18   **Q.    Okay.  That's fair enough.**

19        **Fair enough.**

20        **Are you aware that Ms. Burnett only represents**

21 **La Pensee Condominium Association, Inc., and not Mary**

22 **McFadden or MAC Residential Management Services, LLC?**

23   A.    I'm aware of more than that.

24        I'm aware she wasn't representing La Pensee at

25 all at the time she was sending letters, because the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 43

1  notices are public filings.  So, in fact, she was

2  claiming she was representing someone that there wasn't

3  formal notice that was put in.

4          And, yes, I'm aware she does not represent

5  Mary McFadden, and never has; and she stated as such to

6  me.

7      Q.   And she doesn't represent MAC Residential

8  Management Services, LLC, either, correct, that you're

9  aware of?

10     A.   That's my understanding that I'm aware.

11     Q.   You also understand that Ms. Luchey has

12  dismissed her claims in this action with prejudice

13  against the defendants, correct?

14     A.   Correct.

15     Q.   Let's look at some of these paragraphs and

16  allegations here.

17          Okay.  Paragraph five, you say, "MAC" --

18  referring to MAC Residential Services -- Management

19  Services, LLC -- "through its principal, McFadden" --

20  referring to Mary McFadden -- "acts as the association's

21  property manager."

22          That's an inaccurate statement, correct?

23     A.   Correct.

24     Q.   Okay.  You're aware that MAC Residential

25  Management Services, LLC, is no longer the property

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 44

1  manager for the association, correct?

2      A.   According to John Lawson, she was fired, but I

3  don't know if that's the case.  I know there is a new

4  property manager.  Her name is Donna Childrey from DST.

5      Q.   Okay.  But it's not Ms. McFadden, correct?

6      A.   I am told that it's Donna Childrey at this

7  present time.

8      Q.   And then, number six, you state that:

9  "Therefore, all conduct complained of herein by MAC was

10 perpetrated by and through McFadden, its authorized

11 agent."

12          Do you have any facts that support that

13 Ms. McFadden, as the agent of MAC Residential Management

14 Services, Inc., acted on behalf of MAC Residential

15 Services -- Management Services, LLC?

16     A.   Do I have any evidence --

17     Q.   What facts -- let's -- let me re-ask it this

18 way.  Okay?

19     A.   Let me rephrase, and if that's correct, are

20 you saying do I know that Mary McFadden was the sole

21 proprietor of MAC Residential and have any supporting

22 evidence of such?

23     Q.   No.  I'm asking you whether -- what facts

24 support your claim that -- as you claim in paragraph

25 six, that whatever was done on behalf of MAC Residential

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 45

1 **Management Services, LLC, by Mary McFadden is the**

2 **responsibility of MAC Residential Management Services,**

3 **LLC?**

4      A.   Well, because the contractual arrangement

5 between La Pensee Condominium Association, Inc., and the

6 property manager was MAC Residential Management

7 Services, which Mary McFadden was the agent of at the

8 time of -- the conduct was ongoing.

9      Q.   Okay.  **So because Mary McFadden worked through**

10 **MAC Residential Management Services, Inc., you believe**

11 **that whatever she did places liability on MAC**

12 **Residential Management Services, LLC, as an entity?**

13      A.   Absolutely.  She was the sole director, sole

14 proprietor of an LLC that was set up for La Pensee.

15      Q.   **So if you have a company, whatever the members**

16 **or officers of that company do automatically raises**

17 **liability for the company?**

18           MR. TYGAR:  Objection, calls for a legal

19      conclusion.

20 BY MR. ISRAEL:

21      Q.   **You can answer.**

22      A.   If you're a party of one and the sole director

23 of an LLC, yes, my view is that you are wholly

24 responsible for the actions of that entity.

25      Q.   Okay.  **You're aware that when Ms. McFadden**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 46

1  worked as the property manager for La Pensee Condominium

2  Association, Inc., through MAC Residential Management

3  Services, LLC, she was acting as an agent -- the agent

4  of the association?

5       A.   I do.  I do understand that, yeah.

6       Q.   Okay.  And you understand that Ms. McFadden

7  followed directives of the board of directors as to how

8  the association should be run, correct?

9       A.   Correct.

10      Q.   Okay.  And you understand that the ones that

11  make decisions at the association are the members of the

12  board of directors, and that's how the association runs,

13  correct?

14           MR. TYGAR:  Objection, calls for a legal

15      conclusion.

16      A.   Yes, I am.  Yes.

17  BY MR. ISRAEL:

18      Q.   Okay.  So the association doesn't run through

19  its board of directors?

20      A.   It does, but your latter part is not factual.

21  It's -- you know, you can't just say that Mary McFadden

22  doesn't have her own direction.  She can also make

23  decisions, and MAC Residential can make decisions on

24  their own.  It can make them without direction of the

25  board.  That's for sure.  That's her employer.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 47

1    Q.   So you are saying that Ms. McFadden,

2 individually, or through MAC Residential Management

3 Services, was making decisions on behalf of La Pensee

4 Condominium Association, Inc., without directive by the

5 board of directors?

6    A.   Could be.

7    Q.   Would that be --

8    A.   (Inaudible.)

9    Q.   I'm sorry?

10   A.   You would assume that she would be acting in

11 the best interest of her employment and continued

12 employment and the direction of the board.  That's the

13 conclusion that I would draw.

14   Q.   Okay.  That she would be acting at the

15 directive and the direction of the board, correct?

16   A.   Same answer I provided already.

17   Q.   Okay.  Let me ask you this:  What facts do you

18 claim are the responsibility in this complaint of the

19 association versus Ms. McFadden and/or MAC Residential?

20   A.   Mr. Israel, you're going to have to say that

21 one more time.

22   Q.   Sure.  What facts in this complaint do you

23 claim are the responsibility of the association, versus

24 what facts do you believe are the responsibility of

25 Ms. McFadden and/or MAC Residential?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 48

1      A.    So I don't want you to tell me I am giving a

2  speech, but I'm going to explain how it happened.

3            Mary McFadden would call me every day, by

4  Laurie Marchel, who owns unit 302 and 304 with her

5  boyfriend.  They made complaints that were not true and

6  falsified documents together.  Mary sent that to Laurie.

7  Laurie sent it to David Wolf.

8            David Wolf said, in the email:  Oh, they're

9  screwing around with the lease, blah, blah, blah, and

10  solved the entire thing.  He must feel like a real

11  genius, because Mary took to that lease and sent it in.

12  And that's why JoAnn Burnett, in private settlement

13  agreements, settlement conversations, has already

14  admitted that that's what happened with the fraud.

15            How you guys divide up the liability is up to

16  your side.  Mary McFadden and MAC Residential were

17  certainly complicit in the fraud.

18      **Q.    But you have no evidence to provide which**

19  **shows that Ms. McFadden was acting on her own, as**

20  **opposed to following directives from the board of**

21  **directors?**

22      A.    We sent it to you in the discovery process.

23  We do.  There is an email from Mary to Laurie Marchel,

24  and Laurie, onwards; and she states:  This is the

25  document, the lease I just received.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 49

1            And there are all these items, and you can

2  tell it's been made with a camera picture film, because

3  the borders and the edges, scanned page two, and they

4  left out the security deposit, which showed I'll take

5  the first year upfront in cash.

6       **Q.   Do you know whether that's a lease that**

7  **Ms. McFadden received from the realtor, Mr. Gelber?**

8       A.   So she -- so she said, but let's see where --

9  did he drop off a copy?  We know what the truth is.

10      **Q.   Okay.  So your position is that Ms. McFadden**

11 **somehow was involved in falsifying a lease in order to**

12 **remove you from the association?**

13      A.   It's not my position; it's a fact, and she has

14 further testified under oath in her federal deposition

15 that Laurie -- Laurie Marchel was the ringleader of

16 this, and they went lawyer shopping, and finally a

17 lawyer said that they would do it -- her name was JoAnn

18 Burnett -- and said it was $20,000 and they would have

19 me out of there, correct.

20      **Q.   Where did you get that $20,000 and they would**

21 **have you out of there?**

22      A.   From John Lawson, when he --

23      **Q.   John Lawson told you that --**

24      A.   When he --

25      **Q.   -- JoAnn Burnett said -- I'm sorry.  Go ahead.**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 50

1  We can't -- we can't both speak at the same time, so go

2  ahead.

3        A.   All right.  You'll have to let me finish.

4             John Lawson, at the time they fired Mary, as

5  well, spilled quite a few things; and then once the

6  discovery was turned over and it showed where Mary had

7  emailed Laurie Marchel and we had that copy of where

8  these magical leases came from, that were never created

9  or sent by us; they were there, but there is not an

10 electronic trail of where they came from.  Therefore,

11 any jury would draw the conclusion that if you can't

12 show where it came from -- and, furthermore, it's been

13 admitted to in settlement negotiations.

14       Q.   So in settlement negotiations, somebody at the

15 association has admitted, or Ms. Burnett has admitted

16 that --

17       A.   Sure.

18       Q.   -- the leases were falsified?

19       A.   Yeah, JoAnn Burnett has.

20       Q.   JoAnn Burnett admitted to, I guess,

21 Mr. Lubliner that the leases were falsified while

22 discussing settlement?

23       A.   Correct.

24       Q.   Do you know when that -- those conversations

25 took place?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 51

1    A.    Recently.

2    **Q.    Recently, in the past month?**

3    A.    Within the past month, yeah.

4    **Q.    Okay.  And you're saying that Ms. McFadden**

5 **falsified the lease in order to assist Ms. Marchel in**

6 **having you removed from the association?**

7    A.    So I wouldn't state that I know that she did

8 it.  It came from her email with the text; but as you

9 correctly alluded to, Ms. McFadden wasn't doing this

10 because she woke up and wanted to, you know, go cause

11 herself more work to do and attempt to ruin someone's

12 life.  There was no reason to.  She stated in her

13 deposition this was done at the direction of Laurie

14 Marchel.

15    **Q.    Okay.  So it was Laurie Marchel who was**

16 **directing Ms. McFadden to provide her with whatever**

17 **information Ms. McFadden had, and Ms. McFadden complied**

18 **because Laurie Marchel was a board member, correct?**

19    A.    There wasn't information that they had.

20 That's incorrect.

21         There was one email with one document, and

22 Mary McFadden called the real estate agents, sent them

23 emails, were having some problems with this guy; told

24 the real estate agent, Roy Gelber -- who I met one time

25 in my life for that condominium, and I had seen him a

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 52

1 few times before -- we are having problems with this

2 guy, he is carrying guns around, he is dangerous, blah,

3 blah, blah.

4          And Roy Gelber stated to her:  Sounds like you

5 should call the police.

6          And she said, It doesn't matter.  We have

7 backup that will testify to you under oath.  It's all

8 here.

9     **Q.   And you were in that conversation with**

10 **Mr. Gelber and Ms. McFadden?**

11     A.   No, he called me after, said --

12     **Q.    Mr. Gelber did?**

13     A.    Mr. Gelber rang me on the telephone, and he

14 was sending the emails that he could find, and he is in

15 his 80's, and he was sending them to them, which is the

16 only way they would have ever gotten ahold of the

17 negotiated contracts between me and Val Manzo and her

18 LLC.

19     **Q.    Let me ask you this -- and you believed what**

20 **Mr. Gelber told you, right?**

21     A.    I don't have to believe him.  I looked at -- I

22 didn't believe Val Manzo at first.  I thought that she

23 possibly attempted to do something backdoor and we

24 weren't aware of it, which is why I found it compelling

25 to have her use my same counsel, though I was unable to

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 53

1  see all the discovery on our side, and I found out, in

2  fact, she wasn't lying; she was telling the truth.

3      Q.   Okay.  And Mr. Gelber is also telling the

4  truth, correct, according to you?

5      A.   I don't know why he would have to -- why he

6  would be calling me up six months into it.  He got paid

7  on his commission.  He had a copy of the check.  The

8  association had a copy.  They furthermore amended the

9  complaint twice to sue Megan and claim that she was an

10 illegal occupant that overstayed in her guest policy,

11 when I paid $150 for her residency application.

12          And then they sued some fake person called

13 "Mark McFadden."  I don't know what -- you know, that

14 paints on; and then they amended it again and didn't --

15 no longer relied on the six-month lease and threw out a

16 57.105 extension against Ms. Burnett.  Then they said,

17 Okay, well, we interpret the lease as a year.

18          According to Ms. --

19     Q.   My question -- my question was --

20     A.   According to Ms. --

21     Q.   Go ahead.

22     A.   -- McFadden's deposition --

23     Q.   Go ahead.  Go ahead.

24     A.   According to Ms. McFadden's deposition, she

25 said once we responded with Mr. Lubliner, she said it's

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  clear that he is going to say you need to stop what

2  you're doing, including Ms. McFadden stating, I had an

3  approved service animal and you should not be doing

4  that.  Although she is not a lawyer, she recognized the

5  fact the dog was approved.  The animal was approved.

6  The animal resided at the residence, and sending someone

7  letters saying they brought an unapproved animal onto

8  the residence; furthermore, within 10 days -- which was

9  exactly the six-month deadline on their perceived

10 version of their fake contract, which was July 25th,

11 because it was July 14th at the time -- they would be

12 removing me from the property.  Then Ms. Burnett changed

13 her position two days later, changed her position,

14 changed her position.

15      **Q.   So is all these positions were taken by**

16 **Ms. Burnett with the board because I believe your**

17 **testimony is that Ms. McFadden told them not to proceed**

18 **against you because the dog had been approved?**

19      A.   Correct, that was her testimony.  If that

20 was --

21      **Q.   Right.**

22      A.   If that was the truth or not, I do not know;

23 but that was her testimony, and to me, it seems highly

24 probable that it was a three-week process before I

25 resided, before I paid them a cashier's check, before I

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 55

1  came onto property with the animal.

2          And finally, Sabrina Benjamin, who resides at

3  604, stated in her testimony that Ms. McFadden sent her

4  a text message that said Zeus was more protected or as

5  protected as sea turtles and turned over those messages.

6  He is an approved service animal.

7          Sabrina Benjamin further confirmed that my

8  animal was not doing anything to intimidate or harm

9  anyone, and just because an animal is large, doesn't

10 mean you can discriminate against that animal.

11     **Q.   So you have no reason not to believe the**

12 **testimony given by Ms. McFadden?  You have no evidence**

13 **to dispute what Ms. McFadden has said at her deposition?**

14     A.   I -- sitting here today, I thought it was

15 probably her most honest day.  I don't think she is

16 entirely truthful, but she -- she certainly, you know,

17 laid out a believable path, because, as you correctly

18 stated in your deposition questioning to -- to, I guess,

19 her, Megan, Val Manzo, whoever it was, that Ms. McFadden

20 would be taking direction from the board; she wouldn't

21 wake up and be doing something without not only their

22 approval, but their direction, and I concur with that.

23     **Q.   Okay.  All right.**

24          **Okay.  So let's look at Paragraph 20 for a**

25 **minute.  Tell me when you've read it.**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 56

1      A.    I've read it.

2      Q.    So your position here is that the association

3  acted against you because you had a service animal by

4  the name of Zeus and Ms. Luchey was African American,

5  correct -- or is African American?

6      A.    She asserted -- she asserted her claim; I

7  asserted my claim, correct.

8      Q.    So your claim is that they tried to remove

9  Zeus, your service dog; that's your claim?

10     A.    Correct.

11     Q.    Okay.  And Ms. Luchey's claim is that they

12 retaliated against her because she is African American,

13 correct?

14     A.    That's her claim.  That's what it states, but

15 that's her claim.  I'm not to comment on that.

16     Q.    I'm just trying to understand, your claim is

17 solely the service dog, that they tried to remove the

18 service dog?

19          MR. TYGAR:  Objection, it calls for a legal

20     conclusion.

21          Obviously he was being thrown out because she

22     was African American, as well, and that's inherent

23     in the claim.

24          MR. ISRAEL:  Mr. Tygar, speaking objections

25     are improper.  Okay.  I don't want to play this

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 57

1      game.

2           You weren't at the hearing.  The magistrate

3      was very clear about sanctions.

4           I am not going to start down this road today.

5      You want to make an objection, make it on the

6      record and leave it at that.  Do not coach the

7      witness with your objection.

8           Thank you.

9  BY MR. ISRAEL:

10      **Q.   Once again, Mr. Wilcox, your contention is**

11  **that the association acted improperly by trying to**

12  **remove your service dog, Zeus, correct?**

13      A.   My position is Megan's claim was affiliated

14  with my claim; they wanted us out.

15      **Q.   Now that you've been coached by your attorney,**

16  **you changed your -- you changed your answer a little bit**

17  **from what you said two minutes ago, but that's okay.**

18  **The record will reflect what it reflects.**

19           **Let me ask you this:  How did you arrive at**

20  **Mr. Roy Gelber?**

21      A.   Megan found him on maybe Zillow or something.

22  I was out of town.  I think I was -- I think I was in

23  London when she first met him, when I was looking for a

24  place.

25      **Q.   Okay.  So it was Ms. Luchey who found**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 58

1  Mr. Gelber?

2      A.   Correct.

3      Q.   Are you aware that Mr. Gelber was a former

4  judge in Miami-Dade County?

5      A.   I am now, not at the time.

6      Q.   Were you aware that Mr. Gelber was convicted

7  of accepting bribes in what was called "Operation

8  Courtroom"?

9      A.   Same answer.

10     Q.   Huh?

11     A.   Same answer.

12     Q.   You're aware now?

13     A.   Now.

14     Q.   Yeah, not at the time?

15          All right.  Let's talk about Zeus for a

16  second.  When did you get Zeus?

17     A.   In '20, it was during COVID, somewhere in the

18  latter half of 2020.

19     Q.   And how old was Zeus when you got him?

20     A.   I can't recall.  He had gone through all of

21  his, you know, major shots and things that you have to

22  do, so I don't know if he was 12 weeks, or 15 weeks or

23  20; but I think you get all your major shots around 10

24  to 12 months, that stage.

25     Q.   And who did you get Zeus from?

Page 59

1      A.    Feverhaus.

2      **Q.    And who is Feverhaus?**

3      A.    The number one working kennel in the United

4  States for Dobermans.

5      **Q.    And was Zeus a trained animal?**

6      A.    You begin the training from day one on these

7  types of animals, and you never stop.  Every day is

8  training.  It's repetition, repetition.

9      **Q.    Did you get a certificate from this kennel as**

10 **to what Zeus was trained to do?**

11     A.    Those don't exist, but you can see the working

12 titles from the parents and things.  Like Shtorm, who

13 is -- who is Zeus's father, is from Russia.  He is -- I

14 think he's FCI UVC.  You can go to their web page, and

15 you can look at it.  He's got just about more titles

16 than anyone can get in working lines.

17     **Q.    Okay.  And what does Zeus do for you,**

18 **specifically?**

19     A.    He's a cardiac alert dog for my blood

20 pressure.

21     **Q.    Okay.  So if you have a cardiac episode, Zeus**

22 **will alert you?**

23     A.    Correct.

24     **Q.    Okay.  This is -- does this cardiac issue**

25 **cause you continuous stress?**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 60

1      A.   Yes.  I've gotten it under control the last

2  six or seven years, but it's -- it's not entirely under

3  control, like my blood pressure sometimes jumps up to,

4  you know, 160 or 170 --

5           MR. TYGAR:  Excuse me, I'd like to object.

6      The video appears to show Mr. Wolf recording this

7      on a cellphone.

8           VIDEOGRAPHER:  I'm the only one recording.

9           MR. MARCHESE:  Mr. -- Mr. Wolf, please don't

10     do that.  This is being recorded by a videographer,

11     and there is no need to record this on your cell

12     phone.

13          Thank you.

14          MR. ISRAEL:  All right.  Madam Court Reporter,

15     could you read the last question and if there was

16     an answer, because I lost track.

17          COURT REPORTER:  Question:  "Does this cardiac

18     issue cause you continuous stress?"

19          Answer:  "Yes.  I've gotten it under control

20     the last six or seven years, but it's -- it's not

21     entirely under control, like my blood pressure

22     sometimes jumps up to, you know" --

23          And there was dashes, "excuse me, I would like

24     to object" --

25          MR. ISRAEL:  Okay.  No problem.

Page 61

1  BY MR. ISRAEL:

2      Q.   So would it be fair to say that your cardiac

3  condition does cause you -- has caused you stress over

4  the years because of the possibility of illness

5  associated with it?

6      A.   Correct.

7      Q.   You said correct?

8      A.   Correct.

9      Q.   How is Zeus supposed to -- tell me, because

10 I'm not as familiar as you are with these things, but

11 how is Zeus supposed to alert you when you're having a

12 high blood pressure or cardiac episode?  What is Zeus

13 supposed to do?

14     A.   He barks and hits me with his head.

15     Q.   And that does what?

16     A.   It wakes me, like when my blood pressure is

17 dropping or getting super high.

18     Q.   And that assists you to kind of get back to it

19 and take whatever actions you need to take?

20     A.   Yeah, I mean -- I mean, in January of this

21 year, if it wasn't for him, I would probably be dead.

22     Q.   Tell us a little bit more about that.

23     A.   You've got the medical records.  My blood

24 oxygen level dropped to 62 percent on my little machine.

25 I was unaware.  I was in the bed, and he started nodding

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 62

1  me and nodding me, and I ended up in the emergency room

2  because I had a rare infection with COVID that

3  complicated my blood pressure and issues with my cardiac

4  problem.

5      Q.   Was this --

6      A.   And I --

7      Q.   This infection from COVID -- I'm sorry.  Go

8  ahead.  I apologize.  Go ahead.

9      A.   I had a problem where they don't just admit

10 patients with COVID; you've got to have something pretty

11 significant going on.

12     Q.   And they admitted you to the hospital at this

13 time?

14     A.   In the emergency room for just under 24 hours.

15     Q.   And was that the first time that you had had

16 COVID?

17     A.   No --

18     Q.   You've had COVID before?

19     A.   -- the third.

20     Q.   Oh, the third time?

21     A.   Which is --

22     Q.   And the -- these COVID infections that you've

23 had have caused you stress, correct?

24     A.   Yeah, of course it would cause me stress.

25     Q.   And you were stressed when you went to the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 63

1  emergency room in January when you had that infection

2  resulting from COVID?

3      A.   Are you asking did COVID cause the stress or

4  did the stress cause COVID?

5      Q.   No, I'm asking if you were stressed in general

6  when you went to the emergency room.

7      A.   I mean, I was barely breathing.  I don't know

8  if I had the opportunity to think about if I was

9  stressed or not.

10     Q.   Okay.  Now, when you moved in and provided

11 certain documents to the association to support your

12 request for a service animal accommodation, let me show

13 you a couple of things, and you tell me if you provided

14 these to the association.

15     A.   Okay.

16     Q.   Okay.  Let me try to move this, if I can.

17          Does this look like a document that you

18 provided --

19     A.   Correct.

20     Q.   -- to Ms. McFadden to process --

21     A.   Correct.

22     Q.   -- your application for a service animal?

23     A.   One of the many pieces I provided, correct.

24     Q.   Okay.  And this is what, a registration for

25 Zeus?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 64

1     A.    Yeah, it's the ADA thing or whatever.  I think

2  Feverhaus got it for me, registered and everything.

3     **Q.    Okay.  So Zeus was born on April 12th, 2020,**

4  **correct?**

5     A.    Yes.  I think that's correct, yeah.

6     **Q.    Okay.  And he was registered --**

7     A.    And I think --

8     **Q.    -- October 26, 2020?**

9     A.    -- July or August, if I remember right.

10    **Q.    July or August what?  I'm sorry.**

11    A.    Is when I -- you asked me a question prior.

12 If memory serves me -- I can go find it, because I'll

13 have the plane manifest, because I drove with the intent

14 of bringing him back in the car, because I couldn't get

15 a plane out, and then I just couldn't do it, and I got a

16 plane to New York and flew him back.

17    **Q.    And this is part of that registration, I**

18 **presume?**

19    A.    Of the application process, yeah, that I

20 provided Ms. McFadden.

21    **Q.    Okay.  And you provided this to the**

22 **association through Ms. McFadden, correct?**

23    A.    Correct.

24    **Q.    Okay.  And this says at the bottom:  "For**

25 **registration information, you may enter the registration**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 65

1  number at USServiceAnimals.org"?

2      A.   Correct.

3      Q.   And is that who Zeus is registered with?

4      A.   I guess so.  I'm not -- I'm not entirely sure.

5  If that's what's on the card, that's what's there.  I've

6  never read that line before.

7          MR. ISRAEL:  Okay.  Madam Court Reporter,

8      let's mark this as, I guess, Exhibit Five?  Four?

9          MR. MARCHESE:  Four.

10          MR. ISRAEL:  Thank you.

11          (The referred-to document was marked for

12      identification as Defendant's Exhibit No. 4.)

13  BY MR. ISRAEL:

14      Q.   Now, let me show you another document that you

15  also provided.

16          COURT REPORTER:  Mr. Wilcox?

17          THE WITNESS:  Yes, ma'am.

18          COURT REPORTER:  Do you mind staying a little

19      bit closer to your computer?  When you lean back,

20      your voice kind of fades out.

21          THE WITNESS:  Oh, okay.  No problem.

22          COURT REPORTER:  Thank you very much.

23  BY MR. ISRAEL:

24      Q.   Okay.  And this is an email --

25      A.   Now that I'm closer to the screen, if you

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 66

1  could hit the control button and just scroll back a

2  little bit, where it takes the zoom off 200 percent, or

3  you can adjust through the top.  It's just blown up too

4  much.  That's why I was leaning backwards.

5       Q.   Are you talking to me?

6       A.   Correct.

7       Q.   I don't know that I can control that.

8       A.   Look up at the middle, where it says

9  200 percent, if you could change that maybe --

10      Q.   Oh, okay.  Oh, yeah, yeah, yeah, okay.  Oh, I

11  thought you meant for your -- I thought you meant for

12  you -- you're talking about the --

13      A.   If you go to 125, that might be better.

14      Q.   Is that better?

15           Okay.  Now I understand.

16      A.   Yeah, if you go farther --

17      Q.   Is that better?

18      A.   Yeah.

19      Q.   Okay.  This is an email that you sent to

20  Ms. McFadden on or about January 8th, 2021, correct?

21      A.   Correct.

22      Q.   And then it contains the vaccination records

23  for Zeus?

24      A.   Correct.

25      Q.   Okay.  This just simply a list of vaccines

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 67

1 that Zeus has been given; it doesn't say anything about

2 type of animal, whether he is a service animal or

3 anything else, correct?

4    A.   Correct.  It's the veterinarian's records you

5 have to have to travel with him and whatnot.

6        MR. ISRAEL:  Madam Court Reporter, we'll mark

7    this as Exhibit Five.

8        (The referred-to document was marked for

9    identification as Defendant's Exhibit No. 5.)

10 BY MR. ISRAEL:

11    Q.   **While Zeus is in the unit with you, does he**

12 **ever bark?**

13    A.   Very rare.

14    Q.   **Okay.  Very rarely barks?**

15    A.   Yeah, he is -- he is a highly, highly obedient

16 dog.  We train every day.  We professionally train two

17 to three times a week.

18    Q.   **Okay.  Let's share another document.**

19    A.   If you can just make it smaller?

20    Q.   **I will.**

21    A.   Yeah.

22    Q.   **Is that better?**

23    A.   Yeah.  If you do 100, it's even better, or 75.

24    Q.   **No problem.  No problem.  Let's do 100.**

25    A.   There, that's perfect.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1      Q.   Okay.  Let me show you what we are going to

2  mark as Exhibit Six, if my numbering is correct.  It's a

3  letter from Ms. Burnett addressed to you dated July 14,

4  2021, and if you could read through it briefly to

5  acquaint yourself with the letter, that would be great.

6      A.   I've read it, Mr. Israel.  I have read it in

7  preparation for this deposition.

8           (The referred-to document was marked for

9      identification as Defendant's Exhibit No. 6.)

10  BY MR. ISRAEL:

11     Q.   Okay.  Let me ask you a question that I should

12  have asked you at the beginning, that I didn't.  Other

13  than speaking to your counsel -- and I don't want you to

14  tell me anything you discussed with your counsel -- what

15  else did you do to prepare for this deposition today?

16     A.   Reviewed as many of the documents, filings,

17  applicable law that I could, you know, find in regards

18  to Ms. Burnett and the issues she caused the

19  association, Ms. McFadden and everyone else.

20     Q.   Anything else that -- did you speak to

21  anybody, other than your counsel?  And I don't want you

22  to tell me any conversation with your counsel.

23     A.   No.

24     Q.   Did you speak to Ms. Dunn?

25     A.   No.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 69

1       Q.   Did you speak to Mr. Halvatzis?

2       A.   Mister who?

3       Q.   Halvatzis, if I am pronouncing his name

4  correctly, your friend --

5       A.   Halvatzis.

6       Q.   Halvatzis, my apologies, yes, thank you.

7            Did you speak to him?

8       A.   No, I haven't spoken to Lou in a couple of

9  days.

10      Q.   You're friendly with Ms. Dunn, correct?

11      A.   Yeah, she's a nice lady.  She parks next to

12  me.

13      Q.   Okay.  And you are also friendly with

14  Mr. Halvatzis?

15      A.   Yeah, and Terry, Mr. and Mrs., I like his

16  wife, too; and their son and their daughter.

17      Q.   Okay.  Let's talk about this letter.

18           This letter was sent by Ms. Burnett to you,

19  correct?

20      A.   Was it sent to me or Mr. -- no, it was sent to

21  me, yeah, correct.

22      Q.   And it's a certified letter sent -- sent by

23  Ms. Burnett to you, correct?

24      A.   Yeah, I never got a certified copy; I just got

25  the email copy, and there is also a -- you know, a

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  containing email from a Mrs. Kimberly Manning that says,

2  See attached letter, since you brought an unapproved

3  animal onto the property.

4      Q.   And I guess Ms. Manning is somebody that works

5  with Ms. Burnett?

6      A.   It has a Becker & Poliakoff signature on it.

7      Q.   Okay.  It doesn't have a MAC Residential

8  Services -- Management Services signature line, correct?

9      A.   Correct.

10      Q.   Okay.  And she doesn't work for Mary McFadden,

11  correct?

12      A.   You would have to ask her.

13      Q.   Okay.  But, presumably, if it has a signature

14  line that says Becker Poliakoff, she doesn't work for

15  Ms. McFadden, correct?

16      A.   You'd have to ask her, Mr. Israel.

17      Q.   All right.  This letter says, Please be

18  advised that this firm represents La Pensee Condominium

19  Association, Inc., correct?

20      A.   Correct.

21      Q.   It doesn't say that they -- that Ms. McFadden

22  is representing MAC Residential Management Services,

23  correct?

24      A.   Correct.

25      Q.   And it doesn't say that they're representing

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 71

1  Mary McFadden, correct?

2      A.   Correct.

3      Q.   And this letter refers to an approval of Zeus,

4  your -- your dog, correct?

5      A.   My service animal, correct.

6      Q.   Okay.  And it's asking you for additional

7  documents in order to approve the service animal,

8  correct?

9      A.   I think the purpose of the letter was to evict

10  me; but, yes, five months and 20 days later, I get a

11  letter about the dog, correct.

12      Q.   Okay.  So you think that Ms. Burnett sent you

13  this letter on behalf of the association because they

14  wanted to remove you?

15      A.   That was Ms. McFadden's testimony under

16  federal A.

17      Q.   Okay.  And is that your belief, as well?

18      A.   I do believe, because Ms. McFadden, you know,

19  was an interesting property manager.  She was able to

20  act as a buffer, and I didn't even know what a property

21  manager's responsibilities were, because she rarely came

22  to the property; and if she did, it was on Sundays at

23  either 10 or 11 o'clock in the morning.  I only ever saw

24  her in person maybe twice.

25           And she had this regular thing of, you know,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 72

1  Zeus would be barking, and I would be in Aspen with

2  Zeus, or Zeus would be barking and I would be at a

3  restaurant in Florida with Zeus.

4           And then I thought they would stop when I

5  installed Ring doorbell footage, which showed that it

6  was, in fact, Laurie Marchel's two animals, non-ESA,

7  non-service, over the weight limit, that would be

8  barking all the time, and I thought maybe that would

9  stop it.  But I wasn't aware that it was Laurie Marchel

10 at the time who had asked Ms. McFadden to do it, until

11 the testimony and the discovery of documents.

12      Q.   Okay.  So your position -- your understanding

13 now is that Ms. Marchel was directing Ms. McFadden to

14 send you emails or notifications that your dog was

15 barking, when Zeus was not in residence?

16      A.   That was her testimony, correct.

17      Q.   And what did you understand this letter to be?

18      A.   Repeat that one time, Mr. Israel.

19      Q.   What did you understand this correspondence

20 from Ms. Burnett to you to be?  What was the purpose of

21 this correspondence?

22      A.   To begin the process of eviction, to steal

23 $25,000 that I prepaid in payment, to cause me mental

24 duress and cause me to spend a lot of money on lawyers

25 all comes to the top of that.  I'm sure there is more.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 73

1      Q.   And that's what you believe the association
2   wanted to do?

3      A.   Just an FYI, on a side note, Mr. Halvatzis did
4   just try to call me, so I had pressed the ignore button.

5           So repeat the question.

6      Q.   The question is, you believe the purpose of
7   this letter was for the association to remove you from
8   residing at 303, La Pensee Condominium, Unit 303?

9      A.   That was Ms. McFadden's testimony.  When you
10  read the letter, the ten days is conveniently at the
11  six-month mark.

12          When Mr. Lubliner replied to this letter, her
13  position changed, that I wouldn't be approved anyways
14  under subsequent letters, which you have copies of,
15  because I had a six-month lease.

16          Then her position changed that Ms. Val Manzo,
17  a New York state attorney, was attempting to defraud
18  them and knew I wouldn't get another six-month approval.
19  The final position was, he just has to go because he's a
20  nuisance.

21      Q.   Okay.

22      A.   All documented, all in letters.

23      Q.   And when you say, her position changed, you
24  are talking about Ms. Burnett, correct?

25      A.   Correct.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 74

1    Q.   On behalf of La Pensee Condominium

2 Association, Inc.?

3    A.   Unless she was acting on her own; you'd have

4 to ask her.

5    Q.   Okay.  But according to this letter, she was

6 not acting on behalf of Ms. McFadden, correct, or MAC

7 Residential?

8    A.   Yeah, according to this letter.

9         She is just a scumbag.  I'm sure you know it.

10 I know it.  Everybody else knows it.

11    Q.   Did you take any action, other than having

12 Mr. Lubliner respond to this letter?  Did you provide

13 any documentation?

14    A.   All the documentation, approval letters, Mary

15 approved, everything was responded to, which you have a

16 copy of.

17    Q.   So you had -- by the way, at the bottom of

18 this letter, right after Ms. Burnett's signature, it

19 says "board of directors" and "Mark Friedman," correct?

20    A.   Correct.

21    Q.   It doesn't say "Mary McFadden" or "MAC

22 Residential," correct?

23    A.   Correct again.

24    Q.   And your position is that you had Lubliner

25 respond to this letter and that whatever documentation

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 75

1 there -- whatever response there was is in the documents

2 that were produced in the case, correct?

3      A.   Whatever documents -- maybe I'll rephrase the

4 question, or rephrase the answer.

5      Q.   Yeah, absolutely, let's make it clear.

6      A.   My position is that they tried this in line

7 with Ms. McFadden's testimony.  It didn't work.

8           They moved to a fraudulent lease they created

9 and then a fraudulent email, that was never produced,

10 requesting a six-month extension, where then, magically,

11 Mary McFadden was on vacation and she couldn't be there.

12 She then -- I was a nuisance and something about

13 throwing up on the balcony, which we all know is from

14 one of the board member's dead sons who overdosed on

15 heroin.

16      Q.   Well, we are going to get -- we're going to

17 get through that -- to that issue in a few minutes; but

18 what I was asking you is, Mr. Lubliner responded to this

19 letter, and whatever response is in the records that

20 were produced in this case, correct?

21      A.   Yeah, correct, everything that we could

22 possibly produce, because he wasn't representing me in

23 any matter associating with the condominium, the signing

24 the lease, et cetera.  I turned over everything I could

25 find.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 76

1           I was actually in London at the time, because
2  Ms. Burnett asked me -- I was traveling out of Africa;
3  and she said, No, you weren't.  I turned over the plane
4  tickets.

5           It was everything that we could turn over; and
6  more importantly, you know, the ten days to the
7  six-month mark in the magical six-month lease in the
8  magical emails that they all seemed to be magical,
9  because they were never produced, which would point you
10 to who -- who offended here.  It's just I guess you are
11 trying to understand where the liability lies, which
12 I'll let you do that.

13     Q.   My whole question was -- before you responded,
14 all I wanted to know was, Mr. Lubliner responded to this
15 letter, correct?

16     A.   Correct.

17     Q.   Is Zeus always with you?

18     A.   Pretty much, as many places as he can go.

19     Q.   So when you leave your home to go to a store,
20 he's with you?

21     A.   Generally, yes; not every time.

22     Q.   When you leave your home to go to a
23 restaurant, he's with you?

24     A.   Generally, yes.

25     Q.   When you leave your home to go abroad for

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 77

1  business, is he with you?

2       A.   Generally, yes.

3       Q.   Okay.  So if you go to London, he is with you?

4       A.   Generally, yes.

5       Q.   And if you go to Africa on business, he's with

6  you, South Africa?

7       A.   He has never been -- he has never been to

8  Africa.

9            And it's not South Africa.  It is Zambia and

10 Congo, primarily, and then --

11      Q.   Okay.

12      A.   -- Senegal and Ghana.

13      Q.   He has not been there with you?

14      A.   He has not been to Africa, no.

15      Q.   Okay.  Have you been to Africa since January

16 of 2021?

17      A.   Yes.

18      Q.   Okay.  And he has not been there with you?

19      A.   Correct.

20      Q.   He stayed behind at the unit 303 at La Pensee

21 when you were abroad?

22      A.   Generally, no.

23      Q.   Where did he stay?

24      A.   Generally at the Apache Club out in

25 Loxahatchee.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 78

1      Q.    Is that a kennel of some sort?

2      A.    It's the number one ring sport guy in the

3 country, and he is --

4      Q.    He is the number one -- I'm sorry, I didn't

5 catch that.  The number one what?

6      A.    It's called ring sport.  It's French training.

7 It's -- every dog out there is a working dog.  It's

8 very -- it's not daycare for him.  It's training,

9 continual condition.

10          It's called Apache, A-P-A-C-H-E.

11     Q.    And that's in Loxahatchee?

12     A.    In Loxahatchee -- well, you know, I think it's

13 Loxahatchee.  It's off of Coconut Grove.  It might be

14 still considered West Palm, but it's -- it's way out

15 there.  It takes about an hour.  I go --

16     Q.    It's western Palm Beach someplace?

17     A.    Sorry.  Someone knocked on the door.  Say that

18 one more time.

19     Q.    It's in western Palm Beach in some area?

20     A.    It's West Palm or Loxahatchee.  It's about an

21 hour.  You get off at the Gardens or the next exit.

22 Then you get to drive for like 30, 45 minutes.

23          MR. ISRAEL:  Okay.  If I haven't said it

24     before, Madam Court Reporter, would you please --

25     we are going to mark this as Exhibit Five or Six,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 79

1      or whatever number it is.

2  BY MR. ISRAEL:

3      Q.   Do you have another dog in the unit, in unit

4  303 at La Pensee Condominium?

5      A.   So not at the moment, but Megan Luchey has an

6  emotional support animal that she got.

7      Q.   That's Nyx, correct?

8      A.   Correct.

9      Q.   Okay.  And he's not at the unit with you?

10     A.   Not right now, no, she's training.

11     Q.   Okay.  That dog is training -- is in training?

12     A.   She's in training, correct.

13     Q.   Okay.  And is in training for what?

14     A.   She's going to do ring sport, but she has kind

15  of been a little bit of bad news since, you know,

16  Ms. Luchey is having -- is having issues.

17     Q.   Okay.  Well, let's back up for a second.

18         She's training -- can you tell me again what

19  she was training for?  I didn't catch it.  I apologize.

20     A.   She's an emotional support animal for

21  Ms. Luchey since the middle of last year or whatever,

22  which I think her doctor is Dr. Christy Hansen, who

23  Megan has been with for a number of years before I knew

24  her for some issues that she's had.  And I believe that

25  the current state that she is at, she -- she needed some

Page 80

1  assistance with her ownership of the dog.

2      Q.   Okay.  And you're taking care of the dog for

3  her?

4      A.   Putting her in training, et cetera; instead of

5  having issues with the dog, she is having issues with

6  her personal life.

7      Q.   And Nyx, the dog, has resided in unit 303 at

8  La Pensee since October or so of last year, until you --

9  she went to training?

10     A.   Yeah -- well, she has been to -- she has done

11 numerous -- she did the training program -- where did

12 she send her -- to -- it's outside of Chattanooga,

13 Tennessee.  She did about four weeks up there or so, a

14 few places that she has done some extra so she can, you

15 know, get up to a certain level.

16     Q.   Okay.  Let me just kind of understand the time

17 period.

18          So Nyx moves into unit 303 of La Pensee

19 sometime in October of 2021; would that be about

20 accurate?

21     A.   I think so.  Whenever she got the letter; she

22 didn't bring her on the property until then.

23     Q.   She got a letter that she could bring her on

24 the property?

25     A.   Yeah, her ESA letter from her doctor, Christy

Page 81

1 Hansen.  I know we turned it over to you guys in the

2 discovery, I think, because it's constantly -- it's like

3 the two-dog phenomenon thing that keeps on coming up.

4      **Q.   Can you tell me who at the association**

5 **authorized the second dog to reside at unit 303 of**

6 **La Pensee?**

7      A.   Yeah, she told me Todd, via Mary.  They were

8 not allowed to have electronic communications with us

9 anymore, because we were in the middle of a lawsuit, et

10 cetera, so -- and we just stated to Todd, who said, you

11 know, it's not -- it's not a pet; it's an emotional

12 support animal and everything is okay.

13      **Q.   So at some time in October, you guys spoke**

14 **directly with Todd Davis and he --**

15      A.   Yeah.

16      **Q.   -- said that the dog was authorized?**

17      A.   Yeah, and he filed everything, all the

18 paperwork and stuff, in the office.

19      **Q.   Okay.  And he authorized it or told you the**

20 **dog was authorized?**

21      A.   My understanding, the next day, Megan was told

22 it was done by -- or she told me it was done by -- Mary

23 said it was okay and Todd.  I think it was about the

24 time maybe Mary was exiting, then, the property, but ...

25      **Q.   And you didn't get anything in writing from**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 82

1  **anybody, because they -- they weren't supposed to give**

2  **you anything in writing, correct?**

3      A.   Yeah, they weren't allowed to.  They are not

4  even allowed to work in my unit.  Todd gets, you know,

5  nervous and this thing, yeah.

6          I honestly couldn't even begin to describe the

7  circle of lies that they've come up with, but yeah.

8      **Q.   And the dog resided, then, after October that**

9  **he was allegedly approved by Todd Davis and Mary, or**

10 **somebody at the association, through Todd Davis and**

11 **Mary, until when?**

12     A.   Okay.  It wasn't my approval; it was Megan's

13 approval --

14     **Q.   Okay.**

15     A.   -- as a resident, and the owner of the

16 property knows.  Everyone knows, and there has been no

17 sort of -- until when, I don't know.  I sent her off to

18 training a week or so ago.  She is still residing there.

19     **Q.   So Nyx has been at unit -- residing at unit**

20 **303, La Pensee, from, more or less, October of 2021,**

21 **until about two, three weeks ago?**

22     A.   No, not the whole time, because Megan had her

23 with her at various places she was going; and then there

24 was -- there was training and stuff.

25          So I'm not -- I couldn't give you -- but no,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 83

1 not the -- not the entire time.  Because one of the

2 training sessions she put her through, I think that was

3 six weeks; it might have been four weeks.  She was

4 responsible for it, so I'd have to go back and check my

5 notes.  I don't know exactly.

6     Q.   Okay.  But she has been on and off -- I'm just

7 trying to get a timeline, on and off residing in unit

8 303 at La Pensee since October 2021, with some periods

9 of time where she has been in training, and most

10 recently, about two or three weeks ago, where she went

11 to training again?

12     A.   I guess.

13          I would have to go back and look at my notes,

14 Mr. Israel.  It's -- as I said, it wasn't my animal.  It

15 wasn't my ESA; it was hers.

16     Q.   Okay.  So you're saying that Nyx is owned by

17 Ms. Luchey?

18     A.   Yeah, you have the documents of it.  Those

19 were all turned over.

20     Q.   You are saying Nyx is not owned by you?

21     A.   She hadn't been, but I assume that she is

22 going to become my responsibility here very shortly.

23     Q.   Okay.

24     A.   That's her ESA animal.

25     Q.   Okay.  I'm just trying to understand your

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 84

1  testimony.

2         Basically, what you are saying is Nyx is owned

3  by Ms. Luchey, but it will eventually become your

4  responsibility?

5      A.   Well, I don't know.  She is under -- she is

6  going through material issues in her life right now, so

7  that's -- I don't know what will happen in the future.

8      Q.   Okay.  Fair enough.

9         MR. ISRAEL:  Why don't we take a five-minute

10     restroom break?  We've been going almost two hours.

11     It is 11:21 --

12         THE WITNESS:  Mr. Israel?

13         MR. ISRAEL:  Yes, sir?

14         THE WITNESS:  Mr. Israel, can we just go for

15     another 39 minutes and then take a break for about

16     an hour, an hour and a half for lunch.

17         MR. ISRAEL:  That's fine, but I'm a little bit

18     older than you are, and I need to use the restroom,

19     so --

20         THE WITNESS:  Okay.  Will do.

21         MR. ISRAEL:  -- you are going to have to --

22     how about we go -- how about if we go just five

23     minutes and then we'll be back.  Does that sound

24     okay?

25         THE WITNESS:  Okay.  I have to take lunch at

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 85

1    12, just as an FYI.

2          MR. ISRAEL:  No problem.  No problem.  I will

3    not keep you here.  It is not a marathon session

4    and everybody is going to get a chance for lunch,

5    the court reporter, everybody, no sweat.  Okay?

6    Just five minutes.

7          Thanks.

8          VIDEOGRAPHER:  All right.  Off the record,

9    11:21.

10          (Whereupon, a recess was had.)

11          VIDEOGRAPHER:  We are back on the record.

12    It's 11:30.

13          MR. ISRAEL:  Ready to go?

14          VIDEOGRAPHER:  Yes.  We're back on the record.

15          MR. ISRAEL:  Thank you.

16   BY MR. ISRAEL:

17      Q.   All right.  Mr. Wilcox, let me bring you back

18   a little bit to right before you moved in.

19          You did have an interview before you moved in,

20   correct?

21          And I don't think I -- I didn't hear you.

22      A.   Sorry, it was on mute.

23          Correct.

24      Q.   No problem.

25          You said -- you said correct to that you did

Page 86

1  have an interview before you moved in?

2       A.   Correct.

3       Q.   Okay.  And do you recall the date of that

4  interview?

5       A.   I don't, off the top of my head, but I want to

6  say it was -- it was roughly the 17th or the 18th.  It

7  was with Robert, who goes by Bob Rosati, who resides in

8  203.

9       Q.   Okay.  So you had an interview with

10 Mr. Rosati.  Was that in person, or was that via phone

11 or some other method?

12      A.   It was on the phone, via Zoom, that Mary

13 McFadden set up.

14      Q.   Okay.  You said via Zoom on the phone?

15      A.   Correct.

16      Q.   Okay.  Were you able -- were you able to see

17 Mr. Rosati?

18      A.   I think so.  I can't -- it was so long ago

19 when we went through this question, I can't remember;

20 but I think we didn't end up having the video on.  I

21 think it was just phone, via Zoom, dial-in thing.

22      Q.   And it was you and Ms. Luchey at this

23 interview?

24      A.   She was at a different location; but yes, we

25 conducted the interview at the same time.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 87

1      Q.   Okay.  And do you recall how long the
2  interview took?

3      A.   It seemed pretty simple.  My, again, memory,
4  but maybe 15 minutes, 20 minutes.  Seemed like a nice
5  guy, said, you know, if you guys need anything while
6  you're on the property, I'm right below you, I'm the
7  treasurer.  You know, understand your lease terms, et
8  cetera.

9           It was -- it was pretty -- pretty pleasant
10  conversation, we both thought -- understood the service
11  animal, understood everything around, you know, our
12  tenancy, that was paying a year upfront of the two-year
13  term, et cetera.

14      Q.   Okay.  So you discussed -- you discussed your
15  lease; am I correct?

16      A.   Correct.

17      Q.   You discussed, according to you, the tenancy,
18  is that correct, the length of it?

19      A.   That was the first question, not according to
20  me.

21           But the second question, could you define
22  that?

23      Q.   Yeah, did you discuss how long the lease is
24  supposed to be for?

25      A.   Correct.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 88

1      Q.   Okay.  And is it your position that Mr. Rosati

2  understood the lease to be a two-year lease?

3      A.   Absolutely.

4      Q.   Okay.  And did you discuss how much money you

5  were paying upfront for this --

6      A.   Yes.

7      Q.   Let me just finish.

8      A.   Yes.

9      Q.   -- for this tenancy?

10     A.   Yes.

11     Q.   Okay.  And did you discuss the rules and

12  regulations of the condominium association with

13  Mr. Rosati?

14     A.   Absolutely.

15     Q.   Do you recall -- you had received copies of

16  the rules and regulations from Ms. Manzo prior to the

17  interview?

18     A.   And Ms. McFadden.

19     Q.   Okay.  And do you recall what specific rules

20  and regulations -- I presume Mr. Rosati didn't go over

21  every one of them, what rules and regulations he

22  discussed with you?

23     A.   He was really concerned about parking.  That,

24  I found odd.  He was -- because there is only one spot,

25  I guess, you're assigned, and then one spot in the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 89

1  front.

2           And they were having issues with residents

3  parking too many cars.  He was referring to -- now I

4  know who it is, but I didn't know at the time -- a

5  gentleman by the name of Benjamin Ripstein was like

6  selling cars from the unit, and he said, you know:  We

7  don't like that and it doesn't give people access to the

8  six spots in the front.

9           And I just remember it stood out because it

10 was -- it was a very odd thing to be talking about for

11 rules and regulations of all the rules; but that's what

12 stood out to us.

13     Q.   Okay.  So -- so what stood out to you about

14 the rules and regulations was the parking requirements?

15     A.   Yeah, correct.

16     Q.   Okay.  Was there anything else that was

17 discussed; do you recall?

18     A.   Everything was discussed:  My tenancy; Megan's

19 approval as a resident; because of COVID, they -- they

20 didn't want people coming and going from -- from the

21 building, which I -- I found -- you know, I liked,

22 that -- well, at least that's what they told me; it

23 wasn't true, but they didn't want random people in and

24 out of the building.

25           We discussed that Val Manzo was a newer owner

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 90

1  of the unit, but it had been a rental for a number of

2  years, and some of the other tenants liked it so much,

3  they moved into another one and they were potentially

4  going to buy, that had been in it prior, and that it was

5  a nice building with nice people and that --

6              Oh, they didn't do move-ins on the weekends,

7  Saturday and Sunday; and Todd, he needed to arrange like

8  the moving people, especially because of COVID, because

9  there is only one elevator in the building.

10             It was like 15 minutes.  He asked about my

11  background.  He told me he was some sort of engineer in

12  a prior life.  He lived in Europe; I think it was Italy,

13  and so we connected, you know, on that, because I've

14  spent so much time abroad.

15             He just seemed like a nice person.

16       Q.    So nothing unusual about the interview?

17       A.    The car thing was unusual.

18       Q.    Okay.  Other than the parking-car issue,

19  anything else --

20       A.    Yeah.

21       Q.    -- unusual?

22       A.    Otherwise, no, seemed --

23       Q.    Okay.

24       A.    -- fairly normal interview.

25       Q.    Okay.  And he told you that you were approved

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 91

1  at that point?

2      A.   Correct, and Megan.

3      Q.   You and Megan were approved to move in,

4  correct?

5      A.   Correct.

6      Q.   Okay.  And you knew that the interview, in

7  passing -- or getting approved through the interview was

8  a condition of you being able to move in, a final

9  approval, basically?

10     A.   Absolutely, correct.

11     Q.   Okay.  And that would come from a member of

12 the board that would issue the final approval, correct?

13     A.   No.  It would come from Mary McFadden.  It was

14 stated from the beginning that she was responsible for

15 obtaining the approval from the board and that she would

16 liaise that process, but the ultimate decision-maker was

17 the board.

18     Q.   You've answered my question.  Okay.

19          Did you file a Department of Business

20 Professional Regulation complaint against Mary McFadden?

21     A.   Yes.

22     Q.   Okay.  Are you aware of the outcome of that

23 complaint?

24     A.   I'm not.

25     Q.   Okay.  Are you aware that it was dismissed for

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 92

1  a lack of probable cause?

2      A.   I am not.

3      Q.   Okay.  You didn't receive anything from the

4  Department of Business and Professional Regulation

5  telling you what the outcome of the complaint was?

6      A.   No.  I received an interview phonecall

7  regarding the complaint, maybe -- December, maybe, of

8  last year, that launched the investigation into it, as

9  Ms. McFadden had done things that were not in line with

10 the rules of the DPBR; but I never received any followup

11 from them, which I found odd.  I have then requested the

12 records under the Public Records Request Act, and I have

13 yet to receive them.

14     Q.   You have not received the records from the

15 Department of Business and Professional Regulation?

16     A.   No, I went and looked maybe even two or three

17 weeks ago.  I received one copy, and the investigation

18 was pending, and it had other individuals related to

19 her, who also complained; but the outcome, like what was

20 going on, still was pending.

21          So I put another request in, and I didn't

22 receive -- it still says on DBPR website -- where you go

23 in and you do your public records request, it still says

24 pending, which I found odd, because the last one took

25 two months, maybe three.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 93

1      Q.   You didn't see a decision among the documents

2   that were produced, either you or your counsel,

3   regarding DBPR production?

4      A.   No, I didn't look at it.  I just sent them to

5   you.  I was busy.

6      Q.   Okay.  Did you -- those weren't one of the

7   documents that you looked at in preparation for this

8   deposition?

9      A.   No.

10      Q.   Okay.  Did you -- did you know that Liza Dunn

11   also filed a complaint against Ms. McFadden with the

12   Department --

13      A.   Yes, it was in --

14      Q.   -- of Professional --

15      A.   It was in the --

16      Q.   Let me finish it, so the court reporter can

17   take it down.

18           -- with the Department of Business and

19   Professional Regulation?  Were you aware --

20      A.   Did I know she --

21      Q.   Yes.

22      A.   I received notice she filed it with the

23   response that they sent me, which I did go through those

24   documents -- I've never seen a dismissal -- but I

25   forwarded it on to counsel, who forwarded it to you.

Page 94

1      Q.    Okay.  Were you aware that the complaint filed

2  by Ms. Dunn against Ms. McFadden was also dismissed for

3  lack of probable cause?

4      A.    No.

5      Q.    You didn't discuss that with Ms. Dunn?

6      A.    No.

7      Q.    Do you know if Ms. Dunn has filed complaints

8  against other prior property managers at the

9  association, prior to Ms. McFadden?

10     A.    No.

11     Q.    All right.  You claim in the complaint, or

12 it's claimed in the complaint, I guess Ms. Luchey does,

13 that Mr. Wolf used some derogatory statements to

14 Ms. Luchey regarding her race and used the "N" word; is

15 that correct?

16     A.    Correct.

17     Q.    You're not African American, correct?

18     A.    Not that I know of.

19     Q.    And you weren't present when, allegedly, these

20 statements were made by Mr. Wolf to Ms. Luchey, correct?

21     A.    Define "present."

22     Q.    Where you -- okay.  Well, let's back up for a

23 second.

24           I guess the allegation is that the elevator

25 doors opened, and Mr. Wolf was standing there, and he

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 95

1 uttered the "N" word to Ms. Luchey; is that about

2 accurate?

3     A.    I don't understand the question.  Sorry.  I --

4     Q.    Well, let's do it this way.  Let's do it this

5 way.

6     A.    Sure.

7     Q.    Let's look at the allegations in the

8 complaint, which I think will make things a little bit

9 easier.

10    A.    Sure.

11    Q.    I'm going to make it smaller in about two

12 seconds.

13          Let's look at paragraph 57 of the first

14 amended complaint through 60, if you don't mind looking

15 at that.

16          Tell me when you're done.

17    A.    Through 60, is that correct?

18    Q.    Yes, sir.

19    A.    Correct.

20          Correct, I've read it.

21    Q.    Okay.  All right.  So it says that --

22 paragraph 57 claims that on or about February 10th,

23 2021, it's Megan, meaning Ms. Luchey, was exiting the

24 building's elevator.  Wolf, meaning David Wolf, got in

25 Megan's, meaning Ms. Luchey's, face and yelled the "N"

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 96

1  word to her, correct?

2       A.   Correct.

3       Q.   Okay.  Were you in the elevator with

4  Ms. Luchey at the time that this took place?

5       A.   No.  It says it right there, number 58.

6       Q.   It was just -- it was just Ms. Luchey and

7  Mr. Wolf allegedly, correct?

8       A.   That's what it says.

9       Q.   Right.  So my statement is correct:  It was

10 just Ms. Luchey and Mr. Wolf, correct?

11      A.   Well, which statement are you referring to?

12      Q.   Okay.  Who was in the elevator when the --

13 when Mr. Wolf, allegedly, stated to Ms. Luchey this

14 derogatory remark, the "N" word?

15      A.   Wolf and Luchey.

16      Q.   Okay.  You were not --

17      A.   It says it right there.

18      Q.   Yeah, that's all I'm asking; you were not

19 there?

20      A.   Right.

21      Q.   Ms. McFadden was not there?

22      A.   I don't think so, no.  She didn't -- Megan

23 didn't tell me that.

24      Q.   Okay.  And nobody from MAC Residential

25 Services was there, correct?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 97

1      A.   Well, MAC and Mary are the same.  There is

2 only one employee, which is Mary.

3      Q.   **Okay.**

4      A.   Okay.  Then no.

5      Q.   **All right.  Were there any other witnesses of**

6 **this incident, other than Ms. Luchey and Mr. Wolf,**

7 **allegedly?**

8      A.   You would have to ask them.  I wasn't present.

9      Q.   **All right.  As far as you know, were you ever**

10 **told that there were other people present, other than,**

11 **allegedly --**

12      A.   I was not.

13      Q.   **-- Ms. Luchey and Mr. Wolf?**

14      A.   I was not.

15      Q.   **Do you know specifically what happened,**

16 **allegedly, on that day at the exit of the elevator**

17 **between Ms. Luchey and Mr. Wolf, as Ms. Luchey has**

18 **claimed?**

19      A.   Number 57 through 60, doesn't that state what

20 was the descriptor of the incident from Ms. Luchey's

21 perspective?

22      Q.   **Okay.  So your position is that what's been**

23 **alleged in 57 through 60 is an accurate description,**

24 **according to Ms. Luchey, as to what took place in the**

25 **alleged interaction between Ms. Luchey and Mr. Wolf that**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 98

1  included the "N" word, correct?

2      A.   Correct.

3      Q.   The alleged statement, including the "N" word,

4  was not directed at you, correct?

5      A.   I wasn't present, correct.

6      Q.   Are you aware that Ms. Luchey first accused

7  Mr. Rosati as being the culprit who allegedly made the

8  statement that included the "N" word?

9      A.   I'm aware John Lawson made that up, but no.

10     Q.   So that's not true; Mr. Lawson made that

11 statement up?

12     A.   Correct.  Ms. Luchey never told me it was Bob

13 Rosati.  They --

14     Q.   Okay.

15     A.   They claimed at some point that we went with

16 like pitchforks to the door to Bob Rosati, and it's the

17 most bizarre lie.  I don't know.

18          Bob Rosati rarely leaves his unit.  His wife

19 leaves once every 30 days.

20     Q.   Okay.  So that -- that -- it's your position

21 that that's not accurate, that Ms. Luchey first claimed

22 it was Mr. Rosati who had called her the "N" word?

23     A.   Correct, that I never heard her claim that.

24 We talked about it at length, talked about it with my

25 prior counsel, never happened.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1    Q.   Okay.  So it's your position that, from the

2  beginning, Ms. Luchey always singled out the correct

3  person, which is Mr. Wolf, correct?

4    A.   Yeah.  He wears his last name on his hat.

5         MR. ISRAEL:  Okay.  All right.  I have some

6    more to go over this, but it's 11:48, and you asked

7    me to break at 11:50.  As a courtesy, I don't want

8    to go over.

9         I don't want to take up a lot of time.  Can we

10   come back by 12:30?  Does that work for everybody?

11        THE WITNESS:  No problem.

12        MR. ISRAEL:  Is that okay for everybody?

13        MR. MARCHESE:  Sounds good, David.

14        MR. ISRAEL:  All right.  We'll see you guys

15   back at 12:50 then -- I mean at 12:30, 12:30, my

16   apologies, 12:30.

17        VIDEOGRAPHER:  All right.  Off the record,

18   11:49.

19          (Whereupon, a recess was had.)

20        VIDEOGRAPHER:  We are back on the record.

21   It's 12:33.

22  BY MR. ISRAEL:

23    Q.   Mr. Wilcox, are you ready to go, sir?

24    A.   I am.

25    Q.   Okay.  Quick question for you, you're not

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 100

1  located at the 303 unit at La Pensee Condominium today,

2  are you?

3       A.    No.

4       Q.    Where are you?

5       A.    I'm in Spain.

6       Q.    In Spain.

7             Is Zeus with you?

8       A.    Sorry?

9       Q.    Is Zeus with you?

10      A.    He's not with me today.

11      Q.    Okay.  Let me ask you a followup question on

12 Nyx, if I may.  Do you know when his training is going

13 to be completed, or her training is going to be

14 completed?

15      A.    No, I don't know.

16      Q.    Okay.  And you said that Nyx will probably

17 likely end up being your responsibility, correct?

18      A.    In the short term, it seems likely.

19      Q.    Okay.  Is she going to come reside with you at

20 303 La Pensee Condominium, unit 303?

21      A.    No, I'm sure she will, yeah.

22      Q.    Okay.  And you have authority -- authorization

23 from the association to have this second dog at the --

24 at unit 303?

25      A.    Well, it's not a second; it would be a first,

Page 101

1 and given the governing documents of the association,

2 you're allowed a pet.  She would be considered a pet.

3          Furthermore, there are multiple board members

4 that have multiple animals that are over weight limits

5 that aren't service animals or emotional support

6 animals, so I'm pretty sure it's -- it's okay.

7     Q.   **Okay.  So your position would be, if anything,**

8 **Nyx would be a pet; one is allowed, and then Zeus would**

9 **be a service animal, which is a different category?**

10     A.   No, that's not my position.

11          Zeus is a service animal that's been approved

12 to reside on the property and --

13     Q.   **Right, I'm not disputing that.**

14          **I'm asking you, your position with Nyx, it**

15 **would be that he would be -- she would be a pet, and you**

16 **are entitled to have one pet residing with you?**

17     A.   Correct, and I can take that position.

18          I don't imagine that someone would try to

19 contest something, given my neighbor has two vicious

20 dogs, Laurie Marchel, that attempted to attack Nyx, that

21 are both over weight limits, that both aren't emotional

22 support animals or -- or service animals.

23          And, furthermore, the vice president of the

24 board, Steve Sapletal, has two massive dogs, as Todd

25 Davis referred to in his deposition.  Then another

Page 102

1  neighbor, Valentina Kraver, has four dogs and a cat that

2  lives there.

3          And then, you know, guys like David Wolf have

4  nuisance dogs that bark all the time.  They haven't had

5  any issues with Megan's dog or emotional support animal.

6      Q.   Bear with me for a second.

7      A.   No problem.

8      Q.   Let me share a document.

9          Do you see the document that's on the screen,

10 Mr. Wilcox?

11     A.   Yes.

12     Q.   Okay.  Are you familiar with this document?

13          Take your time.  Take a look at it.  Let me

14 know if you need it bigger or smaller.

15     A.   Yeah, I'm familiar with it.

16     Q.   Okay.  This is a police report dated

17 February 24th, 2021, in which you called the police to

18 report the claimed incident between Ms. Luchey and

19 Mr. Wolf, correct, that we've discussed prior to the

20 break?

21     A.   No, I don't think so.

22     Q.   No?  Okay.

23          So it's -- it says here that 2/24/2021, at

24 approximately 1334 hours, I was dispatched to a

25 complaint of neighbor troubles at 4000 South Ocean

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 103

1  Boulevard, South Palm Beach, Palm Beach County, Florida,

2  33480.

3         That's the address for La Pensee Condominium

4  Association, correct?

5     A.   Correct.

6     Q.   The complainant, David William -- I'm sorry,

7  the complainant, William Wilcox, stated he wished to

8  speak to a deputy regarding racial slurs made by other

9  residents towards him.

10         Is that what it says?

11     A.   Correct.

12     Q.   Okay.  Who made racial slurs towards you?

13     A.   I don't know how that's written that way.  I

14  didn't have a racial slur made towards me.

15     Q.   Okay.  Nobody ever made a racial slur towards

16  you, right?

17     A.   No.  They were made towards Megan Luchey, who

18  informed me of them, for her being African American.

19     Q.   Okay.  So upon arrival, Sergeant Garrison and

20  I made contact with Wilcox at his apartment, number 303.

21  Wilcox was identified by Florida driver's license and

22  was asked to explain what had occurred.  Wilcox stated

23  that the incident he was calling about occurred

24  approximately two weeks ago, and at that time, another

25  resident who told his girlfriend, not present at the

Page 104

1  time of this call, that -- and I'm not going to repeat

2  what it says; the document speaks for itself, but it

3  uses the "N" word, and it's in quotes.

4           So you were calling on behalf of Ms. Luchey to

5  report the incident that allegedly took place between

6  Ms. Luchey and Mr. Wolf, correct?

7       A.   No.

8       Q.   You were not.  Okay.  So tell me what -- what

9  is in -- what I'm getting that is incorrect here about

10 what's stated in this report.

11      A.   Ms. Luchey called and bridged me onto the

12 phone, and I was the one in the unit when the police

13 came out.  And we called Ms. Luchey from the dining room

14 table with the Deputy Hul and I believe the sergeant,

15 some sort; it was two police officers, that said, you

16 know, although this is terrible, blah, blah, blah, you

17 know, we can't really do anything about it, first

18 amendment rights or some -- something like that, and

19 said, the owner --

20           Now, this was Megan saying, actually:  The

21 owner said we needed to document it with the police, and

22 that's what we were doing.

23      Q.   Okay.  So what I'm getting wrong, according to

24 you, is that it wasn't you, the one that called; it was

25 Ms. Luchey, allegedly, the one that called, correct?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 105

1     A.    Correct.

2     Q.    Okay.  And she happened to be out of the

3  apartment at the time the police arrived, but you were

4  there?

5     A.    Correct.  She had gone to -- I think she had

6  gone to work, I think, so I was the one that was there.

7  It was a nonemergency type, one of those situations.  I

8  think it was a couple hours or something before they

9  came.

10     Q.    And you guys got her on the phone.  You and

11  the police officer got her on the phone to discuss the

12  incident?

13     A.    Yes, sir.

14     Q.    Okay.

15     A.    Correct.

16     Q.    Okay.  And you stated, as it says on page two,

17  that it was explained that the alleged statement was

18  maybe offensive, but it did not constitute a criminal

19  act, correct?

20     A.    What it says.

21     Q.    Okay.  And further down, the -- I'd say the

22  second-to-last paragraph, because the last paragraph is

23  just a sentence, it states that they spoke to Mr. Wolf

24  and he was concerned about escalation of harassment or

25  confrontations with you.

Page 106

1           Did you have a confrontation with Mr. Wolf in

2  the lobby or right outside the lobby area of the

3  building, subsequent to the alleged incident with

4  Ms. Luchey?

5       A.   No, and I've stated this before.  I had a

6  conversation, and I told him not to do that again.  I've

7  asked for the videotape footage, which they won't turn

8  over to me, because they know what really happened, and

9  it has audio on it, as well, too.

10      Q.   Okay.  So your position is that all you did

11 was have a conversation with Mr. Wolf, that it wasn't a

12 confrontation; you didn't follow him or threaten him in

13 any way?

14      A.   No, I didn't threaten him in any way.  I'm not

15 a fucking idiot.  No.

16      Q.   So --

17      A.   He is just --

18      Q.   I'm sorry, go ahead.

19      A.   He is just a liar.

20      Q.   Okay.  So when Mr. Davis says that he

21 witnessed the confrontation and you were threatening and

22 aggressive towards Mr. Wolf, he would be incorrect?

23      A.   Correct, which is why they won't give the

24 videotape footage over --

25      Q.   Okay.

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 107

1     A.    -- which they have.

2           MR. ISRAEL:  Madam Court Reporter, could you

3     mark this -- I believe it's Seven.

4           (The referred-to document was marked for

5           identification as Defendant's Exhibit No. 7.)

6  BY MR. ISRAEL:

7     Q.    Let's talk about the claim in the complaint

8  that Mr. Ben Ripstein, John Lawson, and John Rahal

9  entered your unit forcibly to accuse you of claimed

10 incident where somebody vomited over -- allegedly, over

11 your balcony railing.

12          Are you familiar with that -- that claimed

13 incident?

14    A.    I'm familiar with that allegation.

15    Q.    Okay.  And you've made that allegation,

16 correct?

17    A.    No.

18    Q.    You did not allege that Mr. Ripstein,

19 Mr. Lawson, and Mr. Rahal entered your unit forcibly to

20 accuse you of somebody vomiting off of your balcony?

21    A.    No.

22    Q.    So correct me, then, and tell me, what was

23 your allegation?

24    A.    So on the morning -- I believe it was a

25 Saturday; it could have been a Sunday.  Megan had just

Page 108

1  departed.  It was roughly 9 o'clock in the morning.

2  There was a bang, bang, bang, at the door; and I thought

3  I was having a dream -- or nightmare maybe you'd

4  classify it as, and it started again about 30, 45

5  seconds later.

6            And I go to the door in my underwear, and

7  there is three men standing there:  A short man, who is

8  like five foot tall; John Lawson, who I knew; and

9  someone that had very strange teeth that looked enraged

10 that was probably 5'8", 5'9", 5'10".

11           They said -- started screaming and said that I

12 was vomiting and throwing a party and this and that.

13           And I said, I don't know what you're talking

14 about.

15           And they said, Well, that's coming off your

16 balcony.

17           And I said -- I said, What are you talking

18 about?

19           And so I go inside, and my partner was staying

20 at the condo, and I said to him, I said, Is something

21 going on that I don't know?

22           He said no.

23           So I go back to the door.  When it's open,

24 they can hear this.

25           And I said to them, I just looked on the

Page 109

1 balcony, I just asked him.  There is nothing that's

2 coming from there.

3            Well, had to have come here, blah, blah, blah.

4            Anyways, I tell them to get the fuck out of

5 there and leave me alone, and I closed the door.

6            Little do I know that there is this whole

7 conspiracy thing going around, because, obviously,

8 Laurie Marchel wants the unit.  I didn't know who John

9 Rahal was; it's her boyfriend, who is -- I guess he was

10 still married, still is, divorcing or something; and

11 then Ben Ripstein, I didn't know who he was, either.

12            Emails are flying around.  I don't know

13 anything about it, and, you know, then it's -- it has to

14 be this unit or something, we read on -- on emails later

15 on, because the unit above didn't have any vomit

16 dripping from it; and then apparently Ms. Dunn, who has

17 told me later on, that there was an empty food container

18 that was next to that vomit.  I never saw anything,

19 didn't know what it was.

20            So from there, the problem got circulated.

21 Laurie Marchel is setting up a Zoom conference for the

22 association, which was repeated to me by numerous

23 residents -- Valentina Kraver, Mr. Halvatzis,

24 Mrs. Halvatzis, Ms. Dunn -- that she was saying it was

25 vomit that was there.  She was in St. Louis; she wasn't

Page 110

1  there, and it was this unit.

2          We find out, you know, a few months later,

3  that the apartment above me is doing heroin, which we

4  knew that they were doing drugs all the time.

5          And this building is situated where it's two

6  east and west, two north and south.  There is six

7  floors, and there is four units per floor, which makes

8  24 units.  There is a single elevator, and there is a

9  swerved-base walk-around.  So each balcony is the same.

10         So if it was vomit, people that do heroin seem

11  to vomit a lot, and they had a kid that was very, very

12  troubled, and I feel terrible for them that he had to

13  pass away.  But his mother was one of the ringleaders

14  and a board member at this time of the harassment that

15  was going on.  There is no one that has ever vomited off

16  my balcony.

17     Q.    Okay.  How old is Mr. Ripstein?

18     A.    Say it again?

19     Q.    How old is Mr. Ripstein?  How old is he?

20     A.    Mr. Ripstein?

21     Q.    Yeah.

22     A.    I don't know.  I pulled his police file one

23  time.  I'd assume he is about 40, 45; probably 45,

24  somewhere around there.

25     Q.    And how about Mr. Lawson?

Page 111

1    A.   Oh, Lawson is old.  He is like 70.

2    **Q.   How about Mr. Rahal?**

3    A.   Yeah, I'm guessing again; 50, 50 -- he's

4 probably 55.

5    **Q.   Are all these men smaller than you,**

6 **physically?**

7    A.   John Lawson is a little big, because he's

8 overweight; Ripstein, about my size.  Rahal is little

9 kind of small-looking, you know, fella.

10    **Q.   You mentioned that there was somebody in the**

11 **apartment with you, your partner you called him; can you**

12 **tell me the person's name?**

13    A.   Yeah, Joseph Barbado, B-A-R-B-A-D-O.

14    **Q.   And he is a partner in your work?**

15    A.   Correct.

16    **Q.   And he was visiting with you at the time?**

17    A.   Correct, he was down from New York.

18    **Q.   Okay.  So you believe that this alleged**

19 **forceable entry by board members was designed to**

20 **continue harassing you and hoping that you would move**

21 **out of the unit?**

22    A.   Absolutely, but it wasn't forcible entry;

23 let's get this statement right, Mr. Israel.  Three times

24 I've told you that's not what happened.

25          There was no forcible entry.  There was

Page 112

1 banging, as if the door was going to come off the

2 hinges, which is why, later on, after all of this, I got

3 the cameras; because it's -- it's he said/she said, and

4 it's not with video footage, you know, derived from

5 the -- from the source.

6     Q.   Okay.  So it was just banging on the door?

7     A.   Yeah, not just banging.  I mean, it was like a

8 mob, three people.

9          As your client, Mr. McFadden stated, it was

10 every single day, Laurie Marchel called.

11     Q.   Did -- did -- just to be clear, Ms. McFadden,

12 and nobody from MAC Residential, was present during this

13 alleged incident, correct?

14     A.   Correct.

15     Q.   Did these gentlemen actually enter your unit

16 or -- or not?  I just want to make sure that I'm

17 correct.

18     A.   Okay.  The fourth time, no.

19     Q.   No.  Okay.

20          So let's look at -- let's look at something

21 briefly.

22          So paragraph 62 of your first amended

23 complaint, where it reads:  When David opened the door,

24 they barged into the unit and out to the balcony and

25 accused David of having a party, during which someone

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 113

1  allegedly vomited over the unit's balcony.

2          Where it says "they barged into the unit,"

3  that would be an incorrect statement correct?

4      A.   The definition of "barged" in this context

5  would be correct, the way Lubliner wrote it.  I see the

6  way it could be interpreted, because the door was to the

7  level of being, you know, forcibly opened; but they did

8  not enter the unit, correct.

9      Q.   Okay.  So you -- you filed this first amended

10 complaint, correct, and signed it?

11     A.   Correct.

12     Q.   Okay.  It wasn't Mr. Lubliner who filed the

13 first amended complaint?

14     A.   Correct.

15     Q.   Okay.  Did you read it before you filed it?

16     A.   Yes, correct.

17     Q.   Okay.  So my interpretation, where it says

18 they barged into the unit, meaning they went into the

19 unit, is then an incorrect interpretation of what you

20 meant by that statement; is that what you're saying?

21     A.   Correct.

22     Q.   Let me show you something else, ask you this

23 brief question about this particular document.

24          See the photo that's on the screen?

25     A.   Correct.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 114

1      Q.    Okay.  And is this a photo of you recording

2   the conversation between Mary McFadden and Mr. Davis

3   that's been alleged, where you claim that Ms. McFadden

4   berated Mr. Davis regarding him allowing you to view

5   video of the dog that allegedly attacked your dog in the

6   elevator or the exit of the elevator?

7      A.    I'm not sure why those are alleged; those are

8   all facts.

9            So what happened on that morning is videoed.

10  Mr. Davis allowed me in and allowed me to video the

11  video recording in the video-recording room, which is

12  the office where it holds video equipment; and you were

13  able to hear Ms. McFadden and Mr. Davis, from on the

14  other side of the lobby, approximately ten feet over,

15  and I was getting closer to the door, so it was as

16  legible as it possibly could, not putting the phone into

17  the mail slot.

18           And, also, it was a public conversation,

19  obviously.  I'm being recorded.  The room inside is

20  being recorded.  Everything is being recorded, so the

21  expectation of privacy is not there.

22      Q.    Okay.  I'm not asking you for your legal

23  opinion as to whether it was an expectation of privacy;

24  I guess the judge will make that decision.

25           But did you ever obtain the consent of

Page 115

1  Ms. McFadden to make that recording?

2       A.   Did I obtain -- you don't -- according to the

3  police, and documented on the police reports that I've

4  turned over to you, I can wear a GoPro in the state of

5  Florida, and I can record anywhere I want that's deemed

6  a public place.  That is deemed a public place.

7       Q.   Okay.  That's not what I'm asking you.  I'm

8  asking you whether Ms. McFadden gave you consent to make

9  that recording that you are making --

10      A.   I don't need Ms. McFadden --

11      Q.   Let me finish.  Let me finish, Mr. Wilcox.

12           Did Ms. McFadden say the words, Yes, it's okay

13  to record me and my conversation with Mr. Davis that is

14  depicted in this photograph, yes or no?

15      A.   There wasn't an opportunity for that to

16  happen.

17      Q.   Okay.  So the answer would be:  Ms. McFadden

18  did not give you permission to record that conversation,

19  correct?

20      A.   She didn't need to give me permission.

21      Q.   That's not what I'm asking you.  The judge is

22  going to determine whether she needed it or not.  I'm

23  asking you whether she did.

24           Did she, yes or no, give you permission to

25  make that recording?

Page 116

1      A.   I do not need permission in a public place.

2      Q.   Okay.  It doesn't matter whether you think

3   this is a public place or whether you think she needed

4   to give you --

5      A.   I do not --

6      Q.   -- permission.  I'm not asking you that.

7           I'm asking you whether she did or did not.

8   That's a yes-or-no answer.

9      A.   You don't need permission in a public place.

10     Q.   Okay.  Once again, Mr. Wilcox, I am going to

11   ask you to answer the question once again.  If not, I'm

12   going to certify it and go back in front of Magistrate

13   Matthewman.  You were there for the hearing, so please

14   answer the question.

15          Did Ms. McFadden give you permission, yes or

16   no, to make this recording?

17          Whether you think it's a public place or

18   whether you think she needed to give you permission is

19   not relevant.  Did she or not give you permission --

20     A.   No.

21     Q.   -- to make this recording?

22          Thank you.

23          MR. ISRAEL:  We are going to mark this as

24   Exhibit Seven, I believe, Madam Court Reporter.

25          COURT REPORTER:  I think it's Eight.

Page 117

1          MR. ISRAEL:  Eight.  Okay.  Thank you very

2     much.

3          (The referred-to document was marked for

4     identification as Defendant's Exhibit No. 8.)

5 BY MR. ISRAEL:

6     **Q.   Now, the state court proceeding that the**

7 **association brought against you, among other parties, I**

8 **think you are calling it an eviction case, that case is**

9 **still pending, correct?**

10     A.   As far as I'm aware.

11     **Q.   Right.  You have not prevailed in that case,**

12 **correct?**

13     A.   As far as I'm aware.

14     **Q.   Right.  The court hasn't determined who is**

15 **right and who is wrong yet?**

16     A.   As far as I'm aware.

17     **Q.   Going back to the photograph for a second, one**

18 **thing I failed to ask you, did Mr. Todd Davis give you**

19 **permission to record him and Ms. McFadden?**

20     A.   He gave me permission moments prior to that,

21 yes.

22     **Q.   To record a conversation between him and**

23 **Ms. McFadden or to record --**

24     A.   No, Mr. --

25     **Q.   -- something that was on the -- something that**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 118

1  was on the screen?

2      A.   Mr. Israel, I answered your question.  He gave

3  me --

4      Q.   Right.

5      A.   -- permission --

6      Q.   I can't --

7      A.   -- before --

8      Q.   We can't do this if we're both speaking at the

9  same time.  I would ask you, respectfully, to allow me

10 to finish my question, and then you can answer; and I

11 will not interrupt you, I promise.

12          Did Mr. Davis -- once the door was closed, did

13 Mr. Davis give you permission to record his conversation

14 with Ms. McFadden?

15     A.   He had given me prior permission to record in

16 that room.

17     Q.   Okay.  Did he give you permission to record

18 the conversation with Ms. McFadden or something else

19 prior?

20     A.   It was the entire incident, so he gave me

21 permission to record, yes --

22     Q.   So your position --

23     A.   -- which is why -- Mr. Israel, you just said

24 you were going to let me finish answering --

25     Q.   Go ahead.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 119

1    A.    -- the questions.

2    Q.    Go ahead.  Go ahead.

3    A.    Okay.  He gave me permission to record in that
4 room, Todd Davis, moments before that video was taken of
5 another public area where there was recording.

6    Q.    Okay.  He gave you permission to record
7 outside the room, as well, when the door was closed?

8    A.    He gave me permission to record.

9    Q.    Okay.  Carte blanche, anything you wanted to
10 record at any time, any conversation going forward?

11    A.    We didn't have a carte blanche conversation.
12 We had "Can I record this?" and he said no problem, and
13 it's on video of him doing that.

14    Q.    No problem.

15          When you say, "Can I record this?" what are
16 you referring to?

17    A.    The room, the incident, the dog lunging,
18 everything pertaining to the incident.

19    Q.    Okay.  And subsequently, the door was closed
20 at some point, correct?

21    A.    Yeah, I think I closed it.

22    Q.    Okay.  And he gave you permission to record
23 from outside the door, as well?

24    A.    No.  He -- Todd was one of the people that
25 informed me that the police said everything is

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 120

1  recordable in all of those rooms, because it's a

2  recording room.  It's a public space.  It has

3  video-recording, audio-recording equipment in it; hence,

4  how you got that picture.

5      Q.   Mr. Wilcox, the court will make that

6  determination, whether this is a public space or whether

7  you could record or not.  That's not what I'm asking

8  you.  I'm asking you a yes-or-no question.

9           Did Mr. Davis give you permission to record --

10     A.   Yes.

11     Q.   -- the conversation -- let me finish -- the

12 conversation that's depicted in the photograph?

13     A.   Yes.

14     Q.   Yes.  Okay.

15          It's your testimony, just so I understand it,

16 that he --

17          MR. TYGAR:  Objection, asked and answered.

18 BY MR. ISRAEL:

19     Q.   -- that he explicitly said, Yes, you can

20 record my conversation with Mary McFadden?

21     A.   I don't -- now I'm confused.

22          Look, he said that you are able to record

23 everything in, around public areas, et cetera, we've got

24 it on video.  I recorded the video of the video.

25          What -- who and who else was present in the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 121

1  office and everything pertaining to that, there is not

2  an ongoing do I ask a question for every single step,

3  when I've been given carte blanche, to use your

4  terminology, approval by the Florida police of south --

5  of Palm Beach County Sheriff's, documented, and I've

6  been given permission by Todd Davis.

7        And understanding the law that you say the

8  judge will interpret, it is also public place that is

9  considered a surveillance area, so everything is

10 understood to not be private between two parties.

11     **Q.   Did you say Mr. Davis told you that you could**

12 **record anything you wanted in -- in a public space?**

13     A.   Now you're misconstruing my words.  That's not

14 what I said.

15     **Q.   Okay.  That's why I'm trying to understand.**

16 **Did you say the -- the police officer told you that?**

17     A.   Correct, and Mr. Davis, when I was in there.

18 You have the video.

19     **Q.   Okay.  So --**

20     A.   You know what he said.

21     **Q.   Okay.  So I don't misconstrue your words, can**

22 **you tell me specifically what Mr. Davis told you about**

23 **recording?**

24     A.   That he had -- I had his permission to record.

25     **Q.   Okay.  But I thought you said -- maybe I**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 122

1 misunderstood -- that Mr. Davis had said you could

2 record in public places without somebody's permission;

3 did I misunderstand that?

4      A.   Mr. Davis told me, on videotape, that you

5 have, in that room, behind that door, I was able to

6 record in all of the places that had surveillance and

7 they all were considered common and public areas.

8 That's my statement to you, Mr. Israel.

9      Q.   Okay.

10      A.   It's not changing, so that's it.

11      Q.   I'm not asking you to change it.  I'm just

12 trying to understand it.

13      A.   You are.  You are.

14      Q.   No, no, I'm not, not at all.  I'm trying to --

15 you told me that I'm misinterpreting your statement.

16 That's why I'm trying to get it correct on the record.

17           Do you know what Mr. Davis's job is at the

18 association?

19      A.   Yes.  As he testified, he is the only person

20 on property.  He is the person that runs the property.

21 He has been there for nearly 20 years.

22           He deals with all finances.  He writes all the

23 checks, along with Mary McFadden, who, those checks are

24 written under her LCAM, that we have copies of.  He

25 writes most -- he deals with the bank accounts.  He

Page 123

1 deals with the accountants.  He deals with everything

2 pertaining to the property, who testified that I have

3 never caused any issues on the property under his

4 federal court deposition.

5          He is the sole proprietor of property

6 management, of security.  He runs the security system.

7 He runs everything at La Pensee.  No one ever knew what

8 Mary McFadden did.

9      **Q.   So your position is that Mr. Davis is**

10 **basically running the association?**

11     A.   Absolutely.  You can ask anyone there; he is

12 there six to seven days a week, and he's been there for

13 nearly 20 years.

14      **Q.   He is not simply the maintenance man, correct?**

15     A.   No, and it wasn't his testimony that he was,

16 either, and no one would ever say that.  He writes

17 checks.  When does a maintenance guy write checks from

18 the association accounts?  He is on -- a director of the

19 company.  He is on every single bank account that you

20 can find from Bank of America to the guys down the

21 street.  He is the one doing everything.

22      **Q.   Is Mr. Davis a lawyer?**

23     A.   Sorry, again?

24      **Q.   Is he a lawyer, as far as you know?**

25     A.   No, he's not.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 124

1      Q.    All right.  I'll share something else with

2  you.

3            MR. ISRAEL:  I'm going to mark this as

4      exhibit -- did we say Nine is the next one, Madam

5      Court Reporter?

6            COURT REPORTER:  Yes.

7            (The referred-to document was marked for

8      identification as Defendant's Exhibit No. 9.)

9      A.    Mr. Israel --

10  BY MR. ISRAEL:

11     Q.    Okay.

12     A.    -- can you please take this one down to --

13     Q.    Yeah.

14     A.    -- 100 or 75 percent?

15     Q.    Yes, sir.  Yes, sir.  My fault.  I know you

16  asked.

17            Okay.  So let me show you a portion of this

18  document first.  It's an email from you to Ms. McFadden

19  dated February 9, 2021, at 4:04 p.m., and I want you to

20  look at the second of the bottom paragraph, starting

21  with -- or the last paragraph -- line, I guess, where

22  you say, "But the racist shit be over before it starts I

23  assure you.  I am not allowing that to her, period."

24            This is dated February 9th.  What racist shit

25  are you referring to with this email?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 125

1       A.    The attacks verbally on Megan from David Wolf

2  and others that had happened.  There were multiple kind

3  of things that happened from -- well, whoever you call

4  it, Robyn Lawson and David Wolf and people that ...

5            You know, Megan had never seen the property,

6  and I saw it once, got the deal, filed the residents'

7  applications, et cetera; and the first time anyone

8  realized Megan was African American was on January 24th,

9  when we both showed up to get the keys.

10      **Q.    Okay.  But this -- this email is dated**

11 **February 9th, correct, 2021?**

12      A.    Correct.

13      **Q.    Okay.**

14      A.    There had been --

15      **Q.    And --**

16      A.    There had been things that had already been

17 said, according to --

18      **Q.    Well, tell me, what things had been said?**

19      A.    Well, you would have to ask her.

20      **Q.    Okay.  You don't know?**

21      A.    You would have to ask her.  I can't speculate.

22      **Q.    So as we sit here today, you have no testimony**

23 **to provide as to what alleged racist statements or**

24 **actions were made towards Ms. Luchey prior -- on or**

25 **prior to February 9th, 2021?**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 126

1      A.    It's my testimony that --

2            No.   The things that were told to me by her

3  and the behavior and the harassment and the "vomit-gate"

4  and the -- you know, Sabrina Benjamin saying that, you

5  know, my dog is scaring her dog, when her dog tried to

6  attack him, and everything related to it, I mean, Megan

7  being African American and being a dependent of mine was

8  certainly a motivator of what happened here.

9      **Q.    So did all those things take place after**

10 **February 9th, 2021?**

11     A.    Mr. Israel, that's been what, two years ago at

12 this point, well over a year and a half ago?  I couldn't

13 give you -- you know, they started -- they started the

14 day we showed up, before we moved in, January 24th, when

15 John Lawson made a false complaint that we were moving

16 in on a Sunday, when we were just getting the keys, and

17 I put an antique chair, a small chair that I had just

18 purchased into the elevator.  And he asked me who we

19 were and where were we going and this and that.

20           And I received an email from Mary McFadden,

21 which you have a copy of, and accused us of moving in

22 and this and that.  And I said, That's not what

23 happened.

24           They replied.  Then we talked to her on the

25 phone, and he stated, Yeah, they lie and make up shit

Page 127

1  all the time.

2      Q.   Okay.  So you would call Mr. Lawson

3  complaining about you moving in on a Sunday, which

4  allegedly you're not supposed to, something that's a

5  racist shit directed towards Megan Luchey?

6      A.   Yeah, there is people that move in and out on

7  Sunday all the time, but they don't get complaints.  You

8  know, you can tie things back, absolutely, Mr. Israel,

9  you know.

10      Q.   So everything that you claim happened happened

11  because of Ms. Luchey's skin color; is that what you're

12  saying?

13      A.   Not everything.  It's all tied in.  I -- I

14  believe because I have a service animal, because

15  Ms. Luchey is African American, and that they believed

16  they could get away with it, and they riled up a base,

17  who tried to get unit 303, which was known, which we had

18  video recordings of her and Marchel talking about, you

19  can only blow out the walls between the east and the

20  west; you can't go north and south, because the firewall

21  is between them, and she has 302 and has 304.  302 and

22  303 would be connectible.

23          And so if you combine agitating everyone,

24  making up stories, "vomit-gate," talking about people

25  who are African American, with known racists such as

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 128

1  Robyn Lawson, who built a fence around the pool because

2  she made other racial comments.  Sabrina Benjamin said,

3  We know it was said by David Wolf and confirmed it with

4  five people at the pool and said, Who cares?

5           So, yes, I do know it's racially motivated.

6      Q.   Okay.  So all these -- you believe that all

7  these statements were designed so Ms. Marchel could buy

8  the unit that you are residing in and --

9      A.   All those -- sorry.

10     Q.   No, I'm asking you.

11          -- and --

12     A.   I --

13     Q.   -- you believe --

14     A.   I believe --

15     Q.   -- that Mr. Lawson is a racist?

16     A.   Let me answer your first question.

17          I believe, on what's been found through

18  discovery and what's been found through depositions and

19  what's been admitted by Ms. Burnett, including her

20  protective order response in federal court, that

21  Ms. Marchel created this attacking world over things

22  that she believed could motivate people to do her

23  bidding for her, including Mary McFadden, including

24  David Wolf, including John Lawson, and that's a

25  conclusion that I have come to with substantiated

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 129

1  evidence and has been substantiated further through

2  testimony and -- and responses to this litigation.

3      Q.   Okay.  So Ms. Marchel -- Marchel, if I am

4  saying her name correctly, wanted to buy the unit, so

5  she began this whole process, which included racist

6  remarks towards Ms. Luchey, not towards you, I presume,

7  correct?

8      A.   No, towards me, as well, too.  I was

9  ultimately the person responsible for the tenancy of the

10 unit through La Pensee 303, LLC.  So by definition, the

11 attacking Megan, or attacking Zeus, and their civil

12 rights, you're -- you're attacking me.

13          And Ms. Marchel was the ringleader, with John

14 Rahal, of doing that bidding and falsifying documents

15 and probably convincing Mary that it was a good idea to

16 do it and if she didn't do it, she would put her job in

17 jeopardy.  But I can't say that for fact, because I

18 don't have those facts.  I have Mary's testimony.

19     Q.   Okay.  Did Ms. Marchel ever direct any racist

20 comments towards you?

21     A.   No, Ms. -- sorry, Ms. Marchel or Ms. McFadden?

22     Q.   No, Ms. Marchel, did she make any racial

23 comments towards you?

24     A.   No.  She went after my dog, specifically.

25     Q.   Okay.  Ms. McFadden, I presume, never made a

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 130

1 racial comment towards you?

2      A.   Ms. McFadden would call and harass me to the

3 point of I didn't understand what a property manager

4 was.   I told her to never call or text me again, because

5 she knew she was lying and she thought it was funny, for

6 some reason.

7           And it came out, with the emails in

8 discovery -- they are all documented -- that Marchel was

9 agitating Mary, who rarely even came on the property, to

10 nit and pick at things that would create a narrative;

11 therefore, she would be able to evict us from the

12 property, be able to lower the value of the property,

13 and then force Ms. Manzo to put it up for sale, because

14 who would want to live there after that, when they would

15 have to approve the new owner, so it might not

16 necessarily fetch fair market value.   That's what I

17 believe.

18      Q.   All right.   I understand your position.

19           My question was, did Ms. Marchel ever make a

20 racial statement towards you, that you're aware of?

21      A.   Towards -- towards me, well, she did, because

22 making statements to Megan, or to or about my dog, that

23 are my dependents, yes.

24      Q.   It's your position that Ms. Luchey is your

25 dependent?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 131

```
 1      A.   Was.

 2      Q.   Okay.  Did you claim her on your tax returns?

 3      A.   Did I claim her on my tax returns?

 4      Q.   As a dependent.

 5      A.   I don't think so, no.

 6      Q.   No?

 7      A.   I don't think so.

 8      Q.   Did you -- did Ms. Luchey file her own

 9 separate tax returns, as far as you know?

10      A.   I don't know, you know.  I supported her

11 financially for the past few years.

12           MR. ISRAEL:  Okay.  Let's mark this as the

13      next exhibit, Madam Court Reporter.  I believe it's

14      Ten, if I am not mistaken.

15           (The referred-to document was marked for

16      identification as Defendant's Exhibit No. 10.)

17 BY MR. ISRAEL:

18      Q.   So let's look at something else.

19           Can you see this document?

20      A.   Yes, I can.

21      Q.   So you said that that email, dated February 9,

22 was sent because there had been racial statements made

23 towards Ms. Luchey, correct?

24      A.   Correct.

25      Q.   And some of those things included the
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 132

1  interaction -- the claimed interaction with Mr. Wolf,

2  correct?

3       A.   Correct.

4       Q.   And the knocking and almost barging into your

5  unit by Mr. Rahal, Mr. Lawson, and Mr. Ripstein,

6  correct?

7       A.   Correct.

8       Q.   Okay.  So in your complaint, in paragraph 57,

9  you allege that the incident between Mr. Wolf and

10 Ms. Megan allegedly occurred on February 10th, correct?

11      A.   Correct.

12      Q.   It would be after February 9th, 2021, correct?

13      A.   Say that one more time.

14      Q.   That would be after February 9th, 2021,

15 correct?

16      A.   Correct, yeah.

17      Q.   Okay.  And you allege that -- on paragraph 61,

18 that the incident with Mr. Ripstein, Mr. Lawson and

19 Mr. Rahal occurred on February 13th, 2021, correct?

20      A.   Correct.

21      Q.   And that would also be after February 9th,

22 2021, correct?

23      A.   Correct.

24      Q.   Okay.  I want to show you what's been produced

25 as --

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 133

1    A.    Can you -- can you make it --

2    Q.    **Yeah, I will.**

3    A.    -- 100 --

4    Q.    **I will.  Give me one second.**

5          **Does that work better?**

6    A.    That works.

7    Q.    **Okay.  So this is titled "Plaintiff, David**

8 **Wilcox's Responses and Objections to Defendants, Mary**

9 **McFadden, MAC Residential Management Services, LLC's**

10 **First Set of Interrogatories to Plaintiff."**

11         **Do you remember this document?**

12   A.    Yes.

13   Q.    **Okay.  And let me just go to the last page for**

14 **a second, just to verify your signature I believe should**

15 **be here.**

16         **Is this your signature, Mr. Wilcox?**

17   A.    That's it.

18   Q.    **And it is notarized by Carolina Perales, who I**

19 **believe to be Mr. Lubliner's paralegal, correct?**

20   A.    Correct.

21   Q.    **Dated March 25th, 2022, correct?**

22   A.    Correct.

23   Q.    **Okay.  And I just want to ask you some**

24 **questions about a couple of answers here.  Let me just**

25 **actually find it.  Bear with me for one second.**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 134

1          Here we go.

2          Okay.  So number four, we asked about your

3   claimed damages --

4       A.    Yeah.

5       Q.    -- and can you take a look at your response,

6   if you don't mind, please?

7       A.    Yes.

8             Okay.

9       Q.    Okay.  So you're claiming damages in the

10  amount of 1,525,000 against all of the defendants,

11  correct?

12      A.    Correct.

13      Q.    How do you come up with that number?

14      A.    So I'd have to go through the spreadsheet,

15  which I don't have here today; but in general, it's my

16  attorney's fees, taken off the top, and the anticipated

17  attorney's fees through trial, which amounts to, I

18  believe, a third of that number.  I will have to check

19  the spreadsheet.

20            And then the loss of my right to be happy and

21  live at La Pensee and the potential losses that I

22  suffered at Becker & Poliakoff, MAC Residential, Mary

23  McFadden, David Wolf and the board of La Pensee.

24      Q.    Okay.  Well, let's start here.

25            Becker & Poliakoff is not a party to this

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 135

1  lawsuit, is it?

2     A.    No.

3     Q.    Okay.  And how do you divide what, allegedly,

4  the association, versus Mr. Wolf, versus Mary McFadden,

5  versus MAC Residential Services, have to pay out of this

6  $1,525,000?  What would be Mary McFadden's share of

7  that?

8     A.    I thought that was more of a question for you

9  guys, but let's see.

10          If you tell -- I guess, because I'm not a

11  lawyer, you'll have to help me along here, Mr. Israel.

12          If you were to walk down the street and pay

13  someone for a calculated murder on someone that you

14  didn't like, and someone else were to take that action,

15  what -- who is responsible for the murder:  Both parties

16  or only the party that pulled the trigger?

17     Q.    I don't know.  I'm asking you.  See, the way

18  it works is you don't get to ask me questions.  When you

19  take my depo --

20     A.    Okay.

21     Q.    -- then you get to ask me questions.  Today, I

22  get to ask questions.

23     A.    Okay.

24     Q.    So if you look at B, I'm asking for the

25  methodology of how you came up with this amount, and

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 136

1 there was no spreadsheet that you were referencing now

2 attached to this to explain to us what you believe each

3 party may be responsible for or what you believe the

4 damages versus the attorney fees may have been.

5          So your response to that says, The damages

6 were based upon the severe emotional distress and

7 suffering Defendants' conduct has caused me, as well as

8 the attorneys' fees that I have incurred thus far and

9 will continue to incur in the frivolous state court

10 action.

11          Okay.  So let's take that one thing at a time.

12          Number one, Ms. McFadden and/or MAC

13 Residential Management did not file a state court action

14 against you, correct?

15     A.   Correct.

16     Q.   That was filed by La Pensee Condominium

17 Association, Inc., correct?

18     A.   It was filed by Becker & Poliakoff.

19     Q.   Okay.  On behalf of La Pensee Condominium

20 Association, Inc., correct?

21     A.   Correct.

22     Q.   Okay.  Becker & Poliakoff doesn't represent

23 Ms. McFadden, nor MAC Residential Management Services; I

24 think we already established that, correct?

25     A.   You would have to ask them.  I can't speculate

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 137

1  on that.

2      Q.   Okay.  Previously I believe we looked at a

3  letter where Ms. Burnett said she represented La Pensee

4  Condominium Association?

5      A.   That's correct, but you can represent someone

6  and not represent someone, as Richard Lubliner doesn't

7  represent me anymore.  It could have been representing

8  her at the time but not on paper, understanding from

9  Ms. McFadden --

10     Q.   Okay.

11     A.   -- and her testimony on behalf of MAC

12  Residential -- Mr. Israel, let me finish.

13     Q.   Yeah, no, I'm -- I'm listening to you.

14     A.   But you interrupted me again.

15          On her testimony, my understanding is that

16  they went lawyer shopping, and that Becker &

17  Poliakoff -- and given the records, the public available

18  records -- was not the corporate representative for

19  La Pensee HOA or La Pensee Condominium Association, Inc.

20          Furthermore, Ms. McFadden's actions, and her

21  actions on behalf of MAC Residential, were the -- the

22  diabolical plot, were the actions that led to the filing

23  of the lawsuit.

24          If she did it or not ultimately, I don't know,

25  and I will never know, unless, you know, the truth is

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 138

1  turned over, you know, in our trial, which I assume it

2  will have to be, because your -- your question is a good

3  one:  Who is responsible for this?  And in my view right

4  now, from the facts that I know, all parties are that

5  are listed as defendants on the lawsuit.

6      Q.   Are you finished, sir?

7      A.   Yes, sir.

8      Q.   Okay.  Would it be fair to say that you have

9  no evidence to show that Becker & Poliakoff, now or in

10 the past, has represented Mary McFadden and/or MAC

11 Residential Services?

12     A.   No, I wouldn't say that's not fair.

13          During the date of the incident of the video

14 recording with Mr. Rahal, Marchel's dogs attempting to

15 attack Zeus, Mary delivered the email that I sent to her

16 and John Lawson directly to JoAnn Burnett at Becker &

17 Poliakoff, without the CC of John or anyone else.  So I

18 would assume that she was in conversations being

19 represented by Ms. Burnett.

20     Q.   Okay.  You're assuming that; you don't know

21 that for a fact, correct?

22     A.   Yep, but I have the email chain that I

23 referenced.  So I don't know.

24     Q.   Right.  And you don't know if that transfer of

25 the email was done because Ms. McFadden is the agent of

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 139

1  the association and was forwarding something to the

2  association's counsel, correct?

3       A.   Correct, I wouldn't know that.

4       Q.   Okay.  And as we sit here today, you have no

5  way of separating what claimed damages you have against

6  Ms. McFadden and/or MAC Residential Management Services

7  from your claimed damages against La Pensee Condominium

8  Association and/or Mr. Wolf, correct?

9       A.   Correct.

10           MR. ISRAEL:  We'll mark this as Exhibit 11, I

11      believe, Madam Court Reporter.

12  BY MR. ISRAEL:

13       Q.   All right.  Let me show you what we're going

14  to mark as Exhibit 12.

15       A.   Can you unzoom it --

16       Q.   Yeah.

17       A.   -- Mr. Israel?

18       Q.   Will do.  Will do.  Getting there.

19           Okay.  Do you recall being served with a

20  domestic violence complaint filed by Ms. Luchey against

21  you?

22       A.   You are referring to the dating violence

23  complaint, and, yes, I remember being served.

24       Q.   Yes, sir.

25           Okay.  Is it your position that the statements

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 140

1  made in that complaint were accurate or not accurate?

2       A.    Not accurate.

3       Q.    Okay.  So when Ms. Luchey wrote -- and I'm

4  going to get to it so we can go through it -- in

5  paragraph two of section three of the complaint, the

6  following:  Began a romantic relationship 10/31/2020.

7  Everything was great at the time, never had any

8  arguments and great time together every day.  In

9  April 2021, he began having issues with his business.

10           Did you have any issues in April of 2021 with

11 your business?

12      A.    No.

13      Q.    I'm sorry, sir.  I didn't hear you.

14      A.    No.

15      Q.    So that would be inaccurate, according to you?

16      A.    According to her.  She said she didn't write

17 this, this wasn't her handwriting.  She swore under

18 federal oath that this wasn't her.

19      Q.    Okay.  So this was made up by somebody?

20      A.    Yes, and you did not allow me to take the

21 deposition of the notary that fraudulently signed it.

22      Q.    Well, you were free to notice that deposition,

23 sir.  I didn't stop you.

24      A.    Well, that was a mistake by the other counsel,

25 Mr. Israel; but, you know, you -- you didn't allow me to

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 141

1  do it, which I have a right to defend myself, and she

2  already stated that's not her handwriting, she did not

3  file this.

4          Furthermore, I have videotape footage of her

5  when she was still living at the unit up until about a

6  week ago, a week and a half ago.  Every single day,

7  including that day when she got home from work, and I

8  called her home early, and I said, What is this?

9          And she said she didn't know.

10     Q.   So you were never abusive to Ms. Luchey?

11     A.   No.  No.

12     Q.   You never called her the "N" word?

13     A.   No.

14     Q.   You never went into her house without

15  permission?

16     A.   No.  She doesn't have a house.

17     Q.   Okay.

18     A.   She doesn't have a house.

19     Q.   Okay.  You never changed the locks at her

20  house?

21     A.   No, she doesn't have --

22     Q.   So this whole -- this -- I'm sorry.  Go ahead.

23     A.   Mr. Israel --

24     Q.   Go ahead, sir.  Go ahead, sir.

25     A.   -- she doesn't have a house.

Page 142

1      Q.   Part of the problem, sir, is that there is a

2  cutoff.  When you speak, it gets cut off.  I presume you

3  are done, and then you continue to speak.  So we're

4  going to have to, you know, bear with each other, as

5  we're working through it.

6      A.   Okay.

7      Q.   If I hear you speaking, I will stop so you can

8  finish.  I promise you.  I don't want to interrupt you.

9      A.   Yes, sir.

10     Q.   I want to get your full testimony, I promise

11 you.

12          So your position is that this statement in

13 this complaint is not accurate, and it was not actually

14 filed by Ms. Luchey, correct?

15     A.   Correct.

16          MR. ISRAEL:  Madam Court Reporter, we are

17     going to mark this -- I believe I said, what was

18     it, Twelve, if I'm not mistaken.

19          (The referred-to document was marked for

20     identification as Defendant's Exhibit No. 11.)

21 BY MR. ISRAEL:

22     Q.   Let me ask you one last question:  When --

23 when you were served with this document, did it cause

24 you any stress?

25     A.   It confused the hell out of me.  Like, I

Page 143

1  immediately called her, and I said, I just got served by

2  a sheriff.

3         She said, What?

4         And I had the -- the thing on -- the deal --

5  the camera on, got the sheriff on the camera, of me

6  talking to him.

7     Q.   Did it confuse you?  Did it cause you -- I

8  mean, I presume it was unpleasant, if nothing else?

9     A.   It was unpleasant.  Megan has had material

10 issues with her father for some time, and it's a pretty

11 abusive relationship; and I feel terrible for her, but,

12 you know, what can I do.

13    Q.   Okay.  You think it was Ms. Luchey's father,

14 the one that filed this complaint?

15    A.   I can't speculate on who I think it was.

16         Mr. Luchey, Andrew Junior, stole a lot of

17 money from a lot of people in 2016, creditors,

18 specifically.  He filed a fraudulent bankruptcy.  He is

19 involved in, I mean, probably in the history of his

20 lifetime now, north of over 60 litigation cases of

21 sexual harassment and abuse and fraud; and that's caused

22 Megan a lot of stress over her lifetime.

23    Q.   Did it cause you stress, as well, as you were

24 together with Ms. Luchey, to have this kind of family

25 interaction?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 144

1    A.   Yeah, I didn't really -- I didn't really have

2 a relationship with her father and mother, because when

3 I became more aware of this in the first year or so,

4 probably six months of dating, the type of family

5 parameters that she came from, I didn't want to

6 participate with her family.

7         So I wouldn't call it stress; I would just

8 call it "I didn't like it."

9    **Q.   Were you recently arrested for driving under**

10 **the influence of alcohol?**

11   A.   Say that one more time?

12   **Q.   Were you recently arrested for driving under**

13 **the influence of alcohol?**

14   A.   Yeah.  It was June, maybe, 11th.  I was coming

15 back from -- I don't know, from Carbone in South Beach,

16 and some person, like, I guess, road rage or something,

17 I didn't know that they were following me the whole

18 time, calling the police or something.

19         And I pulled over, and I guess the police were

20 close enough by not to get out, but the person was like

21 on my bumper.  And when the police came up to the door,

22 they said, Have you been drinking?

23         I said, I've had two beers.

24         Sir, step out of the car.

25         And they saw my medication, and they said, Are

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 145

1 you under, you know, medicines and whatnot?

2          And I said, I am, but I'm okay to drive.

3          Then I said, I know what you are guys are

4 going to do.

5          After some talking, I asked for a blood test.

6 They agreed to give me a blood test.

7          We went down to the Florida Highway Patrol.

8 They had a machine.  It wasn't a blood test; I asked for

9 a blood test, and then they said we'll get fire and

10 rescue down here.  I said that's fine.

11          All this you'll be able to get discovery

12 files.  I guess that's what you guys will do.

13          And I said, That's not what we agreed.  I

14 said, I want the blood test.  I am not blowing into that

15 box.  I'm going to get sick and everything else.  I just

16 had major surgery and removed cancer out of my neck.

17          And they walked away.  Then they came back.

18 Then they said, If you don't blow into the box, you are

19 refusing, and I'll get fire and rescue down here right

20 now.

21          I said, Thank you.  I agreed.

22          Then the third time, they came down and said,

23 We're going to arrest you for a DUI if you don't blow

24 into that thing.

25          And I said, You told me four different things.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 146

1  And I said, I want a blood test.

2          So they wrote up the paperwork, and my

3  lawyer's been handling it since.

4          I've never been arraigned.  I was arrested,

5  but I have never been arraigned.

6      **Q.   Okay.  Let me show you a couple of things,**

7  **just to make sure we have this on the record.**

8      A.   No problem.

9      **Q.   Would this be an accurate photo of your**

10 **booking, if it looks familiar?**

11     A.   Yeah.  Yeah.  You can see the scars on my

12 neck.  That's --

13     **Q.   Right here, that's from your surgery?**

14     A.   Yeah; and the front one, yeah, the second one.

15     **Q.   You have a small on the --**

16     A.   That one, yeah.

17          MR. ISRAEL:  Okay.  Madam Court Reporter,

18     we'll mark this as 13, I believe it is.

19          (The referred-to document was marked for

20     identification as Defendant's Exhibit No. 12.)

21 BY MR. ISRAEL:

22     **Q.   And let's also look at -- can you see this**

23 **document, Mr. Wilcox?**

24     A.   I can only see my picture from "Mugshots

25 Zone."

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 147

1     Q.    Let me get rid of some of these things, so

2 that ...

3     A.    I think I look pretty good there.

4     Q.    How about now, can you see this document?

5     A.    No.   I see "join the conversation posted" --

6     Q.    Okay.   Let me try again.   Bear with me for a

7 second.

8           How about now?

9     A.    Yeah, I can see that.

10    Q.    Perfect.

11          Have you reviewed your arrest affidavit

12 previously?

13    A.    Yeah, I think I read it on the day, where he

14 said I had to go to the bathroom five times, which, on

15 the camera, I'm telling him it's my medication.

16          Is that one in here, trooper -- yeah, it's

17 Jason or Joshua, Joshua Post, something like that.

18    Q.    Okay.   And you disagree with the statements

19 that are on this affidavit?

20    A.    Yeah, absolutely, because they didn't put --

21 which is all on video footage and whatnot.   It's all on

22 the body cam and at -- they took me to Florida Highway

23 Patrol.

24          And one thing I'll agree with is they observed

25 me under control in the vehicle, pulling in the parking

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 148

1  lot, where this crazy guy was tailgating me off the

2  Interstate.

3      Q.   A couple of things here, it says, Permanent

4  address, 1451 North Lake Way, Palm Beach, Florida?

5      A.   Yeah.

6      Q.   That's -- that's not the La Pensee address,

7  correct?

8      A.   Correct.

9      Q.   I believe you testified that's an address of a

10  property owned by a trust and somebody out of state, in

11  which you used it as offices or work space back in 2020?

12     A.   Uh-huh.

13     Q.   Is that your permanent address?

14     A.   No.   If -- if you look up my record, I don't

15  know why they have that, because everything on my

16  driving thing, like where I've gotten all my notices, it

17  all goes to 516 South Dixie Highway.

18     Q.   Okay.   So it would be incorrect -- an

19  incorrect address to put 1451 North Lake Way, Palm

20  Beach, Florida, for you?

21     A.   Correct.

22     Q.   Do you have a concealed weapons permit?

23     A.   Yeah.

24     Q.   So where it says in this affidavit, no

25  concealed weapons -- concealed weapons permit, none,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 149

1  that would also be inaccurate?

2      A.    Inaccurate, sure.

3            Just for the record, I'll give you a picture.

4      Q.    Okay.  Thank you.

5            What address is on your driver's license,

6  Mr. Wilcox?

7      A.    I don't know.  Let's see on the permit,

8  expires September 30th, 2027; it doesn't have an

9  address.

10           On my driver's license, it's 1451 North Lake

11 Way; but that address is not on the registration of my

12 license.  It goes to 516 South Dixie Highway.

13           I know that, and you guys know that, because

14 you can go to the Palm Beach portal, like where I've

15 gotten a couple of traffic tickets, and it has it listed

16 there.

17           So I think the highway patrol just like keyed

18 things in, and they didn't look anything up, because

19 that's not the -- the address that's on file; it's just

20 on the ID.

21     Q.    Okay.  But as far as your driver's license is

22 concerned, it's 1451 North Lake Way, Palm Beach,

23 Florida, correct?

24     A.    Sorry, say that one more time?

25     Q.    As far as what's on the face of your driver's

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 150

1  license, it's --

2       A.   Oh you mean face, yeah.

3       Q.   -- 1451 North Lake Way, Palm Beach, Florida,

4  correct?

5       A.   Correct.

6       Q.   Okay.  That's not the address for unit 303 at

7  La Pensee Condominium, Florida?

8       A.   No, I have all my mail and things go to 516 in

9  West Palm.

10      Q.   Did the arrest cause you stress?

11      A.   Not really, because I've got really good

12 attorneys, and everyone looked at it already and just

13 said -- the actual arresting officers, three of them

14 said it wouldn't go forward.

15           And I said to them -- and this is recorded;

16 you guys can get it in discovery.  I said, But you feel

17 like you took a drunk driver off the road tonight.  And

18 I said, I'm not drunk, and you know that.

19           But they had already gone through the process,

20 so ...

21      Q.   Okay.  So you don't think this is going to go

22 anywhere, but you didn't have any -- you weren't

23 bothered by the fact that you were arrested that

24 evening, instead of being able to continue on your way

25 to your final destination?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 151

1    A.   Well, I mean, of course it wasn't convenient.

2  I mean, I didn't want to sit in the Florida Highway

3  Patrol office for like four or five hours, which it was,

4  no.  Like I -- but it doesn't -- you know, when you're

5  dealing with -- with stupid, it's just -- you know, they

6  are doing a job.

7          I don't -- they got themselves in the middle

8  of a mess, and they said to themselves -- his name is

9  Jacob Post.  He is 27 years old.  It was the first

10 arrest he's made for a Florida Highway Patrol, you know.

11 It is what it is.

12    **Q.   Okay.  And sitting at the -- at the Florida**

13 **Highway Patrol office headquarters for four or five**

14 **hours didn't cause you any stress?**

15    A.   Not really, I just had to pee a lot, because

16 of my medication.  I just had a seven-centimeter tumor

17 removed from my neck.

18    **Q.   Do you own any guns, Mr. Wilcox?**

19    A.   Do I have any guns?

20    **Q.   Do you own any guns?  Yes, sir.**

21    A.   Oh, yeah.

22    **Q.   How many guns do you own?**

23    A.   Probably about twenty.

24    **Q.   Where are those kept?**

25    A.   Throughout various places where I need access

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 152

1  to them.

2      Q.   Are any of them kept at unit 303 at La Pensee

3  condominium?

4      A.   Yeah, there is a Glock 19 there.  There is a

5  Berreta Nano.  I think there is two -- there is two

6  handguns there.  There is not any rifles or long-arm

7  guns.

8           MR. ISRAEL:  Okay.  Madam Court Reporter,

9       let's mark this as Exhibit 13, I believe it is.

10           (The referred-to document was marked for

11       identification as Defendant's Exhibit No. 13.)

12  BY MR. ISRAEL:

13      Q.   Would it be fair to say that you are no longer

14  residing with Ms. Luchey?

15      A.   Yeah, I told her she wasn't able to come back,

16  I want to say July, like two weeks ago or so, whenever

17  she started a movement for settlement because her father

18  was fearful that you guys were going to get to the

19  bottom of his fraud.  And I said, Well, that's how you

20  feel, you can go live with him; which is what she is

21  doing.

22      Q.   Okay.  Did it cause you any stress, the fact

23  that Ms. Luchey settled the case?

24      A.   No.  No.

25      Q.   How about the fact that she is no longer

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 153

1  living with you?

2       A.   No.   I'm actually happier, I think, because I

3  don't have, you know, a dependent who has so many

4  issues.

5       Q.   Do you have a lot of arguments with

6  Ms. Luchey?

7       A.   No.

8       Q.   I'm going to share something else, which we

9  are going to mark as Exhibit 14.

10          (The referred-to document was marked for

11          identification as Defendant's Exhibit No. 14.)

12  BY MR. ISRAEL:

13       Q.   Take a look at this police report, if you

14  don't mind.   I'll scroll down for you.   Tell me when

15  you're done.   I'll keep scrolling down.

16       A.   Yeah, I know what it is.   I'm done with that

17  page.   Go ahead.

18       Q.   Okay.   Did you ever get into a, at least,

19  verbal altercation on or about -- let's see what the

20  date on this is -- October 5th, 2021, with Andrew

21  Luchey?

22       A.   Yeah, he pulled a gun on me.

23       Q.   Mr. Luchey pulled a gun on you?

24       A.   Yep.

25       Q.   And what was the circumstance of that

Page 154

1  interaction with Mr. Luchey?

2      A.   Let's see, what were the circumstances of it.

3           He wanted me to participate in a business

4  scheme of his, and I told him he was a fraudster, and I

5  ended up calling the police on him.

6           Megan was in the middle of it.  It was pretty

7  bad.  Like I said, he stole a lot of money, continues to

8  do it.

9           He is trying to steal money right now from

10  Zion Williamson, the basketball player, with a lady

11  named Gina Ford, who Thomas Ford is her ex-husband.

12  They are in some litigation together -- Usain Bolt, a

13  few other people.  I think most of the files are

14  discoverable, so you'll be able to get all the names.

15      Q.   So where it says in this report that

16  Mr. Luchey corroborated the fact that her father had not

17  pulled a gun on you, that would not be accurate?

18      A.   It wouldn't be accurate.  Ms. Luchey had a --

19  you know, a really bad cocaine problem, and her father

20  did pretty terrible things to her.  So she would have to

21  lie and cover up for him and things when he would get in

22  trouble.

23      Q.   And when it says here that you went to the

24  address of Mr. Luchey's home at 8517 Estate Drive in

25  West Palm Beach and knocked on the door and threatened

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 155

1  **him, that would also be inaccurate?**

2      A.   Yeah, because he was the one that threatened

3  me.  He was trying to -- he was trying to create an

4  incident, which you can ask Ms. Luchey about, I'm sure,

5  at trial, and see if you believe her not.

6           That's why I was the one that called the

7  police, Mr. Israel, which I believe the report states,

8  that he didn't call the police, I did.

9      **Q.   Well, you were at his house, right?**

10     A.   Yeah, he told me --

11     **Q.   Or you went to his house?**

12     A.   Yeah, on -- on him telling me to go there.

13     **Q.   So he invited you to his house to create an**

14  **incident with you?**

15     A.   Correct, he is a scumbag --

16     **Q.   And --**

17     A.   -- which that's the last time I've got text

18  messages and everything from him; I'm happy to turn them

19  over to you, you know.

20           He claimed Megan had stolen "hundreds of

21  thousands of dollars out of your account to support her

22  cocaine addiction" and this and that, and I need to, you

23  know, get on his side, help me work together with her --

24  with him to straighten this out.

25           And I just said, I don't want anything to do

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 156

1 with you.

2          And -- but her drug addiction was really,

3 really bad for a number of years.  So I think she is

4 doing really good now, but -- hopefully.  You know, I'm

5 not there to be around and see that anymore.

6     **Q.   And was --**

7          VIDEOGRAPHER:  Excuse me.  Excuse me,

8     Mr. Wilcox.  Can you just get a little closer?

9     Your audio isn't as clear --

10          THE WITNESS:  I'm sorry.

11          VIDEOGRAPHER:  -- when you're further back.

12          THE WITNESS:  Is that better?

13          MR. ISRAEL:  Let me -- let make this smaller.

14     I failed to do that.  I apologize.

15          THE WITNESS:  There we go, sorry.

16 BY MR. ISRAEL:

17     **Q.   So when this report talks about Ms. Luchey**

18 **having the two dogs at her parents' house and that was**

19 **part of the argument, that you came looking for -- for**

20 **your dog, or for the dogs, that was -- that would also**

21 **be inaccurate?**

22     A.   That I came -- which part of that?  So let me

23 read it.

24     **Q.   It says -- let's see here -- Megan stated that**

25 **she had a verbal argument with William earlier in the**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 157

1 day at her residence.  Due to Megan having the heated

2 verbal argument with William, she left her residence and

3 came to her parents with their two dogs.

4    A.   Was my dog -- was Zeus with me?  Yeah, he was

5 with me and --

6       Q.   It says that Ms. Luchey came with the dogs.

7    A.   Where does it say --

8       Q.   Yeah, let me -- let me mark it.  Make it a

9 little bit easier.

10    A.   Yeah, yeah, mark the area I need to be

11 reading.

12        Megan stated that she had an argument with

13 William earlier in the day ...

14        Yeah, it's still got your cursor -- yeah.

15       Q.   I'm trying to remove it.  There we go, and

16 highlight this, so it makes life easier.

17    A.   Yeah, maybe Zeus was with her.  I thought he

18 was with me, but I don't know.

19        I don't know how factual this is.  It's a --

20 it's a police report, right; and also, she doesn't call

21 me "William," so that's not her saying that.  She calls

22 me "David."  I go by "David."  So I wouldn't say this

23 report was written by her.

24        Again, this was probably written by Andrew

25 Luchey, who claimed that he had police officers in his

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 158

1  back pocket, including the police chief, Chief Morris,

2  of the West Palm Beach Police, who he claims he pays off

3  this and that, so ...

4      Q.   Well, let me ask you a question.  If -- if he

5  had police officers in his back pocket, including the

6  chief, why didn't they just arrest you?

7      A.   I don't know.  They are pretty interesting,

8  right?  You are -- I mean, you are the one that has to

9  speculate on that.

10      Q.   Okay.  So you believe that this police report,

11  then, contains inaccuracies --

12      A.   Yes.

13      Q.   -- as far as you're concerned?

14      A.   Yes.  Absolutely, inaccuracies everywhere.

15           I was the one that called the police.  No one

16  called me "William" in that relationship.  Her father

17  would have been getting -- and he pulled a weapon on me,

18  you know.

19           I can't remember, Mr. Israel; perhaps Zeus was

20  with me at the time when I was trying to meet him.  I

21  don't remember, but I would have gotten -- I would have

22  gotten Zeus at the time.

23      Q.   And when it talks about your stolen Range

24  Rover, that you claim your Range Rover was stolen

25  when --

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 159

1     A.   No.

2     Q.   -- it was parked at Mr. Luchey's driveway; is

3 that accurate or no?

4     A.   Yes, it was my car.

5     Q.   Okay.  And you had allowed Ms. Luchey to drive

6 that car?

7     A.   Yes.

8          MR. ISRAEL:  All right.  We'll mark this as

9     Exhibit 14, Madam Court Reporter, I believe it is.

10 BY MR. ISRAEL:

11    Q.   Did it cause you stress to be involved in this

12 kind of dispute, the police being called, with

13 Mr. Luchey, Mr. Wilcox?

14    A.   No, that's what I stopped, having any

15 association with him whatsoever, and that was the

16 agreement, from that day, forward, I told Megan, Any

17 participation of me within her father's or her family's

18 enterprise life, I don't want to do, because they are

19 criminals.

20         And she agreed, and everything was fine until

21 Ms. Burnett started sniffing around at his -- at his

22 A & Associates bankruptcy, et cetera, and it made him

23 really nervous that he is going to end up in jail

24 because of the amount of money that he stole.

25    Q.   You mean Ms. Luchey's father, Andrew Luchey?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 160

1        A.   Yeah, which made Ms. Luchey nervous, because

2  she said, You can't continue in this -- you know, in

3  this trial, because, you know, ultimately, as we know,

4  the judge ruled it immaterial, I guess, to even ask

5  questions about her quitclaim deed and all of these

6  things, which further were -- you guys were catching

7  onto, you know, the fraud her father perpetuates.

8             And that's -- she made a decision; and I said,

9  If that's what you want to do, I don't want you in my

10 life anymore.

11       **Q.   Okay.  Has all the issues at La Pensee**

12 **Condominium Association caused you stress, Mr. Wilcox?**

13       A.   All the ones related to fraud, specifics, Mary

14 McFadden, MAC Residential, Laurie Marchel, John Rahal,

15 the board of -- I mean, defrauding you, it would cause

16 you a lot of stress, too, right, when people

17 fraudulently create documents and make up stories and do

18 this and that.

19            And, obviously, people have lives, as well,

20 too, and I am dealing with cancer surgery, herniated

21 disk, blown disk.  I had COVID that almost killed me the

22 third time I had COVID, all of those things.

23            But I would say the real stressful moment in

24 my life is how there could be a Florida attorney that

25 can look themselves in the mirror, or any human being,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 161

1  and say, I'm going to go and destroy someone's life in

2  something, knowingly, "I know that it's fraud"; and she

3  knows it's fraud.  She admits to it.  She knew it was

4  fraud to begin with.  She changed her position three

5  times before she even filed the lawsuit.

6       Q.    Who are you referencing when you say "she"?

7       A.    Ms. JoAnn Burnett of Becker & Poliakoff --

8       Q.    Okay.

9       A.    -- the person -- the reason that everybody is

10  here today, because no other attorney would do it.

11       Q.    Let me ask you this:  You've been living at

12  unit 303 at La Pensee Condominium since the end of

13  January 2021, correct?

14       A.    January of 25th, 2021, correct.

15       Q.    Okay.  You don't own the unit there, correct?

16       A.    Correct.

17       Q.    Okay.  You're renting?

18       A.    Yes.

19       Q.    Okay.  If all the interactions with the folks

20  at the association have caused you stress, why not just

21  leave and go someplace else?

22       A.    Okay.  Well, I can't ask you a deposition

23  question, but I'll give you a rhetorical answer.

24             Why don't you take fraud and just pile it on

25  you, reputational damage, you know, your civil rights

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 162

1  just being abused, and also someone attempting to steal

2  $25,000 from you, which was Laurie Marchel, because I

3  prepaid the first year's rent, I mean, anybody should

4  just leave, right?  They should just take it on the chin

5  and walk away.

6       **Q.   When you say they abused your legal rights,**

7  **you're referring to trying to remove, allegedly, Zeus**

8  **from the unit?**

9       A.   Again, it's not alleged, so that's an

10 inaccurate statement.  It's fact.  It's documented by

11 Becker & Poliakoff, on behalf of the association, that,

12 yes, they were trying to remove me, because Megan was

13 African American, who would be considered a dependent, a

14 girlfriend of mine; and because of my service animal,

15 Zeus.

16          And the service animal is documented.  It's

17 from Becker & Poliakoff, 5 months and 20 days or 21 days

18 into it, claiming I have ten days to rectify the

19 situation or remove an animal from the property.

20       **Q.   Okay.  Zeus has been with you since**

21 **January 2021 at unit 303 at La Pensee Condominium,**

22 **correct?**

23       A.   Correct.

24       **Q.   Okay.  You've never been without Zeus at unit**

25 **303 at La Pensee Condominium?**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 163

1      A.    Correct.

2      Q.    **The association did not remove Zeus from unit**

3 **303 at La Pensee Condominium, correct?**

4      A.    Well, you can't just -- they attempted to, but

5 I didn't comply with their demands of --

6      Q.    **Yeah, but --**

7      A.    -- federal law in attempting to remove him,

8 Megan, myself, and some unknown person.

9      Q.    **The dog is still there, living with you?**

10     A.    Not there right now, but he is still there,

11 correct --

12     Q.    **Right.**

13     A.    -- and so am I.

14     Q.    **Right.  Okay.  The dog is there with you?**

15     A.    They filed a lawsuit and retaliated,

16 Mr. Israel.  You know what they did.  I mean, you can

17 dance around the answer --

18     Q.    **That's not what I'm asking.  I understand.**

19     A.    -- but we know what happened.

20     Q.    **But the dog is there with you; that's a fact?**

21     A.    That's a fact, and I am there, and that's a

22 fact; and Megan Luchey was there up until approximately

23 two weeks ago, and that's a fact.

24          MR. ISRAEL:  Okay.  Let's take five minutes,

25     if people don't mind, and we'll be right back.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 164

1      Okay.

2           VIDEOGRAPHER:  Off the record, 2 p.m.

3              (Whereupon, a recess was had.)

4           VIDEOGRAPHER:  Back on the record, 2:09.

5  BY MR. ISRAEL:

6      Q.   Okay.  Mr. Wilcox, were you taking -- okay.

7  Let me back up.

8           You had -- you first got sick, ended up in the

9  emergency room, in 2022 as a result of complications

10  from COVID, correct, if I understood it correctly?

11     A.   What do you mean first?  The first of this

12  group of things that happened?

13     Q.   Yeah, the -- the things that happened starting

14  in January 2022.

15     A.   Okay.  So I'll back you up.

16          So I was in Argentina in January of 2022.  I

17  believe it was about January 20th, 15th or so -- no, so

18  that was after, but I had COVID -- yeah.

19          I had COVID starting January 3rd or 4th.  I

20  got the monoclonal antibodies.  I was okay for a few

21  days, and then Zeus knocks me.  My blood oxygen level is

22  like 62 percent or something.  I get rushed to the

23  emergency room.

24          They can't figure out what's wrong with me,

25  other than I told them I had COVID.  My trachea closed

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1 off.  They couldn't figure out why.  They thought I was

2 having an allergic reaction.

3          I got through the sort of next week, week and

4 a half, and sort of recovered, I think it was, and it

5 was a long recovery, but I was still feeling really bad,

6 and I thought the COVID was subsiding.

7          And I went on a work trip down to Buenos

8 Aires.  I was supposed to go over Uruguay, to Punta del

9 Este, to see some people.  And my second day there, I

10 was in a conference room, and I vomited black.  My stool

11 turnaround was black.  I was so sick I thought I was

12 going to die.

13          I cut the trip short, came back to America,

14 and I went to sleep the first night, was okay; and the

15 second day, I couldn't move.

16          I called my trainer, and he sent a personal --

17 what do you call them, a physical therapist to the

18 condo.  They worked on me and things, and I was able to

19 move a little bit, thought I was having issues with my

20 back.

21          Then, 24 hours later, I couldn't get off the

22 ground.  Ms. Luchey helped me get an appointment with my

23 primary care, whose name is Dr. Rockland.

24          She called the physical therapist.  He moved

25 me around some more and said, You've got something going

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 166

1  on right here, which is in the kind of C6-7 area on the

2  side of my neck, right side of my neck.

3          I said okay.  I got down to Dr. Rockland's

4  office.  I had this big red rash on my back.  I had this

5  welt that turned out to be a tumor on my neck, and then

6  I was having pain in my -- in my back, kind of like a

7  zigzag.

8          So they started sending me to MRIs and CT

9  scans.  I initially got diagnosed wrong on one of them;

10  but, ultimately, it turned out, in my C4-C5, I was

11  herniated in my disc; and my C6-C7, I was fully blown.

12          So that was step one.  Then they had to do

13  some soft tissue MRI on the other side, and there was a

14  mass there.  That mass ended up being what's called a

15  "nerve sheath tumor," and they determined, after doing

16  lots of tests, that the danger of that tumor was not

17  going to kill me tomorrow, but I can't have the -- the

18  titanium disc replacements in my neck and then do the

19  nerve.  I need to do it titanium disc first, then the

20  nerve.

21          So I did that with Dr. Eskenazi -- you guys

22  have the records -- down at Delray Medical Surgery.  It

23  went great, except for, because of my heart issue, I

24  nearly didn't come out of the anesthesia, which I tried

25  to find the documents.  I don't think they documented it

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 167

1  properly, because they didn't want to get in trouble;

2  but I went into nearly cardiac arrest coming out of the

3  anesthesia, where I was frozen.  They rushed me into

4  ICU, and then they related it to something with how my

5  body reacts to a drug called ketamine, start was the

6  "K," and so we went through all that.

7           The University of Miami neurosurgery center

8  did the second surgery on my neck down at Jackson

9  Memorial, I think about five, maybe six weeks later, and

10 that was about a six-and-a-half-hour surgery, if memory

11 serves me right.  They slit along -- as you saw it in my

12 mugshot; I think you can still see it a little bit --

13 opened it up, and it was described to me as a tumor

14 within, almost it looks like a fiberoptic cable.  So

15 it's not on the nerve; it's embedded within it, so they

16 had to move it and flame it -- sorry, they had move to

17 put the flame down my arm.

18           That surgery went really well in terms of the

19 recovery side immediately following.  They didn't use

20 ketamine; they used other things, so that was okay.

21           And then my recovery on that period, I'm down

22 to like Celebrex and a couple of things, which I'm able

23 to travel again, but I had a pretty bad reaction in

24 Senegal, which I couldn't get you the records, in Dakar.

25 I was out at one of our fields, and the -- everything

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 168

1 just took over, and they had to juice me up with some

2 morphine, but I don't even know them.

3          These guys in Africa don't even register your

4 name.  I don't think I even gave them an ID.  I think it

5 was a couple hundred bucks.

6          And that's the -- the context of this past,

7 what has it been, seven months now or eight months.

8     **Q.   Okay.  We'll talk about your medical records**

9 **that you've provided in a little bit of detail in a**

10 **second.**

11          **Were you taking Oxycontin or some kind of**

12 **medication for pain prior to your surgeries in 2022?**

13     A.   Prior to my -- prior to surgery for the disc

14 replacement, yes, I think it was Percocet or Oxycontin,

15 which is the same thing, that Dr. Rockland prescribed me

16 around.

17          We started with gabapentin, which is a nerve

18 nonnarcotic, and then we moved with a little bit of

19 Percocet and -- or Oxycontin, or whatever it's called --

20 not Oxycontin; it's Oxycodone into -- if that surgery

21 was end of February, I think, maybe like one week prior.

22     **Q.   Okay.  So prior -- like a week prior to your**

23 **surgery, you started -- you started taking Oxycontin?**

24     A.   Yeah, like a small dosage, because the pain

25 was like too -- it was unbearable in my neck.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 169

1    Q.   Okay.  So let's look at some of these records
2 that you produced for us.

3    A.   Okay.

4    Q.   And we went ahead and Bates-labeled those
5 records, so I'm going to use that, and that includes the
6 records for Dr. Cheshire, also.  So they are all as one
7 thing here.

8         So let's go ahead.  Give me one second to get
9 to it, and then I'm -- I'm going to ask you some
10 questions about them.

11        Can you see the records correctly?

12   A.   Yes.

13   Q.   Okay.

14   A.   Yes.

15   Q.   And just so I understand, I want to make sure,
16 the bulk of the records you produced to us for medical
17 and/or psychological records, as ordered by the court,
18 included the seven or so pages from Dr. Cheshire, and
19 then about 400 pages from your surgeries and/or other
20 hospitalizations and medical needs for 2022, correct?

21   A.   And 2021, correct.

22   Q.   Oh, there were some things from maybe 2021.
23 Okay.

24        Anything prior to 2021?

25   A.   You asked for the last five years.  On the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 170

1 record, I've never seen a -- what did you guys call it,

2 a psychologist or a psychiatrist.  The only therapist

3 I've ever seen was Dr. Cheshire with Megan, and you

4 asked me to get that signed.  She did, seven pages.  I

5 think there is just two pages of notes from her office

6 in -- was it off of Flagler, I think, somewhere downtown

7 West Palm.

8            And then, like I said, the hospital records

9 from Senegal, Dakar, I don't have the ability of

10 getting.  I attempted to.  I called, but that was for

11 what I told you was post-operation intense pain while I

12 was traveling.

13            And then, the only other medical records that

14 I would have in my lifetime, even though you asked me to

15 go back to five years, are my knee surgeries, which, one

16 of them, I think it was six years ago, and the other one

17 was like twelve years ago, ACL, MCL, meniscus, and I

18 think one of them had a PCL in it; left knee, both

19 times.

20     **Q.   Okay.  You don't have -- other than the**

21 **records -- medical records you produced, you don't have**

22 **anything dealing with your heart condition prior to**

23 **2021?**

24     A.   No, because it was done in -- in the UK and,

25 you know, you asked me to go back five years, and I

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 171

1   don't actually -- you know, I've -- I've realized what

2   "custody and control" means, what I am able to get

3   control of is what the judge ordered, and I couldn't get

4   access to it.

5           I found a private -- you know, we used a -- it

6   was a company called Bupa, B-U-P-A.  It's across the

7   street from the office or, slash, location.  It's kind

8   of like an NYU Langone, and it's what Deutsche Bank

9   used, and I -- I just couldn't -- I couldn't get them.

10          But as I've stated before in my testimony, you

11  know, I've gotten everything relatively under control.

12  You'll see my, you know, blood pressure, like even on

13  this sheet, is 166 over 95.  That's both surgeries.

14  That's still too high.  That's in the red zone.

15      Q.   Got it.  Got it.  Okay.

16          Let's look at -- just to -- because they are

17  less, so let's look at the psych records that were

18  produced.  I'm going to scroll down, and we can start

19  there, and then we'll talk about some of these medical

20  records, if that is okay?

21      A.   Sure.

22      Q.   Just that's going to be faster, so.

23          All right.  So starting here on page five --

24  so it was seven pages produced of medical records,

25  psychological records, right, from Dr. Cheshire?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 172

1    A.   That's what she produced, correct.

2    **Q.   Okay.  You had three visits with her?**

3    A.   That's what she said we had, yeah; and --

4    **Q.   Okay.**

5    A.   -- apparently we owed her $80, and she didn't

6 even know.

7    **Q.   And these were made out to Megan Luchey, the**

8 **bills, I guess?**

9    A.   Correct.  Megan was the one that organized

10 this for us.

11    **Q.   Okay.  And it doesn't appear, from the notes,**

12 **that this is couple's counseling; were you seeing**

13 **this -- this lady is a psychologist, right?**

14    A.   I don't know what her practice or what her

15 license specifically is.  I -- you would have to look it

16 up.  I've never seen a couples counselor.  We went as

17 couples to a counselor, which was this, Dr. Cheshire.

18    **Q.   Okay.  Okay.  Do you know why Ms. Luchey**

19 **testified that you and her attended couples counseling?**

20 **Maybe it was, you think, her misunderstanding of that?**

21    A.   I think -- I think she was -- well, I mean, I

22 know she was referring to this, because we've never seen

23 a couples counselor.  We saw a counselor as a couple,

24 which was -- which was this.  I don't know what type of

25 issues a psychologist or psychologist (sic), but this is

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 173

1  what she was referring to.

2       Q.   Were you with Ms. Luchey each time that you

3  saw Dr. Cheshire?

4       A.   Yes.

5       Q.   And according to this intake information

6  sheet, you were referred by Mr. Lubliner?

7       A.   That's what it says.  I didn't remember that,

8  but I didn't fill out the form.

9       Q.   And that was as part of the ongoing lawsuit by

10 the association?

11      A.   I'm sorry, repeat that question.

12      Q.   Was that as part of the ongoing lawsuit by the

13 association?

14      A.   Was it part of the ongoing lawsuit, I don't --

15 I don't --

16      Q.   Well, let me ask it this way.  Were you

17 referred by Mr. Lubliner to this psychologist for

18 evaluation as part of his handling of a pending lawsuit

19 by the association against you and Ms. Luchey?

20      A.   I'm -- I'm not sure.  I don't recall, and like

21 I said, I wasn't the one that arranged this; it was

22 Ms. Luchey.

23      Q.   Okay.

24      A.   You would have to ask her.

25      Q.   Okay.  Do you know if the purpose of the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 174

1  visits were just to create a record for your claim for

2  emotional distress damages?

3          MR. TYGAR:   Objection.

4      A.   No.   Ms. Luchey told me we should go to this

5  to, you know, hear a third-party, you know, person, you

6  know, a therapist-type person.   She had therapists in

7  the past.   She discussed what was going on because it

8  was -- it was terrible for her, and it was terrible for

9  me, so I went.   I think it was an hour or so each time,

10 something like that.

11 BY MR. ISRAEL:

12     Q.   When you say to discuss what was going on, is

13 that to discuss what was going on between you and

14 Ms. Luchey, or is that to discuss what was going on at

15 the association and the lawsuit?

16     A.   The association and the fraudulent documents

17 that were filed against us.

18     Q.   Okay.   According to this, if we go back, your

19 last visit would have been September 29th, 2021, right?

20     A.   That's what it says.

21     Q.   Okay.   You don't recall going, after that

22 time, to see Dr. Cheshire, either with or without

23 Ms. Luchey?

24     A.   I never saw Dr. Cheshire without Ms. Luchey.

25 I didn't remember how many times we went.   It was, you

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 175

1  know, a year ago when this started.  It seems that

2  that's correct.  I have no reason to believe that

3  Ms. Cheshire would make anything up.

4         I just asked her for the records; you saw the

5  email.  And I just can't remember a lot of it, because

6  there was a lot going on in my life with work and

7  everything else.

8         So I -- I haven't even read the contents of

9  her notes yet, if you're about to ask that, so we can

10 read them together.

11     Q.   Okay.  Perfect.  Do you -- do you recall

12 discussing any relationship issues with Dr. Cheshire

13 with Ms. Luchey -- Ms. Luchey there?

14     A.   No, I don't remember us having any

15 relationship issues between the two of us at that time.

16     Q.   Okay.  And the police report that we saw where

17 we discussed the -- the interaction or the issues with

18 Andrew Luchey, Ms. Luchey's father, if you recall, that

19 was dated October 5th, 2021?

20     A.   Correct.

21     Q.   Okay.  So that's only a few days after the

22 last visit to Dr. Cheshire, correct?

23     A.   If that's what it says, yeah.

24     Q.   Let's -- you know what, let's look at the

25 notes real quick.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 176

1      A.    Okay.

2      Q.    **I'll scroll back and give you a chance to read**

3 **them, if you don't mind.**

4      A.    Well, scroll to the top.  That says we were

5 both there, right, scroll --

6      Q.    **Yeah, that's --**

7      A.    Yeah, Megan Luchey, yeah, 8/4/21.  Okay.

8      Q.    **You tell me you, and I'll scroll down.  I want**

9 **you to read these, since you told me you didn't have a**

10 **chance to read them, before I ask you some more**

11 **questions.**

12      A.    Okay.  What do you think that word is, third

13 line, not -- given the attitude of not being welcome,

14 maybe.  Okay.

15      Q.    **That word is "welcome," yes.**

16      A.    Yeah, uh-huh.

17            I'm having a pretty hard time reading this

18 handwriting.  Can you -- can you help me along,

19 Mr. Israel?

20      Q.    **Sure.  Let's see, maybe we can read it**

21 **together, how about that?  Okay?**

22      A.    Okay.  I'll start.

23            Rental agreement -- or it says DOI, 1-25-21.

24 Rental agreement, 4000 South Ocean Boulevard something,

25 interracial --

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 177

1      Q.    South Palm Beach, SPB.

2      A.    Oh, South Palm Beach, interracial couple, and

3  was given the attitude of not being welcome.  Harassed,

4  hostile environment, unpleasant -- go to the next one.

5      Q.    Feelings.

6      A.    Feelings and --

7      Q.    Constant threat.

8      A.    -- constant threat continuously.

9            And then it has the male symbol, quotations,

10 I'm under constant -- what is that word?

11     Q.    Stress all the time.

12     A.    All the time.  Okay.

13           Shown shoving (sic) in sleep problem, hair

14 loss.

15           That was probably me, related to the -- the --

16 yeah.  Okay.

17           Homeowners' association -- I don't know what

18 the next word is, but then it says 24, 4.

19           And then it has Megan, for the female:  I'm

20 constantly thinking about it.  Trauma-producing

21 environment, feel intense anxiety as I appeared in the

22 building.  Constantly thinking about this.  Cameras in

23 the common area.  I don't feel safe.  Constant way

24 resident bullies.

25           Then both of us:  So stressed, can't stop

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 178

1 break -- then there is, show anxiety.

2          Board president, HOA, makes excuses, resident

3 is pissed off, maybe?  Harassing behavior five board

4 members, the VP on the floor -- that's Laurie Marchel.

5 Won't take elevator, too stressful.

6          All right.  Then, is that one me or her?  I

7 think that one's me.

8          My mental health is -- something.  I'm so

9 stressed they said they were going to throw stuff in --

10 I can't read that word, either.

11     **Q.    "Street," I believe it is.**

12     A.    It's -- it's what now?

13     **Q.    Street.**

14     A.    Street.  Okay.

15          9-2-21, lawsuit filed, Fair Housing Act,

16 harrassment, discrediting of character, intent to harm,

17 had fraudulent documents, service-dog complaints,

18 Doberman.

19          And that's me:  I feel 100 times worse.  They

20 make faces, stressed.  They will call police on me, make

21 up lies about me, so it's scary.

22          Okay.  Then 9/2, is that continued from the

23 same -- scroll right back up.

24          Yeah, that's continued.  Okay.

25          Tires on car, yeah.  They put screws in my

United Reporting, Inc.
(954) 525-2221

Page 179

1  tires multiple times, and Megan's and the Halvatzis and

2  the -- and Liza's daughter.

3            Can't be alone -- David travels

4  (inaudible) ...

5            Claims they had Ring video.

6            Oh, yeah, they -- and they won't send us

7  anything.

8            HG pre -- I don't know what that means, the

9  fifth line, one, two, three, four, five, both hype --

10 pre-transition?  I don't know.

11           Impacted at work, sleep, joy of living,

12 (inaudible) ...

13           Under attack (inaudible) -- cost, anxiety,

14 time-consuming, Megan is -- can't cope (inaudible) ...

15           Okay.

16      Q.   Okay.

17      A.   I got -- I got most of it.

18      Q.   Okay.

19      A.   It's very hard to make out.

20      Q.   You got it?

21      A.   I got it.

22      Q.   Okay.  So after September 29th, 2021, you

23 never went back to see Dr. Cheshire, right?

24      A.   That's what it says.

25      Q.   Okay.  There is no discussion here about any

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 180

1 anxiety that you may have had prior to moving into La

2 Pensee Condominium Association?

3     A.   Correct.

4     Q.   Okay.  There is no discussion here about any

5 issues with COVID and your concerns about getting sick

6 from COVID, correct?

7     A.   Correct.

8     Q.   There is no discussions here about any back

9 pain that you may have been having, with Dr. Cheshire,

10 correct?

11     A.   Correct.

12     Q.   There is no discussion about your high-stress

13 job issues?

14     A.   Who says I have high-stress job issues?

15     Q.   Well, look at your medical records.  You told

16 the doctors that you have a lot of stress from your job.

17 We'll look at that in a minute; but you don't discuss it

18 with Dr. Cheshire, correct?

19     A.   Correct.

20     Q.   Okay.  You never went back to discuss your

21 tumor diagnosis with Dr. Cheshire, correct?

22     A.   Correct.

23     Q.   Did you ever go back to discuss the incident

24 with Ms. Luchey's father with Dr. Cheshire?

25     A.   No.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 181

1     Q.   What about the domestic complaint that was

2 served, did you ever go back to discuss that, you and

3 Ms. Luchey, with Dr. Cheshire?

4     A.   Did I ever go -- no.

5     Q.   And you didn't go back recently to discuss the

6 issues with the DUI that may have caused you some

7 anxiety with Dr. Cheshire, correct?

8     A.   I didn't think it really caused me anxiety to

9 do that --

10    Q.   But you didn't go back to discuss that with

11 Dr. Cheshire, either, correct?

12    A.   No.

13    Q.   Okay.  And at one point, according to your

14 medical records, you were tested for herpes, correct?

15    A.   No, that was a different -- they couldn't

16 figure out what the rash was from on my back, so don't

17 start making allegations I had herpes.  It's --

18    Q.   Well, we'll look at the records.  We are going

19 to look at the records.

20    A.   Yeah.

21    Q.   So it's not a problem.  It says whatever it

22 says --

23    A.   Just know --

24    Q.   -- but you didn't discuss that with

25 Dr. Cheshire, correct?  That's not in the notes,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 182

1   correct, Dr. Cheshire's notes?

2        A.   What's not in the notes?

3        Q.   Anything about the information on your medical

4   records about herpes?

5        A.   (Unintelligible.)

6        Q.   I guess that's a no?

7        A.   Hm?

8        Q.   I presume that's a no?

9        A.   Is it good to know?

10       Q.   No, I presume that that's a no, the answer is

11   no, that you didn't discuss that --

12       A.   No.

13       Q.   -- with Dr. Cheshire?

14       A.   Right.

15       Q.   Okay.  Let's look at page one.  I believe

16   there is a prescription here, or recommendation, that

17   you take duloxetine, if I'm saying that correctly.  Do

18   you know why --

19       A.   Cymbalta.

20       Q.   -- your doctor prescribed this medication?

21       A.   For pain.

22       Q.   Have you ever had to have this prescribed

23   prior to June 2022?

24       A.   Have I ever had what?

25       Q.   Have you ever had this same medication

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 183

1  prescribed --

2       A.   No.

3       Q.   -- prior to June 2022?

4       A.   No.

5       Q.   Do you know if you can drink alcohol while

6  taking duloxetine?

7       A.   Do I what?

8       Q.   Do you know if you can drink alcohol while

9  taking duloxetine?

10      A.   I don't.

11      Q.   It's listed right here.

12      A.   You would have to ask a doctor.  I don't know.

13      Q.   They didn't tell you not to drink alcohol?

14      A.   Did the doctor tell me not to drink alcohol?

15      Q.   Yes.

16      A.   No.

17      Q.   Yes, sir.

18      A.   No.

19      Q.   Do you recall what type of tumor you had

20  removed?

21      A.   A nerve, N-E-R-V-E, space, sheath, S-H -- I

22  think it's E-A-T-H or E-E-T-H, and then "tumor."

23      Q.   Do you know if that tumor was causing

24  radiating pain?

25      A.   If it was causing?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 184

1     Q.    Radiating pain, pain in other parts of your

2  back or your body.

3     A.    Yes, it was.

4     Q.    Do you know where?

5     A.    Down my arm and in my shoulder blade on the

6  left side, where it was impacting my nerves.

7     Q.    Okay.  Page five for a second.

8           I believe it says duloxetine was 30 milligrams

9  that was prescribed.  Did you ever take any other dosage

10 of that medication?

11    A.    No, and it didn't work, so we got off of that

12 pretty quickly.  We were taking more of the gabapentin.

13    Q.    Okay.  You would -- you were taking that.  Do

14 you know what that medication is used for?

15    A.    For pain, for nerve -- for nerve damage.

16    Q.    Were you previously taking gabapentin, if I'm

17 saying that correctly right here?

18    A.    As I -- as I stated, and testified, I was put

19 on gabapentin when I came back from Argentina sometime

20 at the end of January, I would say, by Dr. Rockland's

21 office, because of the nerve pain that I was

22 experiencing in my arm, my neck, and my back.

23    Q.    Oxycontin, or Percocet, I guess is another

24 word for Oxycontin, when was the --

25    A.    No, the --

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 185

1      Q.    -- first time --

2      A.    Oxycontin is not another word for Percocet.

3  That's oxycodone.   Those are two very different things.

4      Q.    Okay.   It's commonly known as Percocet?

5      A.    Correct.

6      Q.    Okay.   When was the last -- first time you

7  were prescribed this medication?

8      A.    My first knee surgery, probably, when I was

9  18.

10     Q.    And how long did you take the medicine at that

11 point?

12     A.    Probably a month --

13     Q.    Okay.

14     A.    -- post-surgery, maybe three weeks.

15     Q.    Do you recall the next time that that was

16 prescribed to you?

17     A.    I think when I broke my hand, it might have

18 been prescribed, but I'm not sure, playing football; and

19 then it wasn't again -- they didn't prescribe me,

20 actually, Percocet.   They prescribed me another type of

21 opiate in the UK, but that was twelve years later, yeah.

22     Q.    Okay.   And the next time you were taking this

23 was 2022?

24     A.    Correct.

25     Q.    Okay.   Nothing in between the UK and 2022?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 186

1     A.   No.

2     Q.   **Okay.**

3     A.   It would have been 15 -- 15 years, probably,

4  maybe more.

5     Q.   **The tumor caused you pain?**

6     A.   A lot of pain.

7     Q.   **Do you recall when you first noticed the**

8  **tumor?**

9     A.   No.  It kind of just came on me like very

10 quickly, because it was here, along -- it is raised, but

11 it is still healing now, but just on the -- on the side

12 of the neck, it just kind of appeared pretty quickly.

13    Q.   **So sometime in --**

14    A.   January.

15    Q.   **-- the early part of 2022?**

16    A.   Yeah, January 2022 was probably the first --

17    Q.   **I guess it would have caused you some fear or**

18 **stress to discover this tumor?**

19    A.   Oh, yeah, for sure.  That's when you can --

20    Q.   **Did it cause --**

21    A.   Anxiety, too, one hundred percent.

22    Q.   **Did it cause you to lose some sleep, as well?**

23    A.   Yeah.

24    Q.   **Okay.  It says here, on this -- on page 35, I**

25 **believe, that you do not use alcohol and that you do not**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 187

1  have a substance abuse and you list your race as white;

2  that would be correct, right?

3       A.   Where do you see that, though?  That's

4  correct, but where is that?

5       Q.   Okay.

6       A.   Oh, social --

7       Q.   Social history; alcohol, denies; substance

8  abuse, denies, and --

9       A.   Yeah.

10      Q.   -- let me see where it says that.

11      A.   Correct.

12      Q.   You list yourself as white --

13      A.   Yeah.

14      Q.   -- race, white.

15      A.   Sorry, what's the question?

16      Q.   And those statements would be accurate?

17      A.   Correct, yeah.

18      Q.   Okay.  And the address, 516 South Dixie

19  Highway, Apartment 209, is that your office PO box?

20      A.   Yeah, that's -- it's not a PO box, but that's

21  where I have, like, registration for a lot of my

22  personal things in the -- in the US.

23      Q.   Okay.  Was it -- is it a -- an apartment that

24  you have?  Is it a mailbox facility?  What kind of place

25  is that?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 188

1       A.   It's like a commercial facility where you can

2  have, you know, a registered address.  It's not -- it's

3  not USPS.  It's not run by the government.  It's a

4  business of sorts, where you can register all your

5  things.  A lot of people do it.  They are -- you know --

6       Q.   It's like a virtual office type, where you can

7  get your --

8       A.   No.

9       Q.   -- mail delivered?

10      A.   No.  Mail goes there for the office now, as

11  well, too.

12      Q.   Okay.  It's not a place where you reside,

13  correct?

14      A.   Correct.

15           It's just what's on my driver's license and

16  my -- I think my voter registration is there, like lots

17  of things that I can legally put there.

18      Q.   Is it -- is it a office facility, or is it

19  a -- like an apartment complex?

20      A.   It's like an office facility.

21      Q.   I believe you list -- you said before, also,

22  that your primary physician is Thomas Rockland?

23      A.   Yeah, Dr. Rockland at NYU --

24      Q.   Okay.

25      A.   -- Langone.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 189

1    Q.   How long has Dr. Rockland been your primary

2 physician, do you know?  Do you recall?

3    A.   Not that long, because I needed someone when I

4 was, you know, starting the relocation process, you

5 know, to sort of be in the States more.  Someone

6 recommended him, but not long.  I sent you the screen

7 data or whatever of all the appointments that I've had

8 with him.

9    Q.   Okay.  Do you know if Dr. Rockland has ever

10 prescribed anything for anxiety for you?

11    A.   Not for anxiety, it's for -- it's for sleep

12 it's alprazolam, which is commonly known as Xanax.

13    Q.   Do you know when he first prescribed that?

14    A.   I don't know, sometime in 2021.  He

15 reciprocated what I was -- you know, had been on.  I've

16 had Xanax for -- you know, when I travel very long

17 distance and I'm sleepy when I go over to Africa or Asia

18 or wherever, I usually take, you know, anywhere from a

19 half a milligram to a milligram at a time.  It helps me

20 adjust.

21    Q.   Do you -- did you say that you had a disc

22 disorder in the lumbar region, I believe, in here

23 somewhere?

24    A.   In the what region?

25    Q.   Lumbar region, lower back pain?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 190

1      A.    Up here, neck.

2      **Q.    Oh, just in your neck.  Okay.**

3      A.    That's where the -- degenerative disc -- disc
4  issue, or whatever they call it, disc disease; and then
5  it was causing -- because of the nerves, it was causing
6  pain in my pelvis into underneath my left shoulder
7  blade.

8      **Q.    And how long have you had that pain, that back**
9  **pain?**

10      A.    So the back pain, I was working really, really
11  hard on getting myself in the best shape of my life, and
12  I was going to a physical -- or, sorry, a personal
13  training gym.  It's called One Fitness, and I was going
14  three times a week.

15           And starting, I'd say, the second -- second
16  part of last year, maybe, you know, August 2021 or so,
17  they run the -- the Theragun, you know, the -- it
18  like -- it has the two things, they are -- I think it's
19  called T-H-E-R-A, to help rejuvenate your muscles after;
20  and they were constantly working on this little area in
21  my back, left shoulder blade, and it almost felt like a
22  knot, and it ended up being linked to the nerve problem
23  in my neck.

24           And they don't know how I was walking around
25  and managing, et cetera, because I didn't have trauma in

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 191

1  my disc.  Like, I just had a herniated disc and a blown

2  disc.  There was no trauma.  I didn't have, like, a

3  lifting exercise or whatnot.

4           So they don't know when it happened, but I'd

5  been in some pain; but I just thought it was normal

6  pain, you know, relevant to my, you know, pushing my

7  body to the limit at the gym three times a week.

8       **Q.   Did that pain cause you to lose some sleep?**

9       A.   Not really, no, it -- it caused me to lose

10 some sleep when I was diagnosed with the tumor, you

11 know.  The stool is black and some of the stuff, that

12 caused me to lose some sleep.

13      **Q.   Okay.  Do you recall receiving some spinal**

14 **injections for back pain --**

15      A.   Yeah.

16      **Q.   -- at the Spine Institute of South Florida?**

17      A.   I do.

18      **Q.   Were those helpful?**

19      A.   It was part of the process of getting me

20 through.  I thought it worked to an effect, yeah.  It

21 took -- it took the pain down; but, you know, it didn't

22 last more than a few days.

23      **Q.   So they -- they weren't very long-lasting, as**

24 **far as you --**

25      A.   No, it was -- I forget the name of the thing

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 192

1  that you get.  They literally take this huge needle and

2  go into your back and barely tap a little bit of thing,

3  whatever the guy does at the Spine Institute which is

4  Dr. Eskenazi's partner.

5      Q.   So you had -- I think page 67 talks about

6  it -- a cervical laminectomy?

7      A.   That's what it says.

8      Q.   Okay.  And that was sometime around March of

9  2022?

10     A.   Yes.  They went in -- you could see it.  They

11  went in right here, and they went through, and I guess

12  they sucked the disc out or whatever, and then they

13  insert titanium.  And it's like a -- so it's in my neck

14  now when I go through the metal detector or whatever.

15     Q.   Okay.  And that was in March, more or less?

16     A.   I think so.  If that's what it says, yeah.

17     Q.   Page 69 talks about post (sic) medical

18  situational anxiety -- I'm sorry, past medical,

19  situational anxiety, right here?

20     A.   Yep.

21     Q.   Okay.  When did you first start having

22  situational anxiety?

23     A.   That's related to the alprazolam, the Xanax.

24  That's related to the travel.  I don't really like being

25  on planes, and I used to be on planes all the time.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 193

1      Q.   So that's been going on --

2      A.   It helps me sleep.

3      Q.   I'm sorry.  I didn't mean to interrupt.  Go

4 ahead.

5      A.   Yeah, it's -- it's -- it's been going on for,

6 I don't know, forever; and it just helps me on a -- on

7 an ad hoc basis, where I would have to take -- like, you

8 can look my -- I think, in here, it will show my refills

9 or whatever.  I've gotten like one refill since I saw

10 the Dr. Rockland.  Even though I could take one per day,

11 I take it, you know, just as needed and -- and, you

12 know, in the situation -- if I travel like tomorrow or

13 the next day, the next day, I might take it a couple

14 days in a row; and then I don't travel for a week, I

15 don't take it at all.

16      Q.   But that -- that situational anxiety issue has

17 been going on for a while, though, right?

18      A.   Yeah, I just don't like -- I mean, situational

19 anxiety, I guess they didn't spell it out.  It's

20 specific to traveling.

21      Q.   Page 75 talks about you're now taking Valtrex;

22 do you know why --

23      A.   Yeah.

24      Q.   -- you were prescribed Valtrex?

25      A.   Because they thought I had the possibility of

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 194

1 having shingles, which was the COVID rash on my back.

2 So we ordered -- see all the orders placed?

3      Q.    Uh-huh.

4      A.    They did every single test they could possibly

5 do so that they could eliminate do I have the Colorado

6 mountain tick or whatever, do I have shingles, do I have

7 this.

8           And so just for, you know, sake of making sure

9 that that rash on my back, which looked like a -- it

10 almost looked like a spotted lobster.  It was gross.

11           So they thought it would be shingles.  They

12 put me on it because it wouldn't hurt.  It wasn't when

13 the test came back, so I stopped taking it.

14      Q.    Is that why they gave you gaba -- gabapentin

15 afterwards, for the nerve pain?

16      A.    No, they gave me gab- -- so this was the date,

17 orders placed, so March 17th, I was a little bit off on

18 the dates, then.

19           This is when I came in with all the issues

20 that I described, and they couldn't figure out -- the --

21 the tumor was different than the rash, which was

22 different than the pain that I was having in my back;

23 and that's when he ordered all of these different types

24 of tests, scheduled me for MRIs and CT scans and

25 biopsies, and we had to go step by step to follow the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 195

1  insurance.

2          I think the biopsy was first, and then

3  determine the mass size and everything.  Then the

4  insurance approves to go to, you know, an MRI or CT.

5  Then you go back and do another one.  They do different

6  areas, and I don't know; I ended up doing like 15 of

7  them.

8          **Q.   Okay.  You had a cervical radio --**

9  **radiculopathy?**

10         A.   Sorry, I had a what?

11         **Q.   Let me bring it up here in case I'm not saying**

12  **the word properly.**

13         A.   Yeah, please do.

14         **Q.   Here, cervical radiculopathy.**

15         A.   Cervical -- no, see, this date -- this date is

16  different, start date 2/25.  I was right.  This was

17  in -- reported on March 17th, though.

18          So something is wrong with the times, because

19  it was definitely February, you know, when I was going

20  through all this.

21          Now, where do you see --

22         **Q.   Right here.**

23         A.   -- a cervical -- this is the diagnosis:

24  Cervical radiculopathy M54.

25          I don't know what that means.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 196

1      Q.   Okay.  Do you know if that's related to the

2  tumor or --

3      A.   Oh, sorry, sorry, Mr. Israel, it says it right

4  under:  The encounter for preoperative examination for

5  general surgery.

6           So you have to have a pre-op.  Your general

7  physician signs off that you're healthy enough to go

8  under anesthesia, you're healthy enough to do an EKG, do

9  like a whole pack; and that's what they were doing.

10     Q.   Okay.  That's -- do you know if that's related

11 to the -- to the tumor?

12     A.   That would be related to the disc

13 replacements.

14     Q.   Got it.

15     A.   That would be related to that.

16     Q.   Now, you -- you testified earlier that you

17 travel quite a bit for business?

18     A.   Yeah, unfortunately.

19     Q.   Okay.  Let's see.

20          Page 81 talks about a visit that you had with

21 Dr. Dedo related to --

22     A.   Dedo.

23     Q.   Yeah.

24     A.   Yeah.

25     Q.   Related to laryngoscopy?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 197

1    A.    Yep.

2    Q.    Is that -- that's correct?

3    A.    Correct.

4    Q.    That was in March 9th, 2022?

5    A.    Correct.

6    Q.    Page 151 says you had a history of neoplasm?

7    A.    History of -- okay.  I don't know what

8  "neoplasm" means, but that's what it says.

9    Q.    Do you know when that started?

10   A.    I don't know what that means.  Do you?

11   Q.    No, that's why I'm asking you.

12   A.    No, I don't.  That was written by a Carlos

13 Jimenez, who I've never seen.  You know, you go into the

14 MRI machine, and then a radiologist writes a report.  I

15 don't know what that means.

16   Q.    Okay.  It talks about here having a possible

17 or probable neurogenic tumor.  Do you know if that was

18 different from the other tumor you had or it's all part

19 of the same thing?

20   A.    Well, there is -- no.  There is another tumor

21 in there, but they biopsied it or whatever.  It's

22 benign, is my understanding.

23   Q.    So they found you didn't need to touch it?

24   A.    Yeah.  They found a bunch of stuff around.

25 It's not been a fun experience for me.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 198

1    Q.   Okay.  It says you were prescribed panto- --
2  pantoprazole.  Do you know what that is?  Right here.
3    A.   No.  Scroll -- scroll up and see where this
4  is.
5         Outpatient Delray Medical Center, that must
6  have been while I was in surgery, so I wouldn't know
7  what it was.  That might have been when I went into
8  nearly cardiac arrest.
9    Q.   Okay.
10   A.   That might be what they had put me into.
11   Q.   Okay.  The -- just to make sure, the only
12 tumor you had removed was the malignant tumor, correct?
13   A.   No, it wasn't determined it was malignant.  It
14 was removed here.
15        They couldn't get an accurate read on the
16 biopsy because there weren't enough cells before they
17 removed it.
18   Q.   Okay.  But they removed it just to be safe, I
19 guess you would say?
20   A.   Yeah, well, not only -- it was causing so much
21 pain because it was growing embedded in my nerves.  So
22 it had to come out, and that's where they made the
23 decision.
24        You'll see, in one of the radiologist's
25 reports -- and maybe it's Wellington Hospital -- that

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1  when he tried to go under -- under local anesthesia, not

2  fully under, it was in so much pain he stopped; and so

3  the decision medically was, if we have to put you

4  completely under, we're going to have to test and cut on

5  it, we might as well cut the whole thing out under

6  general surgery because of the location of the tumor,

7  and that's the decision that they ultimately made.

8         Q.   The benign tumor that we just discussed, that

9  was not removed, correct?

10        A.   Correct.  I don't know which one -- so there

11 is one in here, which I don't know what you call that;

12 and then there is one that was removed that's here,

13 which was the nerve sheath, N-E-R-V-E, S -- I think it's

14 S-H-E-A-T-H.  The nerve sheath was the one that was

15 removed, the six-centimeter one.

16        Q.   Okay.  The one that you pointed towards the

17 back of your neck was not removed?

18        A.   Yeah, the one back here is not, the benign one

19 or whatever.

20        Q.   And the one that was removed was cancerous,

21 correct?

22        A.   I don't know if they ever told me for sure.

23 They told me they got everything out of it.  I don't

24 know if they -- that means they tested it or what they

25 did.  I'm still seeing the neurosurgeons.  My last

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 200

1  appointment was actually Friday last week.  I think it

2  was.  There is a report in there that said it was but --

3      Q.   Okay.

4      A.   -- you know, there was back and forth.

5           There is lots of confusion on these doctors

6  misdiagnosing things, because they were reading the CTs

7  and MRIs remotely at Quest Diagnostic Center, which is

8  now called something else; and they are kind of relaying

9  on the last one.

10          And it was that radiologist, if you find the

11 report I turned over in the records in -- I think it was

12 Wellington, and it was at the -- I was like in the

13 hospital, taken in, like you're going into surgery, and

14 he was the one that said, That is not that type of

15 tumor; it's a nerve sheath tumor on this one.  And he

16 said, You have been misdiagnosed when he went in because

17 of the pain.  Curtis Emmer and Dedo had looked at it,

18 too, and were fairly confident that that wasn't what

19 they were seeing in the reports.

20      Q.   On page 195, it discusses use of gabapentin?

21      A.   Uh-huh.

22      Q.   Do you know what that's for?

23      A.   For nerve pain, nerve damage.

24      Q.   Are you aware that, with that medication,

25 you're not supposed to drink any alcohol?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 201

1    A.   I don't think so.  I think that one was okay.

2 You are just not supposed to continue to take it if it's

3 not working, and that's what we ultimately determined,

4 because I was on a really high dosage.  They got me up

5 from, I think, 100-milligram tablets to 300, and then

6 there were numerous of those a day.  And we got, you

7 know, the opinion that the initial impact of that

8 medicine, which is a nonnarcotic, wore down in my system

9 pretty quickly until we got off of that.

10    Q.   **So you think alcohol is okay with gabapentin?**

11    A.   That's not what I said.

12    Q.   **Well, that's what I'm trying to figure out.**

13    A.   Well, you asked me a question.  You said, Did

14 the doctor say that?

15         I said, I don't think so.

16    Q.   **Okay.  Do you know whether alcohol is okay**

17 **with gabapentin?  Let me put it that way.**

18    A.   I don't know.

19    Q.   **Okay.  Let me flip this over.**

20         **You were in the emergency room on January 7,**

21 **2022?**

22    A.   Yeah, that's what I referred to earlier.

23    Q.   **That's the COVID issue, right?**

24    A.   That was -- that was COVID, and now we know

25 all these other things that were going on were all

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 202

1  related; but yes.

2       **Q.   Did you ever have restless leg syndrome?**

3       A.   Sorry, what leg syndrome?

4       **Q.   Restless leg syndrome.**

5       A.   I don't know what restless leg is.  I think I

6  saw that in my medical records, but I don't know what it

7  is.

8       **Q.   That's generally, as I understand it, I'm**

9  **certainly not a doctor, but your leg starts shaking or**

10 **moving in the middle of the night when you're laying**

11 **down.**

12      A.   Oh, related to this hospital visit?

13      **Q.   Yeah.**

14      A.   Yeah, I might have had that there.  My --

15 my -- my oxygen levels had dropped substantially to

16 where they put me on one of those mask things when

17 they're doing your -- your levels and whatever.  Then

18 they got me to a fairly stable place pretty quickly.

19           I think they shot me with an EpiPen, too.  I

20 think they thought I was having an allergic reaction,

21 and I was like:  I had COVID, for the last time.

22      **Q.   I'm sure you were very concerned and stressed**

23 **about the COVID and the situation you were in.**

24      A.   Well, yeah, in this case.  I mean, I'm in an

25 emergency room with my life flashing before my eyes, so

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 203

1  yeah.

2      Q.   So you had a cervical laminectomy --

3  laminectomy and disc arthroplasty?

4      A.   What it says.

5      Q.   That would have been sometime around May 25th,

6  2022?

7      A.   No, this was a followup.  It says, Mr. Wilcox

8  returns for followup.  That was after --

9      Q.   What about dates of service, 5/24, so this

10 would have been something that happened earlier?

11     A.   No.  Remember, I had surgery, and you are

12 coming back for the followup to make sure everything

13 went okay.  It says it right there:  Mr. Wilcox returns

14 for followup; status post cervical disc arthroplasty,

15 doing quite nicely.  Preoperative symptoms have

16 completely resolved.  He has incidentally noted large

17 peripheral nerve tumor.

18     Q.   So this is a visit at the University of Miami.

19 You were referred by Dr. Rockland, and the visit date is

20 April 28, 2022, correct?

21     A.   Correct.

22     Q.   Okay.  And it says here, Per patient,

23 everything started after January 2022, when he was

24 hospitalized at JFK due to COVID.  Got better for next

25 ten days.  In Argentina in February for work trip, had

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 204

1 black stools and emesis.  48 hours later, returning to

2 US, he couldn't move from bed due to excruciating pain

3 in the left arm, which radiated down his back and into

4 his pelvis, correct?  Right?  All that information is

5 accurate?

6      A.   That's all accurate, yeah.

7      Q.   He also had complete numbness, tingling in his

8 left hand.  He thinks these symptoms were present for

9 years, but he never paid much attention to them due to

10 his busy work schedule.  He called PT, got readjusted.

11 This didn't help, so PT came back to his house and

12 noticed he had a mass in his neck.

13           All that would be accurate, correct?

14      A.   Correct.

15      Q.   Went to PCP, Thomas Rockland, who ordered

16 imaging which demonstrated a neck mass and a large disc

17 herniation.  He also saw an ENT, Dr. Emmer, two months

18 ago, who did an ultrasound guided biopsy of this lesion,

19 which was not conclusive due to the inadequate sample

20 size --

21      A.   Correct.

22      Q.   -- however, he was told that the cells they

23 did have were cancerous.

24           All that would be accurate, as well, correct?

25      A.   Correct.

Page 205

1      Q.    He went to Dr. Eskenazi the day after the

2  biopsy, who performed a cervical disc replacement.  Now

3  the pain the patient had prior to this disc replacement

4  is resolved.  He only has some pain where his lesion is.

5  The pain occurs when he rotates his neck from side to

6  side.  He is taking gabapentin and oxycodone as needed.

7           Those statements would be accurate, right?

8      A.    Correct.

9      Q.    They prescribed -- let me see -- alprazolam,

10 which is also --

11     A.    Yes.

12     Q.    -- I guess, known as Xanax; that's for sleep,

13 correct?

14     A.    Yes.  Correct.

15     Q.    Is that because of the tumor?

16     A.    No, again, that's for traveling.

17     Q.    Travel.  Okay.

18           I think you kind of discussed this a little

19 bit earlier.  You had left knee surgery in 2012?

20     A.    Uh-huh.

21     Q.    And cervical disc replacement in March 2022,

22 correct?

23     A.    Yeah, I think the last knee surgery, I think

24 that date is inaccurate.  I think it was 2016.  The

25 first one was like 2000.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 206

1          I have to go back.  The first one was in the

2  US when I was 18, whatever year that would be, so 2005

3  or '4 or something.

4      Q.   Okay.  And then it also says here that the

5  tumor, the removal was May 25th, 2022?

6      A.   That sounds right.

7      Q.   Okay.  Page 297 talks about you having a

8  multilevel degenerative disc disease.  Do you know when

9  that was diagnosed?

10     A.   Right after the Rockland visit, when they

11 ordered all those tests, and -- the one where you were

12 asking about the Valtrex and they thought I had

13 shingles, that date, it was diagnosed after that.

14          It says comparison study right there, though,

15 February 24th.  It was diagnosed in February.

16     Q.   Do you know if that has caused you stress or

17 pain or discomfort?

18     A.   Did I know if -- if my disc thing caused me --

19 yeah, of course it caused me pain.

20     Q.   How about stress?

21     A.   Not so much stress.  The stress is really the

22 tumor.  It just hurt.

23     Q.   This says that you have a history of localized

24 enlarged lymph nodes.  Do you know when that was

25 diagnosed?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 207

1     A.    That's what they were saying -- that was the

2 incorrect diagnosis for the nerve sheath, enlarged lymph

3 nodes, which was incorrect; and then there is the rash

4 that's on my back with the COVID thing, and itchiness.

5 That was when they thought it was whatever you call it.

6 So that was diagnosed.

7          Two views of spine, when was this?  February

8 24th.

9          This is when some of the doctors had

10 misdiagnosed some of it, and they figured out the

11 diagnosis of the nerve sheath tumor.  When you get to

12 the radiologist, I believe in Wellington -- I only saw

13 him one time.  I'll recognize it, though, when you get

14 there.

15     **Q.    Okay.  I guess this diagnosis caused you some**

16 **stress or discomfort?**

17     A.    No.

18     **Q.    Not at all?**

19     A.    It was -- no, it was pain --

20     **Q.    Pain.**

21     A.    -- and it wasn't diagnosed; I was in pain.

22     **Q.    Well, let me ask you, all these occurrences of**

23 **you being in pain, that didn't cause you any stress at**

24 **all?**

25     A.    Not so much pain, you know, you've got to deal

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 208

1 with it; but pain and stress for me are two different

2 things, you know.  Pain is something that's very

3 different than -- than stress.

4      Q.   Okay.  So going through this report here,

5 starting on page 301, and it goes into page 303, is

6 Dr. Eskenazi; and it talks about your cervical

7 laminectomy -- laminectomy, sorry, and disc

8 arthroplasty.  That's what --

9      A.   Yeah.

10      Q.   -- that's what it -- Dr. Eskenazi did,

11 correct?

12      A.   Correct, he did the discs.

13      Q.   Was that painful?

14      A.   The reason I got it done or the surgery or

15 which part?

16      Q.   Well, let's start with what you brought up,

17 the reason you got it done.  Was it -- were you in pain?

18 I presume the answer is yes, right?

19      A.   I was in considerable pain.

20      Q.   Right.

21           And how about the surgery?

22      A.   The surgery was -- you know, like I said, I

23 almost went into cardiac arrest.  I was completely

24 paralyzed because the anesthesia that they used on me

25 was not something -- we talked about it, but still you

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 209

1  just have screwups in hospitals, and --

2         But I would say the pain, I was able to come

3  off all the pain medication after that surgery after

4  like three weeks, you know.  It was much different than

5  the nerve pain.

6         The nerve pain has been -- it feels look a

7  sunburn when you don't have the pain medication, and so

8  it's been a lot longer of a recovery road.

9     Q.   And I presume that whole issue with the wrong

10 anesthesia also caused you some stress, as well,

11 correct?

12    A.   I mean, at that time, like five minutes before

13 they -- they until re-intubated me or whatever you said

14 until they stabilized me, you know, that five minutes or

15 whatever that I was paralyzed before I went back under.

16    Q.   I thought this -- I thought they mentioned the

17 knee surgery here.

18         Knee surgery, here, that's that -- the knee

19 surgery from 2012?

20    A.   Yeah, I don't think that's the right date, but

21 I -- it was, I think, 2015, 2016 or so.

22    Q.   Okay.

23    A.   The first one was probably, Mr. Israel, 2005.

24    Q.   So you've had a few knee surgeries, then?

25    A.   Two, same knee, left knee.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 210

1    Q.    You're not a smoker, right?

2    A.    I smoke an occasional cigar.

3    Q.    Cigarette, no, right?

4    A.    (Witness shakes head.)

5          MR. ISRAEL:  Okay.  I don't know if the court

6    reporter heard you, but that was a no, Madam Court

7    Reporter.

8 BY MR. ISRAEL:

9    Q.    How about alcohol, it says three standard

10 drinks of alcohol per week; is that about right?

11   A.    Depends.  When I am traveling, I don't drink

12 at all, you know, because the time zone changes and

13 everything and the -- the Xanax; but when I'm at home,

14 I -- I enjoy nice wine.  That's pretty much -- I drink

15 beer sometimes, but wine.

16         But, yeah, about three, four.

17   Q.    So 347, 348, let's see here.

18         You were prescribed pregabalin?

19   A.    Yeah.

20   Q.    I think it's also called Lyrica?

21   A.    Correct.  That was when we moved off Cymbalta,

22 I think, if I needed it.  I haven't -- I haven't taken

23 that drug yet.  I just got it.

24   Q.    You have not taken this drug at all?

25   A.    No.  It was if we needed it, we are going to

United Reporting, Inc.
(954) 525-2221

Page 211

1  see, coming off of Cymbalta.  That's what Dr. Girard

2  said, if I needed this, let's go ahead and get it so I

3  don't have to come back.  So I got that.

4       Q.   Do you know what that drug is used to treat?

5       A.   Nerves.  It says it right there at the top:

6  Used to treat damage to nerves.

7            Scroll down, the next page, at the very top,

8  it says, Uses --

9       Q.   Uh-huh.

10      A.   -- nerve damage.

11      Q.   Do you know if it is also possibly used to

12  treat spinal cord injury and/or diabetes and shingles?

13      A.   It could be.  It wasn't prescribed for me for

14  that reason.

15           What am I looking at here and --

16      Q.   We are looking at 379, 380; I think it talks

17  about you having a rash, like --

18      A.   Oh, my back.

19      Q.   -- shingles or chicken pox on your back, a

20  rash?

21      A.   Yeah, yeah.

22      Q.   I presume --

23      A.   That's the --

24      Q.   -- that -- sorry.

25      A.   They tested me for Lyme disease, all this and

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 212

1  that, cholera and mountain tick.  They tested me for

2  like 50 things, everything that they could come up with,

3  because they couldn't figure out what was going on,

4  yeah, neck mass and then whatever myalgias is, that must

5  be the disc.

6      **Q.   I presume that caused you some discomfort and**

7  **stress, not knowing what was going on?**

8      A.   Yes, for sure there was stress related to

9  the -- the rash and the -- and the mass in my neck, for

10 sure.

11          MR. ISRAEL:  All right.  Before we go on,

12     Madam Court Reporter?

13          COURT REPORTER:  Yes.

14          MR. ISRAEL:  You had asked me at around

15     3:30 -- it's 3:22 -- to tell you whether we were

16     going to be finished.  I don't have a tremendous

17     amount of more questioning.  It's not much, but I

18     know that there are -- is at least one or two other

19     counselors here; they may have a few questions.  So

20     I don't think we're going to be finished by the

21     time you requested, so I just wanted you to know.

22     If you need a minute to make a call, then --

23          COURT REPORTER:  Yes, please.

24          MR. ISRAEL:  -- go ahead and -- okay.  So why

25     don't we do that now and take a two-minute break so

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 213

1     you can make a call, before I continue asking

2     questions.  Okay?

3          VIDEOGRAPHER:  All right.  Off the record,

4     3:23.

5               (Whereupon, a recess was had.)

6          VIDEOGRAPHER:  Back on the record, 3:27.

7  BY MR. ISRAEL:

8     Q.   **Mr. Wilcox, I was looking at page 383, these**

9  **progress or clinical notes and --**

10    A.   Mr. Israel, you are on the wrong screen.  You

11 are sharing the wrong screen.

12    Q.   **You can't see what I'm looking at?**

13    A.   We are looking at a folder explorer.

14    Q.   **Okay.  So let me try again.  Bear with me.**

15 **Okay?**

16    A.   Okay.  No problem.

17    Q.   **We'll try again.**

18         VIDEOGRAPHER:  If have you multiple screens,

19    stop sharing and then re-share and that will

20    probably --

21         MR. ISRAEL:  Yeah, that's what I just did.

22         VIDEOGRAPHER:  There you go.

23         MR. ISRAEL:  So let me stop sharing

24    altogether.

25              Yeah, hang on a second.  Yeah, I think I

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 214

1          exited out.  That was the problem.

2                  Let's try that again.

3    BY MR. ISRAEL:

4          Q.    Okay.  Can you see this, Mr. Wilcox?

5          A.    I can.

6          Q.    Okay.  Thank you.

7                  Page 383, I believe it says, in this clinical

8    note:  Feels like on fire, pain is deep.

9                  MR. MARCHESE:  Yeah, David, you cut out for a

10        minute.

11         A.    Yeah, you just said it feels like I'm on fire.

12   BY MR. ISRAEL:

13         Q.    Pain is deep.

14         A.    Huh?

15         Q.    It says, right here --

16         A.    That's one paragraph up, yeah.

17         Q.    Feels like it's on fire, pain is deep, did

18   that cause you any stress?

19         A.    No.  It caused me pain.

20         Q.    Okay.  And the pain didn't cause you any

21   stress?

22         A.    No, it was painful.

23         Q.    I think you kind of alluded to this, that you

24   do have high blood pressure but it's somewhat under

25   control now?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 215

1    A.   Yeah, I mean, some of those reports, which

2  were regular doctor visits, like 166 over 95 is in the

3  danger zone.  That's not elevated or whatever, but I

4  control it a lot with natural supplements.

5          Like I said, it runs in my -- in my family,

6  and I control it with -- with beet concentrate, which

7  helps it a lot.  I take aspirin daily, which, obviously,

8  thins my blood.  I always have access to aspirin and

9  things, you know, to help.

10          But the beets, I think, over medicine I took,

11 you know, seven, eight years ago and things that -- you

12 know, there is -- I didn't feel comfortable taking

13 pharmaceuticals, and more natural remedies, also, to

14 just try to keep my body weight under control.  I think

15 I am about 240 now, and I really should be about 210.

16     Q.   The statement --

17     A.   I saw the --

18     Q.   Go ahead.

19     A.   Paternal grandfather, 55, I don't know what

20 that means, by the way, heart disease, yeah, but --

21     Q.   The 55, you don't know what it means, or did

22 your --

23     A.   Yeah, I saw that when I was sending you guys

24 the records; but heart disease, I think "MI" must mean,

25 yes.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 216

1          But paternal grandfather, I never met my

2 paternal grandfather because he died of a heart

3 attack -- he was a pharmaceutical sales guy -- when my

4 father was 16 or 15, and so I don't think he would have

5 been -- I don't know where they got that from.  I don't

6 think he would have been older, you know, than like 40,

7 45.

8      **Q.   Okay.  Here at the bottom, it says, investment**

9 **banker.  It says, lived different countries, travels**

10 **frequently, high-stress job.**

11          **Would that be accurate?**

12      A.   That's what they wrote.  I mean, I think

13 people think that working in investment banking is -- is

14 stressful, specifically in derivatives.  I don't

15 think --

16      **Q.   You don't think your job is stressful?**

17      A.   It depends on the day and the event and the

18 categories, you know, it's -- at Deutsche Bank, I think

19 my -- my stress was probably more, because I was dealing

20 with much more of a -- a trading book that was

21 bilateral, which means there is two parties and you're

22 sitting in the middle and you're trying to trade around

23 the curve, position yourself and the clients against the

24 market.  I think that has -- you know, it's -- it's a --

25 it's a young man's game.  It's mathematically intense,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 217

1  and you're dealing with lots of capital.

2          Now it's -- I take much different types of

3  trading risks.  It's much more political positions,

4  so ...

5      Q.  Page 385, it says left side pain, pain all on

6  the left side of your body.

7          I think you stated before that pain didn't

8  cause you stress; it just caused you pain, is that what

9  you're saying?

10     A.  I think so, yeah.

11     Q.  Okay.

12     A.  I also stated that, you know, I have been

13 stressed in the past of my tumor issues, specifically

14 the nerve sheath, just for you to know.  That did stress

15 me at the time.

16     Q.  Page 386, herpetic-like lesion on left upper

17 shoulder, do you recall what that was?

18     A.  Wait.  I'm sorry.  Go -- circle wherever you

19 are reading.  Let me see what it says.

20     Q.  Right here.

21     A.  Oh, okay.  Herpetic-like lesion on left upper

22 shoulder, that's the -- the point I was referring to

23 earlier.  It's like this, where they tried to run up my

24 throat with the Theragun, and it was -- there was like a

25 knot constantly back there, and it somehow was related

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 218

1 to the nerves that went away.

2     **Q.**   **Okay.**  **So page 390 says, tested for herpes one**

3 **and two.**  **Now that's where -- that's where -- I wasn't**

4 **making it up, Mr. Wilcox.**

5     A.   Oh, okay.

6     **Q.**   **I am not trying to offend you, but this was in**

7 **there, so that's why I was asking.**

8     A.   I think herpes is the underlying -- I thought

9 it was someone just wanted to go on a little interesting

10 thing.

11     I think herpes is the underlying cause of

12 shingles, if I'm not mistaken.

13     **Q.**   **Okay.**

14     A.   I think that's why they test you for that.

15 But I'm not a doctor; from memory, that was what, I

16 think, was the reason.

17     **Q.**   **Okay.**  **Other than that, you don't know why**

18 **they tested you for that, correct?**

19     A.   No.  I'm 99 percent certain that herpes is

20 related to shingles.  I think that's the virus.

21     **Q.**   **Okay.**  **Any stress associated with that**

22 **diagnose -- that testing?**

23     A.   No.

24     **Q.**   **Do you know what the Valtrex is for that they**

25 **prescribed you?**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 219

1      A.   It was for the shingles, if I had it.  They

2 were highly confident I didn't have it, because multiple

3 doctors looked at my back, including my father, but

4 multiple, Rockland and a couple of his partners, and

5 they said they had never seen shingles like it.

6           But I remember the conversation:  Do you want

7 to be on -- do you want us to put you on this, Valtrex,

8 just in case you do, because it will start killing it

9 off?

10          And I said no problem.

11          Then the test came back, and we dropped it.

12     Q.   Okay.  Page 393, I guess there is a refill for

13 Xanax.  I think you've stated before you've been on and

14 off and you use it for travel; is that the issue with

15 that?

16     A.   That's correct.  That's correct.

17          Yeah, it says right there:  He takes it

18 infrequently.

19     Q.   394 I think is somewhat repetitive, in that it

20 talks about high-stress job and stuff, but I think we

21 covered that before.  I think you discussed a little bit

22 of the stress in your job, so I don't think we need to

23 go over that again.

24     A.   Yeah, I don't know who wrote that.

25     Q.   Okay.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 220

1    A.    I think that was their version, not mine.

2    **Q.    I didn't see anything in any of this about**

3 **your service dog, Zeus?**

4    A.    Yeah, service -- service dogs aren't in your

5 personal medical records.

6    **Q.    Okay.  And you wouldn't disclose that you have**

7 **a service dog because of your preexisting condition?**

8    A.    He goes to the doctors with me.  He was at the

9 hospital when I had my surgeries.  He was at all these

10 appointments.

11    **Q.    Is there any mention --**

12    A.    I'm pretty sure they know.

13    **Q.    In any of these records, is there any mention**

14 **of your cardiac issues anywhere?**

15    A.    No, because it's been -- well, actually, yes,

16 there is mention, because the blood pressure, little

17 dots and things at the top, that's definitely disclosing

18 it.

19          But it's been, you know, much more under

20 control, you know, in the last, like I said, probably

21 many years.  And I naturally, you know, try to deal with

22 it with proper diet.

23          But really, the beets, the beets are what I

24 found help the most.  I drink a little powder thing that

25 you put in your drink, and I drink it every morning.  It

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 221

1   actually tastes pretty good, and that helps

2   substantially.

3       Q.   And so the high blood pressure, is, it's your

4   belief, a mention of the cardiac issue?

5       A.   Yeah.

6       Q.   Okay.  There is no mention anywhere in here

7   about stress from ongoing lawsuits or issues at the La

8   Pensee Condominium Association?

9       A.   No.  That's my medical files; I don't think

10  that has anything to do -- one of them had to do with

11  the other, I don't think, right?

12      Q.   On page 395, I think it talks about to

13  discontinue alprazolam, which is Xanax; do you know why

14  they discontinued that?

15      A.   They've never discontinued it.  Scroll up.

16           Oh, oh, because I went from one --

17      Q.   Right here.

18      A.   I went from one milligram to two milligrams.

19      Q.   Is there a reason that they increased it?

20      A.   So I could have more and not have to come

21  back, because I'm responsible with the drug, so I didn't

22  have to come back, you know, but like once a year or

23  whatever.

24      Q.   So they didn't give you any more drugs; they

25  just increased the dose?

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 222

1      A.   They -- they increased it to two-milligram

2 tablets, which is what you'll see wherever this is.

3 That's what I had after that.

4           I have gone up from -- because I started

5 seeing Dr. Rockland in '21, I think it is, wherever it

6 says it; and, you know, doctors are -- they want to make

7 sure that you're not -- you don't get addicted to that

8 kind of stuff, because it's in the class of benzos, and,

9 you know, when you see someone responsible with it, not

10 someone that goes and gets 60 pills and needs more, you

11 know, 60 days later or whatever, when you can see a

12 pure, you know, responsible usage of the drug, in line

13 with my -- my comments for the reason for the

14 prescription.

15      Q.   So the medical records that we just looked at,

16 these are the medical records you produced in this case,

17 correct?

18      A.   Correct.

19      Q.   Okay.  And these are authentic records that

20 you obtained from your medical providers?

21      A.   Correct.

22      Q.   Page 402, it says you were desc- -- prescribed

23 ofloxacin -- ofloxacin, probably, which is also known as

24 Ocuflox.  Do you know what that was prescribed for?

25      A.   No, but one comment, where it says

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 223

1  "discontinued one milligram," it says "added two

2  milligrams," in line with what I told you.

3          It says above, on assessment, elevated blood

4  pressure reading, which is in line with what I told you,

5  because I had high blood pressure and issues around it.

6          Ofloxacin, what was that related to?  Place

7  one drop into both eyes four times daily.

8          I think it might have been when I got pink

9  eye.  I think that's what ofloxacin deals with, and I

10 had pink eye one time.

11     Q.   Recently?

12     A.   No, it was last year.  Megan had it.  I had

13 it.  My -- multiple of her friends had it, like all at

14 the same time, and I think that's what that's for,

15 because I don't remember getting eye drops for any other

16 reason.  I think it was pink eye.

17          MR. ISRAEL:  Okay.  I have no further

18     questions.  I'm going to stop sharing and let

19     Mr. Marchese ask his questions; and if I have

20     anything else, I'll ask you afterwards.

21          Thank you very much for your time.

22          MR. MARCHESE:  Thanks, David.

23          THE WITNESS:  Thank you, Mr. Israel.

24          MR. MARCHESE:  Thanks, David.

25          Sorry about that, Mr. Wilcox.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 224

1        Ms. Scott, if -- are you ready to continue

2    going?  Because I'm going to try to be as efficient

3    and fast and expedient as I can be.  I know it's

4    nearing 10 o'clock where Mr. Wilcox is situated,

5    and I'm certainly not going to travel over the same

6    issues and questions we went over.

7        But as you know, Mr. Wilcox, from watching

8    these depositions, unfortunately, I'm going to be

9    spraying all over -- over the map, because I may

10   have a couple different questions that Mr. Israel

11   didn't ask you; but, again, I'll try to be as

12   efficient as possible with your time.

13       Thank you for appearing and continuing.

14       Are you all ready, Ms. Scott?

15                   CROSS-EXAMINATION

16 BY MR. MARCHESE:

17   Q.   Mr. Wilcox, again, my name is Andrew Marchese.

18 I guess this is the first time I get to speak to you in

19 this four- or five-, six-month saga of depositions, and

20 I'm excited to ask you questions that I haven't been

21 able to ask you and get your answers to these questions;

22 and, again, I'm going to jump all around, so don't take

23 any mind from it.

24       You had indicated that Ms. Luchey has not been

25 living with you as of a couple weeks ago, and you

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 225

1  indicated that was because you had a difference of

2  opinion on the case or her settling the case.  I think,

3  paraphrasing, that's what you said.

4           Was there any issues with regard to the

5  romantic part of the relationship, or was this only

6  about the lawsuit and how she should handle the lawsuit?

7      A.   Define "issues with the" -- do you mean was I

8  having sex with her?

9      Q.   No.  Here, let me narrow it down.

10          Were you having issues related to the

11 relationship, romantically, or was this all about the

12 issues with her father, which you believe led her to

13 decisions that you don't agree with regarding the

14 lawsuit?

15     A.   I still don't understand.  Just define

16 "romantic" for me.

17     Q.   Okay.  Are you still boyfriend and girlfriend

18 with Ms. Luchey?

19     A.   She would probably want to be; but no, I

20 killed that.

21     Q.   And so, from your perspective, the

22 relationship is over, from your perspective?

23     A.   From my perspective, yeah.

24     Q.   Okay.  And how long has that been the case:

25 two weeks, three weeks, a month?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 226

1     A.   I mean, in my head, I've been not happy with

2 her, I don't know, for a while; but formally, that was

3 after that Friday, once -- Friday, Saturday -- we went

4 to the movies two weeks ago on Sunday, and then the

5 Monday, you know, her and her father went around my

6 back.

7          And I just said, This isn't something I told

8 you I would agree to do.  So I said, you know, I want to

9 separate from you; you can go live with your parents.

10 Which is where she is.

11     Q.   Have you had any discussions, Mr. Wilcox, with

12 Ms. Luchey's counsel, Ken Terrell?

13     A.   No.

14     Q.   Do you know who he is?

15     A.   She told me he was ex-Greenberg Traurig, so I

16 should know who he is; but he never made partner or

17 anything.  We use Greenberg for -- Ray Lee and these

18 guys for a lot of my corporate stuff, these white cases,

19 or what do you call it.  I called and asked if, you

20 know, he was anyone of relevance, and he said, No, he

21 doesn't work there anymore.

22     Q.   And in the medical records -- and I'm not

23 going to plow back through the medical records, but I

24 just had a couple of quick questions, just to get the

25 background straight -- it said that your father is an

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 227

1  emergency room physician; is that correct?

2      A.   That's correct, yeah.

3      Q.   And is he still practicing in the Memphis,

4  Tennessee, area?

5      A.   No.  He retired probably -- Mr. Marchese,

6  probably close to ten years ago now.  He has rheumatoid

7  arthritis.  He can barely close his hands.  He couldn't

8  practice in the surgery room anymore.  He was running

9  two hospitals administratively, and he ultimately -- he

10 takes that -- that drug where he puts the shot into

11 him -- it's like the last thing you ever want to do --

12 once every two weeks.  I'm forgetting the name of it.

13 It's horrible.  And so that's -- that's when he retired.

14 He just said his hands can't close anymore.

15     Q.   Does he reside in Florida or Tennessee?

16     A.   He resides in Tennessee.

17     Q.   And he -- I presume that's full-time residence

18 in Tennessee?

19     A.   Yeah.

20     Q.   And I noted --

21     A.   Correct.

22     Q.   -- in the notes that it said your sister is a

23 neurosurgeon in Las Vegas; is that still the case?

24     A.   She is.

25     Q.   Do you seek her counsel for treatment of any

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 228

1  issues?

2      A.   I did, but I told her something kind of funny.

3  She said, you know, Why don't you let me do the surgery

4  on you?

5           And I said, Because I want to wake up after

6  surgery, you know.

7           We've got a little sibling thing between us.

8  She went to MIT and Harvard, and I was just some stupid

9  banker, yeah.

10     Q.   Was -- getting back to Ms. Luchey, was she

11 your first African-American girlfriend?

12     A.   She was.

13     Q.   Okay.   And was she the first African-American

14 woman you ever lived with?

15     A.   She was.

16     Q.   Do you believe that has any bearing on your

17 perception of what other people thought of the

18 relationship from -- from the outside?

19     A.   Absolutely.

20     Q.   And how so?

21     A.   It was the way we were treated, people filing

22 fraudulent documents and, you know, just being not nice,

23 and then just hearing things, and then comments she said

24 that people made to her and things.   I think it

25 absolutely did.

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

1    Q.   Outside of the La Pensee dispute, were you

2 treated differently than a same -- same-race couple?

3    A.   I think in some perspectives, yes.  I wouldn't

4 say I could just sit here and roll off an example; but,

5 you know, even with my own friends, you know, not that

6 they're racist or anything, you know, it's just

7 different.  You know, culturally, it's different.

8    Q.   And, Mr. -- Mr. Wilcox, just quickly on your

9 background, I note -- noted that you worked at Deutsche

10 Bank, and did you come in after -- it looks like you

11 started after the mortgage meltdown and after the whole

12 collateralized debt obligation meltdown; would that be

13 fair to say?

14    A.   Well, remember, the meltdown was in the

15 market.  Deutsche Bank lent more money than, I think,

16 the rest of the banks combined, minus J.P. Morgan, in

17 2009.

18    Q.   Did you know anybody trading in CDOs when you

19 started with Deutsche --

20    A.   Oh, yeah.

21    Q.   -- or was that all wrapped up?

22    A.   Oh, yeah, yeah, I knew everybody.  It was a

23 really, really interesting place.

24    Q.   Did you ever meet a gentleman named John Paul

25 Rorick (phonetic) at Deutsche Bank?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 230

1      A.    John Paul Rorick?

2      **Q.    Otherwise known as JP Rorick?**

3      A.    No, I don't think I met him.

4      **Q.    Did you play football at UT?**

5      A.    Not at UT.  I got hurt my senior year in high

6  school pretty badly.

7      **Q.    Okay.**

8      A.    I tore up my knee, and then I tore up my -- my

9  hand, my wrist.

10     **Q.    Okay.  Bear with me.  I am just scrolling**

11 **through notes.**

12     A.    Well, I mean, you say that, because -- while

13 you are scrolling, I wonder what it would be like to get

14 hit by a 400-pound monster that's about to go to the

15 NFL.  To this day, I think it was probably the right

16 decision.

17     **Q.    Yeah, one of -- off the record.**

18          **(Discussion off the stenographic record.)**

19 BY MR. MARCHESE:

20     **Q.    Getting back to the lease -- the lease**

21 **agreement, I'm not going to go back over the documents**

22 **with the leases, but I just wanted to ask you, I know**

23 **your testimony is that it was always a two-year lease**

24 **and that was the only thing that was ever presented to**

25 **the association, and Mr. Rosati was aware of that.**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 231

1           During that interview, did Mr. Rosati ever

2   tell you, I've got to look at the documents, I've got to

3   speak to counsel, because I don't know if two years is

4   acceptable for the association?

5       A.   He said everything had been reviewed, all the

6   lease, the animal -- the service animal application, the

7   resident's application, the background checks had been

8   done and was performed by doctors and lawyers and the

9   board.

10      Q.   Did you know at the time that you were moving

11  in as a lessee to unit 303 whether -- who the

12  association's general counsel was at the time?

13      A.   Yeah, I did.  It was -- it had -- it had like

14  two names in it.  I cannot think of them off the top of

15  my head, because it was provided to me in conversation

16  by Mary McFadden, and then it came up later.  They were

17  the firm that ultimately got the exit before the notice

18  of appearance for corporate counsel in Sunbiz or

19  whatever appeared.  It was the same firm.  I just can't

20  remember the name.

21      Q.   And it was not Becker & Poliakoff or Mark

22  Friedman?

23      A.   It was not.

24      Q.   Okay.  Prior to leasing at La Pensee, had you

25  ever been living in an HOA before?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 232

```
 1      A.   HOA, no, I never lived in a condo.
 2      Q.   How about a -- well, I'm differentiating, a
 3 homeowners' association under Chapter 720 of the Florida
 4 Statutes?
 5      A.   No, because I -- if you consider an
 6 association like I lived in a building, there were --
 7 two times six floors and the top was a thing, so it was
 8 eleven units, the Duke of Westminster, very famous now
 9 because he is like worth like $11 billion, was -- was
10 the owner of it, because you had the freehold concept
11 and the leasehold.
12           And so, in that regards, yeah, I lived within
13 an association.  We shared tennis courts and common
14 areas in Belgravia.
15      Q.   Had you ever served on a board of a
16 condominium in the United States?
17      A.   No.
18      Q.   Okay.  How about the board of any
19 not-for-profit corporation in the United States?
20      A.   Boards for not-for-profit corporations, yeah,
21 I'm sure a company.  I've served on boards on like
22 StaffPad and stuff, yeah.
23      Q.   Okay.  So you are familiar with how boards
24 work and Robert's Rules and how motions are presented
25 and passed and it's got to be a majority vote of the
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 233

1  board, correct?

2      A.   Generally.  It depends on how they are

3  structured; but, yes, the liability sits with the

4  directors.  I have a general understanding that if it's

5  not-for-profit, the HOA law.  I generally understand,

6  yeah.

7      Q.   Did you attend any board meetings, since

8  you've became a tenant at La Pensee?

9      A.   No.

10     Q.   Let me share the docket.  I want to pull up

11 the complaint and just ask you a few questions about the

12 complaint, as it relates to my --

13     A.   No problem.

14          While you are doing that, I'm just going to

15 grab a little glass of water so I can take some

16 medication.  Just give me one second.

17     Q.   Yeah, that's -- that's fine.  It should take

18 me two seconds.

19          VIDEOGRAPHER:  Would you like me to go off

20     until he gets back?

21          MR. MARCHESE:  No, you can stay on.  It will

22     be very short.

23          Whenever you're ready, Mr. Wilcox.

24          THE WITNESS:  Yes, one moment.

25          MR. MARCHESE:  Okay.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 234

1              THE WITNESS:  Okay.  Go ahead.

2              MR. MARCHESE:  Okay.  Emily, are you there?

3              COURT REPORTER:  Yes.

4    BY MR. MARCHESE:

5        Q.   Okay.  So we're back on the record, and I just

6    want -- before I get into the complaint, Mr. Wilcox, I

7    wanted to know, for the five board members that were on

8    the board in 2021, how much interaction you had with any

9    of them, and let's -- we'll start with -- we'll go in

10   alphabetical order.

11             Nora Andraos, do you know who she is, and how

12   many times have you spoken to her?

13       A.   Yes, she lives in 403, which is directly above

14   303.

15             She was one of the people that Mary McFadden

16   would say would be complaining about Zeus barking when

17   me and Zeus and Megan wouldn't even be there.  And it

18   seems, the rumor is she was put up to it by others, and

19   she was tortured before, and then, ultimately, her son

20   tragically passed of a heroin overdose.

21       Q.   And how many times had you had -- had the

22   opportunity to speak with Ms. Andraos directly?

23       A.   Probably three times.  I think she apologized

24   to me on the second time in the elevator and said that

25   she was sorry about everything that had gone on and, you

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 235

1  know, she didn't understand that it wasn't, you know, me

2  or anyone in my unit that vomited.  She seemed pretty

3  sympathetic about the whole thing.

4      **Q.   Did you have any incident with her in the**

5  **elevator early on in your tenancy?**

6      A.   Yes.  She was the one that came in, and she

7  was pretty high, or whatever she was on; and Megan and I

8  got on the elevator, and she got on on floor one, which

9  is where the pool is, and said that we had caused a

10  bunch of problems and this and that.

11          I said, That's kind of interesting because

12  we've been at the Four Seasons in Surfside for the past

13  three days.  It's not really possible that's true.

14          And it just turned into, you know, people

15  making up rumors at the pool.

16      **Q.   Okay.  And you have no reason to believe**

17  **Ms. Andraos would have any racial animus against you or**

18  **Ms. Luchey, do you?**

19      A.   Well, I think there was something in the

20  beginning.  I think it was her, but, Mr. Marchese, it's

21  been so long, I can't remember everything that happened

22  with her, specifically.

23          But I just remember her being, you know,

24  fairly sympathetic; and then I was told, through the

25  process, by John Lawson, that she did not want to file a

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 236

1  fraudulent lawsuit against me, because they didn't have

2  any money and they should be focused on doing the right

3  thing for the association.  And she ultimately resigned

4  from the board because of it.  So I considered it

5  pretty -- an honorable thing to do in a tough situation.

6      **Q.   Okay.  How about John -- Robert Rosati, other**

7  **than the interview initially, how many times have you**

8  **spoken to Mr. Rosati?**

9      A.   Maybe twice; at the pool once, in the morning

10  with Mr. Halvatzis, a 15-minute, just, discussion about

11  the world, that was probably last year at some point,

12  maybe September or so; and maybe one other time before,

13  no ever incident with him.

14          He told me he lived in Italy, I think it was,

15  during the interview.  He seemed like a fairly okay,

16  just kind of might be an old weird guy, stays --

17      **Q.   And --**

18      A.   -- in his unit all day.

19      **Q.   -- I think you alluded to the fact that he**

20  **worked at Pfizer, and it was your understanding that he**

21  **worked in Italy's -- in Pfizer's Italy**

22  **department/office?**

23      A.   I think.  I don't remember the company, but I

24  remember he was in Europe with this -- I think his

25  wife's name is Mary Ann (phonetic) or something,

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 237

1 Marianne (phonetic); and he was there for like eleven

2 years.  I remember that conversation line.

3          Because I remember we talked about -- I think

4 it was Rome, and we were talking about something that

5 kind of stuck in my head, because he talked about the

6 car park, and then he was talking about Italy.  It just

7 seemed a bit strange.

8      Q.   Did you have any -- as you sit here today, do

9 you have any reason to believe that Mr. Rosati was --

10 had any racial animus towards yourself or Ms. Luchey

11 because of her ethnicity?

12     A.   Mr. Rosati, I wouldn't know, no idea.

13     Q.   Okay.  Now, let's get to John Lawson.  Is he

14 the person that you've communicated with the most since

15 your tenancy started?

16     A.   Definitely.  He was -- he was the president.

17 It's not a -- not a well-kept secret that his wife made

18 some comments at the pool before we moved in, which

19 Terry Halvatzis and others have repeated around.  They

20 put up the gate around the pool because one day there

21 were African-American children in the pool, and then

22 they made Todd clean it or something, some story that,

23 you know, you can't prove but it has truth to it.

24          And John was -- John was okay at first, and

25 then I think he got probably manipulated, because he

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 238

1   seemed -- he told me, he told Megan, he said it on

2   camera in front of the cameras outside, he knew what

3   David Wolf did, and he was ashamed of the whole thing

4   when it happened; and Mary McFadden referred to that in

5   her deposition, as well.

6           So I don't think he was really motivated, but

7   maybe he didn't think anything needed to be done, or if

8   it was just easier if people went their separate ways.

9   I'm not sure.

10      Q.   Is Mr. Lawson still on the board?

11      A.   He is not anymore.  Because of the rule of

12   seven years or something, as I understand it, he

13   couldn't be anymore.

14      Q.   And do you have any personal information or

15   evidence that Mr. Lawson treated you and Ms. Luchey any

16   differently because of her race?

17      A.   Yeah, that he filed a lawsuit, when he was

18   president of the board, with fraudulent documents, and

19   he knows what he did.

20           But the proof of a racial element, Megan is

21   African American.  She is the only African American in

22   the building, and I did have a service animal.

23      Q.   Right.  And it's your -- it's your position

24   that the association only filed that lawsuit, through a

25   majority vote of the board, because Ms. Luchey was

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 239

1 African American and you are Caucasian?

2      A.   And -- and I have a service animal, to add to

3 that, as well, too.

4      Q.   How -- in your own mind, do you differentiate

5 the percentage of reason the board did what you believe

6 they did, based upon the service animal or based upon

7 Ms. Luchey's race, and do you know which one was more of

8 a prevailing issue for the association?

9      A.   Which one was more the prevailing issue, so

10 the lead issue, why they did it?

11      Q.   Correct.

12      A.   I don't.

13           I just think they -- once they saw Megan was

14 African American, no one seemed to have gone after the

15 dog until they thought that that was a way to get us

16 out; but they had been after Megan and I for five months

17 proper.

18           So if you look at the timeline chronologically

19 of events, in my head, it would be more that it was

20 Megan; but then they retaliated on me to get to her and

21 vice versa.

22      Q.   And with respect to my client, David Wolf, I

23 know you said that -- you testified earlier that you

24 were not a witness to the incident -- the alleged

25 incident in the elevator.  How many other times have you

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 240

1  spoken to Mr. Wolf since you've resided in 303?

2      A.   Oh, a couple of times.  He screamed at me a

3  couple of times.  I don't know.

4          You know, you have to pass each other in the

5  elevators and whatnot, and he wears some stupid hat that

6  has his last name on it.

7          I just generally try to avoid him; but his dog

8  just goes crazy all the time, waking everyone up, and I

9  still don't say anything, because I just want these

10 people to leave me alone.

11     Q.   Does his hat say "wolf" or does it say "woof"?

12 In other words, like a dog, "woof, woof," or does it say

13 "wolf"?

14     A.   I thought it said his last name, but I just

15 try not to look at him too much, you know.  I just get

16 sick to my stomach.

17     Q.   And so has Mr. Wolf directed any racially

18 insensitive comments to you, in your presence, since

19 you've been a tenant in 303?

20     A.   Not in my presence, he is just of the one of

21 the authorizing members of the board filing the lawsuit

22 with fraudulent contents.

23     Q.   Same question for Laurie Marchel, how many

24 times have you spoken to Ms. Marchel directly since

25 you've been a tenant in unit 303?

Page 241

1       A.   A handful of times.

2            She -- like I said, there is only four units

3   per floor, and for the first, you know, six months or so

4   before the lawsuit was filed, I really didn't know who

5   was who, because we kept our heads down, you know, after

6   everything was going on, and I was working quite a bit.

7            And I didn't realize the back units, or the

8   one that's on the west side, 304, next to me, which

9   would be the southwest corner, because I'm in the

10  northwest corner, she also owned; and, you know, I knew

11  that this Martina woman, Scherbaum, I think is her last

12  name, she is from Germany, she is in 301, but she hadn't

13  been there for the first year that we were present on

14  the property.  So it was fairly quiet.

15           The lawsuits were filed, and I figured out

16  that she owned both of them.

17           And, you know, you run into each other.  You

18  know, she is slamming doors and trying to make issues,

19  but -- you know, and then you have her on film, you

20  know, stating to her posse that she is going to get that

21  unit and whatnot, you kind of find motivation in doing

22  all this.

23       Q.   And how many times has she had conversations

24  with you where she -- if any, where she has directed any

25  racial commentary towards you, you or Megan Luchey?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 242

1      A.    Let me see.   Towards me?

2            She said, He is the one with the black

3 girlfriend with her daughter, coming back from Key Lime

4 House, when we had a day out.   We were in front of the

5 elevator, which I found odd.

6      Q.    And when did that occur?

7      A.    Was it before or after it was filed?

8            I'd say it was after.   That's what I found

9 even more odd.   I think it was September of last year,

10 October.

11     Q.    September, October, 2021?

12     A.    Correct.   She was coming back with her

13 daughter, you know, pretty intoxicated, and I was

14 standing at the elevator waiting for it, and she started

15 talking to me like we were friends.   It was very

16 strange.

17     Q.    You had indicated that your suspicion is that

18 **Ms. Marchel wants to purchase Ms. Manzo's unit, unit**

19 **303, so that she could blow out the wall and have three**

20 **units that stand together, or that are connected.**

21            **Couldn't she have made an offer to Ms. Manzo**

22 **before you became a lease -- lessee for the unit?**

23     A.    Those were her words, not mine, just for the

24 record, and I was just restating them, and I have the

25 video, which I think you guys have.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 243

1           She could have; but if you were a clever

2   person, and you were evil, you would want to pay less

3   for something like that and, clearly, causing issues,

4   would be the way to do it, especially if Ms. Manzo

5   wouldn't want to sell it for the right price.

6       **Q.   Right, but you're not aware of any**

7   **negotiations that Ms. Manzo's had with Ms. Marchel for**

8   **unit 303?**

9       A.   No.   Through the discovery process, I did

10  understand how difficult they made it to rent the unit

11  again, which was Laurie Marchel through John Lawson.

12          I think Mr. Israel specifically asked

13  Ms. Luchey -- or it was asked of Ms. McFadden, during

14  her deposition, about who controlled the rules and the

15  move-in dates, because we wanted to move in earlier, and

16  John Lawson had sent an email and said, It's up to Mary.

17  And it's not up to Mary; it's up to John Lawson.

18          Further digging in those emails, they had made

19  it very complicated for Ms. Manzo and her LLC, you know,

20  to be returning revenue from that, which, obviously,

21  would be frustrating in such a small -- you know, a

22  small community.

23          I feel Ms. Manzo's pain, but not my

24  responsibility.

25      **Q.   Right.   So is it fair to say that you believe**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 244

1 **Ms. Marchel is more -- was more interested in the**

2 **service-animal issue, than being involved with the**

3 **alleged racial commentary towards Ms. Luchey?**

4      A.   Yeah, she seemed, in the discovery that we

5 have with her emails and things, that -- her emails

6 stated, as such, that -- and her boyfriend, John Rahal,

7 that their dogs aren't barking, even though we have

8 evidence of their dogs -- they don't have two dogs, even

9 though we have evidence of that; that Zeus is always

10 barking and causing people not being able to sleep and

11 this and that, which we have evidence to the contrary.

12          So I think she was very motivated to use an

13 issue that she was creating.  So retaliating under, you

14 know, the Fair Housing Act, is what she ultimately is

15 getting nailed with, because she had other motivations,

16 which were probably to obtain the unit at a cheaper

17 price; but, again, that's an educated chronological

18 assessment.

19      Q.   **And just so we're clear, you have no facts or**

20 **information in your possession that Ms. Marchel**

21 **convinced the board to do anything because she wanted to**

22 **purchase unit 303?**

23      A.   No.  Mary McFadden stated as such.  She

24 stated, on the record, that she called every single day:

25 Get the guy out.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 245

1      Q.   Do you -- do you know if Ms. Marchel is a

2  snowbird, or is she in residence most of the year or

3  part of the year?

4      A.   Well, her husband, for tax reasons, has his

5  residency listed at -- in Florida, at the condominium.

6  She's there more than he is, so it's definitely not

7  snowbirds.  They're there right now.  They are there.

8           But they -- she seems to come, you know, a

9  week on, a week off, two or three days here, a week on.

10 I would say it's not a snowbird, but it's definitely

11 more of a primary home for her, and probably a secondary

12 home, excuse me, for John Rahal.

13     Q.   Is Ms. Marchel on the current board of

14 directors?

15     A.   No.  She -- Rahal is, her boyfriend.

16     Q.   All right.  And you have no information as to

17 why that -- why she left the board, correct?

18     A.   No, I do, because I was in the parking lot

19 when she was asked by Nora Andraos, and I just heard it

20 because I was walking to the car, and she said that she

21 was really busy with her job and she didn't have any

22 time anymore.

23     Q.   Same question about Mr. Wolf, I didn't ask you

24 before:  Do you know if Mr. Wolf is a snowbird and only

25 in residence four or five months of the year at La

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 246

1 Pensee?

2     A.    At La Pensee, I believe -- because I don't see

3 Mr. Wolf very often, which is quite pleasant, I think he

4 comes from like November to February or so, and that's

5 about it.

6     **Q.    And you're aware that Mr. Wolf is in his early**

7 **80's, correct?**

8     A.    I wouldn't know how old he is.  Some people

9 are 60, look 100; but he doesn't -- he doesn't look

10 right.

11     **Q.    Let me share the screen and put the complaint**

12 **up, just to get through these questions.**

13     A.    Sure.

14          If you could just minimize the size,

15 Mr. Marchese?

16     **Q.    Yeah, let me -- I will in a minute.**

17     A.    Thank you.

18     **Q.    That good?**

19     A.    Perfect.  Yeah.

20     **Q.    And Mr. Israel had asked you whether the**

21 **association had been successful in removing Zeus, and I**

22 **believe your answer is no, that you've had your dog --**

23 **you've had your service animal, Zeus, since you moved in**

24 **in January of 2021, correct?**

25     A.    Correct.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 247

```
 1      Q.   You haven't been without Zeus as your service

 2 animal at any point in time during your tenancy?

 3      A.   Correct.

 4      Q.   And your tenancy, from your perspective, and

 5 your allegation in this lawsuit, expires on January 24th

 6 or 25th of 2023.  What do you plan on doing at that

 7 point in time, in terms of your residence?

 8      A.   Oh, I'm -- I'm out.  You can report back to

 9 your clients I'm happy to go, had enough.

10      Q.   Okay.  So you're moving out of the -- you're

11 scheduled or planning on moving out of the condominium

12 in approximately five months?

13      A.   Correct.

14      Q.   Have you notified Ms. Manzo that you're not

15 renewing the lease?

16      A.   Yes.

17      Q.   And what does she -- strike that.

18           Has she said anything in response to your

19 telling her that you're moving out at the end of January

20 of 2023?

21      A.   She is highly concerned about her ability to

22 be able to re-rent the unit and her sale price and is

23 considering, you know, litigation to protect her asset

24 in regards to that.

25           So like I told her --
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 248

1      Q.    Is she --

2      A.    -- she is not happy that I'm leaving.  I said,

3  This is not my asset, it's not my problem, I'm out.

4      Q.    Is she still -- strike that.

5            To your knowledge, is Ms. Manzo still using

6  Rich Lubliner as her counsel for the La Pensee 303, LLC,

7  entity?

8      A.    As I know, yes.  She asked me -- which,

9  obviously, is not protected under client privilege, so

10  I'll tell you, she asked me to give the reasons why I

11  fired Rich.

12            I'll tell her what I tell you guys, you know:

13  His performance, some in his control, some was out of

14  his control; the structure of how he went about

15  depositions, things.  There were major billing

16  discrepancies, which are documented, and a number of

17  things where I didn't feel I was being adequately

18  represented, so I told him to withdraw, and he did on

19  the day, from numerous things he represents me from a

20  corporation for this, and he withdrew for Megan at the

21  same time.

22      Q.    Prior to this tenancy, Mr. Wilcox, did you

23  know Ms. Manzo from her residing in Suffolk County in

24  New York?

25      A.    No.

Page 249

1       Q.   Did you know her husband, Tom Demarinis, prior
2  to this leasehold incepting in January 2021?

3       A.   No.

4       Q.   Had you ever met or had any business dealings
5  with Edward Lepselter prior to the January -- prior to
6  this leasehold at La Pensee?

7       A.   No.

8       Q.   Same question with Roy Gelber, I believe you
9  answered it, but I just want to get it from my
10 perspective:  Any prior relationship, in terms of
11 business, personal, or any other relationship with Roy
12 Gelber prior to this leasehold?

13      A.   No.

14      Q.   Does Megan Luchey have any furniture, clothes,
15 or anything remaining in unit 303 as of today's date?

16      A.   No.  I -- I arranged for it to all be taken to
17 her already.  I didn't want her coming back in the unit.

18      Q.   You are currently paying Ms. Manzo on a
19 month-to-month basis for the remaining term of the
20 lease; would that be a fair statement?

21      A.   Yes, and I don't get the discount anymore,
22 because I didn't pay it upfront.

23      Q.   Do you have any opinion -- I know you're not a
24 lawyer, but as a layperson -- as to whether the
25 association's governing documents allow a lease of more

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 250

1  than one year in duration?

2      A.   They changed the governing documents a month

3  before they filed their lawsuit and then tried to refer

4  to that, JoAnn Burnett did, which obviously weren't the

5  governing documents in place when I arrived for our

6  tenancy.

7      Q.   Okay.  So you believe that the governing

8  documents said something different at the time that

9  you --

10     A.   They did.

11     Q.   -- that the lease incepted, than a few months

12 later when this issue became an issue at the

13 association?

14     A.   No, they -- they changed the documents and

15 then pointed to those governing documents, which were

16 not the governing documents when I signed my lease,

17 which permitted -- you know, the lease contracts between

18 me and the Manzos or the -- sorry, the LLC; and they

19 tried to change all the rules so they could justify

20 filing a lawsuit, I guess.

21     Q.   Were you ever -- strike that.

22          Do you know if Ms. Manzo ever received a

23 notice of vote on amending the documents while she has

24 been an owner at La Pensee?

25     A.   She never received that -- the governing

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 251

1 document changes, no, because we extensively went all

2 through this with Lubliner Law, et cetera.

3          Because my first -- my first thought process,

4 when I was in -- I was actually coming out of Africa and

5 had just left Lisbon, I think, and then I went to

6 London, and I was actually in front a restaurant called

7 Zuma, where I was talking to Mr. Lubliner, and we both

8 came to the conclusion that there must have been

9 something shady that Ms. Manzo had done, you know, for

10 them to be able to justify this.

11          And it turned out that there wasn't at all.

12 They went about creating so much confusion that it would

13 cause a hell of a, you know, deep-digging analysis and

14 lots of capital.

15          And it wasn't a conclusion that we came to

16 that Ms. Manzo had done anything wrong; she is just kind

17 of ditzy, you know.  She didn't file any fraudulent

18 documents.  She didn't tell anyone.  She just couldn't

19 take it anymore by the time they were coming after her,

20 saying that she asked for an extension of six months,

21 she sent them documents.  She goes, What are you talking

22 about?

23          And then we found that she was telling the

24 truth; she turned over everything, which we turned over

25 to you guys.

Page 252

1     Q.   Ms. -- you would agree that Ms. Manzo never

2  had a tenant of more than a year prior to the leasehold

3  that you and Ms. Luchey entered into in January of 2021,

4  correct?

5     A.   Through the discovery process, I do not think

6  so, and she's only owned for a couple of years.  There

7  is 40 -- 404 has been in the building for like eight

8  years.  I mean, there is obviously leases allowed and

9  whatnot.  This was just a -- it was just a hit job.

10    Q.   So the person that's residing in unit 404

11  has -- in your understanding, has leased there for eight

12  years straight?

13    A.   Yeah, they leased in 303 before they started

14  leasing in 404, and my understanding is they have been

15  there for seven or eight years, Joe -- Italian last

16  name, lovely guy, runs a high-end car dealer that's

17  masked as a Nissan thing in sort of Delray something or

18  Boca, and his wife's name is Maritza something, she is

19  a -- some sort of wellness life coach people.  They are

20  really nice people.

21    Q.   So Joe and Maritza have been tenants, to your

22  understanding, in La Pensee for eight years in two

23  different units?

24    A.   Correct.

25    Q.   And you had mentioned Valentina Kraver; do you

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 253

1  know how long she's owned in La Pensee?

2      A.   How long she's what now?

3      **Q.   Been an owner in La Pensee.**

4      A.   She told me when her late husband died, she --

5  she had a boyfriend, and then they separated.  They sold

6  the house, and she bought it for maybe her children, and

7  she ended up having to live there a number of years.  I

8  mean, she was there before I arrived, so at least well

9  over two, but my guess would be four something, three or

10 four.  That's a guess.

11     **Q.   And Ms. Kraver is a realtor, correct?**

12     A.   For Douglas Elliman, correct.

13     **Q.   And is she currently single?**

14     A.   No.  I know her -- her boyfriend.  He's a

15 really nice guy.  His name is Surin.

16     **Q.   Okay.  So you know -- you know Ms. Kraver's**

17 **boyfriend from prior social events?**

18     A.   Yeah, I was at The Breakers at something, and

19 they were there, and she introduced me, as her

20 boyfriend.  His name is Surin.  I don't know his last

21 name.  I think it's S-U-R-I-N, really nice guy.

22     **Q.   Now, I know Mr. Israel asked you a series of**

23 **questions about the damages in the case, and I know**

24 **you've listed a $1.525 million number, and I want to**

25 **make sure that you cannot break it down for La Pensee**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 254

1  and -- and Mr. Wolf and that your testimony won't be any

2  different if I asked you the same questions about

3  damages, correct?

4       A.   Correct, and I'll give you just a little bit

5  more on that, which is, with -- without some ownership

6  and responsibility of the actions that happened here,

7  you know, do I think all of La Pensee is responsible?

8  It's my personal view the person that caused this is

9  responsible, but I know that's not how the law works.

10 The association's responsible, the property manager, et

11 cetera.

12           So I don't know how to say, you know, when

13 you're acting in a group, you know, who pulled the

14 trigger and hired Becker & Poliakoff, but you're all

15 guilty.  I don't know how to break it down.

16           But I'm going to talk to my new counsel,

17 Mr. Tygar, and I'll let you guys know about the

18 calculation, the spreadsheet and all that sort of

19 things.  So I'll take it as the takeaway.

20      Q.   Okay.  And you had mentioned a large or

21 primary component of your damages is attorney's fees and

22 costs.  Do you have that total for us today?

23      A.   Yeah, it's just shy of about 200,000 US.

24      Q.   Okay.  And you've paid that amount to date to

25 your counsel -- and you don't have to tell me the

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 255

1  **breakdown, but you've paid that to either Mr. Tygar or**

2  **Mr. Lubliner to date, correct?**

3      A.   Correct.

4      **Q.   And the remainder of your damages is other**

5  **components that you can't really articulate because**

6  **you're not a lawyer; is that correct?**

7      A.   No.   There is a component that is

8  understanding the cost of going through trial, so the

9  work that's going to be non- -- obviously, it's

10 extensive to meet the next set of deadlines, which

11 Mr. Tygar and his firm are working on.   Then there is

12 obviously mediation, which will be the next substantial

13 bit of work.

14          But the real cost, I think, you know, the

15 substantial amount of cost, is -- is trial, which is --

16 you know, in my view, we had -- Mr. Lubliner and I and

17 his office had sort of said this could be anywhere from

18 300- to 500 thousand.   So we went on the top end of the

19 attorney's fees to get this through trial to, obviously,

20 closure.

21     **Q.   Understood.   And at this point in time, there**

22 **is no other component of damages that you can articulate**

23 **for us today, as of August 8th, 2022?**

24     A.   Yeah, the rest of the component is that

25 emotional distress, harassment, the things that are in

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 256

1  the IIED, which is why I turned over the medical and

2  therapist files to you guys.  The judge stated if I

3  wanted to take that claim forward, under the FHA, that I

4  needed to do so, which I'll need to consult with

5  Mr. Tygar on that spreadsheet, see what his view is; and

6  then, with his -- you know, with his -- with his advice,

7  being my counselor, I'll decide if I will send that over

8  to you guys.

9      **Q.   And do you have a dollar figure in your mind**

10 **for the emotional distress component of your claim?**

11     A.   You know, Mr. Marchese, honestly, I want to be

12 through this.  I want it to be done.

13          And I think that, you know, we had a dollar

14 figure provided to Ms. Mary McFadden and MAC

15 Residential, and I believe that that was 200,000, in

16 sworn statements, so we didn't have to go through the

17 rest of this; and we were returned a ridiculously stupid

18 offer after the fact.

19          So, you know what, every trial goes, you know,

20 I feel like insurance company, or if it's intentional

21 tort and it gets turned over, you know, in trial, where

22 if the insurance company doesn't cover it, I don't

23 know -- I believe you guys covered this under a

24 reservation of rights, how that's going to impact.

25          But, you know, I want it to be over, and I

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 257

1  know on that attorney's fees, plus, because of what's

2  happened, and I have a hundred percent confidence I will

3  prevail in trial, and I'm going to see the whole thing

4  through.

5          COURT REPORTER:  I think Mr. Wilcox's counsel

6      was just dropped off the Zoom.

7          MR. MARCHESE:  Oh, was he?  Okay.  Do you want

8      to take a minute?

9          VIDEOGRAPHER:  Yeah, let me go off record.

10     Off the record, 4:28.

11             (Whereupon, a recess was had.)

12         VIDEOGRAPHER:  Back on the record, 4:31.

13 BY MR. MARCHESE:

14     Q.   So, Mr. Wilcox, I was asking you, before

15 Mr. Tygar dropped off, about portions of the amended

16 complaint.  I didn't -- I didn't get to this question,

17 which was, I know you had said that your an acquaintance

18 with Liza Dunn, paragraph 55, which I'm kind of

19 highlighting, how do you know that she said this to her

20 mother?  I don't know where this allegation came from,

21 but how do you know that this is what happened when she

22 saw yourself and Ms. Luchey moving into the complex?

23     A.   It was told to both Ms. -- me and Ms. Luchey

24 later on, but described in detail to Megan, from, I

25 believe, her late mother.  Her mother passed away last

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 258

1 year.  You would have to ask Megan, but that's where

2 that came from.

3      Q.   Okay.  So you weren't involved in the

4 conversation which led to the insertion --

5      A.   No, and --

6      Q.   -- of paragraph 55?

7      A.   -- and Ms. Dunn -- Ms. Dunn has told me that

8 she wouldn't use the -- the thing "ain't," the word

9 "ain't," or whatever you call it, so it's not exactly

10 articulated correctly, either.

11      Q.   Okay.

12      A.   She said "that isn't."

13      Q.   So Ms. Dunn is college-educated, correct?

14      A.   Correct, she is.  I think that was the

15 statement, but we -- that's how it came into the

16 complaint, from Ms. Luchey; you would have to ask her.

17      Q.   And are you friends or acquaintances with her

18 husband, Mr. Flom?

19      A.   I've gotten to know him a little bit.  You

20 know, he is an interesting guy.  He was a lawyer --

21 well, he still is a lawyer, and he got caught up in a --

22 you know, a scandal around taking fees for a securities

23 broker.  The guy ended up being some sort of fed; it was

24 entrapment.

25           Mr. John -- Mr. Flom fought it for a number of

Page 259

1  years, ultimately was convicted.  I've read the docket

2  in the eastern district of New York.  He appealed it on

3  his own and was successful, which hardly ever happens,

4  as we all know; and he was released.

5            So I think he spent, you know, less than two

6  years incarcerated at a minimum security up near Panama

7  City Beach or Fort Walton, Florida, somewhere up there

8  near the military camps is what he told me; but he is

9  quiet.  He stays very, you know, behind the scenes.  He

10  was just recently let out sort of stuff.

11       Q.   Is he still a practicing attorney?

12       A.   He has his bar license.  He -- they never took

13  it from him or anything, but he does not practice, from

14  what he's told me.

15            He works at -- I believe it's Coca-Cola, the

16  people that make this little soda with no sugar, in --

17  in the distribution center somewhere in southern

18  Florida.  He works like nights and weekends, and he does

19  the logistics for the thing, is what I understand.

20       Q.   Do you -- recognizing you're not a Florida

21  attorney, what is your understanding of what an

22  association's able to ask a tenant or unit owner about a

23  service animal, even when they preliminarily approve

24  that animal months down the line?  Do you have any

25  understanding of what the line of demarcation is, in

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 260

1  **terms of what the association can ask for ex post facto?**

2      A.   So preface with I'm not an attorney, too, as

3  you stated, that there is not the ability to ask

4  anymore; and my understanding, from numerous attorneys,

5  they weren't allowed to do what they did.  So I even

6  went over -- over and -- overboard on providing all the

7  documentation, et cetera.

8          And I've read the opinion from Magistrate

9  Matthewman, even on ESA animals and service animals and

10  people that bring them onto property, and they don't

11  even ask.  And Matthewman has issued, you know, a

12  2019 -- I think I sent it to you guys.  I found it in

13  Westlaw.

14          And so I went overboard.  My service animal

15  has never caused an issue that's documented.  In fact,

16  Sabrina Benjamin, in her deposition, even went so far as

17  saying, when her dog was trying to like attack, her

18  little dog, you know, that Zeus just stood there, and

19  that he just shouldn't be allowed because he's a big

20  dog.

21          Well, when I applied, you know, and I sent the

22  application three times to Ms. McFadden, the board said

23  that everything is approved by lawyers and doctors.

24  They knew his weight from the vaccination and the

25  medical records.  They knew his age.  They knew all of

Page 261

1  these things, and, you know, Ms. McFadden wrote emails

2  that said my dog was as big as the size of the building.

3  And that's just -- it's just wrong, you know.  The whole

4  thing is just wrong.

5          I don't think that they have any rights or any

6  ability under the ADA and the FHA to be doing what

7  they're doing.

8      **Q.   So your opinion is that the -- under the ADA,**

9  **that once a person is approved for a service animal,**

10 **that the association can't ask for documentation showing**

11 **that that need for the service animal is still required**

12 **and it's not a transitory condition?  You would agree**

13 **that certain people have transitory conditions that --**

14 **that clear up, correct?**

15     A.   Yeah, but that -- correct, but that's not what

16 they asked me, Mr. Marchese.

17          If you read the letter that Burnett wrote,

18 that's the polar opposite.  They said I brought an

19 unapproved animal onto the property, and the animal was

20 clearly approved, and it had been approved and residing

21 there for well over five months at that point.

22          So it's a little bit different here.  They

23 weren't trying to say you need to re-establish if you

24 have the need for the dog, which, obviously, I would

25 have happily done, just like I did in the beginning; but

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 262

1  it was retaliation, so ...

2      Q.   Right.  And you would agree, though, as

3  Mr. Israel had asked you, that since the state court

4  claimed that Ms. Burnett is prosecuting for the

5  association is still pending, there is no adjudication

6  of the state law case for purposes of retaliation in the

7  federal case, correct?

8      A.   Okay.  State that one more time.  Are you

9  saying the correlation to the cases?

10      Q.   Yeah, so -- so the state court case, the

11  association has brought a lawsuit seeking yourself,

12  Ms. Manzo, Ms. Luchey to be -- or to try to get the

13  court to rule that Ms. Manzo's company has to evict

14  yourself and Ms. Luchey in the state court case.

15      A.   Right.

16      Q.   That claim is still pending, based upon the

17  allegations in that state court lawsuit, and so it's not

18  been adjudicated one way or the other; there has been no

19  winner declared.  You would agree with that, correct?

20      A.   Correct.  We haven't even pursued it, and they

21  haven't, either, because I understand they just don't

22  have the capital.

23          But I can state something, just for the

24  record, you know.  Once the federal case is done, I

25  think we all know here today that that determines the

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 263

1  outcome of the state court case, you know; and once I

2  withdraw from the state court case, I'm not responsible

3  for -- I'm not a managing member of the association;

4  it's Valerie Manzo and her company.

5           So -- and my perspective is, you know, you

6  retaliated here for this purpose.  Once I settle and

7  resolve that, any settlement is going to include the

8  state court case, because if that settlement includes a

9  resolution where I leave the property, that would

10  relieve my liability in the state court case.

11      Q.   Okay.  And that's your understanding of the

12  state court case and what the stakes are in the state

13  court case?

14      A.   That's my understanding through lots of legal

15  advice, but that could be wrong.

16           But that's my -- I'm telling you my position,

17  as well, too, on top of my -- on top of my

18  understanding.  My position is that, you know, a big

19  part of the settlement is dollar figure here, and that

20  means that I leave on this stage; but whenever I do

21  leave, I'm not responsible in the state court matter,

22  anyways.  So for me, it ties off on that same day.

23      Q.   Do you know how much the association spent in

24  the state court litigation on counsel?

25      A.   No, but I understand it to be quite a lot.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 264

1  They've been sending emails around saying they owe

2  another $30,000 per month, according to multiple owners,

3  for the next six or seven months.  It should be

4  understandable.  I hear Becker is quite the billing

5  machine and --

6       Q.   So -- okay.  Go ahead.

7       A.   -- and then they -- and then they, you know,

8  did a special assessment.  They said they're doing

9  another special assessment.  There is -- in their

10 approved and allocated budget, I mean, they've literally

11 spent all their money on attorney's fees.

12      Q.   Do you believe the figure the association has

13 spent is above 200,000 or below 200,000?

14      A.   Considerably above 200,000.

15           And I believe, through the cost of this

16 litigation, with Great Western Insurance reviewing the

17 policy, et cetera, that their premiums substantially

18 went up and their ability to insure themselves is much

19 more expensive.  So the running cost would be -- you

20 know, would be substantially high, as well.

21      Q.   And you're not a party, currently, to the

22 litigation involving Mr. and Mrs. Halvatzis, Ms. Dunn,

23 and the association, correct?

24      A.   No.  That's a suit based on -- oh, the --

25 what, the member -- the -- La Pensee brought -- that's

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 265

1 against the previous board, the five board members,

2 that's owners that they are suing on behalf of.

3      Q.   And is it -- is it your understanding that

4 Mr. Lubliner is representing the plaintiffs in that

5 action?

6      A.   I believe he still is.  That I'm almost

7 certain of.

8      Q.   And is that case set for trial, to your

9 knowledge?

10      A.   No.  I reviewed the docket.  It's set for a

11 motion to dismiss, perhaps it's next month, and a

12 hearing in state court.

13      Q.   Bear with me.  I'm just scrolling through this

14 to see if there is anything I have to ask you.

15      A.   No problem.  You've got me until 10:45 here at

16 night.

17      Q.   Yeah, this is our one chance to get -- get

18 your deposition.

19      A.   I know.  That's what -- I wasn't kidding

20 through Lubliner.  I have all these medical problems.  I

21 wasn't actually -- I went and even did a deposition with

22 whoever the imbecile is at Becker, even when I was

23 heavily, heavily under the influence of all these

24 medications.  I even -- I was like the first one to go,

25 if I remember it.  I don't mind to get depositioned.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 266

1       Q.   Mr. Wilcox, on paragraph 86 of the second --
2  of the amended complaint, it references Todd Davis; and
3  you and Mr. Israel had an exchange where I believe you
4  thought he was more than a -- more than a maintenance
5  man and more like a property manager, and I was just
6  wondering, in this paragraph, it refers to him as a
7  superintendent.  Is that what your opinion is of who
8  Mr. Davis is with respect to the association?
9       A.   Yeah, he is an all-singing, all-dancing, he
10 does everything at the property.  I mean, he even
11 manages the bank accounts, so he --
12      Q.   Do you know if he --
13      A.   -- writes checks.
14      Q.   Right.
15           Does he have a CAM license?
16      A.   He doesn't have a CAM license, and I just find
17 it odd, because he does everything.
18           You know, Mary McFadden, who said under oath
19 that she didn't have access to the bank accounts, you
20 can see all the checks, through discovery, and, you
21 know, she was signing checks, as was -- as was Todd.
22 They were the primary ones that were managing all the
23 money.  I don't think maintenance people do that.
24      Q.   And you had testified before in your
25 deposition that the association was trying to steal

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 267

1 $25,000 from Ms. Manzo --

2      A.    Yep.

3      Q.    -- by trying to kick you off the property.

4 Can you articulate what -- what you mean by that?  How

5 was the association going to get the money from

6 Ms. Manzo?

7      A.    So it was -- it was the money from me, and I

8 wrote a check, as you've seen, for 51,000, or whatever

9 it was, which was representative of 3,900 times twelve,

10 so what is that, 46,800, I think was the rent component,

11 so 23,400, not 25, because the rest was the deposit.

12           I think 23.4 -- if I'm doing the math right,

13 it is late -- was for the latter six months that I had

14 already prepaid for; and, obviously, they had created an

15 issue where I would need to go get my money back from

16 Valerie Manzo and her LLC, which would then cost me

17 money again.

18           So it's my position that they were attempting

19 to steal from me for something, a service, that I had

20 already paid for.

21      Q.    Right, but you -- you agree that Ms. Manzo

22 could have paid you back or offered to pay you back when

23 all this --

24      A.    I asked --

25      Q.    -- fighting --

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 268

1      A.    -- for my money --

2      **Q.    -- was going on?**

3            **Go ahead.**

4      A.    -- for my money back, Mr. Marchese, sitting in

5  the car with Megan Luchey, talking to Valerie and Tom,

6  right after the incident happened with Mr. Wolf; and

7  they said, We understand that this is not good for

8  anyone, and we're sympathetic, but until we find another

9  rental, another lease, that I would responsible for the

10  capital, because this was a business transaction.

11            So if it took them two or three or four months

12  or whatever to find another, you know, lessee -- or

13  lessor/lessee, whichever one it is, me, a replacement

14  for me and Ms. Luchey, that I would be holding the bag

15  on that; and I feel like that's exactly what the

16  association wanted, you know, as well, too.

17      **Q.    Okay.  So Ms. Manzo said that she understood**

18  **your plight, but was not going to pay you back for the**

19  **rest of the lease term?**

20      A.    Until there was a replacement tenant, because

21  I had a two-year lease, and I had prepaid a month -- a

22  year, and I had -- you know, I had -- I had the

23  notice -- I think I had the notice within two months or

24  three months, if I wanted to get out of the lease, and I

25  couldn't get out of the year of the prepaying.  That was

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 269

1  part of it.

2         So if I wanted to stop at the end of the first

3  year, I had to notice whatever it was, two or three

4  months.  So that's why it's my position that the 23,400

5  was applicable.

6       Q.   Okay.  Bear with me, Mr. Wilcox.  I am just

7  pulling up your answers to interrogatories --

8       A.   No problem.

9       Q.   -- so we can go through those quickly.

10            I'll share the screen.

11            Mr. Wilcox, in front of you -- let me lessen

12  it for you.

13       A.   Thank you.

14       Q.   Okay.  Your responses and objections to the

15  first set -- set of interrogatories served by your prior

16  counsel, Mr. Lubliner, and my first question is, do

17  these look familiar?

18            And I never saw a jurat page; did you ever

19  sign a sworn jurat page, which is you're swearing that

20  everything is correct to these interrogatories?

21       A.   No, because that -- I wasn't in capacity to

22  sign, because of the medication; but I'm happy to sign

23  that.  I had forgotten that I should be signing that

24  now, so I'm happy to sign it.

25       Q.   Right.  And today, looking through this again,

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 270

1 you can tell me whether you affirm that these are your

2 responses to these interrogatories?

3     A.   Yes.  Yes.

4     Q.   Okay.  And just to -- to talk about Mr. Wolf's

5 hat, in answer to question two, it talks about and

6 references a hat with -- with a "woof" on it; does that

7 refresh your recollection as to what type of hat --

8     A.   Yes.

9     Q.   -- Mr. Wolf wore?

10     A.   Yes.  It's all -- all -- it's all caps, and

11 it's blue.

12     Q.   Okay.  And, again, you weren't there the day

13 that this interaction -- alleged interaction took place,

14 correct?

15     A.   I was at the building.  I wasn't in the

16 elevator where this interaction took place.

17     Q.   Okay.  And Robyn Lawson, do you -- do you

18 believe she was a witness to the alleged incident in the

19 elevator between Ms. Luchey and Mr. Wolf?

20     A.   I think Robyn is a witness to just about

21 everything.  She's just a weird person that's in odd

22 places.  It's John's wife.

23     Q.   Right, but you don't know -- sitting here

24 today, you don't know if she was on the elevator or

25 witnessed the alleged encounter?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 271

1      A.   No.  No, I don't.

2      Q.   And how about Sabrina Benjamin, do you know if

3  she was a witness to the alleged incident with Mr. Wolf

4  and Ms. Luchey?

5      A.   She had stated to four residents at the

6  building that it happened.  So I don't know how she

7  would know factually that it happened, if she wasn't

8  there, but it's a question for her.

9      Q.   And just to be clear on the record -- I know

10 you've spent a lot of time in the tristate area,

11 shouldn't this state Stafford, Connecticut, not

12 Stanford, right?  This isn't -- we aren't in Palo Alto

13 out on the farm, correct?

14     A.   Correct.  It might be incorrect.

15          I did the best of my ability based on the

16 residents book on primary residences within La Pensee's

17 directory --

18     Q.   Okay.

19     A.   -- so if I missed something or something --

20     Q.   Yeah, but it's a type --

21     A.   -- came out wrong --

22     Q.   It's just a typographical error, correct?

23     A.   Correct, which is the same thing about one of

24 your clients, David Wolf; he was listed with two F's --

25     Q.   Correct.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 272

1      A.    -- on Sunbiz, et cetera, so obviously we

2  didn't know what his real identity was.

3      **Q.    Bear with me.**

4      A.    No problem.

5            One second, guys.  I'm just texting my -- my

6  driver.

7      **Q.    No problem.**

8      A.    He's wondering where I am.

9            Okay.  No problem.

10     **Q.    And, Mr. -- Mr. Wilcox, question seven refers**

11 **to the damages question; and in this answer, you put**

12 **1.5 million, and you talk about emotional distress and**

13 **lack of quiet enjoyment.  Is this the same as we just**

14 **discussed in terms of your damages; but I believe you**

15 **said the figure was 1.525 million is your damages that**

16 **you arranged against my clients?**

17     A.    Correct -- well, against all of the clients.

18     **Q.    Well, against all of the defendants, correct?**

19     A.    I believe that's probably a typo, as well,

20 too, which is why I wanted to read this again before I

21 signed it.

22     **Q.    Are you currently treating with any other**

23 **psychological professionals regarding your distress**

24 **claim in this case?**

25     A.    No.  I -- I've been trying to meditate.  It

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 273

1  hasn't really worked for me yet, but I'm trying it.

2          I don't really like talking to people.  It

3  doesn't really -- it's not something that works for me.

4      **Q.   When was the last time you spoke to Valerie**

5  **Manzo?**

6      A.   A few weeks ago, maybe two weeks ago, she was

7  really getting very anxious about Mr. Lubliner.

8      **Q.   Is she -- did she talk about your testimony**

9  **today?**

10     A.   Is she what now?

11     **Q.   Did she talk about your deposition today or --**

12 **or your testimony or expected testimony?**

13     A.   No.  I don't even know if she knows I'm being

14 deposed today.  She is not a party to the federal

15 action.

16     **Q.   The comment and the answer to question nine,**

17 **Mr. Wilcox, we've talked about this ad nauseam at the**

18 **beginning of the deposition, but I just want to make**

19 **sure that the Lawson commentary about Mr. Wolf, and**

20 **saying that "I know, he's just old, what do you want me**

21 **to do," who was present besides you and -- and Ms.**

22 **Luchey?  Anyone else hear that comment by Mr. Lawson?**

23     A.   I don't think so.  It was right in front of

24 the lobby entrance doors where there is cameras,

25 audio/video.  I could even narrow it down to like a few

Page 274

1  days, if I really thought about it, but I just put --

2  you know, I don't recall the exact date --

3      **Q.    Do you know --**

4      A.    -- but it was around --

5      **Q.    Okay.  Sorry to cut you off.**

6      A.    No problem.

7            I was --

8      **Q.    Do you know if -- do you know if the**

9  **association has audio and video capability; and if so,**

10 **when did that start?**

11     A.    I think they've had it for a while.  They like

12 to put up hidden cameras, too, all over the place.

13 There is some in the -- in the stairwell exits they've

14 installed some sort of guided antennas on it.  It's

15 looks like a 5G (phonetic) show outside; and, you know,

16 they had a camera in that lobby, even before they

17 upgraded their security system, which would pick all of

18 that up when I moved in, which was active running to

19 John Lawson.

20            Now they have a more sophisticated -- I don't

21 know if there is 20 cameras or whatever.  My

22 understanding is they all have audio/video on them, you

23 know.

24     **Q.    And you believe they had audio/video back in**

25 **January of 2021 or February 2021?**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 275

1     A.   At that area, I know they did.  So when you

2 come to this place, like I said, there is like two per

3 side, right, and it goes six floors, so 24 units, and

4 there is a garage on either side of the elevator, and

5 the lobby is in the middle.  And on the south side,

6 where the main lobby entrance doors are, there is a

7 camera pointed directly at you.

8          Do you want to ask me about number eleven?

9 Ms. Burnett?

10    **Q.   Yeah, I was just going to say, what evidence**

11 **do you have that Mr. Wolf was a part of the alleged**

12 **fraudulent lease creation?**

13    A.   So we've got the emails that were turned over

14 in discovery so Ms. Burnett was able to protect herself

15 and show that if anyone defrauded anyone, "it was my

16 clients, not me," and she wrote it in her protective

17 order, or her attorney did, as well; and that shows

18 this -- this lease, which we've sent over to

19 Ms. McFadden's attorneys, where she says, I was just

20 sent this, look at these differences.

21          And it goes to Laurie, and Laurie sends this

22 to Mr. Wolf, and he says, paraphrasing:  I'm super smart

23 and know all this about the law, and this amounts to

24 fraud, and this Val Manzo will be disbarred, blah, blah,

25 blah, because they tricked him, is my understanding.

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 276

```
 1              I would feel pretty --
 2      Q.   So you were -- you were -- you were
 3 paraphrasing the email string exchange and supposing
 4 that Mr. Wolf went along with this discussion of this
 5 creation of a false lease that you've concluded was
 6 created by the association?
 7      A.   Well, yeah, it looks like -- if you just
 8 logically process everything, it looks like Mary
 9 McFadden and Laurie Marchel did this, and then they
10 tricked other people right in the beginning until
11 everyone found out, and the primary person they targeted
12 to trick was Mr. Wolf, because he responds with this
13 whole thing that:  I've been in lots of litigation, and
14 these people, we've got to do more background checks on
15 them, they are committing fraud.
16              It's like, why would -- why would anyone do
17 that?  I don't know.
18              He -- you know, he would feel pretty stupid
19 after the fact, I guess, you know, you are all in it
20 together, for sure.
21      Q.   Yeah, I was just going to ask you about 17.  I
22 know this has been testified to before in this case.
23              Did you know the two same-sex couple females
24 that rented Ms. Manzo's unit prior to you moving in?
25      A.   No, not prior.
```

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 277

1       Q.   Okay.  And you've had no discussions with them

2   regarding their experience at the association, correct?

3       A.   I have not.

4            Mr. Todd Davis was calling them, end of last

5   year, beginning of this year -- Ms. Manzo testified to

6   it -- about trying to get a copy of their lease and all

7   these things, and they found it very bizarre.  So they

8   both called Ms. Manzo.

9            Then Ms. Manzo was scared to say, because

10  their personal choice, if they were lesbians, never

11  asked, but she assumed; and they just told her:  Yes, we

12  are a same-sex couple, and John Lawson, these people,

13  are assholes, is what was relayed to us and testified to

14  under oath.

15       Q.   Right, but you've never had direct

16  conversations with these two women about their --

17       A.   No.

18       Q.   -- experience at the association, correct?

19       A.   I couldn't even tell you their names.

20       Q.   Okay.  And you -- now that you reviewed this,

21  other than a few typos, is this your answers to

22  interrogatories that you're going to verify under oath?

23       A.   I need to verify under oath, yes, sir.  So

24  I'll need to reread it all, when I'm not very tired --

25       Q.   Okay.

Page 278

1      A.   -- make -- correct the typos; but, generally,

2  I would say it would have been accurate, but I was under

3  heavy medication, as you've seen it, so I wanted to sign

4  it when I had the capability of signing it.

5           MR. MARCHESE:  Okay.  And I'd like -- Madam

6      Court Reporter, if you could mark this exhibit as

7      whatever we are up to, Defendant's 13 or 14; I

8      don't know which one we are up to.  I would

9      appreciate that.

10          COURT REPORTER:  I believe it's 15.

11          (The referred-to document was identified as

12      Defendant's Exhibit No. 15.)

13          THE WITNESS:  Mr. --

14          MR. MARCHESE:  Okay.

15          THE WITNESS:  Mr. Marchese, how much longer do

16      you expect to go, just so I can --

17          MR. MARCHESE:  Yeah, it's 5 o'clock.  I was

18      going to tell you, I'm going to review my notes and

19      then --

20          THE WITNESS:  We are done?  Okay.

21          MR. MARCHESE:  -- I'm back and have five

22      minutes or ten minutes, max.

23          And I don't know if, David, you have any

24      followup, so we will have to figure it out.  Okay?

25          So give me minute.  You can -- you can text

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 279

```
1        your driver, while I'm looking at this, to ask you
2        the final questions.
3              THE WITNESS:  Okay.  Thank you.
4              MR. ISRAEL:  As of now, I don't have anything
5        further at this point.
6              MR. STARKS:  I might have just like one or two
7        questions, Andrew.
8              MR. MARCHESE:  Okay.  No problem, Mike.  No
9        problem.
10              Okay.  Whenever you guys are ready.
11              THE WITNESS:  One second, I'm just going to
12        use the restroom.
13              MR. MARCHESE:  Okay.  Go ahead.
14              VIDEOGRAPHER:  Should we go off, since he is
15        running to the restroom?
16              MR. MARCHESE:  Yeah, you might as well go off
17        for two.
18              VIDEOGRAPHER:  All right.  Off the record,
19        5:01.
20                   (Whereupon, a recess was had.)
21              VIDEOGRAPHER:  Back on the record, 5:03.
22   BY MR. MARCHESE:
23        Q.   Okay.  Mr. Wilcox, just a couple brief
24   additional questions, you had indicated that Steve
25   Sapletal, and I believe you said Laurie Marchel and John
```

United Reporting, Inc.
(954) 525-2221

Page 280

1  **Rahal and Ms. Kraver, all have more than one animal,**

2  **correct?**

3       A.   Correct.

4       **Q.   Do you know if the association -- what do**

5  **you -- what is your understanding of the association's**

6  **rules on the number of pets per unit?**

7       A.   Non-emotional support animals, non-service

8  animals, you're allowed one pet.  They've changed the

9  rules a couple of times over the years.  My

10 understanding is that it is just now one pet, and there

11 is not a weight limit.

12            Previously, they had two pets, and it included

13 goldfish, and there was a weight limit up to 20 pounds,

14 and that's for pets.

15            Sapletal is in 40 -- 503.  He has like a

16 100-pound sheep dog, as Todd Davis testified to, and

17 then another dog that's pretty substantial.

18            Ms. Kraver has one or two cats and like, at

19 any given time, three or four dogs, given -- I think one

20 of her daughters moved out.  Her daughter had one of the

21 dogs, et cetera.

22            And Rahal and Marchel have two dogs that are

23 just awful.  They are called Colt and Luger (phonetic),

24 and they are like a -- I think the type of breed they

25 are is that Australian like herding dog or something.

Page 281

1  They -- they are funky looking, and they are -- they are

2  pretty sizeable, and they have them both residing in --

3  in 302, and -- until this litigation really got serious,

4  they don't bring them as often anymore, but they were

5  just -- they were the constant noise-maker offenders in

6  the property.

7           Then there is other people with big dogs, like

8  Bob Rosati's son brought a really big golden retriever

9  for two weeks over Christmas.  The association's rules

10 have never changed on guests bringing pets.  That's not

11 allowed.  That includes family members, et cetera, and

12 other people.  So it's obviously selective enforcement.

13      **Q.   In terms of Rahal/Marchel's dogs, they own two**

14 **units, so wouldn't they fit within the one-pet-per-unit**

15 **rule?**

16      A.   Well, if they fit in the one pet, they are

17 over 20 pounds, and they both have them in 302; they

18 don't separate them, and we have all the video footage

19 that I sent you guys already --

20      **Q.   Right.**

21      A.   -- so you can't just say you have two, but the

22 rule is per unit.

23      **Q.   And are you saying that Sapletal isn't**

24 **grandfathered in because the rules changed and he might**

25 **have been allowed, because the old rule was different**

United Reporting, Inc.
(954) 525-2221

Page 282

1  **than the new rule?**

2      A.   Yeah, I mean, the rule -- they move the rules

3  around, right, to fit what they want to do what, which

4  is what I've understood, because that pet rule has

5  changed quite a bit.  You know, it's my understanding,

6  from Todd Davis in his deposition, it's not a service

7  animal, it's not an emotional support animal, and wasn't

8  when he came on the property, and he has got two, and

9  they reside.

10          And then there is numerous other people that

11 have -- you know, I think Todd listed most of them all,

12 and it was interesting, you know, for all these

13 allegations of two dogs and things, Mr. Davis, who is

14 there 24 hours a day, seven days a week, watching

15 cameras -- I'm exaggerating, but he is literally there

16 six days a week, from like 8 a.m. to 6; and, you know,

17 he knew that, you know, Zeus is a service animal, and he

18 didn't even -- he didn't even describe Zeus in the pet

19 category.

20          So -- and it would be my position, what you're

21 getting at, or your client, that if they want to

22 classify Nyx as a pet, I would fall into the pet

23 category if I have to take responsibility for her on

24 behalf of Ms. Luchey.

25      **Q.   Okay.  And you don't know yet if that's going**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 283

1  to happen -- happen, or you are waiting to see if that's

2  going to happen?

3      A.   Yeah, correct.

4      Q.   Okay.  And you had indicated before about the

5  vomit incident, we'll call it, that in your unit was a

6  person that your -- a co-employee, Mr. Barbado, who was

7  in town.  How did -- how did the name "Mark McFadden"

8  come about?  How did he become part of the association's

9  lawsuit, to your knowledge?

10     A.   I don't know.  I would really like to know

11 that from one of your clients.  I have a --

12     Q.   Do you have -- do you have any friends named

13 "Mark McFadden"?

14     A.   No, but we have a videotape of a Ring doorbell

15 sent by Laurie Marchel when they said, Here is one of

16 them being served.

17          And they said, Is that Mark McFadden?

18          And they said -- Laurie says, I don't know,

19 but probably so.

20          And that's one of my other business partners

21 in the video.  That's Tim Foley.  He -- he literally

22 runs my trading crew.

23          I am like, where did -- all you had to do is

24 go on our website and look at a picture in the thing.  I

25 mean, they just -- they caused enough confusion to cost

Page 284

1  a lot of money.

2      Q.   So you never had anybody staying in your unit,

3  visiting, coming to a party, by the name of Mark

4  McFadden?

5      A.   Ever.  I don't know any Mark McFadden.

6      Q.   Okay.

7      A.   And it's interesting, Marchese -- Mr.

8  Marchese, that when we stated we don't know who they are

9  talking about, and on the second amended complaint by

10 Ms. Burnett, she dropped them, her process server also

11 never served anyone, just lied about it in court again,

12 and they just dropped them off the lawsuit, I mean the

13 fictitious person.

14     Q.   Right.  In the -- Mr. Israel's examination, he

15 had marked an exhibit, which is the police report of the

16 incident between yourself and Andrew Luchey, Junior, and

17 the description called -- identified, specifically, a

18 Desert Eagle pistol.  Is that what Mr. Luchey used --

19     A.   Yes.

20     Q.   -- from your perspective that night?

21     A.   Yeah, and I know whose it is, too.  It's one

22 of his mistress's late husband's, Tommy Ford, from the

23 television show Martin, Martin Lawrence.

24     Q.   Okay.  So is it your testimony -- because the

25 police report said that Mr. Luchey denied owning a

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 285

1 **Desert Eagle pistol.**

2      A.   Correct, it's -- he just lied.  That pistol

3 was right there, pointing straight at me; and it's

4 Ms. -- Ms. Gina Ford, if you want to call her to trial

5 or whatever.  It's her gun, because it was her

6 husband's.  She took it from him.  It's one of his

7 mistresses.

8      **Q.   And at this point, are you still in contact**

9 **with Ms. Luchey or her family in any way, shape, or**

10 **form?**

11      A.   Not her family.  I only have contact with her.

12      **Q.   Okay.**

13      A.   She wants, obviously, to --

14      **Q.   What are you in contact with her about?**

15      A.   Just life, you know, we didn't really have an

16 incident.  I just told her she couldn't be, you know,

17 around anymore after, you know, doing something.

18           You know, she signed in a settlement

19 agreement, you know, like the attorney's fees would be

20 borne on her side; she didn't pay any attorney's fees.

21 She didn't have any money, you know.

22           She -- it's just I don't find it right, and so

23 when I don't think something is right, I generally

24 change it, so I changed it.

25      **Q.   And you are not aware of the settlement terms**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 286

1  Ms. Luchey agreed to with the association, Mr. Wolf, or

2  any of -- either of Mr. Israel's clients, are you?

3      A.   Am I aware of what's been signed?

4      Q.   **Yeah, are you aware of what the terms are?**

5      A.   I've got an idea.  I've not seen them, but

6  I've got an idea.

7      Q.   **Okay.  And where did you get that idea from?**

8      A.   Ms. Luchey, I guess.

9          MR. MARCHESE:  Okay.  Okay.  At this point, I

10         have no further questions.  I'll turn it over to

11         Mr. Starks or Mr. Israel to see if they have any

12         further questions, and I appreciate your -- your

13         staying through all this, Mr. Wilcox, and getting

14         through this long day.

15         MR. ISRAEL:  I have no questions.  I'll let

16         Mr. Starks ask whatever he needs to.

17         MR. STARKS:  Very, very few.

18              CROSS-EXAMINATION

19  BY MR. STARKS:

20     Q.   **Mr. Wilcox, Mike Starks with Liebler,**

21  **Gonzalez & Portuondo for MAC Residential.**

22          **You mentioned that you had paid, I think --**

23  **correct me if I'm wrong, but you had paid $200,000 in**

24  **attorney's fees; is that correct, something like that?**

25     A.   Just -- just under that, yeah, not the exact

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 287

1  number, because --

2      **Q.   Just under that.**

3      A.   -- I'm still -- I'm still reconciling.

4          Mr. Lubliner had a pretty significant billing

5  discrepancy, and then I'm having to reconcile a few

6  other things before.  He claims I owe him a little more

7  money after I fired him, so --

8      **Q.   Do -- do you know --**

9      A.   -- the amount I paid --

10     **Q.   Go ahead.   No, do you know -- sorry, go ahead.**

11     A.   The amount, you know, I paid, and then

12  Mr. Tygar's firm and himself and the balance that I

13  believe will be totaled, and in addition, is just shy of

14  200,000.  It's not much that's left.

15         I think it's like -- he claims there was

16  $12,000 more of billing, you know, and I've already paid

17  like 175, so you add that, like 187 and everything,

18  so --

19     **Q.   Was --**

20     A.   -- somewhere about there.

21     **Q.   Was your contract with Mr. Lubliner in any**

22  **way, shape, or form a contingency fee contract?**

23     A.   No.

24     **Q.   Okay.  Hold on one second.**

25         **So -- okay.  So I'm looking at your website**

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 288

1  here.  Evolution, dash, Metals.com.  It's got a few

2  people.

3          I think you mentioned a Tim Foley; he's your

4  chief marketing officer?

5      A.   Yeah, he's the head of trading.  He's the guy

6  in the video that Laurie Marchel, when you review those

7  emails that say, "Oh, we've got one now; the process

8  server is coming through," and this and that, and there

9  is a guy standing there with a mask on at the elevator,

10 that's him.

11     Q.   Okay.  So he lives in West Palm Beach?

12     A.   He lives in -- I guess his new house is in

13 Palm Beach Gardens; is that considered West Palm?

14     Q.   Joe -- Joe --

15     A.   Yeah, it's --

16     Q.   -- Barbado, he lives -- go ahead.

17     A.   Tim is -- was -- he moved recently, and it's

18 in Gardens.  I don't -- I don't know Florida well

19 enough; I don't know if that's still considered West

20 Palm or if it's Palm Beach Gardens.

21     Q.   But he's in -- he's in South Florida?  He's in

22 South Florida?

23     A.   He's in South Florida, correct.

24     Q.   And then Joe Barbado, you mentioned he was

25 staying with you when -- when -- what you described as

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 289

1  "vomit-gate"; do you remember that?

2       A.   Correct.

3       Q.   And he was in the room during that incident?

4       A.   Correct, during the three people coming, yep.

5       Q.   Does he live in New York?

6       A.   He does, yeah.

7       Q.   Okay.  Has Mr. Foley ever stayed with you in

8  your La Pensee apartment?

9       A.   No, no.

10      Q.   Okay.  What about Greg Smith, where does he

11 reside?

12      A.   Primarily Guatemala.

13      Q.   Okay.  And those four people, are those --

14 they're described as the leadership of the company,

15 right?  Those are -- you and those three -- those three

16 persons are the leadership?

17      A.   Yeah, that's -- that's core management,

18 Mr. Starks.

19      Q.   Okay.  And then on the senior advisors, there

20 is Ambassador Hans H. Hertell?

21      A.   Correct.

22      Q.   Does -- does he reside in South Florida?

23      A.   Puerto Rico.

24      Q.   Okay.  What about Mark Matthews, where does he

25 reside?

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 290

1      A.    New Jersey.

2      **Q.    And then Andrew F. Knaggs, where does he**

3 **reside?**

4      A.    Washington, D -- well, sorry, Virginia.

5      **Q.    Okay.  And then Arthur Bernstein, where does**

6 **he reside?**

7      A.    In Gardens, Florida.

8      **Q.    Okay.  The -- the description on the website**

9 **says that Evolution Metals Corp. (EMC) is a mining,**

10 **refining and specialty chemicals company.**

11           **Does Evolution Metals own any mines?**

12     A.    You would have to -- so the way we have our

13 structure, the Florida entity does not own anything, so

14 my answer to would be no.

15     **Q.    Okay.**

16     A.    It's not set up that way.  It's set up as a

17 consulting vehicle.

18     **Q.    I see.**

19           **It say it's a mining, refining and specialty**

20 **chemicals company, so can you -- how does it operate in**

21 **the mining field?**

22     A.    Cobalt, nickel, and lithium, predominantly;

23 Cobalt out of DRC, Zambia; nickel, really all over the

24 world, not -- not very much of that going on right now,

25 we do have a pretty substantial project in the Solomon

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 291

1  Islands, but lots of political nonsense going on there;

2  and then lithium, Argentina, Chile, and we attempted to

3  do something in Quebec, but we didn't get the right

4  price on it.

5      Q.   Okay.  Is your -- strike that.

6           Are you paying Mr. Tygar in the same way that

7  you -- your relationship operated with Mr. Lubliner?  In

8  other words, is it out of pocket or is it contingency?

9      A.   Out-of-pocket, not contingency.

10          MR. STARKS:  Okay.  Okay.  I don't have any

11      other questions.

12          MR. MARCHESE:  David, do you have anymore?

13          Okay.  All right.

14          MR. ISRAEL:  No questions.

15          MR. MARCHESE:  Okay.

16          MR. TYGAR:  Just for the record, we will read.

17          We are not ordering at this time; and as long

18      as I have all of you here today, I don't know if

19      you've got my email earlier --

20          VIDEOGRAPHER:  Okay.  Let me -- let me -- let

21      me go off the record.

22          We are off the video record.  It's 5:18.

23       (Remote Deposition concluded at 5:18 p.m.)

24

25

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 292

1              AND FURTHER DEPONENT SAYETH NAUGHT

2

3          _____
               SIGNATURE OF WITNESS

4

5

6

7  STATE OF FLORIDA
   BROWARD COUNTY

8

        SUBSCRIBED AND SWORN to before me this _____
9  day of _____, 2022, at Broward County,
   Florida.

10

11

12

13

        _____
14      Notary Public, State of Florida at Large
        Commission No:
15      My Commission Expires:

16

17

18

19

20

21

22

23

24

25

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 293

1                    CERTIFICATE OF OATH

2

3  STATE OF FLORIDA

4  COUNTY OF BROWARD

5

6        I, Emily Scott, shorthand reporter and Notary

7  Public, State of Florida certify that William David

8  Wilcox, Jr., personally appeared remotely before me via

9  Zoom on the 8th of August, 2022, and was duly sworn.

10

11

12

13

14  _____

15  EMILY SCOTT, Shorthand Reporter and
    Notary Public, State of Florida at Large
16  Commission No.: GG 938926
    My commission expires: December 14, 2023
17

18

19

20

21

22

23

24

25

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

Page 294

1                   C E R T I F I C A T E

2

3

4          I, EMILY SCOTT, Shorthand Reporter and Notary

5    Public in and for the State of Florida at Large, do

6    hereby certify that I was authorized to and did

7    stenographically report the remote deposition of William

8    David Wilcox, Jr.,; that the foregoing testimony was

9    taken before me; that the witness was duly sworn by me;

10   that a review of the transcript was requested; and that

11   the foregoing transcript, pages 1 through 294, is a true

12   record of the testimony given by said witness.

13          I further certify that I am not a relative,

14   employee or attorney or counsel of any of the parties,

15   nor am I a relative or employee of any of the parties'

16   counsel connected with the action, nor am I financially

17   interested in the action.

18          Dated this 12th day of August, 2022, at Broward

19   County, Florida.

20

21

22   _____
         EMILY SCOTT, Shorthand Reporter and
23       Notary Public, State of Florida at Large
         Commission No.: GG 938926
24       My commission expires: December 14, 2023

25

United Reporting, Inc.
(954) 525-2221

Page 295

```
 1                    ERRATA SHEET
        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
 2              IN RE:  Wilcox v. La Pensee
              CASE NO.:  9:21-CV-81565-DMM
 3          WITNESS:  William David Wilcox, Jr.,
                 TAKEN:  8/8/2022
 4
    PAGE/LINE          CHANGE          REASON FOR CHANGE
 5  _____

 6  _____

 7  _____

 8  _____

 9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated in it
20  are true.

21

22
    _____
23

24  William David Wilcox, Jr.,          Date:_____

25
```

United Reporting, Inc.
(954) 525-2221

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                  WEST PALM BEACH DIVISION

 3              CASE No.: 9:21-CV-81565-DMM

 4    _____
      WILLIAM DAVID WILCOX JR. a/k/a DAVID WILCOX, an
 5    individual, and MEGAN DANIELLE LUCHEY, an individual,

 6            Plaintiffs,

 7    v.

 8    LA PENSEE CONDOMINIUM ASSOCIATION, INC., a Florida
      Not-For-Profit Corporation; MARY MCFADDEN, an
 9    individual; MAC RESIDENTIAL MANAGEMENT SERVICES, LLC, a
      Florida Limited Liability Company; and DAVID WOLFF a/k/a
10    DAVID WOLF, an individual,

11            Defendants.
      _____
12

13        To:  WILLIAM DAVID WILCOX, JR.,
             c/o  NEIL TYGAR, ESQ.
14               5341 W. Atlantic Ave., Ste. 303
                 Delray Beach, FL 33484
15               ntygar@me.com

16               Your deposition taken in the above
             entitled cause is now ready for signature.
17           Please contact this office and arrange to sign
             same; or if you wish to waive the signing of the
18           deposition, please so advise.
                 If this deposition has not been signed
19           by September 14, 2022, we shall consider your
             signature waived.
20
                 UNITED REPORTING, INC.
21               1218 SE 3rd Avenue
                 Fort Lauderdale, Florida, 33301
22               Transcripts@UnitedReporting.net
                 (954) 525-2221
23

24

25           _____
             EMILY SCOTT, Shorthand Reporter
             EMILY SCOTT, Shorthand Reporter
```

United Reporting, Inc.
(954) 525-2221

d215fdf0-fedb-4d57-a9e8-708e86b2b0c8

**A**

**A-P-A-C-H-E** 78:10
**a.m** 1:19 282:16
**a/k/a** 1:4,9 296:4,9
**ability** 170:9 247:21
   260:3 261:6 264:18
   271:15
**able** 28:20 71:19
   86:16,16 91:8
   114:13 120:22
   122:5 130:11,12
   145:11 150:24
   152:15 154:14
   165:18 167:22
   171:2 209:2 224:21
   244:10 247:22
   251:10 259:22
   275:14
**abroad** 76:25 77:21
   90:14
**absolutely** 45:13 75:5
   88:3,14 91:10
   111:22 123:11
   127:8 147:20
   158:14 228:19,25
**abuse** 121:41 187:1,8
**abused** 162:1,6
**abusive** 141:10
   143:11
**acceptable** 231:4
**accepting** 58:7
**access** 9:2 19:13 89:7
   151:25 171:4 215:8
   266:19
**accommodation**
   63:12
**account** 123:19
   155:21
**accountants** 123:1
**accounts** 15:6 122:25
   123:18 266:11,19
**accurate** 39:19 80:20
   95:2 97:23 98:21
   140:1,1,2 142:13
   146:9 154:17,18
   159:3 187:16
   198:15 204:5,6,13
   204:24 205:7
   216:11 278:2
**accuse** 107:9,20
**accused** 98:6 112:25

126:21
**ACL** 170:17
**acquaint** 68:5
**acquaintance** 36:21
   257:17
**acquaintances**
   258:17
**act** 16:5 71:20 92:12
   105:19 178:15
   244:14
**acted** 44:14 56:3
   57:11
**acting** 19:21 46:3
   47:10,14 48:19 74:3
   74:6 254:13
**action** 3:3 6:21 39:7
   39:21,22 40:19 41:3
   41:4,12,14,21 43:12
   74:11 135:14
   136:10,13 265:5
   273:15 294:16,17
**actions** 45:24 61:19
   125:24 137:20,21
   137:22 254:6
**active** 10:23,24,25
   274:18
**acts** 43:20
**actual** 37:16 150:13
**ad** 193:7 273:17
**ADA** 64:1 261:6,8
**add** 239:2 287:17
**added** 223:1
**addicted** 222:7
**addiction** 155:22
   156:2
**addition** 287:13
**additional** 9:18 71:6
   279:24
**address** 22:7,9,10,10
   22:11,12 23:12,16
   38:12 103:3 148:4,6
   148:9,13,19 149:5,9
   149:11,19 150:6
   154:24 187:18
   188:2
**addressed** 68:3
**adequately** 248:17
**adjudicated** 262:18
**adjudication** 262:5
**adjust** 66:3 189:20
**adjustment** 36:25

**administrative** 40:11
   40:20 41:2,11,24
   42:2,3,8,11
**administratively** 41:5
   227:9
**admit** 62:9
**admits** 161:3
**admitted** 48:14 50:13
   50:15,15,20 62:12
   128:19
**advance** 28:15
**advice** 256:6 263:15
**advise** 296:18
**advised** 70:18
**advising** 41:9,20
**advisors** 289:19
**affidavit** 5:15 147:11
   147:19 148:24
**affiliated** 57:13
**affirm** 6:24 270:1
**Africa** 18:10,21 76:2
   77:5,6,8,9,14,15
   168:3 189:17 251:4
**African** 56:4,5,12,22
   94:17 103:18 125:8
   126:7 127:15,25
   162:13 238:21,21
   239:1,14
**African-American**
   228:11,13 237:21
**AG** 15:24
**age** 260:25
**agencies** 42:15
**agency** 41:25 42:3
**agent** 31:13 44:11,13
   45:7 46:3,3 51:24
   138:25
**agents** 14:3 51:22
**aggressive** 106:22
**agitating** 127:23
   130:9
**ago** 57:17 82:18,21
   83:10 86:18 92:17
   103:24 126:11,12
   141:6,6 152:16
   163:23 170:16,17
   175:1 204:18
   215:11 224:25
   226:4 227:6 273:6,6
**agree** 30:11,15
   147:24 225:13

226:8 252:1 261:12
   262:2,19 267:21
**agreed** 26:5 28:25,25
   145:6,13,21 159:20
   286:1
**agreement** 25:12
   29:17 159:16
   176:23,24 230:21
   285:19
**agreements** 48:13
**ahead** 28:23 42:10
   49:25 50:2 53:21,23
   53:23 62:8,8 106:18
   118:25 119:2,2
   141:22,24,24
   153:17 169:4,8
   193:4 211:2 212:24
   215:18 234:1 264:6
   268:3 279:13
   287:10,10 288:16
**ahold** 52:16
**ain't** 258:8,9
**Aires** 165:8
**ajmarchese@mdw...**
   2:22
**alcohol** 144:10,13
   183:5,8,13,14
   186:25 187:7
   200:25 201:10,16
   210:9,10
**alert** 59:19,22 61:11
**all-dancing** 266:9
**all-singing** 266:9
**allegation** 94:24
   107:14,15,23 247:5
   257:20
**allegations** 43:16
   95:7 181:17 262:17
   282:13
**allege** 107:18 132:9
   132:17
**alleged** 97:23,25 98:3
   105:17 106:3
   111:18 112:13
   114:3,7 125:23
   162:9 239:24 244:3
   270:13,18,25 271:3
   275:11
**allegedly** 82:9 94:19
   96:7,13 97:7,11,16
   98:7 104:5,25

107:10 113:1 114:5
   127:4 132:10 135:3
   162:7
**allergic** 165:2 202:20
**allocated** 264:10
**allow** 118:9 140:20
   140:25 249:25
**allowed** 81:8 82:3,4
   101:2,8 114:10,10
   159:5 252:8 260:5
   260:19 280:8
   281:11,25
**allowing** 114:4
   124:23
**alluded** 51:9 214:23
   236:19
**alphabetical** 234:10
**alprazolam** 189:12
   192:23 205:9
   221:13
**altercation** 153:19
**Alto** 271:12
**altogether** 213:24
**Ambassador** 289:20
**amend** 40:8
**amended** 5:5 39:6,20
   39:25 40:4,8 53:8
   53:14 95:14 112:22
   113:9,13 257:15
   266:2 284:9
**amending** 250:23
**amendment** 28:7
   104:18
**America** 123:20
   165:13
**American** 21:17 56:4
   56:5,12,22 94:17
   103:18 125:8 126:7
   127:15,25 162:13
   238:21,21 239:1,14
**amount** 36:13 134:10
   135:25 159:24
   212:17 254:24
   255:15 287:9,11
**amounts** 134:17
   275:23
**analysis** 251:13
**and/or** 47:19,25
   136:12 138:10
   139:6,8 169:17,19
   211:12

**Andraos** 234:11,22 235:17 245:19
**Andrew** 2:17,22 3:6 6:12,17,19 25:6 143:16 153:20 157:24 159:25 175:18 224:17 279:7 284:16 290:2
**andrew.simon@csk...** 3:6
**anesthesia** 166:24 167:3 196:8 199:1 208:24 209:10
**animal** 5:6 29:6 54:3 54:5,6,7 55:1,6,8,9 55:10 56:3 59:5 63:12,22 67:2,2 70:3 71:5,7 79:6,20 81:12 83:14,24 87:11 101:9,11 102:5 127:14 162:14,16,19 231:6 231:6 238:22 239:2 239:6 246:23 247:2 259:23,24 260:14 261:9,11,19,19 280:1 282:7,7,17
**animals** 59:7 72:6 101:4,5,6,22,22 260:9,9 280:7,8
**animus** 235:17 237:10
**Ann** 236:25
**Anshu** 19:3
**answer** 8:6 10:11 32:16 33:9,14 37:2 40:16,25 41:1 42:9 45:21 47:16 57:16 58:9,11 60:16,19 75:4 115:17 116:8 116:11,14 118:10 128:16 161:23 163:17 182:10 208:18 246:22 270:5 272:11 273:16 290:14
**answered** 36:22 91:18 118:2 120:17 249:9
**answering** 118:24
**answers** 5:12,17 8:2

133:24 224:21 269:7 277:21
**antennas** 274:14
**antibodies** 164:20
**anticipated** 134:16
**antique** 126:17
**anxiety** 177:21 178:1 179:13 180:1 181:7 181:8 186:21 189:10,11 192:18 192:19,22 193:16 193:19
**anxious** 273:7
**anybody** 24:7 25:6 68:21 82:1 162:3 229:18 284:2
**anymore** 12:7 81:9 137:7 156:5 160:10 226:21 227:8,14 238:11,13 245:22 249:21 251:19 260:4 281:4 285:17 291:12
**anyways** 73:13 109:4 263:22
**Apache** 77:24 78:10
**apartment** 103:20 105:3 110:3 111:11 187:19,23 188:19 289:8
**apologies** 69:6 99:16
**apologize** 62:8 79:19 156:14
**apologized** 234:23
**apparently** 109:16 172:5
**appealed** 259:2
**appear** 172:11
**appearance** 231:18
**APPEARANCES** 2:1 3:1
**appeared** 177:21 186:12 231:19 293:8
**appearing** 224:13
**appears** 60:6
**applicable** 68:17 269:5
**application** 53:11 63:22 64:19 231:6,7 260:22

**applications** 125:7
**applied** 260:21
**appointment** 165:22 200:1
**appointments** 189:7 220:10
**appreciate** 278:9 286:12
**approval** 28:18 55:22 71:3 73:18 74:14 82:12,13 89:19 91:9 91:12,15 121:4
**approve** 71:7 130:15 259:23
**approved** 28:24 54:3 54:5,5,18 55:6 73:13 74:15 82:9 90:25 91:3,7 101:11 260:23 261:9,20,20 264:10
**approves** 195:4
**approving** 29:2
**approximately** 102:24 103:24 114:14 163:22 247:12
**April** 64:3 140:9,10 203:20
**area** 78:19 106:2 119:5 121:9 157:10 166:1 177:23 190:20 227:4 271:10 275:1
**areas** 19:12 28:16 120:23 122:7 195:6 232:14
**Argentina** 164:16 184:19 203:25 291:2
**argument** 156:19,25 157:2,12
**arguments** 140:8 153:5
**arm** 167:17 184:5,22 204:3
**arraigned** 146:4,5
**arrange** 90:7 296:17
**arranged** 173:21 249:16 272:16
**arrangement** 45:4
**arrest** 5:15 145:23

147:11 150:10 151:10 158:6 167:2 198:8 208:23
**arrested** 144:9,12 146:4 150:23
**arresting** 150:13
**arrival** 103:19
**arrive** 57:19
**arrived** 105:3 250:5 253:8
**arthritis** 227:7
**arthroplasty** 203:3 203:14 208:8
**Arthur** 290:5
**articulate** 255:5,22 267:4
**articulated** 258:10
**ashamed** 238:3
**Asia** 189:17
**asked** 33:10,12 64:11 68:12 72:10 76:2 90:10 99:6 103:22 106:7 109:1 120:17 124:16 126:18 134:2 145:5,8 169:25 170:4,14,25 175:4 201:13 212:14 226:19 243:12,13 245:19 246:20 248:8,10 251:20 253:22 254:2 261:16 262:3 267:24 277:11
**asking** 32:11 33:13 36:17,18 37:24 41:1 42:7,8 44:23 63:3,5 71:6 75:18 96:18 101:14 114:22 115:7,8,21,23 116:6 116:7 120:7,8 122:11 128:10 135:17,24 163:18 197:11 206:12 213:1 218:7 257:14
**asks** 25:6
**Aspen** 72:1
**aspirin** 26:25 215:7,8
**asserted** 56:6,6,7
**assessment** 223:3 244:18 264:8,9
**asset** 19:15 247:23

248:3
**assholes** 277:13
**assigned** 88:25
**assignment** 18:1
**assist** 51:5
**assistance** 80:1
**assists** 61:18
**associated** 61:5 218:21
**Associates** 2:9 159:22
**associating** 75:23
**association** 1:8 2:19 6:13 29:2 31:4 32:1 32:24 33:5,13,17,21 34:6,9,13 42:13,21 44:1 45:5 46:2,4,8 46:11,12,18 47:4,19 47:23 49:12 50:15 51:6 53:8 56:2 57:11 63:11,14 64:22 68:19 70:19 71:13 73:1,7 74:2 81:4 82:10 88:12 94:9 100:23 101:1 103:4 109:22 117:7 122:18 123:10,18 135:4 136:17,20 137:4,19 139:1,8 159:15 160:12 161:20 162:11 163:2 173:10,13,19 174:15,16 177:17 180:2 221:8 230:25 231:4 232:3,6,13 236:3 238:24 239:8 246:21 250:13 260:1 261:10 262:5 262:11 263:3,23 264:12,23 266:8,25 267:5 268:16 274:9 276:6 277:2,18 280:4 286:1 296:8
**association's** 43:20 139:2 231:12 249:25 254:10 259:22 280:5 281:9 283:8
**assume** 47:10 83:21 110:23 138:1,18
**assumed** 277:11
**assuming** 138:20

assure 124:23
Atlantic 2:4 296:14
attached 27:24 70:2
    136:2
attack 101:20 126:6
    138:15 179:13
    216:3 260:17
attacked 114:5
attacking 128:21
    129:11,11,12
attacks 125:1
attempt 51:11
attempted 32:4 52:23
    101:20 163:4
    170:10 291:2
attempting 73:17
    138:14 162:1 163:7
    267:18
attend 233:7
attended 172:19
attention 204:9
attitude 176:13 177:3
attorney 57:15 73:17
    136:4 160:24
    161:10 259:11,21
    260:2 275:17
    294:14
attorney's 134:16,17
    254:21 255:19
    257:1 264:11
    285:19,20 286:24
attorneys 150:12
    260:4 275:19
attorneys' 136:8
audibly 8:3
audio 106:9 156:9
    274:9
audio-recording
    120:3
audio/video 273:25
    274:22,24
August 1:19 6:4
    14:21,21 15:11 64:9
    64:10 190:16
    255:23 293:9
    294:18
Australian 280:25
authentic 222:19
authority 100:22
authorization 100:22
authorized 44:10

81:5,16,19,20 294:6
authorizing 240:21
automatically 45:16
available 137:17
Ave 2:4 296:14
Avenue 1:24 296:21
avoid 240:7
aware 11:12 31:3,25
    32:3,23 33:8,10,14
    40:10,17 41:2,5,10
    41:22,23 42:2,11,14
    42:20,23,24 43:4,9
    43:10,24 45:25
    52:24 58:3,6,12
    72:9 91:22,25 93:19
    94:1 98:6,9 117:10
    117:13,16 130:20
    144:3 200:24
    230:25 243:6 246:6
    285:25 286:3,4
awful 280:23

B

B 135:24
B-A-R-B-A-D-O
    111:13
B-U-P-A 171:6
back 13:8 15:17
    16:20 17:23 18:3
    31:21 61:18 64:14
    64:16 65:19 66:1
    79:17 83:4,13 84:23
    85:11,14,17 94:22
    99:10,15,20 108:23
    116:12 117:17
    127:8 144:15
    145:17 148:11
    152:15 156:11
    158:1,5 163:25
    164:4,7,15 165:13
    165:20 166:4,6
    170:15,25 174:18
    176:2 178:23
    179:23 180:8,20,23
    181:2,5,10,16 184:2
    184:19,22 189:25
    190:8,10,21 191:14
    192:2 194:1,9,13,22
    195:5 199:17,18
    200:4 203:12 204:3
    204:11 206:1 207:4

209:15 211:3,18,19
    213:6 217:25 219:3
    219:11 221:21,22
    226:6,23 228:10
    230:20,21 233:20
    234:5 241:7 242:3
    242:12 247:8
    249:17 257:12
    267:15,22,22 268:4
    268:18 274:24
    278:21 279:21
backdoor 52:23
background 9:4
    90:11 226:25 229:9
    231:7 276:14
backup 52:7
backwards 66:4
bad 27:12 79:15
    154:7,19 156:3
    165:5 167:23
badly 230:6
bag 268:14
balance 287:12
balcony 75:13 107:11
    107:20 108:16
    109:1 110:9,16
    112:24 113:1
bang 108:2,2,2
banging 112:1,6,7
bank 14:12,22 15:9
    15:20,21,23,24 16:1
    16:2,14 17:3,14,20
    17:22,24 18:4,12,20
    18:25 19:3,8 122:25
    123:19,20 171:8
    216:18 229:10,15
    229:25 266:11,19
banker 216:9 228:9
banking 11:3 216:13
bankruptcy 143:18
    159:22
banks 19:15 229:16
bar 11:18 259:12
Barbado 111:13
    283:6 288:16,24
barely 63:7 192:2
    227:7
barged 112:24 113:2
    113:4,18
barging 132:4
bark 67:12 102:4

barking 72:1,2,8,15
    234:16 244:7,10
barks 61:14 67:14
base 19:16,24 127:16
based 12:3 19:23
    21:6 136:6 239:6,6
    262:16 264:24
    271:15
basic 7:25
basically 22:24 34:16
    84:2 91:9 123:10
basis 24:9 193:7
    249:19
basketball 154:10
Bates-labeled 169:4
bathroom 147:14
battery 21:2
Beach 1:2 2:5 22:14
    23:15,22,23 34:20
    34:23 37:23 78:16
    78:19 103:1,1 121:5
    144:15 148:4,20
    149:14,22 150:3
    154:25 158:2 177:1
    177:2 259:7 288:11
    288:13,20 296:2,14
bear 25:4 102:6
    133:25 142:4 147:6
    213:14 230:10
    265:13 269:6 272:3
bearing 228:16
Becker 40:22 41:6,9
    42:12 70:6,14
    134:22,25 136:18
    136:22 137:16
    138:9,16 161:7
    162:11,17 231:21
    254:14 264:4
    265:22
bed 61:25 204:2
beep 9:9
beer 210:15
beers 144:23
beet 215:6
beets 26:25 215:10
    220:23,23
began 129:5 140:6,9
beginning 17:11,19
    17:19 20:8 27:24
    68:12 91:14 99:2
    235:20 261:25

273:18 276:10
    277:5

behalf 1:17 2:3,8,13
    2:19 3:3 6:12,20
    42:4 44:14,25 47:3
    71:13 74:1,6 104:4
    136:19 137:11,21
    162:11 265:2
    282:24
behavior 126:3 178:3
Belgium 18:7,21
Belgravia 232:14
belief 71:17 221:4
believable 55:17
believe 8:20 11:3
    18:18 25:9,21,23
    39:6,15 41:20 45:10
    47:24 52:21,22
    54:16 55:11 71:18
    73:1,6 79:24 104:14
    107:3,24 111:18
    116:24 127:14
    128:6,13,14,17
    130:17 131:13
    133:14,19 134:18
    136:2,3 137:2
    139:11 142:17
    146:18 148:9 152:9
    155:5,7 158:10
    159:9 164:17 175:2
    178:11 182:15
    184:8 186:25
    188:21 189:22
    207:12 214:7
    225:12 228:16
    235:16 237:9 239:5
    243:25 246:2,22
    249:8 250:7 256:15
    256:23 257:25
    259:15 264:12,15
    265:6 266:3 270:18
    272:14,19 274:24
    278:10 279:25
    287:13
believed 52:19
    127:15 128:22
Ben 107:8 109:11
beneficial 35:12,14
    35:18
beneficiary 34:25
Benelux 18:9

**benign** 197:22 199:8 199:18
**Benjamin** 55:2,7 89:5 126:4 128:2 260:16 271:2
**benzos** 222:8
**berated** 114:4
**Bernstein** 290:5
**Berreta** 152:5
**best** 8:8 47:11 190:11 271:15
**better** 66:13,14,17 67:22,23 133:5 156:12 203:24
**bidding** 128:23 129:14
**big** 111:7 166:4 260:19 261:2 263:18 281:7,8
**bigger** 102:14
**bilateral** 216:21
**billing** 248:15 264:4 287:4,16
**billion** 232:9
**billionaire** 35:21
**bills** 172:8
**biopsied** 197:21
**biopsies** 194:25
**biopsy** 195:2 198:16 204:18 205:2
**bit** 27:14 57:16 61:22 65:19 66:2 79:15 84:17 85:18 95:8 157:9 165:19 167:12 168:9,18 192:2 194:17 196:17 205:19 219:21 237:7 241:6 254:4 255:13 258:19 261:22 282:5
**bizarre** 98:17 277:7
**black** 165:10,11 191:11 204:1 242:2
**blade** 184:5 190:7,21
**blah** 48:9,9,9 52:2,3,3 104:16,16,16 109:3 109:3,3 275:24,24 275:25
**blanche** 119:9,11 121:3

**blank** 30:14,21 31:4,9
**blood** 26:24 59:19 60:3,21 61:12,16,23 62:3 145:5,6,8,9,14 146:1 164:21 171:12 214:24 215:8 220:16 221:3 223:3,5
**blow** 127:19 145:18 145:23 242:19
**blowing** 145:14
**blown** 66:3 160:21 166:11 191:1
**blue** 270:11
**Blvd** 2:21 3:5
**board** 46:7,12,19,25 47:5,12,15 48:20 51:18 54:16 55:20 74:19 75:14 91:12 91:15,17 101:3,24 110:14 111:19 134:23 160:15 178:2,3 231:9 232:15,18 233:1,7 234:7,8 236:4 238:10,18,25 239:5 240:21 244:21 245:13,17 260:22 265:1,1
**boards** 232:20,21,23
**Bob** 86:7 98:12,16,18 281:8
**Boca** 252:18
**body** 147:22 167:5 184:2 191:7 215:14 217:6
**Bolt** 154:12
**book** 42:16 216:20 271:16
**booking** 5:14 146:10
**borders** 49:3
**born** 64:3
**borne** 285:20
**bothered** 150:23
**bottom** 26:8 29:20 30:2 64:24 74:17 124:20 152:19 216:8
**bought** 253:6
**Boulevard** 23:14 103:1 176:24

**box** 12:19 145:15,18 187:19,20
**boyfriend** 48:5 109:9 225:17 244:6 245:15 253:5,14,17 253:20
**break** 8:11 84:10,15 99:7 102:20 178:1 212:25 253:25 254:15
**breakdown** 255:1
**Breakers** 253:18
**breathing** 63:7
**breed** 280:24
**bribes** 58:7
**bridged** 104:11
**brief** 113:23 279:23
**briefly** 68:4 112:21
**bring** 80:22,23 85:17 195:11 260:10 281:4
**bringing** 40:13,19 41:3 64:14 281:10
**broke** 185:17
**broker** 13:25 258:23
**brokerage** 11:9
**Brook** 18:5
**brought** 54:7 70:2 117:7 208:16 261:18 262:11 264:25 281:8
**Broward** 292:7,9 293:4 294:18
**BRYAN** 2:4
**bucks** 168:5
**budget** 264:10
**Buenos** 165:7
**buffer** 71:20
**building** 89:21,24 90:5,9 106:3 110:5 177:22 232:6 238:22 252:7 261:2 270:15 271:6
**building's** 95:24
**built** 128:1
**bulk** 21:9 169:16
**bullies** 177:24
**bumper** 144:21
**bunch** 197:24 235:10
**Bupa** 171:6
**Burnett** 3:13 32:6

41:15,19 42:20 48:12 49:18,25 50:15,19,20 53:16 54:12,16 68:3,18 69:18,23 70:5 71:12 72:20 73:24 76:2 128:19 137:3 138:16,19 159:21 161:7 250:4 261:17 262:4 275:9,14 284:10
**Burnett's** 74:18
**business** 9:17 10:6 12:7 16:7 20:3 21:18,19,20 35:24 36:7,15,19,24 37:3 37:5,21,24 38:6 77:1,5 91:19 92:4 92:15 93:18 140:9 140:11 154:3 188:4 196:17 249:4,11 268:10 283:20
**busy** 93:5 204:10 245:21
**button** 66:1 73:4
**buy** 28:25 90:4 128:7 129:4

---

**C**

**C** 294:1,1
**c/o** 296:13
**C4-C5** 166:10
**C6-7** 166:1
**C6-C7** 166:11
**cable** 167:14
**calculated** 135:13
**calculation** 254:18
**call** 5:16 10:9,10 17:8 27:2 48:3 52:5 73:4 104:1 125:3 127:2 130:2,4 144:7,8 155:8 157:20 165:17 170:1 178:20 190:4 199:11 207:5 212:22 213:1 226:19 258:9 283:5 285:4
**called** 7:6 14:4 15:23 15:24 20:6 51:22 52:11 53:12 58:7

78:6,10 98:22 102:17 104:11,13 104:24,25 111:11 112:10 141:8,12 143:1 155:6 158:15 158:16 159:12 165:16,24 166:14 167:5 168:19 170:10 171:6 190:13,19 200:8 204:10 210:20 226:19 244:24 251:6 277:8 280:23 284:17
**calling** 53:6 103:23 104:4 117:8 144:18 154:5 277:4
**calls** 45:18 46:14 56:19 157:21
**cam** 147:22 266:15 266:16
**camera** 49:2 143:5,5 147:15 238:2 274:16 275:7
**cameras** 112:3 177:22 238:2 273:24 274:12,21 282:15
**camps** 259:8
**Canada** 35:14
**cancer** 145:16 160:20
**cancerous** 199:20 204:23
**capability** 274:9 278:4
**capacity** 269:21
**capital** 217:1 251:14 262:22 268:10
**caps** 270:10
**car** 64:14 90:17 144:24 159:4,6 178:25 237:6 245:20 252:16 268:5
**Carbone** 144:15
**card** 5:6 65:5
**cardiac** 59:19,21,24 60:17 61:2,12 62:3 167:2 198:8 208:23 220:14 221:4
**care** 80:2 165:23

cares 128:4
Carlos 197:12
Carolina 133:18
carry 38:24
carrying 52:2
cars 89:3,6
carte 119:9,11 121:3
case 1:3 17:12 25:6
  34:16 39:8 40:1,1
  44:3 75:2,20 117:8
  117:8,11 152:23
  195:11 202:24
  219:8 222:16 225:2
  225:2,24 227:23
  253:23 262:6,7,10
  262:14,24 263:1,2,8
  263:10,12,13 265:8
  272:24 276:22
  295:2 296:3
cases 143:20 226:18
  262:9
cash 49:5
cashier's 28:22,25
  54:25
cat 102:1
catch 78:5 79:19
catching 160:6
categories 216:18
category 101:9
  282:19,23
cats 280:18
Caucasian 239:1
caught 258:21
cause 51:10 59:25
  60:18 61:3 62:24
  63:3,4 72:23,24
  92:1 94:3 142:23
  143:7,23 150:10
  151:14 152:22
  159:11 160:15
  186:20,22 191:8
  207:23 214:18,20
  217:8 218:11
  251:13 296:16
caused 61:3 62:23
  68:18 123:3 136:7
  143:21 160:12
  161:20 181:6,8
  186:5,17 191:9,12
  206:16,18,19
  207:15 209:10

212:6 214:19 217:8
  235:9 254:8 260:15
  283:25
causing 183:23,25
  190:5,5 198:20
  243:3 244:10
cautious 27:6
CC 138:17
CDOs 229:18
Celebrex 167:22
cell 60:11
cellphone 60:7
cells 198:16 204:22
center 167:7 198:5
  200:7 259:17
CEO 19:4
certain 6:20 11:18
  63:11 80:15 218:19
  261:13 265:7
certainly 48:17 55:16
  126:8 202:9 224:5
certificate 4:9,10
  59:9 293:1
certified 69:22,24
certify 116:12 293:7
  294:6,13
cervical 192:6 195:8
  195:14,15,23,24
  203:2,14 205:2,21
  208:6
cetera 75:24 80:4
  81:10 87:8,13
  120:23 125:7
  159:22 190:25
  251:2 254:11 260:7
  264:17 272:1
  280:21 281:11
chain 5:11 138:22
chair 126:17,17
chance 30:5 85:4
  176:2,10 265:17
change 66:9 122:11
  250:19 285:24
  295:4,4
changed 54:12,13,14
  57:16,16 73:13,16
  73:23 141:19 161:4
  250:2,14 280:8
  281:10,24 282:5
  285:24
changes 210:12 251:1

295:1
changing 122:10
Chapter 40:12,20
  232:3
character 178:16
Chartered 10:12,12
  10:13 13:14
Chattanooga 80:12
cheaper 244:16
check 28:22,22 29:1
  53:7 54:25 83:4
  134:18 267:8
checklist 28:21
checks 122:23,23
  123:17,17 231:7
  266:13,20,21
  276:14
chemicals 290:10,20
Cheshire 169:6,18
  170:3 171:25
  172:17 173:3
  174:22,24 175:3,12
  175:22 179:23
  180:9,18,21,24
  181:3,7,11,25
  182:13
Cheshire's 182:1
chicken 211:19
chief 16:8 158:1,1,6
  288:4
children 237:21
  253:6
Childrey 44:4,6
Chile 291:2
chin 162:4
choice 277:10
cholera 212:1
Christmas 281:9
Christy 79:22 80:25
chronological 244:17
chronologically
  239:18
cigar 210:2
Cigarette 210:3
circle 82:7 217:18
circulated 109:20
circumstance 153:25
circumstances 154:2
CISI 10:12
City 259:7
civil 129:11 161:25

claim 28:2,5 40:9,23
  44:24,24 47:18,23
  53:9 56:6,7,8,9,11
  56:14,15,16,23
  57:13,14 94:11
  98:23 107:7 114:3
  127:10 131:2,3
  158:24 174:1 256:3
  256:10 262:16
  272:24
claimed 94:12 97:18
  98:15,21 102:18
  107:9,12 132:1
  134:3 139:5,7
  155:20 157:25
  262:4
claiming 43:2 134:9
  162:18
claims 40:20 41:6,10
  41:20 43:12 95:22
  158:2 179:5 287:6
  287:15
class 222:8
classes 14:6 16:21
classify 108:4 282:22
clean 237:22
clear 8:9,10 31:20
  54:1 57:3 75:5
  112:11 156:9
  244:19 261:14
  271:9
cleared 16:7
clearly 243:3 261:20
clever 243:1
client 12:15,18,20
  112:9 239:22 248:9
  282:21
clients 19:7,10,11
  21:9 216:23 247:9
  271:24 272:16,17
  275:16 283:11
  286:2
clinical 213:9 214:7
close 144:20 227:6,7
  227:14
closed 109:5 118:12
  119:7,19,21 164:25
closer 65:19,25
  114:15 156:8
closure 255:20
clothes 249:14

Club 77:24
co-employee 283:6
coach 57:6 252:19
coached 57:15
cobalt 21:3 290:22,23
Coca-Cola 259:15
cocaine 154:19
  155:22
Coconut 78:13
Cole 3:4 6:19
COLEMAN 2:20
collateral 15:5,5
collateralization 15:4
collateralized 229:12
colleague 25:6
college 13:21
college-educated
  258:13
color 127:11
Colorado 194:5
Colt 280:23
combine 127:23
combined 229:16
come 82:7 91:11,13
  99:10 100:19 109:3
  112:1 128:25
  134:13 152:15
  166:24 198:22
  209:2 211:3 212:2
  221:20,22 229:10
  245:8 275:2 283:8
comes 72:25 246:4
comfortable 215:12
coming 81:3 89:20
  108:15 109:2
  144:14 167:2
  203:12 211:1 242:3
  242:12 249:17
  251:4,19 284:3
  288:8 289:4
comment 42:1 56:15
  130:1 222:25
  273:16,22
commentary 241:25
  244:3 273:19
comments 128:2
  129:20,23 222:13
  228:23 237:18
  240:18
commercial 2:21
  188:1

commission 53:7
292:14,15 293:16
293:16 294:23,24
committing 276:15
commodities 13:25
21:5,6
common 15:25 122:7
177:23 232:13
commonly 18:8 185:4
189:12
communicated
237:14
communications 81:8
community 243:22
companies 21:17,18
company 1:9 19:19
20:5,16,21 21:14,23
37:15 38:7 45:15,16
45:17 123:19 171:6
232:21 236:23
256:20,22 262:13
263:4 289:14
290:10,20 296:9
comparison 206:14
compelling 52:24
complainant 103:6,7
complained 44:9
92:19
complaining 127:3
234:16
complaint 5:3,4,5,13
25:10 27:25 29:9
39:2,6,20,25 40:5
47:18,22 53:9 91:20
91:23 92:5,7 93:11
94:1,11,12 95:8,14
102:25 107:7
112:23 113:10,13
126:15 132:8
139:20,23 140:1,5
142:13 143:14
181:1 233:11,12
234:6 246:11
257:16 258:16
266:2 284:9
complaints 48:5 94:7
127:7 178:17
complete 204:7
completed 100:13,14
completely 199:4
203:16 208:23

complex 18:13
188:19 257:22
complicated 62:3
243:19
complications 164:9
complicit 48:17
complied 51:17
comply 163:5
component 254:21
255:7,22,24 256:10
267:10
components 255:5
computer 65:19
concealed 148:22,25
148:25
concentrate 215:6
concept 232:10
concerned 26:16 27:5
38:11,18 88:23
105:24 149:22
158:13 202:22
247:21
concerns 180:5
concluded 276:5
291:23
conclusion 45:19
46:15 47:13 50:11
56:20 128:25 251:8
251:15
conclusive 204:19
concur 55:22
condition 61:3 78:9
91:8 170:22 220:7
261:12
conditions 26:19,21
261:13
condo 108:20 165:18
232:1
condominium 1:8
2:19 6:13 12:16
24:14 25:22 36:19
37:12 42:21 45:5
46:1 47:4 51:25
70:18 73:8 74:1
75:23 79:4 88:12
100:1,20 103:3
136:16,19 137:4,19
139:7 150:7 152:3
160:12 161:12
162:21,25 163:3
180:2 221:8 232:16

245:5 247:11 296:8
conduct 44:9 45:8
136:7
conducted 86:25
conference 109:21
165:10
confidence 257:2
confident 200:18
219:2
confirmed 55:7 128:3
confrontation 106:1
106:12,21
confrontations
105:25
confuse 143:7
confused 120:21
142:25
confusion 33:16,18
200:5 251:12
283:25
congestive 27:2
Congo 77:10
connected 90:13
242:20 294:16
connectible 127:22
Connecticut 271:11
consent 114:25 115:8
consider 232:5
296:19
considerable 208:19
Considerably 264:14
considered 78:14
101:2 121:9 122:7
162:13 236:4
288:13,19
considering 247:23
conspiracy 109:7
constant 177:7,8,10
177:23 281:5
constantly 81:2
177:20,22 190:20
217:25
constitute 40:23
105:18
consult 256:4
consulted 42:12
consulting 19:6,9,12
19:18 20:2 21:3,8
290:17
CONT 3:1
contact 27:7 103:20

285:8,11,14 296:17
contain 31:6
contained 30:21 32:2
32:25 34:13
container 109:17
containing 31:23
33:19 34:5 70:1
contains 30:13 31:10
66:22 158:11
contention 57:10
contents 175:8
240:22
contest 101:19
context 113:4 168:6
contingency 287:22
291:8,9
continual 78:9
continue 111:20
136:9 142:3 150:24
160:2 201:2 213:1
224:1
continued 10:11
47:11 178:22,24
continues 154:7
continuing 224:13
continuing-educati...
10:16
continuous 59:25
60:18
continuously 177:8
contract 54:10
287:21,22
contracting 27:6
contracts 52:17
250:17
contractual 45:4
contrary 244:11
control 60:1,3,19,21
66:1,7 147:25 171:2
171:3,11 214:25
215:4,6,14 220:20
248:13,14
controlled 243:14
convenient 151:1
conveniently 73:10
conversation 52:9
68:22 87:10 106:6
106:11 114:2,18
115:13,18 117:22
118:13,18 119:10
119:11 120:11,12

120:20 147:5 219:6
231:15 237:2 258:4
conversations 48:13
50:24 138:18
241:23 277:16
convicted 58:6 259:1
convinced 244:21
convincing 129:15
cope 179:14
copies 73:14 88:15
122:24
copper 21:4
copy 31:14,23 33:6
39:5 49:9 50:7 53:7
53:8 69:24,25 74:16
92:17 126:21 277:6
cord 211:12
core 21:4 289:17
corner 241:9,10
Corp 290:9
corporate 137:18
226:18 231:18
corporation 1:8
232:19 248:20
296:8
corporations 232:20
correct 7:14,15,17,19
7:23 8:17,24 10:17
10:18 12:2 13:4
14:16,19 15:13,18
16:17 17:25 18:1,2
18:22 19:11 20:9
21:20 22:2,25 24:8
26:15 27:8,18,20
28:1,3,8,9,11,12
29:3,4,21,22 30:9
30:10,16 31:2 32:2
33:1 34:7,17 37:11
37:12,13,17,18,20
38:15 39:22,24
41:21,22 43:8,13,14
43:22,23 44:1,5,19
46:8,9,13 47:15
49:19 50:23 51:18
53:4 54:19 56:5,7
56:10,13 57:12 58:2
59:23 61:6,7,8
62:23 63:19,21,23
64:4,5,22,23 65:2
66:6,20,21,24 67:3
67:4 68:2 69:10,19

69:21,23 70:8,9,11
70:15,19,20,23,24
71:1,2,4,5,8,11
72:16 73:24,25 74:6
74:19,20,22,23 75:2
75:20,21 76:15,16
77:19 79:7,8,12
82:2 85:20,23,25
86:2,15 87:15,16,18
87:25 89:15 91:2,4
91:5,10,12 94:15,16
94:17,20 95:17,19
95:20 96:1,2,7,9,10
96:25 98:1,2,4,5,12
98:23 99:2,3 100:17
101:17 102:19
103:4,5,11 104:6,25
105:1,5,15,19
106:23 107:16,22
111:15,17 112:13
112:14,17 113:3,5,8
113:10,11,14,16,21
113:25 115:19
117:9,12 119:20
121:17 122:16
123:14 125:11,12
129:7 131:23,24
132:2,3,6,7,10,11
132:12,15,16,19,20
132:22,23 133:19
133:20,21,22
134:11,12 136:14
136:15,17,20,21,24
137:5 138:21 139:2
139:3,8,9 142:14,15
148:7,8,21 149:23
150:4,5 155:15
161:13,14,15,16
162:22,23 163:1,3
163:11 164:10
169:20,21 172:1,9
175:2,20,22 180:3,6
180:7,10,11,18,19
180:21,22 181:7,11
181:14,25 182:1
185:5,24 187:2,4,11
187:17 188:13,14
197:2,3,5 198:12
199:9,10,21 203:20
203:21 204:4,13,14
204:21,24,25 205:8

205:13,14,22
208:11,12 209:11
210:21 218:18
219:16,16 222:17
222:18,21 227:1,2
227:21 233:1
239:11 242:12
245:17 246:7,24,25
247:3,13 252:4,24
253:11,12 254:3,4
255:2,3,6 258:13,14
261:14,15 262:7,19
262:20 264:23
269:20 270:14
271:13,14,22,23,25
272:17,18 277:2,18
278:1 280:2,3 283:3
285:2 286:23,24
288:23 289:2,4,21
**correctly** 51:9 55:17
69:4 129:4 164:10
169:11 182:17
184:17 258:10
**correlation** 262:9
**correspondence**
41:19 72:19,21
**corresponding** 22:10
**corroborated** 154:16
**cost** 20:12 179:13
255:8,14,15 264:15
264:19 267:16
283:25
**costs** 254:22
**counsel** 6:5 41:1
52:25 68:13,14,21
68:22 93:2,25 98:25
139:2 140:24
226:12 227:25
231:3,12,18 248:6
254:16,25 257:5
263:24 269:16
294:14,16
**counseling** 172:12,19
**counselor** 172:16,17
172:23,23 256:7
**counselors** 212:19
**countries** 216:9
**country** 78:3
**County** 58:4 103:1
121:5 248:23 292:7
292:9 293:4 294:19

**couple** 14:6 15:1
16:12 18:9 19:11
63:13 69:8 105:8
133:24 146:6 148:3
149:15 167:22
168:5 172:23 177:2
193:13 219:4
224:10,25 226:24
229:2 240:2,3 252:6
276:23 277:12
279:23 280:9
**couple's** 172:12
**couples** 172:16,17,19
172:23
**course** 62:24 151:1
206:19
**courses** 10:16
**court** 1:1 3:3 6:6,21
6:22 7:3,14 8:3 24:6
29:11 32:20,22 34:2
60:14,17 65:7,16,18
65:22 67:6 78:24
85:5 93:16 107:2
116:24,25 117:6,14
120:5 123:4 124:5,6
128:20 131:13
136:9,13 139:11
142:16 146:17
152:8 159:9 169:17
210:5,6 212:12,13
212:23 234:3 257:5
262:3,10,13,14,17
263:1,2,8,10,12,13
263:21,24 265:12
278:6,10 284:11
296:1
**courtesy** 99:7
**Courthouse** 2:15
**Courtroom** 58:8
**courts** 232:13
**cover** 154:21 256:22
**coverage** 12:4
**covered** 11:14,19
219:21 256:23
**COVID** 22:23,23
26:13,16 27:6,9
35:13 36:3,8,25
37:15 38:11,16,20
38:24 58:17 62:2,7
62:10,16,18,22 63:2
63:3,4 89:19 90:8

160:21,22 164:10
164:18,19,25 165:6
180:5,6 194:1
201:23,24 202:21
202:23 203:24
207:4
**crazy** 148:1 240:8
**create** 130:10 155:3
155:13 160:17
174:1
**created** 50:8 75:8
128:21 267:14
276:6
**creating** 244:13
251:12
**creation** 275:12
276:5
**creditors** 143:17
**crew** 283:22
**criminal** 105:18
**criminals** 159:19
**cross-border** 11:13
**Cross-Examination**
4:6 224:15 286:18
**crossed** 11:3
**CT** 166:8 194:24
195:4
**CTs** 200:6
**culprit** 98:7
**culturally** 229:7
**current** 23:12 79:25
245:13
**currently** 8:21 10:20
11:25 21:22 249:18
253:13 264:21
272:22
**curriculum** 16:18
**cursor** 157:14
**Curtis** 200:17
**curve** 216:23
**custody** 171:2
**cut** 142:2 165:13
199:4,5 214:9 274:5
**cutoff** 142:2
**Cymbalta** 182:19
210:21 211:1

——————————
            **D**
——————————
**D** 4:2 290:4
**Dadeland** 3:5
**daily** 215:7 223:7

**Dakar** 167:24 170:9
**damage** 161:25
184:15 200:23
211:6,10
**damages** 134:3,9
136:4,5 139:5,7
174:2 253:23 254:3
254:21 255:4,22
272:11,14,15
**dance** 163:17
**danger** 166:16 215:3
**dangerous** 52:2
**DANIELLE** 1:5
296:5
**dash** 288:1
**dashes** 60:23
**data** 189:7
**date** 1:19 28:19 86:3
138:13 153:20
194:16 195:15,15
195:16 203:19
205:24 206:13
209:20 249:15
254:24 255:2 274:2
295:24
**dated** 68:3 102:16
124:19,24 125:10
131:21 133:21
175:19 294:18
**dates** 28:14 194:18
203:9 243:15
**dating** 139:22 144:4
**daughter** 69:16 179:2
242:3,13 280:20
**daughters** 280:20
**David** 1:4,4,9,10,15
2:11,19 3:10,11 6:9
6:13 7:5 12:18,23
14:1 25:5 28:4 48:7
48:8 95:24 99:13
102:3 103:6 112:23
112:25 125:1,4
128:3,24 133:7
134:23 157:22,22
179:3 214:9 223:22
223:24 238:3
239:22 271:24
278:23 291:12
293:7 294:8 295:3
295:24 296:4,4,9,10
296:13

**Davie** 2:10
**Davis** 81:14 82:9,10
  101:25 106:20
  114:2,4,10,13
  115:13 117:18
  118:12,13 119:4
  120:9 121:6,11,17
  121:22 122:1,4
  123:9,22 266:2,8
  277:4 280:16 282:6
  282:13
**Davis's** 122:17
**day** 6:3 32:9,18 48:3
  55:15 59:6,7 67:16
  81:21 97:16 112:10
  126:14 140:8 141:6
  141:7 147:13 157:1
  157:13 159:16
  165:9,15 193:10,13
  193:13 201:6 205:1
  216:17 230:15
  236:18 237:20
  242:4 244:24
  248:19 263:22
  270:12 282:14
  286:14 292:9
  294:18
**daycare** 78:8
**days** 35:7 54:8,13
  69:9 71:10 73:10
  76:6 98:19 123:12
  162:17,17,18
  164:21 175:21
  191:22 193:14
  203:25 222:11
  235:13 245:9 274:1
  282:14,16
**DBPR** 92:22 93:3
**dead** 61:21 75:14
**deadline** 54:9
**deadlines** 255:10
**deal** 125:6 143:4
  207:25 220:21
**dealer** 252:16
**dealers** 11:14
**dealing** 151:5 160:20
  170:22 216:19
  217:1
**dealings** 249:4
**deals** 122:22,25 123:1
  123:1 223:9

**debt** 229:12
**December** 92:7
  293:16 294:24
**decide** 256:7
**decided** 19:5
**decision** 93:1 114:24
  160:8 198:23 199:3
  199:7 230:16
**decision-maker** 91:16
**decisions** 46:11,23,23
  47:3 225:13
**declare** 295:19
**declared** 262:19
**Dedo** 196:21,22
  200:17
**deed** 160:5
**deemed** 115:5,6
**deep** 214:8,13,17
**deep-digging** 251:13
**defend** 141:1
**defendant** 6:9
**Defendant's** 5:1
  25:14 29:15 39:10
  65:12 67:9 68:9
  107:5 117:4 124:8
  131:16 142:20
  146:20 152:11
  153:11 278:7,12
**DEFENDANT/La**
  2:19
**DEFENDANT/MAC**
  2:13
**defendants** 1:11,17
  3:3 6:20 7:6 43:13
  133:8 134:10 138:5
  272:18 296:11
**Defendants'** 136:7
**DEFENDANTS/M...**
  2:8
**define** 20:17 87:21
  94:21 225:7,15
**definitely** 195:19
  220:17 237:16
  245:6,10
**definition** 113:4
  129:10
**defraud** 32:4 73:17
**defrauded** 275:15
**defrauding** 160:15
**degenerative** 190:3
  206:8

**degree** 9:13,15,19
  10:5
**del** 165:8
**Delaware** 21:15
**delivered** 138:15
  188:9
**Delray** 2:5 166:22
  198:5 252:17
  296:14
**demands** 40:11,14
  163:5
**demarcation** 259:25
**Demarinis** 249:1
**demonstrated** 204:16
**denied** 284:25
**denies** 187:7,8
**DENNEHEY** 2:20
**departed** 108:1
**department** 19:1
  91:19 92:4,15 93:12
  93:18
**department/office**
  236:22
**dependent** 126:7
  130:25 131:4 153:3
  162:13
**dependents** 130:23
**depends** 210:11
  216:17 233:2
**depicted** 115:14
  120:12
**depo** 135:19
**DEPONENT** 292:1
**deposed** 7:17,18,19
  273:14
**deposit** 49:4 267:11
**deposition** 1:13 4:3
  7:14 8:1 25:12
  29:10,13 32:18
  49:14 51:13 53:22
  53:24 55:13,18 68:7
  68:15 93:8 101:25
  123:4 140:21,22
  161:22 238:5
  243:14 260:16
  265:18,21 266:25
  273:11,18 282:6
  291:23 294:7
  296:16,18,18
**depositioned** 265:25
**depositions** 128:18

224:8,19 248:15
**deputy** 103:8 104:14
**derivative** 18:6
**derivatives** 11:1,2
  18:13 19:14,14
  216:14
**derived** 112:4
**derogatory** 94:13
  96:14
**desc-** 222:22
**describe** 82:6 282:18
**described** 167:13
  194:20 257:24
  288:25 289:14
**description** 5:2 97:23
  284:17 290:8
**descriptor** 97:20
**Desert** 284:18 285:1
**designed** 111:19
  128:7
**destination** 150:25
**destroy** 161:1
**detail** 168:9 257:24
**detector** 192:14
**determination** 120:6
**determine** 115:22
  195:3
**determined** 117:14
  166:15 198:13
  201:3
**determines** 262:25
**Deutsche** 14:12,22
  15:9,20,21,23,24
  16:1,2,14 17:3,14
  17:20,22,24 18:4,12
  18:20,25 19:8 171:8
  216:18 229:9,15,19
  229:25
**diabetes** 211:12
**diabolical** 137:22
**diagnose** 218:22
**diagnosed** 166:9
  191:10 206:9,13,15
  206:25 207:6,21
**diagnosis** 180:21
  195:23 207:2,11,15
**Diagnostic** 200:7
**dial-in** 86:21
**die** 165:12
**died** 216:2 253:4
**diet** 220:22

**difference** 30:20
  225:1
**differences** 275:20
**different** 18:1,20
  30:23 36:14,24
  86:24 101:9 145:25
  181:15 185:3
  194:21,22,23 195:5
  195:16 197:18
  208:1,3 209:4 216:9
  217:2 224:10 229:7
  229:7 250:8 252:23
  254:2 261:22
  281:25
**differentiate** 239:4
**differentiating** 232:2
**differently** 229:2
  238:16
**difficult** 31:8 37:7,9
  243:10
**digging** 243:18
**dining** 104:13
**direct** 4:5 7:9 129:19
  277:15
**directed** 98:4 127:5
  240:17 241:24
**directing** 51:16 72:13
**direction** 36:14,24
  46:22,24 47:12,15
  51:13 55:20,22
**directive** 47:4,15
**directives** 46:7 48:20
**directly** 81:14 138:16
  234:13,22 240:24
  275:7
**director** 45:13,22
  123:18
**directors** 46:7,12,19
  47:5 48:21 74:19
  233:4 245:14
**directory** 271:17
**disagree** 147:18
**disbarred** 275:24
**disc** 166:11,18,19
  168:13 189:21
  190:3,3,4 191:1,1,2
  192:12 196:12
  203:3,14 204:16
  205:2,3,21 206:8,18
  208:7 212:5
**disclose** 220:6

disclosing 220:17
discomfort 206:17
    207:16 212:6
discontinue 221:13
discontinued 221:14
    221:15 223:1
discount 249:21
discover 186:18
discoverable 154:14
discovered 31:12
discovery 31:12
    34:18 48:22 50:6
    53:1 72:11 81:2
    128:18 130:8
    145:11 150:16
    243:9 244:4 252:5
    266:20 275:14
discrediting 178:16
discrepancies 248:16
discrepancy 287:5
discriminate 55:10
discs 208:12
discuss 87:23 88:4,11
    94:5 105:11 174:12
    174:13,14 180:17
    180:20,23 181:2,5
    181:10,24 182:11
discussed 68:14
    87:14,14,17 88:22
    89:17,18,25 102:19
    174:7 175:17 199:8
    205:18 219:21
    272:14
discusses 200:20
discussing 50:22
    175:12
discussion 179:25
    180:4,12 230:18
    236:10 276:4
discussions 180:8
    226:11 277:1
disease 190:4 206:8
    211:25 215:20,24
disk 160:21,21
dismiss 265:11
dismissal 93:24
dismissed 43:12
    91:25 94:2
disorder 189:22
dispatched 102:24
dispute 55:13 159:12

229:1
disputing 101:13
disrael@israellawfl...
    2:11
distance 189:17
distress 136:6 174:2
    255:25 256:10
    272:12,23
distribution 259:17
district 1:1,1 259:2
    296:1,1
ditzy 251:17
divide 48:15 135:3
division 1:2 19:1
    296:2
divisions 18:23
divorcing 109:10
Dixie 22:16 23:18
    148:17 149:12
    187:18
Doberman 178:18
Dobermans 59:4
docket 233:10 259:1
    265:10
doctor 79:22 80:25
    182:20 183:12,14
    201:14 202:9 215:2
    218:15
doctors 180:16 200:5
    207:9 219:3 220:8
    222:6 231:8 260:23
document 25:13 29:7
    29:14 39:9 48:25
    51:21 63:17 65:11
    65:14 67:8,18 68:8
    102:8,9,12 104:2,21
    107:4 113:23 117:3
    124:7,18 131:15,19
    133:11 142:19,23
    146:19,23 147:4
    152:10 153:10
    251:1 278:11
    295:19
documentation 74:13
    74:14,25 260:7
    261:10
documented 41:16
    73:22 115:3 121:5
    130:8 162:10,16
    166:25 248:16
    260:15

documents 25:4 48:6
    63:11 68:16 71:7
    72:11 75:1,3 83:18
    93:1,7,24 101:1
    129:14 160:17
    166:25 174:16
    178:17 228:22
    230:21 231:2
    238:18 249:25
    250:2,5,8,14,15,16
    250:23 251:18,21
Dodd-Frank 16:4,5
dog 54:5,18 56:9,17
    56:18 57:12 59:19
    67:16 71:4,11 72:14
    78:7,7 79:3,11 80:1
    80:2,5,7 81:5,16,20
    82:8 100:23 102:5
    114:5,5 119:17
    126:5,5,5 129:24
    130:22 156:20
    157:4 163:9,14,20
    220:3,7 239:15
    240:7,12 246:22
    260:17,18,20 261:2
    261:24 280:16,17
    280:25
dogs 101:20,24 102:1
    102:4 138:14
    156:18,20 157:3,6
    220:4 244:7,8,8
    280:19,21,22 281:7
    281:13 282:13
DOI 176:23
doing 18:11 19:18
    21:19,20 51:9 54:2
    54:3 55:8,21 104:22
    110:3,4 119:13
    123:21 129:14
    151:6 152:21 156:4
    166:15 195:6 196:9
    202:17 203:15
    233:14 236:2
    241:21 247:6 261:6
    261:7 264:8 267:12
    285:17
dollar 256:9,13
    263:19
dollars 155:21
domestic 5:13 139:20
    181:1

Donna 44:4,6
door 78:17 98:16
    108:2,6,23 109:5
    112:1,6,23 113:6
    114:15 118:12
    119:7,19,23 122:5
    144:21 154:25
doorbell 72:5 283:14
doors 94:25 241:18
    273:24 275:6
dosage 168:24 184:9
    201:4
dosages 8:22 9:1
dose 221:25
dots 31:5,10 220:17
Douglas 253:12
downsized 36:12,23
    37:14,15
downtown 170:6
DPBR 92:10
Dr 79:22 165:23
    166:3,21 168:15
    169:6,18 170:3
    171:25 172:17
    173:3 174:22,24
    175:12,22 179:23
    180:9,18,21,24
    181:3,7,11,25 182:1
    182:13 184:20
    188:23 189:1,9
    192:4 193:10
    196:21 203:19
    204:17 205:1 208:6
    208:10 211:1 222:5
draw 47:13 50:11
DRC 290:23
dream 108:3
drink 183:5,8,13,14
    200:25 210:11,14
    220:24,25,25
drinking 144:22
drinks 210:10
dripping 109:16
drive 78:22 145:2
    154:24 159:5
driver 150:17 272:6
    279:1
driver's 23:16 103:21
    149:5,10,21,25
    188:15
driveway 159:2

driving 144:9,12
    148:16
drop 49:9 223:7
dropped 61:24
    202:15 219:11
    257:6,15 284:10,12
dropping 61:17
drops 223:15
drove 64:13
drug 156:2 167:5
    210:23,24 211:4
    221:21 222:12
    227:10
drugs 110:4 221:24
drunk 150:17,18
DST 44:4
due 157:1 203:24
    204:2,9,19
DUI 145:23 181:6
Duke 232:8
duloxetine 182:17
    183:6,9 184:8
duly 7:7 293:9 294:9
Dunn 68:24 69:10
    93:10 94:2,5,7
    109:16,24 257:18
    258:7,7,13 264:22
duration 250:1
duress 72:24

**E**

E 2:21 4:2 294:1,1
E-A-T-H 183:22
E-E-T-H 183:22
Eagle 284:18 285:1
earlier 156:25 157:13
    196:16 201:22
    203:10 205:19
    217:23 239:23
    243:15 291:19
early 33:21 141:8
    186:15 235:5 246:6
easier 95:9 157:9,16
    238:8
east 110:6 127:19
eastern 259:2
economics 9:17
Ed 24:17 31:23 34:8
edges 49:5
educate 13:13
educated 244:17

**education** 9:5,18,25
    10:1,7,10,11 13:16
**Education-wise**
    13:12
**Edward** 249:5
**effect** 191:20
**efficient** 224:2,12
**eight** 116:25 117:1
    168:7 215:11 252:7
    252:11,15,22
**either** 33:20 37:9
    43:8 71:23 93:2
    109:11 123:16
    174:22 178:10
    181:11 255:1
    258:10 262:21
    275:4 286:2
**EKG** 196:8
**elaborate** 27:9 28:13
**electronic** 42:12
    50:10 81:8
**electronically** 40:23
**element** 238:20
**elevated** 215:3 223:3
**elevator** 90:9 94:24
    95:24 96:3,12 97:16
    110:8 114:6,6
    126:18 178:5
    234:24 235:5,8
    239:25 242:5,14
    270:16,19,24 275:4
    288:9
**elevators** 240:5
**eleven** 232:8 237:1
    275:8
**eliminate** 194:5
**Elliman** 253:12
**else's** 37:3
**email** 5:11 31:14,22
    48:8,23 51:8,21
    65:24 66:19 69:25
    70:1 75:9 124:18,25
    125:10 126:20
    131:21 138:15,22
    138:25 175:5
    243:16 276:3
    291:19
**emailed** 50:7
**emails** 32:5 51:23
    52:14 72:14 76:8
    109:12,14 130:7

243:18 244:5,5
    261:1 264:1 275:13
    288:7
**embedded** 167:15
    198:21
**EMC** 290:9
**emergency** 62:1,14
    63:1,6 164:9,23
    201:20 202:25
    227:1
**emesis** 204:1
**Emily** 1:23 234:2
    293:6,15 294:4,22
    296:25,25
**Emmer** 200:17
    204:17
**emotional** 79:6,20
    81:11 101:5,21
    102:5 136:6 174:2
    255:25 256:10
    272:12 282:7
**employee** 97:2
    294:14,15
**employees** 36:23
**employer** 22:3,5
    46:25
**employment** 13:15
    47:11,12
**empty** 109:17
**encounter** 196:4
    270:25
**ended** 62:1 154:5
    164:8 166:14
    190:22 195:6 253:7
    258:23
**enforcement** 281:12
**engineer** 90:11
**enjoy** 210:14
**enjoyment** 272:13
**enlarged** 206:24
    207:2
**enraged** 108:9
**ENT** 204:17
**enter** 64:25 112:15
    113:8 295:1
**entered** 24:24 25:1
    28:8,10 107:9,19
    252:3
**enterprise** 159:18
**entire** 31:24 48:10
    83:1 118:20

**entirely** 11:20 12:3
    55:16 60:2,21 65:4
**entities** 15:25
**entitled** 101:16
    296:16
**entity** 20:12 45:12,24
    248:7 290:13
**entrance** 273:24
    275:6
**entrapment** 258:24
**entry** 111:19,22,25
**environment** 16:7
    177:4,21
**EpiPen** 202:19
**episode** 59:21 61:12
**equipment** 114:12
    120:3
**equities** 14:25 16:9
**equity** 20:19
**equivalent** 11:4
**Errata** 4:11 295:1
**error** 31:12,18
    271:22
**ESA** 80:25 83:15,24
    260:9
**escalation** 105:24
**Eskenazi** 166:21
    205:1 208:6,10
**Eskenazi's** 192:4
**especially** 90:8 243:4
**Esq** 2:6,11,17,17,22
    3:6,13 296:13
**established** 136:24
**estate** 31:13 51:22,24
    154:24
**Este** 165:9
**et** 75:24 80:4 81:9
    87:7,13 120:23
    125:7 159:22
    190:25 251:2
    254:10 260:7
    264:17 272:1
    280:21 281:11
**ethnicity** 237:11
**Europe** 21:12 90:12
    236:24
**European** 21:17
**evaluation** 173:18
**evening** 150:24
**event** 216:17
**events** 239:19 253:17

**eventually** 84:3
**ever-changing** 41:14
**everybody** 74:10
    85:4,5 99:10,12
    161:9 229:22
**evict** 71:9 130:11
    262:13
**eviction** 72:22 117:8
**evidence** 44:16,22
    48:18 55:12 129:1
    138:9 238:15 244:8
    244:9,11 275:10
**evil** 243:2
**Evolution** 20:7,9,15
    20:19,25 21:24,25
    22:7 23:5 288:1
    290:9,11
**ex** 260:1
**ex-Greenberg** 226:15
**ex-husband** 154:11
**exact** 38:9 274:2
    286:25
**exactly** 54:9 83:5
    258:9 268:15
**exaggerating** 282:15
**exam** 11:18
**examination** 1:22 4:5
    4:7 7:9 196:4
    284:14
**examined** 7:7
**example** 229:4
**exams** 12:5
**exchange** 266:3 276:3
**excited** 224:20
**excruciating** 204:2
**excuse** 12:9 22:19
    26:12 60:5,23 156:7
    156:7 245:12
**excuses** 178:2
**exercise** 191:3
**exhibit** 5:1,3,4,20
    25:10,11,14 27:25
    29:8,9,15 30:18
    34:2 39:5,10 65:8
    65:12 67:7,9 68:2,9
    78:25 107:5 116:24
    117:4 124:4,8
    131:13,16 139:10
    139:14 142:20
    146:20 152:9,11
    153:9,11 159:9

278:6,12 284:15
**exhibits** 29:12 41:17
**exist** 59:11
**existing** 19:10
**exit** 78:21 97:16
    114:6 231:17
**exited** 214:1
**exiting** 81:24 95:23
**exits** 274:13
**expect** 278:16
**expectation** 114:21
    114:23
**expected** 273:12
**expedient** 224:3
**expensive** 264:19
**experience** 197:25
    277:2,18
**experiencing** 184:22
**expires** 149:8 247:5
    292:15 293:16
    294:24
**explain** 29:24 48:2
    103:22 136:2
**explained** 105:17
**explicitly** 120:19
**explorer** 213:13
**extension** 53:16 75:10
    251:20
**extensive** 255:10
**extensively** 251:1
**extra** 14:6 80:14
**eye** 223:9,10,15,16
**eyes** 202:25 223:7

___

**F**
**F** 6:14 290:2 294:1
**F's** 271:24
**fabrication** 34:16
**face** 95:25 149:25
    150:2
**faces** 178:20
**facility** 187:24 188:1
    188:18,20
**fact** 26:5 28:6 43:1
    49:13 53:2 54:5
    72:6 129:17 138:21
    150:23 152:22,25
    154:16 162:10
    163:20,21,22,23
    236:19 256:18
    260:15 276:19

facto 260:1
facts 44:12,17,23
    47:17,22,24 114:8
    129:18 138:4
    244:19 295:19
factual 46:20 157:19
factually 271:7
fades 65:20
failed 117:18 156:14
failure 27:3
fair 17:17 42:18,19
    61:2 84:8 130:16
    138:8,12 152:13
    178:15 229:13
    243:25 244:14
    249:20
fairly 90:24 200:18
    202:18 235:24
    236:15 241:14
fake 53:12 54:10
fall 282:22
false 126:15 276:5
falsified 48:6 50:18
    50:21 51:5
falsifying 49:11
    129:14
familiar 39:13 61:10
    102:12,15 107:12
    107:14 146:10
    232:23 269:17
family 20:5 27:3
    143:24 144:4,6
    215:5 281:11 285:9
    285:11
family's 159:17
famous 232:8
far 26:6 27:19 97:9
    117:10,13,16
    123:24 131:9 136:8
    149:21,25 158:13
    191:24 260:16
farm 271:13
farther 66:16
fast 25:25 29:19 30:8
    39:14 224:3
faster 171:22
father 59:13 143:10
    143:13 144:2
    152:17 154:16,19
    158:16 159:25
    160:7 175:18

180:24 216:4 219:3
    225:12 226:5,25
father's 27:4 159:17
fault 124:15
FCC/CFTC 11:4
FCI 59:14
fear 186:17
fearful 152:18
February 95:22
    102:17 124:19,24
    125:11,25 126:10
    131:21 132:10,12
    132:14,19,21
    168:21 195:19
    203:25 206:15,15
    207:7 246:4 274:25
fed 258:23
federal 24:7 27:25
    40:19 41:3,12,25
    42:4 49:14 71:16
    123:4 128:20
    140:18 163:7 262:7
    262:24 273:14
fee 287:22
feel 8:7 48:10 110:12
    143:11 150:16
    152:20 177:21,23
    178:19 215:12
    243:23 248:17
    256:20 268:15
    276:1,18
feeling 165:5
Feelings 177:5,6
feels 209:6 214:8,11
    214:17
fees 134:16,17 136:4
    136:8 254:21
    255:19 257:1
    258:22 264:11
    285:19,20 286:24
feet 114:14
fella 111:9
felt 190:21
female 177:19
females 276:23
fence 128:1
fetch 130:16
Feverhaus 59:1,2
    64:2
FHA 41:7,10 256:3
    261:6

fiberoptic 167:14
fictitious 284:13
field 290:21
fields 167:25
fifth 179:9
fighting 267:25
figure 164:24 165:1
    181:16 194:20
    201:12 212:3 256:9
    256:14 263:19
    264:12 272:15
    278:24
figured 207:10
    241:15
file 91:19 110:22
    131:8 136:13 141:3
    149:19 235:25
    251:17
filed 24:5,6 39:7,20
    39:25 40:4,11,19
    41:12 81:17 93:11
    93:22 94:1,7 113:9
    113:12,15 125:6
    136:16,18 139:20
    142:14 143:14,18
    161:5 163:15
    174:17 178:15
    238:17,24 241:4,15
    242:7 250:3
files 145:12 154:13
    221:9 256:2
filing 41:25 42:4
    137:22 228:21
    240:21 250:20
filings 41:11,24 42:2
    43:1 68:16
fill 173:8
filled 28:17
film 49:2 241:19
final 14:5 17:7 73:19
    91:8,12 150:25
    279:2
finally 49:16 55:2
finance 9:17
finances 122:22
financial 10:9,12 11:1
    11:2 19:13
financially 131:11
    294:16
financing 18:13
find 35:21 52:14

64:12 68:17 75:25
    110:2 123:20
    133:25 166:25
    200:10 241:21
    266:16 268:8,12
    285:22
fine 84:17 145:10
    159:20 233:17
finish 32:15 42:9 50:3
    88:7 93:16 115:11
    115:11 118:10,24
    120:11 137:12
    142:8
finished 16:22,22,23
    17:1,2 138:6 212:16
    212:20
fire 145:9,19 214:8
    214:11,17
fired 40:2 44:2 50:4
    248:11 287:7
firewall 127:20
firm 70:18 231:17,19
    255:11 287:12
first 5:5 7:7 9:21
    14:24 20:11 27:15
    39:5,20,25 49:5
    52:22 57:23 62:15
    87:19 95:13 98:6,21
    100:25 104:17
    112:22 113:9,13
    124:18 125:7
    128:16 133:10
    144:3 151:9 162:3
    164:8,11,11 165:14
    166:19 185:1,6,8
    186:7,16 189:13
    192:21 195:2
    205:25 206:1
    209:23 224:18
    228:11,13 237:24
    241:3,13 251:3,3
    265:24 269:2,15,16
Fisher 3:10
fit 281:14,16 282:3
Fitness 190:13
five 14:1 24:3 26:11
    43:17 65:8 67:7
    71:10 78:25 84:22
    85:6 108:8 128:4
    147:14 151:3,13
    163:24 167:9

169:25 170:15,25
    171:23 178:3 179:9
    184:7 209:12,14
    234:7 239:16
    245:25 247:12
    261:21 265:1
    278:21
five- 224:19
five-minute 84:9
FL 2:5 3:5 296:14
Flagler 2:15 22:13
    170:6
flame 167:16,17
flashing 202:25
flew 64:16
flip 201:19
Flom 258:18,25
floor 2:15 110:7
    178:4 235:8 241:3
floors 110:7 232:7
    275:3
Florida 1:1,8,9,24
    2:10,16,21 20:12
    22:12,13 23:7,8,15
    34:20,23 36:14,23
    37:23 38:9 40:12,20
    41:24 72:3 103:1,21
    115:5 121:4 145:7
    147:22 148:4,20
    149:23 150:3,7
    151:2,10,12 160:24
    191:16 227:15
    232:3 245:5 259:7
    259:18,20 288:18
    288:21,22,23
    289:22 290:7,13
    292:7,9,14 293:3,7
    293:15 294:5,19,23
    296:1,8,9,21
flying 109:12
focus 21:4
focused 14:25 18:6
    21:2 236:2
folder 213:13
Foley 283:21 288:3
    289:7
folks 161:19
follow 106:12 194:25
followed 46:7
following 6:1 48:20
    140:6 144:17

167:19
**follows** 7:8
**followup** 92:10
  100:11 203:7,8,12
  203:14 278:24
**food** 109:17
**foot** 108:8
**footage** 72:5 106:7,24
  112:4 141:4 147:21
  281:18
**football** 185:18 230:4
**force** 130:13
**forceable** 111:19
**forcible** 111:22,25
**forcibly** 107:9,19
  113:7
**Ford** 154:11,11
  284:22 285:4
**foredated** 28:16,24
**foregoing** 294:8,11
  295:19
**forever** 193:6
**forget** 14:2 191:25
**forgetting** 13:25
  227:12
**forgotten** 269:23
**form** 173:8 285:10
  287:22
**formal** 43:3
**formally** 226:2
**former** 58:3
**Fort** 1:24 2:21 259:7
  296:21
**forth** 200:4
**forward** 119:10
  150:14 159:16
  256:3
**forwarded** 93:25,25
**forwarding** 139:1
**fought** 258:25
**found** 52:24 53:1
  57:21,25 88:24
  89:21 92:11,24
  128:17,18 171:5
  197:23,24 220:24
  242:5,8 251:23
  260:12 276:11
  277:7
**founded** 20:5
**four** 41:13 65:8,9
  80:13 83:3 102:1

110:7 134:2 145:25
  151:3,13 179:9
  210:16 223:7
  235:12 241:2
  245:25 253:9,10
  268:11 271:5
  280:19 289:13
**four-** 224:19
**fourth** 14:5 112:18
**fraud** 48:14,17
  143:21 152:19
  160:7,13 161:2,3,4
  161:24 275:24
  276:15
**fraudster** 154:4
**fraudulent** 75:8,9
  143:18 174:16
  178:17 228:22
  236:1 238:18
  240:22 251:17
  275:12
**fraudulently** 140:21
  160:17
**free** 8:7 140:22
**freehold** 232:10
**French** 78:6
**frequently** 216:10
**Friday** 200:1 226:3,3
**Friedman** 74:19
  231:22
**friend** 35:23 69:4
**friendly** 69:10,13
**friends** 223:13 229:5
  242:15 258:17
  283:12
**frivolous** 136:9
**front** 89:1,8 116:12
  146:14 238:2 242:4
  251:6 269:11
  273:23
**frozen** 167:3
**frustrating** 243:21
**fuck** 109:4
**fucking** 27:10 106:15
**full** 9:2 142:10
**full-time** 227:17
**fully** 166:11 199:2
**fun** 197:25
**fund** 15:3,6
**funds** 19:15
**funky** 281:1

**funny** 130:5 228:2
**furniture** 249:14
**further** 10:1,7 13:13
  13:16 49:14 55:7
  105:21 129:1
  156:11 160:6
  223:17 243:18
  279:5 286:10,12
  292:1 294:13
**furthermore** 50:12
  53:8 54:8 101:3,23
  137:20 141:4
**future** 84:7
**FYI** 73:3 85:1

## G

**gab-** 194:16
**gaba** 194:14
**gabapentin** 168:17
  184:12,16,19
  194:14 200:20
  201:10,17 205:6
**game** 57:1 216:25
**garage** 275:4
**Gardens** 78:21
  288:13,18,20 290:7
**Garrison** 103:19
**gate** 237:20
**Gelber** 34:9 49:7
  51:24 52:4,10,12,13
  52:20 53:3 57:20
  58:1,3,6 249:8,12
**general** 63:5 134:15
  196:5,6 199:6
  231:12 233:4
**generally** 76:21,24
  77:2,4,22,24 202:8
  233:2,5 240:7 278:1
  285:23
**genius** 48:11
**gentleman** 89:5
  229:24
**gentlemen** 112:15
**Germany** 241:12
**getting** 38:20 61:17
  91:7 104:9,23
  114:15 126:16
  139:18 158:17
  170:10 180:5
  190:11 191:19
  223:15 228:10

230:20 244:15
  273:7 282:21
  286:13
**GG** 293:16 294:23
**Ghana** 77:12
**Gina** 154:11 285:4
**Girard** 211:1
**girlfriend** 103:25
  162:14 225:17
  228:11 242:3
**give** 9:4 22:7 28:22
  82:1,25 89:7 106:23
  115:18,20,24 116:4
  116:15,18,19
  117:18 118:13,17
  120:9 126:13 133:4
  145:6 149:3 161:23
  169:8 176:2 221:24
  233:16 248:10
  254:4 278:25
**given** 55:12 67:1
  101:1,19 118:15
  121:3,6 137:17
  176:13 177:3
  280:19,19 294:12
**giving** 8:15,19,23 9:1
  48:1
**glass** 233:15
**global** 14:25 16:8
**Glock** 152:4
**go** 7:16,24 8:1 9:13
  9:24 13:13 16:20
  17:20 23:5,6,10
  27:15 30:4 31:8
  37:17 38:22 42:10
  49:25 50:1 51:10
  53:21,23,23 59:14
  62:7,8 64:12 66:13
  66:16 73:19 76:18
  76:19,22,25 77:3,5
  78:15 83:4,13 84:14
  84:22,22 85:13
  88:20 92:22 93:23
  99:6,8,23 106:18
  108:6,19,23 116:12
  118:25 119:2,2
  127:20 133:13
  134:1,14 140:4
  141:22,24,24
  147:14 149:14
  150:8,14,21 152:20

153:17 155:12
  156:15 157:15,22
  161:1,21 165:8
  169:8 170:15,25
  174:4,18 177:4
  180:23 181:2,4,5,10
  189:17 192:2,14
  193:3 194:25 195:4
  195:5 196:7 197:13
  199:1 206:1 211:2
  212:11,24 213:22
  215:18 217:18
  218:9 219:23 226:9
  230:14,21 233:19
  234:1,9 247:9
  256:16 257:9 264:6
  265:24 267:15
  268:3 269:9 278:16
  279:13,14,16
  283:24 287:10,10
  288:16 291:21
**God** 7:1
**goes** 86:7 148:17
  149:12 188:10
  208:5 220:8 222:10
  240:8 251:21
  256:19 275:3,21
**GOGGI** 2:20
**going** 13:8 14:5 19:3
  25:3,11,16,19,25
  28:21,23 29:9,19
  30:8 32:8,17 34:1
  36:20 37:17 39:4,4
  39:12,14 42:5 47:20
  48:2 54:1 57:4
  62:11 68:1 75:16,16
  78:25 79:14 82:23
  83:22 84:6,10,21
  85:4 89:20 90:4
  92:20 95:11 100:12
  100:13,19 104:1
  108:21 109:7
  110:15 112:1
  115:22 116:10,12
  116:23 117:17
  118:24 119:10
  124:3 126:19
  139:13 140:4 142:4
  142:17 145:4,15,23
  150:21 152:18
  153:8,9 159:23

161:1 165:12,25
166:17 169:5,9
171:18,22 174:7,12
174:13,14,21 175:6
178:9 181:18
190:12,13 193:1,5
193:17 195:19
199:4 200:13
201:25 208:4
210:25 212:3,7,16
212:20 223:18
224:2,2,5,8,22
226:23 230:21
233:14 241:6,20
254:16 255:8,9
256:24 257:3 263:7
267:5 268:2,18
275:10 276:21
277:22 278:18,18
279:11 282:25
283:2 290:24 291:1
**gold** 21:4
**golden** 281:8
**goldfish** 280:13
**Gonzalez** 2:14 286:21
**good** 7:11,12 26:23
31:16 33:25 99:13
129:15 138:2 147:3
150:11 156:4 182:9
221:1 246:18 268:7
**GoPro** 115:4
**gotten** 52:16 60:1,19
148:16 149:15
158:21,22 171:11
193:9 258:19
**governing** 101:1
249:25 250:2,5,7,19
250:16,25
**government** 188:3
**grab** 233:15
**graduate** 9:8,10,21
**graduated** 10:4 13:9
14:8 17:5,10
**graduating** 14:14
**graduation** 10:8
**grandfather** 215:19
216:1,2
**grandfathered**
281:24
**graphene** 21:4
**graphite** 21:4

**great** 68:5 140:7,8
166:23 264:16
**Greenberg** 226:17
**Greg** 289:10
**gross** 194:10
**ground** 165:22
**group** 14:4,25 15:4,6
19:5 164:12 254:13
**groups** 19:17
**Grove** 78:13
**growing** 198:21
**Guatemala** 289:12
**guess** 10:24 22:5 23:6
23:22 35:24 41:8
50:20 55:18 65:4,8
70:4 76:10 83:12
88:25 94:12,24
109:9 114:24
124:21 135:10
144:16,19 145:12
160:4 172:8 182:6
184:23 186:17
192:11 193:19
198:19 205:12
207:15 219:12
224:18 250:20
253:9,10 276:19
286:8 288:12
**guessing** 111:3
**guest** 53:10
**guests** 281:10
**guided** 204:18 274:14
**guilty** 254:15
**gun** 153:22,23 154:17
285:5
**guns** 52:2 151:18,19
151:20,22 152:7
**guy** 16:5 19:3 51:23
52:2 78:2 87:5
123:17 148:1 192:3
216:3 236:16
244:25 252:16
253:15,21 258:20
258:23 288:5,9
**guys** 48:15 81:1,13
87:5 99:14 102:3
105:10 123:20
135:9 145:3,12
149:13 150:16
152:18 160:6
166:21 168:3 170:1

215:23 226:18
242:25 248:12
251:25 254:17
256:2,8,23 260:12
272:5 279:10
281:19
**gym** 190:13 191:7

**H**

**H** 289:20
**hair** 177:13
**half** 58:18 84:16
126:12 141:6 165:4
189:19
**Halvatzis** 69:1,3,5,6
69:14 73:3 109:23
109:24 179:1
236:10 237:19
264:22
**Hammond** 15:2
**hand** 6:23 185:17
204:8 230:9
**handful** 241:1
**handguns** 152:6
**handle** 225:6
**handling** 146:3
173:18
**hands** 227:7,14
**handwriting** 26:4,14
140:17 141:2
176:18
**hang** 25:3 26:9,10
213:25
**Hans** 289:20
**Hansen** 79:22 81:1
**happen** 84:7 115:16
283:1,1,2
**happened** 18:24 48:2
48:14 97:15 98:25
105:2 106:8 111:24
114:9 125:2,3 126:8
126:23 127:10,10
163:19 164:12,13
191:4 203:10
235:21 238:4 254:6
257:2,21 268:6
271:6,7
**happens** 259:3
**happier** 153:2
**happily** 261:25
**happy** 134:20 155:18

**226:1** 247:9 248:2
269:22,24
**harass** 130:2
**Harassed** 177:3
**harassing** 111:20
178:3
**harassment** 105:24
110:14 126:3
143:21 255:25
**hard** 176:17 179:19
190:11
**harm** 55:8 178:16
**harrassment** 178:16
**Harvard** 228:8
**hat** 99:4 240:5,11
270:5,6,7
**head** 8:4 61:14 86:5
210:4 226:1 231:15
237:5 239:19 288:5
**headcount** 38:10
**headlines** 19:4
**headquarters** 151:13
**heads** 241:5
**healing** 186:11
**health** 178:8
**healthy** 196:7,8
**hear** 85:21 108:24
114:13 140:13
142:7 174:5 264:4
273:22
**heard** 98:23 210:6
245:19
**hearing** 57:2 116:13
228:23 265:12
**heart** 26:23 27:3
166:23 170:22
215:20,24 216:2
**heated** 157:1
**heavily** 265:23,23
**heavy** 278:3
**hedge** 15:3,6 19:14
**hedge-funds** 19:16
**held** 11:1,22
**hell** 142:25 251:13
**help** 7:1 8:4 135:11
155:23 176:18
190:19 204:11
215:9 220:24
**helped** 165:22
**helpful** 191:18
**helps** 189:19 193:2,6

**215:7** 221:1
**herding** 280:25
**herniated** 160:20
166:11 191:1
**herniation** 204:17
**heroin** 75:15 110:3
110:10 234:20
**herpes** 181:14,17
182:4 218:2,8,11,19
**herpetic-like** 217:16
217:21
**Hertell** 289:20
**HG** 179:8
**hidden** 274:12
**high** 9:7,8,10 13:20
26:25 61:12,17
171:14 201:4
214:24 221:3 223:5
230:5 235:7 264:20
**high-end** 252:16
**high-stress** 180:12,14
216:10 219:20
**highlight** 157:16
**highlighting** 257:19
**highly** 54:23 67:15,15
219:2 247:21
**highway** 22:16 23:18
145:7 147:22
148:17 149:12,17
151:2,10,13 187:19
**hinges** 112:2
**hired** 254:14
**history** 13:17 143:19
187:7 197:6,7
206:23
**hit** 66:1 230:14 252:9
**hits** 61:14
**Hm** 182:7
**HOA** 137:19 178:2
231:25 232:1 233:5
**hoc** 193:7
**hold** 10:19,24 287:24
**holder** 10:20
**holding** 268:14
**holds** 114:12
**home** 19:24 22:24
23:3 76:19,22,25
141:7,8 154:24
210:13 245:11,12
**homeowners'** 177:17
232:3

honest 55:15
honestly 82:6 256:11
honorable 40:5 236:5
hopefully 156:4
hoping 8:25 111:20
horrible 227:13
hospital 62:12 170:8
    198:25 200:13
    202:12 220:9
hospitalizations
    169:20
hospitalized 203:24
hospitals 209:1 227:9
hostile 177:4
hour 78:15,21 84:16
    84:16 174:9
hours 62:14 84:10
    102:24 105:8 151:3
    151:14 165:21
    204:1 282:14
house 141:14,16,18
    141:20,25 155:9,11
    155:13 156:18
    204:11 242:4 253:6
    288:12
Housing 178:15
    244:14
huge 192:1
Huh 58:10 214:14
Hul 104:14
human 160:25
hundred 168:5
    186:21 257:2
hundreds 155:20
hurt 194:12 206:22
    230:5
husband 245:4 249:1
    253:4 258:18
husband's 284:22
    285:6
hype 179:9

I
ICU 167:4
ID 5:6 149:20 168:4
idea 129:15 237:12
    286:5,6,7
identification 25:14
    29:15 39:10 65:12
    67:9 68:9 107:5
    117:4 124:8 131:16

142:20 146:20
    152:11 153:11
identified 12:13
    103:21 278:11
    284:17
identify 12:15
identity 272:2
idiot 106:15
ignore 73:4
IIED 40:9 256:1
illegal 53:10
illness 61:4
imagine 101:18
imaging 204:16
imbecile 265:22
immaterial 160:4
immediately 143:1
    167:19
impact 201:7 256:24
Impacted 179:11
impacting 184:6
importantly 76:6
improper 56:25
improperly 57:11
inaccuracies 158:11
    158:14
inaccurate 43:22
    140:15 149:1,2
    155:1 156:21
    162:10 205:24
inadequate 204:19
inadvertent 31:11,17
inaudible 47:8 179:4
    179:12,13,14
incarcerated 259:6
incepted 250:11
incepting 249:2
incident 97:6,20
    102:18 103:23
    104:5 105:12 106:3
    107:10,13 112:13
    118:20 119:17,18
    132:9,18 138:13
    155:4,14 180:23
    235:4 236:13
    239:24,25 268:6
    270:18 271:3 283:5
    284:16 285:16
    289:3
incidentally 203:16
include 263:7

included 98:1,8 129:5
    131:25 169:18
    280:12
includes 169:5 263:8
    281:11
including 15:1 18:20
    29:6 54:2 98:3
    128:19,23,23,24
    141:7 158:1,5 219:3
incorporations 20:11
incorrect 51:20 104:9
    106:22 113:3,19
    148:18,19 207:2,3
    271:14
increased 221:19,25
    222:1
incur 136:9
incurred 136:8
INDEX 5:1
indicated 224:24
    225:1 242:17
    279:24 283:4
individual 1:5,5,9,10
    19:21 296:5,5,9,10
individually 47:2
individuals 92:18
infection 62:2,7 63:1
infections 62:22
influence 144:10,13
    265:23
information 51:17,19
    64:25 173:5 182:3
    204:4 238:14
    244:20 245:16
informed 41:6 103:18
    119:25
infrequently 219:18
inherent 56:22
initial 201:7
initially 166:9 236:7
initials 26:1,2,7 29:20
injections 191:14
injury 211:12
insensitive 240:18
insert 192:13
insertion 258:4
inside 108:19 114:19
installed 72:5 274:14
institute 10:12,13,13
    13:14 20:12 191:16
    192:3

institution 10:14 18:5
instructions 40:6
insurance 195:1,4
    256:20,22 264:16
insure 264:18
insuring 15:4
intake 173:5
intense 170:11
    177:21 216:25
intent 64:13 178:16
intention 38:2
intentional 256:20
interaction 97:25
    132:1,1 143:25
    154:1 175:17 234:8
    270:13,13,16
interactions 161:19
interest 47:11
interested 13:19
    244:1 294:17
interesting 71:19
    158:7 218:9 229:23
    235:11 258:20
    282:12 284:7
internship 13:24
interpret 53:17 121:8
interpretation 113:17
    113:19
interpreted 113:6
interracial 176:25
    177:2
interrogatories 5:12
    5:17 133:10 269:7
    269:15,20 270:2
    277:22
interrupt 118:11
    142:8 193:3
interrupted 137:14
Interstate 148:2
interview 85:19 86:1
    86:4,9,23,25 87:2
    88:17 90:16,24 91:6
    91:7 92:6 231:1
    236:7,15
intimidate 55:8
intoxicated 242:13
introduce 6:5
introduced 253:19
investigation 92:8,17
investment 216:8,13
invited 155:13

involved 23:25 49:11
    143:19 159:11
    244:2 258:3
involving 264:22
INXRS 14:3
Islands 291:1
Israel 2:9,9,11 4:5
    6:9,9,17,18 7:10,12
    12:9,10,14,21,25
    13:2,6,7 14:21 25:8
    25:15 29:11,16,24
    32:20 33:2,8 34:1,3
    37:6 39:11 45:20
    46:17 47:20 56:24
    57:9 60:14,25 61:1
    65:7,10,13,20 67:6
    67:10 68:6,10 70:16
    72:18 78:23 79:2
    83:14 84:9,12,13,14
    84:17,21 85:2,13,15
    85:16 99:5,12,14,22
    107:2,6 111:23
    116:23 117:1,5
    118:2,23 120:18
    122:8 124:3,9,10
    126:11 127:8
    131:12,17 135:11
    137:12 139:10,12
    139:17 140:25
    141:23 142:16,21
    146:17,21 152:8,12
    153:12 155:7
    156:13,16 158:19
    159:8,10 163:16,24
    164:5 174:11
    176:19 196:3
    209:23 210:5,8
    212:11,14,24 213:7
    213:10,21,23 214:3
    214:12 223:17,23
    224:10 243:12
    246:20 253:22
    262:3 266:3 279:4
    286:11,15 291:14
Israel's 284:14 286:2
issue 30:6 59:24
    60:18 75:17 90:18
    91:12 166:23 190:4
    193:16 201:23
    209:9 219:14 221:4
    239:8,9,10 244:2,13

250:12,12 260:15
267:15
**issued** 260:11
**issues** 19:3 26:16
62:3 68:18 79:16,24
80:5,5 84:6 89:2
102:5 123:3 140:9
140:10 143:10
153:4 160:11
165:19 172:25
175:12,15,17 180:5
180:13,14 181:6
194:19 217:13
220:14 221:7 223:5
224:6 225:4,7,10,12
228:1 241:18 243:3
**Italian** 252:15
**Italy** 90:12 236:14,21
237:6
**Italy's** 236:21
**itchiness** 207:4
**items** 49:1

**J**

**J.P** 229:16
**Jackson** 167:8
**Jacob** 151:9
**jail** 159:23
**Jain** 19:3
**Jane** 15:2
**January** 20:13 24:15
24:18 28:22 61:20
63:1 66:20 77:15
125:8 126:14
161:13,14 162:21
164:14,16,17,19
184:20 186:14,16
201:20 203:23
246:24 247:5,19
249:2,5 252:3
274:25
**Jason** 147:17
**jeopardy** 129:17
**Jersey** 290:1
**JFK** 203:24
**Jimenez** 197:13
**JoAnn** 3:13 41:15
48:12 49:17,25
50:19,20 138:16
161:7 250:4
**job** 15:9 16:11 122:17

129:16 151:6
180:13,14,16
216:10,16 219:20
219:22 245:21
252:9
**jobs** 13:19
**Joe** 252:15,21 288:14
288:14,24
**John** 44:2 49:22,23
50:4 98:9 107:8,8
108:8 109:8 111:7
126:15 128:24
129:13 138:16,17
160:14 229:24
230:1 235:25 236:6
237:13,24,24
243:11,16,17 244:6
245:12 258:25
274:19 277:12
279:25
**John's** 270:22
**join** 32:10,12 147:5
**joined** 18:5
**Joseph** 111:13
**Joshua** 147:17,17
**joy** 179:11
**JP** 230:2
**Jr** 1:4,15 4:3 7:5
293:8 294:8 295:3
295:24 296:4,13
**judge** 40:5 58:4
114:24 115:21
121:8 160:4 171:3
256:2
**juice** 168:1
**July** 54:10,11 64:9,10
68:3 152:16
**jump** 224:22
**jumps** 60:3,22
**June** 32:1,24 34:6
144:14 182:23
183:3
**Junior** 143:16 284:16
**jurat** 269:18,19
**jurisdictional** 11:13
**jurisdictions** 20:6
21:13
**jury** 50:11
**justify** 250:19 251:10

**K**

**K** 167:6
**keep** 27:1,22 30:1
85:3 153:15 215:14
**keeps** 81:3
**KEMP-GERSHEL**
2:17
**Kemp-Gerstel** 25:7
**Ken** 226:12
**kennel** 59:3,9 78:1
**kept** 151:24 152:2
241:5
**ketamine** 167:5,20
**Key** 242:3
**keyed** 149:17
**keys** 24:15 125:9
126:16
**kick** 267:3
**kid** 110:11
**kidding** 265:19
**kill** 166:17
**killed** 27:11 160:21
225:20
**killing** 219:8
**Kimberly** 70:1
**kind** 9:15 11:17 20:12
61:18 65:20 79:14
80:16 111:9 125:2
143:24 159:12
166:1,6 168:11
171:7 186:9,12
187:24 200:8
205:18 214:23
222:8 228:2 235:11
236:16 237:5
241:21 251:16
257:18
**Kingdom** 10:2 11:6,7
11:15,23 13:10
14:13 15:7 16:16,20
**Kissane** 3:4 6:19
**Klein** 18:5
**Knaggs** 290:2
**knee** 170:15,18 185:8
205:19,23 209:17
209:18,18,24,25,25
230:8
**knew** 27:10 33:25
73:18 79:23 91:6
108:8 110:4 123:7
130:5 161:3 229:22
238:2 241:10

260:24,25,25
282:17
**knocked** 78:17
154:25
**knocking** 132:4
**knocks** 164:21
**knot** 190:22 217:25
**know** 8:11 10:9 11:17
11:25,25 12:6,21
13:19 16:5 17:5,7
17:11 19:22 21:14
21:16 24:11 27:1
29:23 38:1 40:25
42:5,15,16,17 44:3
44:3,20 46:21 49:6
49:9 50:24 51:7,10
53:5,13,13 54:22
55:16 58:21,22 60:4
60:22 63:7 66:7
68:17 69:25 71:18
71:20,25 74:9,10
75:13 76:6,14 78:12
79:15 80:15 81:1,11
82:4,17 83:5 84:5,7
87:5,7,11 89:4,4,6
89:21 90:13 93:10
93:20 94:7,18 97:9
97:15 98:17 100:12
100:15 102:3,14
103:13 104:16,17
106:8 108:13,21
109:6,8,11,12,13,19
110:2,22 111:9
112:4 113:7 121:20
122:17 123:24
124:15 125:5,20
126:4,5,13 127:8,9
128:3,5 131:9,10,10
135:17 137:24,25
137:25 138:1,4,20
138:23,24 139:3
140:25 141:9 142:4
143:12 144:15,17
145:1,3 148:15
149:7,13,13 150:18
151:4,5,10 153:3,16
154:19 155:19,23
156:4 157:18,19
158:7,18 160:2,3,3
160:7 161:2,25
163:16,19 168:2

170:25 171:1,5,11
171:12 172:6,14,18
172:22,24 173:25
174:5,5,6 175:1,24
177:17 179:8,10
181:23 182:9,18
183:5,8,12,23 184:4
184:14 188:2,5
189:2,4,5,9,13,14
189:15,16,18
190:16,17,24 191:4
191:6,6,11,21 193:6
193:11,12,22 194:8
195:4,6,19,25 196:1
196:10 197:7,9,10
197:13,15,17 198:2
198:6 199:10,11,22
199:24 200:4,22
201:7,16,18,24
202:5,6 206:8,16,18
206:24 207:25
208:2,22 209:4,14
210:5,12 211:4,11
212:18,21 215:9,11
215:12,19,21 216:5
216:6,18,24 217:12
217:14 218:17,24
219:24 220:12,19
220:20,21 221:13
221:22 222:6,9,11
222:12,24 224:3,7
226:2,5,8,14,16,20
228:3,6,22 229:5,5
229:6,7,18 230:22
231:3,10 234:7,11
235:1,1,14,23
237:12,23 239:7,23
240:3,4,15 241:3,4
241:5,10,17,18,19
241:20 242:13
243:19,21 244:14
245:1,8,24 246:8
247:23 248:8,12,23
249:1,23 250:17,22
251:9,13,17 253:1
253:14,16,16,20,22
253:23 254:7,9,12
254:12,13,15,17
255:14,16 256:6,11
256:13,19,19,21,23
256:25 257:1,17,19

257:20,21 258:19
258:20,22 259:4,5,9
260:11,18,21 261:1
261:3 262:24,25
263:1,5,18,23 264:7
264:20 265:19
266:12,18,21
268:12,16,22
270:23,24 271:2,6,7
271:9 272:2 273:13
273:20 274:2,3,8,8
274:15,21,23 275:1
275:23 276:17,18
276:19,22,23 278:8
278:23 280:4 282:5
282:11,12,16,17,25
283:10,10,18 284:5
284:8,21 285:15,16
285:17,18,19,21
287:8,10,11,16
288:18,19 291:18
**knowing** 28:23 212:7
**knowingly** 161:2
**knowledge** 248:5
265:9 283:9
**known** 18:9 127:17
127:25 185:4
189:12 205:12
222:23 230:2
**knows** 74:10 82:16
82:16 161:3 238:19
273:13
**Knoxville** 9:14 23:22
**Kraver** 102:1 109:23
252:25 253:11
280:1,18
**Kraver's** 253:16

**L**

**La** 1:8 6:12 23:19
24:12,13,24 25:1,21
25:22 27:18 28:4
36:11,11,19 37:4,11
37:22 38:2 42:21,24
45:5,14 46:1 47:3
70:18 73:8 74:1
77:20 79:4 80:8,18
81:6 82:20 83:8
100:1,20 103:3
123:7 129:10
134:21,23 136:16

136:19 137:3,19,19
139:7 148:6 150:7
152:2 160:11
161:12 162:21,25
163:3 180:1 221:7
229:1 231:24 233:8
245:25 246:2 248:6
249:6 250:24
252:22 253:1,3,25
254:7 264:25
271:16 289:8 295:2
296:8
**lack** 92:1 94:3 272:13
**lady** 69:11 154:10
172:13
**laid** 55:17
**Lake** 34:20,23 37:22
148:4,19 149:10,22
150:3
**laminectomy** 192:6
203:2,3 208:7,7
**Langone** 171:8
188:25
**language** 27:12
**large** 55:9 203:16
204:16 254:20
292:14 293:15
294:5,23
**laryngoscopy** 196:25
**Las** 227:23
**late** 253:4 257:25
267:13 284:22
**Lauderdale** 1:24 2:21
296:21
**launched** 92:8
**Laurie** 32:3 48:4,6,7
48:23,24 49:15,15
50:7 51:13,15,18
72:6,9 101:20 109:8
109:21 112:10
160:14 162:2 178:4
240:23 243:11
275:21,21 276:9
279:25 283:15,18
288:6
**law** 42:16 68:17
121:7 163:7 233:5
251:2 254:9 262:6
275:23
**Lawrence** 284:23
**Lawson** 44:2 49:22

49:23 50:4 98:9,10
107:8,19 108:8
110:25 111:1,7
125:4 126:15 127:2
128:1,15,24 132:5
132:18 138:16
235:25 237:13
238:10,15 243:11
243:16,17 270:17
273:19,22 274:19
277:12
**lawsuit** 24:5,8 25:10
27:25 41:25 42:4
81:9 135:1 137:23
138:5 161:5 163:15
173:9,12,14,18
174:15 178:15
225:6,6,14 236:1
238:17,24 240:21
241:4 247:5 250:3
250:20 262:11,17
283:9 284:12
**lawsuits** 23:25 24:7
221:7 241:15
**lawyer** 40:15 42:16
49:16,17 54:4
123:22,24 135:11
137:16 249:24
255:6 258:20,21
**lawyer's** 146:3
**lawyers** 72:24 231:8
260:23
**layers** 11:4
**laying** 202:10
**layperson** 249:24
**LCAM** 122:24
**lead** 239:10
**leadership** 289:14,16
**lean** 65:19
**leaning** 66:4
**lease** 24:12,19,20,24
25:1,12,20 26:5
27:17,23 28:1,2,3,7
28:14,18 29:17,23
29:25 30:12,13,17
30:22,24 31:1,3,24
32:2,25 33:6,16,19
33:25 34:5,7,10,11
34:12,13 48:9,11,25
49:6,11 51:5 53:15
53:17 73:15 75:8,24

76:7 87:7,15,23
88:2,2 230:20,20,23
231:6 242:22
247:15 249:20,25
250:11,16,17 268:9
268:19,21,24
275:12,18 276:5
277:6
**leased** 252:11,13
**leasehold** 232:11
249:2,6,12 252:2
**leases** 50:8,18,21
230:22 252:8
**leasing** 231:24 252:14
**leave** 40:8 57:6 76:19
76:22,25 109:5
161:21 162:4
240:10 263:9,20,21
**leaves** 98:18,19
**leaving** 248:2
**led** 137:22 225:12
258:4
**Lee** 226:17
**left** 19:8 30:14,21
40:6 49:4 157:2
170:18 184:6 190:6
190:21 204:3,8
205:19 209:25
217:5,6,16,21
245:17 251:5
287:14
**leg** 202:2,3,4,5,9
**legal** 45:18 46:14
56:19 114:22 162:6
263:14
**legally** 188:17
**legible** 31:20,23
114:16
**lending** 14:24
**length** 24:20 87:18
98:24
**lent** 229:15
**Lepselter** 24:17
31:23 33:20 34:8
249:5
**lesbians** 277:10
**lesion** 204:18 205:4
217:16,21
**lessee** 231:11 242:22
268:12
**lessen** 269:11

**lessor/lessee** 268:13
**let's** 7:16 9:7 13:17
24:12 27:22 29:7
31:6 39:2 43:15
44:17 49:8 55:24
58:15 65:8 67:18,24
69:17 75:5 79:17
94:22 95:4,4,7,13
107:7 111:23
112:20,20 131:12
131:18 134:24
135:9 136:11
146:22 149:7 152:9
153:19 154:2
156:24 163:24
169:1,8 171:16,17
175:24,24 176:20
182:15 196:19
208:16 210:17
211:2 214:2 234:9
237:13
**letter** 4:12 5:8 41:8
42:7,8 68:3,5 69:17
69:18,22 70:2,17
71:3,9,11,13 72:17
73:7,10,12 74:5,8
74:12,18,25 75:19
76:15 80:21,23,25
137:3 261:17
**letters** 41:13 42:25
54:7 73:14,22 74:14
**level** 61:24 80:15
113:7 164:21
**levels** 202:15,17
**liability** 1:9 45:11,17
48:15 76:11 233:3
263:10 296:9
**liaise** 91:16
**liar** 106:19
**license** 12:4 23:17
103:21 149:5,10,12
149:21 150:1
172:15 188:15
259:12 266:15,16
**licenses** 10:10,17,19
10:20,21 11:5,8,9,9
11:10,11,21,22,24
11:25 12:1 13:8
**lie** 98:17 126:25
154:21
**Liebler** 2:14 286:20

lied 284:11 285:2
lies 76:11 82:7 178:21
life 51:12,25 80:6
    84:6 90:12 157:16
    159:18 160:10,24
    161:1 175:6 190:11
    202:25 252:19
    285:15
lifetime 7:19 143:20
    143:22 170:14
lifting 191:3
liked 89:21 90:2
Lime 242:3
limit 72:7 191:7
    280:11,13
Limited 1:9 296:9
limits 101:4,21
line 27:1 40:5 65:6
    70:8,14 75:6 92:9
    124:21 176:13
    179:9 222:12 223:2
    223:4 237:2 259:24
    259:25
lines 59:16
linked 190:22
Lisbon 251:5
list 66:25 187:1,12
    188:21
listed 138:5 149:15
    183:11 245:5
    253:24 271:24
    282:11
listening 12:16
    137:13
literally 192:1 264:10
    282:15 283:21
lithium 21:3 290:22
    291:2
litigation 40:13 129:2
    143:20 154:12
    247:23 263:24
    264:16,22 276:13
    281:3
little 16:12 17:15
    27:14 57:16 61:22
    61:24 65:18 66:2
    79:15 84:17 85:18
    95:8 109:6 111:7,8
    156:8 157:9 165:19
    167:12 168:9,18
    190:20 192:2

194:17 205:18
218:9 219:21
220:16,24 228:7
233:15 254:4
258:19 259:16
260:18 261:22
287:6
live 23:19 130:14
    134:21 152:20
    226:9 253:7 289:5
lived 23:20,20 90:12
    216:9 228:14 232:1
    232:6,12 236:14
lives 102:2 160:19
    234:13 288:11,12
    288:16
living 141:5 153:1
    161:11 163:9
    179:11 224:25
    231:25
Liza 93:10 257:18
Liza's 179:2
LLC 1:9 2:8,13 6:11
    21:15 24:17,25 25:2
    25:23 27:18 28:4
    31:13 32:4 38:2
    42:22 43:8,19,25
    44:15 45:1,3,12,14
    45:23 46:3 52:18
    129:10 243:19
    248:6 250:18
    267:16 296:9
LLC's 133:9
lobby 106:2,2 114:14
    273:24 274:16
    275:5,6
lobster 194:10
local 199:1
localized 206:23
locally 36:13
located 25:21 34:19
    34:22 100:1
location 38:7,23
    86:24 171:7 199:6
locks 141:19
logically 276:8
logistics 259:19
London 13:25 14:20
    17:22,23 18:4 19:23
    19:25 23:6,9,10,21
    57:23 76:1 77:3

251:6
long 8:11 15:8 16:11
    17:13 18:15 20:2
    24:19 32:18 86:18
    87:1,23 165:5
    185:10 189:1,3,6,16
    190:8 225:24
    235:21 253:1,2
    286:14 291:17
long-arm 152:6
long-lasting 191:23
longer 43:25 53:15
    152:13,25 209:8
    278:15
look 29:7,17 30:5
    31:6 39:2 43:15
    55:24 59:15 63:17
    66:8 83:13 93:4
    95:7,13 102:13
    112:20,20 120:22
    124:20 131:18
    134:5 135:24
    146:22 147:3
    148:14 149:18
    153:13 160:25
    169:1 171:16,17
    172:15 175:24
    180:15,17 181:18
    181:19 182:15
    193:8 209:6 231:2
    239:18 240:15
    246:9,9 269:17
    275:20 283:24
looked 30:12,18
    31:16 52:21 92:16
    93:7 108:9,25 137:2
    150:12 194:9,10
    200:17 219:3
    222:15
looking 32:1,24 33:5
    57:23 95:14 156:19
    211:15,16 213:8,12
    213:13 269:25
    279:1 281:1 287:25
looks 26:6 27:16,19
    27:19 39:13 146:10
    167:14 229:10
    274:15 276:7,8
lose 186:22 191:8,9
    191:12
loss 134:20 177:14

losses 134:21
lost 60:16
lot 23:1 32:18 72:24
    99:1 110:11 143:16
    143:17,22 148:1
    151:15 153:5 154:7
    160:16 175:5,6
    180:16 186:6
    187:21 188:5 209:8
    215:4,7 226:18
    245:18 263:25
    271:10 284:1
lots 166:16 188:16
    200:5 217:1 251:14
    263:14 276:13
    291:1
Lou 69:8
Louis 109:25
lovely 252:16
low 8:22 9:1
lower 130:12 189:25
Loxahatchee 77:25
    78:11,12,13,20
Lubliner 40:1,2,18
    41:5,9,14,19 42:1,3
    50:21 53:25 73:12
    74:12,24 75:18
    76:14 113:5,12
    137:6 173:6,17
    248:6 251:2,7 255:2
    255:16 265:4,20
    269:16 273:7 287:4
    287:21 291:7
Lubliner's 39:7,21
    133:19
Luchey 1:5 34:8 39:6
    43:11 56:4 57:25
    79:5,16,21 83:17
    84:3 86:22 94:12,14
    94:20 95:1,23 96:4
    96:6,10,13,15 97:6
    97:13,17,17,24,25
    98:6,12,21 99:2
    102:18 103:17
    104:4,6,11,13,25
    106:4 125:24 127:5
    127:15 129:6
    130:24 131:8,23
    139:20 140:3
    141:10 142:14
    143:16,24 152:14

152:23 153:6,21,23
154:1,16,18 155:4
156:17 157:6,25
159:5,13,25 160:1
163:22 165:22
172:7,18 173:2,19
173:22 174:4,14,23
174:24 175:13,13
175:18 176:7 181:3
224:24 225:18
228:10 235:18
237:10 238:15,25
241:25 243:13
244:3 249:14 252:3
257:22,23 258:16
262:12,14 268:5,14
270:19 271:4
273:22 282:24
284:16,18,25 285:9
286:1,8 296:5
Luchey's 56:11 95:25
    97:20 127:11
    143:13 154:24
    159:2,25 175:18
    180:24 226:12
    239:7
Luger 280:23
lumbar 189:22,25
lunch 84:16,25 85:4
lunging 119:17
Luxembourg 18:8,21
lying 53:2 130:5
Lyme 211:25
lymph 206:24 207:2
Lyrica 210:20

## M

M54 195:24
ma'am 65:17
MAC 1:9 2:8 6:10,15
    28:15 42:22 43:7,17
    43:18,24 44:9,13,14
    44:21,25 45:2,6,10
    45:11 46:2,23 47:2
    47:19,25 48:16 70:7
    70:22 74:6,21 96:24
    97:1 112:12 133:9
    134:22 135:5
    136:12,23 137:11
    137:21 138:10
    139:6 160:14

256:14 286:21 296:9
**machine** 61:24 145:8 197:14 264:5
**macrostructuring** 18:14
**Madam** 29:11 32:20 34:2 60:14 65:7 67:6 78:24 107:2 116:24 124:4 131:13 139:11 142:16 146:17 152:8 159:9 210:6 212:12 278:5
**magical** 50:8 76:7,8,8
**magically** 75:10
**magistrate** 57:2 116:12 260:8
**mail** 114:17 150:8 188:9,10
**mailbox** 187:24
**mailing** 22:10,15
**main** 275:6
**maintenance** 123:14 123:17 266:4,23
**major** 19:2 58:21,23 145:16 248:15
**majority** 19:5 232:25 238:25
**making** 47:3 115:9 127:24 130:22 181:17 194:8 218:4 235:15
**male** 177:9
**malignant** 198:12,13
**man** 108:7 123:14 266:5
**man's** 216:25
**management** 1:9 2:8 2:13 6:10,16 11:1,2 42:22 43:8,18,25 44:13,15 45:1,2,6 45:10,12 46:2 47:2 70:8,22 123:6 133:9 136:13,23 139:6 289:17 296:9
**manager** 43:21 44:1 44:4 45:6 46:1 71:19 130:3 254:10 266:5
**manager's** 71:21

**managers** 19:15 94:8
**manages** 266:11
**managing** 190:25 263:3 266:22
**manifest** 64:13
**manipulated** 237:25
**Manning** 70:1,4
**Manzo** 24:16 27:17 31:13,19 32:4 33:21 34:8 52:17,22 55:19 73:16 88:16 89:25 130:13 242:21 243:4,19 247:14 248:5,23 249:18 250:22 251:9,16 252:1 262:12 263:4 267:1,6,16,21 268:17 273:5 275:24 277:5,8,9
**Manzo's** 26:4 242:18 243:7,23 262:13 276:24
**Manzos** 250:18
**map** 224:9
**marathon** 85:3
**March** 133:21 192:8 192:15 194:17 195:17 197:4 205:21
**Marchel** 32:4 48:4,23 49:15 50:7 51:5,14 51:15,18 72:9,13 101:20 109:8,21 112:10 127:18 128:7,21 129:3,3,13 129:19,21,22 130:8 130:19 160:14 162:2 178:4 240:23 240:24 242:18 243:7,11 244:1,20 245:1,13 276:9 279:25 280:22 283:15 288:6
**Marchel's** 72:6 138:14
**Marchese** 2:22 4:6 6:12,12 12:18 60:9 65:9 99:13 214:9 223:19,22,24 224:16,17 227:5 230:19 233:21,25

234:2,4 235:20 246:15 256:11 257:7,13 261:16 268:4 278:5,14,15 278:17,21 279:8,13 279:16,22 284:7,8 286:9 291:12,15
**margin** 15:4,6
**Marianne** 237:1
**Maritza** 252:18,21
**mark** 16:6 25:11 29:9 34:1 39:5 53:13 65:8 67:6 68:2 73:11 74:19 76:7 78:25 107:3 116:23 124:3 131:12 139:10,14 142:17 146:18 152:9 153:9 157:8,10 159:8 231:21 278:6 283:7 283:13,17 284:3,5 289:24
**marked** 5:20 25:10 25:13 29:14 39:9 65:11 67:8 68:8 107:4 117:3 124:7 131:15 142:19 146:19 152:10 153:10 284:15
**market** 130:16 216:24 229:15
**marketing** 288:4
**markets** 16:8
**married** 109:10
**MARSHALL** 2:20
**Martin** 284:23,23
**Martina** 241:11
**Mary** 1:8 3:12 6:9 12:16,23 28:16 31:15 32:3 42:21 43:5,20 44:20 45:1 45:7,9 46:21 48:3,6 48:11,16,23 50:4,6 51:22 70:10 71:1 74:14,21 75:11 81:7 81:22,24 82:9,11 86:12 91:13,20 97:1 97:2 114:2 120:20 122:23 123:8 126:20 128:23 129:15 130:9 133:8

134:22 135:4,6 138:10,15 160:13 231:16 234:15 236:25 238:4 243:16,17 244:23 256:14 266:18 276:8 296:8
**Mary's** 10:1,5,8 13:9 14:14 16:16 129:18
**mask** 202:16 288:9
**masked** 252:17
**mass** 166:14,14 195:3 204:12,16 212:4,9
**massive** 18:7 101:24
**master's** 10:6 16:15
**material** 84:6 143:9
**math** 267:12
**mathematically** 216:25
**matter** 52:6 75:23 116:2 263:21
**Matthewman** 116:13 260:9,11
**Matthews** 16:6 289:24
**max** 278:22
**McFadden** 1:8 2:8 3:12 6:10 12:16,24 28:16 31:15 32:3 42:22 43:5,19,20 44:5,10,13,20 45:1 45:7,9,25 46:6,21 47:1,19,25 48:3,16 48:19 49:7,10 51:4 51:9,16,17,17,22 52:10 53:13 54:2,17 55:3,12,13,19 63:20 64:20,22 66:20 68:19 70:10,15,21 71:1,18 72:10,13 74:6,21 75:11 86:13 88:18 91:13,20 92:9 93:11 94:2,9 96:21 112:9,11 114:2,3,13 115:1,8,10,12,17 116:15 117:19,23 118:14,18 120:20 122:23 123:8 124:18 126:20 128:23 129:21,25 130:2 133:9 134:23

135:4 136:12,23 137:9 138:10,25 139:6 160:14 231:16 234:15 238:4 243:13 244:23 256:14 260:22 261:1 266:18 276:9 283:7 283:13,17 284:4,5 296:8
**McFadden's** 53:22 53:24 71:15 73:9 75:7 135:6 137:20 275:19
**MCL** 170:17
**mds2@lgplaw.com** 2:16
**mean** 13:11 19:24 23:1 55:10 61:20,20 63:7 99:15 112:7 126:6 143:8,19 150:2 151:1,2 158:8 159:25 160:15 162:3 163:16 164:11 172:21 193:3,18 202:24 209:12 215:1,24 216:12 225:7 226:1 230:12 252:8 253:8 264:10 266:10 267:4 282:2 283:25 284:12
**meaning** 95:23,24,25 113:18
**means** 171:2 179:8 195:25 197:8,10,15 199:24 215:20,21 216:21 263:20
**meant** 66:11,11 113:20
**mediation** 255:12
**medical** 27:13 61:23 166:22 168:8 169:16,20 170:13 170:21 171:19,24 180:15 181:14 182:3 192:17,18 198:5 202:6 220:5 221:9 222:15,16,20 226:22,23 256:1 260:25 265:20

**medically** 199:3
**medication** 8:18 9:2
  144:25 147:15
  151:16 168:12
  182:20,25 184:10
  184:14 185:7
  200:24 209:3,7
  233:16 269:22
  278:3
**medications** 8:21
  265:24
**medicine** 185:10
  201:8 215:10
**medicines** 145:1
**meditate** 272:25
**meet** 158:20 229:24
  255:10
**meetings** 233:7
**Megan** 1:5 34:8 40:4
  53:9 55:19 57:21
  79:5,23 81:21 82:22
  91:2,3 95:23 96:22
  103:17 104:20
  107:25 125:1,5,8
  126:6 127:5 129:11
  130:22 132:10
  143:9,22 154:6
  155:20 156:24
  157:1,12 159:16
  162:12 163:8,22
  170:3 172:7,9 176:7
  177:19 179:14
  223:12 234:17
  235:7 238:1,20
  239:13,16,20
  241:25 248:20
  249:14 257:24
  258:1 268:5 296:5
**Megan's** 57:13 82:12
  89:18 95:25 102:5
  179:1
**meltdown** 229:11,12
  229:14
**member** 51:18 91:11
  110:14 263:3
  264:25
**member's** 75:14
**members** 45:15 46:11
  101:3 111:19 178:4
  234:7 240:21 265:1
  281:11

**Memorial** 167:9
**memory** 27:12 64:12
  87:3 167:10 218:15
**Memphis** 9:11,11
  23:22 227:3
**men** 108:7 111:5
**meniscus** 170:17
**mental** 72:23 178:8
**mention** 220:11,13,16
  221:4,6
**mentioned** 111:10
  209:16 252:25
  254:20 286:22
  288:3,24
**mess** 151:8
**message** 55:4
**messages** 55:5 155:18
**met** 51:24 57:23
  216:1 230:3 249:4
**metal** 20:9 192:14
**metals** 20:7,15,19,25
  21:2,7,24,25 22:8
  23:5 290:9,11
**Metals.com** 288:1
**method** 86:11
**methodology** 135:25
**MI** 215:24
**Miami** 2:16 3:5 167:7
  203:18
**Miami-Dade** 58:4
**MICHAEL** 2:17
**middle** 15:11 17:19
  66:8 79:21 81:9
  151:7 154:6 202:10
  216:22 275:5
**Middlebrooks's** 40:5
**Mike** 6:15 279:8
  286:20
**military** 259:8
**milligram** 189:19,19
  221:18 223:1
**milligrams** 184:8
  221:18 223:2
**million** 253:24 272:12
  272:15
**mind** 65:18 95:14
  134:6 153:14
  163:25 176:3
  224:23 239:4 256:9
  265:25
**mine** 126:7 162:14

220:1 242:23
**mines** 290:11
**minimize** 246:14
**minimum** 259:6
**mining** 290:9,19,21
**minus** 229:16
**minute** 55:25 180:17
  212:22 214:10
  246:16 257:8
  278:25
**minutes** 57:17 75:17
  78:22 84:15,23 85:6
  87:4,4 90:10 163:24
  209:12,14 278:22
  278:22
**mirror** 160:25
**misconstrue** 121:21
**misconstruing** 121:13
**misdiagnosed** 200:16
  207:10
**misdiagnosing** 200:6
**misinterpreting**
  122:15
**missed** 271:19
**mistake** 140:24
**mistaken** 131:14
  142:18 218:12
**Mister** 69:2
**mistress's** 284:22
**mistresses** 285:7
**misunderstand** 122:3
**misunderstanding**
  172:20
**misunderstood** 122:1
**MIT** 228:8
**mob** 112:8
**moment** 32:22 79:5
  160:23 233:24
**moments** 117:20
  119:4
**Monarch** 12:15
**Monday** 6:3 226:5
**money** 72:24 88:4
  143:17 154:7,9
  159:24 229:15
  236:2 264:11
  266:23 267:5,7,15
  267:17 268:1,4
  284:1 285:21 287:7
**monoclonal** 164:20
**monster** 230:14

**month** 51:2,3 185:12
  225:25 250:2 264:2
  265:11 268:21
**month-to-month**
  249:19
**months** 36:8 53:6
  58:24 71:10 92:25
  110:2 144:4 162:17
  168:7,7 204:17
  239:16 241:3
  245:25 247:12
  250:11 251:20
  259:24 261:21
  264:3 267:13
  268:11,23,24 269:4
**Montreal** 20:1 23:21
  23:21
**Morgan** 229:16
**morning** 7:11,12
  71:23 107:24 108:1
  114:9 220:25 236:9
**morphine** 168:2
**Morris** 158:1
**mortgage** 229:11
**mother** 110:13 144:2
  257:20,25,25
**motion** 265:11
**motions** 232:24
**motivate** 128:22
**motivated** 128:5
  238:6 244:12
**motivation** 241:21
**motivations** 244:15
**motivator** 126:8
**mountain** 194:6
  212:1
**move** 18:25 26:9 32:8
  32:14 63:16 91:3,8
  111:20 127:6
  165:15,19 167:16
  167:16 204:2
  243:15 282:2
**move-in** 28:19 243:15
**move-ins** 90:6
**moved** 22:14 26:17
  63:10 75:8 85:18,19
  86:1 90:3 126:14
  165:24 168:18
  210:21 237:18
  246:23 274:18
  280:20 288:17

**movement** 152:17
**moves** 80:18
**movies** 226:4
**moving** 90:8 126:15
  126:21 127:3 180:1
  202:10 231:10
  247:10,11,19
  257:22 276:24
**MRI** 166:13 195:4
  197:14
**MRIs** 166:8 194:24
  200:7
**mugshot** 167:12
**Mugshots** 146:24
**multilevel** 206:8
**multiple** 20:6 38:5,8
  38:23 101:3,4 125:2
  179:1 213:18 219:2
  219:4 223:13 264:2
**murder** 135:13,15
**muscles** 190:19
**mute** 6:17 85:22
**myalgias** 212:4

**N**

**N** 4:2 94:14 95:1,25
  96:14 98:1,3,8,22
  104:3 141:12
**N-E-R-V-E** 183:21
  199:13
**nailed** 244:15
**name** 14:1,2 24:17
  35:15,20,22 41:15
  44:4 49:17 56:4
  69:3 89:5 99:4
  111:12 129:4 151:8
  165:23 168:4
  191:25 224:17
  227:12 231:20
  236:25 240:6,14
  241:12 252:16,18
  253:15,20,21 283:7
  284:3
**named** 16:6 19:3
  154:11 229:24
  283:12
**names** 154:14 231:14
  277:19
**Nano** 152:5
**narrative** 130:10
**narrow** 225:9 273:25

**natural** 215:4,13
**naturally** 220:21
**NAUGHT** 292:1
**nauseam** 273:17
**near** 259:6,8
**nearing** 224:4
**nearly** 122:21 123:13
166:24 167:2 198:8
**necessarily** 130:16
**neck** 145:16 146:12
151:17 166:2,2,5,18
167:8 168:25
184:22 186:12
190:1,2,23 192:13
199:17 204:12,16
205:5 212:4,9
**need** 8:2,11 23:2
36:12,13 37:15,16
54:1 60:11 61:19
84:18 87:5 102:14
115:10,20 116:1,9
151:25 155:22
157:10 166:19
197:23 212:22
219:22 256:4
261:11,23,24
267:15 277:23,24
**needed** 28:16 36:13
79:25 90:7 104:21
115:22 116:3,18
189:3 193:11 205:6
210:22,25 211:2
238:7 256:4
**needle** 192:1
**needs** 169:20 222:10
286:16
**negative** 26:13 38:25
**negotiated** 52:17
**negotiations** 50:13,14
243:7
**neighbor** 101:19
102:1,25
**Neil** 2:4,6 6:8 296:13
**neither** 5:20
**neoplasm** 197:6,8
**nerve** 166:15,19,20
167:15 168:17
183:21 184:15,15
184:21 190:22
194:15 199:13,14
200:15,23,23

203:17 207:2,11
209:5,6 211:10
217:14
**nerves** 184:6 190:5
198:21 211:5,6
218:1
**nervous** 82:5 159:23
160:1
**Netherlands** 18:8,21
**neurogenic** 197:17
**neurosurgeon** 227:23
**neurosurgeons**
199:25
**neurosurgery** 167:7
**never** 12:5 28:7 33:5
33:10,16 34:4,7
43:5 50:8 59:7 65:6
69:24 75:9 76:9
77:7,7 92:10 93:24
98:12,23,25 109:18
123:3 125:5 129:25
130:4 137:25 140:7
141:10,12,14,19
146:4,5 162:24
170:1 172:16,22
174:24 179:23
180:20 197:13
204:9 216:1 219:5
221:15 226:16
232:1 250:25 252:1
259:12 260:15
269:18 277:10,15
281:10 284:2,11
**new** 12:11,12 23:21
44:3 64:16 73:17
111:17 130:15
248:24 254:16
259:2 282:1 288:12
289:5 290:1
**newer** 89:25
**news** 79:15
**NFL** 230:15
**nice** 69:11 87:4 90:5
90:5,15 210:14
228:22 252:20
253:15,21
**nicely** 203:15
**nickel** 21:3 290:22,23
**night** 165:14 202:10
265:16 284:20
**nightmare** 108:3

**nights** 16:19 259:18
**nine** 124:4 273:16
**Nissan** 252:17
**nit** 130:10
**nodding** 61:25 62:1
**nodes** 206:24 207:3
**Nods** 8:3
**noise-maker** 281:5
**non-** 255:9
**Non-emotional** 280:7
**non-ESA** 72:6
**non-service** 72:7
280:7
**nonemergency** 105:7
**nonnarcotic** 168:18
201:8
**nonresponsive** 32:9
**nonsense** 291:1
**Nora** 234:11 245:19
**normal** 90:24 191:5
**north** 22:13 34:20,23
37:22 110:6 127:20
143:20 148:4,19
149:10,22 150:3
**northwest** 241:10
**not-for-profit** 1:8
232:19,20 233:5
296:8
**notarized** 133:18
**notary** 140:21 292:14
293:6,15 294:4,23
**notations** 26:1,2
**note** 73:3 214:8 229:9
**noted** 203:16 227:20
229:9
**notes** 83:5,13 170:5
172:11 175:9,25
181:25 182:1,2
213:9 227:22
230:11 278:18
**notice** 40:22 43:3
93:22 140:22
231:17 250:23
268:23,23 269:3
**noticed** 186:7 204:12
**notices** 40:11,11 43:1
148:16
**notifications** 72:14
**notified** 247:14
**November** 246:4
**ntygar@me.com** 2:5

296:15
**nuisance** 73:20 75:12
102:4
**number** 8:2,5 12:11
44:8 59:3 65:1 78:2
78:4,5 79:1,23 90:1
96:5 97:19 103:20
134:2,13,18 136:12
156:3 248:16 253:7
253:24 258:25
275:8 280:6 287:1
**numbering** 68:2
**numbness** 204:7
**numerous** 80:11
109:22 201:6
248:19 260:4
282:10
**NYU** 171:8 188:23
**Nyx** 79:7 80:7,18
82:19 83:16,20 84:2
100:12,16 101:8,14
101:20 282:22

**O**

**o'clock** 71:23 108:1
224:4 278:17
**oath** 4:9 8:13,16
49:14 52:7 140:18
266:18 277:14,22
277:23 293:1
**obedient** 67:15
**object** 60:5,24
**objection** 45:18 46:14
56:19 57:5,7 120:17
174:3
**objections** 56:24
133:8 269:14
**obligation** 229:12
**observed** 147:24
**obtain** 10:5 114:25
115:2 244:16
**obtained** 222:20
**obtaining** 91:15
**obviously** 56:21
109:7 114:19
160:19 215:7
243:20 248:9 250:4
252:8 255:9,12,19
261:24 267:14
272:1 281:12
285:13

**occasional** 210:2
**occupant** 53:10
**occur** 242:6
**occurred** 103:22,23
132:10,19
**occurrences** 207:22
**occurs** 205:5
**Ocean** 23:14 102:25
176:24
**October** 15:14 20:10
64:8 80:8,19 81:13
82:8,20 83:8 153:20
175:19 242:10,11
**Ocuflox** 222:24
**odd** 88:24 89:10
92:11,24 242:5,9
266:17 270:21
**offend** 218:6
**offended** 76:10
**offenders** 281:5
**Offense** 5:9
**offensive** 105:18
**offer** 242:21 256:18
**offered** 267:22
**office** 20:6 22:10,12
22:19,21,22 23:4
35:12 36:4 37:16
81:18 114:12 121:1
151:3,13 166:4
170:5 171:7 184:21
187:19 188:6,10,18
188:20 255:17
296:17
**officer** 16:8 105:11
121:16 288:4
**officers** 45:16 104:15
150:13 157:25
158:5
**offices** 148:11
**offshore** 34:24 35:11
35:18
**ofloxacin** 222:23,23
223:6,9
**oh** 48:8 62:20 65:21
66:10,10,10 90:6
111:1 150:2 151:21
169:22 177:2 179:6
186:19 187:6 190:2
196:3 202:12
211:18 217:21
218:5 221:16,16

229:20,22 240:2
247:8 257:7 264:24
288:7
**okay** 7:16,20,24 9:4
9:24 10:15 11:8,21
12:8,25 13:17,18
14:11 15:8 17:2,23
18:15,17,23 20:14
20:25 21:6 22:18
24:10 25:9 26:7
27:5,13 28:1,2,7
29:2,5,13 30:6,7,11
30:25 31:3,6,9
33:15,19,24 34:19
34:25 35:6,16,23,23
36:10 37:1,8,14,19
38:5,11 39:4,19
40:3,7,10,17 41:18
42:18 43:17,24 44:5
44:18 45:9,25 46:6
46:10,18 47:14,17
49:10 51:4,15 53:3
53:17 55:23,24
56:11,25 57:17,25
59:17,21,24 60:25
63:10,15,16,24 64:3
64:6,21,24 65:7,21
65:24 66:10,10,15
66:19,25 67:14,18
68:1,11 69:13,17
70:7,10,13 71:6,12
71:17 72:12 73:21
74:5 77:3,11,15,18
78:23 79:9,11,13,17
80:2,16 81:12,19,23
82:12,14 83:6,15,18
83:25 84:8,20,24,25
85:5 86:3,9,14,16
87:1,14 88:1,4,11
88:19 89:13,16
90:18,23,25 91:6,11
91:18,22,25 92:3
93:6,10 94:1,22
95:21 96:3,12,16,24
97:3,4,22 98:14,20
99:1,5,12,25 100:11
100:16,19,22 101:6
101:7 102:12,16,22
103:12,15,19 104:8
104:23 105:2,14,16
105:21 106:10,20

106:25 107:15
110:17 111:18
112:6,18,19 113:9
113:12,15,17 114:1
114:22 115:7,12,17
116:2,10 117:1
118:17 119:3,6,9,19
119:22 120:14
121:15,19,21,25
122:9 124:11,17
125:10,13,20 127:2
128:6 129:3,19,25
131:2,12 132:8,17
132:24 133:7,13,23
134:2,8,9,24 135:3
135:20,23 136:11
136:19,22 137:2,10
138:8,20 139:4,19
139:25 140:3,19
141:17,19 142:6
143:13 145:2 146:6
146:17 147:6,18
148:18 149:4,21
150:6,21 151:12
152:8,22 153:18
158:10 159:5
160:11 161:8,15,17
161:19,22 162:20
162:24 163:14,24
164:1,6,6,15,20
165:14 166:3
167:20 168:8,22
169:1,3,13,23
170:20 171:15,20
172:2,4,11,18,18
173:23,25 174:18
174:21 175:11,16
175:21 176:1,7,12
176:14,21,22
177:12,16 178:14
178:22,24 179:15
179:16,18,22,25
180:4,20 181:13
182:15 184:7,13
185:4,6,13,22,25
186:2,24 187:5,18
187:23 188:12,24
189:9 190:2 191:13
192:8,15,21 195:8
196:1,10,19 197:7
197:16 198:1,9,11

198:18 199:16
200:3 201:1,10,16
201:16,19 203:13
203:22 205:17
206:4,7 207:15
208:4 209:22 210:5
212:24 213:2,14,15
213:16 214:4,6,20
216:8 217:11,21
218:2,5,13,17,21
219:12,25 220:6
221:6 222:19
223:17 225:17,24
228:13 230:7,10
231:24 232:18,23
233:25 234:1,2,5
235:16 236:6,15
237:13,24 247:10
250:7 253:16
254:20,24 257:7
258:3,11 262:8
263:11 264:6
268:17 269:6,14
270:4,12,17 271:18
272:9 274:5 277:1
277:20,25 278:5,14
278:20,24 279:3,8
279:10,13,23
282:25 283:4 284:6
284:24 285:12
286:7,9,9 287:24,25
288:11 289:7,10,13
289:19,24 290:5,8
290:15 291:5,10,10
291:13,15,20
**old** 58:19 110:17,19
110:19 111:1 151:9
236:16 246:8
273:20 281:25
**older** 84:18 216:6
**once** 7:22 18:7 50:5
53:25 57:10 98:19
116:10,11 118:12
125:6 221:22 226:3
227:12 236:9
239:13 261:9
262:24 263:1,6
**one's** 178:7
**one-pet-per-unit**
281:14
**ones** 46:10 160:13

266:22
**ongoing** 45:8 121:2
173:9,12,14 221:7
**online-type** 16:18
**onwards** 48:24
**open** 108:23
**opened** 12:12 94:25
112:23 113:7
167:13
**operate** 290:20
**operated** 291:7
**operating** 16:8 21:23
**Operation** 58:7
**opiate** 185:21
**opinion** 114:23 201:7
225:2 249:23 260:8
261:8 266:7
**opportunity** 63:8
115:15 234:22
**opposed** 38:6 48:20
**opposite** 261:18
**optimization** 16:10
21:15
**order** 7:14 49:11 51:5
71:7 128:20 234:10
275:17
**ordered** 169:17 171:3
194:2,23 204:15
206:11
**ordering** 291:17
**orders** 194:2,17
**organized** 172:9
**Out-of-pocket** 291:9
**outcome** 91:22 92:5
92:19 263:1
**outfit** 15:1
**Outpatient** 198:5
**outside** 21:9,11,16,18
80:12 106:2 119:7
119:23 228:18
229:1 238:2 274:15
**overall** 11:3
**overboard** 260:6,14
**overdose** 234:20
**overdosed** 75:14
**overstayed** 53:10
**overweight** 111:8
**owe** 264:1 287:6
**owed** 172:5
**owned** 34:24 35:11
35:17 36:20 83:16

83:20 84:2 148:10
241:10,16 252:6
253:1
**owner** 20:15 24:17
35:12,14,18 82:15
89:25 104:19,21
130:15 232:10
250:24 253:3
259:22
**owners** 264:2 265:2
**ownership** 35:2,9,17
80:1 254:5
**owning** 284:25
**owns** 34:19,22 35:10
48:4
**oxycodone** 168:20
185:3 205:6
**Oxycontin** 168:11,14
168:19,20,23
184:23,24 185:2
**oxygen** 61:24 164:21
202:15

---

## P

**P.A** 2:4,9 3:4
**p.m** 124:19 164:2
291:23
**pack** 196:9
**page** 4:4 5:2 8:1
26:11 30:3,9,13,21
31:4,5,7,8,9,17 32:1
32:25 33:6,20 34:5
34:14 49:3 59:14
105:16 133:13
153:17 171:23
182:15 184:7
186:24 192:5,17
193:21 196:20
197:6 200:20 206:7
208:5,5 211:7 213:8
214:7 217:5,16
218:2 219:12
221:12 222:22
269:18,19
**PAGE/LINE** 295:4
**pages** 31:24 169:18
169:19 170:4,5
171:24 294:11
**paid** 53:6,11 54:25
204:9 254:24 255:1
267:20,22 286:22

286:23 287:9,11,16
pain 166:6 168:12,24
170:11 180:9
182:21 183:24
184:1,1,15,21 186:5
186:6 189:25 190:6
190:8,9,10 191:5,6
191:8,14,21 194:15
194:22 198:21
199:2 200:17,23
204:2 205:3,4,5
206:17,19 207:19
207:20,21,23,25
208:1,2,17,19 209:2
209:3,5,6,7 214:8
214:13,17,19,20
217:5,5,7,8 243:23
painful 208:13
214:22
paints 53:14
Palm 1:2 22:14 23:15
23:22,23 34:20,23
37:23 78:14,16,19
78:20 103:1,1 121:5
148:4,19 149:14,22
150:3,9 154:25
158:2 170:7 177:1,2
288:11,13,13,20,20
296:2
Palo 271:12
Panama 259:6
panto- 198:1
pantoprazole 198:2
paper 137:8
papers 17:8
paperwork 81:18
146:2
paragraph 43:17
44:24 55:24 95:13
95:22 105:22,22
112:22 124:20,21
132:8,17 140:5
214:16 257:18
258:6 266:1,6
paragraphs 43:15
paralegal 133:19
paralyzed 208:24
209:15
parameters 144:5
paraphrasing 225:3
275:22 276:3

parents 59:12 157:3
226:9
parents' 156:18
park 237:6
parked 159:2
parking 88:23 89:3
89:14 147:25
245:18
parking-car 90:18
parks 69:11
part 15:12,13 17:16
17:17 33:17 46:20
64:17 142:1 156:19
156:22 173:9,12,14
173:18 186:15
190:16 191:19
197:18 208:15
225:5 245:3 263:19
269:1 275:11 283:8
participate 144:6
154:3
participation 159:17
particular 15:8 38:12
113:23
parties 41:4,21 117:7
121:10 135:15
138:4 216:21
294:14
parties' 294:15
partner 20:17 108:19
111:11,14 192:4
226:16
partners 19:20,22
20:14,17 219:4
283:20
parts 21:12 184:1
party 45:22 108:12
112:25 134:25
135:16 136:3
264:21 273:14
284:3
pass 110:13 240:4
passed 232:25 234:20
257:25
passing 91:7
paternal 215:19
216:1,2
path 55:17
patient 203:22 205:3
patients 62:10
patrol 145:7 147:23

149:17 151:3,10,13
Paul 229:24 230:1
pay 28:25 135:5,12
243:2 249:22
267:22 268:18
285:20
paying 87:12 88:5
249:18 291:6
payment 72:23
payments 15:3
pays 158:2
PCL 170:18
PCP 204:15
peak 38:9
pee 151:15
pelvis 190:6 204:4
penalties 295:19
pending 8:12 92:18
92:20,24 117:9
173:18 262:5,16
Pensee 1:8 2:19 6:13
23:19 24:12,13,24
25:1,21,22 27:18
28:4 36:11,11,19
37:4,11,22 38:2
42:21,24 45:5,14
46:1 47:3 70:18
73:8 74:1 77:20
79:4 80:8,18 81:6
82:20 83:8 100:1,20
103:3 123:7 129:10
134:21,23 136:16
136:19 137:3,19,19
139:7 148:6 150:7
152:2 160:11
161:12 162:21,25
163:3 180:2 221:8
229:1 231:24 233:8
246:1,2 248:6 249:6
250:24 252:22
253:1,3,25 254:7
264:25 289:8 295:2
296:8
Pensee's 271:16
people 10:10 12:12
14:1 20:18 36:12
37:16 38:1,3,5,8,12
38:23 89:7,20,23
90:5,8 97:10 110:10
112:8 119:24 125:4
127:6,24 128:4,22

143:17 154:13
160:16,19 163:25
165:9 188:5 216:13
228:17,21,24
234:15 235:14
238:8 240:10
244:10 246:8
252:19,20 259:16
260:10 261:13
266:23 273:2
276:10,14 277:12
281:7,12 282:10
288:2 289:4,13
Perales 133:18
perceived 54:9
percent 61:24 66:2,9
124:14 164:22
186:21 218:19
257:2
percentage 11:19
239:5
perception 228:17
Percocet 168:14,19
184:23 185:2,4,20
perfect 67:25 147:10
175:11 246:19
performance 248:13
performed 205:2
231:8
period 80:17 124:23
167:21
periods 83:8
peripheral 203:17
perjury 295:19
permanent 148:3,13
permission 115:18,20
115:24 116:1,6,9,15
116:18,19 117:19
117:20 118:5,13,15
118:17,21 119:3,6,8
119:22 120:9 121:6
121:24 122:2
141:15
permit 148:22,25
149:7
permitted 250:17
perpetrated 44:10
perpetuates 160:7
person 15:25 35:19
53:12 71:24 86:10
90:15 99:3 122:19

122:20 129:9
144:16,20 161:9
163:8 174:5,6
237:14 243:2
252:10 254:8 261:9
270:21 276:11
283:6 284:13
person's 111:12
personal 24:9 80:6
165:16 187:22
190:12 220:5
238:14 249:11
254:8 277:10
personally 24:2,3
39:25 293:8
personnel 37:16
persons 289:16
perspective 97:21
225:21,22,23 247:4
249:10 263:5
284:20
perspectives 229:3
pertaining 119:18
121:1 123:2
pet 81:11 101:2,2,8
101:15,16 280:8,10
281:16 282:4,18,22
282:22
pets 280:6,12,14
281:10
Pfizer 236:20
Pfizer's 236:21
pharmaceutical
216:3
pharmaceuticals
215:13
phase 15:3
phenomenon 81:3
phone 13:3 60:12
86:10,12,14,21
104:12 105:10,11
114:16 126:25
phonecall 92:6
phonetic 14:3,4 15:2
18:6 229:25 236:25
237:1 274:15
280:23
photo 5:14 113:24
114:1 146:9
photograph 5:10
115:14 117:17

120:12
**physical** 23:4 37:16
38:7,23 165:17,24
190:12
**physically** 111:6
**physicals** 14:2
**physician** 188:22
189:2 196:7 227:1
**pick** 130:10 274:17
**picture** 49:2 120:4
146:24 149:3
283:24
**pieces** 63:23
**pile** 161:24
**pills** 222:10
**pink** 223:8,10,16
**pissed** 178:3
**pistol** 284:18 285:1,2
**pitchforks** 98:16
**place** 25:21 38:3
41:11 50:25 57:24
96:4 97:24 104:5
115:6,6 116:1,3,9
116:17 121:8 126:9
187:24 188:12
202:18 223:6
229:23 250:5
270:13,16 274:12
275:2
**placed** 194:2,17
**places** 23:20 45:11
76:18 80:14 82:23
122:2,6 151:25
270:22
**plaintiff** 2:3 6:8 133:7
133:10
**plaintiffs** 1:6 265:4
296:6
**plan** 247:6
**plane** 64:13,15,16
76:3
**planes** 192:25,25
**planning** 247:11
**play** 56:25 230:4
**player** 154:10
**playing** 185:18
**pleasant** 87:9 246:3
**please** 6:5,23 8:7 9:5
32:21 39:14 60:9
70:17 78:24 116:13
124:12 134:6

195:13 212:23
296:17,18
**plight** 268:18
**plot** 137:22
**plow** 226:23
**plus** 257:1
**PO** 187:19,20
**pocket** 158:1,5 291:8
**point** 8:20,22 11:23
31:25 32:23 34:6
76:9 91:1 98:15
119:20 126:12
130:3 181:13
185:11 217:22
236:11 247:2,7
255:21 261:21
279:5 285:8 286:9
**pointed** 199:16
250:15 275:7
**pointing** 285:3
**polar** 261:18
**Poliakoff** 40:22 41:6
41:9 42:13 70:6,14
134:22,25 136:18
136:22 137:17
138:9,17 161:7
162:11,17 231:21
254:14
**police** 52:5 102:16,17
104:12,15,21 105:3
105:11 110:22
115:3,3 119:25
121:4,16 144:18,19
144:21 153:13
154:5 155:7,8
157:20,25 158:1,2,5
158:10,15 159:12
175:16 178:20
284:15,25
**policy** 53:10 264:17
**political** 217:3 291:1
**pool** 128:1,4 235:9,15
236:9 237:18,20,21
**portal** 149:14
**portion** 124:17
**portions** 257:15
**Portuondo** 2:14
286:21
**position** 24:23 30:25
33:7,15,22 34:4
49:10,13 54:13,13

54:14 56:2 57:13
72:12 73:13,16,19
73:23 74:24 75:6
88:1 97:22 98:20
99:1 101:7,10,14,17
106:10 118:22
123:9 130:18,24
139:25 142:12
161:4 216:23
238:23 263:16,18
267:18 269:4
282:20
**positions** 54:15 217:3
**posse** 241:20
**possession** 244:20
**possibility** 38:19 61:4
193:25
**possible** 197:16
224:12 235:13
**possibly** 38:24 52:23
75:22 114:16 194:4
211:11
**post** 147:17 151:9
192:17 203:14
260:1
**post-operation**
170:11
**post-surgery** 185:14
**posted** 147:5
**potential** 134:21
**potentially** 90:3
**pounds** 280:13
281:17
**powder** 220:24
**pox** 211:19
**practice** 172:14 227:8
259:13
**practicing** 227:3
259:11
**pre** 179:8
**pre-op** 196:6
**pre-transition** 179:10
**predominantly**
290:22
**preexisting** 26:19,21
220:7
**preface** 260:2
**pregabalin** 210:18
**prejudice** 43:12
**preliminarily** 259:23
**preliminary** 27:15

**premiums** 264:17
**Prenotices** 40:14
**preoperative** 196:4
203:15
**prepaid** 72:23 162:3
267:14 268:21
**preparation** 68:7
93:7
**prepare** 68:15
**prepaying** 268:25
**prescribe** 185:19
**prescribed** 168:15
182:20,22 183:1
184:9 185:7,16,18
185:20 189:10,13
193:24 198:1 205:9
210:18 211:13
218:25 222:22,24
**prescription** 182:16
222:14
**presence** 240:18,20
**present** 3:9 25:7 44:7
94:19,21 97:8,10
98:5 103:25 112:12
120:25 204:8
241:13 273:21
**presented** 230:24
232:24
**president** 101:23
178:2 237:16
238:18
**pressed** 73:4
**pressure** 26:24 59:20
60:3,21 61:12,16
62:3 171:12 214:24
220:16 221:3 223:4
223:5
**presuit** 40:10,19
41:11,14
**presumably** 70:13
**presume** 8:6 64:18
88:20 129:6,25
142:2 143:8 182:8
182:10 208:18
209:9 211:22 212:6
227:17
**pretty** 18:7 62:10
76:18 87:3,9,9
101:6 143:10 147:3
154:6,20 158:7
167:23 176:17

184:12 186:12
201:9 202:18
210:14 220:12
221:1 230:6 235:2,7
236:5 242:13 276:1
276:18 280:17
281:2 287:4 290:25
**prevail** 257:3
**prevailed** 117:11
**prevailing** 239:8,9
**prevent** 8:18
**preventing** 8:23,25
**previous** 7:17,18
30:12 265:1
**previously** 137:2
147:12 184:16
280:12
**price** 243:5 244:17
247:22 291:4
**pricing** 19:14
**primarily** 77:10
289:12
**primary** 9:6 165:23
188:22 189:1
245:11 254:21
266:22 271:16
276:11
**prime** 15:3
**principal** 21:13 27:17
43:19
**prior** 14:14 38:6
40:12,18 41:2,11,25
42:4 64:11 88:16
90:4,12 94:8,9
98:25 102:19
117:20 118:15,19
125:24,25 168:12
168:13,13,21,22,22
169:24 170:22
180:1 182:23 183:3
205:3 231:24
248:22 249:1,5,5,10
249:12 252:2
253:17 269:15
276:24,25
**privacy** 114:21,23
**private** 10:25 48:12
121:10 171:5
**privilege** 248:9
**probable** 54:24 92:1
94:3 197:17

**probably** 16:12 55:15
61:21 100:16
108:10 110:23
111:4 129:15
143:19 144:4
151:23 157:24
177:15 185:8,12
186:3,16 209:23
213:20 216:19
220:20 222:23
225:19 227:5,6
230:15 234:23
236:11 237:25
244:16 245:11
272:19 283:19
**problem** 8:12 13:6
30:7 60:25 62:4,9
65:21 67:24,24 85:2
85:2,24 99:11 102:7
109:20 119:12,14
142:1 146:8 154:19
177:13 181:21
190:22 213:16
214:1 219:10
233:13 248:3
265:15 269:8 272:4
272:7,9 274:6 279:8
279:9
**problems** 51:23 52:1
235:10 265:20
**proceed** 54:17
**proceeding** 24:6
117:6
**proceedings** 6:1 41:2
**process** 31:12 48:22
54:24 63:20 64:19
72:22 91:16 129:5
150:19 189:4
191:19 235:25
243:9 251:3 252:5
276:8 284:10 288:7
**produce** 75:22
**produced** 27:14
34:15 75:2,9,20
76:9 93:2 132:24
169:2,16 170:21
171:18,24 172:1
222:16
**production** 5:20 93:3
**professional** 10:21
11:10 12:1 91:20

92:4,15 93:14,19
**professionally** 67:16
**professionals** 272:23
**program** 80:11
**progress** 213:9
**project** 290:25
**projects** 15:1
**promise** 118:11 142:8
142:10
**pronouncing** 69:3
**proof** 32:5 34:17
238:20
**proper** 8:19 220:22
239:17
**properly** 167:1
195:12
**property** 34:19,22
35:3,5,6,9,10,10,16
36:1,5,7,20 37:3
38:6 43:21,25 44:4
45:6 46:1 54:12
55:1 70:3 71:19,20
71:22 80:22,24
81:24 82:16 87:6
94:8 101:12 122:20
122:20 123:2,3,5
125:5 130:3,9,12,12
148:10 162:19
241:14 254:10
260:10 261:19
263:9 266:5,10
267:3 281:6 282:8
**proprietor** 44:21
45:14 123:5
**prosecuting** 262:4
**protect** 247:23
275:14
**protected** 55:4,5
248:9
**protective** 128:20
275:16
**prove** 237:23
**provide** 48:18 51:16
74:12 125:23
**provided** 47:16 63:10
63:13,18,23 64:20
64:21 65:15 168:9
231:15 256:14
**providers** 222:20
**providing** 260:6
**psych** 171:17

**psychiatrist** 170:2
**psychological** 169:17
171:25 272:23
**psychologist** 170:2
172:13,25,25
173:17
**PT** 204:10,11
**public** 43:1 92:12,23
114:18 115:6,6
116:1,3,9,17 119:5
120:2,6,23 121:8,12
122:2,7 137:17
292:14 293:7,15
294:5,23
**Puerto** 289:23
**pull** 233:10
**pulled** 110:22 135:16
144:19 153:22,23
154:17 158:17
254:13
**pulling** 147:25 269:7
**Punta** 165:8
**purchase** 242:18
244:22
**purchased** 126:18
**pure** 222:12
**purpose** 10:16 71:9
72:20 73:6 173:25
263:6
**purposes** 262:6
**pursuant** 7:14
**pursued** 262:20
**pushing** 191:6
**put** 43:3 83:2 92:21
126:17 129:16
130:13 147:20
148:19 167:17
178:25 184:18
188:17 194:12
198:10 199:3
201:17 202:16
219:7 220:25
234:18 237:20
246:11 272:11
274:1,12
**puts** 227:10
**putting** 80:4 114:16

---

**Q**

**Quebec** 291:3
**Quest** 200:7

**question** 8:5,12 30:15
31:16 32:13,16,21
33:9 37:2,6 42:6
53:19,19 60:15,17
64:11 68:11 73:5,6
75:4 76:13 86:19
87:19,21 91:18 95:3
99:25 100:11
113:23 116:11,14
118:2,10 120:8
121:2 128:16
130:19 135:8 138:2
142:22 158:4
161:23 173:11
187:15 201:13
240:23 245:23
249:8 257:16
269:16 270:5 271:8
272:10,11 273:16
**questioning** 55:18
212:17
**questions** 8:7 32:18
119:1 133:24
135:18,21,22 160:5
169:10 176:11
212:19 213:2
223:18,19 224:6,10
224:20,21 226:24
233:11 246:12
253:23 254:2 279:2
279:7,24 286:10,12
286:15 291:11,14
**quick** 99:25 175:25
226:24
**quickly** 30:5 184:12
186:10,12 201:9
202:18 229:8 269:9
**quiet** 241:14 259:9
272:13
**quitclaim** 160:5
**quite** 9:1 50:5 196:17
203:15 241:6 246:3
263:25 264:4 282:5
**quotations** 177:9
**quotes** 104:3

---

**R**

**R** 294:1
**race** 94:14 187:1,14
238:16 239:7
**racial** 103:8,12,14,15

128:2 129:22 130:1
130:20 131:22
235:17 237:10
238:20 241:25
244:3
**racially** 128:5 240:17
**racist** 124:22,24
125:23 127:5
128:15 129:5,19
229:6
**racists** 127:25
**radiated** 204:3
**radiating** 183:24
184:1
**radiculopathy** 195:9
195:14,24
**radio** 195:8
**radiologist** 197:14
200:10 207:12
**radiologist's** 198:24
**rage** 144:16
**Rahal** 107:8,19 109:9
111:2,8 129:14
132:5,19 138:14
160:14 244:6
245:12,15 280:1,22
**Rahal/Marchel's**
281:13
**railing** 107:11
**raise** 6:23
**raised** 186:10
**raises** 45:16
**ran** 36:4,6
**random** 89:23
**rang** 52:13
**Range** 158:23,24
**rare** 62:2 67:13
**rarely** 67:14 71:21
98:18 130:9
**rash** 166:4 181:16
194:1,9,21 207:3
211:17,20 212:9
**rate** 16:7
**rating** 16:7
**Ray** 226:17
**re-ask** 44:17
**re-establish** 261:23
**re-intubated** 209:13
**re-read** 32:21
**re-rent** 247:22
**re-share** 213:19

reaction 165:2
167:23 202:20
reacts 167:5
read 4:12 55:25 56:1
60:15 65:6 68:4,6,6
73:10 95:20 109:14
113:15 147:13
156:23 175:8,10
176:2,9,10,20
178:10 198:15
259:1 260:8 261:17
272:20 291:16
295:19
reading 157:11
176:17 200:6
217:19 223:4
readjusted 204:10
reads 112:23
ready 85:13 99:23
224:1,14 233:23
279:10 296:16
real 30:5 31:13 48:10
51:22,24 160:23
175:25 255:14
272:2
realize 241:7
realized 125:8 171:1
really 13:24 14:25
16:10 19:16,16
21:13 88:23 104:17
106:8 144:1,1
150:11,11 151:15
154:19 156:2,3,4
159:23 165:5
167:18 181:8
190:10,10 191:9
192:24 201:4
206:21 215:15
220:23 229:23,23
235:13 238:6 241:4
245:21 252:20
253:15,21 255:5
273:1,2,3,7 274:1
281:3,8 283:10
285:15 290:23
realtor 49:7 253:11
reason 51:12 55:11
130:6 161:9 175:2
208:14,17 211:14
218:16 221:19
222:13 223:16

235:16 237:9 239:5
295:4
reasons 245:4 248:10
recall 58:20 86:3 87:1
88:15,19 89:17
139:19 173:20
174:21 175:11,18
183:19 185:15
186:7 189:2 191:13
217:17 274:2
receive 92:3,13,22
received 5:20 24:15
48:25 49:7 88:15
92:6,10,14,17 93:22
126:20 250:22,25
receiving 191:13
recess 85:10 99:19
164:3 213:5 257:11
279:20
reciprocated 189:15
recognize 29:18,25
30:1,3 207:13
recognized 54:4
recognizing 259:20
recollection 270:7
recommendation
182:16
recommended 189:6
reconcile 287:5
reconciling 287:3
record 6:2,6 12:13
25:5 57:6,18 60:11
85:8,11,14 99:17,20
115:5,13,18 117:19
117:22,23 118:13
118:15,17,21 119:3
119:6,8,10,12,15,22
120:7,9,20,22
121:12,24 122:2,6
122:16 146:7
148:14 149:3 164:2
164:4 170:1 174:1
213:3,6 230:17,18
234:5 242:24
244:24 257:9,10,12
262:24 271:9
279:18,21 291:16
291:21,22 294:12
recordable 120:1
recorded 60:10
114:19,20,20

120:24 150:15
recording 60:6,8
114:1,11 115:1,9,25
116:16,21 119:5
120:2 121:23
138:14
recordings 127:18
records 5:7 27:14
61:23 66:22 67:4
75:19 92:12,12,14
92:23 137:17,18
166:22 167:24
168:8 169:1,5,6,11
169:16,17 170:8,13
170:21,21 171:17
171:20,24,25 175:4
180:15 181:14,18
181:19 182:4
200:11 202:6
215:24 220:5,13
222:15,16,19
226:22,23 260:25
recovered 165:4
recovery 165:5
167:19,21 209:8
rectify 162:18
red 166:4 171:14
Redirect 4:7
refer 16:1 21:14
250:3
referenced 138:23
references 266:2
270:6
referencing 136:1
161:6
referred 101:25
173:6,17 201:22
203:19 238:4
referred-to 25:13
29:14 39:9 65:11
67:8 68:8 107:4
117:3 124:7 131:15
142:19 146:19
152:10 153:10
278:11
referring 41:18 43:18
43:20 89:3 96:11
119:16 124:25
139:22 162:7
172:22 173:1
217:22

refers 71:3 266:6
272:10
refill 193:9 219:12
refills 193:8
refining 290:10,19
reflect 57:18
reflected 23:16
reflects 57:18
refresh 270:7
refusing 145:19
regard 225:4
regarding 92:7 93:3
94:14 103:8 114:4
225:13 272:23
277:2
regards 68:17 232:12
247:24
region 189:22,24,25
regions 18:11,20
register 168:3 188:4
registered 11:16 64:2
64:6 65:3 188:2
registration 63:24
64:17,25,25 149:11
187:21 188:16
regular 71:25 215:2
regularly 38:16
Regulation 91:20
92:4,15 93:19
regulations 88:12,16
88:20,21 89:11,14
rejuvenate 190:19
related 3:3 6:21 15:3
92:18 126:6 160:13
167:4 177:15
192:23,24 196:1,10
196:12,15,21,25
202:1,12 212:8
217:25 218:20
223:6 225:10
relates 233:12
relating 15:2 19:13
relationship 35:24
140:6 143:11 144:2
158:16 175:12,15
225:5,11,22 228:18
249:10,11 291:7
relative 294:13,15
relatively 27:1
171:11
relayed 277:13

relaying 200:8
released 259:4
relevance 226:20
relevant 116:19
191:6
relied 53:15
relieve 263:10
relocation 189:4
remainder 255:4
remaining 249:15,19
remark 96:14
remarks 129:6
remedies 215:13
remember 7:21 17:10
35:15,19,20,22 38:9
64:9 86:19 89:9
133:11 139:23
158:19,21 173:7
174:25 175:5,14
203:11 219:6
223:15 229:14
231:20 235:21,23
236:23,24 237:2,3
265:25 289:1
remote 1:13 2:1 3:1
4:3 291:23 294:7
remotely 200:7 293:8
removal 206:5
remove 49:12 56:8,17
57:12 71:14 73:7
157:15 162:7,12,19
163:2,7
removed 51:6 145:16
151:17 183:20
198:12,14,17,18
199:9,12,15,17,20
removing 54:12
246:21
renewing 247:15
rent 162:3 243:10
267:10
rental 90:1 176:23,24
268:9
rented 276:24
renting 25:22 161:17
repeat 72:18 73:5
104:1 173:11
repeated 109:22
237:19
repetition 59:8,8
repetitive 219:19

rephrase 8:8 44:19
75:3,4
replacement 168:14
205:2,3,21 268:13
268:20
replacements 166:18
196:13
replied 73:12 126:24
report 5:9,16 102:16
102:18 104:5,10
153:13 154:15
155:7 156:17
157:20,23 158:10
175:16 197:14
200:2,11 208:4
247:8 284:15,25
294:7
reported 195:17
reporter 1:23 4:10
5:20 6:6,22 7:3 8:3
29:11 32:20,22 34:2
60:14,17 65:7,16,18
65:22 67:6 78:24
85:5 93:16 107:2
116:24,25 124:5,6
131:13 139:11
142:16 146:17
152:8 159:9 210:6,7
212:12,13,23 234:3
257:5 278:6,10
293:6,15 294:4,22
296:25,25
Reporting 1:23
296:20
reports 115:3 198:25
200:19 215:1
represent 43:4,7
136:22 137:5,6,7
representative
137:18 267:9
represented 137:3
138:10,19 248:18
representing 40:18
42:13,24 43:2 70:22
70:25 75:22 137:7
265:4
represents 42:20
70:18 248:19
reputational 161:25
request 63:12 92:12
92:21,23

requested 92:11
212:21 294:10
requesting 75:10
required 12:5 13:15
261:11
requirements 89:14
reread 277:24
rescue 145:10,19
reservation 256:24
reside 23:13,14 35:6
37:11 81:5 100:19
101:12 188:12
227:15 282:9
289:11,22,25 290:3
290:6
resided 35:7 54:6,25
80:7 82:8 240:1
residence 23:23
37:10 54:6,8 72:15
157:1,2 227:17
245:2,25 247:7
residences 271:16
residency 53:11
245:5
resident 82:15 89:19
103:25 177:24
178:2
resident's 231:7
Residential 1:9 2:8,13
6:10,15 28:15 42:22
43:7,18,24 44:13,14
44:21,25 45:2,6,10
45:12 46:2,23 47:2
47:19,25 48:16 70:7
70:22 74:7,22 96:24
112:12 133:9
134:22 135:5
136:13,23 137:12
137:21 138:11
139:6 160:14
256:15 286:21
296:9
residents 89:2 103:9
109:23 271:5,16
residents' 125:6
resides 55:2 86:7
227:16
residing 24:13 37:4
38:4 73:8 82:18,19
83:7 101:16 128:8
152:14 248:23

252:10 261:20
281:2
resign 19:6
resigned 236:3
resolution 263:9
resolve 263:7
resolved 203:16
205:4
respect 239:22 266:8
respectfully 118:9
respond 74:12,25
responded 31:19
53:25 74:15 75:18
76:13,14
responds 276:12
response 75:1,19
93:23 128:20 134:5
136:5 247:18
responses 41:15,16
42:12 129:2 133:8
269:14 270:2
responsibilities 71:21
responsibility 45:2
47:18,23,24 83:22
84:4 100:17 243:24
254:6 282:23
responsible 45:24
83:4 91:14 129:9
135:15 136:3 138:3
221:21 222:9,12
254:7,9,10 263:2,21
268:9
rest 229:16 255:24
256:17 267:11
268:19
restating 242:24
restaurant 72:3
76:23 251:6
restless 202:2,4,5
restroom 84:10,18
279:12,15
result 164:9
resulting 63:2
retaliated 56:12
163:15 239:20
263:6
retaliating 244:13
retaliation 262:1,6
retired 227:5,13
retriever 281:8
returned 256:17

returning 204:1
243:20
returns 131:2,3,9
203:8,13
revenue 243:20
review 40:15 278:18
288:6 294:10
reviewed 68:16
147:11 231:5
265:10 277:20
reviewing 264:16
rhetorical 161:23
rheumatoid 227:6
Rich 248:6,11
Richard 137:6
Rico 289:23
rid 147:1
ridiculously 256:17
rifles 152:6
right 6:22,23 12:25
13:8 17:13 39:2
50:3 52:20 54:21
55:23 58:15 60:14
64:9 70:17 74:18
79:10 84:6 85:8,17
85:18 87:6 94:11
95:21 96:5,9,17,20
97:5,9 99:5,14,17
101:13 103:16
106:2 111:23
117:11,14,15 118:4
124:1 130:18
134:20 138:3,24
139:13 141:1
145:19 146:13
154:9 155:9 157:20
158:8 159:8 160:16
162:4 163:10,12,14
163:25 166:1,2
167:11 171:23,25
172:13 174:19
176:5 178:6,23
179:23 182:14
183:11 184:17
187:2 192:11,19
193:17 195:16,22
196:3 198:2 201:23
203:13 204:4 205:7
206:6,10,14 208:18
208:20 209:20
210:1,3,10 211:5

212:11 213:3
214:15 217:20
219:17 221:11,17
230:15 236:2
238:23 243:5,6,25
245:7,16 246:10
262:2,15 266:14
267:12,21 268:6
269:25 270:23
271:12 273:23
275:3 276:10
277:15 279:18
281:20 282:3
284:14 285:3,22,23
289:15 290:24
291:3,13
rights 35:2,10 104:18
129:12 161:25
162:6 256:24 261:5
riled 127:16
ring 72:5 78:2,6
79:14 179:5 283:14
ringleader 49:15
129:13
ringleaders 110:13
Ripstein 89:5 107:8
107:18 109:11
110:17,19,20 111:8
132:5,18
risks 217:3
road 2:10 23:1 57:4
144:16 150:17
209:8
Robert 86:7 236:6
Robert's 232:24
Robyn 125:4 128:1
270:17,20
Rockland 165:23
168:15 188:22,23
189:1,9 193:10
203:19 204:15
206:10 219:4 222:5
Rockland's 166:3
184:20
role 16:9
roll 229:4
romantic 140:6 225:5
225:16
romantically 225:11
Rome 237:4
room 62:1,14 63:1,6

104:13 114:11,19
118:16 119:4,7,17
120:2 122:5 164:9
164:23 165:10
201:20 202:25
227:1,8 289:3
**rooms** 120:1
**Rorick** 229:25 230:1
230:2
**Rosati** 86:7,10,17
88:1,13,20 98:7,13
98:16,18,22 230:25
231:1 236:6,8 237:9
237:12
**Rosati's** 281:8
**rotates** 205:5
**roughly** 86:6 108:1
**Rover** 158:24,24
**row** 193:14
**Roy** 34:8 51:24 52:4
57:20 249:8,11
**ruin** 51:11
**rule** 238:11 262:13
281:15,22,25 282:1
282:2,4
**ruled** 160:4
**rules** 7:25 8:9 11:13
88:11,16,19,21
89:11,11,14 92:10
232:24 243:14
250:19 280:6,9
281:9,24 282:2
**rumor** 234:18
**rumors** 235:15
**run** 20:5 36:10 37:24
46:8,18 188:3
190:17 217:23
241:17
**running** 35:13 36:3
36:18 37:2,5,21
38:6 123:10 227:8
264:19 274:18
279:15
**runs** 14:1 27:3 46:12
122:20 123:6,7
215:5 252:16
283:22
**rushed** 164:22 167:3
**Russia** 59:13

**S**

**S** 3:5 199:13
**S-H** 183:21
**S-H-E-A-T-H** 199:14
**S-U-R-I-N** 253:21
**Sabrina** 55:2,7 126:4
128:2 260:16 271:2
**safe** 177:23 198:18
**saga** 224:19
**said/she** 112:3
**sake** 194:8
**sale** 130:13 247:22
**sales** 18:6 216:3
**same-race** 229:2
**same-sex** 276:23
277:12
**sample** 204:19
**sanctions** 57:3
**Sapletal** 101:24
279:25 280:15
281:23
**Saturday** 90:7 107:25
226:3
**saw** 71:23 109:18
125:6 144:25
167:11 172:23
173:3 174:24 175:4
175:16 193:9 202:6
204:17 207:12
215:17,23 239:13
257:22 269:18
**SAYETH** 292:1
**saying** 31:9 44:20
47:1 51:4 54:7
83:16,20 84:2
104:20 109:24
113:20 126:4
127:12 129:4
157:21 182:17
184:17 195:11
207:1 217:9 251:20
260:17 262:9 264:1
273:20 281:23
**says** 25:12 64:24 66:8
70:1,14,17 74:19
92:22,23 95:21 96:5
96:8,17 102:23
103:10 104:2
105:16,20 106:20
113:2,17 136:5
148:3,24 154:15,23
156:24 157:6 173:7

174:20 175:23
176:4,23 177:18
179:24 180:14
181:21,22 184:8
186:24 187:10
192:7,16 196:3
197:6,8 198:1 203:4
203:7,13,22 206:4
206:14,23 210:9
211:5,8 214:7,15
216:8,9 217:5,19
218:2 219:17 222:6
222:22,25 223:1,3
275:19,22 283:18
290:9
**scan** 31:20
**scandal** 258:22
**scanned** 49:3
**scanning** 31:11,11,17
**scans** 166:9 194:24
**scared** 277:9
**scaring** 126:5
**scars** 146:11
**scary** 178:21
**scenes** 259:9
**schedule** 204:10
**scheduled** 194:24
247:11
**scheme** 154:4
**Scherbaum** 241:11
**school** 9:6,7,8,10,11
13:20 230:6
**scooted** 17:6
**scored** 11:18
**Scott** 1:23 3:4 6:19
224:1,14 293:6,15
294:4,22 296:25,25
**screamed** 240:2
**screaming** 108:11
**screen** 65:25 102:9
113:24 118:1 189:6
213:10,11 246:11
269:10
**screens** 213:18
**screwing** 48:9
**screws** 178:25
**screwups** 209:1
**scroll** 25:16,19 26:2
39:12 66:1 153:14
171:18 176:2,4,5,8
178:23 198:3,3

211:7 221:15
**scrolling** 27:22 30:1
153:15 230:10,13
265:13
**scumbag** 74:9 155:15
**SE** 1:24 296:21
**sea** 12:15 55:5
**Seasons** 235:12
**second** 25:3 26:9
30:13,20 32:1,24
33:6,20 34:5,14
39:3 58:16 79:17
81:5 87:21 94:23
100:23,25 102:6
117:17 124:20
133:4,14,25 146:14
147:7 165:9,15
167:8 168:10 169:8
184:7 190:15,15
213:25 233:16
234:24 266:1 272:5
279:11 284:9
287:24
**second-to-last** 105:22
**secondary** 245:11
**seconds** 95:12 108:5
233:18
**secret** 237:17
**section** 140:5
**securities** 10:13,14
11:2,14 13:15 14:24
15:24 258:22
**security** 49:4 123:6,6
259:6 274:17
**see** 25:17,18 27:23
30:2 49:8 53:1
59:11 70:2 86:16
93:1 99:14 102:9
113:5,24 131:19
135:9,17 146:11,22
146:24 147:4,5,9
149:7 153:19 154:2
155:5 156:5,24
165:9 167:12
169:11 171:12
174:22 176:20
179:23 187:3,10
192:10 194:2
195:15,21 196:19
198:3,24 205:9
210:17 211:1

213:12 214:4
217:19 220:2 222:2
222:9,11 242:1
246:2 256:5 257:3
265:14 266:20
283:1 286:11
290:18
**seeing** 172:12 199:25
200:19 222:5
**seek** 227:25
**seeking** 262:11
**seen** 51:25 93:24
125:5 170:1,3
172:16,22 197:13
219:5 267:8 278:3
286:5
**selective** 281:12
**sell** 243:5
**selling** 89:6
**send** 31:20 72:14
80:12 179:6 256:7
**sending** 42:25 52:14
52:15 54:6 166:8
215:23 264:1
**sends** 275:21
**Senegal** 77:12 167:24
170:9
**senior** 230:5 289:19
**sent** 31:4 33:20 34:6
34:7,10,13 41:9,19
48:6,7,11,22 50:9
51:22 55:3 66:19
69:18,20,20,22,22
71:12 82:17 93:4,23
131:22 138:15
165:16 189:6
243:16 251:21
260:12,21 275:18
275:20 281:19
283:15
**sentence** 105:23
**separate** 15:25 131:9
226:9 238:8 281:18
**separated** 253:5
**separating** 139:5
**September** 149:8
174:19 179:22
236:12 242:9,11
296:19
**sergeant** 103:19
104:14

series 253:22
serious 281:3
served 139:19,23
    142:23 143:1 181:2
    232:15,21 269:15
    283:16 284:11
server 284:10 288:8
serves 64:12 167:11
service 5:6 29:6 54:3
    55:6 56:3,9,17,18
    57:12 63:12,22 67:2
    71:5,7 87:10 101:5
    101:9,11,22 127:14
    162:14,16 203:9
    220:3,4,4,7 231:6
    238:22 239:2,6
    246:23 247:1
    259:23 260:9,14
    261:9,11 267:19
    282:6,17
service-animal 244:2
service-dog 178:17
services 1:9 2:8,13
    6:10,16 10:9 15:3
    19:13 42:22 43:8,18
    43:19,25 44:14,15
    44:15 45:1,2,7,10
    45:12 46:3 47:3
    70:8,8,22 96:25
    133:9 135:5 136:23
    138:11 139:6 296:9
session 85:3
sessions 83:2
set 20:9,13 21:14,18
    45:14 86:13 133:10
    255:10 265:8,10
    269:15,15 290:16
    290:16
setting 109:21
settle 263:6
settled 152:23
settlement 48:12,13
    50:13,14,22 152:17
    263:7,8,19 285:18
    285:25
settling 225:2
setup 23:2 25:4
seven 60:2,20 107:3
    116:24 123:12
    168:7 169:18 170:4
    171:24 215:11

238:12 252:15
264:3 272:10
282:14
seven-centimeter
    151:16
severe 136:6
sex 225:8
sexual 143:21
shady 251:9
shakes 210:4
shaking 202:9
shape 190:11 285:9
    287:22
share 25:3,9 67:18
    102:8 124:1 135:6
    153:8 233:10
    246:11 269:10
shared 232:13
sharing 213:11,19,23
    223:18
sheath 166:15 183:21
    199:13,14 200:15
    207:2,11 217:14
sheep 280:16
sheet 4:11 171:13
    173:6 295:1
sheriff 143:2,5
Sheriff's 121:5
shingles 194:1,6,11
    206:13 211:12,19
    218:12,20 219:1,5
shit 124:22,24 126:25
    127:5
shopping 49:16
    137:16
short 100:18 108:7
    165:13 233:22
shorthand 293:6,15
    294:4,22 296:25,25
shortly 83:22
shot 202:19 227:10
shots 58:21,23
shoulder 184:5 190:6
    190:21 217:17,22
shoving 177:13
show 39:4 50:12 60:6
    63:12 65:14 68:1
    113:22 124:17
    132:24 138:9
    139:13 146:6 178:1
    193:8 274:15

275:15 284:23
showed 34:14 49:4
    50:6 72:5 125:9
    126:14
showing 261:10
Shown 177:13
shows 48:19 275:17
Shtorm 59:12
shut 36:4
shy 254:23 287:13
sibling 228:7
sic 40:24 172:25
    177:13 192:17
sick 145:15 164:8
    165:11 180:5
    240:16
side 10:25 26:1 27:4
    48:16 53:1 73:3
    114:14 155:23
    166:2,2,13 167:19
    184:6 186:11 205:5
    205:6 217:5,6 241:8
    275:3,4,5 285:20
sign 4:12 28:14
    269:19,22,22,24
    278:3 296:17
signature 27:21,22
    30:9 39:16,17 70:6
    70:8,13 74:18
    133:14,16 292:3
    296:16,19
signed 27:17 28:10
    113:10 140:21
    170:4 250:16
    272:21 285:18
    286:3 296:18
significant 19:4 62:11
    287:4
significantly 26:25
signing 75:23 266:21
    269:23 278:4
    296:17
signs 196:7
Simon 3:6 6:18,19
simple 87:3
simply 66:25 123:14
single 110:8 112:10
    121:2 123:19 141:6
    194:4 244:24
    253:13
singled 99:2

sir 10:22 12:10 84:13
    95:18 99:23 105:13
    124:15,15 138:6,7
    139:24 140:13,23
    141:24,24 142:1,9
    144:24 151:20
    183:17 277:23
sister 227:22
sit 125:22 139:4
    151:2 229:4 237:8
sits 233:3
sitting 55:14 151:12
    216:22 268:4
    270:23
situated 110:5 224:4
situation 162:19
    193:12 202:23
    236:5
situational 192:18,19
    192:22 193:16,18
situations 105:7
six 36:8 44:8,25 53:6
    60:2,20 68:2 78:25
    83:3 89:8 110:6
    123:12 144:4 167:9
    170:16 232:7 241:3
    251:20 264:3
    267:13 275:3
    282:16
six-and-a-half-hour
    167:10
six-centimeter 199:15
six-month 53:15 54:9
    73:11,15,18 75:10
    76:7,7 224:19
size 111:8 195:3
    204:20 246:14
    261:2
sizeable 281:2
skin 127:11
slamming 241:18
slash 171:7
sleep 165:14 177:13
    179:11 186:22
    189:11 191:8,10,12
    193:2 205:12
    244:10
sleepy 189:17
slight 8:22
slit 167:11
slot 114:17

slowly 25:19
slur 103:14,15
slurs 103:8,12
small 126:17 146:15
    168:24 243:21,22
small-looking 111:9
smaller 67:19 95:11
    102:14 111:5
    156:13
smart 275:22
Smith 289:10
smoke 210:2
smoker 210:1
sniffing 159:21
snowbird 245:2,10
    245:24
snowbirds 245:7
social 187:6,7 253:17
soda 259:16
soft 166:13
sold 253:5
sole 19:21 20:15
    44:20 45:13,13,22
    123:5
solely 20:21 56:17
solemnly 6:24
Solomon 290:25
solved 48:10
somebody 37:3 50:14
    70:4 82:10 107:10
    107:20 111:10
    141:19 148:10
somebody's 122:2
someone's 51:11
    161:1
someplace 78:16
    161:21
somewhat 214:24
    219:19
son 69:16 234:19
    281:8
sons 75:14
sophisticated 274:20
sorry 7:18 9:9 27:12
    30:2 36:22 37:6
    40:15 47:9 49:25
    62:7 64:10 78:4,17
    85:22 95:3 100:8
    103:6 106:18
    123:23 128:9
    129:21 140:13

141:22 149:24
156:10,15 167:16
173:11 187:15
190:12 192:18
193:3 195:10 196:3
196:3 202:3 208:7
211:24 217:18
223:25 234:25
250:18 274:5
287:10 290:4
**sort** 12:4 20:11 26:24
78:1 82:17 90:11
104:15 165:3,4
189:5 252:17,19
254:18 255:17
258:23 259:10
274:14
**sorts** 188:4
**sound** 84:23
**sounds** 52:4 99:13
206:6
**source** 112:5
**south** 18:10,21 22:16
23:14,15,18 77:6,9
102:25 103:1 110:6
121:4 127:20
144:15 148:17
149:12 176:24
177:1,2 187:13
191:16 275:5
288:21,22,23
289:22
**southern** 1:1 259:17
296:1
**southwest** 241:9
**space** 36:13 120:2,6
121:12 148:11
183:21
**Spain** 100:5,6
**SPB** 177:1
**speak** 50:1 68:20,24
69:1,7 103:8 142:2
142:3 224:18 231:3
234:22
**speaking** 10:19 56:24
68:13 118:8 142:7
**speaks** 104:2
**special** 264:8,9
**specialty** 290:10,19
**specific** 21:7 88:19
193:20

**specifically** 18:6 21:1
59:18 97:15 121:22
129:24 143:18
172:15 216:14
217:13 235:22
243:12 284:17
**specifics** 160:13
**speculate** 125:21
136:25 143:15
158:9
**speech** 32:17 48:2
**speeches** 32:8
**spell** 193:19
**spend** 72:24
**spent** 90:14 259:5
263:23 264:11,13
271:10
**spilled** 50:5
**spinal** 191:13 211:12
**spine** 191:16 192:3
207:7
**spoke** 81:13 105:23
273:4
**spoken** 69:8 234:12
236:8 240:1,24
**sport** 78:2,6 79:14
**spot** 88:24,25
**spots** 89:8
**spotted** 194:10
**spraying** 224:9
**spreadsheet** 134:14
134:19 136:1
254:18 256:5
**St** 10:1,5,8 13:9 14:14
16:16 109:25
**stabilized** 209:14
**stable** 202:18
**Stafford** 271:11
**StaffPad** 232:22
**stage** 58:24 263:20
**stairwell** 274:13
**stakes** 263:12
**stand** 242:20
**standard** 25:12 210:9
**standing** 94:25 108:7
242:14 288:9
**Stanford** 271:12
**Starks** 2:17 4:7 6:15
6:15 12:23 13:1,4
25:5 32:10,12,14
279:6 286:11,16,17

286:19,20 289:18
291:10
**start** 9:6,7 24:13 57:4
134:24 167:5
171:18 176:22
181:17 192:21
195:16 208:16
219:8 234:9 274:10
**started** 14:19,20 19:6
19:6 61:25 108:4,11
126:13,13 152:17
159:21 166:8
168:17,23,23 175:1
197:9 203:23 222:4
229:11,19 237:15
242:14 252:13
**starting** 124:20
164:13,19 171:23
189:4 190:15 208:5
**starts** 124:22 202:9
**state** 3:3 6:21 24:6
44:8 51:7 73:17
79:25 97:19 115:4
117:6 136:9,13
148:10 262:3,6,8,10
262:14,17,23 263:1
263:2,8,10,12,12,21
263:24 265:12
271:11 292:7,14
293:3,7,15 294:5,23
**stated** 31:14 43:5
51:12 52:4 55:3,18
81:10 91:14 96:13
103:7,22 104:10
105:16 106:5 112:9
126:25 141:2
156:24 157:12
171:10 184:18
217:7,12 219:13
244:6,23,24 256:2
260:3 271:5 284:8
295:19
**statement** 17:18
43:22 96:9,11 98:3
98:8,11 105:17
111:23 113:3,20
122:8,15 130:20
142:12 162:10
215:16 249:20
258:15
**statements** 94:13,20

125:23 128:7
130:22 131:22
139:25 147:18
187:16 205:7
256:16
**states** 1:1 11:5,10,24
12:1 15:17,22 16:3
17:3,14,21 21:10,10
21:19 48:24 56:14
59:4 105:23 155:7
189:5 232:16,19
296:1
**stating** 54:2 241:20
**status** 203:14
**Statutes** 40:12,21
232:4
**stay** 35:8 36:1 77:23
233:21
**stayed** 77:20 289:7
**staying** 35:16 65:18
108:19 284:2
286:13 288:25
**stays** 236:16 259:9
**Ste** 2:4,21 3:5 296:14
**steal** 72:22 154:9
162:1 266:25
267:19
**stenographic** 1:23
230:18
**stenographically**
294:7
**step** 121:2 144:24
166:12 194:25,25
**Steve** 101:24 279:24
**stint** 23:21
**Stirling** 2:10
**stole** 143:16 154:7
159:24
**stolen** 155:20 158:23
158:24
**stomach** 240:16
**stood** 89:9,12,13
260:18
**stool** 165:10 191:11
**stools** 204:1
**stop** 18:25 54:1 59:7
72:4,9 140:23 142:7
177:25 213:19,23
223:18 269:2
**stopped** 19:2 22:22
159:14 194:13

199:2
**store** 22:15 76:19
**stories** 127:24 160:17
**story** 237:22
**straight** 226:25
252:12 285:3
**straighten** 155:24
**strange** 108:9 237:7
242:16
**Strategies** 14:4
**strategy** 36:25
**street** 2:15 12:4 15:16
15:19,20,22 123:21
135:12 171:7
178:11,13,14
**stress** 59:25 60:18
61:3 62:23,24 63:3
63:4 142:24 143:22
143:23 144:7
150:10 151:14
152:22 159:11
160:12,16 161:20
177:11 180:16
186:18 206:16,20
206:21,21 207:16
207:23 208:1,3
209:10 212:7,8
214:18,21 216:19
217:8,14 218:21
219:22 221:7
**stressed** 38:19,22
62:25 63:5,9 177:25
178:9,20 202:22
217:13
**stressful** 160:23
178:5 216:14,16
**strike** 32:8,14 247:17
248:4 250:21 291:5
**string** 276:3
**structure** 20:6 248:14
290:13
**structured** 233:3
**stuck** 237:5
**study** 206:14
**studying** 16:15
**stuff** 22:16 81:18
82:24 178:9 191:11
197:24 219:20
222:8 226:18
232:22 259:10
**stupid** 151:5 228:8

240:5 256:17 276:18
**Subject** 29:2
**submit** 31:15
**submitted** 28:15 31:15 40:23
**SUBSCRIBED** 292:8
**subsequent** 39:7,21 73:14 106:3
**subsequently** 119:19
**subsiding** 165:6
**substance** 187:1,7
**substantial** 255:12,15 280:17 290:25
**substantially** 202:15 221:2 264:17,20
**substantiated** 128:25 129:1
**successes** 18:7
**successful** 28:18 246:21 259:3
**sucked** 192:12
**sue** 53:9
**sued** 53:12
**suffered** 134:22
**suffering** 136:7
**sufficient** 15:5
**Suffolk** 248:23
**sugar** 259:16
**suing** 265:2
**suit** 264:24
**Suite** 2:10
**summer** 14:5,7
**summers** 13:24
**Sunbiz** 231:18 272:1
**sunburn** 209:7
**Sunday** 24:18 90:7 107:25 126:16 127:3,7 226:4
**Sundays** 71:22
**super** 61:17 275:22
**superintendent** 266:7
**supplements** 215:4
**support** 44:12,24 63:11 79:6,20 81:12 101:5,22 102:5 155:21 280:7 282:7
**supported** 131:10
**supporting** 44:21
**supposed** 24:19 61:9 61:11,13 82:1 87:24

127:4 165:8 200:25 201:2
**supposedly** 37:4
**supposing** 276:3
**sure** 7:25 11:17,20,21 12:14 26:10 34:12 46:25 47:22 50:17 65:4 72:25 74:9 95:6,10 100:21 101:6 112:16 114:7 146:7 149:2 155:4 169:15 171:21 173:20 176:20 185:18 186:19 194:8 198:11 199:22 202:22 203:12 212:8,10 220:12 222:7 232:21 238:9 246:13 253:25 273:19 276:20
**Surfside** 235:12
**surgeries** 168:12 169:19 170:15 171:13 209:24 220:9
**surgery** 145:16 146:13 160:20 166:22 167:8,10,18 168:13,20,23 185:8 196:5 198:6 199:6 200:13 203:11 205:19,23 208:14 208:21,22 209:3,17 209:18,19 227:8 228:3,6
**Surin** 253:15,20
**surveillance** 121:9 122:6
**suspicion** 242:17
**swear** 6:6,24
**swearing** 269:19
**sweat** 85:5
**swerved-base** 110:9
**swore** 140:17
**sworn** 7:7 256:16 269:19 292:8 293:9 294:9
**symbol** 177:9
**sympathetic** 235:3,24 268:8

**symptoms** 203:15 204:8
**syndrome** 202:2,3,4
**system** 123:6 201:8 274:17

---

**T**

**T** 294:1,1
**T-H-E-R-A** 190:19
**table** 104:14
**tablets** 201:5 222:2
**tailgating** 148:1
**take** 7:13 8:3 12:5 16:21 26:25 29:17 38:16 49:4 61:19,19 74:11 84:9,15,25 93:17 99:9 101:17 102:13,13 124:12 126:9 134:5 135:14 135:19 136:11 140:20 153:13 161:24 162:4 163:24 178:5 182:17 184:9 185:10 189:18 192:1 193:7,10,11 193:13,15 201:2 212:25 215:7 217:2 224:22 233:15,17 251:19 254:19 256:3 257:8 282:23
**takeaway** 254:19
**taken** 1:17,19,22 54:15 119:4 134:16 200:13 210:22,24 249:16 294:9 295:3 296:16
**takes** 66:2 78:15 219:17 227:10
**talk** 13:17 24:12 27:13 58:15 69:17 107:7 168:8 171:19 254:16 270:4 272:12 273:8,11
**talked** 19:16 98:24,24 126:24 208:25 237:3,5 273:17
**talking** 66:5,12 73:24 89:10 108:13,17 127:18,24 143:6 145:5 237:4,6

242:15 251:7,21 268:5 273:2 284:9
**talks** 156:17 158:23 192:5,17 193:21 196:20 197:16 206:7 208:6 211:16 219:20 221:12 270:5
**tall** 108:8
**tap** 192:2
**targeted** 276:11
**tastes** 221:1
**tax** 21:13 131:2,3,9 245:4
**technically** 15:23 17:5
**teeth** 108:9
**telephone** 52:13
**television** 284:23
**tell** 6:24 20:25 23:12 25:25 29:8,18,19 30:8 34:22 39:12,14 39:16 48:1 49:2 55:25 61:9,22 63:13 68:14,22 79:18 81:4 95:16 96:23 104:8 107:22 109:4 111:12 121:22 125:18 135:10 153:14 176:8 183:13,14 212:15 231:2 248:10,12,12 251:18 254:25 270:1 277:19 278:18
**telling** 53:2,3 92:5 147:15 155:12 247:19 251:23 263:16
**ten** 30:9 73:10 76:6 114:14 131:14 162:18 203:25 227:6 278:22
**tenancy** 33:21 87:12 87:17 88:9 89:18 129:9 235:5 237:15 247:2,4 248:22 250:6
**tenant** 233:8 240:19 240:25 252:2 259:22 268:20

**tenants** 90:2 252:21
**Tennessee** 9:12,14,16 9:19,22 14:9 80:13 227:4,15,16,18
**tennis** 232:13
**term** 17:8 28:3 30:13 30:21 32:2,25 33:16 34:5,14 87:13 100:18 249:19 268:19
**terminology** 121:4
**terms** 87:7 167:18 247:7 249:10 260:1 272:14 281:13 285:25 286:4
**Terrell** 226:12
**terrible** 104:16 110:12 143:11 154:20 174:8,8
**Terry** 69:15 237:19
**test** 26:13 38:25 145:5,6,8,9,14 146:1 194:4,13 199:4 218:14 219:11
**tested** 38:24 181:14 199:24 211:25 212:1 218:2,18
**testified** 7:7 49:14 122:19 123:2 148:9 172:19 184:18 196:16 239:23 266:24 276:22 277:5,13 280:16
**testify** 52:7
**testimony** 8:16,19,24 9:1 54:17,19,23 55:3,12 71:15 72:11 72:16 73:9 75:7 84:1 120:15 123:15 125:22 126:1 129:2 129:18 137:11,15 142:10 171:10 230:23 254:1 273:8 273:12,12 284:24 294:8,12
**testing** 218:22
**tests** 38:16 166:16 194:24 206:11
**text** 51:8 55:4 130:4 155:17 278:25

texting 272:5
thank 6:18 7:3 13:5
  57:8 60:13 65:10,22
  69:6 85:15 116:22
  117:1 145:21 149:4
  214:6 223:21,23
  224:13 246:17
  269:13 279:3
Thanks 85:7 223:22
  223:24
Theragun 190:17
  217:24
therapist 165:17,24
  170:2 256:2
therapist-type 174:6
therapists 174:6
thing 22:22 48:10
  64:1 71:25 81:3
  82:5 86:21 89:10
  90:17 109:7 117:18
  136:11 143:4
  145:24 147:24
  148:16 168:15
  169:7 191:25 192:2
  197:19 199:5
  206:18 207:4
  218:10 220:24
  227:11 228:7
  230:24 232:7 235:3
  236:3,5 238:3
  252:17 257:3 258:8
  259:19 261:4
  271:23 276:13
  283:24
things 10:10 11:18
  26:25 27:15 42:15
  42:17 50:5 58:21
  59:12 61:10 63:13
  92:9 95:8 125:3,16
  125:18 126:2,9
  127:8 128:21
  130:10 131:25
  145:25 146:6 147:1
  148:3 149:18 150:8
  154:20,21 160:6,22
  164:12,13 165:18
  167:20,22 169:22
  185:3 187:22 188:5
  188:17 190:18
  200:6 201:25
  202:16 208:2 212:2

215:9,11 220:17
228:23,24 244:5
248:15,17,19
254:19 255:25
261:1 277:7 282:13
287:6
think 11:17 14:19,20
  17:7,11 20:1,1,10
  20:11 22:13 23:18
  35:14 55:15 57:22
  57:22 58:23 59:14
  63:8 64:1,5,7 71:9
  71:12 78:12 79:22
  80:21 81:2,23 83:2
  85:21 86:18,20,21
  90:12 95:8 96:22
  102:21 105:5,6,8
  116:2,3,17,18,25
  117:8 119:21 131:5
  131:7 136:24
  143:13,15 147:3,13
  149:17 150:21
  152:5 153:2 154:13
  156:3 165:4 166:25
  167:9,12 168:4,4,14
  168:21 170:5,6,16
  170:18 172:20,21
  172:21 174:9
  176:12 178:7 181:8
  183:22 185:17
  188:16 190:18
  192:5,16 193:8
  195:2 199:13 200:1
  200:11 201:1,1,5,10
  201:15 202:5,19,20
  205:18,23,23,24
  209:20,21 210:20
  210:22 211:16
  212:20 213:25
  214:23 215:10,14
  215:24 216:4,6,12
  216:13,15,16,18,24
  217:7,10 218:8,11
  218:14,16,20
  219:13,19,20,21,22
  220:1 221:9,11,12
  222:5 223:8,9,14,16
  225:2 228:24 229:3
  229:15 230:3,15
  231:14 234:23
  235:19,20 236:14

236:19,23,24 237:3
237:25 238:6,7
239:13 241:11
242:9,25 243:12
244:12 246:3 251:5
252:5 253:21 254:7
255:14 256:13
257:5 258:14 259:5
260:12 261:5
262:25 266:23
267:10,12 268:23
270:20 273:23
274:11 280:19,24
282:11 285:23
286:22 287:15
288:3
thinking 177:20,22
thinks 204:8
thins 215:8
third 62:19,20 134:18
  145:22 160:22
  176:12
third-party 3:3 6:20
  174:5
Thomas 154:11
  188:22 204:15
thought 36:22 52:22
  55:14 66:11,11 72:4
  72:8 87:10 108:2
  121:25 130:5 135:8
  157:17 165:1,6,11
  165:19 191:5,20
  193:25 194:11
  202:20 206:12
  207:5 209:16,16
  218:8 228:17
  239:15 240:14
  251:3 266:4 274:1
thousand 255:18
thousands 155:21
threat 177:7,8
threaten 106:12,14
threatened 154:25
  155:2
threatening 106:21
three 17:9 39:5 67:17
  82:21 83:10 92:16
  92:25 108:7 111:23
  112:8 140:5 150:13
  161:4 172:2 179:9
  185:14 190:14

191:7 209:4 210:9
210:16 225:25
234:23 235:13
242:19 245:9 253:9
260:22 268:11,24
269:3 280:19 289:4
289:15,15
three-week 54:24
threw 53:15
throat 217:24
throw 178:9
throwing 75:13
  108:12
thrown 56:21
tick 194:6 212:1
tickets 76:4 149:15
tie 127:8
tied 127:13
ties 263:22
Tim 283:21 288:3,17
time 1:19 5:20 6:3
  17:2 18:22 19:23
  22:3,4 26:22 34:10
  34:21 35:12 38:20
  39:23 42:25 44:7
  45:8 47:21 50:1,4
  51:24 54:11 58:5,14
  62:13,15,20 72:8,10
  72:18 76:1,21 78:18
  80:16 81:13,24
  82:22 83:1,9 86:25
  89:4 90:14 96:4
  99:9 102:4,13
  103:24 104:1 105:3
  110:4,14,23 111:16
  112:18 118:9
  119:10 125:7 127:1
  127:7 132:13
  136:11 137:8 140:7
  140:8 143:10
  144:11,18 145:22
  149:24 155:17
  158:20,22 160:22
  173:2 174:9,22
  175:15 176:17
  177:11,12 185:1,6
  185:15,22 189:19
  192:25 202:21
  207:13 209:12
  210:12 212:21
  217:15 223:10,14

223:21 224:12,18
231:10,12 234:24
236:12 240:8
245:22 247:2,7
248:21 250:8
251:19 255:21
262:8 271:10 273:4
280:19 291:17
time-consuming
  179:14
timeline 83:7 239:18
times 7:20 42:5 52:1
  67:17 111:23
  147:14 161:5
  170:19 174:25
  178:19 179:1
  190:14 191:7
  195:18 223:7 232:7
  234:12,21,23 236:7
  239:25 240:2,3,24
  241:1,23 260:22
  267:9 280:9
tingling 204:7
tired 277:24
tires 178:25 179:1
tissue 166:13
titanium 166:18,19
  192:13
titled 133:7
titles 59:12,15
today 6:3 7:17 8:13
  8:16,19,24 20:5
  55:14 57:4 68:15
  100:1,10 125:22
  134:15 135:21
  139:4 161:10 237:8
  254:22 255:23
  262:25 269:25
  270:24 273:9,11,14
  291:18
today's 249:15
Todd 81:7,10,14,23
  82:4,9,10 90:7
  101:24 117:18
  119:4,24 121:6
  237:22 266:2,21
  277:4 280:16 282:6
  282:11
told 44:6 49:23 51:23
  52:20 54:17 81:7,19
  81:21,22 89:22

90:11,25 97:10
98:12 103:25 106:6
109:17 111:24
121:11,16,22 122:4
122:15 126:2 130:4
145:25 152:15
154:4 155:10
159:16 164:25
170:11 174:4 176:9
180:15 199:22,23
204:22 223:2,4
226:7,15 228:2
235:24 236:14
238:1,1 247:25
248:18 253:4
257:23 258:7 259:8
259:14 277:11
285:16
**Tom** 249:1 268:5
**Tommy** 284:22
**tomorrow** 166:17
193:12
**tonight** 150:17
**top** 66:3 72:25 86:5
134:16 176:4 211:5
211:7 220:17
231:14 232:7
255:18 263:17,17
**tore** 230:8,8
**tort** 256:21
**tortured** 234:19
**total** 254:22
**totaled** 287:13
**touch** 197:23
**tough** 236:5
**Tower** 2:15
**town** 31:19,21 57:22
283:7
**trachea** 164:25
**track** 60:16
**trade** 14:2 16:10
216:22
**trader's** 11:9
**trading** 15:1 19:17,17
21:3,6 23:2 216:20
217:3 229:18
283:22 288:5
**traffic** 149:15
**tragically** 234:20
**trail** 50:10
**train** 67:16,16

**trained** 59:5,10
**trainer** 165:16
**training** 59:6,8 78:6,8
79:10,11,11,12,13
79:18,19 80:4,9,11
82:18,24 83:2,9,11
100:12,13 190:13
**transaction** 268:10
**transcript** 5:20
294:10,11 295:1
**Transcripts@Unite...**
296:22
**transfer** 138:24
**transition** 16:4
**transitioning** 16:6
**transitory** 261:12,13
**transparency** 9:2
**trauma** 190:25 191:2
**Trauma-producing**
177:20
**Traurig** 226:15
**travel** 67:5 167:23
189:16 192:24
193:12,14 196:17
205:17 219:14
224:5
**traveling** 76:2 170:12
193:20 205:16
210:11
**travels** 179:3 216:9
**treasurer** 87:7
**treat** 211:4,6,12
**treated** 228:21 229:2
238:15
**treating** 272:22
**treatment** 227:25
**tremendous** 212:16
**trial** 134:17 138:1
155:5 160:3 255:8
255:15,19 256:19
256:21 257:3 265:8
285:4
**trick** 276:12
**tricked** 275:25
276:10
**tried** 56:8,17 75:6
126:5 127:17
166:24 199:1
217:23 250:3,19
**trigger** 135:16
254:14

**trip** 165:7,13 203:25
**tristate** 271:10
**trooper** 147:16
**trouble** 154:22 167:1
**troubled** 110:12
**troubles** 102:25
**true** 48:5 89:23 98:10
235:13 294:11
295:20
**trust** 34:24,25 35:11
35:18 148:10
**truth** 6:25,25,25 49:9
53:2,4 54:22 137:25
237:23 251:24
**truthful** 55:16
**try** 35:21 63:16 73:4
101:18 147:6
213:14,17 214:2
215:14 220:21
224:2,11 240:7,15
262:12
**trying** 37:7,9,10
56:16 57:11 76:11
83:7,25 121:15
122:12,14,16 154:9
155:3,3 157:15
158:20 162:7,12
201:12 216:22
218:6 241:18
260:17 261:23
266:25 267:3
272:25 273:1 277:6
**tumor** 151:16 166:5
166:15,16 167:13
180:21 183:19,22
183:23 186:5,8,18
191:10 194:21
196:2,11 197:17,18
197:20 198:12,12
199:6,8 200:15,15
203:17 205:15
206:5,22 207:11
217:13
**turn** 17:8 76:5 106:7
155:18 286:10
**turnaround** 165:11
**turned** 17:7 31:22
34:17 50:6 55:5
75:24 76:3 81:1
83:19 115:4 138:1
166:5,10 200:11

235:14 251:11,24
251:24 256:1,21
275:13
**turtles** 55:5
**twelve** 142:18 170:17
185:21 267:9
**twenty** 151:23
**twice** 53:9 71:24
236:9
**two** 5:4 8:5 16:13
17:15 24:21,22 28:3
29:8,9 30:3 31:8,17
34:2,14 49:3 54:13
57:17 67:16 72:6
82:21 83:10 84:10
92:16,25 95:11
101:19,24 103:24
104:15 105:16
110:5,6 121:10
126:11 140:5
144:23 152:5,5,16
156:18 157:3
163:23 170:5
175:15 179:9 185:3
190:18 204:17
207:7 208:1 209:25
212:18 216:21
218:3 221:18 223:1
225:25 226:4 227:9
227:12 231:3,14
232:7 233:18 244:8
245:9 252:22 253:9
259:5 268:11,23
269:3 270:5 271:24
273:6 275:2 276:23
277:16 279:6,17
280:12,18,22 281:9
281:13,21 282:8,13
**two-dog** 81:3
**two-milligram** 222:1
**two-minute** 212:25
**two-year** 24:24 25:1
87:12 88:2 230:23
268:21
**Tygar** 2:4,6 6:8,8
12:9,11 13:5 45:18
46:14 56:19,24 60:5
120:17 174:3
254:17 255:1,11
256:5 257:15 291:6
291:16 296:13

**Tygar's** 287:12
**type** 11:10 67:2 105:7
144:4 172:24
183:19 185:20
188:6 200:14 270:7
271:20 280:24
**types** 59:7 194:23
217:2
**typo** 272:19
**typographical** 271:22
**typos** 277:21 278:1

**U**

**uh-huh** 148:12
176:16 194:3
200:21 205:20
211:9
**UK** 170:24 185:21,25
**ultimate** 35:11,13
91:16
**ultimately** 129:9
137:24 160:3
166:10 199:7 201:3
227:9 231:17
234:19 236:3
244:14 259:1
**ultrasound** 204:18
**unable** 52:25
**unapproved** 54:7
70:2 261:19
**unaware** 61:25
**unbearable** 168:25
**underlying** 218:8,11
**underneath** 190:6
**understand** 7:13 8:7
8:13,14,15 11:22
32:7 34:12 36:16
37:1,6,8,10 42:6
43:11 46:5,6,10
56:16 66:15 72:17
72:19 76:11 80:16
83:25 87:7 95:3
120:15 121:15
122:12 130:3,18
163:18 169:15
202:8 225:15 233:5
235:1 238:12
243:10 259:19
262:21 263:25
268:7
**understandable**

264:4
**understanding** 43:10
72:12 81:21 121:7
137:8,15 197:22
233:4 236:20
252:11,14,22 255:8
259:21,25 260:4
263:11,14,18 265:3
274:22 275:25
280:5,10 282:5
**understood** 8:6 25:24
41:23 87:10,11 88:2
121:10 164:10
255:21 268:17
282:4
**underwear** 108:6
**unfortunately** 196:18
224:8
**Unintelligible** 182:5
**unit** 23:15 24:16
25:21,23 26:17
28:24 33:22 36:11
36:11,19 37:4,22
48:4 67:11 73:8
77:20 79:3,3,9 80:7
80:18 81:5 82:4,19
82:19 83:7 89:6
90:1 98:18 100:1,20
100:24 104:12
107:9,19 109:8,14
109:15 110:1
111:21 112:15,24
113:2,8,18,19
127:17 128:8 129:4
129:10 132:5 141:5
150:6 152:2 161:12
161:15 162:8,21,24
163:2 231:11 235:2
236:18 240:25
241:21 242:18,18
242:22 243:8,10
244:16,22 247:22
249:15,17 252:10
259:22 276:24
280:6 281:22 283:5
284:2
**unit's** 113:1
**United** 1:1,23 10:2
11:5,6,7,10,15,23
11:24 12:1 13:10
14:12 15:7,17,22

16:3,16,20 17:3,14
17:21 21:10,10,18
59:3 232:16,19
296:1,20
**units** 110:7,8 232:8
241:2,7 242:20
252:23 275:3
281:14
**University** 9:11,14,16
9:19,22 10:2,8 13:9
14:9,15 16:16 167:7
203:18
**unknown** 163:8
**unpleasant** 143:8,9
177:4
**Unsigned** 5:17
**unusual** 90:16,17,21
**unzoom** 139:15
**updated** 31:20
**upfront** 49:5 87:12
88:5 249:22
**upgraded** 274:17
**upper** 217:16,21
**UPS-type** 22:15
**Uruguay** 165:8
**usage** 222:12
**Usain** 154:12
**use** 52:25 84:18 121:3
167:19 169:5
186:25 200:20
219:14 226:17
244:12 258:8
279:12
**useable** 15:5
**uses** 104:3 211:8
**USPS** 188:3
**USServiceAnimals....**
65:1
**usually** 189:18
**UT** 230:4,5
**uttered** 95:1
**UVC** 59:14

———————
V
———————
**v** 1:7 295:2 296:7
**vacation** 75:11
**vaccination** 5:7 66:22
260:24
**vaccines** 66:25
**Val** 24:16 26:4 31:13
32:4 34:8 52:17,22

55:19 73:16 89:25
275:24
**Valentina** 102:1
109:23 252:25
**Valerie** 33:20 263:4
267:16 268:5 273:4
**Valtrex** 193:21,24
206:12 218:24
219:7
**value** 130:12,16
**various** 82:23 151:25
**Vegas** 227:23
**vehicle** 147:25 290:17
**verbal** 153:19 156:25
157:2
**verbally** 125:1
**verify** 25:20 133:14
277:22,23
**versa** 239:21
**version** 30:11,15,17
34:9 54:10 220:1
**versions** 30:23
**versus** 47:19,23
135:4,4,5 136:4
**veterinarian's** 67:4
**vice** 101:23 239:21
**vicious** 101:19
**video** 6:2 13:2 60:6
86:20 112:4 114:5
114:10,11,12 119:4
119:13 120:24,24
120:24 121:18
127:18 138:13
147:21 179:5
242:25 274:9
281:18 283:21
288:6 291:22
**video-recording**
114:11 120:3
**videoed** 114:9
**videographer** 3:10
6:2 60:8,10 85:8,11
85:14 99:17,20
156:7,11 164:2,4
213:3,6,18,22
233:19 257:9,12
279:14,18,21
291:20
**videotape** 106:7,24
122:4 141:4 283:14
**Videotaped** 1:13 4:3

**view** 45:23 114:4
138:3 254:8 255:16
256:5
**views** 207:7
**violence** 5:13 139:20
139:22
**Virginia** 290:4
**virtual** 22:18,21
37:17 188:6
**virus** 218:20
**visit** 23:5 174:19
175:22 196:20
202:12 203:18,19
206:10
**visiting** 111:16 284:3
**visits** 172:2 174:1
215:2
**voice** 65:20
**vomit** 109:15,18,25
110:10,11 283:5
**vomit-gate** 126:3
127:24 289:1
**vomited** 107:10
110:15 113:1
165:10 235:2
**vomiting** 107:20
108:12
**vote** 232:25 238:25
250:23
**voter** 188:16
**VP** 178:4

———————
W
———————
**W** 2:4,15 296:14
**Wait** 217:18
**waiting** 242:14 283:1
**waive** 296:17
**waived** 296:19
**wake** 55:21 228:5
**wakes** 61:16
**waking** 240:8
**walk** 135:12 162:5
**walk-around** 110:9
**walk-through** 24:16
28:20
**walked** 145:17
**walking** 190:24
245:20
**wall** 12:3 15:16,19,20
15:22 242:19
**walls** 127:19

**Walton** 259:7
**want** 7:24 9:6 14:21
22:9 23:6 25:20
27:14 32:7 48:1
56:25 57:5 68:13,21
86:5 89:20,23 99:7
99:9 112:16 115:5
124:19 130:14
132:24 133:23
142:8,10 144:5
145:14 146:1 151:2
152:16 155:25
159:18 160:9,9
167:1 169:15 176:8
219:6,7 222:6
225:19 226:8
227:11 228:5
233:10 234:6
235:25 240:9 243:2
243:5 249:9,17
253:24 256:11,12
256:25 257:7
273:18,20 275:8
282:3,21 285:4
**wanted** 23:5,10 27:6
51:10 57:14 71:14
73:2 76:14 119:9
121:12 129:4 154:3
212:21 218:9
230:22 234:7
243:15 244:21
256:3 268:16,24
269:2 272:20 278:3
285:13
**wants** 109:8 242:18
285:13
**WARNER** 2:20
**Washington** 290:4
**wasn't** 19:25 42:24
43:2 51:9,19 53:2
61:21 72:9 75:22
82:12 83:14,15
89:23 97:8 98:5
104:24 106:11
109:25 111:22
113:12 115:15
123:15 140:17,18
145:8 151:1 152:15
173:21 185:19
194:12 198:13
200:18 207:21
211:13 218:3 235:1

251:11,15 265:19
265:21 269:21
270:15 271:7 282:7
**watching** 224:7
282:14
**water** 233:15
**way** 28:20,21 34:20
34:23 37:23 44:18
52:16 74:17 78:14
95:4,5 103:13
106:13,14 113:5,6
135:17 139:5 148:4
148:19 149:11,22
150:3,24 173:16
177:23 201:17
215:20 228:21
239:15 243:4
262:18 285:9
287:22 290:12,16
291:6
**ways** 238:8
**we'll** 27:13 67:6
84:23 99:14 139:10
145:9 146:18 159:8
163:25 168:8
171:19 180:17
181:18 213:17
234:9,9 283:5
**we're** 7:25 25:11 29:9
75:16 85:14 118:8
139:13 142:3,5
145:23 199:4
212:20 234:5
244:19 268:8
**we've** 84:10 102:19
120:23 172:22
228:7 235:12
273:17 275:13,18
276:14 288:7
**weapon** 158:17
**weapons** 148:22,25
148:25
**wear** 115:4
**wears** 99:4 240:5
**web** 59:14
**website** 92:22 283:24
287:25 290:8
**week** 67:17 82:18
123:12 141:6,6
165:3,3 168:21,22
190:14 191:7

193:14 200:1
210:10 245:9,9,9
282:14,16
**weekends** 16:19 90:6
259:18
**weeks** 58:22,22 80:13
82:21 83:3,3,10
92:17 103:24
152:16 163:23
167:9 185:14 209:4
224:25 225:25,25
226:4 227:12 273:6
273:6 281:9
**weight** 72:7 101:4,21
215:14 260:24
280:11,13
**weird** 236:16 270:21
**welcome** 176:13,15
177:3
**well-kept** 237:17
**Wellington** 198:25
200:12 207:12
**wellness** 252:19
**welt** 166:5
**went** 10:1 13:14
17:23 18:3 19:8,9
31:23 37:22 49:16
62:25 63:6 80:9
83:10 86:19 92:16
98:15 113:18
129:24 137:16
141:14 145:7
154:23 155:11
165:7,14 166:23
167:2,6,18 169:4
172:16 174:9,25
179:23 180:20
192:10,11,11 198:7
200:16 203:13
204:15 205:1
208:23 209:15
218:1 221:16,18
224:6 226:3,5 228:8
238:8 248:14 251:1
251:5,12 255:18
260:6,14,16 264:18
265:21 276:4
**weren't** 36:18 38:11
52:24 57:2 76:3
82:1,3 93:6 94:19
150:22 191:23

198:16 250:4 258:3
260:5 261:23
270:12
**west** 1:2 22:14 78:14
78:20 110:6 127:20
150:9 154:25 158:2
170:7 241:8 288:11
288:13,19 296:2
**western** 78:16,19
264:16
**Westlaw** 260:13
**Westminster** 232:8
**whatnot** 67:5 145:1
147:21 191:3 240:5
241:21 252:9
**whatsoever** 159:15
**whichever** 268:13
**white** 187:1,12,14
226:18
**wholly** 45:23
**wife** 69:16 98:18
237:17 270:22
**wife's** 236:25 252:18
**Wilcox** 1:4,4,15 4:3
6:22 7:5,11 14:23
25:17 28:4 29:25
32:7 39:17 57:10
65:16 85:17 99:23
102:10 103:7,20,21
103:22 115:11
116:10 120:5
133:16 146:23
149:6 151:18 156:8
159:13 160:12
164:6 203:7,13
213:8 214:4 218:4
223:25 224:4,7,17
226:11 229:8
233:23 234:6
248:22 257:14
266:1 269:6,11
272:10 273:17
279:23 286:13,20
293:8 294:8 295:2,3
295:24 296:4,4,13
**Wilcox's** 133:8 257:5
**William** 1:4,15 4:3
7:5 103:6,7 156:25
157:2,13,21 158:16
293:7 294:7 295:3
295:24 296:4,13

**Williamson** 154:10
**windows** 12:11
**wine** 210:14,15
**winner** 262:19
**wish** 296:17
**wished** 103:7
**withdraw** 248:18
263:2
**withdrawal** 39:8,21
**withdrew** 40:1
248:20
**witness** 1:22 4:12 6:7
7:2,6 57:7 65:17,21
84:12,14,20,25
99:11 156:10,12,15
210:4 223:23
233:24 234:1
239:24 270:18,20
271:3 278:13,15,20
279:3,11 292:3
294:9,12 295:3
**witnessed** 106:21
270:25
**witnesses** 97:5
**woke** 51:10
**wolf** 1:10 2:19 3:11
6:13 12:18,19,19
14:4 48:7,8 60:6,9
94:13,20,25 95:24
95:24 96:7,10,13,15
97:6,13,17,25 99:3
102:3,19 104:6
105:23 106:1,11,22
125:1,4 128:3,24
132:1,9 134:23
135:4 139:8 238:3
239:22 240:1,11,13
240:17 245:23,24
246:3,6 254:1 268:6
270:9,19 271:3,24
273:19 275:11,22
276:4,12 286:1
296:10
**Wolf's** 270:4
**WOLFF** 1:9 296:9
**woman** 228:14
241:11
**women** 277:16
**wonder** 230:13
**wondering** 266:6
272:8

**woof** 240:11,12,12
270:6
**word** 94:14 95:1 96:1
96:14 98:1,3,8,22
104:3 141:12
176:12,15 177:10
177:18 178:10
184:24 185:2
195:12 258:8
**words** 115:12 121:13
121:21 240:12
242:23 291:8
**wore** 201:8 270:9
**work** 13:17,20 14:6,8
14:11 15:15,19 17:3
17:13,20 18:4 22:24
23:2 35:7 51:11
70:10,14 75:7 82:4
99:10 105:6 111:14
133:5 141:7 148:11
155:23 165:7 175:6
179:11 184:11
203:25 204:10
226:21 232:24
255:9,13
**worked** 12:6 14:3,12
15:21 16:4 28:13
45:9 46:1 165:18
191:20 229:9
236:20,21 273:1
**working** 16:5,14
18:19,25 19:2,19
21:22 38:3 59:3,11
59:16 78:7 142:5
190:10,20 201:3
216:13 241:6
255:11
**works** 70:4 133:6
135:18 254:9
259:15,18 273:3
**world** 128:21 236:11
290:24
**worse** 178:19
**worth** 232:9
**wouldn't** 51:7 55:20
73:13,18 138:12
139:3 144:7 150:14
154:18 157:22
194:12 198:6 220:6
229:3 234:17
237:12 243:5 246:8

258:8 281:14
**wrapped** 229:21
**wrist** 230:9
**write** 28:21 123:17
 140:16 295:1
**writes** 122:22,25
 123:16 197:14
 266:13
**writing** 81:25 82:2
**written** 103:13
 122:24 157:23,24
 197:12
**wrong** 104:23 117:15
 164:24 166:9
 195:18 209:9
 213:10,11 251:16
 261:3,4 263:15
 271:21 286:23
**wrote** 113:5 140:3
 146:2 216:12
 219:24 261:1,17
 267:8 275:16

**X**

**X** 4:2
**Xanax** 189:12,16
 192:23 205:12
 210:13 219:13
 221:13

**Y**

**yeah** 12:18 13:1,4,22
 15:23 16:24 17:4
 19:24 22:5,6,20,22
 23:1,10 25:18 36:3
 36:9 38:8,10 40:2
 41:13 46:5 50:19
 51:3 58:14 61:20
 62:24 64:1,5,19
 66:10,10,10,16,18
 67:15,21,23 69:11
 69:15,21,24 74:8
 75:5,21 80:10,25
 81:7,15,17 82:3,5,7
 83:18 87:23 89:15
 90:20 96:18 99:4
 100:21 102:15
 110:21 111:3,13
 112:7 119:21
 124:13 126:25
 127:6 132:16 133:2

134:4 137:13
 139:16 144:1,14
 146:11,11,14,14,16
 147:9,13,16,20
 148:5,23 150:2
 151:21 152:4,15
 153:16,22 155:2,10
 155:12 157:4,8,10
 157:10,14,14,17
 160:1 163:6 164:13
 164:18 168:24
 172:3 175:23 176:6
 176:7,7,16 177:16
 178:24,25 179:6
 181:20 185:21
 186:16,19,23 187:9
 187:13,17,20
 188:23 191:15,20
 192:16 193:5,18,23
 195:13 196:18,23
 196:24 197:24
 198:20 199:18
 201:22 202:13,14
 202:24 203:1 204:6
 205:23 206:19
 208:9 209:20
 210:16,19 211:21
 211:21 212:4
 213:21,25,25 214:9
 214:11,16 215:1,20
 215:23 217:10
 219:17,24 220:4
 221:5 225:23 227:2
 227:19 228:9
 229:20,22,22
 230:17 231:13
 232:12,20,22 233:6
 233:17 238:17
 244:4 246:16,19
 252:13 253:18
 254:23 255:24
 257:9 261:15
 262:10 265:17
 266:9 271:22
 275:10 276:7,21
 278:17 279:16
 282:2 283:3 284:21
 286:4,25 288:5,15
 289:6,17
**year** 9:21 10:3 14:5
 14:24 15:10 17:1,11

34:5 49:5 53:17
 61:21 79:21 80:8
 87:12 92:8 126:12
 144:3 175:1 190:16
 206:2 221:22
 223:12 230:5
 236:11 241:13
 242:9 245:2,3,25
 250:1 252:2 258:1
 268:22,25 269:3
 277:5,5
**year's** 162:3
**years** 16:12,13 17:15
 18:9 24:3,21,22
 26:24 28:3 34:14
 60:2,20 61:4 79:23
 90:2 122:21 123:13
 126:11 131:11
 151:9 156:3 169:25
 170:15,16,17,25
 185:21 186:3 204:9
 215:11 220:21
 227:6 231:3 237:2
 238:12 252:6,8,12
 252:15,22 253:7
 259:1,6 280:9
**yelled** 95:25
**yep** 138:22 153:24
 192:20 197:1 267:2
 289:4
**yes-or-no** 116:8
 120:8
**York** 23:22 64:16
 73:17 111:17
 248:24 259:2 289:5
**young** 216:25

**Z**

**Zambia** 77:9 290:23
**Zeus** 55:4 56:4,9
 57:12 58:15,16,19
 58:25 59:5,10,17,21
 61:9,11,12 63:25
 64:3 65:3 66:23
 67:1,11 71:3 72:1,2
 72:2,3,15 76:17
 100:7,9 101:8,11
 129:11 138:15
 157:4,17 158:19,22
 162:7,15,20,24
 163:2 164:21 220:3

234:16,17 244:9
 246:21,23 247:1
 260:18 282:17,18
**Zeus'** 5:7
**Zeus's** 59:13
**zigzag** 166:7
**Zillow** 57:21
**Zion** 154:10
**zone** 146:25 171:14
 210:12 215:3
**zoom** 1:22 66:2 86:12
 86:14,21 109:21
 257:6 293:9
**Zuma** 251:7

_____

**0**

_____

**1**

**1** 5:3 25:14 294:11
**1-25-21** 176:23
**1,525,000** 134:10
 135:6
**1.5** 272:12
**1.525** 253:24 272:15
**10** 5:12 54:8 58:23
 71:23 131:16 224:4
**10/31/2020** 140:6
**10:45** 265:15
**100** 67:23,24 124:14
 133:3 178:19 246:9
**100-milligram** 201:5
**100-pound** 280:16
**107** 5:9
**10th** 95:22 132:10
**11** 5:13 71:23 139:10
 142:20 232:9
**11:21** 84:11 85:9
**11:30** 85:12
**11:48** 99:6
**11:49** 99:18
**11:50** 99:7
**1100** 2:21
**117** 5:10
**11th** 144:14
**12** 5:14 38:1 58:22,24
 85:1 139:14 146:20
**12,000** 287:16
**12:30** 99:10,15,15,16
**12:33** 99:21
**12:50** 99:15
**1218** 1:24 296:21

**124** 5:11
**125** 66:13
**12th** 64:3 294:18
**13** 5:15 146:18 152:9
 152:11 278:7
**131** 5:12
**1334** 102:24
**13th** 132:19
**14** 5:16 38:1 68:3
 153:9,11 159:9
 278:7 293:16
 294:24 296:19
**1400** 3:5
**142** 5:13
**1451** 34:19,23 37:22
 148:4,19 149:10,22
 150:3
**146** 5:14
**14th** 54:11
**15** 5:17,20 26:24
 58:22 87:4 90:10
 186:3,3 195:6 216:4
 278:10,12
**15-minute** 236:10
**150** 53:11
**151** 197:6
**152** 5:15
**153** 5:16
**15th** 164:17
**16** 216:4
**160** 60:4
**166** 171:13 215:2
**17** 276:21
**170** 60:4
**175** 287:17
**17th** 86:6 194:17
 195:17
**18** 185:9 206:2
**187** 287:17
**18th** 86:6
**19** 152:4
**195** 200:20

_____

**2**

_____

**2** 5:4 29:15 164:2
**2/24/2021** 5:9 102:23
**2/25** 195:16
**2:09** 164:4
**20** 14:17 16:24 55:24
 58:17,23 71:10 87:4
 122:21 123:13

162:17 274:21
280:13 281:17
**20-** 24:15
**20,000** 49:18,20
**200** 66:2,9
**200,000** 254:23
256:15 264:13,13
264:14 286:23
287:14
**2000** 205:25
**2005** 206:2 209:23
**2009** 229:17
**2010** 9:23 14:18,20
14:21 15:11
**2011** 15:12,13 17:1
17:17
**2012** 10:4,7 16:23
205:19 209:19
**2013** 17:17,19
**2015** 209:21
**2016** 143:17 205:24
209:21
**2018** 18:16,18,19,24
**2019** 18:24 19:25
20:4,8,10 27:9
260:12
**2020** 20:8,13 58:18
64:3,8 148:11
**2021** 24:15 34:6
66:20 68:4 77:16
80:19 82:20 83:8
95:23 102:17
124:19 125:11,25
126:10 132:12,14
132:19,22 140:9,10
153:20 161:13,14
162:21 169:21,22
169:24 170:23
174:19 175:19
179:22 189:14
190:16 234:8
242:11 246:24
249:2 252:3 274:25
274:25
**2022** 1:19 6:4 133:21
164:9,14,16 168:12
169:20 182:23
183:3 185:23,25
186:15,16 192:9
197:4 201:21 203:6
203:20,23 205:21

206:5 255:23 292:9
293:9 294:18
296:19
**2023** 247:6,20 293:16
294:24
**2027** 149:8
**203** 86:8
**209** 187:19
**20th** 164:17
**21** 162:17 222:5
**210** 215:15
**211** 2:10
**224** 4:6
**23,400** 267:11 269:4
**23.4** 267:12
**24** 62:14 110:8
165:21 177:18
275:3 282:14
**240** 215:15
**2400** 2:21
**24th** 24:18 102:17
125:8 126:14
206:15 207:8 247:5
**25** 5:3 267:11
**25,000** 72:23 162:2
267:1
**25th** 2:15 24:15 28:19
54:10 133:21
161:14 203:5 206:5
247:6
**26** 64:8
**27** 151:9
**278** 5:17
**28** 203:20
**286** 4:7
**29** 5:4
**293** 4:9
**294** 4:10 294:11
**295** 4:11
**296** 4:12
**297** 206:7
**29th** 174:19 179:22

───────────
**3**
───────────

**3** 5:5 39:10
**3,900** 267:9
**3:22** 212:15
**3:23** 213:4
**3:27** 213:6
**3:30** 212:15
**30** 78:22 98:19 108:4

184:8
**30,000** 264:2
**300** 201:5
**300-** 255:18
**301** 208:5 241:12
**302** 48:4 127:21,21
281:3,17
**303** 2:4 23:15 24:24
25:2,23 27:18,18
28:4,4 36:11,19
37:11,22 38:2 73:8
73:8 77:20 79:4
80:7,18 81:5 82:20
83:8 100:1,20,20,24
103:20 127:17,22
129:10 150:6 152:2
161:12 162:21,25
163:3 208:5 231:11
234:14 240:1,19,25
242:19 243:8
244:22 248:6
249:15 252:13
296:14
**304** 48:4 127:21
241:8
**30th** 149:8
**330** 25:22
**33130** 2:16
**33156** 3:5
**33301** 296:21
**33308** 2:21
**33314** 2:10
**33316** 1:24
**33401** 22:14,17
**33480** 23:15 103:2
**33484** 2:5 296:14
**347** 210:17
**348** 210:17
**35** 186:24
**379** 211:16
**380** 211:16
**383** 213:8 214:7
**385** 217:5
**386** 217:16
**39** 5:5 84:15
**390** 218:2
**393** 219:12
**394** 219:19
**395** 221:12
**3rd** 1:24 164:19
296:21

───────────
**4**
───────────

**4** 5:6 65:12 177:18
206:3
**4:04** 124:19
**4:28** 257:10
**4:31** 257:12
**40** 110:23 216:6
252:7 280:15
**400** 169:19
**400-pound** 230:14
**4000** 23:14 102:25
176:24
**402** 222:22
**403** 234:13
**404** 252:7,10,14
**44** 2:15
**45** 78:22 108:4
110:23,23 216:7
**46,800** 267:10
**48** 204:1
**4th** 164:19

───────────
**5**
───────────

**5** 5:7 67:9 162:17
278:17
**5'10** 108:10
**5'8** 108:10
**5'9** 108:10
**5:24** 203:9
**5:01** 279:19
**5:03** 279:21
**5:18** 291:22,23
**50** 111:3,3 212:2
**500** 255:18
**503** 280:15
**51,000** 267:8
**515** 22:13 38:8
**516** 22:16 23:18
148:17 149:12
150:8 187:18
**525-2221** 296:22
**5341** 2:4 296:14
**55** 111:4 215:19,21
257:18 258:6
**561)451-71** 12:22
**57** 95:13,22 97:19,23
132:8
**57.105** 53:16
**58** 96:5
**5G** 274:15
**5th** 28:22 153:20

175:19

───────────
**6**
───────────

**6** 5:8 68:9 282:16
**60** 15:20 95:14,17
97:19,23 143:20
222:10,11 246:9
**604** 55:3
**6099** 2:10
**61** 132:17
**62** 61:24 112:22
164:22
**65** 5:6
**67** 5:7 192:5
**68** 5:8
**69** 192:17

───────────
**7**
───────────

**7** 4:5 5:9 107:5
201:20
**7/14/2021** 5:8
**70** 111:1
**720** 232:3
**75** 67:23 124:14
193:21
**760** 40:12,20
**7637** 40:24
**7th** 28:23

───────────
**8**
───────────

**8** 1:19 5:10 117:4
282:16
**8/4/21** 176:7
**8/8/2022** 295:3
**80** 172:5
**80's** 52:15 246:7
**81** 196:20
**8517** 154:24
**86** 266:1
**8th** 6:3 66:20 255:23
293:9

───────────
**9**
───────────

**9** 5:11 108:1 124:8,19
131:21
**9-2-21** 178:15
**9/2** 178:22
**9:21-CV-81565-D...**
1:3 295:2 296:3
**9:31** 1:19 6:3
**911** 5:16
**9150** 3:5