**2019 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 757949

**Entity Name:** LA PENSEE CONDOMINIUM ASSOCIATION, INC.

**FILED**
Mar 19, 2019
Secretary of State
2666302053CC

**Current Principal Place of Business:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**Current Mailing Address:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**FEI Number:** 59-2693162

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SCOTT, STOLOFF
1818 AUSTRALIAN AVE, S
SUITE 400
W PALM BEACH, FL 33409 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SCOTT STOLOFF                                      03/19/2019
       Electronic Signature of Registered Agent                      Date

**Officer/Director Detail:**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT | | Title | TREASURER |
| Name | LAWSON, JOHN | | Name | ROSATI, ROBERT |
| Address | 4000 SO. OCEAN BLVD. APT. #601 | | Address | 4000 S OCEAN BLVD. #203 |
| City-State-Zip: | PALM BEACH FL 33480 | | City-State-Zip: | SOUTH PALM BEACH FL 33480 |
| Title | BOARD MEMBER | | Title | VP |
| Name | DUNAWAY, JEFFREY | | Name | KOWALSKI, GLADYS |
| Address | P.O. BOX 2996 | | Address | 4201 STONELEIGH ROAD |
| City-State-Zip: | ANNAPOLIS MD 21404 | | City-State-Zip: | BLOOMFIELD HILLS MI 48302 |
| Title | BOARD MEMBER | | | |
| Name | WOLFF, DAVID | | | |
| Address | 4000 S. OCEAN BLVD UNIT 604 | | | |
| City-State-Zip: | SO. PALM BEACH FL 33480 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN LAWSON                       PRESIDENT                     03/19/2019
       Electronic Signature of Signing Officer/Director Detail                          Date

# 2020 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 757949

Entity Name: LA PENSEE CONDOMINIUM ASSOCIATION, INC.

**FILED**
**Mar 17, 2020**
**Secretary of State**
**2905222606CC**

**Current Principal Place of Business:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**Current Mailing Address:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

FEI Number: 59-2693162

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

SCOTT, STOLOFF
1818 AUSTRALIAN AVE, S
SUITE 400
W PALM BEACH, FL 33409 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SCOTT STOLOFF                                                                    03/17/2020
           Electronic Signature of Registered Agent                                          Date

**Officer/Director Detail:**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | TREASURER |
| Name | LAWSON, JOHN | Name | ROSATI, ROBERT |
| Address | 4000 SO. OCEAN BLVD. APT. #601 | Address | 4000 S OCEAN BLVD. #203 |
| City-State-Zip: | PALM BEACH FL 33480 | City-State-Zip: | SOUTH PALM BEACH FL 33480 |
| Title | BOARD MEMBER | Title | DIRECTOR |
| Name | DUNAWAY, JEFFREY | Name | MARCHEL, LAURIE |
| Address | P.O. BOX 2996 | Address | 4000 S. OCEAN BLVD. UNIT 302 |
| City-State-Zip: | ANNAPOLIS MD 21404 | City-State-Zip: | SO. PALM BEACH FL 33480 |
| Title | BOARD MEMBER | | |
| Name | WOLFF, DAVID | | |
| Address | 4000 S. OCEAN BLVD UNIT 604 | | |
| City-State-Zip: | SO. PALM BEACH FL 33480 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN LAWSON                                    PRESIDENTR                03/17/2020
           Electronic Signature of Signing Officer/Director Detail                   Date

# 2021 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 757949

**Entity Name:** LA PENSEE CONDOMINIUM ASSOCIATION, INC.

FILED
May 12, 2021
Secretary of State
6766917482CC

**Current Principal Place of Business:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**Current Mailing Address:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**FEI Number:** 59-2693162

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SCOTT, STOLOFF
1818 AUSTRALIAN AVE, S
SUITE 400
W PALM BEACH, FL 33409 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   SCOTT STOLOFF                                                                                                        05/12/2021
                      Electronic Signature of Registered Agent                                                                              Date

