```
CFN 20110344137
OR BK 24744 PG 0351
RECORDED 09/14/2011 16:24:38
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0351 - 352; (2pgs)
```

WILL CALL BOX 165
This instrument prepared by:
Edward Dicker, Esquire
**DICKER, KRIVOK & STOLOFF, P.A.**
1818 Australian Avenue So., Suite 400
West Palm Beach, Florida 33409
(561) 615-0123

## CERTIFICATE OF AMENDMENT TO THE AMENDED AND RESTATED DECLARATION OF CONDOMINIUM OF LA PENSEE CONDOMINIUM

**I HEREBY CERTIFY** that the Amendments attached as Exhibit "1" to this Certificate were duly adopted as Amendments to the Amended and Restated Declaration of Condominium of La Pensee Condominium. The original Amended and Restated Declaration of Condominium is recorded in Official Records Book 11243, Page 1845, of the Public Records of Palm Beach County, Florida.

DATED this 6TH day of SEPTEMBER, 2011.

Witness

Witness

LA PENSEE CONDOMINIUM ASSOCIATION, INC.

By: _____
President

Attest: _____
Secretary

(SEAL)

STATE OF FLORIDA )
COUNTY OF PALM BEACH)

BEFORE ME personally appeared JOHN LAWSON, the President, and G. K. MACRAE, Secretary, of La Pensee Condominium Association, Inc., who produced FL. DRIVER LIC. and FL. DRIVER LICENSES identification or who are personally known to me to be the individuals who executed the foregoing instrument and acknowledged to and before me that they executed such instrument as President and Secretary of La Pensee Condominium Association, Inc. with due and regular corporate authority, and that said instrument is the free act and deed of the Association.

WITNESS my hand and official seal this 6th day of SEPTEMBER, 2011.

Notary Public, State of Florida at Large
My Commission Expires:

(SEAL)

CINDY L. SILIPO
Notary Public - State of Florida
My Comm. Expires Sep 10, 2012
Commission # DD 821459
Bonded Through National Notary Assn.

207610108.30C

Section 3.4  Assignment.  The share of an Owner in the funds and assets of the Association cannot be assigned, hypothecated or transferred in any manner except along with and inseparable from the apartment for which that share is held.

## ARTICLE IV

## MEMBERSHIP AND VOTING IN THE ASSOCIATION

Section 4.1  Membership.  Each person or entity who is an Owner of an apartment in LA PENSEE shall be a mandatory Member of the Association.  Membership certificates in the Association are not required and shall not be issued.

Section 4.2  Voting.  On all matters upon which the Membership shall be entitled to vote, each apartment shall be entitled to that vote as provided in the Declaration and By-Laws.  Votes shall be exercised or cast in the manner provided for in the Declaration and By-Laws.  Any person or entity owning more than one apartment shall be entitled to as many votes as are attributable to the apartments so owned, subject to that provided for in the Declaration and By-Laws.

## ARTICLE V

## DIRECTORS

Section 5.1  Number and Qualification.  The business and affairs of the Association shall be managed by a Board consisting of not less than three (3) nor more than five (5) Directors. Directors need to be Owners.  Other provisions regarding qualifications of Directors are contained in the By-Laws.

Section 5.2  Duties and Powers.  All of the duties and powers of the Association existing under Chapters 617, 607, and 718, Florida Statutes, the Declaration, these Articles and the By-Laws shall be exercised exclusively by the Board of Directors, its agents, contractors or employees, subject only to approval by Unit Owners when such approval is specifically required in the Declaration, these Articles or the By-Laws.

Section 5.3  Election; Removal.  Subject to the provisions contained in Section 5.4 next below, Directors of the Association shall be elected at the Annual Meeting of the members in the manner determined by and subject to the qualifications set forth in the By-Laws.  Directors may be removed and vacancies on the Board of Directors shall be filled in the manner provided by the By-Laws.