# COMPREHENSIVE CASE INFORMATION SYSTEM
Joseph Abruzzo, Clerk of the Circuit Court and Comptroller
**PALM BEACH COUNTY**



eportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 502021CA009343XXXXMB [502021CA009343XXXXMB] | 07/30/2021 | | PALM BEACH | CONDOMINIUM | Open | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 07/30/2021 | CONDOMINIUM | NO | NO | - |

10 ▼

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| HARPER, BRADLEY G. | JUDGE | | |
| BURNETT, JOANN N | ATTORNEY | | |
| LUBLINER, RICHARD S | ATTORNEY | | |
| WOLFF, DAVID | DEFENDANT | | |
| MARCHEL, LAURIE | DEFENDANT | GERMAN, CODY | 58654 |
| ANDRAOS, NERMIN | DEFENDANT | GERMAN, CODY | 58654 |
| ROSATI, ROBERT | DEFENDANT | GERMAN, CODY | 58654 |
| LAWSON, JOHN | DEFENDANT | GERMAN, CODY | 58654 |
| LUCHEY, MEGAN D | PLAINTIFF | LUBLINER, RICHARD SCOTT | 47741 |
| WILCOX, WILLIAM D | PLAINTIFF | | |

**Dockets**

Page : 1    ALL ▼

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 162 | 07/29/2022 | ORDER GRANTING B. HARPER DTD 07/29/22. MOTION TO WITHDRAW AS COUNSEL. THE MOTION IS GRANTED. LL IS HEREBY RELIEVED OF ANY FURTHER OBLIGATIONS,: B. HARPER DTD 07/29/22. MOTION TO WITHDRAW AS COUNSEL. THE MOTION IS GRANTED. LL IS HEREBY RELIEVED OF ANY FURTH | 1 |
| | 161 | 07/27/2022 | NOTICE OF CANCELLATION; PLAINTIFF'S NOTICE OF POSTPONEMENT OF DEPOSITION OF VALERIE MANZO 08/02/2022 | 1 |
| | 160 | 07/26/2022 | CONSENT; CONSENT TO WITHDRAWAL OF COUNSEL | 1 |
| | 158 | 07/27/2022 | ORDER GRANTING WITHDRAW; B HARPER DTD 7/27/2022 AS TO DFT/CPLT/THIRD PARTY PLT MEGAN DANIELLE LUCHEY AND LUBINER LAW PLLC IS HEREBY RELIEVED OF ANY AND ALL FURTHER OBLIGATIONS AND LIABILITIES OBO LUCHEY. LUCHEY HAS 30 DAYS TO RETAIN NEW COUNSEL | 1 |
| | 157 | 07/14/2022 | NOTICE OF TAKING DEPOSITION; PLAINTIFF'S NOTICE OF TAKING CONTINUED DEPOSITION VIA ZOOM OF VALERIE S. MANZO 1 VALERIE S. MANZO 08/02/2022 10:00:00 AM | 1 |
| | 156 | 07/07/2022 | NOTICE OF APPEARANCE CIVIL; OF LIMITED APPEARANCE F/B ATTY BERRY OBO DFT ANDREW LUCHEY | 1 |
| | 155 | 06/30/2022 | SUBPOENA ISSUED; SUBPOENA FOR DEPOSITION (VIA ZOOM ANDREW LUCHEY | 1 |
| | 154 | 06/24/2022 | NOTICE OF HEARING; AMENDED NOTICE OF HEARING 07/27/2022 08:30:00 AM | 1 |
| | 153 | 06/24/2022 | NOTICE OF HEARING; NOTICE OF HEARING 07/27/2022 08:30:00 AM | 1 |
| | 152 | 06/24/2022 | MOTION TO WITHDRAW; MOTION TO WITHDRAW AS COUNSEL | 1 |
| | 151 | 06/23/2022 | MOTION TO COMPEL; PLAINTIFF'S MOTION TO COMPEL THE CONTINUED DEPOSITIONS OF DEFENDANTS, LA PENSEE 303, LLC AND WILLIAM DAVID WILCOX AND THE | 1 |
| | 150 | 06/09/2022 | NOTICE PLAINTIFF'S NOTICE OF SERVICE OF CLERK'S NOTICE OF REASSIGNMENT; PLAINTIFF'S NOTICE OF SERVICE OF CLERK'S NOTICE OF REASSIGNMENT | 1 |
| | 149 | 06/08/2022 | NOTICE OF REASSIGNMENT CIVIL; JBURNETT@BECKERLAWYERS.COM; KMANNING@BECKERLAWYERS.COM; A.O. 3.911 | 1 |
| | 148 | 06/08/2022 | DIVISION ASSIGNMENT; AE: Circuit Civil Central - AE (Civil) | |
| | 147 | 05/04/2022 | RESPONSE TO REQ TO PRODUCE; PLAINTIFF/COUNTER-DEFENDANT, LA PENSEE CONDOMINIUM ASSOCIATION, INC.'S RESPONSE TO DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY DEFENDANT, WILLIAM DAVID WILCOX'S SECOND REQUEST TO PRODUCE DOCUMENTS | 1 |
