**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division

CASE NO.: 9:21-cv-81565-DMM

WILLIAM DAVID WILCOX, JR., a/k/a DAVID WILCOX, an
individual, and MEGAN DANIELLE LUCHEY, an individual,

    Plaintiffs,

v.

LA PENSEE CONDOMINIUM ASSOCIATION, INC., a Florida
Not-For-Profit Corporation, MARY McFADDEN, an individual,
MAC RESIDENTIAL SERVICES, LLC, a Florida Limited Liability
Company, and DAVID WOLFF a/k/a DAVID WOLF, an individual,

    Defendants.

_____/

**DEFENDANT LA PENSEE CONDOMINIUM ASSOCIATION, INC.'S**
**STATEMENT OF MATERIAL, UNDISPUTED FACTS IN SUPPORT**
**OF MOTION FOR FINAL SUMMARY JUDGMENT**

COMES NOW, Defendant, LA PENSEE CONDOMINIUM ASSOCIATION, INC. (the "Association" and/or "La Pensee"), by and through his undersigned counsel, and pursuant to Local Rule 56.1, hereby files it Statement of Facts in Support of Motion for Final Summary Judgment against the First Amended Complaint [D.E. 153].

1. On or about January 25, 2021, Wilcox commenced his tenancy in Unit 303 at La Pensee located at 4000 South Ocean Boulevard, South Palm Beach, FL 33480. *See* Exhibit "A" August 8, 2022 Deposition of William Wilcox, Jr 24:12-18.[1]

2. La Pensee 303, LLC is the landlord and owner of Unit 303. *See* Exhibit "B" April 26, 2022 Deposition of Valerie Manzo 9:2-15.

---

[1] The Association is filing only the relevant excerpts of deposition testimony and relying on the Notice of Filing Supportive Evidence being contemporaneously filed by Co-Defendants, Mary McFadden and MAC Residential Management Services, LLC, for the transcripts in their entirety to avoid duplicative filings.

3. Former Plaintiff Megan Luchey claimed that on or about February 10, 2021, as she was getting off the elevator in the building, board member, David Wolf, stood in front of the elevator and called Luchey the "N" word. *See* Exhibit "C" May 4, 2022 Deposition of Megan Luchey 146:17-147:3.

4. Wolf denies such claims and accusations and has from the beginning of this lawsuit. [D.E. 136]

5. During Wilcox's recent August 8, 2022, deposition, he testified:

> Q: So your position here is that the association acted against you because you had a service animal by the name of Zeus and Ms. Luchey was African American correct—or is African American?
> A: **She asserted—she asserted her claim; I asserted my claim, correct**.
> Q: So your claim is that they tried to remove Zeus, your service dog; that's your claim?
> A: **Correct.**
> Q: Okay. And Ms. Luchey's claim is that they retaliated against her because she is African American, correct?
> A: **That's her claim. That's what it states, but that's her claim. I'm not to comment on that**.
>
>         *See* Exhibit "A" August 8, 2022 Deposition of William Wilcox, Jr 56:2-15

6. Wilcox did not hear the alleged racial epithet because Plaintiff was not present and the statement was not directed at him. *Id* at 96:12-20.

7. On August 3, 2022, Luchey dismissed her claims against Wolf and the Association *with prejudice*. [D.E. 140].

8. Wilcox's service dog, Zeus, has continuously lived with Wilcox in Unit #303 during the entire duration of the subject leasehold:

> Q: Okay. Zeus has been with you since January 2021 at unit 303 at La Pensee Condominium, correct?
> A: **Correct.**
> Q: Okay. You've never been without Zeus at unit 303 at La Pensee Condominium?
> A: **Correct.**

      *See* Exhibit "A" August 8, 2022 Deposition of William Wilcox at 162:20-163:21.

9. Zeus is a 70-pound Doberman Pinscher. *See* Exhibit "C" May 4, 2022 Deposition of Megan Luchey 185:7-8.

10. Wilcox continues to reside in Unit 303:

   > Q: Can you tell me, what is your current address where you reside?
   > A: **Where I reside, 4000 South Ocean Boulevard, Unit 303, South Palm Beach, Florida 33480.**

   *See* Exhibit "A" August 8, 2022 Deposition of William Wilcox at 23:12-15.

