Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-CV-81565-DMM

_____

WILLIAM DAVID WILCOX, JR. a/k/a
DAVID WILCOX, an individual, and
MEGAN DANIELLE LUCHEY, an individual,

     Plaintiffs,

vs.

LA PENSEE CONDOMINIUM,
ASSOCIATION, INC., a Florida Not-For-
Profit Corporation, MARY McFADDEN, an
individual, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, a Florida
Limited Liability Company, and
DAVID WOLFF a/k/a DAVID WOLF, an individual,

     Defendants.

_____

VIDEOCONFERENCE DEPOSITION OF
VALERIE MANZO

Taken on Behalf of the Defendants/Mary McFadden and
MAC Residential Management Services, LLC

DATE TAKEN: April 26, 2022

TIME:     9:30 A.M. - 12:20 P.M.
            12:55 P.M. -  3:10 P.M.

PLACE:    REMOTELY

Examination of the witness taken before:
Laurie Susskind, Registered Professional Reporter
United Reporting, Inc.
1218 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
954-525-2221

United Reporting, Inc.
(954) 525-2221

Page 9

1  to purchase.
2      Q.   Was there a particular reason that you
3  purchased the property as an LLC as opposed to in
4  your name?
5      A.   There was no specific reason.  It was in
6  part because it was 10/31, so I knew I would be
7  renting, and that's, generally speaking, kind of
8  acceptable practice.
9      Q.   Did you purchase the property for
10 investment purposes or to use it?
11     A.   I purchased the property to retire and
12 become a snowbird.
13     Q.   That hasn't happened yet, correct?
14     A.   It hasn't happened yet.  It hasn't
15 happened that I have become a snowbird yet.
16     Q.   The mailing address, the Smithtown
17 address, that's your home address in New York listed
18 on here?
19     A.   De Mont Street is my home address.
20     Q.   And you are the only member listed on
21 this?
22     A.   Yes.  Per the Federal rules, Section 1031,
23 I had to be the sole member.
24          MR. LUBLINER:  Let him finish asking his
25      questions.