## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81565-CV-MIDDLEBROOKS/Matthewman

WILLIAM DAVID WILCOX, JR. a/k/a
DAVID WILCOX,

    Plaintiff,

v.

LA PENSEE CONDOMINIUM ASSOCIATION,
INC., MARY MCFADDEN, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, and DAVID
WOLFF a/k/a DAVID WOLF,

    Defendants.
_____/

## ORDER STRIKING MOTIONS

THIS CAUSE is before the Court upon a *sua sponte* review of the record, including the recently-filed motions in limine.

Defendants La Pensee Condominium Association ("La Pensee") and David Wolf ("Wolf") filed a Motion in Limine to Exclude Evidentiary Use of Audio Recording Illegally Recorded by Plaintiff David Wilcox. (DE 157). Separately, Defendants Mary McFadden ("McFadden") and MAC Residential Services ("MAC") filed a Motion in Limine that includes, verbatim, the entirety of La Pensee and Wolf's Motion. (DE 148). It is unnecessary for separate defendants to file duplicative motions. In fact, it results in unnecessary expenditures of judicial labor and is thus disfavored. Accordingly, I will strike La Pensee and Wolf's duplicative motion (DE 157), and instead I will note their joining and concurrence in the portion of McFadden and MAC's Motion in Limine pertaining to the audio recording. (DE 148 at 4-7).

Additionally, La Pensee and Wolf filed a Motion in Limine to Exclude Evidence Related to Alleged Discrimination on Race, seeking to exclude Plaintiff David Wilcox from introducing evidence of an alleged racial slur purportedly said by Wolf to former Plaintiff Megan Danielle Luchey. (DE 158). Separately, McFadden and MAC filed a motion seeking the same relief. (DE 147). La Pensee and Wolf's motion is identical to that filed by McFadden and MAC. There are no substantive points raised by La Pensee and Wolf that McFadden and MAC did not raise in this nearly verbatim motion. For the reasons previously explained, I will also strike DE 158. In so doing, I note that La Pensee and Wolf concur and join in the identical motion filed by McFadden and MAC. (DE 147).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Clerk is directed to **STRIKE** the Motion in Limine to Exclude Evidentiary Use of Audio Recording Illegally Recorded by Plaintiff David Wilcox (DE 157).

(2) The Clerk is directed to **STRIKE** the Motion in Limine to Exclude Evidence Related to Alleged Discrimination on Race. (DE 158).

**SIGNED** in Chambers at West Palm Beach, Florida, this 23rd day of August, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record