UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81565-CV-MIDDLEBROOKS/Matthewman

WILLIAM DAVID WILCOX, JR. a/k/a
DAVID WILCOX,

    Plaintiff,

v.

LA PENSEE CONDOMINIUM ASSOCIATION,
INC., MARY MCFADDEN, MAC RESIDENTIAL
MANAGEMENT SERVICES, LLC, and DAVID
WOLFF a/k/a DAVID WOLF,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION TO EXTEND AND COMPEL

THIS CAUSE is before the Court upon Plaintiff's Motion to Extend Plaintiff's Dispositive Motions Deadline, to Extend Plaintiff's Deadline to Respond to Anticipated Pre-trial Motions Expected to be Filed by the Defendants Today, and to Compel the Production of File Materials Not in the Docket ("Motion"), filed August 17, 2022. (DE 151). I expedited the briefing schedule on this Motion. (DE 160). Defendants filed a response (DE 161), and Plaintiff declined to file a reply. For the reasons set forth below, the Motion is granted in part.

Plaintiff seeks further relief from this Court due to the ongoing dispute in which he is engaged with his former counsel. As I previously explained, I view this issue to be outside the scope of these proceedings. Plaintiff brought this case, and he must now decide how to proceed. Plaintiff may choose to dismiss this action without prejudice and refile once he resolves the issue with former counsel. Or he may choose to proceed with the materials he has and is able to obtain (e.g., ordering transcripts of depositions, discovery material in the court record, etc.). Ultimately though, Plaintiff's dispute with his former counsel cannot dictate the schedule on which this case

will proceed. To that end, I will not order any lawyer to aid Plaintiff in re-creating his litigation file. However, I will grant a brief extension of Plaintiff's motions deadline and his deadline to respond to Defendants' pending motions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Extend and Compel (DE 151) is **GRANTED IN PART**.

(2) The motions deadline is extended until **September 2, 2022** for Plaintiff only.

(3) Plaintiff's deadlines to respond to Defendants' pending motions (DE 147; DE 148; DE 149; DE 152; DE 153) are extended until **September 9, 2022**.

(4) The motion is denied in all other respects.

**SIGNED** in Chambers at West Palm Beach, Florida, this 25th day of August, 2022.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record