UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:21-cv-81565-MIDDLEBROOKS/MATTHEWMAN

WILLIAM DAVID WILCOX, JR. a/k/a
DAVID WILCOX,
and MEGAN DANIELLE LUCHEY,

    Plaintiffs,

v

LA PENSEE CONDOMINIUM
ASSOCIATION, INC., MARY MCFADDEN,
MAC RESIDENTIAL MANAGEMENT
SERVICES, LLC, and DAVID WOLFF a/k/a
DAVID WOLF,

    Defendants.
_____/

## REPORT OF MEDIATION

A mediation conference was held on August 25, 2022 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

    __X__ A complete agreement was reached.

    _____ A partial agreement was reached.

    _____ No agreement was reached.

    _____ The mediation was adjourned until _____.

_Karen Evans-Putney_
Karen Evans-Putney, Mediator

August 25, 2022
Date