## Officer/Director Detail :

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT | | Title | TREASURER |
| Name | LAWSON, JOHN | | Name | ROSATI, ROBERT |
| Address | 4000 SO. OCEAN BLVD. APT. #601 | | Address | 4000 S OCEAN BLVD. #203 |
| City-State-Zip: | PALM BEACH FL 33480 | | City-State-Zip: | SOUTH PALM BEACH FL 33480 |
| Title | BOARD MEMBER | | Title | VP |
| Name | NORA, ANDRAOS | | Name | MARCHEL, LAURIE |
| Address | 4000 S OCEAN BLVD | | Address | 4000 S. OCEAN BLVD. UNIT 302 |
| City-State-Zip: | SO PALM BEACH FL 33480 | | City-State-Zip: | SO. PALM BEACH FL 33480 |
| Title | SECRETARY | | | |
| Name | WOLFF, DAVID | | | |
| Address | 4000 S. OCEAN BLVD UNIT 604 | | | |
| City-State-Zip: | SO. PALM BEACH FL 33480 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN LAWSON                                                            PRESIDENT                              05/12/2021
                      Electronic Signature of Signing Officer/Director Detail                                                                          Date

**2021 FLORIDA NOT FOR PROFIT CORPORATION AMENDED ANNUAL REPORT**

DOCUMENT# 757949

**Entity Name:** LA PENSEE CONDOMINIUM ASSOCIATION, INC.

FILED
Jul 19, 2021
Secretary of State
5877530136CC

**Current Principal Place of Business:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**Current Mailing Address:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**FEI Number:** 59-2693162

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BECKER & POLIAKOFF
BANK OF AMERICA CENTRE
625 N FLAGLER, 7TH FLOOR
W PALM BEACH, FL 33401 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOHN LAWSON                                                                 07/19/2021
Electronic Signature of Registered Agent                                               Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | TREASURER |
| Name | LAWSON, JOHN | Name | ROSATI, ROBERT |
| Address | 4000 SO. OCEAN BLVD. APT. #601 | Address | 4000 S OCEAN BLVD. #203 |
| City-State-Zip: | PALM BEACH FL 33480 | City-State-Zip: | SOUTH PALM BEACH FL 33480 |
| Title | BOARD MEMBER | Title | VP |
| Name | NORA, ANDRAOS | Name | MARCHEL, LAURIE |
| Address | 4000 S OCEAN BLVD | Address | 4000 S. OCEAN BLVD. UNIT 302 |
| City-State-Zip: | SO PALM BEACH FL 33480 | City-State-Zip: | SO. PALM BEACH FL 33480 |
| Title | SECRETARY | | |
| Name | WOLFF, DAVID | | |
| Address | 4000 S. OCEAN BLVD UNIT 604 | | |
| City-State-Zip: | SO. PALM BEACH FL 33480 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN LAWSON                        PRESIDENT                            07/19/2021
Electronic Signature of Signing Officer/Director Detail                             Date

## 2022 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 757949

**Entity Name:** LA PENSEE CONDOMINIUM ASSOCIATION, INC.

**FILED**
Feb 25, 2022
Secretary of State
5622643662CC

**Current Principal Place of Business:**

4000 S OCEAN BLVD
PALM BEACH, FL 33480

**Current Mailing Address:**

2300 W SAMPLE ROAD
 310
POMPANO BEACH, FL 33073 US

**FEI Number:** 59-2693162

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BECKER & POLIAKOFF
BANK OF AMERICA CENTRE
625 N FLAGLER, 7TH FLOOR
W PALM BEACH, FL 33401 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOHN LAWSON                                                                02/25/2022
           Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| Title | PRESIDENT | Title | TREASURER |
|---|---|---|---|
| Name | RIPSTEIN, BEN | Name | WOLF, DAVID |
| Address | 2300 W. SAMPLE ROAD 310 | Address | 2300 W SAMPLE ROAD 310 |
| City-State-Zip: | POMPANO BEACH FL 33073 | City-State-Zip: | POMPANO BEACH FL 33073 |
| Title | BOARD MEMBER | Title | VP |
| Name | RAHAL, JOHN | Name | SAPLETAL, STEVE |
| Address | 2300 W SAMPLE ROAD 310 | Address | 2300 W SAMPLE ROAD 310 |
| City-State-Zip: | POMPANO BEACH FL 33073 | City-State-Zip: | POMPANO BEACH FL 33073 |
| Title | SECRETARY | | |
| Name | PETER, GOLDRING | | |
| Address | 2300 W SAMPLE ROAD 310 | | |
| City-State-Zip: | POMPANO BEACH FL 33073 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BEN RIPSTEIN                              P                                 02/25/2022
           Electronic Signature of Signing Officer/Director Detail                     Date