| | 146 | 04/18/2022 | ORDER KEYSER; ON PLTF'S MOTION FOR PROTECTIVER ORDER IS GRANTED AND MOTION FOR EXTENSIONS OF TIME TO RESPOND TO DFT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS IS GRANTED; LA PENSEE CONDOMINIUM ASSOC SHALL HAVE 20 DAYS TO RESPOND TO THE SECOND REQUEST FO | 1 |
| | 145 | 04/12/2022 | REPLY/RESPONSE; RESPONSE IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER F/B DFTS/COUNTER-PLTFS/THIRD-PARTY PLTFS, LE PENSEE 303, LLC, WILLIAM DAVID WILCOX AND MEGAN DANIELLE LUNCHEY | 1 |
| | 144 | 04/11/2022 | NOTICE OF HEARING; CROSS-NOTICE OF HEARING 04/14/2022 08:30:00 AM | 1 |
| | 143 | 03/29/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING DEPOSITION OF LA PENSEE 303 LLC VIA ZOOM LA PENSEE 303 LLC 03/30/2022 09:00:00 AM | 1 |
| | 142 | 03/29/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING CONTINUED DEPOSITION LA PENSEE 303, LLC 03/30/2022 09:00:00 AM | 1 |
| | 141 | 03/28/2022 | ORDER SETTING HEARING; SPECIAL SET VIA COURT HOSTED ZOOM ON 5/19/2022 @ 1:30 PM; JDG JANIS BRUSTARES KEYSER - DTD 3/28/2022 | 1 |
| | 140 | 03/18/2022 | NOTICE OF HEARING; NOTICE OF HEARING 04/14/2022 08:30:00 AM | 1 |
| | 139 | 03/15/2022 | MOTION FOR PROTECTIVE ORDER; MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS | 1 |
| | 138 | 03/10/2022 | MOTION FOR EXTENSION OF TIME; MOTION FOR EXTENSION OF TIME TO RESPOND TO WILLIAM DAVID WILCOX'S SECOND REQUEST FOR PRODUCTION F/B PLT | 1 |
| | 137 | 03/09/2022 | SUBPOENA ISSUED; ROBYN LAWSON | 1 |
| | 136 | 03/09/2022 | SUBPOENA ISSUED; DUCES TECUM FOR DEPOSITION STACEY SAPLETAL | 1 |
| | 135 | 03/09/2022 | SUBPOENA ISSUED; STEVEN SMITH | 1 |
| | 134 | 03/09/2022 | SUBPOENA ISSUED; DUCES TECUM FOR DEPOSITION VALENTINA KRAVER VALENTINA KRAVER | 1 |
| | 133 | 03/09/2022 | SUBPOENA ISSUED; PAMELA SMITH | 1 |
| | 132 | 03/09/2022 | SUBPOENA ISSUED; SUBPOENA DUCES TECUM FOR DEPOSITION STEVEN SAPLETAL STEVEN SAPLETAL | 1 |
| | 131 | 03/09/2022 | SUBPOENA ISSUED; GERDA WOLF | 1 |
| | 130 | 03/09/2022 | SUBPOENA ISSUED; DANIEL BENJAMIN | 1 |
| | 129 | 03/09/2022 | SUBPOENA ISSUED; TARA GOLDRING | 1 |
| | 128 | 03/09/2022 | SUBPOENA ISSUED; PETER GOLDRING | 1 |
| | 127 | 03/09/2022 | SUBPOENA ISSUED; BENJAMIN RIPSTEIN | 1 |
| | 126 | 03/09/2022 | SUBPOENA ISSUED; SUBPOENA DUCES TECUM FOR DEPOSITION JOANNA RIPSTEIN | 1 |
| | 125 | 03/09/2022 | SUBPOENA ISSUED; LAURIE MARCHEL | 1 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 124 | 03/09/2022 | SUBPOENA ISSUED; DAVID WOLF | 1 |
| | 123 | 03/09/2022 | SUBPOENA ISSUED; NOTICE OF TAKING DEPOSITION DUCES TECUM JOHN LAWSON JOHN LAWSON | 1 |
| | 122 | 02/28/2022 | AGREED ORDER J KEYSER DTD 2/28/2022 ON MOTION FOR EXTENSION OF TIME TO RESPOND TO WILLIAM DAVID WILCOXS SECOND REQUEST FOR PRODUCTION - GRANTED. PLT SHALL HAVE UP TO AND INCLUDING 3/10/2022 TO FILE A RESPONSE AND PROVIDE ANY RESPONSIVE DOCUMENTS; J KEYS | 1 |
| | 121 | 02/23/2022 | NOTICE OF FILING; NOTICE OF FILING PRIVILEGE LOG | 1 |
| | 120 | 02/21/2022 | ORDER IMPLEMENTING DIFFERENTIATED CASE MANAGEMENT PLAN; J KEYSER DTD 2/21/2022 THERE IS A DEMAND FOR JURY AND THIS CASE IS DESIGNATED TO THE GENERAL TRACK FOR TIME TO DISPOSITION. THIS CASE WILL BE RESOLVED W/IN 12 MONTHS FROM THE DATE OF THIS ORDER * | 1 |