11. The state court eviction claim brought by the Association captioned, *La Pensee Condominium Association, Inc. v. La Pensee 303, LLC, William David Wilcox, Mark McFaddon, and Megan Danielle Luchey*, bearing Palm Beach County Circuit Court Case No.: 50-2021-CA-009343 (the "State Court Action"), details allegations of nuisance and safety and health risks posed by Wilcox to the community. *See generally* Exhibit "D" Second Amended Complaint in the State Court Action.

12. For example, it states:

   > ILLEGAL OCCUPANT has tormented an entire community for 6 months. ILLEGAL OCCUPANT is aggressive, threatening and harassing to other residents, board members and staff. His conduct interferes with the operations of the condominium. He has chased Board Members on the property, as well as residents. He uses foul language and is abusive to the residents, the Board of Directors, the manager and staff of the Association. He demands items he is not entitled to as a tenant. For example, he demanded that a staff member provide copies of camera video, despite the fact that he is not entitled to it. The staff member felt threatened as ILLEGAL OCCUPANT berated him and threatened him if it was not provided.
   >
   > This is evidenced by the Police Reports attached hereto as Composite Exhibit "H."

*Id* at ¶¶ 18, 19.

13. The State Court Action is still pending and the Court has not adjudicated any of the claims asserted in the case by any of the parties. *See the Wilcox State Court* docket sheet attached hereto as Exhibit "E."

14. On March 31, 2022, someone claiming to be Luchey filed a petition for injunction for protection against dating violence against Wilcox ("Dating Violence Complaint"). *See* Exhibit "C" May 4, 2022 Deposition of Megan Luchey 13:11—14:4.

15. In the Dating Violence Complaint, someone claiming to be Luchey alleged that Wilcox broke into her residence via a dog door at 371 Winters Street, West Palm Beach, FL 33405. *Id*.

16. Additionally, someone claiming to be Luchey referenced in the Dating Violence Complaint references prior abuse in October 2021 and describes that Wilcox abuses drugs and alcohol. *Id*.

17. Also, someone claiming to be Luchey referenced in the Dating Violence Complaint that Wilcox frequently calls Luchey the "N" word. *Id*.

18. The Dating Violence Complaint was subsequently dismissed by someone claiming to be Luchey. *Id*.

        Respectfully submitted,

        */s/ Andrew J. Marchese*
        **ANDREW J. MARCHESE**
        Florida Bar Number: 061931
        **JOELLE J. VOGEL**
        Florida Bar Number: 1002659
        **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
        2400 East Commercial Blvd., Suite 1100
        Fort Lauderdale, FL 33308
        T: (954) 847-4920; F: (954) 627-6640
        ajmarchese@mdwcg.com
        jjvogel@mdwcg.com
        mdlincoff@mdwcg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **August 17, 2022**, I e-mailed or mailed the foregoing document to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Andrew J. Marchese*
        ANDREW J. MARCHESE

| | |
|---|---|
| **Neil B. Tygar, Esq.**<br>Neil Bryan Tygar, P.A.<br>5341 West Atlantic Ave., Suite 303<br>Delray Beach, FL 33484<br>ntygar@me.com; neiltygarlaw@gmail.com | **Kenneth C. Terrell, Esq.**<br>The Strategic Legal Group, LLP<br>150 E. Palmetto Park Road, Suite 800<br>Boca Raton, FL 33432<br>kcterrell@bellsouth.net |
| **Andrew Kemp-Gerstel, Esq.**<br>**Michael D. Starks, Esq.**<br>Liebler, Gonzalez & Portuondo<br>44 West Flagler Street<br>Miami, FL 33130<br>akg@lgplaw.com; mkv@lgplaw.com;<br>mds2@lgplaw.com | **David B. Israel, Esq.**<br>**Eric J. Israel, Esq.**<br>Israel & Israel & Associates, P.A.<br>6099 Stirling Road, Suite 211<br>Davie, FL 33314<br>disrael@israellawfl.com;<br>ejisrael@israellawfl.com;<br>israellawfl@gmail.com |