| | 119 | 02/18/2022 | MOTION FOR EXTENSION OF TIME; TO RESPOND TO WILLIAM DAVID WILCOX'S SECOND REQUEST FOR PRODUCTION F/B PLT | 1 |
| | 118 | 02/18/2022 | REPLY/RESPONSE; AND OBJECTIONS TO SUBPOENA DUCES TECUM W/O DEPOSITION F/B NON PARTY MAC RESIDENTIAL MANAGEMENT SERVICES LLC | 1 |
| | 117 | 02/18/2022 | REPLY/RESPONSE; AND OBJECTIONS TO SUBPOENA DUCES TECUM W/O DEPOSITION F/B NON PARTY MARY MCFADDEN | 1 |
| | 116 | 02/23/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING DEPOSITION OF WILLIAM DAVID WILCOX VIA ZOOM WILLIAM DAVID WILCOX 03/04/2022 09:00:00 AM | 1 |
| | 115 | 02/10/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING CONTINUED DEPOSITION SABRINA BENJAMIN 02/11/2022 11:00:00 AM | 1 |
| | 114 | 02/09/2022 | RE-NOTICE OF TAKING DEPOSITION; RE-NOTICE OF VIDEO DEPOSITION OF LA PENSEE 303, LLC VIA ZOOM LA PENSEE 303 LLC 03/30/2022 09:00:00 AM | 1 |
| | 113 | 02/09/2022 | RE-NOTICE OF TAKING DEPOSITION; RE-NOTICE OF VIDEO DEPOSITION OF WILLIAM DAVID WILCOX VIA ZOOM WILLIAM DAVID WILCOX 3/4/22 09:00:00 AM | 1 |
| | 112 | 02/08/2022 | RE-NOTICE OF TAKING DEPOSITION; RE-NOTICE OF DEPOSITION NERMIN "NORA" ANDRAOS 03/21/2022 10:00 AM | 1 |
| | 111 | 02/10/2022 | NOTICE OF TAKING DEPOSITION; PLAINTIFF'S CROSS NOTICE OF TAKING DEPOSITION SABRINA BENJAMIN 02/11/2022 11:00:00 AM | 1 |
| | 110 | 02/04/2022 | RESPONSE TO REQ TO PRODUCE; PLAINTIFF, LA PENSEE CONDOMINIUM ASSOCIATION, INC.'S RESPONSE TO DEFENDANT, WILLIAM DAVID WILCOX'S, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS | 1 |
| | 109 | 02/04/2022 | ANSWER TO INTERROGATORIES; PLAINTIFF'S RESPONSES TO DEFENDANT, WILLIAM DAVID WILCOX'S FIRST SET OF INTERROGATORIES | 1 |
| | 108 | 02/04/2022 | ORDER SETTING HEARING; J KEYSER: 3-24-22 AT 10AM VIA ZOOM ON THIRD PARTY DFTS MOTION TO DISMISS THIRD PARTY COMPLAINT DTD 2-4-22 | 1 |
| | 107 | 02/01/2022 | OBJECTION; DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF, WILLIAM DAVID WILCOX JR'S OBJECTIONS AND RESPONSES TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS | 1 |
| | 106 | 02/01/2022 | OBJECTION; DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF, LA PENSEE 303, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS | 1 |
| | 105 | 02/01/2022 | NOTICE OF SERVICE NOTICE OF SERVICE OF DEFENDANT/COUNTER PLAINTIFF/THIRD-PARTY PLAINTIFF, MEGAN DANIELLE LUCHEY'S OBJECTIONS AND RESPONSES TO THIRD PARTY DEFENDANTS' FIRST SET OF INTERROGATORIES; NOTICE OF SERVICE OF DEFENDANT/COUNTER PLAINTIFF/THIRD-PARTY | 1 |
| | 104 | 02/01/2022 | NOTICE OF SERVICE NOTICE OF SERVICE OF DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF, WILLIAM DAVID WILCOX'S OBJECTIONS AND RESPONSES TO THIRD PARTY DEFENDANTS' FIRST SET OF INTERROGATORIES; NOTICE OF SERVICE OF DEFENDANT/COUNTER PLAINTIFF/THIRD-PARTY | 1 |
| | 103 | 02/01/2022 | NOTICE OF SERVICE NOTICE OF SERVICE OF DEFENDANT/COUNTER PLAINTIFF/THIRD-PARTY PLAINTIFF, LA PENSEE 303, LLC'S, OBJECTIONS AND RESPONSES TO THIRD PARTY DEFENDANTS' FIRST SET OF INTERROGATORIES; NOTICE OF SERVICE OF DEFENDANT/COUNTER PLAINTIFF/THIRD-PARTY P | 1 |
| | 102 | 02/01/2022 | SUBPOENA ISSUED; SUBPOENA DUCES TECUM FOR DEPOSITION SABRINA BENJAMIN | 1 |
| | 101 | 01/28/2022 | SUBPOENA ISSUED; SUBPOENA FOR MAIL IN RECORDS IN LIEU OF APPEARANCE MAC RESIDENTIAL MANAGEMENT SERVICES, LLC | 1 |
| | 100 | 01/28/2022 | SUBPOENA ISSUED; SUBPOENA FOR MAIL IN RECORDS IN LIEU OF APPEARANCE MARY MCFADDEN | 1 |
| | 99 | 01/28/2022 | CERTIFICATE; CERTIFICATE OF NON-OBJECTION TO NOTICE OF INTENT TO SERVE DOCUMENT SUBPOENA | 1 |
| | 98 | 01/28/2022 | AGREED ORDER J KEYSER: FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO WILLIAM DAVID WILCOX'S INTERROGATORIES AND REQUEST FOR PRODUCTION. GRANTED - UP TO AND INCLUDING 2-4-22 DTD 1-28-22; J KEYSER: FOR EXTENSION OF TIME FOR PLAINTI | 1 |
| | 97 | 01/26/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING CONTINUED DEPOSITION EDWARD LEPSELTER 02/01/2022 10:00:00 AM | 1 |
| | 96 | 01/26/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING CONTINUED DEPOSITION ROY T. GELBER 01/31/2022 01:00:00 PM | 1 |
| | 95 | 01/26/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING CONTINUED DEPOSITION EDWARD LEPSELTER 02/01/2022 10:00AM | 1 |
| | 94 | 01/26/2022 | NOTICE OF TAKING DEPOSITION; CROSS-NOTICE OF TAKING CONTINUED DEPOSITION ROY T. GELBER 01/31/2022 1:00PM | 1 |
| | 93 | 01/26/2022 | NOTICE OF TAKING DEPOSITION; NOTICE OF TAKING CONTINUED DEPOSITION OF EDWARD LEPSELTER VIA EDWARD LEPSELTER 02/01/2022 10:00:00 AM | 1 |
| | 92 | 01/26/2022 | NOTICE OF TAKING DEPOSITION; NOTICE OF TAKING CONTINUED DEPOSITION OF ROY T. GELBER VIA ZOOM! ROY T. GELBER 01/31/2022 01:00:00 PM | 1 |
| | 91 | 01/26/2022 | NOTICE PLAINTIFF'S NOTICE OF POSTPONEMENT OF DEPOSITION OF WILLIAM DAVID WILCOX; PLAINTIFF'S NOTICE OF POSTPONEMENT OF DEPOSITION OF WILLIAM DAVID WILCOX | 1 |
| | 90 | 01/25/2022 | MOTION DEFENDANTS/COUNTER-PLAINTIFFS/THIRD-PARTY PLAINTIFFS MOTION TO RESET SPECIAL SET HEARING ON THIRD-PARTY DEFENDANTS, JOHN LAWSON, ROBERT ROSATI, NERMIN ANDRAOS AND LAURIE MARCHEL' S MOTION TO DISMISS THIRD-PARTY PLAINTIFFS' THIRD-PARTY COMPLAINT AND | 1 |
| | 89 | 01/25/2022 | NOTICE OF CANCELLATION; OF DEPOSITION ON 1/25/22 | 1 |
| | 88 | 01/25/2022 | NOTICE PLAINTIFF'S NOTICE OF POSTPONEMENT OF DEPOSITION; PLAINTIFF'S NOTICE OF POSTPONEMENT OF DEPOSITION | 1 |
| | 87 | 01/21/2022 | NOTICE OF FILING; CASE LAW IN SUPPORT OF MOTION TO DISMISS | 1 |
| | 86 | 01/25/2022 | MOTION FOR EXTENSION OF TIME; THIRD - TO RESPOND TO WILLIAM DAVID WILCOX'S INTERROGATORIES AND REQUEST FOR PRODUCTION F/B PLT | 1 |
| | 85 | 01/20/2022 | AGREED ORDER KEYSER DTD 1/20/22: FOR EXTENSION OF TIME FOR PLT TO RESPOND TO WILLIAM DAVID WILCOX'S INTERROGATORIES AND REQUEST FOR PRODUCTION GRANTED PLT HAVE UP TO AND INCLUDING 1/24/22 TO FILE A RESPONSE; KEYSER DTD 1/20/22: FOR EXTENSION OF TIM | 1 |
| | 84 | 01/18/2022 | AGREED ORDER KEYSER DTD 1/18/22: REQUESTED EXTENSION OF TIME GRANTED 3PLTS SHALL RESPOND TO 3DFTS FIRST SET OF INTERROGATORIES ON OR BEFORE 1/25/22; KEYSER DTD 1/18/22: REQUESTED EXTENSION OF TIME GRANTED 3PLTS SHALL RESPOND TO 3DFTS FIRST SET OF INT | 1 |
| | 83 | 01/17/2022 | SUBPOENA ISSUED; AMENDED SUBPOENA DUCES TECUM FOR DEPOSITION SABRINA BENJAMIN | 1 |
| | 82 | 01/17/2022 | REQUEST TO PRODUCE; DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY DEFENDANT, WILLIAM DAVID WILCOX'S SECOND REQUEST TO PRODUCE DOCUMENTS TO PLAINTIFF/COUNTER-DEFENDANT, LA PENSEE CONDOMINIUM ASSOCIATION, INC. | 1 |
| | 81 | 01/17/2022 | NOTICE OF PRODUCTION NON PARTY; NOTICE OF PRODUCTION FROM NON-PARTY | 1 |
| | 80 | 01/14/2022 | NOTICE OF APPEARANCE CIVIL; LIMITED & DESIGNATION OF EMAIL ADDRESS F/B ATTY CHRISTOPHER S. SALIVAR, ESQ. OBO NON PARTY EDWARD LEPSELTER | 1 |
| | 79 | 01/14/2022 | MOTION FOR EXTENSION OF TIME; 2ND TO REPLY TO AND MOVE TO STRIKE/AVOID DFTS AFFIRM DEFENSES F/B PLTF | 1 |
| | 78 | 01/17/2022 | NOTICE OF INTENT; NOTICE OF INTENT TO SERVE DOCUMENT SUBPOENA | 1 |
| | 77 | 01/17/2022 | NOTICE OF INTENT; NOTICE OF INTENT TO SERVE DOCUMENT SUBPOENA | 1 |
| | 76 | 01/10/2022 | AGREED ORDER KEYSER DTD 1/10/22: PLT MOTION FOR EXTENSION OF TIME TO REPLY TO AND MOVE TO STRIKE/AVOID DFTS AFFIRMATIVE DEFENSES DFTS FILED THEIR AMENDED ANSWER & AFFIRMATIVE DEFENSES ON 12/15/21 PLT SHALL REPLY TO AND MOVE TO STRIKE /AVOID THE DFTS AF | 1 |
| | 75 | 01/05/2022 | AMENDED NOTICE TAKING DEPO; AMENDED NOTICE OF VIDEOTAPED DEPOSITION LA PENSEE 303, LLC 01/26/2022 09:00:00 AM | 1 |
| | 74 | 01/05/2022 | AMENDED NOTICE TAKING DEPO; AMENDED NOTICE OF VIDEOTAPED DEPOSITION WILLIAM DAVID WILCOX 01/28/2022 09:00:00 AM | 1 |
| | 73 | 01/05/2022 | AMENDED NOTICE TAKING DEPO; THIRD AMENDED NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM ROY T. GELBER 01/21/2022 09:00:00 AM | 1 |
| | 72 | 01/05/2022 | AMENDED NOTICE TAKING DEPO; THIRD AMENDED NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM EDWARD LEPSELTER 01/21/2022 01:00:00 PM | 1 |
| | 71 | 01/05/2022 | MOTION FOR EXTENSION OF TIME; OF TIME TO REPLY TO REPLY TO AND MOVE TO STRIKE/AVOID DFT AFFIRMATIVE DEFENSES | 1 |
| | 70 | 01/02/2022 | AMENDED NOTICE TAKING DEPO; ROY T. GELBER 01/21/2022 9:00AM | 1 |
| | 69 | 01/02/2022 | AMENDED NOTICE TAKING DEPO; DEFENDANTS/COUNTER-PLAINTIFFS/THIRD-PARTY PLAINTIFFS' AMENDED CROSS-NOTICE AS TO SUBPOENA FOR DEPOSITION DUCES TECUM EDWARD LEPSELTER 01/21/2022 1:00PM | 1 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 68 | 12/31/2021 | AMENDED NOTICE TAKING DEPO; SECOND AMENDED NOTICE OF DEPOSITION ROY T. GELBER 01/21/2022 09:00:00 AM | 1 |
| | 67 | 12/31/2021 | AMENDED NOTICE TAKING DEPO; SECOND AMENDED NOTICE OF DEPOSITION EDWARD LEPSELTER 01/21/2022 1:00PM | 1 |
| | 66 | 12/31/2021 | SUBPOENA RETURNED / SERVED; ROY T GELBER ON 12/30/2021 | 1 |
| | 65 | 12/30/2021 | SUBPOENA RETURNED / SERVED; RETURN OF SERVICE SUBSTITUTE EDWARD LEPSETLER ON 12/29/2021 | 1 |
| | 64 | 12/23/2021 | NOTICE OF TAKING DEPOSITION; WILLIAM DAVID WILCOX JANUARY 28, 2022 9:00 AM(EST) F/B ATTY BURNETT OBO PLT | 1 |
| | 63 | 12/23/2021 | NOTICE OF TAKING DEPOSITION; LA PENSEE 303,LLC JANUARY 26,2022 9:00 AM(EST) F/B ATTY BURNETT OBO PLT | 1 |
| | 62 | 12/23/2021 | NOTICE OF TAKING DEPOSITION; NOTICE OF TAKING DEPOSITION NORA ANDRAOS 01/25/2022 9:00AM | 1 |
| | 61 | 12/22/2021 | NOTICE OF TAKING DEPOSITION; DEFENDANTS/COUNTER-PLAINTIFFS/THIRD-PARTY PLAINTIFFS' CROSS-NOTICE AS TO SUBPOENA FOR DEPOSITION DUCES TECUM (VIA ZOOM) ROY T. GELBER 01/07/2022 9:00AM | 1 |
| | 60 | 12/22/2021 | NOTICE OF TAKING DEPOSITION; DEFENDANTS/COUNTER-PLAINTIFFS/THIRD-PARTY PLAINTIFFS' CROSS-NOTICE AS TO SUBPOENA FOR DEPOSITION DUCES TECUM (VIA ZOOM) EDWARD LEPSELTER 01/07/2022 1:00PM | 1 |
| | 59 | 12/21/2021 | NOTICE OF FILING INTERROGS; THIRD PARTY DEFENDANTS' NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO THIRD PARTY PLAINTIFFS | 1 |
| | 58 | 12/17/2021 | AMENDED NOTICE TAKING DEPO; AMENDED NON-PARTY SUBPOENA FOR DEPOSITION DUCES TECUM (VIA ZOOM) (AMENDED AS TO INCLUDE ZOOM INSTRUCTIONS) EDWARD LEPSELTER 01/07/2022 01:00:00 PM | 1 |
| | 57 | 12/17/2021 | AMENDED NOTICE TAKING DEPO; AMENDED NON-PARTY SUBPOENA FOR DEPOSITION DUCES TECUM (VIA ZOOM) (AMENDED AS TO INCLUDE ZOOM INSTRUCTIONS) ROY T. GELBER 01/07/2022 09:00:00 AM ROY T. GELBER 01/07/2022 09:00:00 AM | 1 |
| | 56 | 12/16/2021 | REQUEST TO PRODUCE; FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO LA PENSEE 303, LLC | 1 |
| | 55 | 12/16/2021 | REQUEST TO PRODUCE; FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO WILLIAM DAVID WILCOX | 1 |
| | 54 | 12/16/2021 | SUBPOENA ISSUED; NON-PARTY SUBPOENA FOR DEPOSITION DUCES TECUM (VIA ZOOM) EDWARD LEPSELTER | 1 |
| | 53 | 12/16/2021 | SUBPOENA ISSUED; NON-PARTY SUBPOENA FOR DEPOSITION DUCES TECUM (VIA ZOOM) ROY T. GELBER | 1 |
| | 52 | 12/15/2021 | REQUEST TO PRODUCE; DEFENDANT/COUNTER-PLAINTIFF, WILLIAM DAVID WILCOX'S FIRST REQUEST TO PRODUCE DOCUMENTS TO PLAINTIFF/COUNTER-DEFENDANT, LA PENSEE CONDOMINIUM ASSOCIATION, INC. | 1 |
| | 51 | 12/15/2021 | NOTICE OF FILING INTERROGS; NOTICE OF SERVICE OF DEFENDANT/COUNTER-PLAINTIFF, WILLIAM DAVID WILCOX'S FIRST SET OF INTERROGATORIES TO PLAINTIFF/COUNTER- DEFENDANT, LA PENSEE CONDOMINIUM ASSOCIATION, INC. | 1 |
| | 50 | 12/15/2021 | ANSWER & AFFIRMATIVE DEFENSES; AMENDED - TO SECOND AMENDED COMPLAINT FOR INJUNCTIVE RELIEF - F/B DEFENDANT/COUNTER PLAINTIFF'S LA PENSEE 303 LLC, WILLIAM DAVID WILCOX AND MEGAN DANIELLE LUCHEY | 1 |
| | 49 | 12/14/2021 | ANSWER & AFFIRMATIVE DEFENSES; F/B DFT/CPLT | 1 |
| | 48 | 12/10/2021 | ORDER SETTING HEARING; KEYERS; 1/27/2022 @ 11AM VIA ZOOM ON 3RD PARTY DFTS LAWSON ET AL'S MOTION TO DISMISS 3RD PARTY COMPLAINT 3RD PARTY DFT WOLF'S MOTION TO DISMISS 3RD PARTY COMPLAINT DTD 12/10/2021 | 1 |
| | 47 | 11/24/2021 | NOTICE OF DROPPING PARTY; MARK MCFADDON F/B PLT | 1 |
| | 46 | 11/24/2021 | AGREED ORDER J KEYSER: ON PLAINTIFFS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT. DEEMED FILED DTD 11-24-21; J KEYSER: ON PLAINTIFFS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT. DEEMED FILED DTD 11-24-21 | 1 |
| | 45 | 11/19/2021 | MOTION MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT | 1 |
| | 44 | 11/19/2021 | COMPLAINT; (SECOND) AMENDED FOR IMJUNCTIVE RELIEF F/B PLT | 1 |
| | 43 | 11/08/2021 | MOTION TO DISMISS; THIRD PARTY PLTS THIRD PARTY COMPLAINT F/B THIRD PARTY DFTS JOHN LAWSON ROBERT ROSATI NERMIN ANDRAOS AND LAURIE MARCHEL | 1 |
| | 42 | 11/01/2021 | MOTION TO DISMISS; COUNT III OF CPLTS LA PENSEE 303 LLC WILLIAM DAVID WILCOX AND MEGAN DANIELLE LUCHEYS COUNTERCLAIM F/B CDFT LA PENSEE CONDOMINIUM ASSOCIATION | 1 |
| | 41 | 11/01/2021 | MOTION TO DISMISS; THIRD PARTY PLTS THIRD PARTY COMPLAINT F/B THIRD PARTY DFT DAVID WOLF | 1 |
| | 40 | 11/01/2021 | ANSWER & AFFIRMATIVE DEFENSES; TO COUNTS I AND II OF COUNTER PLTS LA PENSEE 303 LLC WILLIAM DAVID WILCOX AND MEGAN DANIELLE LUCHEYS COUNTERCLAIM F/B COUNTER DFT LA PENSEE | 1 |
| | 39 | 11/01/2021 | ANSWER & AFFIRMATIVE DEFENSES; TO COUNTS I AND II OF COUNTER-PLAINTIFFS LA PENSEE 303 LLC, WILLIAM DAVID WILCOX AND MEGAN DANIELLE LUCHEY'S COUNTERCLAIM (CORRECTING SCRIVENER'S ERROR TO REMOVE HIGHLIGHTING) - F/B COUNTER-DEFENDANT LA PENSEE CONDOMINIUM ASS | 1 |
| | 38 | 10/21/2021 | MOTION FOR EXTENSION OF TIME; TO RESPOND TO THIRD PARTY PLT'S THIRD PARTY COMPLAINT - F/B THIRD PARTY DFT DAVID WOLF | 1 |
| | 37 | 10/22/2021 | AGREED ORDER J KEYSER: ON DAVID WOLF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY PLAINTIFFS THIRD PARTY COMPLAINT. GRANTED - THROUGH 11-1-21 TO RESPOND DTD 10-22-21; J KEYSER: ON DAVID WOLF'S MOTION FOR EXTENSION OF TIME TO RE | 1 |
| | 36 | 10/19/2021 | AGREED ORDER KEYSER; ON PLTF/COUNTER-DFT LA PENSEE CONDOMINIUM ASSOCIATION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DFTS/COUNTER-PLTFS' COUNTERCLAIM IS GRANTED DTD 10/19/2021; KEYSER; ON PLTF/COUNTER-DFT LA PENSEE CONDOMINIUM ASSOCIATION'S MOTION FOR | 1 |
| | 35 | 10/15/2021 | SERVICE RETURNED (NUMBERED); AFFIDAVIT OF SERVICE SERVED DAVID WOLFF A/K/A DAVID WOLF - 10/21/2021 | 1 |
| | 34 | 10/15/2021 | SERVICE RETURNED (NUMBERED); RETURN OF SERVICE SERVED JOHN LAWSON - 09/30/2021 | 1 |
| | 33 | 10/15/2021 | SERVICE RETURNED (NUMBERED); RETURN OF SERVICE SERVED LAURIE MARCHEL - 09/30/2021 | 1 |
| | 32 | 10/15/2021 | SERVICE RETURNED (NUMBERED); RETURN OF SERVICE SERVED NERMIN ANDRAOS - 09/29/2021 | 1 |
| | 31 | 10/15/2021 | SERVICE RETURNED (NUMBERED); RETURN OF SERVICE SERVED ROBERT ROSATI - 09/30/2021 | 1 |
| | 29 | 10/18/2021 | AGREED ORDER JKEYSER DTD 10/18/21 FOR EXTENSION OF TIME FOR THIRD PARTY DFTS TO PLEAD IN RESPONSE TO THIRD PARTY COMPLAINT -GRANTED; JKEYSER DTD 10/18/21 FOR EXTENSION OF TIME FOR THIRD PARTY DFTS TO PLEAD IN RESPONSE TO THIRD PARTY COMPLAINT -GRANTED | 1 |
| | 28 | 10/15/2021 | NOTICE OF APPEARANCE CIVIL; AND DESIGNATION OF EMAIL - F/B ATTY'S CODY GERMAN & ANDREW SIMON OBO DFT'S JOHN LAWSON, ROBERT ROSATI, NERMIN ANDRAOS & LAURIE MARCHEL | 1 |
| | 27 | 10/13/2021 | MOTION FOR EXTENSION OF TIME; TO REPLY TO AND MOVE TO STRIKE/AVOID DFT'S AFFIRMATIVE DEFENSES F/B PLT | 1 |
| | 26 | 10/13/2021 | MOTION FOR EXTENSION OF TIME; TO RESPOND TO DFT/COUNTER-PLTS' LA PENSEE 303, LLC, WILLIAM DAVID WILCOX, AND MEGAN DANIELLE LUCHEY'S COUNTERCLAIM F/B PLT/COUNTER-DFT LA PENSEE CONDOMINIUM ASSOCIATION, INC | 1 |
| | 25 | 09/27/2021 | PAID $445.00 ON RECEIPT 4189776; $445.00; 4189776; Fully Paid | 1 |
| | 24 | 09/22/2021 | SUMMONS ISSUED; rich@lubliner-law.com;carolina@lubliner-law.com; AS TO THIRD PARTY DFT DAVID WOLFF | 1 |
| | 23 | 09/22/2021 | SUMMONS ISSUED; rich@lubliner-law.com;carolina@lubliner-law.com; AS TO THIRD PARTY DFT LAURIE MARCHEL | 1 |
| | 22 | 09/22/2021 | SUMMONS ISSUED; rich@lubliner-law.com;carolina@lubliner-law.com; AS TO THIRD PARTY DFT NERMIN ANDRAOS | 1 |
| | 21 | 09/22/2021 | SUMMONS ISSUED; rich@lubliner-law.com;carolina@lubliner-law.com; AS TO DFT ROBERT ROSATI | 1 |
| | 20 | 09/22/2021 | SUMMONS ISSUED; rich@lubliner-law.com;carolina@lubliner-law.com; AS TO THIRD PARTY DFT JOHN LAWSON | 1 |
| | 19 | 09/22/2021 | THIRD PARTY COMPLAINT; F/B DFT/COUNTER-PLT/THIRD PARTY PLT LA PENSEE 303LLC, WILLIAM DAVID WILCOX AND MEGAN DANIELLE | 1 |
| | 18 | 09/24/2021 | PAID $395.00 ON RECEIPT 4188021; $395.00; 4188021; Fully Paid | 1 |
| | 17 | 09/22/2021 | ANSWER & AFFIRMATIVE DEFENSES; AND COUNTERCLAIM F/B DFTS | 1 |
| | 16 | 09/07/2021 | NOTICE OF APPEARANCE CIVIL; DESIGNATION OF E-MAIL ADDRESSES; LUBLINER LAW AS COUNSEL OBO DFTS LE PENSEE 303, WILLIAM DAVID WILCOX AND MEGAN DANIELLE LUCHEY (F/B RICHARD S. LUBLINER ESQ) | 1 |
| | 15 | 08/20/2021 | PAID $20.00 ON RECEIPT 4148501; $20.00; 4148501; Fully Paid | 1 |
| | 14 | 08/18/2021 | SUMMONS ISSUED; jburnett@beckerlawyers.com;FTLefile@beckerlawyers.com;kmanning@beckerlawyers.com; AS TO DFT MEGAN DANIELLE LUCHEY, ILLEGAL OCCUPANT 3 | 1 |
| | 13 | 08/18/2021 | SUMMONS ISSUED; jburnett@beckerlawyers.com;FTLefile@beckerlawyers.com;kmanning@beckerlawyers.com; AS TO DFT MARK MCFADDEN, ILLEGAL OCCUPANT 2 | 1 |
| | 12 | 08/18/2021 | COMPLAINT; AMENDED COMPLAINT FOR INJUNCTIVE RELIEF. F/B PLT | 1 |
| | 11 | 08/19/2021 | SERVICE RETURNED (NUMBERED); RETURN OF SERVICE SUBSTITUTE WILLIAM DAVID WILCOX - 08/10/2021 | 1 |
| | 10 | 08/17/2021 | NOTICE PLAINTIFF'S NOTICE OF SERVICE OFCOMPLAINT ON THE LAST OF ALL NAMED DEFENDANTS; PLAINTIFF'S NOTICE OF SERVICE OFCOMPLAINT ON THE LAST OF ALL NAMED DEFENDANTS | 1 |
| | 9 | 08/11/2021 | SERVICE RETURNED (NUMBERED); RETURN OF SERVICE SERVED LA PENSEE 303, LLC - 08/09/2021 | 1 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 8 | 08/04/2021 | SUMMONS ISSUED; jburnett@beckerlawyers.com;FTLefile@beckerlawyers.com;kmanning@beckerlawyers.com; AS TO DFT WILLIAM DAVID WILCOX AS ILLEGAL OCCUPANT | 1 |
| | 7 | 08/04/2021 | SUMMONS ISSUED; jburnett@beckerlawyers.com;FTLefile@beckerlawyers.com;kmanning@beckerlawyers.com; AS TO DFT LA PENSEE 303 LLC | 1 |
| | 6 | 08/02/2021 | PAID $421.00 ON RECEIPT 4125130; $421.00; 4125130; Fully Paid | 1 |
| | 5 | 07/30/2021 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED PLEASE ONLY ATTACH TWO PAGE STANDING ORDER CASE MANAGEMENT STANDING ORDER MUST BE ATTACHED TO THE SUMMONS PER AO 3.107. GO TO WWW.15THCIRCUIT.COM/CIVIL-DIFFERENTIATED-FORMS-AND-ORDERS TO DOWNLOAD A COPY.; jburnett@ | 1 |
| | 4 | 07/30/2021 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED PLEASE ONLY ATTACH TWO PAGE STANDING ORDER CASE MANAGEMENT STANDING ORDER MUST BE ATTACHED TO THE SUMMONS PER AO 3.107. GO TO WWW.15THCIRCUIT.COM/CIVIL-DIFFERENTIATED-FORMS-AND-ORDERS TO DOWNLOAD A COPY.; jburnett@ | 1 |
| | 3 | 07/30/2021 | COMPLAINT; FOR INJUNCTIVE RELIEF F/B PLT | 1 |
| | 2 | 07/30/2021 | CIVIL COVER SHEET | 1 |
| | 1 | 08/02/2021 | DIVISION ASSIGNMENT; AB: Circuit Civil Central - AB (Civil) | |

### Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 06/08/2022 | - | HARPER, BRADLEY | Judge |
| 08/02/2021 | 06/08/2022 | KEYSER, JANIS | Judge |

### Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

### Financial Summary

### Reopen History